# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-MJ-355** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTOPHER JOSEPH QUAGLIN,** | : | |
| | : | |
| **Defendant.** | : | |

## STAY OF RELEASE ORDER

This matter came before the Court on the government's motion for review of a decision by U.S. Magistrate Judge Zahid N. Quraishi, U.S. District Court for the District of New Jersey, to release Defendant Christopher Joseph Quaglin pending trial and for a stay of Defendant Quaglin's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this ___ day of April, 2021

ORDERED, that a hearing on the government's motion is set for the _____ day of _____ 2021 at _____ a.m./p.m.; and it is further

ORDERED, that the order releasing Defendant Quaglin shall be stayed pending a ruling on the government's motion and Defendant Quaglin shall be held without bond until the Court has issued that ruling.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES CHIEF JUDGE