UNITED STATES DISTRICT
COURT DISTRICT OF COLUMBIA
-------------------------------------X
UNITED STATES of AMERICA,                           21-cr-40 (TNM)

        Plaintiff,

  v.

PATRICK MCCAUGHEY, III,

        Defendant,                              **MOTION TO ADMIT**
                                                            **ATTORNEY-*PRO HAC VICE***

-------------------------------------X

COMES NOW, STEPHAN E. SEEGER, ESQ., a member in good standing of the Bar of the District of Columbia, and, pursuant to pursuant to Rule 44.1(d) of the Local Rules of Criminal Procedure in the United States District Court for the District of Columbia, moves this Court to allow the admission of Lindy R. Urso, Esq, *pro hac vice* in case number **21-cr-40 (TNM)**, on behalf of the defendant, PATRICK McCAUGHEY, III.  This motion is supported by the Declaration of Lindy R. Urso, filed herewith.

As set forth in Mr. Urso's declaration, he is admitted and a member in good standing the following courts and bars: the Connecticut Bar, the California Bar (inactive), the U.S. Supreme Court, the Second Circuit Court of Appeals, the U.S. District Court for the District of Connecticut, the Southern District of New York, the Eastern District of New York, and the Central District of California (inactive).  This motion is supported and signed by Stephan E. Seeger, an active and sponsoring member of the Bar of this Court.

WHEREFORE, it is respectfully requested that this Court allow Lindy R. Urso's admission *pro hac vice* in the above-captioned case for the defendant, PATRICK McCAUGHEY, III.

Dated this 4[tth] day of February, 2021.

Respectfully submitted,

_____
Stephan E. Seeger (431258)
Law Office of Stephen J. Carriero, LLC
810 Bedford St., Ste 3
Stamford, CT 06901
(203) 273-5170
(203) 357-0608 (fax)
Seegerkid2@aol.com

CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion to Admit Attorney Pro Hac Vice was delivered, by ECF to all parties of record, this 4th day of February 2021.

Stephan E. Seeger