UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-cr-00040-TNM |
| | ) |
| PATRICK E. MCCAUGHEY III, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Jocelyn Bond is entering her appearance in this matter.

Respectfully submitted,

MICHAEL SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

ANDREW FLOYD
Deputy Chief, General Crimes Section

 /s/ Jocelyn Bond
JOCELYN BOND
Assistant United States Attorney
D.C. Bar Number 1008904
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 809-0793
Jocelyn.Bond@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via the Court's Electronic Case Filing system and has been served on counsel for the defendant.

                                      */s/ Jocelyn Bond*
                                      Jocelyn Bond
                                      Assistant United States Attorney