UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------X
UNITED STATES of AMERICA,                    21-cr-40 (TNM)

           Plaintiff,

  v.

PATRICK MCCAUGHEY, III,

           Defendant,

----------------------------------------X

### DECLARATION OF LINDY R. URSO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Lindy R. Urso, do declare that:

1. My name, office address, telephone number and email are as follows:

   Lindy R. Urso
   Attorney at Law
   810 Bedford Street
   Suite 3
   Stamford, CT 06901
   (203) 325-4487
   (203) 357-0608 (fax)
   lindy@lindyursolaw.com

2. I have been admitted to the following bars:

   Supreme Court of California (inactive) – 1995
   Supreme Court of Connecticut - 1997
   District of Connecticut – 1999
   Central District of California – 1996
   Southern District of New York – 2006
   Eastern District of New York – 2006
   2nd Circuit Court of Appeals – 2007
   U.S. Supreme Court – 2018

3. I am currently in good standing in all courts in which I've been admitted, though I am "inactive" in California.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Stamford, Connecticut on this 2nd day of February in the year of our Lord 2021.

*Lindy R. Urso*

Respectfully submitted,

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
810 Bedford Street
Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com