**Subject:** Fwd: Project start 885
**From:** ████████████████@gmail.com>
**Date:** 2/8/2021, 10:41 AM
**To:** ████████████.com

Hi Lindy,
Here is an email from the ██████, who are waiting for me and Pat to begin a construction job at their house in New Canaan
This is a 3 week estimated project of large window replacements, but will morph into a longer assignment with flooring and painting that has been contemplated for more than a year
We have several other projects in the works that have been in the planning stage for as much as a year, including 2 bathroom projects ready to begin at any time, and a guest house construction for which the permit application will be made next week. With the covid situation stabilizing, I expect that Pat and I will be busy throughout the Spring and summer
Thanks for your help

Patrick

---------- Forwarded message ---------
From: <████████████gmail.com>
Date: Sun, Nov 22, 2020, 13:02
Subject: RE: Project start 885
To: ████████████████@gmail.com>
Cc: <██████████@optonline.net>


Patrick,


I'm attaching the quote you sent (the date on your quote in the PDF is June 4, 2020) for your reference.


I think your quote below needs some corrections:


You left out the $1,501.20 for the Marvin window for the Twins' bathroom

The labor in your June 4th quote is $19,200; you have $22,050 below

The materials in your June 4th quote is $1,250; you have $1,850 below

Please send an update quote as soon as possible so we can get this started.

John

**From:** ███████████████████@gmail.com>
**Sent:** Saturday, November 21, 2020 12:24 PM
**To:** ███████████████ gmail.com>
**Subject:** Project start 885

-- Hello John,

I am not finding an email that I sent on June 4th, but do see a quote that I sent in August for replacing the windows now in play, plus two other windows not now included

The labor quote for the windows was $27,550

Two windows not now included being the kitchen plus one window in the barn represent a labor savings of $5500, bringing the total to $22,050

With the total for the windows being $27,949.38

The total for the flooring job to be $ 7602

Windows $27,949

Materials $1850

Labor $22,050

Flooring $7602

Total project $59,441

As before, I would like to have the payment in 1/3 increments for the labor, and in the case of prepaid materials, to have that when requested by the vendor

In this case, the window cost of $27,949.38 is necessary for the order, and I will look to you for $ 10.497  ( 1/3 of the remainder of $ 31,491 ) to start when the windows arrive, or whenever we begin working

I hope this includes the information that you need

Thank you

Patrick

McCoy Construction
General Building Contractor

---Attachments:---

McCoy Construction Twins Windows Quote $39,950 2020-06-04.pdf          279 KB

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| To: | ▮▮▮▮ |
| Subject: | Fwd: mccoy.pdf |
| Date: | Thursday, June 4, 2020 12:56:57 PM |
| Attachments: | mccoy.pdf |

Hi John

Here is the window quote from Rings End
It includes two of the three windows that Mary suggested we replace, the third being the reverse of the two quotes, and probably the same price
With that consideration, I expect the window order to be something like $19,100
To properly install the new windows, we will need a couple of extra helpers, some framing materials, stucco patch, trim boards, paint, scaffolding, debris removal, and the regular sundry items of hardware.
Additionally, I expect two days per window (one removal and install, plus one for trimming), and an additional two days for finishing the painting and patching, for a total of 8 days
Labor $19,200
Materials $1250
Windows $19,100

Total job $39,550


Thank you

Patrick



---------- Forwarded message ---------
From: ▮▮▮▮▮▮▮▮▮▮ @gmail.com>
Date: Fri, May 29, 2020 at 3:01 PM
Subject: Fwd: mccoy.pdf
To: ▮▮▮▮▮▮▮ @gmail.com>


Here is the estimate for the windows. Make sure it is correct

---------- Forwarded message ---------
From: ▮▮▮▮▮▮▮▮▮ @ringsend.com>
Date: Fri, May 29, 2020, 7:29 AM
Subject: mccoy.pdf
To: ▮▮▮▮▮▮▮▮▮▮▮▮


Patrick, pricing for budget purpose only will need more detailed measurements be for order.

--
McCoy Construction
General Building Contractor
███████████

Andersen Windows - Abbreviated Quote Report

Project Name: MCCOY CONSTRUCTION



| Quote #: | 2502 | Print Date: | 05/29/2020 | Quote Date: | 05/21/2020 | iQ Version: | 20.0 |

Dealer: Ring's End

Sales Rep: Administrator

Customer:
Billing Address:
Phone:                          Fax:
Contact:
Trade ID:                       Promotion Code:

Created By:

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0001 | 2 | 2' 0 7/8" x 2' 3"-2' 0 7/8" x 2' 3"-2' 0 7/8" x 2' 3"-2' 0 7/8" x 2' 3"-2' 0 7/8" x 2' 3" (F-F-F-F-F) | | $ 1742.27 | $ 3484.54 |

1 2 3 4 5

Viewed from Exterior

RO Size = 10' 5 5/8" W x 2' 3 5/8" H   Unit Size = 10' 5 1/8" W x 2' 3" H

400 Series
Composite Unit, Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Perimeter Extension Jambs 4 9/16" Clear Pine Complete Unit, Factory (Direct) Applied,  Mulling Location: Factory (Direct), Mull Type: Narrow Mull, Mull Priority: Vertical
Perimeter Extension Jambs, Clear Pine, 4 9/16", Factory (Direct) Applied, Complete Unit

Zone: Northern

| Unit | U-Factor | SHGC | ENERGY STAR® Certified |
|---|---|---|---|
| 1 | 0.27 | 0.33 | Yes |
| 2 | 0.27 | 0.33 | Yes |
| 3 | 0.27 | 0.33 | Yes |
| 4 | 0.27 | 0.33 | Yes |
| 5 | 0.27 | 0.33 | Yes |

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0002 | 2 | 2' 0 7/8" x 3' 4"-PSC 2' 0 7/8" x 3' 4"-2' 0 7/8" x 3' 4" (F-R-F) | | $ 1475.71 | $ 2951.42 |



Viewed from Exterior

RO Size = 6' 3 1/2" W x 3' 4 5/8" H   Unit Size = 6' 3" W x 3' 4" H

400 Series
Composite Unit, Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Perimeter Extension Jambs 4 9/16" Clear Pine Complete Unit, Factory (Direct) Applied,  Mulling Location: Factory (Direct), Mull Type: Narrow Mull, Mull Priority: Vertical
Full Insect Screen, Stone
Hardware Pack, PSC, Contemporary Folding - Stone
Perimeter Extension Jambs, Clear Pine, 4 9/16", Factory (Direct) Applied, Complete Unit
EXTENSION JAMB FILLER (not supplied by Andersen)

Zone: Northern
Unit   U-Factor   SHGC   ENERGY STAR® Certified
------------------------------------------------
1   0.27   0.33   Yes
2   0.28   0.32   Yes
3   0.27   0.33   Yes

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0003 | 1 | 6' 3" x 5' 6 1/2" x P 10.640 (FFF) | | $ 1819.95 | $ 1819.95 |



Viewed from Exterior

RO Size = 6' 3 1/2" W x 5' 7 1/8" H   Unit Size = 6' 3" W x 5' 6 1/2" H

400 Series
Group Unit, Right Triangle Three Wide Type 2,Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Narrow Mull, Mull Space 3/16", Mulling Location: Factory (Direct), Mull Priority: Vertical

Zone: Northern
Unit   U-Factor   SHGC   ENERGY STAR® Certified
------------------------------------------------
1   0.27   0.33   Yes
2   0.27   0.33   Yes
3   0.27   0.33   Yes

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0004 | 1 | 4' 1 3/4" x 3' 4" x P  9.648 (FF) | | $ 940.17 | $ 940.17 |

RO Size = 4' 2 1/4" W x 3' 4 5/8" H   Unit Size = 4' 1 3/4" W x 3' 4" H

400 Series
Group Unit, Right Triangle Two Wide Type 2,Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Narrow Mull, Mull Space 3/16", Mulling
Location: Factory (Direct), Mull Priority: Vertical

Zone: Northern
Unit  U-Factor  SHGC  ENERGY STAR® Certified
--------------------------------------------------------
1     0.27      0.33  Yes
2     0.27      0.33  Yes

Viewed from Exterior

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0006 | 1 | 6' 3" x 5' 6 1/2" x P 10.640 (FFF) | | $ 1819.95 | $ 1819.95 |

RO Size = 6' 3 1/2" W x 5' 7 1/8" H   Unit Size = 6' 3" W x 5' 6 1/2" H

400 Series
Group Unit, Right Triangle Three Wide Type 1,Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Narrow Mull, Mull Space 3/16", Mulling
Location: Factory (Direct), Mull Priority: Vertical

Zone: Northern
Unit  U-Factor  SHGC  ENERGY STAR® Certified
--------------------------------------------------------
1     0.27      0.33  Yes
2     0.27      0.33  Yes
3     0.27      0.33  Yes

Viewed from Exterior

| Item | QTY | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 0007 | 1 | 4' 1 15/16" x 3' 4" x P 9.612 (FF) | | $ 940.25 | $ 940.25 |
| | | RO Size = 4' 2 7/16" W x 3' 4 5/8" H   Unit Size = 4' 1 15/16" W x 3' 4" H | | | |
| | | 400 Series | | | |
| | | Group Unit, Right Triangle Two Wide Type 1,Terratone/Clear Pine, High Performance Low-E4 Glass, No Grille, Narrow Mull, Mull Space 3/16", Mulling Location: Factory (Direct), Mull Priority: Vertical | | | |

Viewed from Exterior

Zone: Northern

| Unit | U-Factor | SHGC | ENERGY STAR® Certified |
|---|---|---|---|
| 1 | 0.27 | 0.33 | Yes |
| 2 | 0.27 | 0.33 | Yes |

Customer Signature

Total Load Factor: 2.839

Subtotal: $ 11,956.28
Tax ( 6.350%): $ 759.22
Grand Total: $ 12,715.50

Dealer Signature

** All graphics viewed from the exterior

** Rough opening dimensions are minimums and may need to be increased to allow for use of building wraps or flashings or sill panning or brackets or fasteners or other items.

Quote #: 2502   Print Date: 05/29/2020   Page 4 Of 5   iQ Version: 20.0

| Item | Qty | Item Size (Operation) | Location | Unit Price | Ext. Price |
|---|---|---|---|---|---|

 Ask to see if all of the products you purchase can be upgraded to be ENERGY STAR® certified.

 This image indicates that the product selected is certified in the US ENERGY STAR® climate zone that you have selected.

Data is current as of November 2019. This data may change over time due to ongoing product changes or updated test results or requirements. Ratings for all sizes are specified by NFRC for testing and certification. Ratings may vary depending on the use of tempered glass or different grille options or glass for high altitudes etc.

Nexia is a registered trademark of Ingersoll Rand Inc.

Project Comments: