**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-40-TNM |
| : | |
| **PATRICK E. McCAUGHEY III** : | |
| **TRISTAN STEVANS** : | |
| **Defendants** : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the proposed protective order governing discovery, as requested in the United States' "Motion for Protective Order," filed on March 29, 2021. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States has conferred with counsel for both defendants regarding this motion and counsel for defendant Tristan Stevens does not oppose this motion. Counsel for defendant Patrick McCaughy does not oppose the government's request to provide Rule 6(e) material, but does oppose the proposed protective order filed on March 29, 2021.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:   */s/ Jocelyn Bond*
        Jocelyn Bond
        Assistant United States Attorney
        D.C. Bar No. 1008904
        555 4th Street, N.W.,
        Washington, D.C. 20530
        202-809-0793
        Jocelyn.Bond@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-40-TNM |
| : | |
| **PATRICK E. McCAUGHEY III** : | |
| **TRISTAN STEVANS** : | |
| **Defendants** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____

_____
U.S. DISTRICT JUDGE