# CAPITOL BUILDINGS AND GROUNDS

## UNITED STATES CAPITOL

### OVERVIEW OF THE BUILDING AND ITS FUNCTION

The United States Capitol is among the most architecturally impressive and symbolically important buildings in the world. It has housed the meeting chambers of the Senate and the House of Representatives for almost two centuries. Begun in 1793, the Capitol has been built, burnt, rebuilt, extended, and restored; today, it stands as a monument not only to its builders but also to the American people and their government.

As the focal point of the government's Legislative Branch, the Capitol is the centerpiece of the Capitol Complex, which includes the six principal Congressional office buildings and three Library of Congress buildings constructed on Capitol Hill in the 19th and 20th centuries.

In addition to its active use by Congress, the Capitol is a museum of American art and history. Each year, it is visited by an estimated seven to ten million people from around the world.

A fine example of 19th-century neoclassical architecture, the Capitol combines function with aesthetics. Its designs derived from ancient Greece and Rome evoke the ideals that guided the Nation's founders as they framed their new republic. As the building was expanded from its original design, harmony with the existing portions was carefully maintained.

Today, the Capitol covers a ground area of 175,170 square feet, or about 4 acres, and has a floor area of approximately 16½ acres. Its length, from north to south, is 751 feet 4 inches; its greatest width, including approaches, is 350 feet. Its height above the base line on the east front to the top of the Statue of Freedom is 287 feet 5½ inches; from the basement floor to the top of the dome is an ascent of 365 steps. The building contains approximately 540 rooms and has 658 windows (108 in the dome alone) and approximately 850 doorways.

The building is divided into five levels. The first, or ground, floor is occupied chiefly by committee rooms and the spaces allocated to various congressional officers. The areas accessible to visitors on this level include the Hall of Columns, the Brumidi Corridor, the restored Old Supreme Court Chamber, and the Crypt beneath the rotunda, where historical exhibits are presented.

The second floor holds the Chambers of the House of Representatives (in the south wing) and the Senate (in the north wing) as well as the offices of the congressional leadership. This floor also contains three major public areas. In the center under the dome is the rotunda, a circular ceremonial space that also serves as a gallery of paintings and sculpture depicting significant people and events in the Nation's history. The rotunda is 96 feet in diameter and rises 180 feet 3 inches to the canopy. The semicircular chamber south of the rotunda served as the Hall of the House until 1857; now designated National Statuary Hall, it houses part of the Capitol's collection of statues donated by the States in commemoration of notable citizens. The Old Senate Chamber northeast of the rotunda, which was used by the Senate until 1859, has been returned to its mid-19th-century appearance.

The third floor allows access to the galleries from which visitors to the Capitol may watch the proceedings of the House and the Senate when Congress is in session. The rest of this floor is occupied by offices, committee rooms, and press galleries.

The fourth floor and the basement/terrace level of the Capitol are occupied by offices, machinery rooms, workshops, and other support areas.

### LOCATION OF THE CAPITOL

The Capitol is located at the eastern end of the Mall on a plateau 88 feet above the level of the Potomac River, commanding a westward view across the Capitol Reflecting Pool to the Washington Monument 1.4 miles away and the Lincoln Memorial 2.2 miles away. The geographic location of the head of the Statue of Freedom that surmounts the Capitol dome is described by the National Geodetic Survey as latitude 38°53'23.31098'' north and longitude 77°00'32.62262'' west.

Before 1791, the Federal Government had no permanent site. The early Congresses met in eight different cities: Philadelphia, Baltimore, Lancaster, York, Princeton, Annapolis, Trenton, and New York City. The subject of a permanent capital for the government of the United

States was first raised by Congress in 1783; it was ultimately addressed in Article I, Section 8 of the Constitution (1787), which gave the Congress legislative authority over "such District (not exceeding ten Miles square) as may, by Cession of Particular States, and the Acceptance of Congress, become the Seat of the Government of the United States. . . ."

In 1788, the state of Maryland ceded to Congress "any district in this State, not exceeding ten miles square," and in 1789 the State of Virginia ceded an equivalent amount of land. In accordance with the "Residence Act" passed by Congress in 1790, President Washington in 1791 selected the area that is now the District of Columbia from the land ceded by Maryland (private landowners whose property fell within this area were compensated by a payment of £25 per acre); that ceded by Virginia was not used for the capital and was returned to Virginia in 1846. Also under the provisions of that Act, he selected three Commissioners to survey the site and oversee the design and construction of the capital city and its government buildings. The Commissioners, in turn, selected the French engineer Pierre Charles L'Enfant to plan the new city of Washington. L'Enfant's plan, which was influenced by the gardens at Versailles, arranged the city's streets and avenues in a grid overlaid with baroque diagonals; the result is a functional and aesthetic whole in which government buildings are balanced against public lawns, gardens, squares, and paths. The Capitol itself was located at the elevated east end of the Mall, on the brow of what was then called Jenkins' Hill. The site was, in L'Enfant's words, "a pedestal waiting for a monument."

### SELECTION OF A PLAN

L'Enfant was expected to design the Capitol and to supervise its construction. However, he refused to produce any drawings for the building, claiming that he carried the design "in his head"; this fact and his refusal to consider himself subject to the Commissioners' authority led to his dismissal in 1792. In March of that year the Commissioners announced a competition, suggested by Secretary of State Thomas Jefferson, that would award $500 and a city lot to whoever produced "the most approved plan" for the Capitol by mid-July. None of the 17 plans submitted, however, was wholly satisfactory. In October, a letter arrived from Dr. William Thornton, a Scottish-trained physician living in Tortola, British West Indies, requesting an opportunity to present a plan even though the competition had closed. The Commissioners granted this request.

Thornton's plan depicted a building composed of three sections. The central section, which was topped by a low dome, was to be flanked on the north and south by two rectangular wings (one for the Senate and one for the House of Representatives). President Washington commended the plan for its "grandeur, simplicity and convenience," and on April 5, 1793, it was accepted by the Commissioners; Washington gave his formal approval on July 25.

### BRIEF CONSTRUCTION HISTORY

#### 1793–1829

The cornerstone was laid by President Washington in the building's southeast corner on September 18, 1793, with Masonic ceremonies. Work progressed under the direction of three architects in succession. Stephen H. Hallet (an entrant in the earlier competition) and George Hadfield were eventually dismissed by the Commissioners because of inappropriate design changes that they tried to impose; James Hoban, the architect of the White House, saw the first phase of the project through to completion.

Construction was a laborious and time-consuming process: the sandstone used for the building had to be ferried on boats from the quarries at Aquia, Virginia; workers had to be induced to leave their homes to come to the relative wilderness of Capitol Hill; and funding was inadequate. By August 1796 the Commissioners were forced to focus the entire work effort on the building's north wing so that it at least could be ready for government occupancy as scheduled. Even so, some third-floor rooms were still unfinished when the Congress, the Supreme Court, the Library of Congress, and the courts of the District of Columbia occupied the Capitol in late 1800.

In 1803, Congress allocated funds to resume construction. A year earlier, the office of the Commissioners had been abolished and replaced by a Superintendent of the City of Washington. To oversee the renewed construction effort, Benjamin Henry Latrobe was appointed architect. The first professional architect and engineer to work in America, Latrobe modified Thornton's plan for the south wing to include space for offices and committee rooms; he also introduced alterations to simplify the construction work. Latrobe began work by removing a squat, oval, temporary building known as "the Oven," which had been erected in 1801 as a meeting place for the House of Representatives. By 1807 construction on the south wing was sufficiently advanced that the House was able to occupy its new legislative chamber, and the wing was completed in 1811.

In 1808, as work on the south wing progressed, Latrobe began the rebuilding of the
north wing, which had fallen into disrepair. Rather than simply repair the wing, he redesigned
the interior of the building to increase its usefulness and durability; among his changes
was the addition of a chamber for the Supreme Court. By 1811, he had completed the
eastern half of this wing, but funding was being increasingly diverted to preparations for
a second war with Great Britain. By 1813, Latrobe had no further work in Washington
and so he departed, leaving the north and south wings of the Capitol connected only by
a temporary wooden passageway.

The War of 1812 left the Capitol, in Latrobe's later words, "a most magnificent ruin":
on August 24, 1814, British troops set fire to the building, and only a sudden rainstorm
prevented its complete destruction. Immediately after the fire, Congress met for one session
in Blodget's Hotel, which was at Seventh and E Streets, NW. From 1815 to 1819, Congress
occupied a building erected for it on First Street, NE, on part of the site now occupied
by the Supreme Court Building. This building later came to be known as the Old Brick
Capitol.

Latrobe returned to Washington in 1815, when he was rehired to restore the Capitol.
In addition to making repairs, he took advantage of this opportunity to make further changes
in the building's interior design (for example, an enlargement of the Senate Chamber) and
introduce new materials (for example, marble discovered along the upper Potomac). However,
he came under increasing pressure because of construction delays (most of which were beyond
his control) and cost overruns; finally, he resigned his post in November 1817.

On January 8, 1818, Charles Bulfinch, a prominent Boston architect, was appointed Latrobe's
successor. Continuing the restoration of the north and south wings, he was able to make
the chambers for the Supreme Court, the House, and the Senate ready for use by 1819.
Bulfinch also redesigned and supervised the construction of the Capitol's central section.
The copper-covered wooden dome that topped this section was made higher than Bulfinch
considered appropriate to the building's size (at the direction of President James Monroe
and Secretary of State John Quincy Adams). After completing the last part of the building
in 1826, Bulfinch spent the next few years on the Capitol's decoration and landscaping.
In 1829, his work was done and his position with the government was terminated. In the
20 years following Bulfinch's tenure, the Capitol was entrusted to the care of the Commissioner
of Public Buildings.

### 1830–1868

The Capitol was by this point already an impressive structure. At ground level, its length
was 351 feet 7½ inches and its width was 282 feet 10½ inches. Up to the year 1827—
records from later years being incomplete—the project cost was $2,432,851.34. Improvements
to the building continued in the years to come (running water in 1832, gas lighting in
the 1840s), but by 1850 its size could no longer accommodate the increasing numbers of
senators and representatives from newly admitted States. The Senate therefore voted to hold
another competition, offering a prize of $500 for the best plan to extend the Capitol. Several
suitable plans were submitted, some proposing an eastward extension of the building and
others proposing the addition of large north and south wings. However, Congress was unable
to decide between these two approaches, and the prize money was divided among five
architects. Thus, the tasks of selecting a plan and appointing an architect fell to President
Millard Fillmore.

Fillmore's choice was Thomas U. Walter, a Philadelphia architect who had entered the
competition. On July 4, 1851, in a ceremony whose principal oration was delivered by
Secretary of State Daniel Webster, the President laid the cornerstone for the northeast corner
of the House wing in accordance with Walter's plans. Over the next 14 years, Walter supervised
the construction of the extensions, ensuring their compatibility with the architectural style
of the existing building. However, because the Aquia Creek sandstone used earlier had already
deteriorated noticeably, he chose to use marble for the exterior. For the veneer, Walter
selected marble quarried at Lee, MA, and for the columns he used marble from Cockeysville,
MD.

Walter faced several significant challenges during the course of construction. Chief among
these was the steady imposition by the government of additional tasks without additional
pay. Aside from his work on the Capitol extensions and dome, Walter designed the wings
of the Patent Office building, extensions to the Treasury and Post Office buildings, and
the Marine barracks in Pensacola and Brooklyn. When the Library of Congress in the Capitol's
west central section was gutted by a fire in 1851, Walter was commissioned to restore
it. He also encountered obstacles in his work on the Capitol extensions. His location of
the legislative chambers was changed in 1853 at the direction of President Franklin Pierce,
based on the suggestions of the newly appointed supervising engineer, Captain Montgomery
C. Meigs. In general, however, the project progressed rapidly: the House of Representatives
was able to meet in its new chamber on December 16, 1857, and the Senate first met

in its present chamber on January 4, 1859. The old House chamber was later designated National Statuary Hall. In 1861 most construction was suspended because of the Civil War, and the Capitol was used briefly as a military barracks, hospital, and bakery. In 1862 work on the entire building was resumed.

As the new wings were constructed, more than doubling the length of the Capitol, it became apparent that the dome erected by Bulfinch no longer suited the building's proportions. In 1855 Congress voted for its replacement based on Walter's design for a new, fireproof cast-iron dome. The old dome was removed in 1856, and 5,000,000 pounds of new masonry was placed on the existing rotunda walls. Iron used in the dome construction had an aggregate weight of 8,909,200 pounds and was lifted into place by steam-powered derricks.

In 1859, Thomas Crawford's plaster model for the Statue of Freedom, designed for the top of the dome, arrived from the sculptor's studio in Rome. With a height of 19 feet 6 inches, the statue was almost 3 feet taller than specified, and Walter was compelled to make revisions to his design for the dome. When cast in bronze by Clark Mills at his foundry on the outskirts of Washington, it weighed 14,985 pounds. The statue was lifted into place atop the dome in 1863, its final section being installed on December 2 to the accompaniment of gun salutes from the forts around the city.

The work on the dome and the extensions was completed under the direction of Edward Clark, who had served as Walter's assistant and was appointed Architect of the Capitol in 1865 after Walter's resignation. In 1866, the Italian-born artist Constantino Brumidi finished the canopy fresco, a monumental painting entitled *The Apotheosis of George Washington*. The Capitol extensions were completed in 1868.

### 1869–1902

Clark continued to hold the post of Architect of the Capitol until his death in 1902. During his tenure, the Capitol underwent considerable modernization. Steam heat was gradually installed in the Old Capitol. In 1874 the first elevator was installed, and in the 1880s electric lighting began to replace gas lights.

Between 1884 and 1891, the marble terraces on the north, west, and south sides of the Capitol were constructed. As part of the grounds plan devised by landscape architect Frederick Law Olmsted, these terraces not only added over 100 rooms to the Capitol but also provided a broader, more substantial visual base for the building.

On November 6, 1898, a gas explosion and fire in the original north wing dramatically illustrated the need for fireproofing. The roofs over the Statuary Hall wing and the original north wing were reconstructed and fireproofed, the work being completed in 1902 by Clark's successor, Elliott Woods. In 1901 the space in the west central front vacated by the Library of Congress was converted to committee rooms.

### 1903–1970

During the remainder of Woods' service, which ended with his death in 1923, no major structural work was required on the Capitol. The activities performed in the building were limited chiefly to cleaning and refurbishing the interior. David Lynn, the Architect of the Capitol from 1923 until his retirement in 1954, continued these tasks. Between July 1949 and January 1951, the corroded roofs and skylights of both wings and the connecting corridors were replaced with new roofs of concrete and steel, covered with copper. The cast-iron and glass ceilings of the House and Senate chambers were replaced with ceilings of stainless steel and plaster, with a laylight of carved glass and bronze in the middle of each. The House and Senate chambers were completely remodeled, improvements such as modern air conditioning and lighting were added, and acoustical problems were solved. During this renovation program, the House and Senate vacated their chambers on several occasions so that the work could progress.

The next significant modification made to the Capitol was the east front extension. This project was carried out under the supervision of Architect of the Capitol J. George Stewart, who served from 1954 until his death in 1970. Begun in 1958, it involved the construction of a new east front 32 feet 6 inches east of the old front, faithfully reproducing the sandstone structure in marble. The old sandstone walls were not destroyed; rather, they were left in place to become a part of the interior wall and are now buttressed by the addition. The marble columns of the connecting corridors were also moved and reused. Other elements of this project included repairing the dome, constructing a subway terminal under the Senate steps, reconstructing those steps, cleaning both wings, birdproofing the building, providing furniture and furnishings for the 90 new rooms created by the extension, and improving the lighting throughout the building. The project was completed in 1962. Subsequent work in the 1960s was concentrated chiefly on the construction of the Rayburn House Office Building and on the maintenance and repair of the Capitol.

### 1971–Present

During the nearly 25-year tenure (1971–1995) of the ninth Architect of the Capitol, George M. White, FAIA, the building was both modernized and restored. Electronic voting equipment was installed in the House chamber in 1973; facilities were added to allow television coverage of the House and Senate debates in 1979 and 1986, respectively; and improved climate control, electronic surveillance systems, and new computer and communications facilities have been added to bring the Capitol up-to-date. The Old Senate Chamber, National Statuary Hall, and the Old Supreme Court Chamber, on the other hand, were restored to their mid-19th-century appearance by 1976 for the Nation's Bicentennial celebration.

In 1983, work began on the strengthening, renovation, and preservation of the west front of the Capitol. Structural problems had developed over the years because of defects in the original foundations, deterioration of the sandstone facing material, alterations to the basic building fabric (a fourth-floor addition and channeling of the walls to install interior utilities), and damage from the fires of 1814 and 1851 and the 1898 gas explosion

To strengthen the structure, over one thousand stainless steel tie rods were set into the building's masonry. More than 30 layers of paint were removed, and damaged stonework was repaired or replicated. Ultimately, 40 percent of the sandstone blocks were replaced with limestone. The walls were treated with a special consolidant and then painted to match the marble wings. The entire project was completed in 1987, well ahead of schedule and under budget.

A related project, completed in January 1993, effected the repair of the Olmsted terraces, which had been subject to damage from settling, and converted the terrace courtyards into several thousand square feet of meeting space.

As the Capitol enters its third century, restoration and modernization work continues. Major projects completed in recent years include repair of the Capitol terraces and conversion of the Capitol courtyards into meeting rooms; repair and restoration of the House monumental stairs; conservation of the Statue of Freedom atop the Capitol dome; completion of the murals in the first-floor House corridors; preparation and publication of a new book on the artist Constantino Brumidi, whose paintings decorate much of the Capitol; preparation of a telecommunications plan for the Legislative Branch agencies; installation of an improved Senate subway system; construction of the Thurgood Marshall Federal Judiciary Building; construction of new House and Senate child care facilities and a new Senate Page school; and renovation, restoration, and modification of the interiors and exteriors of the Thomas Jefferson and John Adams Buildings of the Library of Congress.

The tenth Architect of the Capitol, Alan M. Hantman, AIA, was appointed in January 1997. New and ongoing projects under his direction include rehabilitation of the Capitol dome; conservation of murals; replacement of worn Minton tile in the Senate corridors of the Capitol; improvement of speech-reinforcement, electrical, and fire-protection systems in the Capitol and the Congressional office buildings; work on security improvements within the Capitol Complex; restoration of the U.S. Botanic Garden Conservatory; the design and construction of the National Garden adjacent to the Botanic Garden Conservatory; renovation of the building systems in the Dirksen Senate Office Building; and plans for a new Capitol Visitor Center.

## HOUSE OFFICE BUILDINGS

### CANNON HOUSE OFFICE BUILDING

An increased membership of the Senate and House resulted in a demand for additional rooms for the accommodations of the Senators and Representatives. On March 3, 1903, the Congress authorized the erection of a fireproofed office building for the use of the House Members. It was designed by the firm of Carrere & Hastings of New York City in the Beaux Arts style. The first brick was laid July 5, 1905, in square No. 690, and formal exercises were held at the laying of the cornerstone on April 14, 1906, in which President Theodore Roosevelt participated. The building was completed and occupied January 10, 1908. A subsequent change in the basis of congressional representation made necessary the building of an additional story in 1913–14. The total cost of the building, including site, furnishings, equipment, and the subway connecting the House Office Building with the U.S. Capitol, amounted to $4,860,155. This office building contains about 500 rooms, and was considered at the time of its completion fully equipped for all the needs of a modern building for office purposes.

Pursuant to authority in the Second Supplemental Appropriations Act, 1955, and subsequent action of the House Office Building Commission, remodeling of the Cannon Building began in 1966. The estimated cost of this work, $5,200,000, was included in total appropriation of $135,134,000 for the additional House Office Building project. Pursuant to the provisions of Public Law 87–453, approved May 21, 1962, the building was named in honor of the

late Honorable Joseph G. Cannon of Illinois, who was serving as Speaker at the time the
building was constructed.

### LONGWORTH HOUSE OFFICE BUILDING

Under legislation contained in the authorization act of January 10, 1929, and in the urgent
deficiency bill of March 4, 1929, provisions were made for an additional House Office
Building, to be located on the west side of New Jersey Avenue (opposite the first House
Office Building). The building was designed by the Allied Architects of Washington in
the Neoclassical Revival style.

The cornerstone was laid June 24, 1932, and the building was completed and ready for
beneficial occupancy April 20, 1933. It contains 251 two-room suites and 16 committee
rooms. Each suite and committee room is provided with a storeroom. Eight floors are occupied
by Members. The basement and subbasement contain shops and mechanics needed for the
proper maintenance of the building. The cost of this building, including site, furnishings,
and equipment, was $7,805,705. Pursuant to the provisions of Public Law 87–453, approved
May 21, 1962, the building was named in honor of the late Honorable Nicholas Longworth
of Ohio, who was serving as Speaker when the second House Office Building was constructed.

### RAYBURN HOUSE OFFICE BUILDING AND OTHER RELATED CHANGES AND IMPROVEMENTS

Under legislation contained in the Second Supplemental Appropriations Act, 1955, provision
was made for construction of an additional fireproofed office building, and other appurtenant
and necessary facilities for the use of the House of Representatives; for acquisition of real
property located south of Independence Avenue in the vicinity of the Capitol Grounds for
purposes of construction of such building and facilities and as additions to the Capitol Grounds;
for changes to the present House Office Buildings; and for changes or additions to the
subway systems.

All work was carried forward by the Architect of the Capitol under the direction of
the House Office Building Commission at an authorized limit of cost to be fixed by such
Commission. Appropriations totaling $135,279,000 were provided to carry forward this project.

Under this program, property consisting of eight city squares was acquired. Contracts were
let for necessary architectural and engineering services for reconstruction of a section of
Tiber Creek sewer running through the site for excavations and foundations, structural steel,
superstructure, furniture and furnishings for the new building; for a cafeteria in the courtyard
of the existing Longworth House Office Building; for remodeling of the Cannon House
Office Building; for improved lighting and other improvements in the Longworth House
Office Building; and for an underground garage in the courtyard of the Cannon House
Office Building and two underground garages in squares 637 and 691 south of the Rayburn
and Longworth buildings.

The Rayburn Building is connected to the Capitol by a subway from the center of the
Independence Avenue upper garage level to the southwest corner of the Capitol. Designs
for the building were prepared by the firm of Harbeson, Hough, Livingston & Larson of
Philadelphia, Associate Architects. The building contains 169 congressional suites; full-
committee hearing rooms for 9 standing committees, 16 subcommittee hearing rooms,
committee staff rooms and other committee facilities; a large cafeteria and other restaurant
facilities; an underground garage accommodating 1,600 automobiles; and a variety of liaison
offices, press and television facilities, maintenance and equipment shops or rooms, and storage
areas. This building has nine stories and a penthouse for machinery.

The cornerstone was laid May 24, 1962, by the Honorable John W. McCormack, Speaker
of the House of Representatives. President John F. Kennedy participated in the cornerstone
laying and delivered the address.

A portion of the basement floor was occupied beginning March 12, 1964, by House
of Representatives personnel moved from the George Washington Inn property. Full occupancy
of the Rayburn Building, under the room-filing regulations, was begun February 23, 1965,
and completed April 2, 1965. Pursuant to the provisions of Public Law 87–453, approved
May 21, 1962, the building was named in honor of the late Honorable Sam Rayburn of
Texas, who was serving as Speaker at the time the third House Office Building was constructed.

Two buildings have been purchased and adapted for office use by the House of
Representatives. The eight-story Congressional Hotel across from the Cannon on C Street
SE was acquired in 1957 and subsequently altered for office use and a dormitory for the
Pages. It has 124,000 square feet. It was known as House Office Building Annex No.
1, until it was named the ''Thomas P. O'Neill, Jr. House of Representatives Office Building''
in honor of the former Speaker of the House, pursuant to House Resolution 402, approved
September 10, 1990. House Office Building Annex No. 2, named the ''Gerald R. Ford
House of Representatives Office Building'' by the same resolution, was acquired in 1975
from the General Services Administration. The structure, located at Second and D Streets

564                              *Congressional Directory*

SW, was built in 1939 for the Federal Bureau of Investigation as a fingerprint file archives.
This building has approximately 432,000 square feet of space.

## SENATE OFFICE BUILDINGS

### RICHARD BREVARD RUSSELL SENATE OFFICE BUILDING

The demand for an office building for the Representatives was greater because of their
larger membership, and the Senate had been supplied with additional office space by the
purchase of the Maltby Building, then located on the northwest corner of B Street and
New Jersey Avenue NW. This building provided only a temporary need, and when it was
condemned as an unsafe structure, the requirement arose for the Senators to have safer
and more commodious office space. Under authorization of the Act of April 28, 1904,
square 686 on the northeast corner of Delaware Avenue and B Street NE was purchased
as a site for the Senate Office Building. The plans for the House Office Building were
adapted for the Senate Office Building by the firm of Carrere & Hastings, with the exception
that the side of the building fronting on First Street NE was temporarily omitted. The
cornerstone was laid without special exercises on July 31, 1906, and the building was occupied
March 5, 1909. In 1931, the completion of the fourth side of the building was commenced.
In 1933 it was completed, together with alterations to the C Street facade, and the construction
of terraces, balustrades, and approaches. The cost of the completed building, including the
site, furnishings, equipment and the subway connecting the Senate Office Building with the
United States Capitol, was $8,390,892.

The building was named the "Richard Brevard Russell Senate Office Building" by Senate
Resolution 296, 92nd Congress, agreed to October 11, 1972, as amended by Senate Resolution
295, 96th Congress, agreed to December 3, 1979.

### EVERETT MCKINLEY DIRKSEN SENATE OFFICE BUILDING

Under legislation contained in the Second Deficiency Appropriations Act, 1948, Public
Law 80–785, provision was made for an additional office building for the United States
Senate with limits of cost of $1,100,000 for acquisition of the site and $20,600,000 for
constructing and equipping the building.

The authorized limit of cost for construction and equipment of the building was increased
to $23,446,000 by the Legislative Branch Appropriations Act, 1958, Public Law 85–85, and
to $24,196,000 by the Second Supplemental Appropriations Act, 1959, Public Law 86–30.
All work was carried forward by the Architect of the Capitol under the direction of the
Senate Office Building Commission. The New York firm of Eggers & Higgins served as
the consulting architects.

The site was acquired and cleared in 1948–49 at a total cost of $1,011,492.

A contract for excavation, concrete footings and mats for the new building was awarded
in January 1955, in the amount of $747,200. Groundbreaking ceremonies were held January
26, 1955.

A contract for the superstructure of the new building was awarded September 9, 1955,
in the amount of $17,200,000. The cornerstone was laid July 13, 1956.

As a part of this project, a new underground subway system was installed from the
Capitol to both the Old and New Senate Office Buildings.

An appropriation of $1,000,000 for furniture and furnishings for the new building was
provided in the Supplemental Appropriations Act, 1958, Public Law 85–170. An additional
appropriation of $283,550 was provided in the Second Supplemental Appropriations Act,
1959, Public Law 86–30. The building was accepted for beneficial occupancy October 15,
1958.

The building was named the "Everett McKinley Dirksen Senate Office Building" by Senate
Resolution 296, 92nd Congress, agreed to October 11, 1972 and Senate Resolution 295,
96th Congress, agreed to December 3, 1979.

### PHILIP A. HART SENATE OFFICE BUILDING

Construction as an extension to the Dirksen Senate Office Building was authorized by
the Supplemental Appropriations Act, 1973, Public Law 92–607, approved October 31, 1972;
legislation enacted in subsequent years (ending with Public Law 96–69, approved September
16, 1979) increased the scope of the project and established a total cost ceiling of $137,700,400.
The firm of John Carl Warnecke & Associates served as Associate Architect for the project.

Senate Resolution 525, passed August 30, 1976, amended by Senate Resolution 295, 96th
Congress, agreed to December 3, 1979, provided that upon completion of the extension
it would be named the "Philip A. Hart Senate Office Building" to honor the Senator from
Michigan.

The contract for clearing of the site, piping for utilities, excavation, and construction of foundation was awarded in December 1975. Groundbreaking took place January 5, 1976. The contract for furnishing and delivery of the exterior stone was awarded in February 1977, and the contract for the superstructure, which included wall and roof systems and the erection of all exterior stonework, was awarded in October 1977. The contract for the first portion of the interior and related work was awarded in December 1978. A contract for interior finishing was awarded in July 1980. The first suite was occupied on November 22, 1982. Alexander Calder's mobile/stabile *Mountains and Clouds* was installed in the building's atrium in November 1986.

### CAPITOL POWER PLANT

During the development of the plans for the Cannon and Russell Buildings, the question of heat, light, and power was considered. The Senate and House wings of the Capitol were heated by separate heating plants. The Library of Congress also had in use a heating plant for that building. Finally it was determined that the need for heating and lighting, with power for elevators, could be adequately met by the construction of a central power plant to furnish all heat and power, as well as light, for the Capitol group of buildings.

Having determined the need for a central power plant, a site was selected in Garfield Park, bounded by New Jersey Avenue, South Capitol Street, Virginia Avenue, and E Street SE. Since this park was a Government reservation, an appropriation of money was not required to secure title. The determining factors leading to the selection of this site were its nearness to the tracks of what is now the Penn Central Railroad and its convenient distance to the river and to the buildings to be served by the plant.

The dimensions of the Capitol Power Plant, which was constructed under authorization of the act of April 28, 1904, and completed and placed in operation in 1910, were 244 feet 8 inches by 117 feet. There are two radial brick chimneys 174 feet in height (reduced from 212 feet to 174 feet in 1951–52) and 11 feet in diameter at the top.

The buildings originally served by the Capitol Power Plant were connected to it by a reinforced-concrete steam tunnel 7 feet high by 4½ feet wide, with walls approximately 12 inches thick. This tunnel originated at the Capitol Power Plant and terminated at the Senate Office Building, with connecting tunnels for the Cannon House Office Building, the Capitol, and the Library of Congress. Subsequently it was extended to the Government Printing Office and the Washington City Post Office, with steam lines extended to serve the Longworth House Office Building, the Supreme Court Building, the John Adams Building of the Library of Congress, and the Botanic Garden.

In September 1951, when the demand for electrical energy was reaching the maximum capacity of the Capitol Power Plant, arrangements were made to purchase electrical service from the local public utility company and to discontinue electrical generation. The heating and cooling functions of the Capitol Power Plant were expanded in 1935, 1939, 1958, 1973, and 1980.

### U.S. CAPITOL GROUNDS

#### A DESCRIPTION OF THE GROUNDS

Originally a wooded wilderness, the U.S. Capitol Grounds today provide a parklike setting for the Nation's Capitol, offering a picturesque counterpoint to the building's formal architecture. The grounds immediately surrounding the Capitol are bordered by a stone wall and cover an area of 58.8 acres. Their boundaries are Independence Avenue on the south, Constitution Avenue on the north, First Street NE/SE on the east, and First Street NW/ SW on the west. Over 100 varieties of trees and bushes are planted around the Capitol, and thousands of flowers are used in seasonal displays. In contrast to the building's straight, neoclassical lines, most of the walkways in the grounds are curved. Benches along the paths offer pleasant spots for visitors to appreciate the building, its landscape, and the surrounding areas, most notably the Mall to the west.

The grounds were designed by Frederick Law Olmsted (1822–1903), who planned the expansion and landscaping of the area that was performed from 1874 to 1892. Olmsted, who also designed New York's Central Park, is considered the greatest American landscape architect of his day. He was a pioneer in the development of public parks in America, and many of his designs were influenced by his studies of European parks, gardens, and estates. In describing his plan for the Capitol grounds, Olmsted noted that "The ground is in design part of the Capitol, but in all respects subsidiary to the central structure." Therefore, he was careful not to group trees or other landscape features in any way that would distract the viewer from the Capitol. The use of sculpture and other ornamentation has also been kept to a minimum.

Many of the trees on the Capitol grounds have historic or memorial associations. Among the oldest is the "Cameron Elm" near the House entrance. This tree was named in honor of the Pennsylvania Senator who ensured its preservation during Olmsted's landscaping project. Other trees commemorate members of Congress and other notable citizens, national organizations, and special events. In addition, over 30 States have made symbolic gifts of their state trees to the Capitol grounds. Many of the trees on the grounds bear plaques that identify their species and their historic significance. The eastern part of the grounds contains the greatest number of historic and commemorative trees.

At the East Capitol Street entrance to the Capitol Plaza are two large rectangular stone fountains. The bottom levels now contain plantings, but at times in the past they have been used to catch the spillover from the fountains. At other times, both levels have held plantings. Six massive red granite lamp piers topped with light fixtures in wrought-iron cages, and 16 smaller bronze light fixtures, line the paved plaza. Seats are placed at intervals along the sidewalks. Three sets of benches are enclosed with wrought-iron railings and grilles; the roofed bench was originally a shelter for streetcar passengers.

The northern part of the grounds offers a shaded walk among trees, flowers, and shrubbery. A small, hexagonal brick structure named the Summer House may be found in the northwest corner of the grounds. This structure contains shaded benches, a central ornamental fountain, and three public drinking fountains. In a small grotto on the eastern side of the Summer House, a stream of water flows and splashes over rocks to create a pleasing sound and cool the summer breezes.

## A BRIEF HISTORY OF THE GROUNDS BEFORE OLMSTED

The land on which the Capitol stands was first occupied by the Manahoacs and the Monacans, who were subtribes of the Algonquin Indians. Early settlers reported that these tribes occasionally held councils not far from the foot of the hill. This land eventually became a part of Cerne Abbey Manor, and at the time of its acquisition by the Federal Government it was owned by Daniel Carroll of Duddington.

The "Residence Act" of 1790 provided that the Federal Government should be established in a permanent location by the year 1800. In early March 1791 the Commissioners of the City of Washington, who had been appointed by President George Washington, selected the French engineer Pierre Charles L'Enfant to plan the new federal city. L'Enfant decided to locate the Capitol at the elevated east end of the Mall (on what was then called Jenkins' Hill); he described the site as "a pedestal waiting for a monument."

At this time the site of the Capitol was a relative wilderness partly overgrown with scrub oak. Oliver Wolcott, a signer of the Declaration of Independence, described the soil as an "*exceedingly stiff* clay, becoming dust in dry and mortar in rainy weather." A muddy creek with swampy borders flowed at the base of the hill, and an alder swamp bordered by tall woods occupied the place where the Botanic Garden now stands. The city's inhabitants, like L'Enfant and Washington, expected that the capital would grow to the east, leaving the Capitol and the White House essentially on its outskirts. For some years the land around the Capitol was regarded as a common, crossed by roads in several directions and intended to be left as an open area.

In 1825, a plan was devised for imposing order on the Capitol grounds, and it was carried out for almost 15 years. The plan divided the area into flat, rectangular grassy areas bordered by trees, flower beds, and gravel walks. The growth of the trees, however, soon deprived the other plantings of nourishment, and the design became increasingly difficult to maintain in light of sporadic and small appropriations. John Foy, who had charge of the grounds during most of this period, was "superseded for political reasons," and the area was then maintained with little care or forethought. Many rapidly growing but short-lived trees were introduced and soon depleted the soil; a lack of proper pruning and thinning left the majority of the area's vegetation ill-grown, feeble, or dead. Virtually all was removed by the early 1870's, either to make way for building operations during Thomas U. Walter's enlargement of the Capitol or as required by changes in grading to accommodate the new work on the building or the alterations to surrounding streets.

## THE OLMSTED PLAN

The mid-19th-century extension of the Capitol, in which the House and Senate wings and the new dome were added, required also that the Capitol grounds be enlarged, and in 1874 Frederick Law Olmsted was commissioned to plan and oversee the project. As noted above, Olmsted was determined that the grounds should complement the building. In addition, he addressed an architectural problem that had persisted for some years: from the west—the direction in which the city was clearly growing—the earthen terraces at the building's base made it seem inadequately supported at the top of the hill. The solution, Olmsted believed, was to construct marble terraces on the north, west, and south sides

of the building, thereby causing it to "gain greatly in the supreme qualities of stability, endurance, and repose." He submitted his design for these features in 1875, and after extensive study it was approved.

Work on the grounds began in 1874, concentrating first on the east side and then progressing to the west, north, and south sides in 1875. First, the ground was reduced in elevation. Almost 300,000 cubic yards of earth and other material were eventually removed, and over 200 trees were transplanted. New sewer, gas, and water systems were installed. The soil was then enriched with fertilizers to provide a suitable growth medium for new plantings. Paths and roadways were graded and their foundations were laid.

By 1876, gas and water service was completed for the entire grounds, and electrical lamp-lighting apparatuses had been installed. Stables and workshops had been removed from the northwest and southwest corners. A streetcar system north and south of the west grounds had been relocated farther from the Capitol, and ornamental shelters were in place at the north and south car-track termini. The granite and bronze lamp piers and ornamental bronze lamps for the east plaza area were completed.

Work accelerated in 1877. By this time, according to Olmsted's report, "altogether 7,837 plants and trees [had] been set out." However, not all had survived: hundreds were stolen or destroyed by vandals, and, as Olmsted explained, "a large number of cattle [had] been caught trespassing." Other work met with less difficulty. Foot-walks were laid with artificial stone, a mixture of cement and sand, and approaches were paved with concrete. An ornamental iron trellis had been installed on the northern east-side walk, and another was under way on the southern walk. An underground air duct for ventilating the Hall of the House was laid to a temporary opening in the west side of the hill.

The 1878 appointment of watchmen to patrol the grounds was quite effective in preventing further vandalism, allowing the lawns to be completed and much shrubbery to be added. Also in that year, the roads throughout the grounds were paved.

Most of the work required on the east side of the grounds was completed by 1879, and effort thus shifted largely to the west side. The Pennsylvania Avenue approach was virtually finished, and work on the Maryland Avenue approach had begun. The stone walls on the west side of the grounds were almost finished, and the red granite lamp piers were placed at the eastward entrance from Pennsylvania Avenue.

In the years 1880–82, many features of the grounds were completed. These included the walls and coping around the entire perimeter, the approaches and entrances, the tower for the House air shaft, and the Summer House. Work on the terraces began in 1882, and most work from this point until 1892 was concentrated on these structures.

In 1885, Olmsted retired from superintendency of the terrace project; he continued to direct the work on the grounds until 1889. Landscaping work was performed to adapt the surrounding areas to the new construction, grading the ground and planting shrubs at the bases of the walls, as the progress of the masonry work allowed. Some trees and other types of vegetation were removed, either because they had decayed or as part of a careful thinning-out process.

In 1886, Olmsted recommended that the Senate side of the Capitol be supplied with fresh air through a duct and tower similar to those on the House side. This project was completed in 1889–90. In 1888, the wrought-iron lamp frames and railings were placed at the Maryland Avenue entrance, making it the last to be completed. In 1892, the streetcar track that had extended into grounds from Independence Avenue was removed.

## THE GROUNDS AFTER OLMSTED

In the last years of the 19th century, work on the grounds consisted chiefly of maintenance and repairs as needed. Trees, lawns, and plantings were tended, pruned, and thinned to allow their best growth. This work was quite successful: by 1894, the grounds were so deeply shaded by trees and shrubs that Architect of the Capitol Edward Clark recommended an all-night patrol by watchmen to ensure public safety. A hurricane in September 1896 damaged or destroyed a number of trees, requiring extensive removals in the following year. Also in 1897, electric lighting replaced gas lighting in the grounds.

Between 1910 and 1935, 61.4 acres north of Constitution Avenue were added to the grounds. Approximately 100 acres was added in subsequent years, bringing the total area to 274 acres. In 1981, the Architect of the Capitol developed the Master Plan for future development of the U.S. Capitol grounds and related areas.

Since 1983, increased security measures have been put into effect, including the installation of barriers at vehicular entrances. However, the area still functions in many ways as a public park, and visitors are welcome to use the walks to tour the grounds. Demonstrations and ceremonies are often held on the grounds. During the summer, many high-school bands perform in front of the Capitol, and a series of evening concerts by the bands of the Armed Forces is offered free of charge on the east front plaza. On various holidays, concerts by the National Symphony Orchestra are held on the west front lawn.

568                    *Congressional Directory*



UNITED STATES CAPITOL
BASEMENT FLOOR

## ROOMS IN BASEMENT, TERRACE, AND COURTYARDS OF THE CAPITOL

### HOUSE SIDE

#### BASEMENT

HB 1, 6. House Sergeant at Arms.
HB 1A. Clerk of the House.
HB 3, 13B. Democratic Leader.
HB 4. Library of Congress-Capitol Station.
HB 5, 13. Speaker of the House.
HB 9, 10. House Restaurant. Coffee shop.
HB 15. Architect of the Capitol. House engineers.
HB 16, 17, 18. Committee on Appropriations.
HB 19. Architect of the Capitol. Elevator operators.
HB 20, 21, 22, 23, 24. House Restaurant. Kitchen.
HB 25. House Chaplain.
HB 26, 27, 28, 29, 32, 32A, 33. Architect of the Capitol.
HB 30, 31. Chief Administrative Officer.

#### TERRACE

HT 2, 2M, 4, 4M, 6, 6M. Committee on Standards of Official Conduct.
HT 3, 5, 7. Architect of the Capitol. Curator.
HT 8, 10. Clerk of the House. Pages.
HT 9, 11, 13, 15, 17. Clerk of the House. Legislative Operations.
HT 12, 14, 16, 18. Architect of Capitol. Flag office.
HT 20, 23, 24, 25, 26, 27, 49, 49A, 51, 62, 63. Architect of the Capitol. Mechanical rooms.
HT 30, 32, 34, 36. Architect of the Capitol. Sheetmetal shop.
HT 33. Architect of the Capitol. Carpenter's key shop.
HT 35, 37, 39. Architect of the Capitol. Elevator shop.
HT 38, 40, 41. Architect of the Capitol. Electrical shop.
HT 42, 44, 62. Architect of the Capitol.
HT 43. Architect of the Capitol. Paint shop.
HT 45, 47. Architect of the Capitol. Laborers' shop.
HT 46. Architect of the Capitol. Plumbers' shop.
HT 48, 50, 52. Clerk of the House.
HT 53, 55, 57. House television control.
HT 56, 65, 66, 66A, 67. Committee on Appropriations.
HT 58, 59, 60, 61. Clerk of the House. Official Reporters of Debates.

#### COURTYARD

HC 4. Committee on Rules.
HC 5. Foyer.
HC 5A, 5B, 6, 7, 8. Conference/Hearing rooms.
HC 5C. Kitchen.
HC 9. Democratic Whip.

### SENATE SIDE

#### BASEMENT

SB 1. Senate Restaurant. Banquet Department.
SB 7. Senate Restaurant. Kitchen.
SB 8. Senate Sergeant at Arms. Recording studio.
SB 9. Senate Sergeant at Arms.
SB 10. Senate Restaurant. Carry-Out.
SB 11, 12. Architect of the Capitol. Senate engineers.
SB 13, 13A, 14, 15, 16, 17, 18, 19, 21, 21A. Architect of the Capitol.
SB 20. Secretary of the Senate.
SB 22. Architect of the Capitol. Masonry shop.
SB 23. Senate Sergeant at Arms. Custodial service.
SB 36. Secretary of the Senate. Newspaper room.

#### TERRACE

ST 1, 3, 5, 7, 9, 11, 17, 18. Capitol Police.
ST 13, 15. Capitol Guide Service.
ST 16. Architect of the Capitol. Insulation shop.
ST 19, 23, 24, 25, 27, 28, 30, 49, 52, 59, 61, 68. Architect of the Capitol. Mechanical rooms.
ST 20, 53, 60, 62. Senate Sergeant at Arms. Custodial service.
ST 29. Designated Smoking Room.
ST 34, 36, 38. Senate Sergeant at Arms. Senate television control.
ST 41, 44. Secretary of the Senate. Official Reporters of Debates.
ST 45, 45A. Assistant Majority Leader.
ST 47, 48, 70. Senate Sergeant at Arms.
ST 50. Democratic Policy Committee.
ST 51, 52, 64, 66. Architect of the Capitol. Paint shop.
ST 54. Secretary of the Senate. Captioning services.
ST 55. Democratic Leader.
ST 56, 58. Secretary of the Senate. Daily Digest.
ST 57. Republican Policy Committee.
ST 71, 73. Senate Sergeant at Arms. Recording studio (old Senate subway tunnel).

#### COURTYARD

SC 4, 5A, 5B, 6. Conference/Hearing rooms.
SC 5. Foyer.
SC 5C. Kitchen.
SC 7, 8. Democratic Leader.
SC 12. Republican Leader.

570    *Congressional Directory*



UNITED STATES CAPITOL
FIRST FLOOR

## ROOMS ON FIRST (GROUND) FLOOR OF THE CAPITOL

### HOUSE SIDE

Hall of Columns.
Hall of Capitols.
Great Experiment Hall.
Westward Expansion Hall.

H-101. House Post Office.
H-104, 105, 105A, 106, 107, 107A, 108, 109, 110, 111, 113, 114, 114A, 115, 116. Majority Whip.
H-117. House Restaurant [Ernest Petinaud Room].
H-118, 118A, 120A, 120B, 121. House Restaurant.
H-119, 120C. House Restaurant. Kitchen.
H-120 House Restaurant [Charles E. Bennett Room].
H-122, 123. Private dining room (Speaker).
H-123A. House Restaurant. Catering Office.
H-124, 125. Sergeant at Arms.
H-126. Parliamentarian.
H-127, 128. Speaker of the House.
H-129. Wright Patman Congressional Federal Credit Union.
H-130, 131. Members' private dining rooms.
H-132, 151. Democratic Leader.
H-133, 134. Republican Conference.
H-135. Subcommittee on Defense (Appropriations).
H-136, 137. Committee on Ways and Means.
H-139. Committee on International Relations.
H-140. Committee on Appropriations [George Mahon Room].
H-142, 143. Subcommittee on HUD–Independent Agencies (Appropriations).
H-144, 145, 146, 148. Committee on Appropriations.
H-147. Subcommittee on Legislative-D.C. (Appropriations).
H-149. Subcommittee on Defense (Appropriations).
H-150. Subcommittee on Foreign Operations (Appropriations).
H-152, 152A. Committee on Rules.
H-153, 154, 155, 156, 156A, 158. Clerk of the House.
H-159, 160, 161, 162, 165, 166, 166A, 166B, 166C, 167. Attending Physician.
H-163, 164. Committee on House Oversight.

### SENATE SIDE

Brumidi Corridors.

S-101. Railroad Ticket Office.
S-109, 110, 112, 112A, 112B, 114, 115. Senate Restaurant.

S-111, 111A, 111B, 113B. Senate Restaurant. Kitchen.
S-113. Senate Restaurant [Styles Bridges Room].
S-113A. Senate Restaurant. Catering Office.
S-116, 117. Committee on Foreign Relations.
S-118, 119, 121. Democratic Policy Committee.
S-120. Reception Room (Restaurant) [Hugh Scott Room].
S-122, 123. Secretary of the Senate. Bill Clerk and Morning Business Clerk.
S-125, 126, 127, 128, 129, 129A, 130, 130A, 131. Committee on Appropriations.
S-132, 133. Secretary of the Senate. Parliamentarian.
S-134. Secretary of the Senate. Legislative Clerk.
S-135. Secretary of the Senate. Journal Clerk.
S-138. Secretary of the Senate. Executive Clerk and Office Services [Arthur H. Vandenberg Room].
S-139. Secretary of the Senate. Engrossing and Enrolling Clerks.
S-141. Old Supreme Court Chamber.
S-145. Senate Wives' Reception Room.
S-146. Committee on Appropriations.
S-146A. Subcommittee on Commerce, Justice, State, and the Judiciary (Appropriations).
S-147. Architect of the Capitol.
S-148, 149, 150. Assistant Minority Leader.
S-151. Committee on Rules.
S-153, 154. Attending Physician. First Aid.
S-155. Attending Physician.
S-156. Capitol Guide Service. Congressional Special Services Office.

### CRYPT

EF-100. Reception Room (center, East Front).

*Capitol Building*

571

572                    Congressional Directory



## ROOMS ON SECOND (PRINCIPAL) FLOOR OF THE CAPITOL

HOUSE SIDE

National Statuary Hall.
Hall of the House of Representatives.

H-201, 202, 203, 204, 205, 206. Democratic Leader.
H-207. House Reception Room [Sam Rayburn Room].
H-208, 208A. Committee on Ways and Means.
H-209, 210. Speaker's Rooms.
H-211. Parliamentarian.
H-212, 213, 214. Representatives' retiring rooms.
H-216, 217, 218, 218A. Committee on Appropriations.
H-219. Majority Leader.
H-220. Speaker's floor office.
H-221, 223. Republican cloakroom.
H-222, 224. Democratic cloakroom.
H-225. Democratic Leader's floor office.
H-226, 226M-A, 226M-B, 226M-C. Majority Leader.
H-227, 228, 229, 232A, 233, 236. Speaker of the House.
H-230, 231, 232. Speaker of the House [Robert H. Michel Rooms].
H-234. Prayer Room.
H-235, 235A, 235B, 235C. Congressional Women's Reading Room [Lindy Claiborne Boggs Room].
H-304M-A, 304M-B (mezzanine). Periodical Press Gallery.

SENATE SIDE

Senate Chamber.
Balcony [Robert J. Dole Balcony].

S-207. Senators' Conference Room [Mike Mansfield Room].
S-208, 209. Assistant Majority Leader.
S-210. Assistant Majority Leader [John F. Kennedy Room].
S-211. Secretary of the Senate [Lyndon B. Johnson Room].
S-212. Vice President.
S-213. Senate Reception Room.
S-214. Ceremonial Office of the Vice President.
S-215. Senators' retiring room [Marble Room].
S-216. President's Room.
S-219, 219A, 220. Secretary of the Senate.
S-221, 221A, 222, 223, 224. Democratic Leader [Robert C. Byrd Rooms].
S-225. Democratic cloakroom.
S-226. Republican cloakroom.
S-227, 231, 232, 233, 234, 234A, 235, 235A, 236. Republican Leader.
S-228. Old Senate Chamber.
S-229, 229A, 229M. Republican Legislative Scheduling Office.
S-230. Republican Leader [Howard H. Baker, Jr., Room]
S-237. President Pro Tempore.
S-238. [Strom Thurmond Room].

ROTUNDA

*Capitol Building*

573

574        *Congressional Directory*



UNITED STATES CAPITOL
THIRD FLOOR

## ROOMS ON THIRD (GALLERY) FLOOR OF THE CAPITOL

### HOUSE SIDE

H-301, 302, 303. Democratic Policy Committee.
H-304, 304M-A, 304M-B. Periodical Press Gallery.
H-305, 306, 307, 308. Democratic Whip.
H-309, 310. Subcommittee on Commerce, Justice, State, and the Judiciary (Appropriations).
H-311, 312, 312A, 313, 314. Committee on Rules.
H-315, 315A, 316, 317, 318, 319. Press Gallery.
H-320, 320M, 321, 321M, 322, 322A. Radio and Television Correspondents' Gallery.
H-323. Committee on Appropriations.
H-324, 324M. Members' Families Room. [Thomas P. O'Neill, Jr. Room].
H 325, 327A, 328, 329, 330, 330A, 331, 332, 335. Majority Leader.
H 326, 327, 333, 334, 335. Speaker of the House.

### SENATE SIDE

S-308. Radio and Television Studio.
S-309, 310. Democratic Secretary.
S-311. Senate Wives' Lounge.
S-312, 312A. Assistant Secretary of the Senate.
S-313, 313A, 314, 314A, 315, 316. Press Gallery.
S-317. Press Photographers' Gallery.
S-318. Democratic Policy Committee.
S-319, 321, 322, 323, 324. Sergeant at Arms.
S-320. Periodical Press Gallery.
S-325. Radio and Television Correspondents' Gallery.
S-326. Hallway.
S-331, 332. Senate Chaplain.
S-332, 333. Secretary of the Senate. Senate Library.
S-337, 337A. Secretary for the Majority.

*Congressional Directory*



UNITED STATES CAPITOL
FOURTH FLOOR

## ROOMS ON FOURTH (ATTIC) FLOOR OF THE CAPITOL

HOUSE SIDE

H-324M (mezzanine). Members' Families Room.
H-405. Permanent Select Committee on Intelligence.
H-419A, 419B, 419C, 419D, 419E. Speaker of the House.
H-420, H-420A, 421. Architect of the Capitol.

SENATE SIDE

S-406. Secretary of the Senate. Senate Security.
S-408, 409. Radio and Television Correspondents' Gallery.
S-410. Secretary of the Senate. Conservation and Preservation.
S-411, 413A, 413B. Secretary of the Senate. Curator of Art.
S-412, 417. Architect of the Capitol. Mechanical rooms.
S-413, 414, 414A, 415, 416, 418, 419, 420. Secretary of the Senate.

*Note:* To reach H-405 and S-406—Use express elevator on the first floor at southeast wall of the Crypt, and take to fourth floor of Capitol.

Maps edited by Jay Bon and Peter Byrd.

*Capitol Building*

578    *Congressional Directory*



Seating Arrangement In The Senate Chamber

As of February 2, 1999