## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00040 (TNM) |
| v. : | |
| : | |
| PATRICK E. McCAUGHEY III, : | |
| TRISTAN STEVANS, : | |
| : | |
| Defendants | |

### NOTICE OF FILING

The government requests that the attached discovery letter, dated April 8, 2021, be made part of the record in this case.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney

By:  */s/ Melissa Jackson*
        Melissa Jackson
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-7786
        Melissa.jackson@usdoj.gov