AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00198 |
| Tristan Chandler Stevens | ) | Assigned to: Judge Harvey, G. Michael |
| | ) | Assign Date: 2/3/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Tristan Chandler Stevens**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

118 U.S.C. § 111(b) - Assaulting, resisting, or impeding certain officers or employees:
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a) & (b) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry or Disorderly Conduct

Date: 02/03/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:52:16 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02-03-21, and the person was arrested on *(date)* 02-05-21
at *(city and state)* Pensacola FL

Date: 02-05-21

*Arresting officer's signature*

Cody Medlock DUSM
*Printed name and title*