# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on January 8, 2021**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-40 (TNM)** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-198, 21-MJ-** |
| | : | **334 and 21-MJ-355** |
| **PATRICK E. MCCAUGHEY III,** | : | |
| (Counts 6, 11, 12, 15, 16, 18, 22, 25, 26) | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 111(a)(1), 2** |
| **TRISTAN CHANDLER STEVENS,** | : | **(Assaulting, Resisting, or Impeding** |
| (Counts 6, 7, 8, 14, 15, 16, 17, 21, 25, 26) | : | **Certain Officers, Aiding and Abetting)** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| **DAVID LEE JUDD, and** | : | **(Inflicting Bodily Injury on Certain** |
| (Counts 7, 9, 14, 15, 16, 19, 23, 25, 26) | : | **Officers)** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| **CHRISTOPHER JOSEPH QUAGLIN,** | : | **(Assaulting, Resisting, or Impeding** |
| (Counts 1, 2, 3, 4, 5, 10, 13, 15, 16, 20, 24, | : | **Certain Officers Using a Dangerous** |
| 25, 26) | : | **Weapon)** |
| | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| **Defendants.** | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. § 1752(a)(2) and (b)(1)(A)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(4) and (b)(1)(A)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, at or around 1:08 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TWO

On or about January 6, 2021, at or around 1:11 p.m. to 1:13 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, at or around 1:11 p.m. to 1:13 p.m., **CHRISTOPHER JOSEPH QUAGLIN**, did forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury on, an officer and employee of the United States, and

of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, that is, Sgt. T.R., an officer from the United States Capitol Police Department, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Inflicting Bodily Injury on Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT FOUR

On or about January 6, 2021, at or around 1:14 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT FIVE

On or about January 6, 2021, at or around 2:34 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical

contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT SIX

On or about January 6, 2021, at or around 2:49 p.m. to 2:51 p.m., within the District of Columbia, **PATRICK E. MCCAUGHEY III** and **TRISTAN CHANDLER STEVENS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT SEVEN

On or about January 6, 2021, at or around 2:56 p.m. to 2:58 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** and **DAVID LEE JUDD** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT EIGHT

On or about January 6, 2021, at or around 3:03 p.m. to 3:11 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, A.G., an officer from the United States Capitol Police Department, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT NINE

On or about January 6, 2021, at or around 3:06 p.m. to 3:07 p.m., within the District of Columbia, **DAVID LEE JUDD** using a deadly or dangerous weapon, that is, a firecracker, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TEN

On or about January 6, 2021, at or around 3:06 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN**, using a deadly or dangerous weapon, that is, OC spray, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee

of the United States, and of any branch of the United States Government (including any member

of the uniformed services), and any person assisting such an officer and employee, that is, O.F.,

an officer from the Metropolitan Police Department, while such officer or employee was engaged

in or on account of the performance of official duties.

>   (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in
>   violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT ELEVEN

On or about January 6, 2021, at or around 3:06 p.m. to 3:15 p.m., within the District of

Columbia, **PATRICK E. MCCAUGHEY III**, using a deadly or dangerous weapon, that is, a

shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and

employee of the United States, and of any branch of the United States Government (including any

member of the uniformed services), and any person assisting such an officer and employee, that

is, D.H., an officer from the Metropolitan Police Department, while such officer or employee was

engaged in or on account of the performance of official duties.

>   (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in
>   violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWELVE

On or about January 6, 2021, at or around 3:06 p.m. to 3:15 p.m., within the District of Columbia, **PATRICK E. MCCAUGHEY III**, using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, H.F., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT THIRTEEN

On or about January 6, 2021, at or around 3:07 p.m. to 3:12 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN**, using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT FOURTEEN

On or about January 6, 2021, at or around 4:15 p.m. to 4:19 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** and **DAVID LEE JUDD** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed

services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT FIFTEEN

On or about January 6, 2021, within the District of Columbia and elsewhere, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD,** and **CHRISTOPHER JOSEPH QUAGLIN** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by attempting to enter the United States Capitol without authority, committing an act of civil disorder, and engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT SIXTEEN

On or about January 6, 2021, within the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD,** and **CHRISTOPHER JOSEPH QUAGLIN** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of his or her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT SEVENTEEN

On or about January 6, 2021, in the District of Columbia, **TRISTAN CHANDLER STEVENS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT EIGHTEEN

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

**COUNT NINETEEN**

On or about January 6, 2021, in the District of Columbia, **DAVID LEE JUDD** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a firecracker.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

**COUNT TWENTY**

On or about January 6, 2021, in the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, OC spray and a shield.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT TWENTY-ONE

On or about January 6, 2021, in the District of Columbia, **TRISTAN CHANDLER STEVENS** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT TWENTY-TWO

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT TWENTY-THREE

On or about January 6, 2021, in the District of Columbia, **DAVID LEE JUDD** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the

United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a firecracker.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT TWENTY-FOUR

On or about January 6, 2021, in the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, OC spray and a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT TWENTY-FIVE

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD,** and **CHRISTOPHER JOSEPH QUAGLIN** willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

> (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT TWENTY-SIX

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD,** and **CHRISTOPHER JOSEPH QUAGLIN** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

> (**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:


FOREPERSON.


*Channing D. Phillips /jph*

Attorney of the United States in
and for the District of Columbia.