APPEAL,CAP

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:21−cr−00040−TNM−4

Case title: USA v. MCCAUGHEY III et al
Magistrate judge case number:  1:21−mj−00355−ZMF

Date Filed: 01/29/2021

---

Assigned to: Judge Trevor N. McFadden

**Defendant (4)**

| | |
|---|---|
| **CHRISTOPHER JOSEPH QUAGLIN** | represented by **Carlos Diaz−Cobo**<br>LAW OFFICES OF CARLOS DIAZ−COBO<br>35 Court St<br>Freehold, NJ 07728<br>732−249−1125<br>Email: info@cdcesq.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers<br>(1−2) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Inflicting Bodily Injury on Certain Officers<br>(3) | |
| 18 U.S.C. 111(a)(1) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting<br>(4−5) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | |

(10)

18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
(13)

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(15)

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(16)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(20)

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(24)

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(25)

40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings
(26)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

2

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:111(b), 18:231(a)(3), and 18:1512(c)(2) | |

**Plaintiff**

| USA | represented by | Jocelyn Patricia Bond<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20001<br>(202) 252−2571<br>Email: jocelyn.bond@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>Melissa Joy Jackson<br>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA<br>555 4th Street, NW<br>Washington, DC 20530<br>202−252−7786<br>Email: melissa.jackson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/06/2021 | 1 | | SEALED COMPLAINT as to CHRISTOPHER JOSEPH QUAGLIN (1). (Attachments: # 1 Affidavit in Support) (bb) [1:21−mj−00355−ZMF] (Entered: 04/06/2021) |
| 04/06/2021 | 5 | | MOTION to Seal Case by USA as to CHRISTOPHER JOSEPH QUAGLIN. (Attachments: # 1 Text of Proposed Order)(bb) [1:21−mj−00355−ZMF] (Entered: 04/08/2021) |
| 04/06/2021 | 6 | | ORDER granting 5 Motion to Seal Case as to CHRISTOPHER JOSEPH QUAGLIN (1). Signed by Magistrate Judge Zia M. Faruqui on 4/6/2021. (bb) (Main Document 6 replaced on 4/9/2021) (bb). [1:21−mj−00355−ZMF] (Entered: 04/08/2021) |
| 04/07/2021 | 2 | | MOTION for Emergency Stay and MOTION for Review and Appeal of a Release Order by USA as to CHRISTOPHER JOSEPH QUAGLIN. (Attachments: # 1 Proposed Order) (ztg) [1:21−mj−00355−ZMF] (Entered: 04/07/2021) |

| 04/07/2021 | 3 | | ORDER as to CHRISTOPHER JOSEPH QUAGLIN granting 2 Motion for Emergency Stay and for Review and Appeal of Release Order. Signed by Chief Judge Beryl A. Howell on April 7, 2021. (lcbah2) [1:21−mj−00355−ZMF] (Entered: 04/07/2021) |
|---|---|---|---|
| 04/07/2021 | 7 | | Arrest Warrant Returned Executed on 4/7/2021 in North Brunswick, New Jersey as to CHRISTOPHER JOSEPH QUAGLIN. (bb) [1:21−mj−00355−ZMF] (Entered: 04/09/2021) |
| 04/07/2021 | | | Case unsealed as to CHRISTOPHER JOSEPH QUAGLIN (bb) [1:21−mj−00355−ZMF] (Entered: 04/09/2021) |
| 04/08/2021 | | | NOTICE OF HEARING as to CHRISTOPHER JOSEPH QUAGLIN. The parties shall take notice that a Motion Hearing is scheduled for 4/13/2021, at 10:00 AM via videoconference before Chief Judge Beryl A. Howell. A videoconference link will be provided by the deputy clerk. (ztg) [1:21−mj−00355−ZMF] (Entered: 04/08/2021) |
| 04/08/2021 | | | MINUTE ORDER as to CHRISTOPHER JOSEPH QUAGLIN, DIRECTING the parties to appear before the Court on April 13, 2021, at 10:00 AM for a motion hearing on the government's 2 MOTION for Review and Appeal of a Release Order; it is FURTHER ORDERED that supplementary briefing shall be due by noon on Monday, April 12, 2021. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 4/8/2021. (ztg) [1:21−mj−00355−ZMF] (Entered: 04/08/2021) |
| 04/12/2021 | 8 | | MEMORANDUM in Support of Pretrial Detention by USA as to CHRISTOPHER JOSEPH QUAGLIN (Jackson, Melissa) [1:21−mj−00355−ZMF] (Entered: 04/12/2021) |
| 04/13/2021 | | | MINUTE ORDER as to CHRISTOPHER JOSEPH QUAGLIN re 2 MOTION Review and Appeal of a Release Order filed by USA. VACATING the Motion Hearing scheduled for today, April 13, 2021, given the tardy and untimely supplemental filings by both the government and Defendant in this case and the volume of video exhibits. DIRECTING the parties to appear before the Court on Friday, April 16, 2021, at 12:00 PM via videoconference. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 4/13/2021. (ztg) [1:21−mj−00355−ZMF] (Entered: 04/13/2021) |
| 04/13/2021 | 9 | | NOTICE OF ATTORNEY APPEARANCE: Carlos Diaz−Cobo appearing for CHRISTOPHER JOSEPH QUAGLIN (Diaz−Cobo, Carlos) [1:21−mj−00355−ZMF] (Entered: 04/13/2021) |
| 04/13/2021 | 10 | | REPLY in Support by CHRISTOPHER JOSEPH QUAGLIN re 2 MOTION to Stay MOTION to Review (Attachments: # 1 Exhibit Character Reference letters)(Diaz−Cobo, Carlos) [1:21−mj−00355−ZMF] (Entered: 04/13/2021) |
| 04/13/2021 | | | MINUTE ORDER (paperless) as to CHRISTOPHER JOSEPH QUAGLIN DIRECTING the government to submit, by 5 PM today, a supplement to its 8 Memorandum in Support of Pre−Trial Detention (1) briefly describing the contents of each video exhibit and (2) identifying, for any video exhibit longer than three minutes, the timestamp range in which defendant appears and the government seeks to focus the Court's review. Signed by Chief Judge Beryl A. Howell on April 13, 2021. (lcbah1) [1:21−mj−00355−ZMF] (Entered: 04/13/2021) |

4

| 04/13/2021 | 11 | | MEMORANDUM in Support of Pretrial Detention −*Supplement* by USA as to CHRISTOPHER JOSEPH QUAGLIN (Jackson, Melissa) [1:21−mj−00355−ZMF] (Entered: 04/13/2021) |
|---|---|---|---|
| 04/14/2021 | 12 | | SUPPLEMENT by USA as to CHRISTOPHER JOSEPH QUAGLIN *as to Memorandum in Support of Pre−Trial Detention [Second]* (Jackson, Melissa) [1:21−mj−00355−ZMF] (Entered: 04/14/2021) |
| 04/14/2021 | 13 | | SUPPLEMENT by CHRISTOPHER JOSEPH QUAGLIN *Pre−Trial Release* (Diaz−Cobo, Carlos) [1:21−mj−00355−ZMF] (Entered: 04/14/2021) |
| 04/16/2021 | | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing as to CHRISTOPHER JOSEPH QUAGLIN held via videoconference on 4/16/2021. The Defendant agreed to appear via videoconference after consultation with counsel. Government's 2 MOTION for Pretrial Detention, heard and GRANTED; Magistrate Judge's Order of Release REVERSED. The defendant will be held without bond pending trial at the detention facility in New Jersey in which he is currently being held. The Court will issue an Order staying the transportation of the Defendant to this district to keep the Defendant near family and legal counsel. Bond Status of Defendant: Defendant committed/commitment issued. Present via videoconference: Defense Attorney: Carlos Diaz−Cobo; US Attorney: Melissa J. Jackson; Pretrial Officer: Christine Schuck and Masharia Holman. Court Reporter: Elizabeth Saint−Loth. (ztg) [1:21−mj−00355−ZMF] (Entered: 04/16/2021) |
| 04/16/2021 | 14 | | DETENTION ORDER granting the government's 2 Motion for Pretrial Detention. See Order for further details. Signed by Chief Judge Beryl A. Howell on April 16, 2021. (lcbah1) [1:21−mj−00355−ZMF] (Entered: 04/16/2021) |
| 04/16/2021 | 15 | | ORDER as to CHRISTOPHER JOSEPH QUAGLIN DELAYING defendant's transport to the District of Columbia. See Order for further details. Signed by Chief Judge Beryl A. Howell on April 16, 2021. (lcbah1) [1:21−mj−00355−ZMF] (Entered: 04/16/2021) |
| 04/16/2021 | 37 | | SECOND SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 6ss, 11ss−12ss, 15ss, 16ss, 18ss, 22ss, 25ss, 26ss, TRISTAN CHANDLER STEVENS (2) count(s) 6s−7s, 8s, 14s, 15s, 16s, 17s, 21s, 25s, 26s, DAVID LEE JUDD (3) count(s) 7, 9, 14, 15, 16, 19, 23, 25, 26, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1−2, 3, 4−5, 10, 13, 15, 16, 20, 24, 25, 26. (zltp) Modified on 4/20/2021 (zltp). (Entered: 04/20/2021) |
| 04/21/2021 | 39 | | MEMORANDUM OPINION re Government's 26 Motion for Protective Order as to PATRICK EDWARD MCCAUGHEY, III and TRISTAN CHANDLER STEVENS. See attached Opinion for details. Signed by Judge Trevor N. McFadden on 4/21/2021. (lctnm2) (Entered: 04/21/2021) |
| 04/27/2021 | 42 | | NOTICE OF APPEAL (Interlocutory) by CHRISTOPHER JOSEPH QUAGLIN Filing fee $ 505, receipt number BDCDC−8403608. Fee Status: Fee Paid. Parties have been notified. (Diaz−Cobo, Carlos) (Entered: 04/27/2021) |
| 04/27/2021 | 43 | | NOTICE OF APPEAL (Interlocutory) by CHRISTOPHER JOSEPH QUAGLIN Fee Status: No Fee Paid. Parties have been notified. (Diaz−Cobo, Carlos) (Entered: 04/27/2021) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-Cr-40 and 21-Mj-355
)
Christopher J. Quaglin )

## NOTICE OF APPEAL

Name and address of appellant:  Christopher J. Quaglin
121 Haverford Street
North Brunswick, New Jersey 08902

Name and address of appellant's attorney:  Carlos Diaz-Cobo
Law Offices of Carlos Diaz-Cobo
35 Court Street
Freehold, New Jersey 07728

Offense:  18 USC 111(a)(1) and (2) and (b); 18 USC 1521(c)(2); 18 USC 231 (a)(3); 18 USC 1752(a)(2) and (b)(1) (A)

Concise statement of judgment or order, giving date, and any sentence:

Notice is hereby given that Christopher J. Quaglin, defendant in the above-captioned matter is appealing to the United States Court of Appeals for the District of Columbia from the April 16, 2021 Order of detention pending trial entered by the Honorable Beryl A. Howell, Chief Judge of the United States District for the District of Columbia.

Name and institution where now confined, if not on bail:  Essex County Correctional Facility
Newark, New Jersey

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

4/27/2021
DATE

Christopher J. Quaglin.
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [✔]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?         YES [✔]   NO [ ]
Has counsel ordered transcripts?               YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✔]

6

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Carlos Diaz-Cobo (info@cdcesq.com), Melissa Joy Jackson
(chad.byron@usdoj.gov, melissa.jackson@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecf.fraud2@usdoj.gov), Magistrate Judge Zia M. Faruqui
(tiffany_lavigne-rhodes@dcd.uscourts.gov, zmf_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Anneke F Dunbar-Gronke (anneke_dunbargronke@dcd.uscourts.gov),
Kyle Cheney (kcheney@politico.com), Zoe M. Tillman (zoe.tillman@buzzfeed.com), Joshua A.
Gerstein (jagalerts@yahoo.com), Pretrial Notification (psadistrictcourtgroup@psa.gov),
Probation Court Notices (dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:7081338@dcd.uscourts.gov
Subject:Activity in Case 1:21-mj-00355-ZMF USA v. QUAGLIN Motion Hearing
```
Content−Type: text/html

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 4/16/2021 at 2:53 PM and filed on 4/16/2021

| | |
|---|---|
| **Case Name:** | USA v. QUAGLIN |
| **Case Number:** | [1:21−mj−00355−ZMF](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing as to CHRISTOPHER JOSEPH QUAGLIN held via videoconference on 4/16/2021. The Defendant agreed to appear via videoconference after consultation with counsel. Government's [2] MOTION for Pretrial Detention, heard and GRANTED; Magistrate Judge's Order of Release REVERSED. The defendant will be held without bond pending trial at the detention facility in New Jersey in which he is currently being held. The Court will issue an Order staying the transportation of the Defendant to this district to keep the Defendant near family and legal counsel. Bond Status of Defendant: Defendant committed/commitment issued. Present via videoconference: Defense Attorney: Carlos Diaz−Cobo; US Attorney: Melissa J. Jackson; Pretrial Officer: Christine Schuck and Masharia Holman. Court Reporter: Elizabeth Saint−Loth. (ztg)


**1:21−mj−00355−ZMF−1 Notice has been electronically mailed to:**

Melissa Joy Jackson     melissa.jackson@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov, chad.byron@usdoj.gov

Carlos Diaz−Cobo     info@cdcesq.com

**1:21−mj−00355−ZMF−1 Notice will be delivered by other means to::**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-MJ-355 |
| | : |
| CHRISTOPHER JOSEPH QUAGLIN, | : |
| Defendant. | : |

**ORDER DELAYING DEFENDANT'S TRANSPORT TO
THE DISTRICT OF COLUMBIA**

Upon defendant's oral motion, and without any opposition from the government, it is hereby **ORDERED** that defendant's transport from New Jersey to the District of Columbia is to be delayed in order to more readily facilitate defendant's consultation with counsel since defendant's necessary participation in court proceedings may be accomplished remotely. The United States Marshals Service is directed not to transport defendant to the District of Columbia until further Order of this Court.

DATE: April 16, 2021

_Beryl A. Howell_

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA