# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **1:21CR108** |
| | ) | |
| MICHAEL JOSEPH FOY | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth A. Mullin, Assistant Federal Public Defender for the Eastern District of Virginia, hereby notes her appearance on behalf of the defendant in the above-titled case.

Respectfully submitted,
MICHAEL J. FOY


_____/s_____
Elizabeth A. Mullin, Esquire
Attorney for Defendant
DC Bar No. 484020
Virginia Bar No. 86668
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA  22314
(703)600-0879 (telephone)
(703)600-0880 (facsimile)
elizabeth_mullin@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2021, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Elizabeth A. Mullin, Esquire
Attorney for Defendant
DC Bar No. 484020
Virginia Bar No. 86668
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA   22314
(703)600-0879 (telephone)
(703)600-0880 (facsimile)
elizabeth_mullin@fd.org