UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, Assistant Federal Public Defender LAUREN COBB, and gives notice that she will be counsel for the defendant in the above-styled cause.

RESPECTFULLY SUBMITTED this 5th day of May, 2021.

                                                */s/ Lauren Cobb*
                                                LAUREN COBB
                                                Florida Bar No. 52022
                                                Attorney for Defendant
                                                3 W. Garden Street, Ste. 200
                                                Pensacola, FL 32502
                                                (850) 432-1418
                                                Lauren_Cobb@fd.org