# EXHIBIT 1: LETTERS IN SUPPORT OF DAVID JUDD

Dear Honorable Judge,

I am writing in regards of my son David Judd. As a parent we tend to over emphasize the character of our children. I would assure you that in David's case this is no exaggeration. From a very early age he has shown empathy and kindness towards others. As he grew in his teenage years, he was not one to have an attitude towards his elders like some  that age can be. He was raised in the Methodist Church and was confirmed in his teenage years.  In High School David excelled in athletics and music. He gained valuable sportsmanship and leadership skills, which led him to attend the University of North Texas where he earned a degree in Hospitality Management. Upon Graduating from college he had several management jobs which he excelled in. Due to his management skills and charismatic personality former employees respected and enjoyed working for him. David has always been a man of faith and loves his family.  During these last two years David has been a caretaker for my mother whom just passed away recently. Her grieving and stress for David may have played a factor to her demise. David has also been beneficial to our household this last year and a half during the pandemic. He takes care of me and his step father in many ways. I was furloughed from my job of 34 years and my husband has been unable to work due to a work related injury. David lives in our home and performs many household duties. I have been unable to do simple tasks due to what I feel is stress related depression dealing with him incarcerated, the death of my mother, and my husbands surgery. He is really needed at home quickly to help us continue our path to physical and mental wellness. On top of all his support for the family he contributes financially.
David's management, organizational, and  leadership skills are necessary for us to maintain a functional household. Most  importantly his spiritual motivation helps us cope daily.
It is necessary that David's release is expedited in a timely matter so he can be home and attend his Grandmothers funeral May 14th. We need him home so our household can regain normalcy.
I will ensure that he follows all conditions of release that the court may impose.

Sincerely,

Cheryl Judd Conley

**From:** Jay Conley <­­­­­­­­­­­­­­­­­­­­­­­­­­­­­­>
**Date:** May 4, 2021 at 7:18:28 PM EDT
**To:** Cheryl <­­­­­­­­­­­­­­­­­­­­­­­­­­­­­­>
**Subject: The Dude**

To whom this may concern,

   My name is Jay Conley, I am the husband of David Judd's mother, Cheryl Conley. We were high school sweethearts and reconnected after 35 plus years apart. My first meeting with David was incredible. I flew into Dallas from out of state and spent nearly an entire day with David. Immediately I found David very like able and inviting. He showed a vast knowledge of the Dallas area. I felt as though I had my own personal tour guide. He was a true Ambassador.
 I eventually moved to Dallas and married Cheryl. David and I became friends and shared common interest. We learned each other's likes and dislikes, of which David has few. He has the personality of someone that you don't mind hanging out with. I had the son I always wanted. Which I say proudly. His charismatic personality would be hard to dislike. I learned that David possesses a remarkable culinary talent & musical ability. This is only matched by his love of church and family. His brainstorming ability, organizational skills, and creative mind made him an exceptional manager at Chick-fil-A, just to name one. He seems to share a passion for any venture he may encounter.
 I remember his excitement when he was chosen to campaign for President Trump in Maine. During teleconference calls David would interject with suggestions and ideas. This then led to his trip to D. C. . He wanted to show his passion, support, respect, and gratitude for his country and former President. The same qualities he uses when approaching a project.
 David and I worked on many projects together around the home. He has the innate ability to take on projects that he has no prior experience with. He is willing to listen and learn while adding creative input. His dedication shows in his craftsmanship in all we have built and completed. He pours his heart and soul into everything he does. This would also include his family.
  His care for both of his grandmothers during their waning health has shown great compassion and patience.  The loss of his grandmothers,  father, a beloved pet, and former fiancé battle

with cancer is more than most could handle. From these tragic circumstances, David has found an inner strength and desire to succeed. He has gained The positive aspects of loss and tragedy, making him stronger, better,and empathetic towards others.
 I would reiterate that I am proud to have David as my son. We have both learned from one another. David's attributes are many and strong. A momentary lapse of reason should not define anyone. The world is a better place with men like David Judd. In closing, should the court show the same amount of compassion David shares and impose a conditional release, I and those around will see to it that he execute these conditions completely.
 Sincerely,
 Jay Conley


Sent from my iPhone

Marvin Blake RRT, RN, LP, CEN, CCRN, PCCN-CMC



3 May 2021

Dear Sir or Madam,

Greetings.  I have known David since he was six years old.  He has always been a great kid and neighbor.  We first met when our families moved to our village in 1991.  I was activated and deployed  for the army OCONUS during the Gulf War, my wife said he would regularly come over and check to see if she needed any help.  He would bring the newspaper in and would ask my wife if it was ok with her if he said a prayer for me and the rest of my fellow soldiers.

 When I came home after the war and when David first saw me he dropped his backpack and ran to me and jumped in my arms and said that he knows that GOD was real cause he just answered his prayers by seeing me come home safe.  That was the day he became my nephew and he will always be my nephew, regardless of the fact that we are of differing political persuasions and ideologies.  I do not support what happened at the Capitol building on July 6 in any way, but I am committed to supporting David wholeheartedly should he be released.   I will be here to support and ensure that David adhere to all terms imposed by the courts.

As a neighbor, uncle, friend, Christian and Army veteran I am asking that you release him to the custody of his family.  I will personally make sure that he follows the straight and narrow path.  Thank you for your time and assistance


Sincerely,

Marvin Blake

| | |
|---|---|
| From: | Cheryl Judd |
| To: | Elizabeth Mullin |
| Cc: | |
| Subject: | Fwd: Fellowship Church |
| Date: | Thursday, May 6, 2021 3:08:31 PM |

Begin forwarded message:

**From:** Shannon Woodsmall
**Date:** May 5, 2021 at 7:29:49 PM EDT
**To:** Cheryl Judd <
**Subject: Fellowship Church**
**Reply-To:** Shannon Woodsmall








To whom it may concern:

David Judd is a member of Fellowship Church located in Grapevine, Texas. He has attended this church for 12 years and was baptized at the church in 2017.

He is a member of the Creative Team, where he performs every Sunday and on other special occasions. He has hosted and lead the weekly Wednesday meet up where he leads a Bible study circle.

Through Fellowship Church, David performs community involvement efforts. Most recent has been for Covid Relief, where food and supplies were distributed to those in need within the Dallas Metroplex.

Additionally, David helps with similar events throughout the year as needed.

We are looking forward to having David join us again soon. He is a important member of our church and community.

Please see attached photo of one of David's performances.