## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | Criminal No: 21-CR-40 (TNM) |
| : | Magistrate No: 21-MJ-355 |
| : | |
| CHRISTOPHER J. QUAGLIN, : | |
| : | |
| Defendant : | |
| : | |

### Waiver of Appearance for Arraignment

The Defense for Christopher J. Quaglin, having received a copy of the Indictment in the above captioned matter, and a copy of the Indictment having been given to the Defendant, and Defense and Defendant both executing this waiver do hereby pursuant to Federal Criminal Rule of Procedure R.10(b), waive Christopher Quaglin's appearance and enter a plea of NOT GUILTY to all counts in the Indictment as to Christopher Quaglin.

Christopher Quaglin

Leave to file GRANTED

TREVOR N. MCFADDEN
United States District Judge

5/12/21

Respectfully submitted,

Carlos Diaz-Cobo, Esq.
D.C. Bar Id: NJ 032