UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-40-TNM** |
| | : | |
| **CHRISTOPHER QUAGLIN,** | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER LIFTING PRIOR ORDER DELAYING DEFENDANT'S TRANSPORT TO THE DISTRICT OF COLUMBIA**

Upon government's motion, it is hereby ORDERED that defendant's transport from New Jersey to the District of Columbia is no longer to be delayed. The United States Marshals Service is no longer prohibited from transporting defendant to the District of Columbia or a nearby facility of its choosing.

DATE: June ___, 2021

_____
TREVOR N. MCFADDEN
DISTRICT COURT JUDGE