AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
GEOFFREY WILLIAM SILLS

Defendant

Case No. 21cr40

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GEOFFREY WILLIAM SILLS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 1512(c)(2) and 2
18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(2) and (b)(1)(A)
18 U.S.C. § 1752(a)(4) and (b)(1)(A)
40 U.S.C. § 5104(e)(2)(D)
40 U.S.C. § 5104(e)(2)(F)

Date: 06/16/2021

Zia M. Faruqui
2021.06.16
16:29:38 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/21, and the person was arrested on *(date)* 6/18/21
at *(city and state)* Mechanicsville, VA.

Date: 6/18/21

*Arresting officer's signature*

Benjamin Fulp / Special Agent
*Printed name and title*