IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-40-5** |
| | : | |
| | : | |
| **ROBERT MORSS** | : | |

# ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant Robert Morss in the above-captioned matter.

Respectfully submitted,

*/s/ Elizabeth L. Toplin*
ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

## **CERTIFICATE OF SERVICE**

    I, Elizabeth L. Toplin, Assistant Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of Entry of Appearance on behalf of Defendant, to be filed and served via Electronic Case Filing upon Melissa Joy Jackson, Assistant United States Attorney.

                                                       */s/ Elizabeth L. Toplin*
                                                       ELIZABETH L. TOPLIN
                                                       Assistant Chief, Trial Unit

Date:   June 23, 2021