# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-40** |
| | : | |
| | : | |
| **ROBERT MORSS** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                      Respectfully submitted,

                      */s/ Kathleen M. Gaughan*
                      KATHLEEN M. GAUGHAN
                      Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing ("ECF") upon:

Melissa J. Jackson
Assistant United States Attorney
United States Attorney's Office
555 4th St., NW
Washington, DC 20530.

/s/ Kathleen M. Gaughan
KATHLEEN M. GAUGHAN
Assistant Federal Defender

DATE:  June 29, 2021