**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. 21-cr-00040 (TNM)** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **PATRICK E. McCAUGHEY III et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

<u>**NOTICE OF FILING**</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant with government's attached viewing letter, dated July 6, 2021, in the above-mentioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:     */s/ Melissa Jackson*_____
Melissa Jackson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7786
Melissa.jackson@usdoj.gov