IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>    v.                )<br>)<br>GEOFFREY SILLS   ,    )<br>    Defendant.       )<br>) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

NOTICE OF APPEARANCE

Please note the appearance of John C. Kiyonaga as counsel for Defendant Geoffrey Sills.

Respectfully Submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga
DC Bar  424858

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1