# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-00040 (TNM) |
| v. : | |
| : | |
| PATRICK E. McCAUGHEY III et al., : | |
| : | |
| Defendants | |

## NOTICE OF FILING

The government requests that the attached discovery letters, dated August 3, 2021 and August 4, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:  _/s/ Melissa Jackson_
Melissa Jackson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7786
Melissa.jackson@usdoj.gov