## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on January 8, 2021

UNITED STATES OF AMERICA

     v.

| | |
|---|---|
| **PATRICK E. MCCAUGHEY III,**<br>(Counts 14, 24, 25, 34, 35, 37, 45, 52, 53) | :<br>: |
| **TRISTAN CHANDLER STEVENS,**<br>(Counts 14, 16, 21, 33, 34, 35, 36, 44, 52, 53) | :<br>:<br>:<br>: |
| **DAVID LEE JUDD,**<br>(Counts 16, 22, 33, 34, 35, 46, 52, 53) | :<br>:<br>:<br>: |
| **CHRISTOPHER JOSEPH QUAGLIN,**<br>(Counts   1, 2, 3, 4, 11, 20, 23, 26, 34, 35, 39, 47, 52, 53) | :<br>:<br>:<br>: |
| **ROBERT MORSS,**<br>(Counts 5, 6, 10, 20, 27, 34, 35, 41, 49, 52, 53) | :<br>:<br>:<br>:<br>: |
| **GEOFFREY WILLIAM SILLS,**<br>(Counts 7, 8, 13, 15, 18, 34, 35, 40, 48, 52, 53) | :<br>:<br>:<br>: |
| **DAVID MEHAFFIE,**<br>(Counts 12, 34, 35, 52, 53) | :<br>: |
| **STEVEN CAPPUCCIO,**<br>(Counts 28, 29, 30, 34, 35, 42, 50, 52, 53),<br>and | :<br>:<br>:<br>: |
| **FEDERICO GUILLERMO KLEIN, also**<br>known as "Freddie Klein,"<br>(Counts 9, 17, 19, 27, 31, 32, 34, 35, 43, 51, 52, 53) | :<br>:<br>:<br>: |
|     **Defendants.** | : |

**VIOLATIONS:**
**18 U.S.C. §§ 111(a)(1), 2**
**(Assaulting, Resisting, or Impeding**
**Certain Officers, Aiding and Abetting)**
**18 U.S.C. § 111(a)(1) and (b)**
**(Inflicting Bodily Injury on Certain**
**Officers)**
**18 U.S.C. §§ 2111, 2**
**(Robbery)**
**18 U.S.C. § 111(a)(1) and (b)**
**(Assaulting, Resisting, or Impeding**
**Certain Officers Using a Dangerous**
**Weapon)**
**18 U.S.C. §§ 1512(c)(2), 2**
**(Obstruction of an Official Proceeding)**
**18 U.S.C. § 231(a)(3)**
**(Civil Disorder)**
**18 U.S.C. § 1752(a)(2) and (b)(1)(A)**
**(Disorderly and Disruptive Conduct in a**
**Restricted Building or Grounds with a**
**Deadly or Dangerous Weapon)**
**18 U.S.C. § 1752(a)(4) and (b)(1)(A)**
**(Engaging in Physical Violence in a**
**Restricted Building or Grounds with a**
**Deadly or Dangerous Weapon)**
**40 U.S.C. § 5104(e)(2)(D), 2**
**(Disorderly Conduct in**
**a Capitol Building)**
**40 U.S.C. § 5104(e)(2)(F), 2**
**(Act of Physical Violence in the Capitol**
**Grounds or Buildings)**

## FOURTH SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, at or around 1:08 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about January 6, 2021, at or around 1:11 p.m. to 1:13 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, that is, T.R., an officer from the United States Capitol Police Department, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Inflicting Bodily Injury on Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

2

## COUNT THREE

On or about January 6, 2021, at or around 1:11 p.m. to 1:13 p.m., within the District of

Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede,

intimidate, and interfere with an officer and employee of the United States, and of any branch of

the United States Government (including any member of the uniformed services), and any person

assisting such an officer and employee, while such officer or employee was engaged in and on

account of the performance of official duties, and where the acts in violation of this section involve

physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United
> States Code, Section 111(a)(1))

## COUNT FOUR

On or about January 6, 2021, at or around 1:14 to 1:15 p.m., within the special maritime

and territorial jurisdiction of the United States, **CHRISTOPHER JOSEPH QUAGLIN** did by

force and violence, and by intimidation, take and attempt to take from the person or presence of

another, that is, L.L., an officer from the Metropolitan Police Department, a thing of value, that is,

a fence.

> **(Robbery and Aiding and Abetting**, in violation of Title 18, United States Code,
> Section 2111 and 2)

## COUNT FIVE

On or about January 6, 2021, at or around 2:09 p.m., within the special maritime and

territorial jurisdiction of the United States, **ROBERT MORSS** did by force and violence, and by

intimidation, take and attempt to take from the person or presence of another, that is, B.G., an

officer from the Metropolitan Police Department, a thing of value, that is, a baton.

> **(Robbery**, in violation of Title 18, United States Code, Section 2111)

3

## COUNT SIX

On or about January 6, 2021, at or around 2:14 p.m., within the special maritime and territorial jurisdiction of the United States, **ROBERT MORSS** did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, J.C., an officer from the Metropolitan Police Department, a thing of value, that is, a fence.

(**Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2111 and 2)

## COUNT SEVEN

On or about January 6, 2021, at or around 2:25 p.m. to 2:32 p.m., within the District of Columbia, **GEOFFREY WILLIAM SILLS** using a deadly or dangerous weapon, that is, a pole-like object, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT EIGHT

On or about January 6, 2021, at or around 2:32 p.m., within the District of Columbia, **GEOFFREY WILLIAM SILLS** using a deadly or dangerous weapon, that is, a pole-like object, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such

officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT NINE

On or about January 6, 2021, at or around 2:32 to 2:34 p.m., within the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, that is L.H., an officer from the Metropolitan Police Department, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

### COUNT TEN

On or about January 6, 2021, at or around 2:33 p.m., within the District of Columbia, **ROBERT MORSS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the

victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT ELEVEN

On or about January 6, 2021, at or around 2:34 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT TWELVE

On or about January 6, 2021, between at or around 2:40 p.m. to 3:18 p.m., within the District of Columbia, **DAVID MEHAFFIE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT THIRTEEN

On or about January 6, 2021, at or around 2:42 to 2:43 p.m., within the special maritime and territorial jurisdiction of the United States, **GEOFFREY SILLS,** did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, C.W., an officer from the Metropolitan Police Department, a thing of value, that is, a baton.

> **(Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2111 and 2)

## COUNT FOURTEEN

On or about January 6, 2021, at or around 2:49 p.m. to 2:51 p.m., within the District of Columbia, **PATRICK E. MCCAUGHEY III** and **TRISTAN CHANDLER STEVENS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT FIFTEEN

On or about January 6, 2021, at or around 2:52 p.m. to 2:53 p.m., within the District of Columbia, **GEOFFREY WILLIAM SILLS** using a deadly or dangerous weapon, that is, a baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such

officer or employee was engaged in or on account of the performance of official duties, that is V.B., an officer from the Metropolitan Police Department and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT SIXTEEN

On or about January 6, 2021, at or around 2:56 p.m. to 2:58 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** and **DAVID LEE JUDD** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT SEVENTEEN

On or about January 6, 2021, at or around 2:56 p.m. to 2:58 p.m., within the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, A.G., an officer from the United States Capitol Police Department, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

8

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting,** in violation of Title 18, United States Code, Section 111(a)(1) and 2)

## COUNT EIGHTEEN

On or about January 6, 2021, at or around 2:58 p.m. to 3:00 p.m., within the District of Columbia, **GEOFFREY WILLIAM SILLS** using a deadly or dangerous weapon, that is, a baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, that is C.W., an officer from the Metropolitan Police Department and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,** in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT NINETEEN

On or about January 6, 2021, at or around 3:00 p.m., within the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, that is C.W., an officer from the Metropolitan Police Department and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting,** in violation of Title 18, United States Code, Section 111(a)(1) and 2)

9

### COUNT TWENTY

On or about January 6, 2021, at or around 3:02 p.m. to 3:05 p.m., within the special maritime and territorial jurisdiction of the United States, **ROBERT MORSS** and **CHRISTOPHER JOSEPH QUAGLIN** did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, P.N., an officer from the Metropolitan Police Department, a thing of value, that is, a shield.

> **(Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2111 and 2)

### COUNT TWENTY-ONE

On or about January 6, 2021, at or around 3:03 p.m. to 3:11 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, A.G., an officer from the United States Capitol Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-TWO

On or about January 6, 2021, at or around 3:06 p.m. to 3:07 p.m., within the District of Columbia, **DAVID LEE JUDD** using a deadly or dangerous weapon, that is, a firecracker, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of

the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-THREE

On or about January 6, 2021, at or around 3:06 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN**, using a deadly or dangerous weapon, that is, OC spray, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, O.F., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-FOUR

On or about January 6, 2021, at or around 3:06 p.m. to 3:15 p.m., within the District of Columbia, **PATRICK E. MCCAUGHEY III**, using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, D.H., an officer from the Metropolitan Police Department, while such officer or employee was

11

engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-FIVE

On or about January 6, 2021, at or around 3:06 p.m. to 3:15 p.m., within the District of Columbia, **PATRICK E. MCCAUGHEY III**, using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, H.F., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-SIX

On or about January 6, 2021, at or around 3:07 p.m. to 3:12 p.m., within the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN**, using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

12

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT TWENTY-SEVEN

On or about January 6, 2021, at or around 3:07 p.m. to 3:14 p.m., within the District of Columbia, **ROBERT MORSS**, and **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

### COUNT TWENTY-EIGHT

On or about January 6, 2021, at or around 3:08 p.m. to 3:10 p.m., within the District of Columbia, **STEVEN CAPPUCCIO**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

### COUNT TWENTY-NINE

On or about January 6, 2021, at or around 3:11 p.m. to 3:13 p.m., within the District of

13

Columbia, **STEVEN CAPPUCCIO**, using a deadly or dangerous weapon, that is, a baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, D.H., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT THIRTY

On or about January 6, 2021, at or around 3:11 p.m. to 3:13 p.m., within the special maritime and territorial jurisdiction of the United States, **STEVEN CAPPUCCIO** did by force and violence, and by intimidation, take and attempt to take from the person or presence of another, that is, D.H., an officer from the Metropolitan Police Department, a thing of value, that is, a baton.

(**Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2111 and 2)

## COUNT THIRTY-ONE

On or about January 6, 2021, at or around 3:15 p.m. to 3:18 p.m., within the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, H.F., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where

14

the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT THIRTY-TWO

On or about January 6, 2021, at or around 3:18 p.m. to 3:19 p.m., within the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," using a deadly or dangerous weapon, that is, a shield, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, M.M., an officer from the United States Capitol Police Department, while such officer or employee was engaged in or on account of the performance of official duties and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

### COUNT THIRTY-THREE

On or about January 6, 2021, at or around 4:15 p.m. to 4:19 p.m., within the District of Columbia, **TRISTAN CHANDLER STEVENS** and **DAVID LEE JUDD** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting**, in violation of Title 18, United States Code, Section 111(a)(1) and 2)

15

## COUNT THIRTY-FOUR

On or about January 6, 2021, within the District of Columbia and elsewhere, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS DAVID MEHAFFIE, STEVEN CAPPUCCIO,** and **FEDERICO GUILLERMO KLEIN,** also known as "Freddie Klein," attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT THIRTY-FIVE

On or about January 6, 2021, within the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS DAVID MEHAFFIE, STEVEN CAPPUCCIO,** and **FEDERICO GUILLERMO KLEIN,** also known as "Freddie Klein," committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of his or her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT THIRTY-SIX

On or about January 6, 2021, in the District of Columbia, **TRISTAN CHANDLER STEVENS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT THIRTY-SEVEN

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

17

## COUNT THIRTY-EIGHT

On or about January 6, 2021, in the District of Columbia, **DAVID LEE JUDD** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a firecracker.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT THIRTY-NINE

On or about January 6, 2021, in the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, OC spray and a shield.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

### COUNT FORTY

On or about January 6, 2021, in the District of Columbia, **GEOFFREY WILLIAM SILLS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

### COUNT FORTY-ONE

On or about January 6, 2021, in the District of Columbia, **ROBERT MORSS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a knife.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT FORTY-TWO

On or about January 6, 2021, in the District of Columbia, **STEVEN CAPPUCCIO** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT FORTY-THREE

On or about January 6, 2021, in the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

### COUNT FORTY-FOUR

On or about January 6, 2021, in the District of Columbia, **TRISTAN CHANDLER STEVENS** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FORTY-FIVE

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FORTY-SIX

On or about January 6, 2021, in the District of Columbia, **DAVID LEE JUDD** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were

21

temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a firecracker.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FORTY-SEVEN

On or about January 6, 2021, in the District of Columbia, **CHRISTOPHER JOSEPH QUAGLIN** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, OC spray and a shield.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FORTY-EIGHT

On or about January 6, 2021, in the District of Columbia, **GEOFFREY WILLIAM SILLS** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FORTY-NINE

On or about January 6, 2021, in the District of Columbia, **ROBERT MORSS** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a knife.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FIFTY

On or about January 6, 2021, in the District of Columbia, **STEVEN CAPPUCCIO** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

### COUNT FIFTY-ONE

On or about January 6, 2021, in the District of Columbia, **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice

23

President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a shield.

> (**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT FIFTY-TWO

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO,** and **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

> (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D) and Title 18, United States Code, Section 2)

## COUNT FIFTY-THREE

On or about January 6, 2021, in the District of Columbia, **PATRICK E. MCCAUGHEY III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO,** and **FEDERICO GUILLERMO KLEIN**, also known as "Freddie Klein," willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips /pk*

Attorney of the United States in
and for the District of Columbia.