AO 442 (Rev. 01/09)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
DAVID MEHAFFIE

_____
*Defendant*

)
)
)
)
)
)

Case No.1:21-cr-40
Assign to: Judge Trevor N. McFadden
Date Assigned: 08/04/2021
Description: SUPERSEDING INDICTMENT (B)
Case Related to 21-cr-40 (TNM)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    David Mehaffie
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 111(a)(1), 2 (Assaulting, Resisting, or Impeding Certain Officers, Aiding and Abetting), 18 U.S.C. § 111(a)(1) and (b) (Inflicting Bodily Injury on Certain Officers), 18 U.S.C. §§ 2111, 2 (Robbery), 18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon), 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding), 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 40 U.S.C. § 5104(e)(2)(D), 2 (Disorderly Conduct in a Capitol Building), 40 U.S.C. § 5104(e)(2)(F), 2 (Act of Physical Violence in the Capitol Grounds or Buildings)

Date:    08/04/2021

Robin M. Meriweather
2021.08.04 23:03:36 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* August 6, 2021 , and the person was arrested on *(date)* August 12, 2021 at *(city and state)* Kettering, Ohio |

Date:    August 12, 2021

*Arresting officer's signature*

Kyle G. Metz, Task Force Officer
*Printed name and title*