# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3028**　　　　　　　　　　　　　　**September Term, 2020**

1:21-cr-00040-TNM-4

**Filed On: August 18, 2021** [1910727]

United States of America,

　　　　Appellee

　　v.

Christopher Joseph Quaglin,

　　　　Appellant

## M A N D A T E

　　In accordance with the judgment of June 24, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed June 24, 2021