# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-00040-TNM |
| | : | |
| **PATRICK EDWARD MCCAUGHEY III, et al.** | : | |
| | : | |
| | : | |
| **Defendant(s).** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Kimberley C. Nielsen is entering her appearance in this matter.

                                                    Respectfully submitted,

                                                    CHANNING D. PHILLIPS
                                                    Acting United States Attorney
                                                    D.C. Bar No. 415793

By:    /s/ *Kimberley C. Nielsen*
            KIMBERLEY C. NIELSEN
            Assistant United States Attorney
            N.Y. Bar No. 4034138
            555 4th Street, N.W., Room 9913
            Washington, D.C. 20530
            202-252-7418
            Kimberley.Nielsen@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2021, I caused a copy of the foregoing opposition to be served on counsel of record via electronic filing.

                                        /s/ *Kimberley C. Nielsen*
                                        KIMBERLEY C. NIELSEN
                                        Assistant United States Attorney