**Subject:** US vs. McCaughey
**From:** Michael Jones <Michael_Jones@ctp.uscourts.gov>
**Date:** 8/26/2021, 11:42 AM
**To:** "lindy@lindyursolaw.com" <lindy@lindyursolaw.com>

Attorney Urso,

Per our conversation, I think it's an appropriate time for a modification of conditions of release for Mr. McCaughey, to remove his curfew enforced by location monitoring condition. He is not a risk of flight nor a danger to the community, at least so much that it merits such intense monitoring. He has surrendered his passports, has no criminal history, works full-time and has been compliant with all conditions of release. Of course he would continue to be monitored at a level appropriate for his risk level, but location monitoring is excessive at this time in my opinion.

Regards,
Michael Jones
Senior USPO

Sent from my iPhone