

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 23, 2021

Stanley Woodward
Kristin L. McGough
*Via Email and ECF*

  Re: *United States v. Federico Klein*
    Case No. 21-cr-40-TNM (formerly 21-cr-236-JDB)

Dear Counsel:

  We are writing to memorialize the discovery that has been provided to you in the above-captioned case(s) to date.  **Preliminary discovery** has been provided to you on a rolling basis beginning on April 6, 2021.  Please note that in an effort to provide these preliminary materials expeditiously, they were not Bates-stamped prior to providing them to you.  Bates-stamped materials will be provided at a later date through our formalized discovery process.

  On April 6, 2021, you were provided a **link from Evidence.com** allowing you to access **Body Worn Camera video files** recorded by Metropolitan Police Department Officers on January 6, 2021 on the Lower West Terrace in and around the time that defendant Klein was present.  These video files are listed in **Addendum A.**

  On April 22, 2021, you were invited via letter to participate in a **tour of the U.S. Capitol Building**, the crime scene in this case, on any of five separate dates throughout May and June of 2021.

  On May 3, 2021, you were provided via **USAfx** documents and other materials related to the FBI investigation of Federico Klein, including 150 files as listed in **Addendum B[1]**.

---

[1] The Body Worn Camera footage referenced in Addendum B was disclosed to you separately on May 18, 2021.

On May 4, 2021, you were provided via **USAfx** with the recorded jail calls and associated documentation of defendant Klein between the dates of March 4, 2021 to April 6, 2021.

On May 5, 2021, you were provided via **USAfx** the **photographs** related to the search of defendant Klein's vehicle (41 color photos) as well as a copy of open-source videos **"Scenes of Chaos,"** recorded by photojournalist Jon Farina (29 minutes in length), and **"Just Another Channel/Info Wars"** (1 hour, 28 minutes in length).

On May 18, 2021, you were provided via **USAfx** with the Body Worn Camera footage of MPD Officers                                           as listed in **Addendum B**.

On June 2, 2021, you were provided via **FedEx** with a complete/un-scoped copy of the contents of defendant Klein's grey iPhone SE (IMEI#                      ).

On June 8, 2021, you were provided via **USAfx** with the Grand Jury transcripts and exhibits related to defendant Klein's initial indictment in case 21-cr-236, as listed in **Addendum C**.  You were also provided with 12 United States Capitol Surveillance Files, which have been deemed highly sensitive pursuant to the Protective Order in this case, as listed in **Addendum C**.

On June 15, 2021, you were provided via **USAfx** with four video files of defendant Klein clipped from the Body Worn Camera footage of officers who came into contact with the defendant on January 6, 2021, as listed in **Addendum D**.

On July 1, 2021, you were provided three additional **links from Evidence.com** allowing you to access additional **Body Worn Camera video files** recorded by Metropolitan Police Department Officers on January 6, 2021 on the Lower West Terrace.  These video files are listed in **Addendum E, Addendum F, and Addendum G**.

On July 12, 2021, you were invited via letter to participate in a **tour of the U.S. Capitol** Building, the crime scene in this case, in August of 2021.

Please note that we expect to continue providing discovery on a rolling basis.

**Voluminous Materials.**  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.  These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know of any specific information that you believe is particularly relevant to your client.

**Protective Order.**  The materials listed above are subject to the terms of the Protective Order issued in this case on March 30, 2021.

**Timing of Disclosures.**  We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  We will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

**Reciprocal Discovery.**  I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

**Notice of Defenses.**  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

The above information summarizes the discovery that has been provided to you to-date with respect to Mr. Klein and I will continue providing discovery as it becomes available.  Please do not hesitate to reach out if you have questions.

Sincerely,


        */s/ Jocelyn Bond*
Jocelyn Bond
Kimberley Nielsen
Melissa Jackson
Assistant United States Attorneys

Enclosure(s)
cc:\

3

### Addendum A

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| 20210107- CDU 54 | | 06 Jan 2021 16:58:17 | 2m 7s |
| 20210107- CDU 54- CAPITOL | | 06 Jan 2021 16:00:57 | 9m 8s |
| 20210107- CDU 54 CAPITOL | | 06 Jan 2021 15:50:12 | 6m 20s |
| 20210106 - RIOT - CAPITAL BUILDING | | 06 Jan 2021 15:15:08 | 6m 41s |
| 20210107- CDU 54- CAPITOL | | 06 Jan 2021 15:10:28 | 35m 20s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | | 06 Jan 2021 15:10:13 | 46m 49s |
| 20210106-FELONY RIOTS-US CAPITOL | | 06 Jan 2021 15:05:16 | 23m 47s |
| 20210106 - Felony Riot - US Capitol | | 06 Jan 2021 15:02:54 | 16m 15s |
| 20210106 - CAPITOL RIOT - US CAPITOL | | 06 Jan 2021 14:53:20 | 1h 8m |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 14:28:37 | 1h 40m |
| 20210106 - Riot - US CAPITOL | | 06 Jan 2021 13:55:42 | 1h 14m |
| 20210106 - RIOT - US CAPITOL | | 06 Jan 2021 13:49:16 | 1h 20m |
| 20210106 - RIOTING - US CAPITOL | | 06 Jan 2021 13:24:37 | 2h 23m |
| 20210106- CDU 54- CAPITOL | | 06 Jan 2021 13:12:27 | 1h 35m |

**Addendum B**

| Seria | Title | Description | File Name |
|---|---|---|---|
| 1 | (U) Assault on Law Enforcement on Capit | (U) To open and assign. | 089B-WF-3379830_0000001.pdf |
| 2 | (U) On 01/25/2021, at 11:13 AM EST, W1 | N/A | 089B-WF-3379830_0000002.pdf |
| 3 | (U) 708375_WF.pdf | (U) 708375_WF.pdf | 089B-WF-3379830_0000003_Import.pdf |
| 3 | U//FOUO 2 ████████ | U//FOUO 2 ████████ | 089B-WF-3379830_0000003_1A0000002_0000001.png |
| 3 | U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000003_1A0000002_0000003.txt |
| 4 | (U//FOUO) This document contains infor | N/A | 089B-WF-3379830_0000004.pdf |
| 4 | (U//FOUO) 200121-2106.pdf | (U//FOUO) 200121-2106.pdf | 089B-WF-3379830_0000004_1A0007715_0000001.pdf |
| 5 | (U) W1 tip regarding APO BOLO 136 | (U) On January 25, 2021, W1 submit | 089B-WF-3379830_0000005.pdf |
| 5 | (U) FK Screenshots.zip | (U) FK Screenshots.zip | 089B-WF-3379830_0000005_1A0005459_0000001.zip |
| 5 | (U) EXTERNAL EMAIL - Re FBI Tips.msg | (U) EXTERNAL EMAIL - Re FBI Tips.m | 089B-WF-3379830_0000005_1A0005459_0000002.msg |
| 5 | (U) Freddie Klein _ LinkedIn.pdf | (U) Freddie Klein _ LinkedIn.pdf | 089B-WF-3379830_0000005_1A0005459_0000003.pdf |
| 5 | (U) REQUESTED RESULTS FOR FEDERICO | (U) REQUESTED RESULTS FOR FEDER | 089B-WF-3379830_0000005_1A0005459_0000004.msg |
| 7 | (U) To document the preservation of Face | (U) To document request to Faceboc | 089B-WF-3379830_0000007.pdf |
| 7 | (U) Facebook_IG_Pres_Klein.pdf | (U) Facebook_IG_Pres_Klein.pdf | 089B-WF-3379830_0000007_Import.pdf |
| 8 | (U) To document the Preservation of Goc | (U) To Document the Preservation o | 089B-WF-3379830_0000008.pdf |
| 8 | (U) Google___Law_Enforcement_Reques | (U) Google___Law_Enforcement_Re | 089B-WF-3379830_0000008_Import.pdf |
| 10 | (U) YouTube video depicting BOLO 136 / | (U) To document YouTube video dep | 089B-WF-3379830_0000010.pdf |
| 10 | (U) 089B-WF-3379830_0000010_1A0000 | (U) Disc containing video from YouT | 089B-WF-3379830_0000010_1A0000002_0000001_PHYSI( |
| 11 | (U) Preservation Requests for Uber, Apple | (U) To document preservation reque | 089B-WF-3379830_0000011.pdf |
| 11 | (U) _EXTERNAL_EMAIL__-__Your_Reques | (U) _EXTERNAL_EMAIL__-__Your_R | 089B-WF-3379830_0000011_1A0000003_0000001.msg |
| 11 | (U) _EXTERNAL_EMAIL__-__Apple_Recei | (U) _EXTERNAL_EMAIL__-__Apple_F | 089B-WF-3379830_0000011_1A0000003_0000002.msg |
| 11 | (U) _EXTERNAL_EMAIL__-__Your_Reques | (U) _EXTERNAL_EMAIL__-__Your_F | 089B-WF-3379830_0000011_1A0000004_0000001.msg |
| 11 | (U) _EXTERNAL_EMAIL__-__Case960475 | (U) _EXTERNAL_EMAIL__-__Case96( | 089B-WF-3379830_0000011_1A0000003_0000003.msg |
| 12 | (U) Acquisition of Open Source YouTube \ | (U) On Feburary 10, 2021 SA Fulp re | 089B-WF-3379830_0000012.pdf |
| 12 | (U) 089B-WF-3379830_0000012_1A0000 | (U) DVD Copy of "JUST ANOTHER CH | 089B-WF-3379830_0000012_1A0000003_0000001_PHYSI( |
| 13 | (U) Interview of W2 | (U) W2 was interviewed on Februar | 089B-WF-3379830_0000013.pdf |
| 13 | (U) W2_Photo_Spread.pdf | (U) W2_Photo_Spread.pdf | 089B-WF-3379830_0000013_1A0000006_0000001.pdf |
| 13 | (U) W2_Interview_Notes.pdf | (U) W2_Interview_Notes.pdf | 089B-WF-3379830_0000013_1A0000004_0000001.pdf |
| 13 | (U) Klein_Cubicle_Photo.jpg | (U) Klein_Cubicle_Photo.jpg | 089B-WF-3379830_0000013_1A0000005_0000001.jpg |
| 14 | (U) Request #HQQ210125003 AI | (U) RE: 01/25/2021 | 089B-WF-3379830_0000014.pdf |
| 14 | (U) HQQ210125003.pdf | (U) HQQ210125003.pdf | 089B-WF-3379830_0000014_Import.pdf |
| 14 | (U) 089B-WF-3379830_0000014_1A0000 | (U) Request #HQQ210125003 AI; ret | 089B-WF-3379830_0000014_1A0000005_0000001_PHYSI( |

| | | |
|---|---|---|
| 15 U NTOC2021 029mh03 Potential Identific | U DOCUMENT SYNOPSIS CREATED O | 089B-WF-3379830_0000015.pdf |
| 15 (U) 710616_WF.pdf | (U) 710616_WF.pdf | 089B-WF-3379830_0000015_Import.pdf |
| 15 U//LES Screenshot_2021-02-09_(2)_MS_ | U//LES Screenshot_2021-02-09_(2)_ | 089B-WF-3379830_0000015_1A0000007_0000001.jpg |
| 15 U//FOUO MS_DL_pic_710616_WF_1612 | U//FOUO MS_DL_pic_710616_WF_ | 089B-WF-3379830_0000015_1A0000007_0000002.png |
| 15 U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000015_1A0000007_0000003.txt |
| 15 U//FOUO Cross_DL_710616_WF_161288 | U//FOUO Cross_DL_710616_WF_16 | 089B-WF-3379830_0000015_1A0000007_0000004.png |
| 15 U//FOUO MS_710616_WF_16128360140 | U//FOUO MS_710616_WF_1612883 | 089B-WF-3379830_0000015_1A0000007_0000005.pdf |
| 15 U//FOUO ▮▮▮▮▮▮ 710 | U//FOUO ▮▮▮▮▮▮ | 089B-WF-3379830_0000015_1A0000007_0000006.docx |
| 16 U NTOC2021 035lac02 E-Tip: Possible Ide | U DOCUMENT SYNOPSIS CREATED O | 089B-WF-3379830_0000016.pdf |
| 16 (U) 712420_WF.pdf | (U) 712420_WF.pdf | 089B-WF-3379830_0000016_Import.pdf |
| 16 U//FOUO LP_passport_2_712420_WF_16 | U//FOUO LP_passport_2_712420_W | 089B-WF-3379830_0000016_1A0000008_0000001.png |
| 16 U//FOUO AP_-_DVS_Record_712420_WF | U//FOUO AP_-_DVS_Record_71242( | 089B-WF-3379830_0000016_1A0000008_0000002.pdf |
| 16 U//FOUO LP_passport_712420_WF_1613 | U//FOUO LP_passport_712420_WF_ | 089B-WF-3379830_0000016_1A0000008_0000005.png |
| 16 U//FOUO P_work_bio_712420_WF_1613 | U//FOUO P_work_bio_712420_WF_ | 089B-WF-3379830_0000016_1A0000008_0000007.png |
| 16 U//FOUO AP_-_DL_Photo_712420_WF_1 | U//FOUO AP_-_DL_Photo_712420_\ | 089B-WF-3379830_0000016_1A0000008_0000009.jpg |
| 16 U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000016_1A0000008_0000010.txt |
| 17 U//FOUO NTOC2021 52jav01 Possible Ide | U//FOUO DOCUMENT SYNOPSIS CRI | 089B-WF-3379830_0000017.pdf |
| 17 (U) 716426_WF.pdf | (U) 716426_WF.pdf | 089B-WF-3379830_0000017_Import.pdf |
| 17 U//FOUO 1_ct ▮▮▮▮▮ ng | U//FOUO 1_ct ▮▮▮▮▮ ng | 089B-WF-3379830_0000017_1A0000006_0000001.png |
| 17 U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000017_1A0000006_0000002.txt |
| 18 (U//FOUO) Telephonic Interview with To | (U//FOUO) ▮▮▮▮▮ was int | 089B-WF-3379830_0000018.pdf |
| 19 (U) Request for DFAU assistance | (U) Request DFAU conduct forensic | 089B-WF-3379830_0000019.pdf |
| 20 (U) Enter Arrest Warrant in NCIC - Ferenc | (U) WFO CR-2 requests WFO CTOC a | 089B-WF-3379830_0000020.pdf |
| 20 (U) SIGNED_Arrest_Warrant.PDF | (U) SIGNED_Arrest_Warrant.PDF | 089B-WF-3379830_0000020_1A0000009_0000001.PDF |
| 20 (U) signed - REVISED- 21mj269- Criminal ( | (U) signed - REVISED- 21mj269- Crim | 089B-WF-3379830_0000020_1A0000009_0000002.pdf |
| 21 (U) Warrant Entry | (U) To document the warrant entry f | 089B-WF-3379830_0000021.pdf |
| 21 (U) Federico Guillermo KLEIN - Warrant E | (U) Federico Guillermo KLEIN - Warr | 089B-WF-3379830_0000021_1A0000010_0000001.pdf |
| 22 (U) Surveillance, Arrest and Transport of I | (U) On March 4, 2021 at approximat | 089B-WF-3379830_0000022.pdf |
| 23 (U) Warrant Removal | (U) Warrant Removal for FEDERICO | 089B-WF-3379830_0000023.pdf |
| 23 (U) Warrant Removal - Klein193327.pdf | (U) Warrant Removal - Klein193327. | 089B-WF-3379830_0000023_1A0000011_0000001.pdf |
| 24 (U) Interview of ▮▮▮▮▮ | (U) ▮▮▮▮▮ was interviewe | 089B-WF-3379830_0000024.pdf |
| 24 (U) Interview of ▮▮▮▮▮ pdf | (U) Interview of ▮▮▮▮▮ | 89B-WF-3379830_0000024_1A0000012_0000001.pdf |
| 25 (U) Seizure of 2000 Black BMW 540i | (U) Pursuant to the arrest of Federic | 089B-WF-3379830_0000025.pdf |
| 27 (U) Search Warrant to AT&T for Cellular R | (U) Search Warrant to AT&T for Cell | 089B-WF-3379830_0000027.pdf |

| | | |
|---|---|---|
| 27 (U) signed-21sc713_Search_Warrant.pdf | (U) signed-21sc713_Search_Warran | 089B-WF-3379830_0000027_1A0000013_0000002.pdf |
| 27 (U) 3165024.zip | (U) 3165024.zip | 089B-WF-3379830_0000027_1A0000014_0000001.zip |
| 28 (U) Interview of W5 | (U) W5 was interviewed telephonica | 089B-WF-3379830_0000028.pdf |
| 28 (U//FOUO) W5_Interview175137.pdf | (U//FOUO) W5_Interview175137.pd | 089B-WF-3379830_0000028_1A0000015_0000001.pdf |
| 28 (U//FOUO)W5_-__Jan_HH_Great_news.r | (U//FOUO) W5_-__Jan_HH_Great_ | 089B-WF-3379830_0000028_1A0000016_0000001.msg |
| 29 (U) Interview of W6 | (U) On March 8, 2021 W6 was interv | 089B-WF-3379830_0000029.pdf |
| 29 (U//FOUO) W6 Interview.pdf | (U//FOUO) W6 Interview.pdf | 089B-WF-3379830_0000029_1A0000017_0000001.pdf |
| 29 (U//FOUO) IMG953466.png | (U//FOUO) IMG953466.png | 089B-WF-3379830_0000029_1A0000018_0000001.png |
| 30 (U//FOUO) Interview of W7 | (U//FOUO) On March 8, 2021, W7 w | 089B-WF-3379830_0000030.pdf |
| 30 (U//FOUO) W7 interview 030821.pdf | (U//FOUO) W7 interview 030821.pd | 089B-WF-3379830_0000030_1A0000019_0000001.pdf |
| 31 (U) FEDERICO KLEIN - Initial Appearance | (U) To document court appearance i | 089B-WF-3379830_0000031.pdf |
| 32 (U) iPhone SE Seizure | (U) iPhone SE Seizure | 089B-WF-3379830_0000032.pdf |
| 33 (U) To document text messages received | (U) On 03/20/2021, the writer recei | 089B-WF-3379830_0000033.pdf |
| 33 (U) Screenshot_20210310-143949_Mess | (U) Screenshot_20210310-143949_f | 089B-WF-3379830_0000033_1A0000020_0000001.jpg |
| 33 (U) Screenshot_20210310-143958_Mess | (U) Screenshot_20210310-143958_f | 089B-WF-3379830_0000033_1A0000020_0000002.jpg |
| 34 (U) FEDERICO KLEIN - Detention Hearing | (U) To document court appearance i | 089B-WF-3379830_0000034.pdf |
| 35 (U//FOUO) ATT Warrant Return | (U) ATT Warrant Return | 089B-WF-3379830_0000035.pdf |
| 35 (U//FOUO) Klein_ATT_Return.pdf | (U//FOUO) Klein_ATT_Return.pdf | 089B-WF-3379830_0000035_1A0000021_0000001.pdf |
| 38 (U) iPhone SE Search Warrant | (U) On March 11, 2021, a federal se | 089B-WF-3379830_0000038.pdf |
| 38 (U//FOUO) SIGNED_21sw72_Search_War | (U//FOUO) SIGNED_21sw72_Search | 089B-WF-3379830_0000038_1A0000023_0000001.pdf |
| 38 (U//FOUO) SIGNED_21sw72_Motion_to_ | (U//FOUO) SIGNED_21sw72_Motior | 089B-WF-3379830_0000038_1A0000023_0000002.pdf |
| 39 (U) Interview of W3 | (U) On March 15, 2021, W3 was tele | 089B-WF-3379830_0000039.pdf |
| 39 (U) W3 notes.pdf | (U)W3 notes.pdf | 089B-WF-3379830_0000039_1A0000002_0000001.pdf |
| 40 (U) Document Provided b | (U) Document Provided b | 89B-WF-3379830_0000040.pdf |
| 40 (U) | | 89B-WF-3379830_0000040_1A0000003_0000001.pdf |
| 41 (U//FOUO) Search of BMW 540i with Virg | (U) On March 17, 2021, pursuant to | 089B-WF-3379830_0000041.pdf |
| 41 (U) Klein Vic Search_Warrant.pdf | (U) Klein Vic Search_Warrant.pdf | 089B-WF-3379830_0000041_1A0000025_0000001.pdf |
| 41 (U) 089B-WF-3379830_0000041_1A0000 | (U) Disc Containing Pictures from Ve | 089B-WF-3379830_0000041_1A0000026_0000001_PHYSIC |
| 41 (U//FOUO) Klein SW Products.pdf | (U) Klein SW Products.pdf | 089B-WF-3379830_0000041_1A0000024_0000001.pdf |
| 41 (U) Klein Vic SW Signed Return.pdf | (U) Klein Vic SW Signed Return.pdf | 089B-WF-3379830_0000041_1A0000025_0000002.pdf |
| 42 (U) Executed SW Return - Apple iPhone SI | (U) A search warrant, issued in the L | 089B-WF-3379830_0000042.pdf |
| 42 (U) Klein_iphone_SW_return.pdf | (U) Klein_iphone_SW_return.pdf | 089B-WF-3379830_0000042_1A0000027_0000001.pdf |
| 43 (U) Search of BMW 540i with Virginia Lice | (U) Search of BMW 540i with Virgini | 089B-WF-3379830_0000043.pdf |
| 44 (U//FOUO) TTK Review - Public Tip submi | (U//FOUO) TTK Review - Public Tip s | 089B-WF-3379830_0000044.pdf |

| | | |
|---|---|---|
| 44 (U//FOUO) 2021-03-22_14h05m43s.pdf | (U//FOUO) 2021-03-22_14h05m43s | 089B-WF-3379830_0000044_1A0000028_0000001.pdf |
| 45 (U) Submission of Derivative Evidence for | (U) Submission of Derivative Eviden | 089B-WF-3379830_0000045.pdf |
| 46 (U) INTERVIEW OF MPD OFFICER ▓▓▓▓ | (U) | 089B-WF-3379830_0000046.pdf |
| 46 (U) ▓▓▓▓ 2.22.2021142652.pdf | (U ▓▓▓▓ 2.22.2021142652.pd | 089B-WF-3379830_0000046_1A0000001_0000001.pdf |
| 48 (U) MPD Body Cam Videos Showing FEDE | (U) A review of Washington, DC, Me | 089B-WF-3379830_0000048.pdf |
| 48 (U//FOUO) ▓▓▓ reenshot.png | (U//FOUO) ▓▓▓ eenshot.png | 089B-WF-3379830_0000048_1A0000030_0000001.png |
| 48 (U//FOUO) ▓▓▓ creenshot.png | (U//FOUO) ▓▓▓ creenshot.png | 089B-WF-3379830_0000048_1A0000030_0000002.png |
| 48 (U//FOUO) ▓▓▓ Screenshot.png | (U//FOUO) ▓▓▓ creenshot.png | 089B-WF-3379830_0000048_1A0000030_0000003.png |
| 48 (U//FOUO) ▓▓▓ _Screenshot.png | (U//FOUO) ▓▓▓ _Screenshot.png | 089B-WF-3379830_0000048_1A0000030_0000004.png |
| 48 (U//FOUO) ▓▓▓ Screenshot.png | (U//FOUO) ▓▓▓ Screenshot.png | 089B-WF-3379830_0000048_1A0000030_0000005.png |
| 48 (U) 089B-W ▓▓ 30_0000048_1A0000 | (U//FOUO) ▓▓▓ ontaining MPD | 089B-WF-3379830_0000048_1A0000031_0000001_PHYSI( |
| 48 (U//FOUO) ▓▓▓ Screenshot.png | (U//FOUO) ▓▓▓ creenshot.png | 089B-WF-3379830_0000048_1A0000030_0000006.png |
| 48 (U//FOUO) ▓▓▓ reenshot.png | (U//FOUO) ▓▓▓ reenshot.png | 089B-WF-3379830_0000048_1A0000030_0000007.png |
| 48 (U//FOUO) ▓▓▓ er_Screenshot.png | (U//FOUO) ▓▓▓ er_Screenshot.p | 089B-WF-3379830_0000048_1A0000030_0000008.png |
| 48 (U//FOUO) ▓▓▓ y_Screenshot.png | (U//FOUO) ▓▓▓ _Screenshot.pn( | 089B-WF-3379830_0000048_1A0000030_0000009.png |
| 48 (U//FOUO) ▓▓▓ creenshot.png | (U//FOUO) ▓▓▓ creenshot.png | 089B-WF-3379830_0000048_1A0000030_0000010.png |
| 48 (U//FOUO) ▓▓▓ Screenshot.png | (U//FOUO) ▓▓▓ Screenshot.png | 089B-WF-3379830_0000048_1A0000030_0000011.png |
| 49 (U) Interview of W4 | (U) On March 31, 2021 W4 was inte | 089B-WF-3379830_0000049.pdf |
| 49 (U//FOUO) Photos Shown to W4.pdf | (U//FOUO) Photos Shown to W4.pdf | 089B-WF-3379830_0000049_1A0000033_0000001.pdf |
| 49 (U//FOUO) W4 Notes.pdf | (U//FOUO) W4 Notes.pdf | 089B-WF-3379830_0000049_1A0000032_0000001.pdf |
| 49 (U//FOUO) OneDrive_1_4-1-2021.zip | (U//FOUO) OneDrive_1_4-1-2021.zi| | 089B-WF-3379830_0000049_1A0000034_0000001.zip |
| 50 (U//FOUO) KLEIN Signal Chat History | (U//FOUO) KLEIN Signal chat History | 089B-WF-3379830_0000050.pdf |
| 50 (U//FOUO) KLEIN_Signal_Report.pdf | (U//FOUO) KLEIN_Signal_Report.pc | 089B-WF-3379830_0000050_Import.pdf |
| 51 (U) To Document the Preservation of Goc | (U) To Document the Preservation o | 089B-WF-3379830_0000051.pdf |
| 51 (U//FOUO ▓▓▓ Preservation.pdf | (U//FOUO ▓▓▓ Preservation.pc | 089B-WF-3379830_0000051_Import.pdf |
| 51 (U//FOUO) Preservation_Confirmation_V | (U//FOUO) Preservation_Confirmati | 089B-WF-3379830_0000051_1A0000035_0000001.pdf |
| 52 (U//FOUO) Partial Phone Review Email to | (U//FOUO) Partial Phone Review Em | 089B-WF-3379830_0000052.pdf |
| 52 (U//FOUO) Partial_Phone_Review.msg | (U//FOUO) Partial_Phone_Review.n | 089B-WF-3379830_0000052_Import.msg |
| 53 (U//FOUO) Identification of Gmail Accour | (U//FOUO) Identification of Gmail A( | 089B-WF-3379830_0000053.pdf |
| 53 (U//FOUO) Discovery_of_GMail_Account | (U//FOUO) Discovery_of_GMail_Ac( | 089B-WF-3379830_0000053_Import.msg |
| 54 (U//FOUO) To Document Completion of F | (U//FOUO) To Document Completio | 089B-WF-3379830_0000054.pdf |
| 54 (U//FOUO) RE 89B-WF-3379830 - Data A\ | (U//FOUO) RE 89B-WF-3379830 - Da | 089B-WF-3379830_0000054_Import.msg |
| 55 (U) Interview of ▓▓▓▓ | (U) On March 30, 2021 ▓▓▓▓ | 089B-WF-3379830_0000055.pdf |
| 55 (U//FOUO) ▓▓▓▓ | (U//FOUO) ▓▓▓▓ | 089B-WF-3379830_0000055_1A0000036_0000001.msg |

| # | | | |
|---|---|---|---|
| 55 | (U//FOUO) ▒▒▒ | (U//FOUO) ▒▒▒ | 089B-WF-3379830_0000055_1A0000036_0000002.msg |
| 56 | (U) Return of BMW 540i VIN WBADN534' | (U) To document the return of a BM | 089B-WF-3379830_0000056.pdf |
| 56 | (U) klein_bmw_return.pdf | (U) klein_bmw_return.pdf | 089B-WF-3379830_0000056_1A0000037_0000001.pdf |
| 57 | (U) Interview of ▒▒▒ | (U) On April 12, 2021, ▒▒▒ | 9B-WF-3379830_0000057.pdf |
| 58 | (U//FOUO) Jail Calls | (U//FOUO) To document the receipt | 089B-WF-3379830_0000058.pdf |
| 58 | (U) 089B-WF-3379830_0000058_1A0000 | (U//FOUO) Jail calls ref: Federico Kle | 089B-WF-3379830_0000058_1A0000038_0000001_PHYSIC |
| 60 | (U) Interview o ▒▒▒ | (U) On April 16, 2021, J | 89B-WF-3379830_0000060.pdf |
| 60 | (U) Interview notes of ▒▒▒ | (U) Interview notes of ▒▒▒ | 089B-WF-3379830_0000060_1A0000039_0000001.pdf |
| 60 | (U) Photographs of KLEIN.pdf | (U) Photographs of KLEIN.pdf | 089B-WF-3379830_0000060_1A0000039_0000002.pdf |
| 61 | U/FOUO NTOC2021 058ath02 E-Tip: Pos | U//FOUO DOCUMENT SYNOPSIS CRI | 089B-WF-3379830_0000061.pdf |
| 61 | (U) 718246_WF.pdf | (U) 718246_WF.pdf | 089B-WF-3379830_0000061_Import.pdf |
| 61 | U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000061_1A0000008_0000002.txt |
| 62 | U//FOUO NTOC2021 050pde01 E-Tip: Pol | U//FOUO DOCUMENT SYNOPSIS CRI | 089B-WF-3379830_0000062.pdf |
| 62 | U//FOUO Scroggins_2012_US_Passport_I | U//FOUO Scroggins_2012_US_Passp | 089B-WF-3379830_0000062_1A0000007_0000001.png |
| 62 | U//FOUO ▒▒▒ NJ_DL_Photo_ | U//FOUO ▒▒▒ NJ_DL_Ph | 089B-WF-3379830_0000062_1A0000007_0000002.png |
| 62 | U//FOUO ▒▒▒ DL_Photo_716 | U//FOUO ▒▒▒ DL_Photo | 089B-WF-3379830_0000062_1A0000007_0000003.pdf |
| 62 | U//FOUO SAR_Import.txt | U//FOUO SAR_Import.txt | 089B-WF-3379830_0000062_1A0000007_0000005.txt |

**Addendum C**

Grand Jury Transcript of SA ▮▮▮▮▮▮▮ 3/17/21

Grand Jury Transcript of ▮▮▮▮▮ 1/27/21

Exhibit 1 - Affidavit of ▮▮▮▮▮▮

Exhibit 2 - Photo of LWT Tunnel

Exhibit 3 -- BWC Photo Capture X6039BFSE at 14:55:22

Exhibit 4 -- BWC Photo Capture X6039BFSE at 14:55:24

Exhibit 5 -- BWC Photo Capture X603047BK at 15:00:37

Exhibit 6 -- BWC Photo Capture X6039BKNU at 15:15:52

Exhibit 7 -- AFO #136

Exhibit 8 -- Screenshot from Chaos Captured Inside Capitol

Exhibit 9 -- Screenshot from Chaos Captured Inside Capitol

Exhibit 10 -- Screenshot from Just Another Channel

Exhibit 11 -- Screenshot from Just Another Channel

Exhibit 12 -- Social Media Photo of Klein/Miller High Life

Exhibit 13 -- Photo of Klein

Exhibit 14A -- Identification Photo with Notes (Front)

Exhibit 14B -- Back of Identification Photo

Exhibit 15A -- Identification Photo with Notes (Front)

Exhibit 15B -- Back of Identification Photo

Exhibit 16A -- Identification Photo with Notes (Front)

Exhibit 16B -- Back of Identification Photo

Exhibit 17A -- Identification Photo with Notes (Front)

Exhibit 17B -- Back of Identification Photo

Exhibit 18A -- Identification Photo with Notes (Front)

Exhibit 18B -- Back of Identification Photo

Exhibit 19A -- Identification Photo/No Notes (Front)

Exhibit 19B -- Back of Identification Photo/No Notes

USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_14h40min00s813ms.mp4

USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_14h53min10s690ms.mp4

USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_15h05min57s250ms.mp4

USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_15h20min16s043ms.mp4

USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_15h38min38s343ms.mp4
USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms.mp4
USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_16h15min38s597ms.mp4
USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_16h35min38s600ms.mp4
USCP Surveillance Footage 0074USCHABLowerWTerraceDoorExterior_2021-01-06_16h55min16s573ms.mp4
USCP Surveillance Footage 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h30min00s000ms.asf
USCP Surveillance Footage 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h49min00s000ms.asf
USCP Surveillance Footage 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_15h30min00s000ms.asf

**<u>Addendum D</u>**

Clip of BWC Footage of Officer ▮▮▮ (2 minutes 41 seconds)

Clip of BWC Footage of Sgt ▮▮▮ (5 minutes 2 seconds)

Clip of BWC Footage of Officer ▮▮▮ (5 minutes 16 seconds)

Clip of BWC Footage of Sgt ▮▮▮ (8 minutes 54 seconds)

**Addendum E**

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| 20210107- CDU 54 | | 06 Jan 2021 16:58:17 | 2m 7s |
| 20210107- CDU 54- CAPITOL | | 06 Jan 2021 16:00:57 | 9m 8s |
| 20210107- CDU 54 CAPITOL | | 06 Jan 2021 15:50:12 | 6m 20s |
| 20210106 - RIOT - CAPITAL BUILDING | | 06 Jan 2021 15:15:08 | 6m 41s |
| 20210107- CDU 54- CAPITOL | | 06 Jan 2021 15:10:28 | 35m 20s |
| 20210106 - FIRST AMENDMENT - FIRST ST | | 06 Jan 2021 15:10:13 | 46m 49s |
| 20210106-FELONY RIOTS-US CAPITOL | | 06 Jan 2021 15:05:16 | 23m 47s |
| 20210106 - Felony Riot - US Capitol | | 06 Jan 2021 15:02:54 | 16m 15s |
| 20210106 - CAPITOL RIOT - US CAPITOL | | 06 Jan 2021 14:53:20 | 1h 8m |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 14:28:37 | 1h 40m |
| 20210106 - Riot - US CAPITOL | | 06 Jan 2021 13:55:42 | 1h 14m |
| 20210106 - RIOT - US CAPITOL | | 06 Jan 2021 13:49:16 | 1h 20m |
| 2021-01-06-First Amendment | | 06 Jan 2021 13:46:30 | 1h 51m |
| 20210106 - RIOTING - US CAPITOL | | 06 Jan 2021 13:24:37 | 2h 23m |
| 20210106 - FIRST AMENDMENT ASSEMBLY | | 06 Jan 2021 13:15:47 | 1h 29m |
| 20210106- CDU 54- CAPITOL | | 06 Jan 2021 13:12:27 | 1h 35m |

**Addendum F**

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:29:18 | 30m 2s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:06:55 | 14m 13s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 17:01:40 | 17m 46s |
| 20210107- CDU 54 | | 06 Jan 2021 16:58:17 | 2m 7s |
| 2021-01-06 1ST AMENDMENT PROTEST-RIOT US CAPITOL | | 06 Jan 2021 16:55:03 | 3m 14s |
| 01062021 - CDU - CAPITOL | | 06 Jan 2021 16:49:01 | 30m 28s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:48:23 | 29m 10s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:48:00 | 30m 16s |
| 20210106-FELONYRIOT-FIRSTSTSE | | 06 Jan 2021 16:44:45 | 23m 2s |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 16:40:53 | 8m 59s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:35:08 | 13m 40s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:30:28 | 18m 52s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:29:04 | 56m 36s |
| 2021-01-06 1ST AMENDMENT PROTEST-RIOT US CAPITOL | | 06 Jan 2021 16:27:37 | 24m 42s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:26:29 | 2m 28s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 16:26:27 | 14m 13s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:54 | 51m 52s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:47 | 34m 15s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX. | | 06 Jan 2021 16:24:33 | 54m 56s |
| 20210106 - CDU - 1D | | 06 Jan 2021 16:24:27 | 1h 4m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:09 | 23m 17s |
| Axon Body 3 Video 2021-01-06 1624 | | 06 Jan 2021 16:24:09 | 1h 22m |
| 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLE | | 06 Jan 2021 16:24:07 | 1h 44m |
| 20210106- Riotous Act- US Capital Complex | | 06 Jan 2021 16:24:00 | 13m 31s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 16:22:27 | 18m 3s |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | | 06 Jan 2021 16:21:45 | 16m 0s |
| 20210106 - FELONY RIOTING ASSIST | | 06 Jan 2021 16:14:58 | 1h 1m |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | | 06 Jan 2021 16:12:42 | 21m 26s |
| 20210106 - RIOT - CAPITAL BUILDING | | 06 Jan 2021 16:10:38 | 1h 55m |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 16:09:47 | 13m 7s |

| | | |
|---|---|---|
| 20210107- CDU 54- CAPITOL | 06 Jan 2021 16:00:57 | 9m 8s |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 16:00:22 | 17m 55s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 15:59:45 | 1h 16m |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | 06 Jan 2021 15:58:09 | 21m 40s |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 15:56:06 | 12m 23s |
| 20210106 - Riot - US CAPITOL | 06 Jan 2021 15:55:45 | 30m 36s |
| FBI investigation- | 06 Jan 2021 15:55:04 | 20m 28s |
| 20210106-FELONY RIOTS-US CAPITOL | 06 Jan 2021 15:55:04 | 1h 19m |
| 20200106 - Felony Riot - US Capitol | 06 Jan 2021 15:54:31 | 49m 44s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:54:22 | 24m 2s |
| Axon Body 3 Video 2021-01-06 1553 | 06 Jan 2021 15:53:34 | 26m 29s |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 15:53:15 | 2m 48s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:52:52 | 1h 27m |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 15:52:21 | 2m 56s |
| 20210106 - RIOTING -US CAPITOL | 06 Jan 2021 15:51:04 | 1h 46m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 15:51:01 | 24m 35s |
| 20210107- CDU 54 CAPITOL | 06 Jan 2021 15:50:12 | 6m 20s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:49:09 | 7m 8s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 15:37:46 | 39m 11s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 15:26:13 | 33m 40s |
| 20210106 - FIRST AMENDMENT - US CAPITOL | 06 Jan 2021 15:24:51 | 12m 23s |
| 20210106-ROBBERY/APO-U.S. CAPITOL GROUNDS- | 06 Jan 2021 15:18:41 | 21m 15s |
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 15:17:59 | 59m 30s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:17:20 | 20m 10s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 15:16:02 | 20m 52s |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 15:15:08 | 6m 41s |
| 01062021 - CDU - CAPITOL | 06 Jan 2021 15:13:22 | 1h 34m |
| 20210107- CDU 54- CAPITOL | 06 Jan 2021 15:10:28 | 35m 20s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 15:10:13 | 46m 49s |
| 20210106 - Riot - US Capitol | 06 Jan 2021 15:09:44 | 30m 31s |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 15:07:50 | 4m 21s |
| 20210106 - Rioting - US Capitol Building | 06 Jan 2021 15:07:50 | 7m 6s |

| | | | |
|---|---|---|---|
| 20210106-FELONY RIOTS-US CAPITOL | | 06 Jan 2021 15:05:16 | 23m 47s |
| 20210106-ROBBERY/APO-U.S. CAPITOL GROUNDS- | | 06 Jan 2021 15:04:43 | 15m 54s |
| FBI Investigation- | | 06 Jan 2021 15:02:54 | 4m 3s |
| 20210106 - Felony Riot - US Capitol | | 06 Jan 2021 15:02:54 | 16m 15s |
| 20210106 - Rioting - US Capitol Building | | 06 Jan 2021 15:00:39 | 6m 40s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | | 06 Jan 2021 14:48:45 | 4m 54s |
| 20210106- OTHER- US CAPITOL | | 06 Jan 2021 14:46:56 | 43m 38s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 14:46:15 | 1h 30m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 14:44:50 | 1h 36m |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 14:43:54 | 30m 54s |
| 20210106- FELONY RIOT/APO- FIRST ST SE | | 06 Jan 2021 14:43:07 | 21m 26s |
| 20210106-FELONY RIOTS-US CAPITOL | | 06 Jan 2021 14:42:55 | 4m 14s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 14:41:08 | 23m 20s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 14:37:54 | 1h 40m |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 14:35:20 | 10m 14s |
| FBI APO investigation | | 06 Jan 2021 14:34:23 | 11m 13s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 14:34:23 | 1h 47m |
| 20210106-RIOTOUS ACTS-US CAPTIOLC COMPLEX | | 06 Jan 2021 14:33:50 | 1h 43m |
| | | 06 Jan 2021 14:33:41 | 9s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 14:33:41 | 1h 50m |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 14:30:09 | 11m 49s |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 14:28:37 | 1h 40m |
| FBI investigation | | 06 Jan 2021 14:27:58 | 10m 45s |
| 20210106- RIOTOUS ACT- US CAPITAL COMPLEX | | 06 Jan 2021 14:27:58 | 2h 29m |
| FBI investigation | | 06 Jan 2021 14:13:09 | 18m 45s |
| Axon Body 3 Video 2021-01-06 1413 | | 06 Jan 2021 14:13:09 | 1h 42m |
| 20210106- FELONY RIOT- FIRST ST SE | | 06 Jan 2021 14:06:47 | 38m 19s |
| 20210106 - FELONY RIOT - US CAPITOL | | 06 Jan 2021 14:04:19 | 1h 15m |
| 20210106-FELONY RIOTS-US CAPITOL | | 06 Jan 2021 14:04:11 | 36m 41s |
| 20210106-FELONYRIOT-FIRSTSTSE | | 06 Jan 2021 13:57:51 | 1h 21m |
| 01/06/2020 - Felony Riot - US Capitol | | 06 Jan 2021 13:57:41 | 48m 34s |
| 20210106-US Capitol-APO | | 06 Jan 2021 13:56:32 | 1h 22m |

| | | |
|---|---|---|
| 20210106 - Riot - US CAPITOL | 06 Jan 2021 13:55:42 | 1h 14m |
| FBI investigation | 06 Jan 2021 13:55:42 | 19m 3s |
| 20210106- Felony Riots- First St SE | 06 Jan 2021 13:55:41 | 2h 31m |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 13:55:41 | 1h 9m |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | 06 Jan 2021 13:55:41 | 53m 37s |
| 20210106- FELONY RIOT- FIRST ST SE | 06 Jan 2021 13:55:41 | 8m 13s |
| 39:10 - 40:50 | 06 Jan 2021 13:55:40 | 1m 41s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 13:55:40 | 51m 59s |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 13:55:38 | 1h 48m |
| FBI Investigation-Agent | 06 Jan 2021 13:52:04 | 8m 7s |
| 20210106 - Rioting - United States Capitol Building | 06 Jan 2021 13:52:04 | 1h 7m |
| WC from 58:40 to 1:20:43 | 06 Jan 2021 13:49:16 | 5m 1s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 13:49:16 | 1h 20m |
| Turner 14:33:47-14:33:58 | 06 Jan 2021 13:46:30 | 12s |
| 2021-01-06-First Amendment | 06 Jan 2021 13:46:30 | 1h 51m |
| 01062021 - CDU - CAPITOL | 06 Jan 2021 13:38:49 | 1h 35m |
| 20210106 - RIOT - US CAPITOL | 106 Jan 2021 13:32:10 | 1h 8m |
| FBI APO investigation | 06 Jan 2021 13:29:49 | 54s |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 13:29:49 | 1h 13m |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 13:29:49 | 1h 25m |
| 20210106 - RIOTING - US CAPITOL | 06 Jan 2021 13:24:37 | 2h 23m |
| FBI APO investigation | 06 Jan 2021 13:21:41 | 25s |
| 20210106-First Amendment Assembly-unit Capital Pl Se | 06 Jan 2021 13:21:41 | 2h 51m |
| | 06 Jan 2021 13:20:40 | 10m 27s |
| | 06 Jan 2021 13:20:40 | 3m 27s |
| 20210106 - FIRST AMENDMENT ASSEMBLY  - US CAPITAL | 06 Jan 2021 13:20:40 | 1h 52m |
| 20210106 - FIRST AMENDMENT - US CAPITOL | 06 Jan 2021 13:20:29 | 1h 42m |
| 20210106- CDU 54- CAPITOL | 06 Jan 2021 13:12:27 | 1h 35m |
| 20210106 - Riot - First St SE | 06 Jan 2021 13:12:20 | 2h 18m |
| 20210106 - FELONY RIOTING | 06 Jan 2021 13:12:16 | 2h 0m |

**Addendum G**

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| 20210106 1827 US Capital | | 06 Jan 2021 18:27:35 | 4m 59s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:53:05 | 3m 56s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:52:47 | 4m 17s |
| 210106 - FELONY RIOTS - US CAPTIOL | | 06 Jan 2021 17:41:37 | 22m 4s |
| 20210106-First St SE-US CAPITOL | | 06 Jan 2021 17:41:20 | 25m 0s |
| 20210106-First St SE-US CAPITOL | | 06 Jan 2021 17:31:17 | 8m 19s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 17:31:16 | 33m 26s |
| Axon Body 3 Video 2021-01-06 1728 | | 06 Jan 2021 17:28:24 | 40m 9s |
| Axon Body 3 Video 2021-01-06 1726 | | 06 Jan 2021 17:26:57 | 23m 1s |
| 20210106- RIOT- US CAPITOL | | 06 Jan 2021 17:23:16 | 37m 34s |
| Axon Body 3 Video 2021-01-06 1722 | | 06 Jan 2021 17:22:22 | 4m 18s |
| 20210106 1720 US Capital | | 06 Jan 2021 17:20:50 | 2m 7s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:08:55 | 5m 49s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 17:05:29 | 21m 41s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:05:05 | 39m 28s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:59:37 | 47m 41s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:58:25 | 11m 17s |
| 20210106- RIOT- US CAPITOL | | 06 Jan 2021 16:55:33 | 24m 42s |
| Axon Body 3 Video 2021-01-06 1652 | | 06 Jan 2021 16:52:58 | 15m 34s |
| 20210106  Riot  US  Capitol Grounds | | 06 Jan 2021 16:52:38 | 5m 6s |
| 20210106 - FELONY RIOT - US CAPITOL | | 06 Jan 2021 16:48:15 | 32m 59s |
| 210106 - FELONY RIOTS - US CAPITOL | | 06 Jan 2021 16:46:47 | 37m 29s |
| Axon Body 3 Video 2021-01-06 1645 | | 06 Jan 2021 16:45:12 | 30m 48s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 16:43:49 | 31m 48s |
| 20210106  Riot  US  Capitol Grounds | | 06 Jan 2021 16:40:14 | 11m 48s |
| Axon Body 3 Video 2021-01-06 1638 | | 06 Jan 2021 16:38:01 | 12m 18s |
|  2021-01-06us CAPITOL | | 06 Jan 2021 16:28:33 | 45m 26s |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | | 06 Jan 2021 16:27:19 | 24m 58s |
| 210106 - FELONY RIOTS - US CAPTIOL | | 06 Jan 2021 16:26:34 | 2m 9s |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | | 06 Jan 2021 16:26:30 | 2m 28s |

| | | |
|---|---|---|
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 16:25:07 | 25m 5s |
| Axon Body 3 Video 2021-01-06 1623 | 06 Jan 2021 16:23:55 | 59m 9s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 16:22:40 | 13m 44s |
| Axon Body 3 Video 2021-01-06 1621 | 06 Jan 2021 16:21:53 | 7m 51s |
| 20200106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 16:11:48 | 9m 60s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 16:11:15 | 1h 30m |
| 2021-01-06  US CAPITOL | 06 Jan 2021 16:04:12 | 23m 28s |
| 20210106-RIOT-US CAPITOL | 06 Jan 2021 16:01:12 | 4m 23s |
| Felony Riots Capital Building | 06 Jan 2021 15:58:23 | 21m 21s |
| 2021-01-06 US CAPITOL | 06 Jan 2021 15:57:48 | 4m 9s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:56:57 | 1h 2m |
| Axon Body 3 Video 2021-01-06 1556 | 06 Jan 2021 15:56:50 | 33m 30s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:55:44 | 1m 30s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:54:15 | 53m 49s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:53:55 | 59m 27s |
| 20210106- FIRST AMENDMENT ACTIVITY- WASHING | 06 Jan 2021 15:51:02 | 31m 55s |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 15:51:01 | 24m 35s |
| Axon Body 3 Video 2021-01-06 1524 | 06 Jan 2021 15:24:53 | 34m 52s |
| 20210106 - FIRST AMENDMENT ACTIVITY- WASHING | 06 Jan 2021 15:23:50 | 20m 12s |
| 2021-01-06 cAPITIOL | 06 Jan 2021 15:19:43 | 4m 29s |
| Felony Riots Capital Building | 06 Jan 2021 15:17:22 | 19m 51s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:16:56 | 4m 50s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:12:55 | 11m 27s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:10:09 | 30s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:04:28 | 31m 18s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:56:24 | 55m 44s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:50:57 | 2h 34m |
| 20210106 - 1ST AMMENDMENT - CAPITAL BUILDING | 06 Jan 2021 14:47:05 | 1h 1m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 14:46:56 | 43m 38s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 14:46:27 | 4m 21s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:45:14 | 12m 12s |
| 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL | 06 Jan 2021 14:44:54 | 3h 24m |

| | | |
|---|---|---|
| 20210106-FIRST AMENDMENT ASSEMBLY-300 MARYL | 06 Jan 2021 14:44:14 | 18m 42s |
| 20210106-Firts St SE-US CAPITOL | 06 Jan 2021 14:39:54 | 2h 41m |
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 14:39:53 | 1h 39m |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | 06 Jan 2021 14:39:44 | 1h 16m |
| 210106 - FELOMY RIOTS - US CAPITOL | 06 Jan 2021 14:39:41 | 1h 39m |
| 20210106 - 1ST AMMENDMENT - US CAPITAL | 06 Jan 2021 14:38:29 | 2m 52s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:38:21 | 3m 53s |
| 20210106- RIOT- US CAPITOL | 06 Jan 2021 14:24:38 | 2h 4m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:13:52 | 1h 27m |
| 20210106-FIRST AMENDMENT ASSEMBLY-US CAPITOL | 06 Jan 2021 14:13:09 | 3h 16m |
| Video with Injury Seen - Scene of APO | 06 Jan 2021 14:12:37 | 35m 1s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:58:54 | 1h 40m |
| 20210106 - FIRST AMENDMENT ASSEMBLY- WASHING | 06 Jan 2021 13:57:53 | 1h 17m |
| 0210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:41 | 2h 8m |
| (Clip 3.1) 0210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:41 | 1m 46s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:39 | 8m 17s |
| Axon Body 3 Video 2021-01-06 1342 | 06 Jan 2021 13:42:54 | 2h 2m |
| 2021006-FIRST AMENDMENT ASSEMBLY-300 MARYLA | 06 Jan 2021 13:42:50 | 57m 13s |
| 20210106-US CAPITOL RIOT-FIRST STREET NE | 06 Jan 2021 13:36:23 | 51m 4s |
| 2021-01-06 US CAPITOL | 06 Jan 2021 13:33:43 | 3m 49s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:32:43 | 29m 34s |
| Felony riots Capital Building | 06 Jan 2021 13:30:56 | 1h 48m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 13:29:49 | 1h 13m |
| 20210106 - felony rioting - US Capitol | 06 Jan 2021 13:29:44 | 2h 52m |
| 20210106-RIOT-US CAPITOL | 06 Jan 2021 13:24:07 | 2h 33m |
| 20210106 - CAPITOL SEIGE - UNITED STATES CAPITOL | 06 Jan 2021 13:24:00 | 1h 16m |
| 20210106 1321 US Capital | 06 Jan 2021 13:21:02 | 2h 14m |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 13:20:57 | 1h 49m |
| Axon Body 3 Video 2021-01-06 1320 | 06 Jan 2021 13:20:54 | 2h 47m |
| 20210106 - PROTEST - US CAPITAL | 06 Jan 2021 13:20:50 | 4h 39m |
| Axon Body 3 Video 2021-01-06 1320 | 06 Jan 2021 13:20:15 | 1h 39m |
| 20210106 - PROTEST - US CAPITAL | 06 Jan 2021 13:19:24 | 2m 30s |

| | | |
|---|---|---|
| Axon Body 3 Video 2021-01-06 1319 | 06 Jan 2021 13:19:12 | 1h 32m |
| 20210106-DEMO-CAPITOL GROUNDS | 06 Jan 2021 13:17:08 | 1h 5m |
| Axon Body 3 Video 2021-01-06 1315 | 06 Jan 2021 13:15:50 | 6m 6s |
| 20210106-FELONY RIOT-THE CAPITOL | 06 Jan 2021 13:15:46 | 4h 45m |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 13:03:06 | 3h 37m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 54m 23s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 1h 42m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 25m 0s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:00 | 1h 39m |
| Axon Body 3 Video 2021-01-06 1230 | 06 Jan 2021 12:30:31 | 3m 27s |