UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08 |
| STEVEN PHILLIP CAPPUCCIO | § § § | |

WAIVER OF PERSONAL APPEARNCE AT ARRAIGNMENT
AND ENTRY OF NOT GUILTY

NOW COMES Steven Phillip Cappuccio in the above referenced case who, along with his undersigned counsel, Marina-Thais Douenat, hereby acknowledges the following:

1. Steven Phillip Cappuccio has received a copy of the charging document in this case.

2. Steven Phillip Cappuccio has read the charging document or had it read to him.

3. Steven Phillip Cappuccio understands he has the right to appear personally with his attorney before a Judge for arraignment in open Court on this accusation. Mr. Cappuccio further understand that, absent the present waiver, he will be so arraigned in open Court.

Steven Phillip Cappuccio, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the charging document and, by this instrument, tenders his pea of "not guilty". Mr. Cappuccio understands that entry by the Court of said plea for him will conclude the arraignment in this case for all purposes. Mr. Cappuccio requests the Court accept his waiver of appearance and enter a plea of "not guilty".

Date: 9/20/2021

*Steven Phillip Cappuccio*
Steven Phillip Cappuccio

_____
MARINA-THAIS DOUENAT
Assistant Federal Public Defender
Texas State Bar No. 00798310