UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **1:21CR40** |
| | ) | **Status Hearing: October 4, 2021** |
| **DAVID LEE JUDD** | ) | |

# ORDER

Upon consideration of defendant David Judd's Motion for Modification of Conditions of Pre-Trial Release and for good cause shown it is hereby

ORDERED that home detention and location monitoring are removed as a conditions of pre-trial release; it is further

ORDERED that all other conditions set forth the Order Setting Conditions of Release (Doc. No. 60) remain in full effect.

_____
United States District Judge
Trevor N. McFadden