**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-00040 (TNM) |
| | : | |
| v. | : | |
| | : | |
| PATRICK E. McCAUGHEY III et al., | : | |

NOTICE OF FILING

  The government requests that the attached discovery letter, dated September 14, 2021, be made part of the record in this case.

         Respectfully submitted,

         CHANNING D. PHILLIPS
         Acting United States Attorney


    By:  */s/ Melissa Jackson*
       Melissa Jackson
       Assistant United States Attorney
       United States Attorney's Office
       555 Fourth Street, N.W.
       Washington, DC 20530
       Phone: (202) 252-7786
       Melissa.jackson@usdoj.gov