

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 23, 2021

VIA Email

Lindy Urso, Esq.
lindy@lindyursolaw.com
Counsel for Defendant McCaughey

Lauren Cobb, Esq.
Lauren_Cobb@fd.org
Counsel for Defendant Stevens

Elizabeth Mullin
Elizabeth_Mullin@fd.org
Counsel for Defendant Judd

Joseph McBride
jmcbride@mcbridelawnyc.com
Counsel for Defendant Quaglin

John Kiyonaga
john@johnckiyonaga.com
Counsel for Defendant SILLS

Elizabeth Toplin
Elizabeth_Toplin@fd.org
Kathleen Gaughan
Kathleen_Gaughan@fd.org
Counsel for Defendant Morss

Stanley Woodward
stanley@brandwoodwardlaw.com
Kristin McGough
kristin@kmcgoughlaw.com
Counsel for Defendant Klein

Sabrina Shroff
Sabrina_Shroff@fd.org
Counsel for Defendant Mehaffie

Marina-Thais Douenat
Marina_Douenat@fd.org
Counsel for Defendant Cappuccio

Re:   United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, David Judd, Robert Morss, Geoffrey Sills, David Mehaffie, Steven Cappuccio, and Federico Klein,  21-CR-40 (TNM)  - Production 12

Dear Counsel:

Pursuant to our discovery obligations, we are providing download links to an additional 43 body worn camera (BWC) files listed in the tab called "Round 3" in the attached Excel spreadsheet. The links should last for a year, please download before then. This should include any BWC videos mentioned in the discovery recently provided or the upcoming discovery.

(This list is *over-inclusive*, as it includes all BWC videos for any officer whose BWC at some point captured something relevant to this and other Lower West Terrace related cases. Out of an abundance of caution, we are making all of these BWC videos accessible to the defense so that you can analyze whether they might be relevant to your defense.)

As explained in the latest status update on discovery, the office expects to make all BWC available via a platform very soon. Thus, if you prefer, you can simply wait until that is available to review relevant video, as all the BWC videos we have provided in this and prior productions will be accessible on that platform. Nevertheless, as we indicated that we would be providing another round of BWC videos in the letter for Production 10, we are providing these videos now. In the meantime, to the extent you identify other officers with BWC that you believe might be relevant to the case, please let us know and we will do what we can to provide that BWC if it exists.

If you have any questions, please feel free to contact me.

By: *[signature]*
MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

**Kimberley Nielsen**
Assistant United States Attorney

Enclosure(s):
cc: