IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr40 |
| | ) Hon. Trevor McFadden |
| ROBERT MORSS, | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Comes now Defendant Robert Morss, by counsel, and moves this Court to substitute his appointed counsel, AFPD Kathleen Gaughan and AFPD Elizabeth Toplin, with retained counsel, John C. Kiyonaga, undersigned.[1]

Respectfully Submitted,

ROBERT MORSS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

---

[1] Undersigned notes that he already represents co-defendant Geoffey Sills.  Since Messrs. Sills and Morss do not know each other and neither is charged with Conspiracy, their representation by the same lawyer appears to create no conflict of interest.  Both have executed a conflict waiver.