IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| ROBERT MORSS, ) | |
| Defendant. ) | |

### ORDER

Upon motion of Defendant Robert Morss and for good cause shown, it is hereby

ORDERED that counsel appointed to represent Defendant, AFPD Kathleen Gaughan and AFPD Elizabeth Toplin, be and hereby are substituted as counsel for Defendant by retained counsel, John C. Kiyonaga. Attorneys Gaughan and Toplin are hereby relieved of further responsibility for the defense of Defendant.

Date: _____  _____
HON. TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE