

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 6, 2021

VIA Email and USAfX

| | |
|---|---|
| Lindy Urso, Esq.<br>lindy@lindyursolaw.com<br>Counsel for Defendant McCaughey | Elizabeth Toplin<br>Elizabeth_Toplin@fd.org<br>Kathleen Gaughan<br>Kathleen_Gaughan@fd.org<br>Counsel for Defendant Morss |
| Lauren Cobb, Esq.<br>Lauren_Cobb@fd.org<br>Counsel for Defendant Stevens | Stanley Woodward<br>stanley@brandwoodwardlaw.com<br>Kristin McGough<br>kristin@kmcgoughlaw.com<br>Counsel for Defendant Klein |
| Elizabeth Mullin<br>Elizabeth_Mullin@fd.org<br>Counsel for Defendant Judd | |
| Joseph McBride<br>jmcbride@mcbridelawnyc.com<br>Counsel for Defendant Quaglin | Sabrina Shroff<br>Sabrina_Shroff@fd.org<br>Counsel for Defendant Mehaffie |
| John Kiyonaga<br>john@johnckiyonaga.com<br>Counsel for Defendant SILLS | Marina-Thais Douenat<br>Marina_Douenat@fd.org<br>Counsel for Defendant Cappuccio |

Re:   *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, David Judd, Robert Morss, Geoffrey Sills, David Mehaffie, Steven Cappuccio, and Federico Klein,  21-CR-40 (TNM)  - Copies of Productions 2- 10*

Dear Counsel:

      We have uploaded copies of Productions 2- 10 (and the August Viewing letter) and all the related files to USAfx. (This includes files and the related letters for Discovery Letter 2- 4-8-21; Discovery Letter 3 – 4-13-21; Discovery Letter 4 and 5- June 9, 2021; Discovery Letter 6- June 14, 2021; Discovery Letter 7- June 14, 2021; Discovery Letter 8- 6-14-21; Discovery Letter 9- Aug 4, 2021; and Discovery Letter 10 – Aug. 9, 2021).

      As with all files on USAfx, they auto-expire after 60 days. Please download them before they auto-expire.

      If you have any questions, please feel free to contact me.

By: [signature]
**MELISSA JACKSON**
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

**Kimberley Nielsen**
Assistant United States Attorney

Enclosure(s):
cc:

2