UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:21CR40 |
| | ) | |
| DAVID LEE JUDD | ) | |

**ORDER**

Upon consideration of Defendant David Judd's Motion to Modify Conditions of Release Based Upon Information from United States Probation and for good cause shown, it is hereby

ORDERED that the defendant shall not be subject to home detention or GPS monitoring; it is further

ORDERED that the defendant shall abide by radio frequency monitoring and a curfew of 12 a.m. to 7 a.m.

All other conditions set forth in the Order setting conditions of release (Doc. 60) remain in full force and effect.

_____
District Judge
Trevor N. McFadden