UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT

The defendant, TRISTAN CHANDLER STEVENS, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Compel Discovery in Support of Claim of Selective Prosecution. ECF No. 138. To the extent that the motion is fact-specific to Mr. Judd, the legal analysis applies equally to Mr. Stevens who is charged with violating the same statutes as Mr. Judd and whose alleged conduct is generally similar in nature to Mr. Judd's.[1] The purpose of this motion is to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

---

[1] Mr. Judd and Mr. Stevens are charged together in Count 16 of the Fourth Superseding Indictment. ECF No. 102. In Counts 21 and 22 of the Fourth Superseding Indictment, Mr. Judd and Mr. Stevens are each charged during the same timeframe with Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), with the principal difference being Mr. Stevens' alleged dangerous weapon was a shield whereas Mr. Judd's alleged dangerous weapon was a firecracker. *Id.*

RESPECTFULLY SUBMITTED this 26th day of October, 2021.

    <u>/s/ Lauren Cobb</u>
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    <u>/s/ Lauren Cobb</u>
LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org