UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                     Case No. 21-cr-40/TNM

**TRISTAN CHANDLER STEVENS,**

    **Defendant.**

_____/

## **ORDER**

Upon consideration of the Motion to Adopt and Join Motion Filed by Co-Defendant, and finding good cause shown, it is hereby

**ORDERED** that the motion is granted.

_____
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE