UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08-TNM |
| STEVEN PHILLIP CAPPUCCIO | § § | |

ORDER

Upon consideration of Mr. Cappuccio's Motion to Adopt and Join David Judd's Motions to Compel Discovery in Support of Claim of Selective Prosecution and his Reply, and finding good cause shown, it is hereby,

ORDERED t that the motion is granted.

_____

THE HONORABLE TREVOR N. MCFADDEN

UNITED STATES DISTRICT JUDGE