IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-40-5** |
| | : | |
| **ROBERT MORSS** | : | |

### ORDER

**AND NOW**, this ____ day of _____, 2021, upon consideration of the Defendant's Emergency Motion to Revoke Detention Order and for Pretrial Release, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that Mr. Morss shall reside at the address to be provided to and approved by United States Pretrial Services.

It is **FURTHER ORDERED** that he shall be placed on home detention with location monitoring with standard conditions regarding permissions to leave for religious services, medical appointments and care, employment, and attorney appointments. Any time outside the approved residence must be preapproved by Pretrial Services.

BY THE COURT:

_____
**THE HONORABLE TREVOR N. McFADDEN**
**United States District Court Judge**