LAW OFFICE
# JOHN C. KIYONAGA

600 CAMERON STREET
ALEXANDRIA, VIRGINIA 22314

ALSO ADMITTED DC AND NY BARS

(703) 739-0009
FAX (703) 340-1642
JOHN@JOHNCKIYONAGA.COM

## WAIVER OF POTENTIAL CONFLICT OF INTEREST

September 24, 2021

The signatories below, all charged in the United States District Court for the District of the District of Columbia with offenses arising out of the events of January 6, 2021 at the US Capitol, hereby waive any potential conflict of interest in being represented by the same lawyer, John C. Kiyonaga.

_____

CPT Mark Sahady, USAR

_____

Geoffrey Sills

_____

Robert Morss

_____

Jack Wade Whitton

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
11/9/21