UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 21-cr-40/TNM

TRISTAN CHANDLER STEVENS,

    Defendant.
_____/

## NOTICE OF FILING

The Defense hereby files notice of the defendant's agreement to be bound by the Protective Order in the above captioned matter.

RESPECTFULLY SUBMITTED this 17th day of November, 2021.

                                          /s/ Lauren Cobb
                                          LAUREN COBB
                                          Florida Bar No. 52022
                                          Attorney for Defendant
                                          3 W. Garden Street, Ste. 200
                                          Pensacola, FL 32502
                                          (850) 432-1418
                                          Lauren_Cobb@fd.org