IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, )<br>  )<br>  v. )<br>  )<br> ROBERT MORSS, )<br>  Defendant. )<br>  ) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

MOTION TO ADOPT, CONFORM AND SUPPLEMENT
MOTIONS TO DISMISS COUNTS ALLEGING VIOLATION OF 18 U.S.C. Sec. 1512(c)(2)

Comes now Defendant Robert Morss, by counsel, and respectfully requests that he be permitted to adopt, conform and enjoy the benefits (as relate to Count 34 of the Fourth Superceding Indictment) of those motions filed by defendants before this Court to dismiss counts alleging a violation of 18 U.S.C. Sec. 1512(c)(2).  Said submissions include, without limitation, the motion, argument and related briefings tendered by defendants in United States v. Montgomery, *et al*., DDC No. 1:21cr46 (RDM) (*see* ECF Nos. 39, 48, 53, 59, 60 and 66) as supplemented by defendant Brian Cua in United States v. Cua, DDC No. 1:21cr107(RDM) (*see* ECF No. 84).

Respectfully Submitted,

ROBERT MORSS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

1

Counsel for the Defendant

<u>Certificate of Electronic Service</u>

    I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                         /s/
                                        John C. Kiyonaga