IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,              )<br>                                            )<br>    v.                                  )<br>                                            )<br> ROBERT MORSS,            )<br>        Defendant.              )<br>                                            ) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

### ORDER

Upon consideration of Defendant Robert Morss' Motion to Adopt, Conform and Supplement Motions to Dismiss Counts Alleging Violation of 18 U.S.C. Sec. 1512(c)(2), it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Morss is deemed to have adopted, conformed and shall enjoy the benefits (as relate to Count 34 of the Fourth Superceding Indictment) of those motions to include, without limitation, the motion, argument and related briefings tendered by defendants in United States v. Montgomery, *et al*., DDC No. 1:21cr46 (RDM) (*see* ECF Nos. 39, 48, 53, 59, 60 and 66) as supplemented by defendant Brian Cua in United States v. Cua, DDC No. 1:21cr107(RDM) (*see* ECF No. 84). It is further

ORDERED that Defendant Morss may conform his case and particular circumstances to the aforesaid submissions.

Date: _____          _____
                                                              HON. TREVOR N. McFADDEN
                                                              United States District Judge