IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) <br> ) |
| v. | ) Crim. No. 21cr40 <br> ) Hon. Trevor McFadden |
| ROBERT MORSS, <br> Defendant. | ) <br> ) <br> ) |

### ORDER

Upon consideration of Defendant Robert Morss' Motion to Adopt, Conform and Supplement co-defendant David Leer Judd's Motion to Compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution (ECF No. 138), it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Morss is deemed to have adopted, conformed and shall enjoy the benefits of the aforesaid motion.  It is further

ORDERED that Defendant Morss may conform his case and particular circumstances to the aforesaid motion.

Date: _____

_____
HON. TREVOR N. McFADDEN
United States District Judge

1