# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:21CR40 |
| | ) | |
| **DAVID LEE JUDD** | ) | |

## ORDER

Upon consideration of defendant David Judd's Motion for Permission to Travel to Attend a Family Memorial Service and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Defendant David Judd has the Court's permission to travel from Texas to Boca Raton, Florida on December 2, 2021, and return to Texas on December 6, 2021; it is further

ORDERED that David Judd shall provide his itinerary and location to U.S. Probation in advance of his travel.

_____
District Judge
Trevor N. McFadden