IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>GEOFFREY SILLS, )<br>   Defendant. )<br>) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

### ORDER

Upon consideration of Defendant Geoffrey Sills' Motion to Adopt, Conform and Supplement Motions to Dismiss Counts Alleging Violation of 18 U.S.C. Sec. 1512(c)(2), it is hereby \ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Sills is deemed to have adopted, conformed and shall enjoy the benefits (as relate to Count 34 of the Fourth Superceding Indictment) of those motions to include, without limitation, the motion, argument and related briefings tendered by defendants in United States v. Montgomery, *et al*., DDC No. 1:21cr46 (RDM) (*see* ECF Nos. 39, 48, 53, 59, 60 and 66) as supplemented by defendant Brian Cua in United States v. Cua, DDC No. 1:21cr107(RDM) (*see* ECF No. 84).  It is further

ORDERED that Defendant Sills may conform his case and particular circumstances to the aforesaid submissions.

Date: _____        _____
                                   HON. TREVOR N. McFADDEN
                                   United States District Judge