IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant Geoffrey Sills' Motion to Adopt, Conform and Supplement co-defendant David Leer Judd's Motion to Compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution (ECF No. 138), it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Sills is deemed to have adopted, conformed and shall enjoy the benefits of the aforesaid motion. It is further

ORDERED that Defendant Sills may conform his case and particular circumstances to the aforesaid motion.

Date: _____    _____
HON. TREVOR N. McFADDEN
United States District Judge

1