IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No. 21cr40 |
|  | ) | Hon. Trevor McFadden |
| ROBERT MORSS, | ) | |
| Defendant. | ) | |

MOTION TO EXTEND PERIOD FOR REPLY

Comes now Defendant Robert Morss, by counsel, and respectfully requests that he be permitted one month to file his Reply to the Government's Opposition to Defendant's Motion for Pre-Trial Release (Doc 176).

The order under which Defendant is being confined was never reduced to writing. Rather, Magistrate Judge Harvey issued a minute order on July 21st that the transcript of the previous day's proceedings would serve as his findings and statement of reasons. No transcript has been produced. Undersigned ordered one two days ago, but has yet to hear back from the indicated court reporter.

Wherefore, Defendant requests that he be allowed until December 20th to secure a transcript and review same before replying.

> Respectfully Submitted,
>
> ROBERT MORSS
> By Counsel
>
> _____/s/_____
> John C. Kiyonaga
>
> 600 Cameron Street
> Alexandria, Virginia 22314
> Telephone: (703) 739-0009

1

Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

<u>Certificate of Electronic Service</u>

 I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

     /s/
    John C. Kiyonaga