IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES,                          )
                                        )
         v.                             )        Crim. No. 21cr40
                                        )        Hon. Trevor McFadden
ROBERT MORSS,                           )
         Defendant.                     )
                                        )
_____)

<u>ORDER</u>

Upon Defendant Robert Morss' motion for additional time during which to file his Reply

to the Government's Opposition to Defendant's Motion for Pre-Trial Release (Doc 176), it is

hereby

ORDERED that Defendant be and hereby is permitted until December 20, 2021 to file his

Reply.


Date: _____            _____
                                        HON. TREVOR McFADDEN
                                        United States District Judge

1