UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | 1:21CR40 |
| ) | |
| DAVID LEE JUDD ) | |

### WAIVER OF APPEARANCE AT STATUS HEARING

David Lee Judd, through counsel, pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure, hereby waives his right to appear at the December 17, 2021, status conference and arraignment on the Fifth Superseding Indictment.

Mr. Judd has received a copy of the Fifth Superseding Indictment and has reviewed it with counsel. He understands the nature of the charges alleged in the Indictment including the maximum possible penalties.

Mr. Judd enters a plea of not guilty to each count of the Fifth Superseding Indictment and requests a jury trial on all counts.

Mr. Judd has discussed with counsel his right to be present for the status conference and arraignment, and as indicated by his signature below, Mr. Judd waives his right to be present in Court for that purpose.

_____                    Date:
David Lee Judd
                                                                12/14/21

_____                    Date:
Elizabeth Mullin
Attorney for David Judd