UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08-TNM |
| STEVEN PHILLIP CAPPUCCIO | § § | |

ORDER

Upon consideration of defendant Steven Phillip Cappuccio's Motion for Modification of Conditions of Pre-Trial Release and for good cause shown it is hereby

ORDERED that home detention and location monitoring are removed as a conditions of pre-trial release; it is further

ORDERED that all other conditions set forth the Order Setting Conditions of Release (Doc. No. 116) remain in full effect.

_____
United States District Judge
Trevor N. McFadden