

**WAYNE ENTERPRISE LLC**
ROCKVILLE, VIRGINIA
804.397.5243

DECEMBER 14, 2021

Honorable Trevor McFadden
United States District Court for
th District of Columbia

You Honor,

**Re: Geoffrey Sills**

My name is Melody Perkins, I own and run Wayne Enterprise LLC, a construction and real-estate company that builds and sells spec homes. I have know Geoff since he was in high-school with my younger brother, he has always been incredibly kind hearted and giving person. Professionally he has free lanced for me for years doing property photography, renderings, logos, and tech support.

It has been incredibly difficult to manage without his impeccable skills lately. With a new house layout needing to be rendered and a house almost ready to be listed needing photography I am hoping to be able to employ him and his unique skills.

Last year, after the death of my brother (Geoff's high-school friend) my family started a non profit that Geoff has not only been helping us with, but donating to as well prior to his encarseration. Every house my company builds funds a well in sub-sahara Africa. So in business we not only need Geoff for the side that makes the money to fund the wells, but also our registered 501c3 Nathan's Passion Project is in desperate need of Geoff's tech skills, to help us increase outside funding by improving our website and social media platforms.

Geoff is a very sweet, genuine, kind, talented, and gentle person whom I trust. Trust is incredibly difficult to come by in the world right now, so I am remaining hopeful that I will be able to retain his help thru Wayne Enterprise.

Thank you for your time and consideration, as well as your service to our country.

Sincerely,

Melody Perkins