

PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | | DCDC # | Date |
|---|---|---|---|---|
| Morss, Robert | | | 377390 | 10/6/21 |
| Evaluation Period (Month/Year) | | Squad | Position/Grade | |
| August – October 2021 | | C2B | Alternate Detail | |

**1. Quality of Work**
- ✓ Excellent — Does superior work. Does more work than is expected or required.
- Satisfactory — Makes fewer mistakes than most workers at this level of training/work.
- Good — Acceptable level of work. Produces average volume of work.
- Fair — Often makes mistakes; often completes less work than others of same skill level.
- Unsatisfactory — Repeatedly makes errors, shows little interest in producing better quality, low output.

**2. Quantity of Work**
- ✓ Excellent — Superior work and exceeds expected productivity.
- Good — Motivated to work; does full days work, wastes little time.
- Satisfactory — Works steadily but does not push to exceed.
- Fair — Does just enough to get by, has to be encouraged to do more.
- Unsatisfactory — Very low output, must be prompted to complete work.

**3. Initiative**
- ✓ Excellent — Good ideas to improve work, does work to improve skills, works with positive attitude.
- Good — Adapts well to change, works to improve skills, works with above average interest.
- Satisfactory — Starts work without being told, generally works with a positive attitude.
- Fair — Shows minimal interest, usually relies on others to say what needs to be done.
- Unsatisfactory — Shows little job interest, waits to be told what to do, works with a negative attitude.

**4. Dependability, Safety, Care of Equipment**
- ✓ Excellent — Work is very reliable, consistent and thorough, always completes tasks on time.
- Good — Work is usually reliable and consistent.
- Satisfactory — Completes work on time.
- Fair — Work is sometimes unreliable, satisfied to complete a minimum of work.
- Unsatisfactory — Work is usually unreliable. Does not accept responsibility and gives up easily.

**5. Response to Supervision**
- ✓ Outstanding — Makes a real effort to please supervisor, does exactly what is required.
- Good — Accepts feedback well, tries to improve.
- Satisfactory — Generally does what is told, accepts instruction, feedback.
- Fair — Resists or ignores suggestions.
- Unsatisfactory — Responds with hostility towards work assignments, regularly argues with supervisor.

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
- ✓ Promote this inmate to a more demanding job at a higher rate of pay
- Raise this inmate's pay but keep individual at same job
- Continue to employ this inmate but would not recommend for promotion or pay raise
- Transfer this inmate to a less demanding job at a lower rate of pay
- Terminate inmate's employment

Supervisor's Signature: _E. Y. Cabbagetreyp_  Date: 10/6/21

Inmate's Signature: _____  Date: _____

**Inmate's Response:**

Morss is currently on alternate or work detail. At this time there are no concerns as it pertains to his work performance or behavior issues. Morss is very respectful, reliable & consistent in his work duties. Based upon his work performance he is a candidate for the next detail opening.

Original — Inmate's Institutional File
Copy — Inmate Worker
       Squad Supervisor