SWORN DECLARATION

I hereby declare under penalty of perjury:

I retired from the United States Army with the rank of Colonel having spent most of my 30 year career in the Special Operations community. Specifically, I served in the Ranger Regiment to include its training cadre (the Ranger School), and in Special Forces. I am intimately familiar with the training offered at the Ranger School and to the soldiers of the Ranger Battalions as well as the tactics employed by those formations.

I continue to serve in a civilian capacity and currently hold a Top Secret/SCI Security Clearance with Counterintelligence Polygraph with the U.S. Department of Defense, Defense Intelligence Agency.

I have reviewed the conduct allegedly committed by Robert Morss on January 6th as detailed in the detention order of Magistrate Judge Michael Harvey. To summarize, Mr. Morss is accused, as I understand, of participating in the Capitol Riot essentially by:

- breaching the Capitol perimeter in or near the forefront of the rioters.
- struggling with law enforcement officers to wrest from them their riot shields, batons, crowd control fence, etc.,
- taunting officers,
- exhorting other rioters to organize and form a shield wall,
- passing riot shields back into the crowd, and
- participating in a "heave-ho" as massed rioters pressed against officers assembled before a Capitol entrance.

The Army Ranger School is an intense 61-day combat leadership course oriented toward small-unit tactics wherein candidates are tasked with small unit missions of escalating complexity (e.g., reconnaissance, ambush, raid, support other Special Operations) under conditions (weather, terrain, logistics) of escalating difficulty while incrementally deprived of food and sleep. Tactical considerations stress, cover, concealment, stealthy movement to and from the objective, unit coordination and concentration of firepower. The Ranger School is designed to winnow those candidates unable to lead effectively under the unpredictable and challenging conditions of combat.

The Ranger formations are designed and trained in the above referenced tactics for the above referenced missions as well as others (e.g., airfield seizures). These formations are maintained at all times in a state of combat readiness to the highest standards.

While Magistrate Judge Harvey is correct that Rangers are expected to be "calm, confident, bold – ready, willing and able to take charge… "absolutely nothing in the specific conduct which Mr. Morss is alleged to have undertaken, was taught him at the Ranger School or in any Ranger Battalion.

Robert C. Shaw, COL, USA (Ret.)

4948 Harmony Forest Lane
Culpeper, VA  22701

Virginia:

COMMONWEALTH of VIRGINIA

County of ALBEMARLE :

Robert Shaw appeared before me this 13th Dec., 2021, and subscribed the foregoing under oath.

My Commission Expires: 08/31/2023

_____
NOTARY PUBLIC

```
DIEGO ANDRES HERNANDORENA
       NOTARY PUBLIC
   Commonwealth of Virginia
        Reg. #7822454
My Commission Expires Aug. 31, 2023
```