# GLENSHAW STEEL SUPPLY

December 13, 2021

Mr. John C. Kiyonaga
600 Cameron Street
Alexandria, VA  22314

Dear Mr. Kiyonaga,

The purpose of this letter is to inform you that I have made an offer of employment to Mr. Robert Morss.  Mr. Morss can begin his employment with us as soon as he is made available.

I understand Mr. Morss has pending charges and will need occasional time off to travel to deal with legal issues and he will periodically need time off to fulfill other court ordered actions such as checking in with probation offices etc.  We will make every accommodation for Robert to fulfill his obligations with no penalty to employment.  Due to his military service to our country, we trust Robert to work in our building and with our equipment. We will fully cooperate with any authority to comply with requirements such as work place verification or unannounced visits by probation officers, etc.

Sincerely

Samantha Pelch
Office/Project Mgr.

| | | |
|---|---|---|
| 1120 William Flynn Hwy<br>Glenshaw, Pa 15116<br>USA | PHONE<br>FAX<br>EMAIL<br>WEB SITE | 412-486-0885<br>412-486-1035<br>glenshawsteel@yahoo.com<br>glenshawsteel.com |