UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X
UNITED STATES OF AMERICA,                :         Criminal No. 21-mj-111

v.                                       :

PATRICK MCCAUGHEY III,                   :

         Defendant.                     :         December 16, 2021
------------------------------------X

Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure, the defendant, Patrick McCaughey, after consultation with counsel, hereby waives his right to appear at the December 17, 2021 status conference and arraignment on the Fifth Superseding Indictment, waives a reading of said Indictment, and respectfully enters not guilty pleas to all counts.

Mr. McCaughey has been given a copy of the Firth Superseding Indictment and has had a chance to review the same with undersigned counsel. The defendant understands the nature of the charges against him, including the maximum penalties should he be convicted of said charges.

_____           12-16-2021
Patrick McCaughey, III              Date

_____           12/16/21
Lindy R. Urso                       Date
Attorney for the defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 16th day of December in the year of our Lord 2021.

Lindy R. Urso