IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) ) | Criminal No. 1:21-CR-00040-TNM |
| **FEDERICO GUILLERMO KLEIN,** | ) ) ) | |
| **Defendant.** | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Federico Klein's Unopposed Motion to Temporarily Modify Release Conditions, it is, this ___ day of December, 2021, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant Klein's is permitted to travel to his brother's house between the hours of 11am and 11pm on Christmas Eve, December 24, 2021, as well as to his mother's house between the hours of 11am and 11pm on Christmas, December 25, 2021 and that all other conditions of Mr. Klein's pretrial release shall remain in full effect.

**SO ORDERED**

_____
The Honorable Trevor N. McFadden
United States District Court Judge