# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-cr-40 (TNM)** |
| : | |
| **DAVID LEE JUDD,** : | |
| **Defendant.** : | |

# [PROPOSED] ORDER

Upon consideration of the government's Motion for Leave to File, it is this _____ day of December 2021, ORDERED:

For good cause shown, the government's Motion for Leave to File is granted and this pleading shall be docketed by the Clerk of Court as supplemental authority supporting the government's previously filed opposition (ECF No. 154).

_____
JUDGE TREVOR MCFADDEN
UNITED STATES DISTRICT JUDGE

4