# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>     Defendant. | Case No. 21-cr-40-8-TNM |

## ORDER

Upon consideration of Mr. Cappuccio's Motion to Sever, and finding good cause shown, it is hereby,

ORDERED t that the motion is granted.

_____

                TREVOR N. MCFADDEN
                UNITED STATES DISTRICT JUDGE