UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X
UNITED STATES OF AMERICA,  : Criminal No. 21-cr-40 (TNM)

v.  :

PATRICK MCCAUGHEY III,  :

        Defendant.  : February 3, 2022
------------------------------------X

Pursuant to Rules 43 of the Federal Rules of Criminal Procedure, the defendant, Patrick McCaughey, after consultation with counsel, hereby waives his right to appear at the February 4, 2022 status conference.

Mr. McCaughey has reviewed and understands the government's plea offer. After consultation with counsel, Mr. McCaughey hereby rejects the government's offer of disposition.

_____      2-3-22
Patrick McCaughey, III      Date

_____      2/3/22
Lindy R. Urso      Date
Attorney for the defendant