UNITED STATES DISTRICT COURT
FOR THE DISTTRICT OF COLUMBIA
UNITED STATES OF AMERICA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 1:21-CRr-00040-TNM |
| STEVEN CAPPUCCIO | § § | |

**WAIVER OF APPEARANCE**

The Defendant STEVEN CAPPUCCIO, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the February 4, 2022, status conference.

Dated: February 3, 2022      *Steven Phillip Cappuccio*

Dated: February 3, 2022      *Marina-Thais Douenat*
MARINA-THAIS DOUENAT
*Attorney for Defendant for Steven Cappuccio*