UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08 |
| STEVEN PHILLIP CAPPUCCIO | § § | |

STEVEN PHILLIP CAPPUCCIO'S NOTICE REJECTING
GOVERNMENT'S PLEA OFFER

Steven Phillip Cappuccio (Mr. Cappuccio), through counsel, respectfully gives notice that he is rejecting the plea offered extended by the government via email on September 21,2021.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No.  00798310
Tel.: 210-472-6700
Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 4th day of February 2022 filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF)  to all counsel of record.

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender