UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF REJECTION OF PLEA.

Pursuant to the Order in the Minute Entry for proceedings held on 12/17/2021, Defendant, David Mehaffie hereby gives notice that he is rejecting the plea offered by the Government in this case.

Dated: February 7, 2022

*David C. Mehaffie*

David Mehaffie
Defendant      02 / 09 / 2022

/s/ John M. Pierce

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 349-0054
jpierce@johnpiercekaw.com
Attorney for Defendant David Mehaffie

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2022, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce

Doc ID: dddaf383dfa615daa7c4065d6b3aed8faae913ad



Audit Trail

| | |
|---|---|
| **TITLE** | Plea Rejection Notice.pdf |
| **FILE NAME** | Plea%20Rejection%20Notice.pdf |
| **DOCUMENT ID** | dddaf383dfa615daa7c4065d6b3aed8faae913ad |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**
02 / 09 / 2022
17:52:26 UTC
Sent for signature to David Mehaffie (davidmtc86@gmail.com) from elambert@piercebainbridge.com
IP: 170.199.255.200

**VIEWED**
02 / 09 / 2022
19:29:14 UTC
Viewed by David Mehaffie (davidmtc86@gmail.com)
IP: 65.186.41.6

**SIGNED**
02 / 09 / 2022
19:30:41 UTC
Signed by David Mehaffie (davidmtc86@gmail.com)
IP: 65.186.41.6

**COMPLETED**
02 / 09 / 2022
19:30:41 UTC
The document has been completed.

Powered by HELLOSIGN