UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V. | § § CAUSE NO. 21-CR-40-08 |
| STEVEN PHILLIP CAPPUCCIO | § § § |

### STEVEN PHILLIP CAPPUCCIO'S NOTICE REJECTING GOVERNMENT'S PLEA OFFER

Steven Phillip Cappuccio (Mr. Cappuccio), respectfully gives notice that he is rejecting the plea offered extended by the government via email on September 21, 2021.

*[signature]*
Steven Phillip Cappuccio

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No. 00798310
Tel.: 210-472-6700
Fax: 210-472-4454