UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. 1:21-CR-40-TNM-8 |
| STEVEN PHILLIP CAPPUCCIO | § § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Edgar H. Holguin, Assistant Federal Public Defender and enters his appearance as **co-counsel** for Steven Phillip Cappuccio in the above-styled and numbered cause.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender


/S/
EDGAR H. HOLGUIN
Supervisory Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas  79901
(915) 534-6525
*Attorney for Steven Phillip Cappuccio*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of February, 2022, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA Melissa Joy Jackson, AUSA Kimberly Charlene Nielsen, AUSA Jocelyn Patricia Bond, AUSA James Pearce, Office of the U.S. Attorneys for the District of Columbia, 555 4th St., NW Washington DC, 20530.

                                            /S/
                                      EDGAR H. HOLGUIN
                                      *Attorney for Steven Phillip Cappuccio*