UNITED STATES DISTRICT COURT

FOR THE DISTTRICT OF COLUMBIA

UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| V. § § | CAUSE NO. 1:21-CRr-00040-TNM |
| STEVEN CAPPUCCIO § § | |

## WAIVER OF APPEARANCE

The Defendant STEVEN CAPPUCCIO, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the March 4, 2022, status conference.

Dated: February 25, 2022.

*Steven Phillip Cappuccio*
Steven Cappuccio

Dated: February 25, 2022.

*Marina-Thais Douenat*
MARINA-THAIS DOUENAT
Attorney for Defendant for Steven Cappuccio

CERTIFICATE OF SERVICE

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 3rd day of March 2022 filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender