UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X
UNITED STATES OF AMERICA,            :   Criminal No. 21-cr-40 (TNM)
                                     :
v.                                   :
                                     :
PATRICK MCCAUGHEY III,               :
                                     :
        Defendant.                   :   March 3, 2022
------------------------------------X

Pursuant to Rules 43 of the Federal Rules of Criminal Procedure, the defendant, Patrick McCaughey, after consultation with counsel, hereby waives his right to appear at the March 4, 2022 status conference..

_____        3/3/22
Patrick McCaughey, III                Date

_____        3/3/22
Lindy R. Urso                         Date
Attorney for the defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 3rd day of March in the year of our Lord 2022.

_____
Lindy R. Urso