# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>     Defendant. | Case No. 21-cr-40-8-TNM |

ORDER

Upon consideration of Mr. Cappuccio's Motion to Compel, it is hereby, ORDERED t that the Motion is granted.

The Government is hereby ordered to produce the following:

- Bodycam evidence of Officer Daniel Hodges.

- Unredacted video and audio recordings including Officer Hodges or Mr. Cappuccio, regardless of location, on January 6, 2021, or in interviews specific to the events of January 6, 2021.

- Unredacted video and audio documenting alleged weapon used by Mr. Cappuccio, to establish chain of custody for the same.

- Identity of officers present during the events involving Officer Hodges, by which to confirm video records produced of events.

It is further ORDERED that the Government provide

- A comprehensive list of production to Mr. Cappuccio to date, including a specific description of items produced and Bates Stamp identifier.

1

- For digital production, whether audio or video, a single page document with the video or audio file name and file size with a unique Bates Stamp identifier.

- For documents, unique Bates Stamp identifier on individual pages by which to confirm complete production.

The Government shall report compliance to this Order not later than _____.

SO ORDERED.

_____
TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE