IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-CR-00040-TNM |
| v. ) | |
| ) | |
| **FEDERICO GUILLERMO KLEIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT FEDERICO KLEIN'S MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS

Defendant Federico Klein, by and through the undersigned counsel, respectfully moves this Court for an Order pursuant to section 3145(a)(2) of Title 18 of the United States Code, (i) temporarily modifying Mr. Klein's pretrial release conditions to permit him to perform paid yardwork on March 10, 2022, and (ii) amending the Court's October 4, 2021, Order setting Mr. Klein's Conditions of Release to permit Pretrial Services to authorize Mr. Klein to visit with his family, including his mother, his stepmother, and his brother and sister-in-law (and their baby).

Since or about April 12, 2021, Mr. Klein has been subject to Conditions of Release with Global Positioning System Monitoring pursuant to court order. See Order Setting Conditions of Release, *United States v. Klein*, No. 21-cr-236 (D.D.C. April 12, 2021) (ECF No. 30). This Court entered the same Order on October 4, 2021, after Mr. Klein's case was consolidated with the above-captioned action. Order Setting Conditions of Release (Oct. 4, 2021) (ECF No. 148). In relevant part, that Order limits Pretrial Services to authorizing Mr. Klein's travel from his "residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer."

For this first twenty-four (24) days of Mr. Klein's pretrial release, he waited for Pretrial Services to equip him with Global Positioning System Monitoring (an ankle monitor) without incident or any allegation that Mr. Klein was not in compliance with the conditions of his release.  *See* Pretrial Status Report, *United States v. Klein*, No. 21-cr-236 (D.C.C. June 8, 2021) (ECF No. 32).  On May 6, 2021, Mr. Klein attended his intake interview with Pretrial Services and was placed on location monitoring.  *Id.*  In the roughly five (5) months that ensued, Pretrial Services did advise the Court of concerns concerning Mr. Klein's compliance with his pretrial release conditions, which Mr. Klein refuted, and at his first appearance before this Court, on October 4, 2021, Mr. Klein was admonished to adhere to his pretrial release conditions stringently.  Since that time, Pretrial Services has not advised the Court of any concerns concerning Mr. Klein's compliance – describing Mr. Klein as having, "returned to compliance," Pretrial Compliance Report (Feb. 3, 2022) (ECF No. 218), including after the Court temporarily modified these conditions to permit Mr. Klein to visit with his family for the Christmas holiday.  Minute Order (Dec. 21, 2021).

Previously, Pretrial Services has denied Mr. Klein's request to spend time with his mother, stepmother, and/or brother and sister-in-law (and their baby) because, Pretrial Services advised, they are not "authorized" to approve "social visits."  Mr. Klein's mother and stepmother, however, are of advanced age and it is therefore not conducive for them to visit with Mr. Klein at his residence.  Nor is it similarly suitable for Mr. Klein's infant nephew to visit with him at Mr. Klein's residence.  All three households are either in Virginia or the District of Columbia and Pretrial Services is aware of their addresses.

Moreover, Mr. Klein asks only that the Court modify its Order to authorize Pretrial Services to authorize Mr. Klein's visitation with his family so as to avoid the necessity of

coming before the Court each time he wishes to do so. Should Pretrial Services deny any such request, in their discretion, Mr. Klein reserves the right to come before the Court at that time seeking appropriate relief. The government has advised that they do not oppose Mr. Klein's request, but will "defer to pretrial's position."

Separately, Mr. Klein recently requested Pretrial Services authorize him to perform paid yard work. Pretrial Services authorized Mr. Klein to perform the yard work on Thursday, March 10, 2022, but denied Mr. Klein's request to travel to the "North Arlington Mulch Facility" to obtain mulch for the yardwork. Instead, Pretrial Services advised, "If they want you to do yard work for them they can provide the mulch." Accordingly, Mr. Klein requests this Court temporarily modify his conditions of release to permit Mr. Klein to perform the yardwork *and* to procure the mulch for the same. The government has advised that they do not oppose this request and Pretrial Services is aware of the addresses and requested duration for the tasks to be performed on March 10, 2022.

WHEREFORE, Frederico Klein respectfully requests this Court amend its Pretrial Order to authorize Pretrial Services to approve Mr. Klein's visitation with family and to temporarily permit Mr. Klein to perform paid yardwork on March 10, 2022.

[SIGNATURE ON NEXT PAGE]

Dated: March 4, 2022	Respectfully submitted,

       */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| | ) Criminal No. 1:21-CR-00040-TNM |
| v. | ) |
| | ) |
| **FEDERICO GUILLERMO KLEIN**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

On March 4, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

        */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*