UNITED STATES DISTRICT
       FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
|   Defendant. ) | |

## WAIVER OF APPEARANCE

The Defendant DAVID MEHAFFIE, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the March 4, 2022, status conference.

Dated: March 3, 2022

03 / 03 / 2022

*David C. Mehaffie*

DAVID MEHAFFIE

Dated: February 3, 2022

JOHN M. PIERCE
*Attorney for David Mehaffie*

Doc ID: b0e0fd94797ec36cb9a24c92415530a99b55752b

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 3, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                           /s/ John M. Pierce
                                           John M. Pierce

Doc ID: b0e0fd94797ec36cb9a24c92415530a99b55752b



| | |
|---|---|
| **TITLE** | Mehaffie - Waiver of Appearance 3-3-22.pdf |
| **FILE NAME** | Mehaffie%20-%20Wa...ance%203-3-22.pdf |
| **DOCUMENT ID** | b0e0fd94797ec36cb9a24c92415530a99b55752b |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**          03 / 03 / 2022          Sent for signature to David Mehaffie (davidmtc86@gmail.com)
                  23:05:54 UTC            from elambert@piercebainbridge.com
                                          IP: 170.199.255.200

**VIEWED**        03 / 04 / 2022          Viewed by David Mehaffie (davidmtc86@gmail.com)
                  01:24:59 UTC            IP: 24.166.25.99

**SIGNED**        03 / 04 / 2022          Signed by David Mehaffie (davidmtc86@gmail.com)
                  01:25:24 UTC            IP: 24.166.25.99

**COMPLETED**     03 / 04 / 2022          The document has been completed.
                  01:25:24 UTC

Powered by HELLOSIGN