UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF APPEARANCE

The Defendant DAVID MEHAFFIE, pursuant to Rules 10 & 43 of the Federal Rules of Criminal Procedure, waives his rights to appear at the March 4, 2022, status conference.

Dated: March 3, 2022

03 / 03 / 2022

*David C. Mehaffie*
_____
DAVID MEHAFFIE

Dated: March 4, 2022

*John M. Pierce*
_____
JOHN M. PIERCE
*Attorney for David Mehaffie*

Doc ID: b0e0fd94797ec36cb9a24c92415530a99b55752b

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 4, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce

Doc ID: b0e0fd94797ec36cb9a24c92415530a99b55752b



| | |
|---|---|
| **TITLE** | Mehaffie - Waiver of Appearance 3-3-22.pdf |
| **FILE NAME** | Mehaffie%20-%20Wa...ance%203-3-22.pdf |
| **DOCUMENT ID** | b0e0fd94797ec36cb9a24c92415530a99b55752b |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
03 / 03 / 2022  
23:05:54 UTC  
Sent for signature to David Mehaffie (davidmtc86@gmail.com) from elambert@piercebainbridge.com  
IP: 170.199.255.200

**VIEWED**  
03 / 04 / 2022  
01:24:59 UTC  
Viewed by David Mehaffie (davidmtc86@gmail.com)  
IP: 24.166.25.99

**SIGNED**  
03 / 04 / 2022  
01:25:24 UTC  
Signed by David Mehaffie (davidmtc86@gmail.com)  
IP: 24.166.25.99

**COMPLETED**  
03 / 04 / 2022  
01:25:24 UTC  
The document has been completed.

Powered by HELLOSIGN