UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAVID LEE JUDD,

Defendant.

Crim. Action No. 1:21CR40-TNM

**ORDER**

Upon consideration of the Defendant's Motion to a Appoint Criminal Justice Act attorney to assist in representing the Defendant in the above-captioned matter and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and Edward J. Ungvarsky is appointed as counsel of record along with Elizabeth A. Mullin in the above-captioned matter.

3/8/22

Trevor N. McFadden
District Judge