UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CASE NO. 21-CR-40-8 (TNM) |
| v. | : |
| | : |
| STEVEN CAPPUCCIO, | : |
| | : |
| Defendants. | : |

## UNITED STATES' RESPONSE TO DEFENSE MOTION TO COMPEL

The United States files this response to defendant Cappuccio's Motion to Compel Discovery, filed March 4, 2022. ECF No. 236. The government has responded to each of the four defense requests outlined therein, and has directed counsel to each of the requested items that are within the government's possession, custody and control. The government will continue to work with defense counsel should any difficulties accessing this discovery continue.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: ___/s/___
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov