IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Criminal No. 1:21-CR-00040-TNM |
| v. ) | |
| **FEDERICO GUILLERMO KLEIN,** ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Federico Klein's Unopposed Motion to Temporarily Modify Release Conditions, it is, this ___ day of March, 2021, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant Klein's is permitted stay at the residence of his family friend in Annandale, Virginia, from March 30, 2022, to April 2, 20222.

**SO ORDERED**

_____
The Honorable Trevor N. McFadden
United States District Court Judge