IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) ) | **Criminal No. 1:21-CR-00040-TNM** |
| **FEDERICO GUILLERMO KLEIN,** | ) ) ) | |
| **Defendant.** | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Federico Klein's Motion to Sever, it is, this ___ day of April, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**; and it is further

**ORDERED** that a trial date for Defendant Klein shall be set at a future status conference to be held by the Court.

**SO ORDERED**

_____
The Honorable Trevor N. McFadden
United States District Court Judge