UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>Defendant. | Crim. Action No. 21-40-8 (TNM) |

## STEVEN CAPPUCCIO'S MOTION TO ADOPT AND CO-JOIN DAVID LEE JUDD'S MOTION TO CHANGE VENUE

The defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Lee Judd's Motion to Change Venue. ECF No. 257. The law and arguments presented therein apply equally to Mr. Cappuccio's case.

WHEREFORE, the defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Change of Venue.

Respectfully submitted:

_____/s/_____

Marina Thais Douenat
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Texas
727 E. César E. Chávez, Suite B-207
San Antonio, TX 78206
210-472-6700
Attorney for Defendant Steven Cappuccio

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                                                                              /s/

                                                                              Marina Thais Douenat
                                                                              Assistant Federal Public Defender

# UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>            Defendant. | Crim. Action No. 21-40-8 (TNM) |

## ORDER

Defendant's Motion to Adopt and Co-Join David Lee Judd's Motion for Change of Venue  is GRANTED.

SO, ORDERED.

_____
TREVOR N. MCFADDEN
United States District Judge