An official website of the United States government  Here's how you know

# 9-69.000 - PROTECTION OF GOVERNMENT PROCESSES

| | |
|---|---|
| 9-69.010 | Introduction |
| 9-69.100 | Protection of Government Processes —Obstruction of Justice |
| 9-69.200 | Perjury and False Declarations Before Grand Jury or Court— Prosecution Policy |
| 9-69.300 | Prison Offenses (18 U.S.C. § § 1791-1793) |
| 9-69.400 | Fugitive Felon Act— 18 U.S.C. § 1073 |
| 9-69.420 | Prerequisites to Issuance of Federal Complaint in Aid of States |
| 9-69.421 | Parental Kidnapping |
| 9-69.422 | Unlawful Flight Warrants for Juvenile Offenders |
| 9-69.430 | Unlawful Flight to Avoid Custody or Confinement After Conviction |
| 9-69.440 | Unlawful Flight to Avoid Giving Testimony |
| 9-69.460 | Federal Information; Indictment; Removal— Approval Required |
| 9-69.502 | Escape from Custody Resulting from Conviction (18 U.S.C. § § 751 and 752) —Prosecution Policy |

## 9-69.010 - Introduction

This chapter focuses on the investigation and prosecution of federal criminal offenses that interfere with the federal justice system. These offenses include obstruction of justice, perjury, escape, and unlawful flight to avoid prosecution.

[updated January 2020]

## 9-69.100 - Protection of Government Processes—Obstruction of Justice

The obstruction of justice statutes include 18 U.S.C. §§ 1501, 1503, 1505, 1510-1513, and 1516-1520. Generally, obstruction of justice offenses fall under the supervisory responsibility of the Division and Section of the Department having responsibility for, or expertise in, the basic subject matter. For example, obstruction of an investigation into health care fraud would fall under the supervision of the Fraud Section of the Criminal Division; obstruction involving violence against a witness would fall under the supervision of the Organized Crime and Gang Section of the Criminal Division; obstruction of a gambling investigation would fall under the supervision of the Organized Crime and Gang Section of the Criminal Division; and obstruction of a public corruption investigation or a congressional proceeding would fall under the supervision of the Public Integrity Section of the Criminal Division.

If such responsibility cannot be identified, supervisory responsibility rests with the Fraud Section of the Criminal Division.

[updated January 2020]

## 9-69.200 - Perjury and False Declarations Before Grand Jury or Court—Prosecution Policy

Several Federal statutes criminalize perjury and related false statements. The two most commonly used statutes for perjury offenses are 18 U.S.C. §§ 1621 and 1623. The prior authorization of the Criminal Division is required for investigations or prosecutions of perjury before Congress and contempt of Congress. See also JM 9-90.550. Additionally, United States Attorneys are required to consult with the Criminal Division before instituting grand jury proceedings, filing an information, or seeking an indictment of an individual for perjury committed during a trial that resulted in acquittal. In all other perjury cases, no prior authorization or consultation is required.

Generally, perjury offenses fall under the supervisory responsibility of the Division and Section of the Department having responsibility for the basic subject matter. If such responsibility cannot be identified, or if the Division/Section with jurisdiction over the basic subject matter does not have criminal prosecutive responsibilities, i.e., certain civil litigation sections, supervisory responsibility rests with the Fraud Section of the Criminal Division.

The Federal Bureau of Investigation (FBI) has primary investigative responsibility for perjury violations in all cases and matters involving departments and agencies of the United States, except those arising out of a substantive matter being investigated by the United States Secret Service; Internal Revenue Service; Immigration and Naturalization Service; United States Customs Service; Drug Enforcement Administration; Bureau of Alcohol, Tobacco and Firearms; or United States Postal Inspection Service. The FBI also investigates violations relating to cases and matters not involving the United States government, or its agencies or departments, such as a civil case in a United States District Court between private parties. Upon written request of the Department, the FBI also investigates perjury violations committed in connection with any inquiry or investigation being conducted by the United States House of Representatives or the United States Senate, or their components.

[updated January 2020]

## 9-69.300 - Prison Offenses (18 U.S.C. § § 1791-1793)

The Office of Enforcement Operations has supervisory responsibility for these statutes.

[updated January 2020]

## 9-69.400 - Fugitive Felon Act—18 U.S.C. § 1073

An official website of the United States government
Here's how you know



THE UNITED STATES
DEPARTMENT of JUSTICE
PUBLIC INTEGRITY SECTION (PIN)

The Public Integrity Section (PIN) oversees the investigation and prosecution of all federal crimes affecting government integrity, including bribery of public officials, election crimes, and other related offenses. PIN investigates and prosecutes some of the most sensitive, complex, and contentious public corruption cases handled by the Department, including cases involving elected and appointed officials at all levels of government. PIN also serves as a source of advice and expertise for federal prosecutors and agents regarding the handling of public corruption cases nationwide, and plays a key role in developing Department policy concerning public corruption and election crime investigations and prosecutions. PIN handles cases in Districts across the country, either on its own or in partnership with the local U.S. Attorney's Office.

The Election Crimes Branch within the Section supervises the Department's nationwide response to election crimes, such as voter fraud and campaign-finance offenses. The Director of the Election Crimes Branch reviews all major election crime investigations throughout the country and all proposed criminal charges relating to election crimes.

The Section is comprised of attorneys with a wealth of prosecution experience at the federal and state level, as well as other experience in all three branches of federal government. PIN alumni have served in a range of important posts in the federal legal system, including as Attorney General, Deputy Attorney General, federal judges, U.S. Attorneys, and various other leadership positions in the Department, U.S. Attorney's Offices, and other federal agencies.