UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,         :     Criminal No.   1:21-cr-40 (TNM)

                v.                       :

PATRICK MCCAUGHEY III,          :

        Defendant.           :     April 15, 2022

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT</u>

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Transfer Venue, ECF No. 257.  The relevant law, arguments, and survey data in Mr. Judd's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

  Dated:     Stamford, Connecticut
            April 15, 2022

                                 By: _*Lindy R. Urso*_

                                   Lindy R. Urso
                                   Attorney at Law
                                   Bar No.: ct 20315
                                   810 Bedford Street, Suite 3
                                   Stamford, CT 06901
                                   Tel: (203) 325-4487
                                   Fax:  (203) 357-0608
                                   Email: lindy@lindyursolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 15th day of April in the year of our Lord 2022.

_____ *Lindy R. Urso* _____
Lindy R. Urso