# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00040-TNM |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Mehaffie

Dated: April 18, 2022                                      Respectfully Submitted,

                                                            /s/ William L. Shipley
                                                            William L. Shipley
                                                            PO Box 745
                                                            Kailua, Hawaii 96734
                                                            Tel: (808) 228-1341
                                                            Email: 808Shipleylaw@gmail.com

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, April 18, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley