UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES,

V.

GEOFFREY SILLS,
    Defendant.

Crim. No. 21cr40
Hon. Trevor McFadden

## DEFENDANT'S WAIVER OF APPEARANCE

Comes now Defendant Geoffrey Sills and, having been fully informed by counsel of his right to be present, waives his appearance at the April 22, 2022 status conference.

Respectfully submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for Felipe Garcia

Agreed:

_Geoffrey Sills (by JCK)_
Geoffrey Sills
Date: April 19, 2022

## Certificate of Service

I hereby certify that the foregoing was filed with the Court electronically this 19 April, 2022, with consequent service on counsel for all parties hereto.

_____/s/_____
John C. Kiyonaga

1