UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>      Defendant. | Crim. Action No. 21CR40(TNM) |

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR TRANSFER OF VENUE**

David Lee Judd, by and through undersigned counsel, hereby respectfully requests that this Court take notice of additional support for his motion to transfer of venue, ECF No. 257. Specifically, Mr. Judd asks that the Court take notice of the results of an additional survey of potential jurors in the District of Columbia, and of potential jurors in three other federal judicial districts, prepared at the request of counsel for Thomas Caldwell and Connie Meggs, two defendants before the Honorable Amit P. Mehta in Case No. 21-cr-028. See Exhibit 1. Counsel for defendants Caldwell and Meggs filed the survey on April 15, 2022. Undersigned counsel learned of the survey last night, and obtained a copy on April 18, 2022.

                                                    Respectfully Submitted,

                                                  A.J. KRAMER
                                                  FEDERAL PUBLIC DEFENDER

                                                  _____/s/_____
                                                  ELIZABETH MULLIN

Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710