UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>　　　　　Defendant. | Crim. Action No. 21-40-8 (TNM) |

## STEVEN CAPPUCCIO'S MOTION TO ADOPT AND CO-JOIN DAVID JUDD'S MOTIONS

The defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's following two motions:

1. Motion to Dismiss Count Thirty-Five. ECF No. 254.

2. Motion To Dismiss Count Counts Thirty-Eight and Forty-Six. ECF No. 256. [1]

The purpose of this motion is to simplify procedures and eliminate delay in accordance with fed. R. Crim. P. 2.

WHEREFORE, the defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motions.

---

[1] The law and arguments presented in Mr. Judd's motion apply equally to Mr. Cappuccio's , even though they are charged in different counts. Mr. Cappuccio is charged in Count Forty-Two with disorderly and disruptive conduct in a restricted building or grounds with a deadly weapon, in violation of 18 U.S.C. §§1752(a)(2) and (b)(1)(A), and in Count Fifty and with engaging in physical violence in a restricted building or grounds with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A). ECF No. 179.

Respectfully submitted:

/s/

Marina Thais Douenat
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Texas
727 E. César E. Chávez, Suite B-207
San Antonio, TX 78206
210-472-6700
Attorney for Defendant Steven Cappuccio

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Marina Thais Douenat
Assistant Federal Public Defender