# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>        Defendant. | Crim. Action No. 21-40-8 (TNM) |

## ORDER

Defendant's Motion to Adopt and Co-Join David Lee Judd's Motions to Dismiss Counts Thirty-Five and David Lee Judd's Motion to Dismiss Counts Thirty-Eight and Forty-Six is GRANTED.

SO, ORDERED.

 

TREVOR N. MCFADDEN
United States District Judge