**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00040-TNM** |
| | ) | |
| **DAVID MEHAFFIE,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT DAVID MEHAFFIE'S NOTICE OF JOINDER**
**REGARDING MOTIONS FILED BY CO-DEFENDANTS**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW comes Defendant, David Mehaffie, by and through his counsel of record, William L. Shipley, Esq., and respectfully provides Notice to this Court of his intention to adopt and join the following motions filed by Co-Defendants in this matter:

(1) Defendant Judd's Motion to Change Venue at ECF 249.

(2) Defendant Judd's and McCaughey's Motion to Dismiss Court Thirty-Four at ECF 255 and 259.

The cited case law and arguments set forth by Co-Defendants Judd and McCaughey in the above-specified motions apply to Defendant David Mehaffie and the Counts alleged against him in the Indictment.  Allowing Mr. Mehaffie to join the motions made by Co-Defendants simplifies this proceeding and eliminates delay.

Date: April 20, 2022                         Respectfully Submitted,


                                             /s/ William L. Shipley
                                             William L. Shipley
                                             PO Box 745
                                             Kailua, Hawaii 96734
                                             Tel: (808) 228-1341
                                             Email: 808Shipleylaw@gmail.com

                                             *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 20, 2022, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


/s/ William L. Shipley
William L. Shipley