IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No. 21cr40 |
|  | ) | Hon. Trevor McFadden |
| ROBERT MORSS, | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO ADOPT AND JOIN

Comes now Defendant Robert Morss, by counsel, and moves this Court for leave to adopt and join the following motions of co-defendant Judd:

a. Co-defendant Judd's Motion to Dismiss Obstruction Charge (Doc 255), and

b. Co-defendant Judd's Motion to Transfer Venue (Doc 257).

Respectfully Submitted,

ROBERT MORSS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga