IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| ROBERT MORSS, ) | |
| Defendant. ) | |

## ORDER

Upon motion of Defendant Robert Morss and for good cause shown, it is hereby

ORDERED that Defendant Morss be permitted and is hereby deemed to have adopted and joined the following pleadings of co-defendants plus their follow on pleadings consequent thereto:

    a. Co-defendant Judd's Motion to Dismiss Obstruction Charge (Doc 255), and

    b. Co-defendant Judd's Motion to Transfer Venue (Doc 257).

Date: _____

_____
HON. TREVOR McFADDEN
United States District Judge