IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) |  |
| ) |  |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, ) |  |
| Defendant. ) |  |

## MOTION TO ADOPT AND JOIN

Comes now Defendant Geoffrey Sills, by counsel, and moves this Court for leave to adopt and join the following motions of co-defendant Judd plus their consequent follow on pleadings:

a. Co-defendant Judd's Motion to Dismiss Obstruction Charge (Doc 255), and

b. Co-defendant Judd's Motion for Transfer of Venue (Doc 257).

Respectfully Submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

### Certificate of Electronic Service

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1