IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, | ) | |
| Defendant. | ) | |

ORDER

Upon motion of Defendant Geoffrey Sills and for good cause shown, it is hereby

ORDERED that Defendant Sills be permitted and is hereby deemed to have adopted and joined the following pleadings of co-defendants plus their follow on pleadings consequent thereto:

    a. Co-defendant Judd's Motion to Dismiss Obstruction Charge (Doc 255), and

    b. Co-defendant Judd's Motion for Change of Venue (Doc 257).

Date: _____

                                                                                             HON. TREVOR McFADDEN
                                                                                             United States District Judge