# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name: Robert A. Morss
Date: 3/23/22
Time: ___
Housing: G-Pod

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [ ] Medical
- [ ] Notary
- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other ___

Dear Captain English,

**REQUEST:** I first want to start off this Request form by thanking you for providing the necessary tools Required for the paint cart so we can continue to get the Job done Right. I sincerely appreciate the time you took to ensure that we had everything we needed. My painting partner and I are extremely grateful. It felt like Christmas morning when we saw all the new paint supplies last night. I would also like to follow up on the Request form I sent you last week in Regard to the potential for a Character letter. Turns out, I have another court date coming up on April 22nd and my Lawyer may push for Bond during it. If the motion he is crafting was accompanied by a Character letter drafted by you, I believe that would assist the Judge in understanding who I am and how I have conducted myself since being sent to NNRJ. Since Nov 5th, I have had no infractions or charges and by the time I go to court on April 22nd I will have been a trustee for 4 out of the nearly 6 months

Staff Receiving the Request: Cpl. Miller    Date: 3/26/22
Supervisory Review: ___    Date: ___
Action Taken: ___

Response: Thank you for being a great help. Let me see if I can get permission from the US Marshals first.

Signature: ___    Date: ___

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

[Margin notes:] I have been here. Thank you again for your consideration and as well for the help with the paint cart equipment. All your efforts are appreciated.

My Lawyers info is as follows: John C Kiyonaga Tel: (703) 734-0009
John@JohnCKiyonaga.com

Thank you have a great Day. :)