# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-40-TNM** |
| | : | |
| **PATRICK MCCAUGHEY, et al.** | : | |
| | : | |
| Defendant. | : | **Pre-Trial Conference: July 22, 2022** |

## ORDER

  The United States of America has filed a motion seeking a brief enlargement of time, until May 27, 2022, to respond to defendant Patrick McCaughey's "Motion to Dismiss Count Thirty-Four" of the Fifth Superseding Indictment in this case. [ECF No. 259]. Defendant McCaughey has filed one of three such motions seeking to dismiss Count Thirty-Four, with codefendants David Judd and Steven Cappuccio also filing related motions. The United States seeks additional time in order to consolidate its response to the three related motions into a single pleading. Defendant McCaughey will not be prejudiced by this brief enlargement of time. It is hereby

  **ORDERED** that the United States' Motion for Enlargement of Time to File is **GRANTED** and the United States may file a response to defendant McCaughey's motion [ECF No. 259] by May 27, 2022.

**SO ORDERED**

                       _____
                        The Honorable Trevor N. McFadden
                        United States District Judge