UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-40 (TNM) |
| v. : | |
| : | |
| PATRICK MCCAUGHEY, et. al. : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S MOTION TO FILE MEMORANDUM IN OPPOSITION
IN EXCESS OF 45 PAGE LIMIT**

The government now seeks leave of this Court to file its Memorandum in Opposition to the defendants' several Motions to Dismiss in excess of the 45-page limit proscribed in Local Criminal Rule 47(e). The government sought leave of this Court to file an omnibus response to the several motions filed (ECF No. 288), including three motions to dismiss Count Thirty-Four of the Fifth Superseding Indictment (ECF No. 179) alleging a violation of 18 U.S.C. § 1512(c)(2) (ECF No. 253, 255, and 259), one motion to dismiss County Thirty-Five alleging a violation of 18 U.S.C. § 231 (ECF No. 254), and one motion to dismiss the several counts alleging violations of 18 U.S.C. § 1752 (ECF No. 256). The Court granted that request. Docket Text, Minute Order May 13, 2022. These motions have been adopted or joined by the majority of the nine defendants in this indictment. Addressing the concerns raised by each defendant has caused the government response to exceed 45 pages. For the foregoing reasons, the government requests permission to file a memorandum in opposition in excess of the 45 pages permitted by Local Criminal Rule 47(e).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: ___/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
Email:Kimberly.Paschall@usdoj.gov

JOCELYN BOND
Assistant United States Attorney
D.C. Bar No. 1008904
Email: Jocelyn.Bond@usdoj.gov