# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>　　　　　Defendant. | **Crim. Action No. 21CR40(TNM)** |

## ORDER

The Court has before it defendant, David Lee Judd's consent motion for an extension of time in which to file his pretrial motions, requesting this Court to extend the time by which his pretrial motions are due by one week from June 3, 2022 to June 10, 2022. The government consent to this motion. For reasons stated in the motion and for good cause shown, the defendant's motion is GRANTED, and the defendant's pretrial motions are due on June 10, 2022.

_____
U.S. District Court Judge
Date: _____