UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00040-TNM** |
| ) | |
| **DAVID MEHAFFIE,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT DAVID MEHAFFIE'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

NOW comes Defendant, David Mehaffie, by and through his counsel of record, William L. Shipley, Esq., and respectfully requests this honorable Court to extend the time for Mr. Mehaffie to file pre-trial motions by one additional week – from June 3, 2022 to June 10, 2022.

The undersigned counsel only entered this case pursuant to his Notice of Appearance filed on April 18, 2022. *See* EFC No. 261.

Since making an appearance, the undersigned counsel has worked diligently to review material related to the charges against Mr. Mehaffie. But out of an abundance of caution counsel for Mr. Mehaffie requests an additional seven (7) days for further review materials and to file motions.

Undersigned counsel has conferred with the counsel for the Government. The Government has no objection to this motion provided the Government is also given an additional seven (7) days to respond to any such motions filed by Mr. Mehaffie, and Mr. Mehaffie agrees to that reciprocal courtesy.

Date: May 30, 2022                                       Respectfully Submitted,


/s/ William L. Shipley
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendan*

1