## CERTIFICATE OF SERVICE

I, WILLIAM L. SHIPLEY, JR., hereby certify that I electronically filed **DEFENDANT DAVID MEHAFFIE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS** with the United States District Court for the District of Columbia by using the CM/ECF system on **May 30, 2022**, and served the following Counsel on behalf of the Plaintiff UNITED STATES via CM/ECF case filing system:

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532-4991
Fax: (202) 305-2121
Email: james.pearce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jocelyn Patricia Bond**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20001
(202) 252-2571
Email: jocelyn.bond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberley Charlene Nielsen**
U.S. ATTORNEY'S OFFICE
Homicide Section
555 4th Street NW
Room 9913
Washington, DC 20532
(202) 252-7418
Email: Kimberley.Nielsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2650
Email: kimberly.paschall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Melissa Joy Jackson**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
202-252-7786
Email: melissa.jackson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

DATED: May 30, 2022, at Kailua, Hawaii.

/s/ William L. Shipley
William L. Shipley