# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-40 (TNM) |
| | : | |
| **PATRICK MCCAUGHEY, et. al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Trial Attorney Ashley Akers will appear for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY: */s Ashley Akers*
ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

JOCELYN BOND
Assistant United States Attorney
D.C. Bar No. 1008904
Email: Jocelyn.Bond@usdoj.gov

KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
Email:Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

On this 1st day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Ashley Akers*
Ashley Akers
Trial Attorney
