# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN PHILLIP CAPPUCCIO,<br><br>Defendant. | Crim. Action No. 21-40-8 (TNM) |

### ADVISORY TO THE COURT REGARDING MOTION TO COMPEL DISCOVERY

After conferring with Government counsel, AUSA Kimberly Pashcall in a telephonic conference call held on March 31, 2022, Counsel for Mr. Cappuccio was assured by the government that that all outstanding discovery pertaining to Officer Hodges, ie, all statements made to law enforcement and media regarding the events that transpired on January 6, 2022, will be tendered to defense counsel

several weeks before trial. Therefore, counsel for Mr. Cappuccio withdraws the Motion To Compel Discovery filed on March 4, 2022 (Dkt. No. 236).

Respectfully submitted,

_____/s/_____
Marina Thais Douenat
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Texas
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, TX 78206
210-472-6700
Tx. Bar #00798310
*Attorney for Defendant Steven Cappuccio*

## CERTIFICATE OF SERVICE

I herebycertify that on June 2, 2022, I will electronically file the foregoing advisory with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____

Marina Thais Douenat

Assistant Federal Public Defender