# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN PHILLIP CAPPUCCIO,<br><br>　　　　　　Defendant. | Crim. Action No. 21-40-8 (TNM) |

## ORDER

On this date came on to be considered Steven Cappuccio's Motion for EXCLUSION OF EVIDENCE FROM TRIAL thereon and the Court, after considering same, is of the opinion that said motion should be GRANTED/GRANTED IN PART.

Accordingly, it is ORDERED that the following evidence is excluded from being mentioned, alluded to, or referenced in any way, whether during voir dire examination, witness examination, in argument, or in opening or closing statements

1

or otherwise, and is not to be mentioned by any witness, directly or indirectly, nor shall any exhibit mention the excluded matter, and the Government is further ORDERED to instruct any and all witnesses it intends to call or does call to testify about the Court's ruling on this motion and to instruct each witness not to volunteer, inject, disclose, state, mention, or refer, to any of the matters set forth below before or in the presence of the jurors or the prospective jurors:

1. Exclude Evidence or Argument to an "Insurrection", an "Attack", "Rioters", the 'The Tunnel of Death", or any Similar Informal Reference.

_____GRANTED _____ DENIED

2. Exclude Impermissible Hearsay Testimony on "Background" and Other Issues from Law Enforcement Agents.

_____GRANTED _____ DENIED

3. Exclude Government Agents From Providing Undisclosed Expert Testimony Based on Prior Investigative Experience.

_____GRANTED _____ DENIED

4. Exclude Government Agents, Investigators, and Officers from Testifying Based on Experience and Training.

_____GRANTED _____ DENIED

5. Exclude Reference to Mr. Cappuccio's Invocation of his Right to Remain Silent.

_____GRANTED _____ DENIED

6. Exclude Evidence or Testimony of any Witness Regarding the Speculated Purpose or Motivation for their Actions on January 6, 2021.

_____GRANTED _____ DENIED

7. Motion to Exclude Prejudicial and Conclusory Terms.

_____GRANTED _____ DENIED

8. Motion to Exclude References to 'Conspiracy' or 'Co-Conspirator'.

_____GRANTED _____ DENIED

Signed this _____ day of _____, 2022.

_____
United States District Judge
Trevor N. McFadden