# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN PHILLIP CAPPUCCIO,<br><br>Defendant. | Crim. Action No. 21-40-8 (TNM) |

## NOTICE OF EXPERT WITNESS

COMES NOW STEVEN PHILLIP CAPPUCCIO, by his counsel, Marina-Thais Douenat, Assistant Federal Public Defender, and hereby files this Notice of Expert Witness and notifies the Government of her intent to call Dr. Brian Cutler as an expert witness during trial of the above-captioned case.

Dr. Cutler is a doctor in psychology who has done extensive research on eyewitness recollection and identification and the factors that impact their accuracy.

1

His curriculum vitae (CV), which reflects his education, training, experience, and qualifications is attached.

Dr. Cutler will base his opinions on his education, training, and experience as summarized in his CV as well as a review of the evidence provided by the Government in discovery to Mr. Cappuccio and the evidence admitted at trial. Dr. Cutler will provide expert testimony regarding factors that impact the accuracy of eyewitness identification and recollection, specifically relating to officers who will be testifying to events that transpired on January 6, 2021.

                  Respectfully submitted,

                  _____/s/_____
                  Marina Thais Douenat
                  FEDERAL PUBLIC DEFENDER'S OFFICE
                  Western District of Texas
                  727 E. César E. Chávez Blvd., Suite B-207
                  San Antonio, TX 78206
                  210-472-6700
                  Tx. Bar #00798310
                  *Attorney for Defendant Steven Cappuccio*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____

Marina Thais Douenat

Assistant Federal Public Defender