# BRIAN L. CUTLER, PH.D.

UPDATED: JANUARY 1ST, 2022



📍 School of Psychology
Fielding University
2020 De la Vina Street
Santa Barbara, CA 93105-3814

📞 (860) 333-7980

✉️ bcutler@fielding.edu; cutler@coralcoastgroup.com;
briancutler@mac.com

## EDUCATION IN PSYCHOLOGY

| | |
|---|---|
| 1987 | Ph.D. in Psychology, University of Wisconsin-Madison, Madison, WI |
| 1984 | M.A. in Experimental Psychology, State University of New York College at Geneseo, Geneseo, NY |
| 1982 | B.A. in Psychology, University of Rochester, Rochester, NY |

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2021 – Present | Professor and Media Psychology Program Director, School of Psychology, Fielding Graduate University, Santa Barbara, CA |
| 2008 – 2021 | Professor of Forensic Psychology, Ontario Tech University, Oshawa, ON |
| 2016 – 2017 | Interim Dean, Faculty of Social Science & Humanities, Ontario Tech University, Oshawa, ON |
| 2010 – 2016 | Associate Dean, Faculty of Social Science & Humanities, Ontario Tech University, Oshawa, ON |
| 2002 – 2008 | Professor and Department Chair, Department of Psychology, University of North Carolina at Charlotte, Charlotte, NC |
| 1987 – 2002 | Assistant, Associate, and Full Professor, Department of Psychology, Florida International University, Miami, FL |
| 2000 – 2001 | Associate Vice President for Academic Affairs, Florida International University, Miami, FL |
| 1992 – 1998 | Associate Dean, College of Arts & Sciences, Florida International University, Miami, FL |

## PROFESSIONAL APPOINTMENTS, ACTIVITIES AND AWARDS

| | |
|---|---|
| 2021 | Jane Bieber Abramson Award, Northwestern University's Pritzker School of Law |
| 2018 – 2021 | Psychology and Law Book Series of the American Psychology-Law Association (AP-LS; Division 41, American Psychological Association) |
| 2017 – Present | President, Coral Coast Group, Inc. (US-Based C-Corporation) |
| 2014 – 2016 | Council Representative for Division 41, American Psychological Association |
| 2010 – 2013 | President Elect, President, and Past President of AP-LS |
| 2005 – 2011 | Editor-in-Chief, *Law and Human Behavior* |
| 1989 – Present | Expert Witness in U.S. State and Federal Courts |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2021 – Present | Society for Media Psychology and Technology |
| 2019 – Present | International Association of Interviewers |
| 2009 – Present | American Psychological Association |
| 2002 – Present | Association for Psychological Science, **(Fellow 2003 – Present)** |
| 1983 – Present | American Psychology Law Society, **(Distinguished Member 2006 – Present)** |

## RESEARCH GRANTS

Cutler, B. L., Leach, A. M., & Marion, S. (2016-2021). Development and validation of the Coercion Assessment Instrument for witness and suspect interviews. *Social Science and Humanities Research Council* ($65,126).

Marshall, A. M., & Cutler, B. L. (2011). Future directions in law and social science. *National Science Foundation* ($36,076).

Kovera, M. B., & Cutler, B. L. (2000-2002). Investigator bias in identification Procedures: Mechanisms and safeguards. *National Science Foundation* ($191,682).

Cutler, B. L., & Kravitz, D. K. (1996-1997). Supplemental request to Validity of intuitive theories underlying legal safeguards in cases involving eyewitness identification. *National Science Foundation* ($30,570).

Cutler, B. L., & Kravitz, D. K. (1994-1996). Validity of intuitive theories underlying legal safeguards in cases involving eyewitness identification. *National Science Foundation* ($123,557).

Fisher, R. P., & Cutler, B. L. (1989-1991). The relation between consistency and accuracy of eyewitness reports. *National Science Foundation* ($72,111).

## BOOKS

Cutler, B. L., & Zapf, P. A. (Editors). (2014). *The APA handbook of forensic psychology.* American Psychological Association Press.

Cutler, B. L. (2013). *Reform of eyewitness identification procedures*. American Psychological Association Press.

Kovera, M. B., & Cutler, B. L. (2012). *Jury selection*. Oxford University Press (Oxford Forensic Best Practices Series).

Cutler, B. L. (2011). *Conviction of the innocent: Lessons from psychological research.* American Psychological Association Press.

Cutler, B. L. & Kovera, M. B. (2010). *Evaluating eyewitness identification*. Oxford University Press (Oxford Forensic Best Practices Series).

Cutler, B. L. (Editor) (2009). *Expert testimony on the psychology of eyewitness identification*. Oxford University Press (American Psychology-Law Society Series).

Cutler, B. L. (Editor). (2008). *Encyclopedia of psychology and law* (Volumes I & II). Sage Publications.

Cutler, B. L. (2002). *Eyewitness testimony: Challenging your opponent's witness*. National Institute for Trial Advocacy Press (translated into Japanese, 2007).

Cutler, B. L., & Penrod, S. D. (1995). *Mistaken identification: Eyewitnesses, psychology and the law*. University Press.

## BOOKS CHAPTERS

Le Grand, A. M., Neuschtaz, J. A., Golding, J. M., Jenkins, B. D., & Cutler, B. L. (In press). A step to far: The problems with forensic gait analysis.  In In B. H. Bornstein & M. K. Miller (Eds)., *Advances in Psychology and Law*. Springer.

Cutler, B. L., & Krauss, D. A. (in press). Expert psychological testimony. In D. DeMatteo & K. C. Scherr (Eds.), *The Oxford handbook of psychology and law*. New York: Oxford University Press.

Kaplan, J., Woolridge, L. R., Snow, M. D, & Cutler, B. L. (in press). The psychology of forensic interrogations. In R. Roesch (Volume Ed.), *Psychology and law*, a volume of *Routledge encyclopedia of psychology in the real world*. Routledge.

Rumschik, D. M., Berman, G. L., & Cutler, B. L. (in press). Person-matching: Real-time identifications of persons from photos and videos. In B. H. Bornstein & M. K. Miller (Eds)., *Advances in Psychology and Law*. Springer.

Rumschik, D. M., Khairalla, A., & Cutler, B. L. (In press). False confessions. In R. Roesch (Volume Ed.), *Psychology and law*, a volume of *Routledge encyclopedia of psychology in the real world*. Routledge.

Marion, S., Kaplan, J., & Cutler, B. L. (2019). Expert testimony. In N. Brewer & A. Douglass (Eds.), *Psychological sciences and the law* (pp. 318-337). Guilford Publications.

Kaplan, J., Cutler, B. L., Leach, A. M., Eastwood, J., & Marion, S. (2019). Evaluating coercion in suspect interviews and interrogations. In B. H. Bornstein & M. K. Miller (Eds)., *Advances in psychology and law*, *Volume 4* (pp. 1-40). Springer.

Smith, A. M., Lindsay, R. C. L., & Cutler, B. L. (2014). Eyewitness psychology in the context of international criminal law. In I. Bantekas and E. Mylonaki (Eds.), *Criminological approaches to international criminal law* (pp. 159-191). Cambridge University Press.

Smith, A. M., & Cutler, B. L. (2013). Identification procedures and conviction of the innocent. In B. L. Cutler (Ed.), *Reform of eyewitness identification procedures* (pp. 3-21). American Psychological Association Press.

Smith, A. M., & Cutler, B. L. (2013). Identification test reforms. In B. L. Cutler (Ed.), *Reform of eyewitness identification procedures* (pp. 203-219). American Psychological Association Press.

Cutler, B. L., & Kovera, M. B. (2013). Evaluating eyewitness identification. In R. Roesch and P. Zapf (Eds), *Forensic assessments in criminal and civil law: A handbook for lawyers* (pp. 118-132). Oxford University Press.

Kovera, M. B., & Cutler, B. L. (2013). Jury selection. In R. Roesch and P. Zapf (Eds), *Forensic assessments in criminal and civil law: A handbook for lawyers* (pp. 88-102). Oxford University Press.

Horry, R., Palmer, M. A., Brewer, N., & Cutler, B. L. (2012). Comparative legal psychology. In D. S. Clark (Ed.), *Comparative law and society* (pp. 133-153). Edward Elgar Publishing.

Stinson, V. & Cutler, B. L. (2011). Training of trial consultants. In R. L. Wiener and B. H. Bornstein (Eds), *Trial consulting: A psychological handbook* (pp. 331- 349). Springer.

Cutler, B. L., & Wells, G. L. (2009). Expert testimony regarding eyewitness identification. J. Skeem, K. Douglas, & S. Lilenfeld (Eds.), *Psychological science in the courtroom: Consensus and controversies* (pp. 100-123). Guilford Press.

Devenport, J. L., Kimbrough, C. D., & Cutler, B. L. (2009). Effectiveness of traditional safeguards against erroneous conviction arising from mistaken eyewitness identification. In B. L. Cutler (Ed.), *Expert testimony on the Psychology of eyewitness identification* (pp. 51-68). Oxford University Press (American Psychology-Law Society Series).

Myers, B., Lecci, L., Cutler, B. (2009). Examining the relation between pretrial juror attitudes and performance (pp. 169-185). In A. Kakanowski & M. Narusevich (Eds.) *Handbook of social justice*. Nova Science Publishers, Inc.

Wells, G. L., Cutler, B. L., & Hasel, L. E. (2009). The Duke-Lacrosse rape investigation: How not to do eyewitness identification procedures. In M. L. Siegel (Ed.), *Race to injustice: Lessons learned from the duke lacrosse rape case* (pp. 307-322). Carolina Academic Press.

Neuschatz, J. S. & Cutler, B. L (2008). Eyewitness Identification. In H. L. Roediger, III (Ed.), *Cognitive psychology of memory* (pp. 845-865). Elsevier.

Van Wallendael, L. R., Devenport, J. L., Cutler, B. L., & Penrod, S. D. (2007). Mistaken Identification = Erroneous Convictions? Assessing and Improving Legal Safeguards. In R. C. L. Lindsay, D. F. Ross, J. D. Read, and M. P. Toglia (Eds), *Handbook of eyewitness testimony*. (pp. 557-582). Erlbaum.

Levett, L. M., Danielsen, E. M., Kovera, M. B., & Cutler, B. L. (2005). The psychology of jury and juror decision-making. In N. Brewer and K. D. Williams (Eds.), *Psychology and law: An empirical perspective*. (pp. 365-406). Guilford Press.

Kovera, M. B., Dickinson, J. J., & Cutler, B. L. (2002). Voir dire and jury selection: Practical issues, research findings, and directions for future research. In A. M. Goldstein (Ed.), *Comprehensive handbook of psychology, Volume 11: Forensic psychology* (pp. 161-175). John Wiley & Sons.

Sporer, S. L., & Cutler, B. L. (2002). Identification evidence in Germany and in the US: Common sense assumptions, empirical evidence, guidelines, and judicial practices. In P.J. van Koppen, P.J., & S.D. Penrod, S.D. (Eds.), *Adversarial versus inquisitorial justice: Psychological perspectives on criminal justice systems* (pp. 191-208). Plenum.

Koehn, C. E., Fisher, R. P., & Cutler, B. L. (1999). Using cognitive interviewing to construct facial composites. In D. Cantor and L. Alison (Eds.), *Interviewing and deception* (Offender Profiling Series, Vol. 1). (pp. 25-39). Ashgate-Dartmouth.

Penrod, S. D., & Cutler, B. L. (1999). Preventing mistaken convictions in eyewitness identification trials: The case against traditional safeguards. In R. Roesch, S. D. Hart, and J. R. P. Ogloff (Eds.), *Psychology and law: The state of the discipline* (pp. 89-118). Kluwer.

Fisher, R. P., & Cutler, B. L. (1996). The relation between consistency and accuracy of eyewitness testimony. In G. M. Davies, Lloyd-Bostock, S., McMurran, M., & Wilson, C. (Eds.), *Psychology and law: Advances in research*. (pp. 21-28). De Gruyter.

Cutler, B. L., & Penrod, S. D. (1995). Assessing the accuracy of eye-witness identifications. In. R. Bull and D. Carson (Eds.), *Handbook of psychology in legal contexts* (pp. 193-213). John Wiley & Sons.

Narby, D. J., Cutler, B. L., & Penrod, S. D. (1995). Estimator variables and eyewitness memory. In S. Sporer, R. S. Malpass, and G. Koehnken (Eds.), *Psychological issues in eyewitness identification* (pp. 23-52). Erlbaum.

Cutler, B. L., Penrod, S. D., & Fisher, R. P. (1994). Conceptual, practical and empirical issues associated with eyewitness identification test media. In D. Ross, J. Read and M. Toglia (Eds.), *Adult eyewitness testimony: Current trends and developments* (pp. 163-181). Cambridge University Press.

Penrod, S. D., & Cutler, B. L. (1992). Eyewitnesses, experts and jurors: Improving the quality of jury decision-making in eyewitness cases. In J. Misumi, B. Wilpert, & H. Motoaki (Eds.), *Organizational and work psychology*. Erlbaum.

Kromsky, D. F., & Cutler, B. L. (1991). The admissability of expert testimony on the battered woman syndrome. In D. Knudson & J. L. Miller (Eds.), *Abused and battered: Social and legal responses to family violence* (pp. 101-109). Aldine de Gruyter.

Cutler, B. L., & Penrod, S. D. (1990). Faktoren, die zuverlaessigkeit von zeugenaussagen beeinflussen. In G. Koehnken & S.L. Sporer (Eds.), *Identifizierung von tatverdaechtigen durch augenzeugen* (pp. 25-51). Verlag fuer angewandte Psychologie.

Cutler, B. L., & Penrod, S. D. (1988). Context reinstatement and eyewitness identification. In G. Davies & D. Thomson (Ed.), *Memory in context: Context in memory* (pp. 231-244). Wiley.

Penrod, S. D., & Cutler, B. L. (1987). Assessing the competency of juries. In I. B. Weiner and A. K. Hess (Eds.), *The handbook of forensic psychology* (pp. 293-318). Wiley.

## ARTICLES IN PEER-REVIEWED JOURNALS

Leach, A. L., Woolridge, L. R., Cutler, B. L., Neuschatz, J. S., & Jenkins, B. D. (2021). COVID-19 and the courtroom: How social and cognitive psychological processes might affect trials during a pandemic. *Psychology, Crime & Law*.

Kaplan, J. & Cutler, B. L. (2022). Co-occurrences among interrogation tactics in actual criminal investigations. *Psychology, Crime & Law, 28,* 1-19. (online first edition).

Rumschik, D. M., Gosney, S. N., & Cutler, B. L. (2021). Identification and interpretive testimony from photo/video evidence: The coming battle of experts over facial recognition. *Appalachian Journal of Law*, 20, 59-70.

Kaplan, J. Cutler, B. L., Leach, A. M., Marion, S., & Eastwood, J. (2020). Perceptions of coercion in interrogations: A comparison of perspectives. *Psychology, Crime & Law*, 26, 384-401.

Loney, D. M., & Cutler, B. L. (2016). Coercive interrogation of eyewitnesses can produce false accusations. *Journal of Police and Criminal Psychology*, 31, 29-36.

Elek, J. K., Rottman, D. B., & Cutler, B. L. (2014). Judicial performance evaluation in the states: A re- examination. *Judicature*, 98, 12-19.

Cutler, B. L., Findley, K. A., & Moore, T. E. (2014). Interrogations and false confessions: A psychological perspective. *Canadian Criminal Law Review*, 18, 153-170.

Cutler, B. L., Loney, D., & Findley, K. A. (2014). Expert testimony on interrogations and false confessions. *University of Missouri Kansas City Law Review*, 82, 589-622.

Clow, K. A., Lant, J. M., & Cutler, B. L. (2013). Perceptions of defendant culpability in pretrial publicity: The effects of defendant ethnicity, cognitive load, and participant gender. *Race and Social Problems*. 5, 250-261.

Smith, A. M., Cutler, B. L., & Leach, A. M. (2013). Facilitating accuracy in showup identification procedures: The effects of the presence of stolen property. *Applied Cognitive Psychology*, 27, 216-221.

Elek, J. K., Rottman, D. B., & Cutler, B. L. (2012). State judicial performance evaluation programs: Steps to improve survey process and measurement. *Judicature*, 96, 65-75.

Quinlivan, D. S., Neuschatz, J. S., Cutler, B. L., Wells, G. L., McClung, J., & Harker, D. L. (2012). Do pre- admonition suggestions moderate the effect of unbiased-lineup instructions? *Legal and Criminological Psychology*, 17, 165-176.

Cutler, B. L., & Kovera, M. B. (2011). Expert psychological testimony. *Current Directions in Psychological Science*, 20, 53-57.

Pavia, M., Berman, G. L., Cutler, B. L., Platania, J., & Weipert, R. (2011). Influence of confidence inflation and explanations for changes in confidence on evaluations of eyewitness identification accuracy. *Legal and Criminological Psychology*, 16, 266-276.

Smith, A. M., Cutler, B. L., & Findley, K. A. (2011). An investigation of top-down vs. bottom-up processing in post-appellate review of a criminal case. *Albany Law Review, 74, 1365-1378.*

Leach A., & Cutler, B. L., & Van Wallendael, L. R. (2009). Lineups and eyewitness identification. *Annual Review of Law and Social Science*, 5, 157-178.

Cutler, B. L., Daugherty, B., Babu, S., Hodges, L., & Van Wallendael, L. R. (2009). Creating blind photoarrays using virtual human technology: A feasibility test. *Police Quarterly*, 12, 289-300.

Daugherty, B., Babu, S., Van Wallendael, L. R., Cutler, B. L., & Hodges, L. (2008). A comparison of virtual human vs. human administration of police lineups. *IEEE Computer Graphics and Applications*, 28 (6), 65-75.

Cutler, B. L., & Kovera, M. B. (2008). Introduction to commentaries about the Illinois Pilot Study. *Law and Human Behavior*, 32, 1-2.

Cutler, B. L. (2006). A sample of witness, crime, and perpetrator characteristics affecting eyewitness identification accuracy. *Cordozo Public Law, Policy & Ethics Journal*, 4, 327-340.

Devenport, J. L., & Cutler, B. L. (2004). Impact of defense-only and opposing eyewitness experts on juror judgments. *Law and Human Behavior*, 28, 569-576.

Van Wallendael, L, and Cutler, B. L. (2004). Limitations to empirical approaches to jury selection. *Journal of Forensic Psychology Practice,* 4 (2), 79-86.

Devenport, J. L., Stinson, V., Cutler, B. L., & Kravitz, D. A. (2002). How effective are the expert testimony and cross-examination safeguards? Jurors' perceptions of the suggestiveness and fairness of biased lineup procedures. *Journal of Applied Psychology*, 87, 1042-1054.

Cutler, B. L., & Hughes, D. M. (2001). Judging jury service: Results of the North Carolina Administrative Office of the Courts Juror Survey. *Behavioral Sciences & the Law*, 19, 305-320.

Scott-Lennox, J. A., McLaughlin-Miley, C., Lennox, R. D., Bohlig, A., Cutler, B. L., Yan, C., & Jaffe, M. (2001). Stratification of flare intensity identifies placebo responders in a treatment efficacy trial of patients with osteoarthritis. *Arthritis and Rheumatism*, 44, 1599-1607.

Brock, P, Fisher, R .P., & Cutler, B .L. (1999). Examining the Cognitive Interview in a double-test paradigm. *Psychology, Crime, & Law*, 5, 29-45.

Phillips, M., McAuliff, B. D., Kovera, M. B., & Cutler, B. L. (1999). Double-blind lineup administration as a safeguard against investigator bias. *Journal of Applied Psychology*, 84, 940-951.

Berman, G. L., & Cutler, B. L. (1998). The influence of processing instructions at encoding and retrieval on face recognition accuracy. *Psychology, Crime, & Law*, 4, 89-106.

Devenport, J. L., Penrod, S. D., & Cutler, B. L. (1998). Eyewitness identification evidence: Evaluating commonsense evaluations. *Psychology, Public Policy, & Law*, 3, 338-361.

Moran, G., & Cutler, B. L. (1997). Bogus publicity items and the contingency between awareness and media-induced pretrial prejudice. *Law and Human Behavior*, 21, 339-344.

Stinson, V., Devenport, J. L., Cutler, B. L., & Kravitz, D. S. (1997). How effective is the motion-to- suppress safeguard? Judges' perceptions of the suggestiveness and fairness of biased lineup procedures. *Journal of Applied Psychology*, 82, 211-220.

Berman, G. L., & Cutler, B. L. (1996). Effects of inconsistencies in eyewitness testimony on mock-juror decisionmaking. *Journal of Applied Psychology*, 81, 170-177.

Stinson, V., Devenport, J. L., Cutler, B. L., & Kravitz, D. K. (1996). How effective is the presence-of- counsel safeguard? Attorney perceptions of suggestiveness, fairness, and correctability of biased lineup procedures. *Journal of Applied Psychology*, 81, 64-75.

Berman, G. L., Narby, D. J., & Cutler, B. L. (1995). Effects of inconsistent eyewitness statements on mock-jurors' evaluations of eyewitnesses, perceptions of defendant culpability and verdicts. *Law and Human Behavior*, 19, 79-88.

Penrod, S. D., & Cutler, B. L. (1995). Witness confidence and witness accuracy: Assessing their forensic relation. *Psychology, Public Policy and Law*, 1, 817-845. Reprinted in Roesch, R., & Gagnon, N. (Eds.) (2007). *Psychology and law: Criminal and civil perspectives*. Hampshire, UK: Ashgate.

Penrod, S. D., Fulero, S. M., & Cutler, B. L. (1995). Expert psychological testimony in the United States: A new playing field? *European Journal of Psychological Assessment*, 11, 65-72.

Penrod, S. D., Fulero, S. M., & Cutler, B. L. (1995). Expert testimony on eyewitness reliability before and after Daubert: The state of the law and science. *Behavioral Science & the Law*, 13, 229-260.

Sporer, S. L., Penrod, S. D., Read, J. D., & Cutler, B. L. (1995). Choosing, confidence and accuracy: A meta-analysis of the confidence-accuracy relation in eyewitness identification studies. *Psychological Bulletin*, 118, 315-327.

Moran, G., Cutler, B. L., & De Lisa, A. (1994). Attitude toward tort reform scientific jury selection and juror bias: Verdict inclination in criminal and civil trials. *Law and Psychology Review*, 18, 309-328.

Narby, D. J., & Cutler, B. L. (1994). Effectiveness of voir dire as a safeguard in eyewitness cases. *Journal of Applied Psychology*, 79, 724-729.

Cutler, B. L., Kravitz, D. A., Cohen, M., & Schinas, W. (1993). The Driving Appraisal Inventory: Psychometric characteristics and construct validity. *Journal of Applied Social Psychology*, 23, 1196-1213.

Kravitz, D. A., Cutler, B. L., & Brock, P. (1993). Reliability and validity of the original and revised legal attitudes questionnaire. *Law and Human Behavior*, 17, 661-677.

Narby, D. J., Cutler, B. L., & Moran, G. (1993). A meta-analysis of the association between authoritarianism and jurors' perceptions of defendant culpability. *Journal of Applied Psychology*, 78, 34- 42.

Cutler, B. L., Moran, G., & Narby, D. J. (1992). Jury selection in insanity defense cases. *Journal of Research in Personality*, 26, 165-182

Dexter, H. R., Cutler, B. L., & Moran, G. (1992). Voir dire as a remedy for the prejudicial impact of pretrial publicity. *Journal of Applied Social Psychology*, 22, 819-832.

Moran, G., & Cutler, B. L. (1991). The prejudicial impact of pretrial publicity. *Journal of Applied Social Psychology*, 21, 345-367.

Cutler, B. L. (1990). The status of scientific jury selection in psychology and law. *Forensic Reports*, 3, 227-232.

Cutler, B. L., Dexter, H. R., & Penrod, S. D. (1990). Nonadversarial methods for improving juror sensitivity to eyewitness evidence. *Journal of Applied Social Psychology*, 20, 1197-1207.

Cutler, B. L., & Fisher, R. P. (1990). Live lineups, videotaped lineups, and photoarrays. *Forensic Reports*, 3, 439-448.

Cutler, B. L., Penrod, S. D., & Dexter, H. R. (1990). Juror sensitivity to eyewitness identification evidence. *Law and Human Behavior*, 14, 185-191.

Moran, G., Cutler, B. L., & Loftus, E. F. (1990). Jury selection in major controlled substance trials: The need for extended voir dire. *Forensic Reports*, 3, 331-348.

Prager, I. G., & Cutler, B. L. (1990). Attributing traits to oneself and to others: The role of acquaintance level. *Personality and Social Psychology Bulletin*, 16, 309-319.

Rogers, R., Bagby, R. M., Crouch, M., & Cutler, B. L. (1990). Effects of ultimate opinions on juror perceptions of insanity. *International Journal of Law and Psychiatry*, 13, 225-232.

Wells, W. P., & Cutler, B. L. (1990). The right to counsel at videotaped lineups: An emerging dilemma. *Connecticut Law Review*, 22, 373-395.

Cutler, B. L., Dexter, H. R., & Penrod, S. D. (1989). Expert testimony and jury decision making: An empirical analysis. *Behavioral Sciences and the Law*, 7, 215-225.

Cutler, B. L., Fisher, R. P., & Chicvara, C. L. (1989). Eyewitness identification from live versus videotaped lineups. *Forensic Reports*, 2, 93-106.

Cutler, B. L., & Penrod, S. D. (1989). Forensically relevant moderators of the relation between eyewitness identification accuracy and confidence. *Journal of Applied Psychology*, 74, 650-652.

Cutler, B. L., & Penrod, S. D. (1989). Moderators of the confidence-accuracy relationship in face recognition: The roles of information-processing and base-rates. *Applied Cognitive Psychology*, 3, 95- 107.

Cutler, B. L., Penrod, S. D., & Dexter, H. R. (1989). The eyewitness, the expert psychologist, and the jury. *Law and Human Behavior*, 13, 311-332.

Cutler, B. L., & Wolfe, R. N. (1989). Self-monitoring and the association between accuracy and confidence. *Journal of Research in Personality*, 23, 410-420.

Kromsky, D. F., & Cutler, B. L. (1989). The battered woman syndrome: A matter of common sense? *Forensic Reports*, 2, 187-193.

O'Rourke, T. E., Penrod, S. D., Cutler, B. L., & Stuve, T. E. (1989). The external validity of eyewitness identification research: Generalizing across subject populations. *Law and Human Behavior*, 13, 385-395.

Penrod, S. D., & Cutler, B. L. (1989). Eyewitness expert testimony and jury decision making. *Law and Contemporary Problems*, 52, 43-83.

Prager, I. G., Deckelbaum, J., & Cutler, B. L. (1989). Improving juror understanding for intervening causation instructions. *Forensic Reports*, 2, 173-189.

Cutler, B. L., & Penrod, S. D. (1988). Improving the reliability of eyewitness identification: Lineup construction and presentation. *Journal of Applied Psychology*, 73, 281-290.

Cutler, B. L., Penrod, S. D., & Stuve, T. E. (1988). Juror decision making in eyewitness identification cases. *Law and Human Behavior*, 12, 41-55.

Cutler, B. L., Stocklein, C. J., & Penrod, S. D. (1988). An empirical examination of a computerized facial composite production system. *Forensic Reports*, 1, 207-218.

Schmolesky, J. M., Cutler, B. L., & Penrod, S. D. (1988). Presumption instructions and juror decision making. *Forensic Reports*, 1, 165-192.

Sharp, G. L., Cutler, B. L., & Penrod, S. D. (1988). Performance feedback improves the resolution of confidence judgments. *Organizational Behavior and Human Decision Processes*, 42, 271-283.

Cutler, B. L., Penrod, S. D., & Martens, T. K. (1987). Improving the reliability of eyewitness identifications: Putting context into context. *Journal of Applied Psychology*, 72, 629-637.

Cutler, B. L., Penrod, S. D., & Martens, T. K. (1987). The reliability of eyewitness identifications: The role of system and estimator variables. *Law and Human Behavior*, 11, 223-258.

Kallio, K. D., & Cutler, B. L. (1987). Does lexical marking influence eyewitness memory? *Journal of Psychology*, 12, 249-258.

Cutler, B. L., Penrod, S. D., O'Rourke, T. E., & Martens, T. K. (1986). Unconfounding the effects of contextual cues on eyewitness identification accuracy. *Social Behaviour: An International Journal of Applied Social Psychology*, 2, 113-134.

Wolfe, R. N., Lennox, R. D., & Cutler, B. L. (1986). Getting along and getting ahead: Empirical support for a theory of protective and acquisitive self-presentation. *Journal of Personality and Social Psychology*, 50, 356-361.

Cutler, B. L., & Wolfe, R. N. (1985). Construct validity of the Concern For Appropriateness Scale. *Journal of Personality Assessment*, 49, 318-323.

## ARTICLES IN PROFESSIONAL ASSOCIATION JOURNALS AND NEWSLETTERS

Neuschatz, J. A., Cutler, B. L., & Wetmore, S. A. (2021). Jailhouse informants. *The Champion*, May, 14-18.

Cutler, B. L., Neuschatz, J. S., & Honts, C. R. (2021). Three faces of eyewitness psychology and expert testimony. *The Champion*, January/February, 46-50.

Cutler, B. L., Neuschatz, J. S., & Honts, C. R. (2020). An overview of expert psychological testimony in false confession cases. *The Champion*, May, 30-35.

Cutler, B. L. (2019). Best practices in eyewitness identification tests. *CFInsider*, Issue 2, 6-8.

Cutler, B. L. (2017). Sources of contamination in lineup identifications. *The Champion*, May, 16-22.

Cutler, B. L., & Leo, R. A. (2016). Analyzing videotaped interrogations and confessions. *The Champion,* December, 40-46.

Leo, R. A., & Cutler, B. L. (2016). False confessions in the 21st century. *The Champion*, May, 46-55.

Moore, T. E., Cutler, B. L., & Shulman, D. (2014). Shaping eyewitness and alibi testimony with coercive interview practices. *The Champion*, October, 34-42.

Cutler, B. L., & Moore, T. E. (2013). The roots of wrongful conviction: It's all in the technique. *Lawyer's Weekly* (Canada), May 13, 14-15.

Cutler, B. L, & Moore, T. E. (2013). Mistaken eyewitness identification, false confession, and conviction of the innocent. *For the Defence*, 34 (1), 20-26.

Small, R., Platania, J., & Cutler, B. L. (2013). Assessing the readability of capital pattern jury instructions. *The Jury Expert*, 25 (1),

Studebaker, C. A., & Cutler, B. L. (2011). Assessing your case: Some questions are best answered with jury research. *Connecticut Lawyer*, 21 (7), 24-27

Smith, A., & Cutler, B. L. (2010). The lineup reform movement. *AIDWYC Journal*, 11, 38-41.

Cutler, B. L. (2003). Strategies for mitigating the impact of eyewitness experts. *The Prosecutor*, January/February.

Cutler, B. L., & Van Wallendael, L. (2003). Six recommendations for improving photoarrays and lineups. *Trial Briefs*, December, 11-14.

Cutler, B. L. (2002). Focus on . . . focus groups: Assessing cases and improving case presentations using focus groups. *Connecticut Lawyer*, 12 (14).

Cutler, B. L. (2002). How jurors think and talk about accidents. *North Carolina Lawyers Weekly*, 15, 0067.

Cutler, B. L. (2002). Answers to frequently asked questions about focus groups. *Campbell Law Observer*, (March Issue).

Cutler, B. L. (2002). Reducing the risk of false identification. *Campbell Law Observer* (May Issue).

Cutler, B. L. (2001). Test-driving your case with focus groups. *North Carolina Lawyers Weekly*, 14 (463); reprinted in Virginia Lawyers Weekly, 16 (915)

Cutler, B. L. (2001). Eyewitness evidence: A guide for law enforcement is valuable trial tool. *North Carolina Lawyers Weekly*, 14 (1105).

Cutler, B. L. (2001). (2001). Conducting effective juror interviews. *Virginia Lawyers Weekly*, 16 (422); reprinted in *North Carolina Lawyers Weekly*, 14, 1463.

Cutler, B. L. (2001). Expert testimony on the psychology of eyewitness memory. *North Carolina Lawyers Weekly*, 14 (514).

Cutler, B. L. (2001). Trial tip: A conversational approach to voir dire. *Virginia Lawyers Weekly*, 15 (51); reprinted in *North Carolina Lawyers Weekly*, 14 (1263); *Connecticut Lawyer*, 12 (8).

Cutler, B. L., & Narby, D. J. (2001). Enhancing juror self-disclosure during voir dire: Recommendations from trial consultants. *North Carolina Lawyers Weekly*, 14 (13).

Platania, J., Moran, G., & Cutler, B. L. (1999). Prosecutorial misconduct during the penalty phase of capital trials: Harmless error? *The Champion*, 19-22.

Narby, D. J., & Cutler, B. L. (1991). Improving lineups and photoarrays: Practical recommendations based on current research. *National Police Research Unit Review*, 6, 12-21. *Reprinted in the California Attorneys for Criminal Justice Forum*, 19, 40-47.

Cutler, B. L. (1989). Cross-examination of expert witnesses. *APA Monitor*, 20, (12).

Cutler, B. L. (1989). Reasonable suspicion and investigative detention. *APA Monitor*, 20 (6).

Cutler, B. L. (1988). Videotaped evidence in court. *APA Monitor*, 19 (12).

Cutler, B. L. (1988). A novel plan for charging the jury in RICO cases. *APA Monitor*, 19 (6).

Cutler, B. L., & Fisher, R. P. (1988). When the defense hires an expert psychologist to discredit an eyewitness. *The Florida Prosecutor* (August issue).

Matlin, M. W., Cutler, B. L., & Matlin, A. H. (1986). Pediatrician's attitudes toward maternal employment. *Clinical Pediatrics*, 25, 419.

## BOOK REVIEWS

Moran, G., & Cutler, B. L. (2003). Review of Stack and Sway. *Analysis of Social Issues and Public Policy*, 3. 1-2.

Cutler, B. L. (1999). Review of Peter B. Ainsworth, *Psychology, Law and Eyewitness Testimony. Expert Evidence*, 7, 67-70.

Cutler, B. L., & Fisher, R. P. (1993). *Identifying Ivan*: Some thoughts on the application of psychological research to the evaluation of eyewitness testimony. *Expert Evidence*, 1, 119-126.

## CONFERENCE PRESENTATIONS

**Author or Co-author of over 100 presentations at the following conferences:**

- American Association for the Advancement of Science
- American Bar Association Commission on College and University Legal Studies
- American Psychological Association
- American Psychological Society/Association for Psychological Science
- American Psychology-Law Society
- American Society of Criminology
- American Sociological Association
- Association of Heads of Departments of Psychology
- Canadian Society of Criminology
- Eastern Psychological Association
- Florida Conference on Cognition, Sensation, Perception, and Action
- European Conference on Psychology and Law
- International Association for Applied Psychology
- International Conference on Practical Aspects of Memory
- International Psychology-Law Conference (AP-LS, EAPL)
- Law and Society Conference
- Midwestern Psychological Association
- Psychonomic Society
- Society for Police and Criminal Psychology
- Southeastern Psychological Association
- Southeastern Society for Social Psychology