# CURRICULUM VITAE

# STEPHEN NICHOLAS XENAKIS

January 19, 2018

DOB:  July 5, 1948
PLACE OF BIRTH:  Washington, DC

## MILITARY SERVICE

| | |
|---|---|
| 1970 | Commissioned, Second Lieutenant, Medical Service Corps, US Army Reserve |
| 1972-1974 | First Lieutenant, MSC, US Army |
| 1974-1978 | Captain, Medical Corps, US Army |
| 1978-1982 | Major, Medical Corps, US Army |
| 1982-1986 | Lieutenant Colonel, Medical Corps, US Army |
| 1986- 1995 | Colonel, Medical Corps, US Army |
| 1995- 1998 | Brigadier General, Medical Corps, US Army |

## EDUCATION/EXPERIENCE

| | |
|---|---|
| 1966 | Chofu Senior High School, Tokyo, Japan. |
| 1966-1970 | BA, Cum Laude, Chemistry, with Certificate in Science in Human Affairs, Princeton University, Princeton, NJ. |
| 1970-1974 | Doctor of Medicine with Certificate from Combined Accelerated Program in Psychiatry (CAPP), University of Maryland School of Medicine, Baltimore, MD. |
| 1972-1975 | Candidate, Baltimore-District of Columbia Psychoanalytic Institute, Baltimore, MD. |
| 1974 | Resident in Psychiatry/Director, Rape Crisis Center, University of Maryland, Baltimore, MD. |
| 1974-1975 | Intern, Rotating, Letterman Army Medical Center, Presidio of San Francisco, CA (ranked fifth out of twenty-four). |

Curriculum Vitae - XENAKIS, Stephen Nicholas

| | |
|---|---|
| 1975-1978 | Resident in Psychiatry, Letterman Army Medical Center, Presidio of San Francisco, CA (ranked first out of six). |
| 1978-1980 | Fellow, Child Psychiatry, Letterman Army Medical Center and Langley Porter Psychiatric Institute, University of California San Francisco, San Francisco, CA. |
| 1977-1980 | Research Associate, Center for the Study of Neurosis, Langley Porter Psychiatric Institute, San Francisco, CA. |
| 1978-1980 | Consultant, Psychosomatic Service, St. Mary's Hospital, San Francisco, CA. |
| 1980-1982 | Chief, Department of Psychiatry and Community Mental Health Service; Director, Drug and Alcohol Service; Darnall Army Community Hospital, Fort Hood, TX. |
| 1982-1984 | Surgeon, First Cavalry Division; Child Psychiatrist; Darnall Army Community Hospital, Fort Hood, TX. |
| 1984-1985 | President and Student, Class 76, Armed Forces Staff College; Attending Physician, Sewells Point Navy Medical Clinic, Norfolk, VA. |
| 1985-1986 | Chief, Child, Adolescent, and Family Psychiatry Service; Department of Psychiatry and Neurology, Eisenhower Army Medical Center, Fort Gordon, GA. |
| 1986-1989 | Deputy Commander for Clinical Services and Director for Graduate Medical Education, Eisenhower Army Medical Center, Fort Gordon, GA. |
| 1989-1990 | Student, United States Army War College, Carlisle Barracks, PA. |
| 1990-1993 | Commander, Blanchfield Army Community Hospital, and Director of Health Services, Fort Campbell, KY. |
| 1993-1994 | Deputy Project Manager and Project Manager, Task Force Aesculapius (Project Vanguard-AMEDD), Office of The Surgeon General, United States Army, Falls Church, VA. |
| 1994-1995 | Project Manager, TRICARE Region 3, Fort Gordon, GA. |

Curriculum Vitae - XENAKIS, Stephen Nicholas

1995-1997      Commanding General, Southeast Regional Medical Command and Dwight David Eisenhower Army Medical Center, and Lead Agent, Department of Defense TRICARE Southeast Region 3, Fort Gordon, GA.

1997-1998      Special Assistant to The Surgeon General, United States Army, Center for Total Access, Fort Gordon, GA.

1998-2001      President and CEO of eCareSolutions, Inc. and other privately held companies specializing in telemedicine technology and services.  Private practitioner.

2001-2004      CEO & President, Lexicor Health Systems, Inc., Augusta, GA, and Boulder, CO.

2004- 2005     Attending Psychiatrist, Riverside Treatment Services, District of Columbia.

2005- 2007     Chief, Child & Adolescent Psychiatry, Psychiatric Institute of Washington, District of Columbia.

2007- 2008     Senior Consultant, Organizational Design, Inc.

2008- 2010     Senior Adviser, Chairman of the Joint Chiefs of Staff and Army Leadership.

2010-          Private practice, research, and consulting. Contributing editor, The Huffington Post & The Hill.

2011-          Founder, The Center for Translational Medicine.

2013-2014      Chief Medical Officer, MindCare Solutions, Nashville, Tennessee.

June-August 2015      Erik Erikson Scholar, Austen Riggs Center, Stockbridge, MA.


**AWARDS AND HONORS**

Summer Fellowship, Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, NJ, 1969.

Visiting Resident Award for Outstanding Graduating Resident in Psychiatry, Letterman Army Medical Center, Presidio of San Francisco, CA, 1978.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Skelton Award for Outstanding Graduating Resident, Letterman Army Medical Center, Presidio of San Francisco, CA, 1978.

Visiting Resident Award for Outstanding Graduating Fellow in Child Psychiatry, Letterman Army Medical Center, Presidio of San Francisco, CA, 1980.

Regional Finalist, White House Fellowship, 1982 and 1984.

Norbert Rieger Award for Outstanding Papers Published in the Journal of the Academy of Child and Adolescent Psychiatry in 1988.

William C. Porter Lecture Award, Presented by the Association of Military Surgeons of the United States, 1989.

Distinguished Paper, Senior Service College, Presented by the Chairman, Joint Chiefs of Staff, 1990.

"A" Professional Designator awarded by The Surgeon General, United States Army.

Erik Erikson Scholar, The Austen Riggs Center, June-August 2015.


**BOARD CERTIFICATION**

National Board of Medical Examiners, 1975
General Psychiatry, American Board of Psychiatry and Neurology, 1980
Child Psychiatry, American Board of Psychiatry and Neurology, 1982
Medical Management, American Board of Medical Management, 1991


**MILITARY AWARDS**

Expert Field Medical Badge
Air Assault Wings
Legion of Merit with Oak Leaf Cluster
Meritorious Service Medal with 2 Oak Leaf Clusters
Army Commendation Medal
Army Achievement Medal with Oak Leaf Cluster
Order of Military Medical Merit

Curriculum Vitae - XENAKIS, Stephen Nicholas

**HOSPITAL AND TEACHING APPOINTMENTS**

| | |
|---|---|
| 1974 | University of Maryland Hospitals, Baltimore, MD. |
| 1974-1980 | Letterman Army Medical Center, Presidio of San Francisco, CA. |
| 1976-1978 | Doctors' Hospital, Pinole, CA. |
| 1978-1980 | University of California San Francisco, San Francisco, CA. |
| 1978-1980 | St. Mary's Hospital, San Francisco, CA. |
| 1980-1984 | Darnall Army Community Hospital, Fort Hood, TX. |
| 1980-1982 | Instructor, Creighton University Program for Physician Assistants. |
| 1984 | Sewells Point Naval Medical Clinic, Norfolk, VA. |
| 1985-1989 & 1994-1998 | Eisenhower Army Medical Center, Fort Gordon, GA. |
| 1989-1990 | Dunham Army Health Clinic, Carlisle Barracks, PA. |
| 1990-1993 | Blanchfield Army Community Hospital, Fort Campbell, KY. |
| 1993 | Walter Reed Army Medical Center, District of Columbia. |
| 1994- | Adjunct Clinical Professor, Uniformed Services University of Health Sciences, Bethesda, Maryland. |
| 1995-1998 | First Visiting Professor of Telepsychiatry, Menninger Clinic, Topeka, Kansas. |
| 1996-2004 | Clinical Professor, Medical College of Georgia, Augusta, Georgia. |
| 1998-2004 | Private practice, Augusta, Georgia. |
| 1998-2001 | Attending psychiatrist, part-time, Charter Augusta Behavioral Hospital Augusta, Georgia. |

Curriculum Vitae - XENAKIS, Stephen Nicholas

2002            Attending psychiatrist, The Medical College of Georgia, Augusta, Georgia.

2004-2005       Attending psychiatrist, Riverside Treatment Services, Washington, DC.

2005-2007       Chief, Child & Adolescent Psychiatry, The Psychiatric Institute of Washington,
                Washington, DC.

## ABSTRACTS, EDITORIALS, & BOOK REVIEWS

Xenakis, S. N.
        Early History of the Japan Science Council, Senior Thesis, Princeton University, 1970.

Xenakis, S.N., Hoyt, M.F., Marmar, C.F., and Horowitz, M.J.
        Therapists' Reliability in Rating their own Psychotherapy Session, Society for
        Psychotherapy Research, June 1980.

Xenakis, S.N.
        Variations on Psychotherapy in the Military.  Syllabus and Scientific Proceedings.
        American Psychiatric Association Annual Meeting, 1980.

Brooks, F.R., Xenakis, S.N., and Batson, P.M.
        Combat Stress Training.  Army Trainer, October 1982.

Ebner, D.G., Brooks, F.R., Xenakis, S.N., and Batson, P.M.
        Combat Medics on a Chemical Battlefield.   Army Trainer, April 1983.

Xenakis, S.N.
        Course Co-Director, Training for Combat Stress.  National Guard Medical Review,
        August 1983.

Xenakis, S.N.
        Research and Training in Combat Stress, AMEDD Course in Division Psychiatry, April
        1984.

Manning, D.T., Xenakis, S.N., Drain, M., Balson, P.M., and Willis, A.S.
        Type A Behavior in US Army Active Duty, Recovering Alcoholics and Non-Alcoholics,
        and their Dependent Children.  A Technical Report Submitted to US Army Drug and
        Alcohol Program and Technical Activity, ADCSPER, HQDA, 1984.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Xenakis, S. N.
> Aftermath of an Air Crash: The Gander Tragedy.  Grand Rounds to the Medical College of Georgia, April 1986.

Xenakis, S.N.
> Supervision as Non-Therapy.  Presented at the Forum on Training versus Treating the Psychiatric Resident.  APA 139th Annual Meeting, May 1986.

Xenakis, S.N., Jensen, P.S., and Blanco, A.P.
> The Psychiatrist as a Multidisciplinary Team Leader.  Presented at a Workshop on Psychotherapy:  An Unaffordable Luxury.  APA 139th Annual Meeting, May 1986.

Xenakis, S.N., Josephsen, A., Frey, J., and Maloney, C.
> The Adolescent in Family Therapy:  Integrating Individual and Family Dynamics.  Workshop presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 1986.

Jensen, P.S., Xenakis, S.N., Shervette, R.E., and Bain, M.W.
> Diagnostic and Treatment Practices for ADD in the General Hospital.  Poster Session at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 1986.

Bartone, B. Cervantes, R.A., Garrigan, J.J., Ingraham, L.H., Radke, A., Wright, K. (Saczynski), Ursano, R.J., Vaitkus, M., Walborn, C., and Xenakis, S.N.
> The Human Response to the Gander Military Air Disaster.  Report WRAIR-NP-88-12, Walter Reed Army Institute of Research, Washington, DC, 20307-5100, and US Army Medical Research and Development Command, Ft.  Detrick, MD, 21701-5012.  Unpublished Report, 1987.

Xenakis, S.N., Marcum, J.M., Maury, J.L., and Duffy, J.C.
> Consultation in the Aftermath of an Air Tragedy.  Presented at the 14th Annual Scientific Assembly of the Academy Family Physicians, Salt Lake City, Utah, April, 1988.

Jensen, P.S., Shervette, R.E., and Xenakis, S.N.
> Anxiety and Depressive Disorder in ADD: New Findings.  Presented at the American Psychiatric Association, Montreal, Canada, May 1988.

Shervette, R.E., Jensen, P.S., Blackwood, A., and Xenakis, S.N.
> Disordered Attachment and Attention Deficit Disorders.  Presented at the American Psychiatric Association, Montreal, Canada, May 1988.

7

Curriculum Vitae - XENAKIS, Stephen Nicholas

Jensen, P.S., Bloedau, L., and Xenakis, S.N.
    Children's Psychiatric Symptoms: Effects of Stress, Supports, and Parental
    Psychopathology.  Presented at the Annual Meeting of the American Academy of Child
    and Adolescent Psychiatry, October 1988.

Jensen, P.S., Xenakis, S.N., Wolf, P., DeGroot, J., and Bain, M.W.
    The Military Family Syndrome Revisited: "By the Numbers."  Presented at the Annual
    Meeting of the American Academy of Child and Adolescent Psychiatry, October 1988.

DeGroot, J.F., Jensen, P.S., and Xenakis, S.N.
    Clinical Considerations in Using Parent-Child Rating Scales: Effects of Gender and
    Parental Psychopathology.  Presented at the Annual Meeting of the Academy of Child
    and Adolescent Psychiatry, October 1988.

Xenakis, S.N., Clements, T.I., Griffin, R.F., and Spaulding, V.C.
    Army Medical Department: 2005, US Army War College, Carlisle, Pennsylvania, April
    1990.

Duchin, L.K., Hollis, G.P., Xenakis, S.N., and Garland, F.N.
    Cognitive Impairment in HIV-Positive Soldiers:  Relation to Mood and
    Immunosuppression.  Presented at the Southern Medical Association Conference,
    Nashville, TN, October 1990.

Hodges, G.R., Xenakis, S.N., and Borden, S.
    Public Sector/Private/Sector Cooperation.  Presented at the American College of
    Physician Executives Perspectives in Medical Management, San Francisco, CA, May
    1992.

Chappell, P.F., Xenakis, S.N., Angle, G., and Krug, E.F.
    The Effect of Prenatal Stress on Neonatal Behavioral Organization Following Fathers'
    Deployment to the Persian Gulf War.  Presented at the Biennial Meeting Society for
    Infancy Studies, Miami, FL, May 1992.

Xenakis, S.N.
    Reorganization of the Army Medical Department:  The Work of Task Force Aesculapius.
    Presented at the Menninger Military Psychiatric Meeting, February 1993.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Xenakis, S.N., and Clement, S.D.
  Reorganizing for Greater Efficiency and Quality.  Presented at the American College of
  Physician Executives Perspectives in Medical Management, Washington, DC, May 1994.

Xenakis, S.N.
  Telemedicine and Future of Mental Health.  Annual Army Psychiatry Conference,
  Miami, FL, August 1995.

Xenakis, S.N.
  Forming Mental Health Product Lines.  Annual Army Combined Mental Health
  Symposium, San Diego, CA, April 1996.

Xenakis, S.N.
  Advanced Technology and Reengineering Healthcare.  Worldwide Signal Symposium,
    Fort Gordon, GA, December 1996.

Xenakis, S.N.
  Principles of Partnering and the TRICARE Contracts.  Winter DOD TRICARE
  Conference, Washington, DC, January 1997.

Xenakis, S.N., Blakeslee, B.S., and Horner, J.
  Possibilities for Peacekeeping: The Role of Telemedicine in International Initiatives.
  Annual Meeting on Virtual Reality, San Diego, February 1997.

Xenakis, S.N. and Davis, C.
  Future Trends in Military Healthcare and Mental Health.  Annual Army Combined
  Mental Health Symposium, Tampa, FL, April 1997.

Xenakis, S.N. and Holloway, H.C.
  Extending Psychiatric Services: Experiences in Space.  PROMEDUS, Torino, Italy,
  October 1997.

Xenakis, S.N.
  Using Telepsychiatry for Provider-Sponsored Primary Care Integration.  The Primary
  Care/ Behavioral Healthcare Summit, St. Louis, MO, November 1998.

Xenakis, S.N. and Colwell, V.J.
  Telemedicine and the Burn Center.  American Telemedicine Association, Salt Lake City,
  UT, April 1999.

Xenakis, S.N. and Colwell, V.J.

Curriculum Vitae - XENAKIS, Stephen Nicholas

When Managed Care Learns About Telemedicine. American Telemedicine Association, Salt Lake City, UT, April 1999.

Colwell, V.J. and Xenakis, S.N.
Low-cost Support to Community Outreach Clinics. American Telemedicine Association, Salt Lake City, UT, April 1999.

Xenakis, S.N.
Viewing Mental Health Through the Prism of Economics. Grand Rounds, The Medical College of Georgia, January 13, 2000.

Xenakis, S.N.
Stress Pathology During Disaster Situations. Disaster 2002: Are You Prepared? Presented by The Medical College of Georgia at Hilton Head, SC, February 2002.

Snyder, S.M., Drozd, J.F., Xenakis, S.N.
Validation of ADHD Rating Scales, Letter to the Editor of the Journal of American Academy of Child and Adolescent Psychiatry, 43:10, October 2004, pp. 1189-1190.

Xenakis, S.N.
From the Medics: Unhealthy Silence.  Outlook Section.  Washington Post, February 6, 2005.

Xenakis, S.N.
Military Medical Ethics: Calling for Leadership.  Presented at Grand Rounds at Cornell School of Medicine, New York, New York, April 27, 2005.

Xenakis, S.N
Medical Ethics in the Age of Torture.  Symposium sponsored by the Center for American Progress, Washington, D.C., August 3, 2005.

Xenakis, S.N. and Lifton, Robert J.
Doctors must be healers, not interrogators. The Los Angeles Times, June 8, 2006.

Xenakis, S.N.
Moderator, First Do No Harm.  Session Three:  National Guantanamo Teach-in.  Seton Hall Law School, October 5, 2006.

Xenakis, S.N.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Defending Dignity.  The Power of Health Professionals as Human Rights Advocates. Torture by US Forces. November 4, 2006.

Allen, S. and Xenakis, S.N.
Our Duty to War Detainees.  Boston Globe, January 22, 2007.

Allen, S. and Xenakis, S.N.
Protecting war detainees. International Herald Tribune, January 23, 2007.

Xenakis, S.N.
Military Torture & Medicine: Cross-disciplinary Perspectives on the Occurrence & Ramifications of Torture. Panel Discussion sponsored by The Physicians for Human Rights. Dartmouth College. February 20, 2007.

Korb, L. J. and Xenakis, S.N.
On Personnel Readiness. Newsday, January 26, 2007.

Korb, L.J. and Xenakis, S.N.
Troop morale a casualty of in Iraq.  Newsday.com, February 2, 2007.

Allen, S. and Xenakis, S.N.
Weaponized Medicine. The Sacramento Bee. February 2008.

Xenakis, S.N.
Detainee Health Challenges. War and Health: Annual Health Law and International Symposia. Whittier Law School's Center for International and Comparative Law. February 22, 2008.

Xenakis, S.N.
Ethical Conflicts of Health Professionals in Wartime. Iraq Action Group at UCSF. February 25. 2008.

Xenakis, S.N.
No Torture, No Exceptions.  The Washington Monthly. March 2008.

Xenakis, S.N.
Ending Torture: Implications for US Policy. 2009 Marvin Weissberg Lecturer in International Human Rights, Beloit College, September 2009.

Rubenstein, L.S. and Xenakis, S.N.

Curriculum Vitae - XENAKIS, Stephen Nicholas

      Doctors Without Morals. The New York Times (op-ed). March 1, 2010.

Xenakis, S.N.
      Why Soldiers Drink. Huffington Post. February 26, 2010.

Xenakis, S.N.
      What *The Hurt Locker* Got Right. Huffington Post. March 10, 2010.

Xenakis, S.N.
      Veterans' Healthcare Falls Short.  *The Hill.* March 22, 2010.

Xenakis, S.N.
      Remembering Military Suicides.  Huffington Post. May 31, 2010.

Xenakis, S.N.
      Radical jihadism in not a mental disorder.  The Washington Post (Outlook).
      December 12, 2010.

Xenakis, S.N.
      IEDs, Alzheimer's, and national defense.  *The Hill's* Congress Blog. December 20, 2010.

Xenakis, S.N.
      New Federal Research – subsidizing pharma. *The Hill's* Congress Blog. January 26, 2011

Xenakis, S.N.
      Reforming defense healthcare. Comment. *The Hill.* March 16, 2011.

Xenakis, S.N.
      "Speaking out on Torture: Misgivings and Challenges of a Military Doctor." Securing
      Accountability for Torture & CIDT: New Trends and Comparative Lessons.
      International Expert Workshop sponsored by the European Union.  Jerusalem, Israel.
      April 4-5, 2011.

Xenakis, S.N.
      The Struggle Against U.S. Sponsored Torture." Keynote for TASSC -- Torture Abolition
      and Survivors' Support Coalition. April 16, 2011.

Xenakis, S.N.
      Agent Orange déjà vu.  The Hill. June 9, 2011.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Xenakis, S.N.
  Neuropsychiatric Evidence of Waterboarding and other Abusive Treatments.
  International Association of Forensic Sciences, Madeira, Portugal, September, 2011.

Xenakis, S.N.
  Military Mental Health and Moral Choices. Duke Milites Christi. Duke University
  School of Divinity.  November 12, 2011.

Xenakis, S.N.
  Invited Article: Condemning Torture and Abuse.  Psychiatric News. In press. 2011.

Xenakis, S.N.
  Principles of Military Mental Health.  William Beaumont Army Medical Center
  Symposium.  January 19, 2012.

Xenakis, S.N.
  Understanding PTSD.  Invited Letter. The Wilson Quarterly. Winter 2012.

Xenakis, S.N.
  After the war: Reaching our at-risk veterans. The Hill. February 8, 2012.

Xenakis, S.N.
  The U.S. military doesn't know who is fit to fight. *Washington Post Outlook,* March 23,
  2012.

Xenakis, S.N.
  Speaking out on Torture:  Misgivings and Challenges of a Military Doctor.
  On Torture.  Al-Adalah-The Legal Center for Arab Minority Rights in Israel, Physician
  for Human Rights-Israel, and Al Mezan Center for Human Rights,
  June 2012.

Xenakis, S.N.
  Washington Should Stop Putting Toll Booths on the Information Highway, The
  Hill, August 6, 2012. http://thehill.com/blogs/congress-blog/healthcare/242337-stop-
  putting-toll-booths-on-the-information-highway

Xenakis, S.N.
  An Un-Dangerous Mind, The New York Times.
  http://www.nytimes.com/2012/10/11/opinion/some-guantanamo-detainees-are-security-
  threats-omar-khadr-isnt-one-of-them.html?_r=0

Curriculum Vitae - XENAKIS, Stephen Nicholas

Xenakis, S.N.
　　Rethinking PTSD.  Invited Lecture, *The Erikson Institute for Education and Research of the Austen Riggs Center,* October 12-14, 2012.

Xenakis, S.N.
　　The Role & Responsibilities of Psychiatry in 21st Century Warfare.  Invited Lecture, Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada, October 25-28, 2012.

Xenakis, S.N.
　　Time to end restriction on military personnel disclosing personal firearms.  *The Hill.* December 15, 2012.

Xenakis, S.N.
　　Can We Improve Mental Health? The Hill. February 15, 2013.

Xenakis, S.N.
　　Demand a change on access to firearms.  The Hill. March 20, 2013.

Crosby, S. and Xenakis, S.N. Doctors say medical transfer provision necessary in Defense bill. The Hill. December 9, 2013.

Xenakis, S.N.
　　The Rise of Cranial Electrotherapy.  Psychiatric Times. July 2014, p.39.

Xenakis, S.N.
　　Book Review:  Medical Ethics in the 21st Century. Journal of Rehabilitation of Torture and Prevention of Torture.  2014.

Xenakis, S.N.
　　Primer:  The Brain & TBI.  Virginia Trial Lawyers Association.  Invited Lecture. Richmond, Virginia. September 22, 2014.

Annas, G., Annas G. D., Crosby, S., and Xenakis, S.N.
　　Human Rights, American Values, and Forced Feeding at Guantanamo.  Panel Discussion. American Academy of Psychiatry and the Law.  Chicago, IL. October 26, 2014.

Xenakis, S.N., Stern, J.E., Fromm, E.G.  How Do We Negotiate Our Relationships with

Curriculum Vitae - XENAKIS, Stephen Nicholas

>Terrorists in Political, Cultural, and Clinical Life.  Presidential Symposium.  Annual
>Meeting of the American Psychoanalytic Association, January 16, 2015.

Boulanger, G. and Xenakis, S.N.
>Vicarious Traumatization: Keynote Dialogue.  Life in Psychoanalysis in Life. San
>Francisco.  April 22, 2015.

Xenakis, S.N. and Sherman, N.  Not Just About the Psychologists.  Huffington Post
>Blog. September 8, 2015.

Xenakis, S.N. Young Americans and ISIS: What to Do?  Grand Rounds, Cornell Weill
>School of Medicine, Department of Psychiatry, New York Presbyterian Hospital, January
>19-20, 2016.

Xenakis, S.N. Improving Treatment for Veterans.  Grand Rounds, Albany Medical
>College and Veterans Administration Medical Center, Albany, NY, February 3, 2016.

Xenakis, S.N. Hyatt Fund Event: A Conversation on Guantanamo – Law, Psychology,
>and Ethics of Torture.  Vanderbilt University School of Law, Nashville, TN, February 25,
>2016.

Xenakis, S.N.  A Better Way to Find the Next Killer.  *USA Today.*  July 27, 2016.

Xenakis, S.N.  Comment in response to Genome-wide Association Studies of
>Posttraumatic Stress. JAMA Psychiatry.  August 4, 2016.

Xenakis, S.N.  The Dark Side of Leadership. Producing Leaders of
>Character and Integrity: Instilling Values into Public Life.  The Center for Ethics and
>Rule of Law.  University of Pennsylvania Law School.  September 15, 2016.

Xenakis, S.N. Why Veterans Shouldn't Vote for Trump.  *Richmond Times*. October 31,
>2016.

Xenakis, S.N. Amid Suicide Crisis for Veterans, Congress Must Not Make It Easier for
>Dangerously Mentally Ill Vets to Buy Guns. *Newsweek.* March 29, 2017.
>http://www.newsweek.com/veterans-congress-guns-575845.

Xenakis, S.N. Book Review: U.S. Army Psychiatry in the Vietnam War by Norman M.
>Camp.  2017

Curriculum Vitae - XENAKIS, Stephen Nicholas

Summergrad, Paul and Xenakis, S.N.  Congress is AWOL on the 25th Amendment.
   Opinion.  *Boston Globe*. http://www.bostonglobe.com/opinion/2018/01/12/congress-awol-amendment/IsjnwJuVbmWOni8m6gUXON/story.html.  January 12, 2018.

Xenakis, S.N. Politics over guns and mental health have hurt our communities and
   citizens. *The Hill*.  April 10, 2018. http://thehill.com/opinion/healthcare/382518-politics-over-guns-and-mental-health-have-hurt-our-communities-and?rnd=1523387897.

Finkelstein, C.O. and Xenakis, S.N. Lawyers Told Gina Haspel that Torture was Legal.  But it
   Never Was.  *The New York Times.* May 9, 2018.

Xenakis, S.N. Update gun control and mental health laws to prevent shooting like
   Thousand Oaks.  *USA Today.*  November 10, 2018.

Xenakis, S.N. Contracting Our VA Health Care is not Simple. *The Hill* January 28, 2019.
   thehill.com/opinion/healthcare/427317-contracting-our-va-health-care-is-not-simple?rnd=1548709775.

Xenakis, S.N.  Medicare for All isn't realistic, but we could learn from a 1990s military
   experiment.  USA Today.  May 4, 2019.

Xenakis, S.N.  Book Review: Unjustifiable Means: The Inside Story of How the CIA, Pentagon,
   and US Government Conspired to Torture. Torture Journal: Journal on Rehabilitation of
   Torture Victims and Prevention of Torture. VOLUME 29, NO 2, 2019, ISSN 1018-8185
   October 2019.

Xenakis, S.N. After Odessa: We need a military-scale fight against domestic terrorism and gun
   Violence.  Opinion contributor Published 6:00 a.m. ET Sept. 5, 2019
    https://www.usatoday.com/story/opinion/2019/09/05/fight-gun-violence-domestic-terror-like-we-fought-islamic-state-column/2197369001/

Hamilton, Jesse and Xenakis, S.N. The Shame of Abandoning Their Kurdish Allies Will Haunt
   Our Troops for Years.  We've Betrayed them Too/ Opinion.
   https://www.newsweek.com/moral-injury-trauma-syria-us-troops-kurdish-allies-betrayal-1469038

Xenakis, S.N. Brain injuries from Iran air strike highlight military's failure to care for its own.
   USA Today. February 1, 2020.
   https://www.usatoday.com/story/opinion/2020/02/01/military-fails-troops-mental-health-research-treatment-column/2823964001/

Curriculum Vitae - XENAKIS, Stephen Nicholas

Xenakis, S.N. Latest Guantánamo hearings leave me with more questions than answers. The blog for the Center for the Rule of Law.  University of Pennsylvania Law School.  March 16, 2020.

Xenakis, S.N. and Moreno, J.D. The Military Should be Mobilized for the Coronavirus Pandemic. https://news.yahoo.com/the-military-should-be-mobilized-for-the-coronavirus-pandemic-192353465.html.

Xenakis, S.N. and Moreno, J.D. Lesson Learned in an Emergency. The Hill. March 24, 2020. https://thehill.com/opinion/national-security/489279-lessons-learned-in-an-emergency#bottom-story-socials

Xenakis, S.N. and Moreno, J.D. The Courage of Navy Captain Brett Crozier.  The Hill. April 6, 2020. https://thehill.com/opinion/national-security/491388-the-courage-of-navy-captain-brett-crozier.

Moreno, J.D. and Xenakis, S.N.   In coronavirus pandemic, for health care workers, despair is only human. https://news.yahoo.com/in-coronavirus-pandemic-for-healthcare-workers-despair-is-only-human-131514039.html.

Moreno, J.D. and Xenakis, S.N. How the pandemic is changing medicine. https://thehill.com/opinion/healthcare/498391-how-the-pandemic-is-changing-medicine. The Hill. May 18, 2020.

Xenakis, S.N. Trump's presidency has basically been a self-serving authoritarian rule. https://thehill.com/opinion/white-house/504820-trumps-presidency-has-basically-been-a-self-serving-authoritarian-rule. The Hill. June 27, 2020.

## PUBLICATIONS

Brooks, F.R., Xenakis, S.N., Ebner, D.G., and Balson, P.M. Psychological Reactions During Chemical Warfare Training.  Military Medicine.  Vol. 148, No. 3, March 1983, pp. 232-235.

Xenakis, S.N., Hoyt, M.F., and Horowitz, M.J. Reliability of Self-Reports by Therapists Using the Therapist Action Scale. Psychotherapy Theory, Research, and Practice.  Vol. 20(3), Fall 1983, pp. 314-320.

Hoyt, M.F., Xenakis, S.N., Marmar, C.F., and Horowitz, M.J.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Therapeutic Actions that Influence their Perceptions of "Good" Psychotherapy.  Journal of Nervous and Mental Disease.  Vol. 171, No. 7,1983, pp, 400-404.

Jensen, P.S., Lewis, R.L., and Xenakis, S.N. The Military Family in Review:  Context, Risk and Prevention.  Journal of the American Academy of Child Psychiatry.  Vol. 25, No. 2, March 1985, pp. 225-234.

Xenakis, S.N., Brooks, F.R., and Balson, P.M.
A Triage and Emergency Treatment Model for Combat Medics on the Chemical Battlefield.  Military Medicine.  Vol. 150, August, 1985, pp. 411-415.

Manning, D.T., Balson, P.M., and Xenakis, S.N.
The Prevalence of Type A Personality in Children of Alcoholics.  Alcoholism: Clinical and Experimental Research.  Vol. 10, No. 2, March-April 1986, pp. 184-189.

Manning, D.T., Xenakis, S.N., Balson, P.M., and Willis, A.S.
Prevalence of Type A Behavior in American Soldiers and their Children.  Military Medicine.  Vol. 153, No. 7, July 1988, pp. 358-359.

Jensen, P.S., Traylor, J., Xenakis, S.N., and Davis, H.
Child Psychopathology Rating Scales and Interrater Agreement:  I. Journal of the American Academy of Child and Adolescent Psychiatry.  Vol. 27, No. 4, 1988, pp. 442-450.

Jensen, P.S., Xenakis, S.N., Davis, H., and DeGroot, J.
Child Psychopathology Rating Scales and lnterrater Agreement:  II. Child and Family Characteristics.  Journal of the American Academy of Child and Adolescent Psychiatry. Vol. 27, No. 4,1988, pp. 451-461.

Jensen, P S., Xenakis, S.N., Shervette, R.E., III, and Bain, M.W.
Psychosocial and Medical Histories of Stimulant Treated Children.  Journal of the American Academy of Child and Adolescent Psychiatry.  Vol. 27, No. 6, November 1988, pp. 798-801.

Jensen, P.S., Grogan, D., Xenakis, S.N., and Bain, M.W.
Father Absence Effects on Child and Maternal Psychopathology.  Journal of the American Academy of Child and Adolescent Psychiatry.  Vol. 28, No. 2, 1989, pp. 171-175.

Curriculum Vitae - XENAKIS, Stephen Nicholas

Jensen, P.S., Xenakis, S.N., Shervette, R.E., III, and Bain, M.W.
 Diagnostic and Treatment Practices for Attention Deficit Disorder in the General
 Hospital.  Hospital and Community Psychiatry.  Vol. 40, No. 7, July 1989, pp. 708-712.

Francis, G.L., Grogan, D., Hardy, L.B., Jensen, P.S., Xenakis, S.N., and Kearny, J.
 Group Psychotherapy in the Treatment of Adolescent and Preadolescent Military
 Dependents with Recurrent Diabetic Ketoacidosis.  Military Medicine.  Vol. 155, No. 9,
 September 1990, pp. 387-390.

Xenakis, S.N., Maury, J.L., Duffy, J.C., and Marcum, J.M.
 Consultation in the Aftermath of an Air Tragedy.  Military Medicine, Vol. 156, January
 1991, pp. 23-26.

Jensen, P.S., Xenakis, S.N., Wolf, P., and Bain, M.W.
 The "Military Family Syndrome" Revisited:  "By the Numbers."   The Journal of Nervous
 and Mental Disease, Vol. 179, No, 2, 1991, pp. 102-107.

Jensen, P.S., Shervette, R.E., III, Xenakis, S.N., and Richters, J.
 Anxiety and Depressive Disorders in Attention Deficit Disorder with Hyperactivity:
 New Findings.  American Journal of Psychiatry.  Vol. 150, No. 8, August 1993, pp.
 1203-1209.

Jensen, P.S., Irwin, R.A.C., Josephson, A.M., Davis, H., Xenakis, S.N., Bloedau, L., Ness, R.,
 Mabe, A., Lee, B., Traylor, J., and Clawson, L.
 Data-Gathering Tools for "Real World" Clinical Settings:  A Multisite Feasibility Study.
 Journal of American Academy of Child and Adolescent Psychiatry, 35:1, January 1996,
 pp. 55-66.

Xenakis, S.N., Blakeslee, B.S., Horner, J.A. Possibilities for peacekeeping: the role of
 telemedicine in international initiatives. *Stud Health Technol Inform* January 1997
 (Vol. 39, Pages 257-63).

Mease, A., Whitlock, W.L., Brown, A., Moore, K., Pavliscsak, H., Dingbaum, A.,
Lacefield, D., Buker, K., Xenakis, S.N.
 Telemedicine Improved Diabetic Management. Military Medicine, 1999.

Xenakis, S.N.

Curriculum Vitae - XENAKIS, Stephen Nicholas


More on: "Doctors Must Be Healers". Seton Hall Law Review, Vol 37, No. 3, 2007.

Rubenstein, L.S. and Xenakis, S.N.
"Prisoner of Wars: The Use of Torture and Psychological Warfare," in War and Public Health (Second Edition), edited by Barry S. Levy and Victor W. Sidel. New York: Oxford University Press, 2008.

Huskey, K. and Xenakis, S.N.
Hunger Strikers: Challenges to the Guantanamo Detainee Health Care Policy. Whittier Law Review, Vol 30, No. 4, Summer 2009.

Rubenstein, L.S. and Xenakis, S.N.
Role of CIA Physicians in Enhanced Interrogation and Torture of Detainees. Journal of the American Medical Association, August 4, 2010, Vol 304, No. 5, pp. 569-70.

Xenakis, S.N. Speaking Out on Torture: Misgivings and Challenges of a Military Doctor (Keynote Speech), On Torture. June 2012, pp. 61-70.

Iacopino, V. and Xenakis, S.N.
Neglect of Medical Evidence of Torture in Guanta´namo Bay: A Case Series. PLoS Med 8(4): e1001027. doi:10.1371/journal.pmed.1001027.

Xenakis, S.N.
PTSD: Beyond Best Practices. Psychoanalytic Psychology. April 2014. Vol. 31, No. 2, pp. 236-244.

Xenakis, S.N.
The Role and Responsibilities of Psychiatry in 21st Century Warfare. The Journal of the American Academy of Psychiatry and the Law. November 2014.

Moreno, A., Crosby, S., Xenakis, S., and Iacopino, V.
Implementing Istanbul Protocols for forensic evidence of torture in Kyrgystan. Journal of Forensic and Legal Medicine. 30 (2015) 39-42.

Crosby, S.S., Xenakis, S.N., and Glantz, L.H. Guantanamo force feeding trial:

the US is wrong to medicalize hunger striking *BMJ* 2015; 350 doi: http://dx.doi.org/10.1136/bmj.h669 (Published 11 February 2015) Cite this as: BMJ 2015;350:h669

Xenakis, S.N. At Risk for Violence in the Military. Psychiatric Clinics of North

Curriculum Vitae - XENAKIS, Stephen Nicholas

America (2016). http://dx.doi.org/10.1016/j.psc.2016.07.008
0193-953X/16/ª 2016 Elsevier Inc. All rights reserved.

Xenakis, S.N.  Ethical Challenges in Treating Detainees and Prisoners of War. Current
        Psychiatry Reports. Edited by Christopher Warner (in press).

Xenakis, S.N. Characteristics of Inmates Who Initiate Hunger Strikes: Ethics Dilemma in
        Managing Hunger Strikes.  The Journal of the American Academy of Psychiatry and the
        Law. Volume 45, Number 3, 2017.

Finkelstein, C.O. and Xenakis, S.N. Repairing the Damage from Illegal Acts of State:
        The Costs of Failed Accountability in the U.S. Chapter 18. Oxford University Press,
        2020.

## PATENT

Systems and Methods for Managing Biological Data and Providing Data Interpretation Tools.
(WO/2003/071391). August 28, 2003. with D. Joffe, M. Hickey, S. Snyder, and V. Colwell.

## VIDEODISC

Balson, P.M., Xenakis, S.N., Matcher, J., Danaher, B., and Brooks, F.R.
        Crisis Counseling.  Videodisc Simulation Script.  US Army Academy of Health Sciences,
        1983.

## CURRENT RESEARCH

Application of Machine Learning and Latent Semantic Indexing to Suicide and Violence.
Quantitative Electroencephalography (qEEG) applied to diagnosis and treatment.
The Application of Advanced Technology to Healthcare Delivery.
Mental Health and Ethics.

## BOARD AFFILIATIONS

2008-2011     Army Science Board
2011-Present  Founder, Center for Translational Medicine
2014-Present  Center for Ethics and Rule of Law, University of Pennsylvania Law School
2017-Present  Editorial Board, Journal of the American Academy of Psychiatry and the Law
2019-Present  Physicians for Human Rights, Advisory Board

Curriculum Vitae - XENAKIS, Stephen Nicholas