IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.                                                                    )   Criminal No. 1:21-cr-00040-TNM<br>)<br>**FREDERICO GUILLERMO KLEIN,**     )<br>)<br>**Defendant.**                                                )<br>) | |

## MOTION TO JOIN AND ADOPT

Federico Guillermo Klein, by and through undersigned counsel, and pursuant to Rule 2 of the Federal Rules of Criminal Procedure, hereby respectfully requests this Court permit him to adopt and join the following Motions (as well as any replies in support thereof):

- Steven Cappuccio's Motion to Dismiss (April 14, 2022) (ECF No. 253);
- David Lee Judd's Motion to Dismiss (April 15, 2022) (ECF No. 254);
- David Lee Judd's Motion to Dismiss (April 15, 2022) (ECF No. 255);
- David Lee Judd's Motion to Dismiss (April 15, 2022) (ECF No. 256) (although Mr. Judd's Motion seeks to dismiss counts thirty-eight (38) and forty-six (45) of the December 1, 2021, Fifth Superseding Indictment (ECF No. 179), Mr. Klein is charged with the same alleged conduct, under the same provisions of the criminal code, at counts forty-three (43) and fifty-one (51) and therefore requests leave to adopt Mr. Judd's Motion as to those counts);
- David Lee Judd's Motion to Transfer Venue (April 15, 2022) (ECF No. 257); and
- Patrick McCaughey III's Motion to Dismiss (April 16, 2022) (ECF No. 259).

The government has charged Mr. Klein with the same or substantially similar counts as those addressed in the foregoing motions and the alleged "concerted conduct," applicable law, and arguments applied thereto apply equally to Mr. Klein as to his co-defendants.

[SIGNATURE ON NEXT PAGE]

Dated: June 3, 2022								Respectfully submitted,


								_____/s/ Stanley E. Woodward, Jr._____

								Stanley E. Woodward, Jr.
								(D.C. Bar No. 997320)
								BRAND WOODWARD, ATTORNEYS AT LAW
								1808 Park Road NW
								Washington, DC  20010
								202-996-7447 (telephone)
								202-996-0113 (facsimile)
								Stanley@BrandWoodwardLaw.com

								*Counsel for Defendant Frederico Guillermo Klein*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal No. 1:21-CR-00040-TNM |
| v. | ) |
| | ) |
| **FEDERICO GUILLERMO KLEIN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

On June 2, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stanley E. Woodward, Jr.*
　　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
　　　　　　　　　　　　　　　　　　BRAND WOODWARD, ATTORNEYS AT LAW
　　　　　　　　　　　　　　　　　　1808 Park Road NW
　　　　　　　　　　　　　　　　　　Washington, DC  20010
　　　　　　　　　　　　　　　　　　202-996-7447 (telephone)
　　　　　　　　　　　　　　　　　　202-996-0113 (facsimile)
　　　　　　　　　　　　　　　　　　Stanley@BrandWoodwardLaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Frederico Guillermo Klein*