# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  |
| v. | ) Criminal No. 1:21-CR-00040-TNM ) ) |
| **FEDERICO GUILLERMO KLEIN,** | ) ) |
| **Defendant.** | ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Federico Klein's Motion to Dismiss, it is, this \_\_\_ day of June, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**.

**SO ORDERED**

 
_____
The Honorable Trevor N. McFadden
United States District Court Judge