*General Trial Evidence*

| Exhibit Description | Discovery Production | Located |
|---|---|---|
| Official Proceeding Montage | 29 | USAfx |
| U.S. Capitol Police Compilation | 29 | USAfx |
| Secret Service Head of State Notification | 30 | USAfx/Relativity |
| Mayor Bowser Curfew Order | 30 | USAfx |
| U.S. Constitution Amendment 12 | 30 | USAfx |
| 3 U.S. Code 15-18 | 30 | USAfx |
| Senate Concurrent Res. 1 | 30 | USAfx |
| Congressional Record Senate | 30 | USAfx |
| Congressional Record House | 30 | USAfx |
| Capitol Diagram | 30 | USAfx |
| 3D Model of the Capitol | 30 | USAfx |
| U.S. Capitol Photo | 30 | USAfx |
| U.S. Capitol Photo with Perimeter | 30 | USAfx |
| U.S. Capitol Photo with Signs | 30 | USAfx |
| U.S. Capitol Police Signs | 30 | USAfx |
| U.S. Capitol Police Signs on Rack | 30 | USAfx |
| USCP CCTV Footage Camera ▮ | 17 (Global 4) | Evidence.com |
| USCP CCTV Footage Camera ▮ | 17 (Global 4) | Evidence.com |
| USCP CCTV Footage Camera ▮ | 17 (Global 4) | Evidence.com |
| USCP CCTV Footage Camera ▮ | 17 (Global 4) | Evidence.com |
| USCP CCTV Footage Camera ▮ | 17 (Global 4) | Evidence.com |
| BWC Lower West Terrace Officers | 20 (Global 8) | Evidence.com |
| Scoped Cellphone Cappuccio | 26 | USAfx |
| Scoped Cellphone Judd | 26 | USAfx |
| Scoped Cellphone Klein | 26 | USAfx |
| Scoped Cellphone McCaughey | 26 | USAfx |
| Scoped Cellphone Morss | 26 | USAfx |
| Scoped Cellphone Quaglin | 26 | USAfx |
| Scoped Cellphone Sills | 26 | USAfx |
| Grand Jury Exhibits 1-100 | 6, 10, and 14 | USAfx |
| Bisignano Videos | 2, 14 | USAfx |
| St. Cyr Videos | 30 | USAfx |
| Farina Videos | 6; 14 | USAfx |