IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) Criminal No. 1:21-CR-00040-TNM |
| v. | ) ) |
| **FEDERICO GUILLERMO KLEIN,** | ) ) |
| **Defendant.** | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Federico Klein's Motion to Adopt and Join and for Discovery based on Selective Prosecution, it is, this ___ day of June, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**; and it is further

**ORDERED** that the government shall provide to Mr. Klein all communications concerning their prosecution decisions with respect to Mr. Klein.

**SO ORDERED**

The Honorable Trevor N. McFadden
United States District Court Judge
