# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>        Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

## ORDER

Upon consideration of David Judd's Motion to Join and Adopt and for good cause shown, Mr. Judd's Motion is GRANTED and he is permitted to join and adopt co-defendant motions, ECF. Nos. at 304 and 310.

                                                                               _____<br>
                                                                               Trevor N. McFadden<br>
                                                                               District Judge