IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, )<br>)<br>v.           )<br>)<br>GEOFFREY SILLS, )<br>  Defendant. )<br>_____) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

## MOTION TO ADOPT CO DEFENDANT MOTIONS

Comes now Defendant Geoffrey Sills, by counsel, and moves the Court for leave to Adopt and Join the following Co Defendant Motions:

1. Steven Cappuccio's Motion to Dismiss (April 14, 2022) (Doc. 253),

2. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 254),

3. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 255),

4. David Lee Judd's Motion to Dismiss (April 15, 2022) (Doc. 256) (although Mr. Judd's Motion seeks to dismiss counts thirty-eight (38) and forty-six (46) of the December 1, 2021, Fifth Superseding Indictment (ECF No. 179), Mr. Sills is charged with the same alleged conduct, under the same provisions of the criminal code, at counts forty (40) and forty-eight (48) and therefore requests leave to adopt Mr. Judd's Motion as to those counts),

5. David Lee Judd's Motion to Transfer Venue (April 15, 2022) (Doc. 257),

6. Patrick McCaughey III's Motion to Dismiss (April 16, 2022) (Doc. 259),

7. Steven Cappuccio's Motion to Exclude Evidence at Trial (June 3, 2022) (Doc 304),

8. Federico Klein's Motion to Dismiss (June 3, 2022) (Doc. 308),

9. Federico Klein's Motion for Transfer of Venue (June 3, 2022) (Doc. 309),

10. Federico Klein's Motion in Limine (June 3, 2022) (Doc. 310),

11. Federico Klein's Motion to Join and Adopt Mr. David Lee Judd's Motion for Selective Prosecution and for Limited Discovery (June 3, 2022) (Doc. 312),

1

12. David Lee Judd's Motion to Exclude Irrelevant and Prejudicial Evidence (June 3, 2022) (Doc. 316),

13. David Lee Judd's Motion for Court to Use a Jury Questionnaire (June 3, 2022) (Doc. 317),

14. David Mehaffie's Motion *In Limine* No. 1 -- Narration of Video Evidence (June 3, 2022) (Doc. 328),

15. David Mehaffie's Motion *In Limine* No. 2 -- Authentication of Still Images (June 3, 2022) (Doc. 329)

16. David Mehaffie's Motion *In Limine* No. 4 -- Inflammatory Words and Phrases (June 3, 2022) (Doc. 331),

        Respectfully submitted,

        GEOFFREY SILLS
        By Counsel

        _____/s/_____
        John C. Kiyonaga

        600 Cameron Street
        Alexandria, Virginia 22314
        Telephone: (703) 739-0009
        Facsimile: (703) 340-1642
        E-mail: john@johnckiyonagaa.com

        Counsel for the Defendant

<u>Certificate of Electronic Service</u>

    I hereby certify that on June 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

        _____/s/_____
        John C. Kiyonaga