# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>Defendant. | Crim. Action No. 21-40-8 (TNM) |

## STEVEN CAPPUCCIO'S MOTION TO ADOPT AND CO-JOIN KLEIN'S AND JUDD'S MOTIONS

The defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant Federico Klein's Motion in Limine (ECF No. 310) and David Judd's Motions For Court to Use Jury Questionnaire (ECF No. 317) and for Attorney Conducted Voir Dire (ECF No. 333).

The government has charged Mr. Cappuccio along with Mr. Judd and Mr. Klein. Mr. Klein's arguments to exclude irrelevant and prejudicial evidence apply equally to Mr. Cappuccio. Mr. Judd's arguments why the Court should use a jury questionnaire, as well as, allow attorney conducted voir dire and for individual sequestered voir dire, applies equally to Mr. Cappuccio.

WHEREFORE, the defendant, STEVEN CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motions and Federico Klein's Motion.

Respectfully submitted:

_____/s/_____

Marina Thais Douenat
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Texas
727 E. César E. Chávez, Suite B-207
San Antonio, TX 78206
210-472-6700
Tx State Bar 00798310
Attorney for Defendant Steven Cappuccio

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Marina Thais Douenat
Assistant Federal Public Defender