# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>    Defendant. | Crim. Action No. 21-40-8 (TNM) |

## ORDER

Defendant's Motion to Adopt and Co-Join David Lee Judd's Motion For a Jury Questionnaire, Attorney Conducted Voir Dire and Federico Klein's Motion in Limine is GRANTED.

SO, ORDERED.

                _____
                TREVOR N. MCFADDEN
                United States District Judge