UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DAVID LEE JUDD,** <br><br> **Defendant.** | **Crim. Action No. 1:21-CR-40 (TNM)** |

## MR. JUDD'S NOTICE OF NO REPLY

David Lee Judd has moved to dismiss the obstruction count (Count 34 of the Superseding Indictment) on multiple grounds. *See* ECF. No. 255. Mr. Judd acknowledges that this Court has since considered those arguments in *United States v. Hale-Cusanelli* and denied the Motion. *See United States v. Hale Cusanelli*, 21CR37( D.D.C. May 6, 2022). Without waiving any arguments set forth in ECF No. 255, Mr. Judd will not submit additional briefing or authority on the issue.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

_____/s/_____
EDWARD J. UNGVARSKY
Ungvarsky Law, PLLC
114 N. Alfred Street
Alexandria, VA 22314
(571) 207-9710

2