UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 1:21-cr-40 (TNM) |
| v. | : | |
| PATRICK MCCAUGHEY III, | : | |
| Defendant. | : | June 10, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT**

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Reply to the Government's Opposition to Motion to Change Venue, ECF No. **346**. This defendant has previously adopted the underlying Motion to Change Venue and this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:     Stamford, Connecticut
               June 10, 2022

By: _Lindy R. Urso_
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 10th day of June in the year of our Lord 2022.

_____*Lindy R. Urso*_____
Lindy R. Urso