# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) **Criminal No. 1:21-CR-00040-TNM** <br> **v.** ) <br> ) <br> **FEDERICO GUILLERMO KLEIN,** ) <br> ) <br> **Defendant.** ) <br> ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant Federico Klein's Motion, it is, this ___ day of June, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**.

**SO ORDERED**

_____
The Honorable Trevor N. McFadden
United States District Court Judge