UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID LEE JUDD,<br><br>    Defendant. | Crim. Action No. 1:21-CR-40 (TNM) |

# ORDER

Upon consideration of David Judd's Motion to Join, Adopt, and Supplement defendant Morss's Motion to Compel, it is hereby

ORDERED that David Judd is permitted to join in defendant Morss's Motion to Compel (ECF No. 355). It is further

ORDERED that the government shall disclose all communications between the Department of Justice and the House Select Committee on January 6 and any and all witness transcripts produced for the Committee.

                _____
                Trevor N. McFadden
                District Judge