UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>            Defendant. | Crim. Action No. 21-40-8 (TNM) |

### STEVEN CAPPUCCIO'S MOTION TO ADOPT AND CO-JOIN MORSS'S (ECF NO. 355) AND JUDD'S (ECF NO. 358) MOTION TO COMPEL

. Steven Cappuccio, hereby moves the Court, to permit him to join defendant Robert Morss's Motion to Compel communications between the Department of Justice and the House Select Committee ("the Committee."). *See* ECF. 355. In addition to these communications, Mr. Cappuccio moves the Court to allow him to join defendant's Judd's request to compel the government to timely disclose the transcripts and depositions of witnesses produced in connection with the Committee Hearings. *See* ECF. 358

On June 23, 2022, counsel for Mr. Judd sent a written request for the transcripts. On that same day counsel for Steven Cappuccio joined via email on that request. The government has not yet responded. Undersigned counsel understands from public filings that the government has acknowledged the transcripts are

discoverable and will be producing the transcripts in another case. *See United States v. Nordean et al.* 1:21CR175, ECF. No. 414. Mr. Cappuccio moves the Court to order the same production in Mr. Cappuccio's case.

Wherefore the foregoing reasons and any others that appear to the Court, Mr. Cappuccio moves the Court to permit him to join and adopt defendant Morss's Motion to Compel and join and adopt defendants Judd's supplemental request for witness depositions and transcripts produced in connection with the House Select Committee's January 6 hearings.

Respectfully submitted:

/s/

Marina Thais Douenat
FEDERAL PUBLIC DEFENDER'S OFFICE
Western District of Texas
727 E. César E. Chávez, Suite B-207
San Antonio, TX 78206
210-472-6700
Tx State Bar 00798310
Attorney for Defendant Steven Cappuccio

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Marina Thais Douenat
Assistant Federal Public Defender