# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>Defendant. | Crim. Action No. 21-40-8 (TNM) |

## ORDER

Defendant's Motion to Adopt and Co-Join Robert Morss's Motion to Compel communications between the Department of Justice and the House Select Committee and co-join David Lee Judd's request to compel the government to timely disclose the transcripts and depositions of witnesses produced in connection with the Committee Hearings is GRANTED.

SO, ORDERED.

_____
TREVOR N. MCFADDEN
United States District Judge