# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00040-TNM |
| ) | |
| PATRICK EDWARD MCCAUGHEY, ) | |
| III ) | |
| ) | |
| Defendant ) | |
| ) | |

**ERRATA AS TO DEFENDANT DAVID MEHAFFIE'S
REPLY TO GOVERNMENT OPPOSITION TO MOTION *IN LIMINE*
NO.1— NARRATION OF VIDEO EVIDENCE**

The Amended Reply corrects an inadvertent quotation error taken from the cited case United States v. Torralba-Mendia, 784 F.3d 652 (9th Cir. 2015), and includes a mistakenly omitted citation to a quoted passage from that opinion.

Date: July 16, 2022                             Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant David Mehaffie*

1