UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States** | ) |
| | ) |
| v. | )   Criminal No. 1:21-CR-00040-TNM-9 |
| | )   Judge Trevor McFadden |
| **Federico Guillermo Klein,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, Defendant Federico Klein, by and through undersigned counsel, and respectfully asks the Court to allow the undersigned to withdraw from this matter.

The undersigned initially entered her appearance in this matter on March 7, 2021. THe same day, lead counsel Stanley Woodward also entered his appearance in this matter.

On June 21, 2021, the undersigned was offered a position with the Washington Lawyers' Committee as their Reimagining Criminal Legal System Attorney, conducting impact litigation addressing the criminal legal system and the criminalization of communities of color. The undersigned is scheduled to start on July 25, which means she will not be available to continue representing Mr. Klein in this matter.

Mr. Woodward has discussed this transition with Mr. Klein, and Mr. Klein consents to the undersigned withdraw in this matter. Mr. Woodward will continue to represent Mr. Klein.

WHEREFORE, Mr. Klein respectfully requests the Court grant the instant motion, and allow the undersigned to withdraw as counsel for Mr. Klein.

Respectfully Submitted,

_____/s/_____
Kristin L. McGough, DC Bar No. 991209
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
(202) 681-6410 (t)
(866) 904-4117 (f)
kristin@kmcgoughlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2022, I caused a copy of the foregoing to be delivered via this Court's electronic filing system to assigned Assistant United States Attorneys Jocelyn Bond and Kimberley Nielson.

_____/s/_____
Kristin L. McGough

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States** | ) |
| | ) |
| v. | ) Criminal No. 1:21-CR-00040-TNM-9 |
| | ) Judge Trevor McFadden |
| **Federico Guillermo Klein,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of attorney Kristin McGough's Motion to Withdraw as Counsel, it is this ___ day of July 2022 hereby

**ORDERED** that the appearance of Kristin McGough is **WITHDRAWN** in the above-captioned case.

_____
Judge Trevor McFadden

**Copies to**:

Jocelyn Bond
Kimberley Nielson
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
*Counsel for the United States*

Stanley Woodward
1808 Park Road NW
Washington, DC 20010
*Counsel for Federico Klein*

Kristin McGough
400 Fifth Street, N.W.
Suite 350
Washington, DC 20001
*Counsel for Federico Klein*