# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Criminal No. 1:21-CR-00040-TNM** |
| v. | ) <br> ) |
| **FEDERICO GUILLERMO KLEIN,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Federico Klein's Motion, it is, this ___ day of

_____, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**.

**SO ORDERED**

The Honorable Trevor N. McFadden
United States District Court Judge
