UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-40-TNM |
| : | |
| FREDERICO GUILLERMO KLEIN : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S POSITION ON KLEIN MOTION TO CONTINUE

Defendant Frederico Guillermo Klein seeks (ECF No. 397) to continue his trial date and to have a bench trial. The government now responds to those requests.

The government's primary concern in this matter has been, and continues to be, that the Group Two defendants be tried together. See ECF No. 277, Government's Memorandum in Opposition to Motion to Sever Defendants. The government has informed counsel for defendant Klein that it will not oppose the defendant's request for a non-jury trial. See Fed. R. Crim. Pr. 23(a)(2). However, the Government would request that, if the Court grants defendant Klein's request for a bench trial, that he still be tried with his co-defendants. The Court would serve as the finder of fact for defendant Klein, and a jury would serve as the fact finder for his co-defendants, in a simultaneous presentation of evidence.

As stated in Court on August 8, 2022, the government does not oppose defendant Klein's motion to continue his trial, for the sole reason that, at the time of the trial in this matter, Klein's counsel is scheduled to have already begun a trial before the Honorable Amit P. Mehta in *United States v. Rhodes, et. al.*, 22-cr-15.

Finally, the government is continuing discuss dispositions short of trial with the various Group Two defendants, with the expectation that any plea offers will expire on the day of the Group Two pretrial conference, August 23, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: \_\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov