UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08-TNM |
| STEVEN PHILLIP CAPPUCCIO | § § | |

UNOPPOSED MOTION TO ADOPT AND JOIN DAVID JUDD'S TO FILE PROPOSED JURY ISNTRUCTIONS AND VOIR DIRE

The defendant, STEVEN PHILLIP CAPPUCCIO, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion To File Proposed Jury Instructions and *Voir Dire*. ECF No. 414.

Mr. Cappuccio advised the Court he is willing to have a bench trial on August 15, 2022. The government does not oppose Mr. Cappuccio's request. Mr. Cappuccio's codefendants, Frederico Guillermo Klein and David Lee Judd also do not oppose having a bench trial. ECF. NO. 397 and 414.

Mr. Cappuccio therefore respectfully requests the Court permit him to join co-defendant David Lee Judd's motion to extend the time within which prosed jury instructions and *voir dire* questions are to be submitted.  ECF. No. 414.

Fed. R. Crim. P. 2.

    Respectfully submitted,

    MAUREEN SCOTT FRANCO
    Federal Public Defender

    /s/ MARINA-THAIS DOUENAT

Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No.  00798310
Tel.: 210-472-6700
Fax: 210-472-4454

## CERTIFICATE OF SERVICE

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 16th day of August 2022 filed and served the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF)  to all counsel of record.

/s/ Marina-Thais Douenat
Assistant Federal Public Defender