# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| CHRISTOPHER JOSEPH QUAGLIN, ) | |
| Defendant. ) | |

## DECLARATION OF MOIRA QUAGLIN

Pursuant to 28 U.S.C. § 1746, I, Moira Quaglin, hereby declares as follows:

1. I am the wife of Defendant Christopher Quaglin.

2. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

3. We have an infant son, Nathan, who was born eight weeks before Christopher was arrested. Nathan lives with me in the home where Christopher and I live in North Brunswick, NJ.

4. My husband Christopher has celiac disease, a very serious disease.

5. He is required to eat a strict gluten-free diet, which includes abstaining from any gluten-contaminated food.

6. As Christpoher's wife, I learned how to prepare food to meet his particular dietary needs.

7. Over the 16 months that Christpoher has been detained, I have observed from our communications that his health is rapidly and drastically deteriorating.

8. I am also a registered nurse by training and profession.

**EXHIBIT B**

9. As a nurse, I can tell from my interactions with Christopher that he is not being provided with a gluten-free diet.

10. For instance, Christopher appears to have lost as much as 45 pounds.

11. Based on my training as a medical professional and my experience living with Christopher as his wife, I attribute his drastic weight loss to the prison failing to provide him with a proper gluten-free diet.

12. I am extremely concerned for his health. I am concerned that without proper treatment Christopher may suffer further severe bodily injury or worse.

13. I currently work as a nurse case manager for 12-hour shifts on Saturday, Sunday, and Monday at a nearby hospital.

14. On Tuesday through Friday, I care for Nathan at home.

15. As a medical professional, I am fully aware of Christopher's medical conditions.

16. While Christopher has been incarcerated, my father has assisted in caring for Nathan when I am at work.

17. On August 16, 2022, my father had a tragic accident and suffered severe neck and back injuries. He had surgery on August 18.

18. I am capable of supervising Christopher if he is released into my custody.

19. In April of 2021, I was interviewed by pretrial services regarding Christopher's case.

20. At around the same time, Christopher was ordered released by the judge in New Jersey.

21. I do not have a criminal record.

**EXHIBIT B**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2022

                                                  /s/ Moira Quaglin

                                                  Moira Quaglin

**EXHIBIT B**