# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | Hon. Trevor McFadden |
| CHRISTOPHER JOSEPH QUAGLIN, | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion for Emergency Hearing on Defendant's Emergency Motion for Immediate Pretrial Release, it is hereby,

**ORDERED,** that Defendant's Motion for Emergency Hearing on Defendant's Emergency Motion for Immediate Pretrial Release is hereby **GRANTED** and

**ORDERED** that a hearing will be scheduled for Tuesday, August 23, 2022 at _____ AM/PM.

Dated: _____, 2022

_____
Judge: