CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-cr-40-8 (TNM)
)
STEVEN CAPPUCCIO )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Steven Phillip Cappuccio_
Defendant

_[signature]_
~~Counsel~~ for Defendant

I consent: _[signature]_
Assistant United States attorney

Approved: _[signature]_

Date: 8/23/22

Trevor N. McFadden
United States District Judge