UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08 |
| STEVEN PHILLIP CAPPUCCIO | § § § | |

**ORDER**

On this date came on to be considered Defendant's Motion To Amend Bond Conditions, and the Court having considered the same, is of the opinion said Motion should be GRANTED.

It is therefore ORDERED that Defendant's conditions of bond to allow Mr. Cappuccio to travel to Houston, Texas from November 22- November 26, 2022.

The defendant shall comply with all other usual and normal conditions of pretrial release.

Signed this _____ day of _____, 2022.

_____

United States District Judge
Trevor N. McFadden