## CERTIFICATE OF SERVICE

On this 10th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kaitlin Klamann*