IN THE UNITED STATES DISTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | S E A L E D |
| V. | | NO. 21-40-8(TNM) |
| STEVEN CAPPUCCIO | | |

SEALED
ORDER

On this date came on to be considered the Motion for Leave to File Steven Cappuccio's Ex Parte Application for Issuance of a Witness Subpoena, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

SO ORDERED on this the _____ day of June, 2023.

_____
HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE