IN THE UNITED STATES DISTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | S E A L E D |
| V. | § § | NO. 21-40-8(TNM) |
| STEVEN CAPPUCCIO | § § § | |

**DEFENDANT'S AMENDED MOTION FOR LEAVE TO FILE**

COMES NOW Defendant STEVEN CAPPUCCIO, by and through counsel, and respectfully files this Amended Motion for Leave to File Steven Cappuccio' s Ex Parte Application for Issuance of a Witness Subpoena.  The attached motion refers to a witness subpoena needed for trial in the above styled case set for July 10, 2023. Given the sensitive nature of this information, Mr. Cappuccio requests that this pleading and exhibit be sealed in the interest of justice.

WHEREFORE, Mr. Cappuccio requests leave to file the attached Reply and its exhibits under seal.

Respectfully Submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/S/MARINA THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas
727 E Cesar E. Chavez Boulevard
Suite B-207
San Antonio, TX 78206
State Bar of Texas # 00798310
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 28th day of June 2023 filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender