**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **Case No.: 21cr40 (TNM)** |
| | : | |
| **Patrick E McCaughey III,** | | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Gregory Rosen, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Gregory Rosen
Gregory Rosen
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Phone: (202) 252-6932
Email: gregory.rosen2@usdoj.gov