## **CERTIFICATE OF SERVICE**

On this 29th day of June 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>  */s/ Gregory Rosen*
> GREGORY ROSEN
> Assistant United States Attorney