# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | CASE NO. 21-CR-40 (TNM) |
| : | |
| **PATRICK MCCAUGHEY III, et al.** : | |
| : | |
| Defendants.    : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kimberly Paschall, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully Submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY D.C.
    D.C. Bar No. 481052

by:   /s/ *Kimberly Paschall*

BY:   KIMBERLY L. PASCHALL
    Assistant United States Attorney
    Capitol Siege Section
    D.C. Bar No. 1015665
    601 D Street, N.W.,
    Washington, D.C. 20001
    202-252-2650
    Kimberly.paschall@usdoj.gov