# ATTACHMENT H

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Lev Radin**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. My occupation is **photojournalist** and my title, if applicable, is **freelance photojournalist**. I am the custodian of the records listed below in the regular course of my occupation, and I am qualified to authenticate the records listed below hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records listed below are true duplicates of the original records in my custody or are themselves the original record. The listed records consist of:

Videos and photographs provided to the FBI on a thumb drive on 2/18/2021, as documented in the attached receipt.

I further state that:

a. all records listed in this certificate were made at or near the time of the occurrence of the matters set forth therein by me (a person with knowledge of those matters), were kept in the ordinary course of my regularly conducted business activity and occupation, and they were made by me as a regular practice of my activity in my occupation; and

b. the records listed in this certificate were generated by an electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in my custody, in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by me, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11/09/2021

Date                                    Signature