UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-40 (TNM) |
| | : | |
| CHRISTOPHER JOSEPH QUAGLIN, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Christopher Joseph Quaglin, Steven Cappuccio, and Federico Guillermo Klein, and with the concurrence of their attorneys, agree and stipulate to the following:

### *The Capitol Building and Grounds*

By law, the U.S. Capitol, which is located at First Street, S.E., in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage

1

scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.  *See* Map Outlining Restricted Area on January 6, 2021, attached as Government Exhibit 105.  These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating "Area Closed By order of the United States Capitol Police Board."

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election.  The Presidential Election had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session.   At

approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess.  Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later, the representative who had become the presiding officer in her absence declared that the House would stand in recess.  Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively.  Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### *Officers from the United States Capitol Police and Washington, D.C., Metropolitan Police Department*

On January 6, 2021, officers from the United States Capitol Police on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department responded to U.S. Capitol Grounds and the U.S. Capitol building to assist officers from the USCP who were engaged in their official duties as officers or employee of the United States or of any

agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021; the timestamps on the recordings are accurate; and the video footage was not altered or edited in any way. The video footage, contained in Government Exhibits 109, 110, 301 to 310, and 901, is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### *United States Capitol Police Handheld Cameras*

The United States Capitol Police operated handheld devices that were used to capture locations outside the U.S. Capitol building and on Capitol grounds on January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021 and the video footage was not altered or edited in any way. The video footage, contained in Government Exhibits 311 to 317, is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### *Body Worn Camera*

The body worn camera videos are created and maintained by the Metropolitan Police Department. They are accurate and were created using reliable methods. The video was not altered or edited in any way. The video footage, contained in Government Exhibit Series 400, is authentic in that it is what it purports to be. The recording software timestamps each recording with the date and time at which the footage is captured. The timestamps are accurate. The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### *Senate and House Recording Studios*

On January 6, 2021, much of the proceedings taking place on the Senate and House floors were contemporaneously recorded by the Senate Recording Studio and the House Recording Studio, respectively. The Senate Recording Studio's purpose is to serve the Senate. The House Recording Studio's purpose is to serve the House. Cameras on the Senate and House floors record activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government Exhibit 902 is a fair and accurate depiction of the events on the Senate and House floors on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Stipulated Testimony*

The parties have agreed what Lanelle Hawa's (United States Secret Service) testimony would be if called as a witness. *See* Government Exhibit 1006 and subparts. The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

The parties have agreed what Daniel Schwager's (General Counsel, Secretary of the U.S. Senate) testimony would be if called as a witness. *See* Government Exhibit 1007 and subparts. The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

### *Additional Photographs and Videos*

The events depicted in the photographs and video footage from the Government Exhibit Series 500 and 800 are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021 and the photographs and video footage were not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Additional CSPAN Footage*

On January 6, 2021, former President Donald Trump gave a speech at the Stop the Steal Rally at the Ellipse in Washington, D.C. The speech was recorded and broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government Exhibits 1001, 1002, 1003, and 1004 are fair and accurate depictions of portions of Former President Trump's speech on January 6, 2021. The video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Social Media: Christopher Joseph Quaglin*

The records from Meta Platforms, Inc. (Facebook, Instagram), Government Exhibit 701-702, are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, chats, comments, reactions, and other communication to and from the following accounts.

- Government Exhibit 701: Christopher.Quaglin, associated with phone number 732-439-6455 and email cquaglin@gmail.com, which was created and continuously operated by

Defendant Christopher Joseph Quaglin from September 24, 2018 through February 8, 2021;

- Government Exhibit 702: Chrisquuags, associated with phone number ending -6455, which was created and continuously operated by Defendant Christopher Joseph Quaglin from November 10, 2020 through February 20, 2021; and

- Government Exhibit 701.1: Chris.Quags, associated with email addresses chrisq@ampcoreelectric.com and chris851newton@gmail.com, which was created and continuously operated by Defendant Christopher Joseph Quaglin from August 18, 2020 through February 20, 2021.

Government Exhibit 701.9 is a true and accurate summary exhibit of content from Government Exhibit 701. The contents of the exhibit are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### ***Standard Protocols for Device Extraction: Christopher Joseph Quaglin***

As part of this case, the FBI performed a digital forensic extraction of Defendant Christopher Joseph Quaglin's cell phone, Government Exhibit 601. The United States and Defendant Christopher Joseph Quaglin agree and stipulate to the following:

1. Christopher Joseph Quaglin's cell phone number ended -6455 from January 1, 2020, through at least April 7, 2021.

2. On or about April 7, 2021, the FBI lawfully obtained Christopher Joseph Quaglin's cell phone and retained it as evidence in this case.

3. The FBI maintained proper chain of custody for Christopher Joseph Quaglin's cell phone throughout the pendency of this case.

4. The FBI employed proper and reliable techniques to extract the data from Christopher Joseph Quaglin's cell phone.

5. Government Exhibit 601.1 titled "Quaglin – Extracted Contents of Cell Phone" is an accurate and authentic copy of digital content extracted from Christopher Joseph Quaglin's cell phone.

6. Government Exhibits 602, and all subparts, are true and accurate copies of items extracted from Christopher Joseph Quaglin's cell phone.

### *Christopher Joseph Quaglin Identification*

The below photographs are fair and accurate depictions of Christopher Joseph Quaglin on restricted grounds outside of the U.S. Capitol building on January 6, 2021. Government Exhibits 404.8 and 804 are fair and accurate depictions of Christopher Joseph Quaglin on restricted grounds outside of the U.S. Capitol building on January 6, 2021.





### *Standard Protocols for Device Extraction: Steven Cappuccio*

As part of this case, the Federal Bureau of Investigation ("FBI") performed a digital forensic extraction of Defendant Steven Cappuccio's cell phone, Government Exhibit 610.1. The United States and Defendant Steven Cappuccio agree and stipulate to the following:

1. Steven Cappuccio's cell phone number ended -0510 from November 3, 2020, through at least August 10, 2021.

2. On or about August 10, 2021, the FBI lawfully obtained Steven Cappuccio's cell phone and retained it as evidence in this case.

3. The FBI maintained proper chain of custody for Steven Cappuccio's cell phone throughout the pendency of this case.

4. The FBI employed proper and reliable techniques to extract the data from Steven Cappuccio's cell phone.

5. Government Exhibit 610.1 titled "Cappuccio – Extracted Contents of Cell Phone" is an accurate and authentic copy of digital content extracted from Steven Cappuccio's cell phone.

6. Government Exhibits 611, 612, and 613, and all subparts, are true and accurate items from Steven Cappuccio's cell phone.

### *Steven Cappuccio Identification*

The below photographs are fair and accurate depictions of Steven Cappuccio on U.S. Capitol grounds on January 6, 2021.





### *Standard Protocols for Device Extraction: Federico Guillermo Klein*

As part of this case, the Federal Bureau of Investigation ("FBI") performed a digital forensic extraction of Defendant Federico Guillermo Klein's cell phone, Government Exhibit 620. The United States and Defendant Federico Guillermo Klein agree and stipulate to the following:

1. Federico Guillermo Klein's cell phone number was 571-331-6105 from January 1, 2020, through at least March 4, 2021.

2. On or about March 4, 2021, FBI lawfully obtained Federico Guillermo Klein's cell phone and retained it as evidence in this case.

3. FBI maintained proper chain of custody for Federico Guillermo Klein's cell phone throughout the pendency of this case.

4. FBI employed proper and reliable techniques to extract the data from Federico Guillermo Klein's cell phone.

5. Government Exhibit 620.1 titled "Klein – Extracted Contents of Cell Phone" is an accurate and authentic copy of digital content extracted from Federico Guillermo Klein's cell phone.

6. Government Exhibits 620.1, 621, 622, and 623 and all subparts, are true and accurate items from Federico Guillermo Klein's cell phone.

### *Federico Guillermo Klein Identification*

The below photographs, Government Exhibits 807 and 808, are fair and accurate depictions of Federico Guillermo Klein on restricted grounds outside of the U.S. Capitol building on January 6, 2021.





Respectfully submitted,

DATED: _____, 2023          FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
601 D Street, N.W.
Washington, D.C.
(202) 353-0521
Ashley.Akers@usdoj.gov

FOR DEFENDANT QUAGLIN

By: _____
Jonathan Gross
The Clevenger Firm
2833 Smith Avenue
Suite 331
Baltimore, MD 21209
443-813-0141
jon@clevengerfirm.com

Maria Teresa Rodriguez
P.O. Box 2176
Tarpon Springs, FL 34688
(727) 238-2342
attorneymariar@aol.com

FOR DEFENDANT KLEIN

14

By: _____
      Stanley Edmund Woodward , Jr.
      Brand Woodward Law
      1808 Park Road NW
      Washington, DC 20010
      202-996-7447
      tanley@brandwoodwardlaw.com


FOR DEFENDANT CAPPUCCIO


By: _____
      Edgar H. Holguin
      Federal Public Defender's Office
      700 E. San Antonio
      Suite D-401
      El Paso, TX 79901
      915-534-6525
      edgar_holguin@fd.org

      Marina Thais Douenat
      Federal Public Defender's Office
      Western District of Texas
      727 E Cesar E. Chavez Boulevard
      Suite B-207
      San Antonio, TX 78206
      210-472-6700
      Marina_Douenat@fd.org