UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEVEN CAPPUCCIO,
FEDERICO GUILLERMO KLEIN

CRIMINAL NO:   21-40 (TNM)

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the Court.

**Exhibits Submitted to the Court:** See exhibit lists.

_____   7/14/23
Government                  Date

_____   7/14/23
Defendant - STEVEN CAPPUCCIO   Date

_____   07/14/23
Defendant - FEDERICO GUILLERMO KLEIN   Date