# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEVEN CAPPUCCIO,

      Defendant.

Case No. 21-cr-40-8-TNM

## MR. STEVEN CAPPUCCIO'S MOTION FOR A TWO-WEEK CONTINAUINCE TO FILE A POST VERDICT MOTION FOR JUDGMENT OF ACQUITTAL

MR. STEVEN CAPPUCCIO, through his attorney, respectfully moves for a two-week continuance to file a post-verdict motion for judgment of acquittal, and would show this Honorable Court as follows:

### I.   Procedural History

Between July 10, 2023, and July 14, 2023, Mr. Cappuccio was tried before this Court on the following counts set forth in the Fifth Superseding Indictment (Doc. No. 179):

(1) 18 U.S.C. §§ 111(a)(1), 2 (Assaulting, Resisting, or Impeding Certain Officers, Aiding and Abetting) (Count 28)
(2) 18 U.S.C. §§ 111(a)(1) and (b) (Inflicting Bodily Injury on Certain Officers) (Count 29)
(3) 18 U.S.C. §§ 2111, 2 (Robbery) (Count 30)
(4) 18 U.S.C. §§ 1512(c)(2) and 2 (Obstruction of an Official Proceeding) (Count 34)

(5) 18 U.S.C. § 231(a)(3) (Civil Disorder) (Count 35)
(6) 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) (Count 42)
(7) 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) (Count 50)
(8) 40 U.S.C. §§ 5104(e)(2)(D), 2 (Disorderly Conduct in a Capitol Building) (Count 52)
(9) 40 U.S.C. §§ 5104(e)(2)(F), 2 (Act of Physical Violence in the Capitol Grounds or Buildings) (Count 53)

On July 20, 2023, this Court orally pronounced its verdict, memorializing the verdict in its written Court Verdict (Doc. No. 687) filed the next day.

In its verdict, this Court found Mr. Cappuccio not guilty as to Counts 34 and 52 and guilty as to the remaining seven counts.

On July 21, 2023, counsel for Mr. Cappuccio requested a seven-day expedited transcript of the trial and verdict. On that same day the court reporter informed counsel that she would be starting a three-week trial and would not be able to have the transcript completed within seven days.

The court reporter was able to produce a transcript of the oral verdict by July 26, 2023, but has not yet finished the trial transcript.

## II.

Federal Rule of Criminal Procedure 29(c)(1) provides "A defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a

guilty verdict." As the trial transcript is a necessary component of the post-verdict motion for judgment of acquittal, the motion if timely filed will be incomplete.

Counsel is requesting under Federal Rule of Criminal Procedure 45(b)(1) an extension of two weeks to file the post-verdict motion for judgment of acquittal to obtain the complete trial transcript.

FOR THESE REASONS, Steven Cappuccio prays this Honorable Court will grant him an extension of two weeks to file a post-verdict motion for judgement of acquittal.

Respectfully submitted,

Maureen Scott Franco
Federal Public Defender


        /S/
MARINA THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas
727 E Cesar E. Chavez Boulevard
Suite B-207
San Antonio, TX 78206
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 2nd day of August 2023 filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender