# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>        Defendant. | Case No. 21-cr-40-8-TNM |

## O R D E R

On this date came on to be considered Steven Cappuccio's Motion for a two-week continuance to file a post-verdict motion for judgement of acquittal, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

SO ORDERED on this the _____ day of August, 2023.

_____
TREVOR N. MCFADDEN
United States District Judge