UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-40-08-TNM |
| STEVEN PHILLIP CAPPUCCIO | § § § | |

**PROPOSED ORDER**

Upon consideration of Defendant Steven Cappuccio post-verdict motion for judgement of acquittal notwithstanding the verdict, it is, this ___ day of _____, 2023, hereby:

ORDERED that Defendant Cappuccio's Motion is GRANTED.

SO ORDERED

_____

The Honorable Trevor N. McFadden

United States District Court Judge