IN THE UNITED STATES DISTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § § | |
|---|---|---|
| V. | § § | NO. 21-40-8(TNM) |
| | § | |
| STEVEN CAPPUCCIO | § § § | |

## DEFENDANT STEVEN CAPPUCCIO'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Defendant STEVEN CAPPUCCIO, by and through his counsel of record, and respectfully requests that this Honorable Court vacate this sentencing currently set for October 19, 2023.

Counsel for Mr. Cappuccio has several trials scheduled for the week of October 16, 2023. On October 19, 2023, Counsel is also set for sentencing in the following cases, *United States v. Jeffrey Lynn Haag* 18-CR-877-OLG and *United States v. Cecilio Vasquez*, 22-CR-207-OLG, including a pretrial conference in *US v. David Davalos*, 22-CR-378.

In Early August, Counsel forwarded all the pretrial forms for Mr. Cappuccio to fill out at the DC jail. Mr. Cappuccio mailed the forms back in a self-addressed stamped envelope, but we have yet to receive them. Counsel hopes those will be received by next week, and will then forward them to probation to assist in the preparation of the presentencing report.

Counsel has conferred with the government, AUSA Laura Hill, who is unopposed to a 60-day continuance.

WHEREFORE, Mr. Cappuccio respectfully requests a 60-day continuance of his sentencing hearing.

Respectfully Submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/S/
MARINA THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas
727 E Cesar E. Chavez Boulevard
Suite B-207
San Antonio, TX 78206
State Bar of Texas # 00798310
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 8th day of September 2023 filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ MARINA-THAIS DOUENAT
Assistant Federal Public Defender