IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

_____

UNITED STATES,                          )
                                        )
                                        )
          v.                            )     Crim. No. 1:21cr00040 - TNM - 6
                                        )
GEOFFREY SILLS,                         )
          Defendant.                    )
_____)

ORDER

Defendant Geoffrey Sills having so moved, good cause having been shown and the

government having no objection, it is hereby

ORDERED that sentencing of this matter be and hereby is continued from March 21,

2023 to _____, 2023 at _____.


Date: _____                    _____
                                        HON. TREVOR N. McFADDEN
                                        United States District Judge

1