UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN CAPPUCCIO,<br><br>     Defendant. | Case No. 21-cr-40-8-TNM |

**SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

 Mr. Steven Cappuccio, by and through his undersigned counsel, files this Supplemental Sentencing Memo, supplementing his prior Sentencing Memo filed in this case, drawing the Court's attention to additional facts and circumstances for the Court's consideration so that it can fashion a sentence that is sufficient, but not greater than necessary to accomplish the sentencing goals pursuant to 18 U.S.C. §3553(a) in anticipation of his sentencing hearing set for November 3, 2023. Included with this supplemental is a character letter from Mr. Albert Ramirez, an elder in Mr. Cappuccio's church. *See* Exhibit 1.

 In sentencing Mr. Cappuccio, we are asking the court to consider the unique circumstances faced by veterans like Mr. Cappuccio, as well as the underlying

1

reasons why Veterans Court were designed in the first place. By doing so, we can recognize the shortcomings of incarceration as a solution and advocate for an alternative approach that prioritizes rehabilitation and support.

Veterans Court have been specifically designed to address the distinct challenges faced by those who have served our country. These individuals, like Mr. Cappuccio, often return from military service with physical injuries, mental health issues, and deep psychological trauma resulting from their experiences. Ten federal districts and many state courts have created these specialized courts, that acknowledge the sacrifices made by veterans and aim to offer them a path to recovery rather than punitive measures.

Incarceration alone does not address the underlying issues that contribute to criminal behavior among veterans. It fails to recognize the impact of their service on their mental health and well-being. By treating Mr. Cappuccio as if he were in a Veterans Court, we can provide him with the support, resources, and specialized services necessary for his rehabilitation.

Rehabilitation, rather than punishment, is the key to breaking the cycle of criminal activity. By offering Mr. Cappuccio access to mental health services, counseling, and treatment programs tailored to his specific needs as a veteran, we can address the root causes of his actions. This approach not only benefits Mr.

Cappuccio but also society, as it increases the likelihood of successful reintegration and reduces the risk of recidivism.

Mr. Cappuccio has come to a profound realization regarding his actions on January 6th. Filled with remorse and a genuine desire to make amends, he has shown a remarkable willingness to engage in restorative justice. Recognizing the profound impact his actions had on Officer Hodges' well-being and the trauma he must have experienced; Mr. Cappuccio now seeks to actively contribute to his healing process. With humility and sincerity, he hopes to establish a path towards reconciliation, acknowledging the importance of taking responsibility and working earnestly to repair the harm caused.

For all the foregoing reasons set forth in the original memorandum in aid of sentencing and this supplemental, Mr. Cappuccio respectfully submits that the advisory guideline range is more than necessary to accomplish the goals of the sentencing statute and requests a downward variance or departure.

Respectfully submitted,

Maureen Scott Franco
Federal Public Defender
　　/S/
MARINA THAIS DOUENAT
Assistant Federal Public Defender
Western District of Texas

300 Convent, Suite 2300

San Antonio, TX 78205

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Marina-Thais Douenat, Assistant Federal Public Defender for the Western District of Texas, hereby certify that on the 18th day of October 2023 filed the foregoing supplemental sentencing memorandum with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ MARINA-THAIS DOUENAT