October 16, 2023

TO THE HONORABLE TREVOR N. MCFADDEN

FROM  ALBERT RAMIREZ
     429 Seminole Dr,
     Cibolo, TX 78108

SUBJECT:  Letter of Support for Steven Cappuccio

Dear Honorable Trevor N. McFadden,

I extend my heartfelt appreciation for your valuable time dedicated to reviewing my Letter of Support for Steven Cappuccio. I am Albert Ramirez, a friend to Steven and Jennifer Cappuccio, and I proudly served in the United States Air Force for two decades. Today, I write to you with an earnest plea, filled with utmost sincerity, regarding the case of my dear friend, Steven Cappuccio, who presently awaits a sentencing decision.

My association with Steven spans back to 2013, during which time I have borne witness to his unwavering devotion to his family and friends. Steven embodies the virtues of compassion, resilience, and unwavering dedication. Notably, he served our nation with honor in the United States Army, and I personally witnessed his success over significant obstacles while seeking treatment for post-traumatic stress disorder after he separated from active-duty service. His commitment to his family, including his wife Jennifer Cappuccio and their six children – Sabastian, Hunter, Penelope, Pe'a, Harlow, and Declan – is admirable. Together, they strive not only to be responsible parents but also to serve as pillars of support to their family and friends.

While I hold deep reverence for the foundational principles of our legal system, I am equally conscious that each case carries its own unique circumstances, warranting meticulous consideration. I respectfully implore the court to contemplate the possibility of a punishment that does not entail prolonged confinement. The ramifications of Steven's continued incarceration extend well beyond his own life; they profoundly affect his family, who depend on his emotional and financial support. I wholeheartedly believe that affording Steven an opportunity to rebuild his life, make amends for past mistakes, and contribute positively to society is an endeavor that merits consideration. Furthermore, I ask the court to acknowledge Steven's service to our country as a combat-deployed veteran—a sacrifice he willingly embraced for the greater good of our nation. I humbly ask that we honor his service before reaching a decision that might have long lasting consequences on his life.

Jennifer and Steven are devoted parents and active participants in our church community, perpetually spreading joy to those around them. It is worth noting that during Steven's house arrest, he diligently adhered to the terms of confinement, underscoring his commitment to abide by the court's rules. I trust Steve, and I possess faith that, if granted the opportunity, Steven will earnestly embark on the path of rehabilitation.

I remain at your disposal to provide any additional information or support that may substantiate Steven's case for leniency. Please do not hesitate to contact me, Albert Ramirez, at 210-243-9736

or via email at dreamhomesbyfaith@gmail.com, should further details or character references be required.

In conclusion, I extend my heartfelt gratitude for your thoughtful consideration of my earnest request. I sincerely hope that you will discern the potential for positive transformation within Steven and grant him the opportunity to rebuild his life, thus enabling him to make meaningful contributions once again to our society.

With profound sincerity,

Albert Ramirez