| Defendant | Charges | Ct. SG Cal. | Gov. Rec. | Before Jan. 6 | Before and After LWT Tunnel | Time in Tunnel | Sent. |
|---|---|---|---|---|---|---|---|
| David Mehaffie<br><br>**Bench Trial** | 111(a)(1) and 2; 231(a)(3); 5104(e)(2)(D), 2; 5104(e)(2)(F), 18:2 | **6-12** | 64 | Had gone to several political protests. | **Over 70 minutes on Capitol Grounds.**<br>@2:28 heads towards tunnel. One of the 1st rioters to bang on the glass doors @ LWT. | 2:40pm-3:18pm<br>**38 minutes**<br><br>26 minutes coordinating activities at the front of the tunnel. | 14 |
| David Lee Judd<br><br>**Stipulated Bench Trial** | 111(a)(1) and (b); 1512(c)(2) and (2) | **87-108** | 90 | Posted on social media that he wanted a ride to "fight to save our Country." | **Over 2 hours on Capitol Grounds**<br><br>Led, coordinated, and otherwise participated in efforts to breach the police line and enter the West Tunnel; | 2:56pm-4:47pm<br>**1 hour and 51 minutes**<br><br>Passed items into the tunnel to be used as weapons.<br><br>Threw a firecracker into the West Tunnel.<br><br>One of the last to be escorted off Capitol grounds. | 32 |
| Tristan Stevens<br><br>**Bench Trial** | 111(a)(1) and 2<br>231(a)(3)<br>5104(e)(2)(D),<br>5104(e)(2)(F),<br>111(a)(1)<br>1752(a)(2)<br>1752(a)(4) | **41-51** | 78 | | **Over 2 hours and 30 minutes.**<br><br>Was there before police line broke. Yelled, "Do you know what happens when you commit treason? You get tied up to a post and shot for being a traitor." | 2:49-4:47pm re-entered<br>**Almost 2 hours in the tunnel total.**<br><br>Grabbed a shield and pushed it into Sergeant AG. | 60 |
| Geoffrey Sills<br><br>**Stipulated Bench Trial** | 2111 and 2;<br>111(a)(1) and (b);<br>1512(c)(2) and 2 | **57-71** | 108 | Bought items at a store that sells body armor, weapons, gas masks. | **Over 90 minutes on Capitol Grounds.**<br><br>Joined the line of rioters that pushed the police back off their line; threw several pole-like objects at the officers as they retreated. Intended to stop or prevent | 2:40-3:19pm<br>**39 minutes**<br><br>Forcefully wrestled away an officer's baton from Officer C.W.<br><br>Pointed a flashing strobe light at the police line, disorienting officers; over the course of 6 minutes. | 52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Congress from certifying the Electoral College

Created an account with Zello, a "push-to-talk" walkie talkie application on January 6.

In his home were tactical style gloves with knuckle protection, black googles, a black flashlight with strobe function, a black gas mask, and a black riot-style baton, consistent with the one stolen from Officer C.W. | Used the extended baton to repeatedly strike at officers on the police line; 1 of those strikes struck Officer V.B.'s left arm while Officer V.B. was struggling with another rioter.

Officer V.B. sustained multiple bruises from

Officer V.B. recalled being struck on the head at 1 point by the baton wielded by Sills.

Hit Officer C.W. from whom he stole the baton minutes before. | |
| Patrick McCaughey

**Bench Trial** | 111(a)(1) and 2; 111(a)(1) and (b); 1512(c)(2) and 2; 231(a)(3); 1752(a)(2) and (b)(1)(A); 1752(a)(4) and (b)(1)(A); 5104(e)(2)(D), 2; 5104(e)(2)(F) | **151-188** | 188 | Had been to political protests before in DC. | **70 minutes on Capitol Grounds**

Arrived on Capitol grounds at 2:06 yelling, "go home." Was there when police line collapsed. | 2:50-3:15pm
**25 minutes**
3:07pm -Acquired a police riot shield. Uses shield to crush Officer DH into a metal doorframe.
Assaulted Officer F with the riot shield as they were being pushed back. | 90 |
| Robert Morss

**Stipulated Bench Trial** | 2111 and 2
111(a)(1) and 2
1512(c)(2) and 2 | **57-71** | 109 | Texted about being prepared for violence at the Capitol two days before Jan. 6.

Came in camo with a tactical vest filled with | **Over 2 hours on Capitol Grounds.**

Fought officers on the front west terrace and assisted in breaking the police line. | 2:57pm-3:14pm
**17 minutes**
Ripped a shield from officers | 66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | armored plates Had a knife, scissors and googles. | At 3:48pm climbs through broken window into Capitol and took furniture, a chair out, through the window.<br><br>Wrote on iPhone notes "[y]ou ask if I regret my involvement and what happened on the sixth my answer is resounding no." | | |
| Guillermo Klein<br><br>**Bench Trial** | **(7X) 111(a)(1);** 1512(c)(2) and 2; 231(a)(3); 1752(a)(2) and (b)(1)(A); 1752(a)(4) and (b)(1)(A); 5104(e)(2)(D), 2; 5104(e)(2)(F) | | 120 | Text messages about stolen elections. | **Over 2 hours on Capitol Grounds.**<br><br>**Assaulted 7 different officers throughout the day.**<br><br>3:42pm-4:10pm pushed against officers on the front of a line suing stolen police shield. | 2:43pm -3:19pm<br>**42 minutes**<br><br>Assaulted officers with a riot shield I the tunnel. | |
| Steven Cappuccio<br><br>**Bench Trial** | 111(a)(1) and 2; 111(a)(1) and (b); 2111<br>231(a)(3);<br>1752(a)(2) and (b)(1)(A);<br>1752(a)(4) and (b)(1)(A);<br>5104(e)(2)(F) | 97-121 | 121 | Invited to rally by high school friend. His friend stopped at Walmart to by googles. | **Less than 45 minutes on Capitol Grounds.** | 3:08pm-3:13pm<br>**5 minutes**<br><br>3:15pm Leaves Capitol grounds | |