**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-40 (TNM)** |
| **v.** : | |
| : | |
| **STEVEN CAPPUCCIO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States, by and through the United States Attorney, hereby files a Victim Impact Statement submitted by Metropolitan Police Department Officer Daniel Hodges. The Statement is attached to this filing as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   *Laura Hill*
LAURA HILL
Trial Attorney, Detailed
NV Bar No. 13894
175 N Street, NE
Washington, DC 20002
202-514-7900
Laura.E.Hill@usdoj.gov