1
<center>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
</center>

2   _____

3   United States of America,   ) Criminal Action
                                  ) No. 1:21-cr-0040-TNM-8, 9

4                Plaintiff,   )
                                  )

5   vs.                          ) **Bench Trial (Day 2)**
                                  )

6   Steven Cappuccio and Federico  )
Guillermo Klein,              ) Washington, D.C.

7                                     ) **July 11, 2023**
              Defendants.  ) Time:  9:30 a.m.

8   _____

9   <center>**Transcript of Bench Trial (Day 2)
Held Before**</center>

10  <center>**The Honorable Trevor N. McFadden
United States District Judge**</center>

11

12  <center>A P P E A R A N C E S</center>

13  For the Government:     **Ashley Akers
                             Kaitlin Klamann**

14                               **Laura E. Hill**
                             UNITED STATES ATTORNEY'S OFFICE

15                               FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest

16                               Washington, D.C. 20579

17  On Behalf of the Defendant Steven Cappuccio:
                             **Marina T. Douenat**

18                               FEDERAL PUBLIC DEFENDER'S OFFICE
                             Western District of Texas

19                               727 E. Cesar E. Chavez Boulevard
                             San Antonio, Texas 78206

20                               **Edgar H. Holguin**

21                               FEDERAL PUBLIC DEFENDER
                             Western District of Texas

22                               700 East San Antonio, Suite D-401
                             El Paso, Texas 79901

23

24

25

1              A P P E A R A N C E S (continued)

2    On Behalf of the Defendant Federico Guillermo Klein:
                         **Stanley E. Woodward, Jr.**
3                         BRAND WOODWARD LAW, LP
                         400 Fifth Street, Northwest
4                         Washington, D.C. 20001

5    _____

     Stenographic Official Court Reporter:
6                         Nancy J. Meyer
                         Registered Diplomate Reporter
7                         Certified Realtime Reporter
                         333 Constitution Avenue, Northwest
8                         Washington, D.C. 20001
                         202-354-3118

9

     Proceedings recorded by mechanical stenography.  Transcript
10   produced by computer-aided transcription.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     **I N D E X**

2                                                   <u>PAGE</u>:

3     **<u>Witnesses</u>:**

4     <u>Omar Forrester</u>
          Direct Examination, Continuing, By Ms. Akers..... 275
5          Cross-Examination By Mr. Woodward................ 298
     <u>William Bogner</u>
6          Direct Examination By Ms. Akers.................. 311
     <u>Daniel Hodges</u>
7          Direct Examination By Ms. Akers.................. 370
          Cross-Examination By Ms. Douenat ................ 417
8          Redirect Examination By Ms. Akers................ 458

9

10    **<u>Exhibits Admitted</u>:**

11        Government Exhibit 301........................... 271
         Government Exhibit 403.7......................... 271
12       Government Exhibit 403.8......................... 271
         Government Exhibit 405........................... 271
13       Government Exhibit 405.1......................... 271
         Government Exhibit 405.2......................... 271
14       Government Exhibit 405.3......................... 271
         Government Exhibit 405.4......................... 271
15       Government Exhibit 409........................... 328
         Government Exhibit 428........................... 330
16       Government Exhibit 428.1......................... 331
         Government Exhibit 428.2......................... 331
17       Government Exhibit 428.3......................... 331
         Government Exhibit 428.4......................... 331
18       Government Exhibit 428.5......................... 331
         Government Exhibit 428.6......................... 331
19       Government Exhibit 428.7......................... 331
         Government Exhibit 428.8......................... 331
20       Government Exhibit 428.9......................... 331
         Government Exhibit 429........................... 271
21       Government Exhibit 429.1......................... 271
         Government Exhibit 429.2......................... 271
22       Government Exhibit 429.3......................... 271
         Government Exhibit 501.54........................ 271
23       Government Exhibit 501.58........................ 278
         Government Exhibit 508........................... 310
24       Government Exhibit 509........................... 310
         Government Exhibit 510.3......................... 271
25       Government Exhibit 510.5......................... 271
         Government Exhibit 510.6......................... 271

1

<center>**I N D E X** (continued)</center>

2

                                                                PAGE:

**Exhibits Admitted**: (continued)

3

        Government Exhibit 512.......................... 361
4       Government Exhibit 512.1........................ 361
        Government Exhibit 512.2........................ 361
5       Government Exhibit 512.3........................ 361
        Government Exhibit 515.......................... 297
6       Government Exhibit 515.2........................ 297
        Government Exhibit 515.3........................ 271
7       Government Exhibit 515.4........................ 297
        Government Exhibit 515.5........................ 297
8       Government Exhibit 610.......................... 271
        Government Exhibit 611.......................... 271
9       Government Exhibit 611.1........................ 271
        Government Exhibit 611.10....................... 272
10      Government Exhibit 611.11....................... 272
        Government Exhibit 611.12....................... 272
11      Government Exhibit 611.13....................... 272
        Government Exhibit 611.14....................... 272
12      Government Exhibit 611.15....................... 272
        Government Exhibit 611.16....................... 272
13      Government Exhibit 611.17....................... 272
        Government Exhibit 611.18....................... 272
14      Government Exhibit 611.19....................... 272
        Government Exhibit 611.2........................ 271
15      Government Exhibit 611.20....................... 272
        Government Exhibit 611.21....................... 272
16      Government Exhibit 611.22....................... 272
        Government Exhibit 611.23....................... 272
17      Government Exhibit 611.24....................... 272
        Government Exhibit 611.25....................... 272
18      Government Exhibit 611.26....................... 272
        Government Exhibit 611.27....................... 272
19      Government Exhibit 611.28....................... 272
        Government Exhibit 611.29....................... 272
20      Government Exhibit 611.3........................ 271
        Government Exhibit 611.30....................... 272
21      Government Exhibit 611.31....................... 272
        Government Exhibit 611.32....................... 272
22      Government Exhibit 611.33....................... 272
        Government Exhibit 611.34....................... 272
23      Government Exhibit 611.35....................... 272
        Government Exhibit 611.35....................... 272
24      Government Exhibit 611.37....................... 272
        Government Exhibit 611.38....................... 272
25      Government Exhibit 611.39....................... 272
        Government Exhibit 611.40....................... 272

1                          **I N D E X** (continued)

2                                                              PAGE:

    **Exhibits Admitted**: (continued)
3
        Government Exhibit 611.4........................... 271
4       Government Exhibit 611.41.......................... 272
        Government Exhibit 611.5........................... 271
5       Government Exhibit 611.7........................... 272
        Government Exhibit 611.8........................... 272
6       Government Exhibit 611.9........................... 272
        Government Exhibit 612............................. 272
7       Government Exhibit 612.1........................... 272
        Government Exhibit 612.10.......................... 272
8       Government Exhibit 612.11.......................... 272
        Government Exhibit 612.12.......................... 272
9       Government Exhibit 612.13.......................... 272
        Government Exhibit 612.14.......................... 272
10      Government Exhibit 612.15.......................... 272
        Government Exhibit 612.16.......................... 272
11      Government Exhibit 612.17.......................... 272
        Government Exhibit 612.18.......................... 272
12      Government Exhibit 612.19.......................... 272
        Government Exhibit 612.2........................... 272
13      Government Exhibit 612.20.......................... 272
        Government Exhibit 612.21.......................... 272
14      Government Exhibit 612.22.......................... 272
        Government Exhibit 612.23.......................... 272
15      Government Exhibit 612.24.......................... 272
        Government Exhibit 612.25.......................... 272
16      Government Exhibit 612.26.......................... 272
        Government Exhibit 612.27.......................... 272
17      Government Exhibit 612.28.......................... 272
        Government Exhibit 612.29.......................... 272
18      Government Exhibit 612.3........................... 272
        Government Exhibit 612.30.......................... 272
19      Government Exhibit 612.31.......................... 272
        Government Exhibit 612.32.......................... 272
20      Government Exhibit 612.33.......................... 272
        Government Exhibit 612.34.......................... 272
21      Government Exhibit 612.35.......................... 272
        Government Exhibit 612.36.......................... 272
22      Government Exhibit 612.37.......................... 272
        Government Exhibit 612.38.......................... 272
23      Government Exhibit 612.39.......................... 272
        Government Exhibit 612.4........................... 272
24      Government Exhibit 612.40.......................... 272
        Government Exhibit 612.41.......................... 272
25      Government Exhibit 612.48.......................... 272
        Government Exhibit 612.49.......................... 272

1                    **I N D E X** (continued)

2                                                          PAGE:

   **Exhibits Admitted**: (continued)
3

        Government Exhibit 612.5......................... 272
4       Government Exhibit 612.50........................ 272
        Government Exhibit 612.51........................ 272
5       Government Exhibit 612.6......................... 272
        Government Exhibit 612.7......................... 272
6       Government Exhibit 612.8......................... 272
        Government Exhibit 612.9......................... 272
7       Government Exhibit 613........................... 272
        Government Exhibit 846........................... 415
8       Government Exhibit 847........................... 415
        Government Exhibit 848........................... 415
9       Government Exhibit 1011.......................... 283
        Government Exhibit 1030.......................... 272
10      Government Exhibit 1031.......................... 272
        Government Exhibit 1032.......................... 272

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

1    THE COURTROOM DEPUTY:  Your Honor, this is Criminal

2    Case 21-40, the United States of America v. Steven Cappuccio

3    and Federico Klein.

4        Counsel, please come forward to identify yourselves for

5    the record, starting with the government.

6        MS. AKERS:  Good morning, Your Honor.  Ashley Akers

7    on behalf of the United States.  With me in the courtroom is

8    Kaitlin Klamann, Laura Hill, my co-counsel; paralegal

9    specialist Kyle Clements; and our Special Agents

10   Jon Comottor -- and Ben Fulp will be in the courtroom as well.

11       THE COURT:  Good morning, folks.

12       MS. DOUENAT:  Good morning, Your Honor.  Marina

13   Douenat and Edgar Holguin on behalf of Mr. Steven Cappuccio.

14   We're present and ready.

15       THE COURT:  Good morning, Ms. Douenat.  Good morning,

16   Mr. Holguin.  And good morning, Mr. Cappuccio.

17       MR. WOODWARD:  Good morning, Your Honor.  Stanley

18   Woodward on behalf of Federico Klein.

19       Mr. Klein is not present.  I will waive his appearance

20   so we can start this morning.  And then if we want to find time

21   at a break -- I don't have an excuse to proffer for him.  And

22   so I'm sure the Court will be interested in why he was late

23   today.

24       THE COURT:  Yes, I will.

```
 1            All right.  Let's get started, in light of your
 2       willingness to waive his presence.
 3            Ms. Akers, I believe you were in the middle of a direct
 4       examination.
 5                 MS. AKERS:  Yes.
 6            As a preliminary matter, Your Honor, the parties have
 7       reached a number of stipulations that I think will help
 8       expedite --
 9                 THE COURT:  Great.
10                 MS. AKERS:  -- some of our testimony today.
11            So I just wanted to read these into the record, and I
12       won't read the whole stipulation.  We're offering the packet of
13       stipulations as Exhibit 1, and we'll mark them as such and
14       submit them to the Court.
15            There's an exhibit for the Senate and House recording
16       studios, a Senate -- or excuse me.  An exhibit for the
17       stipulated testimony of Lanelle Hawa from the United States
18       Secret Service and to Daniel Schwager's testimony, who was the
19       general counsel to the Secretary of the U.S. Senate.
20            We're also offering a stipulation regarding
21       United States Capitol Police handheld cameras; a stipulation as
22       to Steven Cappuccio's identification; a stipulation to the
23       standard protocols for the device extraction -- that is, a
24       cell phone of Steven Cappuccio.  And those will be offered in
25       the zero series.
```

1          We also are going to move to admit a number of exhibits

2     that the parties have agreed on.  The parties move to admit

3     Government Exhibit 301, 305.5, 305.6, 306 --

4              THE COURT:  I'm sorry.  305.5, -.6, those are already

5     in.

6              MS. AKERS:  Okay.  I'm going to go along with you so

7     I don't repeat.

8          403.7, 403.8, 405, 405.1, 405.2, 405.3, 405.4, 429,

9     which is already admitted, but we're also going to move to

10    admit 429.1, -.2, and -.3.

11         And then Government Exhibit 501 is also already

12    admitted, but some underlying exhibits to that include 501.54.

13         Government Exhibit 508, Government Exhibit 509,

14    Government Exhibit 509.9, which actually is already admitted.

15         Government Exhibit 510.3 and 510.5, 510.6, Government

16    Exhibit 515.3, Government Exhibit 610, 611.  And then there's

17    611.1 all the way through -.41.  Would you like me to list

18    those?

19              THE COURT:  No.

20              MS. AKERS:  Okay.  Government Exhibit 612.  And then

21    there's also 612.1 through -.41, which are components of

22    Mr. Cappuccio's cell phone.  So we'll move all of those in.

23         Government Exhibit 613, Government Exhibit 612.48

24    to -.51.  And then, finally, Government Exhibit 1030, 1031, and

25    1032.

1          THE COURT:  All right.  Ms. Douenat; is that correct?

2          MS. DOUENAT:  That's correct.  No objections.

3          THE COURT:  And Mr. Woodward, do you agree?

4          MR. WOODWARD:  Court's very brief indulgence.  That

5     was a lot of exhibits.

6          THE COURT:  That was.

7          MR. WOODWARD:  Assuming Exhibits 508 and 509 don't

8     concern Mr. Klein, then I don't have any objections.

9          THE COURT:  All right.  Is that correct, Ms. Akers?

10          MS. AKERS:  Let me check really quick, Your Honor.

11     There are two open-source videos in the tunnel.  So they may

12     very well depict Mr. Klein.

13          MR. WOODWARD:  This is the -- this is the Cantwell

14     video?

15          MS. AKERS:  One of the videos does overlap with your

16     client in the tunnel, at least for 40 seconds.  So I can't

17     represent that it doesn't have anything to do with him.

18          MR. WOODWARD:  Okay.  Then we'll ask that the

19     Government authenticate the video through the officers as

20     they've been doing.  We'll object.

21          THE COURT:  So that's 508 and 509?

22          MR. WOODWARD:  Yes, sir.

23          THE COURT:  Okay.  All right.

24          (Government Exhibit 301, 403.7, 403.8, 405, 405.1,

25     405.2, 405.3, 405.4, 429, 429.1, 429.2, 429.3, 501.54, 510.3,

```
1    510.5, 510.6, 515.3, 610, 611, 611.1, 611.2, 611.3, 611.4,
2    611.5, 611.6, 611.7, 611.8, 611.9, 611.10, 611.11, 611.12,
3    611.13, 611.14, 611.15, 611.16, 611.17, 611.18, 611.19, 611.20,
4    611.21, 611.22, 611.23, 611.24, 611.25, 611.26, 611.27, 611.28,
5    611.29, 611.30, 611.31, 611.32, 611.33, 611.34, 611.35, 611.36,
6    611.37, 611.38, 611.39, 611.40, 611.41, 612, 612.1, 612.2,
7    612.3, 612.4, 612.5, 612.6, 612.7, 612.8, 612.9, 612.10,
8    612.11, 612.12, 612.13, 612.14, 612.15, 612.16, 612.17, 612.18,
9    612.19, 612.20, 612.21, 612.22, 612.23, 612.24, 612.25, 612.26,
10   612.27, 612.28, 612.29, 612.30, 612.31, 612.32, 612.33, 612.34,
11   612.35, 612.36, 612.37, 612.38, 612.39, 612.40, 612.41, 612.48,
12   612.49, 612.50, 612.51, 613, 1030, 1031, and 1032 admitted into
13   evidence.)
14            THE COURT:  Ms. Akers, you may proceed.
15            MS. AKERS:  And with that, we will recall Officer
16   Forrester, who's on his way up to the courtroom, I'm told.
17        We have another preliminary matter, Your Honor.
18            THE COURT:  Okay.
19            MS. AKERS:  The defense has requested that one of the
20   experts be heard by Zoom.  The government's position of
21   preference would be that the expert would testify in court so
22   he would be subject to a cross-examination in a typical manner,
23   if he's permitted to testify.  We did file a motion this
24   morning.  So if the Court does not grant our motion to exclude
25   his testimony, our request would be that he be required to
```

```
 1    appear in person.

 2              THE COURT:  All right.  I did see you filed a motion.

 3    I haven't had a chance to read it.  Let's talk about that this

 4    afternoon, and we can discuss those scheduling issues as well.

 5              MS. AKERS:  Sounds good.

 6              MS. DOUENAT:  Absolutely.  I would like an ability to

 7    respond to the motion.  I haven't looked at it either.

 8              THE COURT:  Yeah.  Let's take this up this afternoon.

 9              MS. DOUENAT:  Thank you.

10              MS. AKERS:  And just for the Court's awareness, there

11    will be another motion forthcoming, if not already, that's

12    filed under seal because it relates to the other expert and

13    medical conditions.

14              THE COURT:  Okay.

15              MS. AKERS:  And so that should be on the docket at

16    any time.  So you'll receive that as well.

17              MS. DOUENAT:  So we'll be getting a copy if it's

18    under seal?

19              MS. AKERS:  Of course.

20              MS. DOUENAT:  Okay.  Great.

21              THE COURT:  So, Ms. Akers, I've got -- I think the

22    515 series, you moved to -- or suggested there might be

23    stipulations on moving those into evidence yesterday, but I

24    don't think there was, at least from Mr. Klein.  So I've got

25    515.3 and -- but not the others.
```

1          MS. AKERS:  Okay.  We would move -- I believe 515 is

2     in -- is that correct? -- the overarching videos.

3          THE COURT:  I didn't have that in.  Ms. Chaclan, do

4     you have that in?

5          THE COURTROOM DEPUTY:  (Shakes head.)

6          MS. AKERS:  No.  Okay.

7      At this time the government would move to admit

8     Government Exhibit 515, 515.2, -.4, and -.5, which

9     Officer Forrester testified to yesterday and identified

10     himself.

11          THE COURT:  Any objection, Mr. Woodward?

12          MR. WOODWARD:  Objection.  Sorry.

13          THE COURT:  On what basis?

14          MR. WOODWARD:  I didn't hear those numbers.

15          THE COURT:  515, 515.2, 515.4, and 515.5.

16          MR. WOODWARD:  I think our position is, if it's not

17     already obvious with the open-source videos, we have concerns

18     about the way that the government has been admitting these and

19     in some other cases.  So we'd like the government to

20     authenticate them.

21      We understand the Court is going to overrule our

22     objections, but for purposes of a record, if we could just do

23     it the way we've been doing it yesterday.  The government can

24     show the officer the video.  We'll object.  We don't anticipate

25     that the Court will sustain our objection, but we'll have a

275

1     clear record that way.

2               THE COURT:  Yeah.  So -- and that's with this

3     officer; right?

4               MS. AKERS:  Yeah.  We've already showed it, but we

5     can show the video again.

6               THE COURT:  I think -- yeah, because I don't think --

7               MS. AKERS:  Since I failed to move it, apparently.

8     Yep.  Thank you.

9          And I just received word that the officer is locking his

10    gun up with the marshals.  So he should be up here at any

11    moment, and I apologize for the delay.

12              THE COURT:  All right.  Officer, I'll remind you

13    you're still under oath.

14              THE WITNESS:  Good morning.  Yes, sir.

15              MS. AKERS:  And I'll just note for the record,

16    Your Honor, that Mr. Klein is now in the courtroom.

17              THE COURT:  Okay.  Thank you.

18                   DIRECT EXAMINATION, continuing

19    BY MS. AKERS:

20    Q.  Good morning, Officer.

21    A.  Good morning, ma'am.  How are you?

22    Q.  Let's pick up where we left off yesterday.  We watched

23    yesterday afternoon body-worn-camera footage.  Do you recall

24    that?

25    A.  Yes, ma'am.

FORRESTER - DIRECT

1    Q.  And you testified that a man was spraying a can of what you

2    said was OC spray at you; is that correct?

3    A.  Yes, ma'am.

4    Q.  All right.  Let's pull up Government Exhibit 433.5, just to

5    reorient ourself on timing.

6    A.  Yes, ma'am.

7    Q.  Which is a photo.  All right.  And this the body-worn

8    camera that we looked at yesterday?

9    A.  Yes, ma'am.

10   Q.  And do you see the man towards the right with the blue top

11   on with stars on it?

12   A.  Yes, ma'am.

13   Q.  And his arm in the air?

14   A.  Yes, ma'am.

15   Q.  Okay.  And what time was this at?

16   A.  15:07 hours, ma'am.

17   Q.  So about 3:07 p.m.?

18   A.  Yep.

19          MS. AKERS:  And can we please pull up 433.7, which is

20   also a photo.

21   BY MS. AKERS:

22   Q.  And what time was this taken at?

23   A.  3:07, ma'am, and 5 seconds.

24   Q.  So 25 seconds after the one we just looked at?

25   A.  Yes, ma'am.

1  Q.  And what is -- this man in the red, white, and blue, where

2  is his arm now?

3  A.  It's down holding a -- what looks to be an OC propellant

4  canister.

5          MS. AKERS:  Okay.  Can we pull up 501.58.

6  BY MS. AKERS:

7  Q.  And do you recognize anyone in this photograph?

8  A.  Yes, ma'am.  Myself, ma'am.

9  Q.  Can you circle yourself for us.

10  A.  (Witness complying.)

11  Q.  And what's happening here?

12  A.  An individual is spraying me with some kind of pepper spray

13  in the face.  It would be OC spray.

14  Q.  Does the video have the same sleeve consistent with the

15  photo that we just saw on the body-worn-camera footage?

16  A.  Yes, ma'am.

17  Q.  Okay.  Do you believe this to be about the same time as

18  when the arm was raised in the body-worn-camera footage?

19  A.  Yes, ma'am.

20          MR. WOODWARD:  Objection.  Leading.

21          THE COURT:  Sustained.

22  BY MS. AKERS:

23  Q.  We -- do you recall what time the body-worn-camera footage

24  is that we just looked at?

25  A.  Yeah.  I believe it was 3:07 and 5 seconds -- 3 seconds in

FORRESTER - DIRECT

1    and 5 seconds.

2    Q.  And is this photo consistent with that time frame?

3    A.  Yes, ma'am.

4    Q.  So approximately what time was this screenshot taken?

5    A.  Somewhere around 3:07, ma'am.

6    Q.  Thank you.

7         MS. AKERS:  And we can take this down.

8         And I believe we need to move into evidence 501.58.

9         THE COURT:  501.58?

10        MS. AKERS:  Correct.

11        THE COURT:  All right.  Any objection, Mr. Woodward?

12        MR. WOODWARD:  Objection, Your Honor.  Lack of

13   foundation.

14        MS. AKERS:  Your Honor, 501, which is the video, is

15   already in evidence.  This was simply a screenshot of that

16   video.

17        THE COURT:  Yeah.  I agree.  I'm going to grant the

18   motion to introduce it over objection.

19        (Government Exhibit 501.58 admitted into evidence.)

20   BY MS. AKERS:

21   Q.  All right.  And after you got sprayed in the tunnel here at

22   about 3:07 p.m., did you stay in the tunnel and continue

23   fighting the rioters?

24   A.  Yes, ma'am.

25        MS. AKERS:  All right.  Can we please pull up

FORRESTER - DIRECT

1    Exhibit 501, which is a video that we watched in part

2    yesterday.  And let's start it at 17:45.  And we'll play until

3    18:30.

4                (An audio-visual recording was played.)

5                MS. AKERS:  Can we actually play one more second.

6                (An audio-visual recording was played.)

7                MS. AKERS:  All right.  We stopped at 18:31.

8    BY MS. AKERS:

9    Q.  And I want to direct your attention to the right-hand side

10   of the screen, a person wearing a red baseball cap that I put a

11   circle around.  Do you see that person?

12   A.  Yes, ma'am.

13   Q.  And do you also see a person at the mouth of the tunnel

14   sort of hanging off the tunnel there?

15   A.  Yes, ma'am.

16   Q.  And do you see a guy in a red beanie right next to the guy

17   in the red baseball cap?

18   A.  Yes, ma'am.

19   Q.  Do you see a large flagpole in the middle of the screen?

20   A.  A lot.  Yes, a flag.

21   Q.  And then do you see a man holding some sort of stick on,

22   sort of, the middle left of the screen?

23   A.  Yes, ma'am.

24               MS. AKERS:  All right.  We're going to please pull up

25   Government Exhibit 1011.

1    BY MS. AKERS:

2    Q.  Before we play this, in that last video, did you hear the

3    rioters yelling anything?

4    A.  Yes, ma'am.  Throughout the whole time, they were yelling

5    all sort of phrases and let's -- "We gotta get in.  Keep

6    pushing.  Keep coming.  Fresh patriots to the front.  Push.

7    Push."  All sorts of stuff, yes, ma'am.

8    Q.  And did you hear them yell "We need new people"?

9    A.  Yes, ma'am.

10           MS. AKERS:  And now we're going to play Government

11   1011, which is part of CCTV.

12   BY MS. AKERS:

13   Q.  And as part of your preparation for your testimony, did we

14   take CCTV footage and apply a circle around a certain

15   individual?

16   A.  I'm sorry.  Say it one more time.

17   Q.  No problem.  As part of our preparation for your testimony,

18   did we apply a circle around a particular person who's depicted

19   in this video?

20   A.  Yes, ma'am.

21   Q.  Okay.

22           MR. WOODWARD:  Objection.  Leading.

23           THE COURT:  Overruled.

24   BY MS. AKERS:

25   Q.  All right.  And what time does the video here appear to

1   start at?

2   A.  3:08 and 49 seconds, ma'am.

3          MS. AKERS:  All right.  We're going to play, please,

4   until 3:09:42.

5          (A video recording was played.)

6   BY MS. AKERS:

7   Q.  All right.  Did you see the man in the red baseball cap

8   with a circle around him enter the tunnel?

9   A.  Yes, ma'am.

10         MS. AKERS:  Can we please play one more second.

11         (A video recording was played.)

12  BY MS. AKERS:

13  Q.  Okay.  And is the man with the red circle around him, is

14  his head turned towards the side?

15  A.  Yep.

16  Q.  And you also see the guy with the red beanie next to him?

17  A.  Yes, ma'am.

18  Q.  And do you see the guy in the mouth of the tunnel sort of

19  hanging off?

20  A.  Yes, ma'am.

21  Q.  Do you see that flag sticking up next to him?

22  A.  Yes, ma'am.

23  Q.  And do you see the guy with the -- holding the pole on the

24  left-hand side of the screen?

25  A.  Yes, ma'am.

FORRESTER - DIRECT

1    Q.  So does this appear to be the same or similar time as the

2    footage that we watched where people are yelling we need more

3    people?

4    A.  Yes, ma'am.

5    Q.  And this time is what?

6    A.  3:09 and 43 seconds, ma'am.

7            MS. AKERS:  We move to admit Government Exhibit 1011.

8            THE COURT:  Mr. Woodward?

9            MR. WOODWARD:  We do object, Your Honor.  I have not

10   received this video before just now.

11           MS. AKERS:  The video has been on our USAfx upload

12   where we put all of our trial exhibits.

13           MR. WOODWARD:  Did you say -- I just searched USAfx

14   for 1011.

15           MS. AKERS:  That is correct.  It's not on there.  But

16   it's CCTV footage, which he does have access to.  And it's

17   simply a circle applied.  We can admit the underlying CCTV.

18           THE COURT:  All right.

19           MR. WOODWARD:  We can admit it provisionally, and I'd

20   like to ask the officer a few questions about it.

21           THE COURT:  That's fine.

22       Ms. Douenat, do you have any objection?

23           MS. DOUENAT:  No objections, Your Honor.

24           THE COURT:  Okay.  I'll admit it provisionally.  I'm

25   happy to hear from Mr. Woodward later if he thinks there's a

1    reason it should not be admitted.

2              (Government Exhibit 1011 admitted into evidence.)

3              MS. AKERS:  And can we continue playing, please.

4              (A video recording was played.)

5              MS. AKERS:  All right.  And we'll pause at

6    3:10:08 p.m.

7    BY MS. AKERS:

8    Q.  And do you see the person with the red baseball cap and the

9    red circle around his head?

10   A.  Yes, ma'am.

11   Q.  And what did you see him doing?

12   A.  He's trying to make his way to the front towards the

13   officers, ma'am.

14   Q.  And you were -- were you at the front of the police line at

15   this time?

16   A.  Yes, ma'am.

17   Q.  Okay.  And were you feeling the push of rioters pushing?

18   A.  Yes, ma'am.

19             MS. AKERS:  And can we please continue playing.

20             (A video recording was played.)

21             MS. AKERS:  Please pause.

22   BY MS. AKERS:

23   Q.  What did you see this person with the red circle around

24   appear to be doing here?

25   A.  He's forcing his way to the front.  It looks like he

FORRESTER - DIRECT

1    finally made -- forced his way through the crowd all the way up

2    to the front.

3    Q.  And just shortly beyond where the CCTV footage shows, is

4    that where the police line stands?

5    A.  Yes, ma'am.

6    Q.  And do you see --

7            MS. AKERS:  Can we please play 1 more second,

8    Mr. Clements.

9            (A video recording was played.)

10           MS. AKERS:  All right.  We stopped at 3:11:37 p.m.

11   BY MS. AKERS:

12   Q.  Do you see something in the middle of the screen that I'm

13   circling here?

14   A.  Yes, ma'am.

15   Q.  What is that?

16   A.  It's a Capitol Police riot shield.

17   Q.  And what direction is it being held?

18   A.  It's being held with the front facing the police line.

19   Q.  Does it look to be horizontal?

20   A.  Yes, ma'am, horizontal.

21           MS. AKERS:  All right.  Can we please pull up

22   Government Exhibit 510, which is a video.

23   BY MS. AKERS:

24   Q.  And is this video footage that we watched in preparation

25   for your testimony?

FORRESTER - DIRECT

1    A.  Yes, ma'am.

2    Q.  And did it appear to be an accurate recitation of what you

3    experienced on January 6th?

4    A.  Yes, ma'am.

5              MS. AKERS:  We'll play 1 second, please.

6              (An audio-visual recording was played.)

7              MS. AKERS:  We stopped at 1 second.

8    BY MS. AKERS:

9    Q.  Do you see anyone in this that you recognize?

10   A.  Yes, ma'am.  I see myself, ma'am.

11   Q.  Can you circle yourself.

12   A.  (Witness complying.)

13   Q.  Sort of the middle of the screen with the white bike

14   helmet?

15   A.  Yes, ma'am.

16   Q.  Okay.  I'm just going to ask you to pay attention to your

17   face on this.  Okay?

18              MS. AKERS:  And if we could play at half speed until

19   23 seconds.

20              (An audio-visual recording was played.)

21   BY MS. AKERS:

22   Q.  All right.  What's happening at this time?

23   A.  At this time, I think for me personally, I'm trying to,

24   like, catch my breath, breathe.  The crowd is spraying all the

25   stuff.  They're slamming against us.  They're pushing, trying

FORRESTER - DIRECT

1    to crush us and run us over.

2          And I'm trying -- I'm not sure of the timing, but I

3    think I threw up somewhere before here, but I'm not sure if

4    this is the exact spot.  But I was just trying to survive at

5    this point.  Probably just attacking us.

6          MR. WOODWARD:  I'm sorry, Your Honor.  I didn't hear

7    the last --

8          THE WITNESS:  I said the crowd was just attacking us.

9    I just felt like I was getting crushed and just trying anything

10   to stay alive pretty much.

11   BY MS. AKERS:

12   Q.  And did you see a shield here close to your face?

13   A.  Yes, ma'am.  Yes, ma'am.

14   Q.  What was happening there?

15   A.  They were using -- slamming the shields against us, pushing

16   against us with the shields.

17   Q.  And to be clear, you didn't have a facial protection or

18   covering on your face on January 6th; right?

19   A.  No, ma'am.

20   Q.  Did you have an ability to use your hands to deflect the

21   shield that was near your face?

22   A.  No, ma'am.  I think I had my shield in my hands.  So I

23   didn't -- I couldn't use my hands, no, ma'am.

24         MS. AKERS:  Can we please pull back to 14 seconds.

25   Don't play.  Just pull back.

1    BY MS. AKERS:

2    Q.  At this time, when you were fighting the rioters off like

3    you just described, do you see a hand in the middle of the

4    screen with maybe a gray or white sleeve that I'm circling?

5    A.  Yes, ma'am.

6    Q.  Does that hand appear to be doing anything?

7    A.  Yes, ma'am.  It looks like it's holding a shield itself,

8    holding the grips on the shield.

9    Q.  And this particular shield, it wasn't touching you, was it?

10   A.  I don't believe so, no, ma'am.

11   Q.  Just because it wasn't touching you, were the people who

12   were at the front of the line here, were they also impeding and

13   resisting your police line?

14   A.  Yes, ma'am.

15   Q.  In what way?

16   A.  So with the shields, they stand there.  They was hitting us

17   with it, and it allowed the people behind them to start

18   attacking us and all that.

19        MS. AKERS:  And can we please pull forward to

20   25 seconds.

21   BY MS. AKERS:

22   Q.  And I'm circling a person in a red baseball cap and a green

23   top.  And do you see him?

24   A.  Yes, ma'am.

25   Q.  And where was he standing in relationship to the police

1    line?

2    A.  It looks like he's in front, directly in front of the

3    police line, yes, ma'am.

4              MS. AKERS:  Can we please play until 41 seconds.

5              (A video recording was played.)

6    BY MS. AKERS:

7    Q.  All right.  And now I'm putting a red circle around a -- a

8    red -- what looks to be sort of like a hat, but it's hard to

9    tell.  Do you see that?

10   A.  Yep.

11   Q.  And do you also see a man holding a horizontal

12   Capitol Police shield right behind him?

13   A.  Yes, ma'am.

14   Q.  At this --

15             MR. WOODWARD:  I'm going to object again to the

16   leading.  He can describe the video all by himself.

17             THE COURT:  Overruled.

18   BY MS. AKERS:

19   Q.  Officer Forrester, at this particular time, when the man

20   with the white or gray sleeve is holding up the shield and the

21   man with the red hat is pushing on the police line, what --

22   what were you expecting --

23             MR. WOODWARD:  Objection, Your Honor.

24   BY MS. AKERS:

25   Q.  -- as the officer at the front?

FORRESTER - DIRECT

```
 1                    MR. WOODWARD:  Objection, Your Honor.

 2                    THE COURT:  On what basis?

 3                    MR. WOODWARD:  Misstates the evidence.  Pushing on

 4        the police line, that's not his testimony.

 5                    MS. AKERS:  I can ask him.

 6        BY MS. AKERS:

 7        Q.  Were the rioters at this time pushing on the police line?

 8        A.  Yes, ma'am, very aggressively.

 9        Q.  Can you tell me about that.  How did it feel?

10        A.  It felt like we were constantly getting crushed.  And they

11        were putting as much weight, trying to, like, pretty much smash

12        us down to get -- to run over us, ma'am.

13        Q.  Were they using force?

14        A.  Yes, ma'am.

15        Q.  Would you consider that pushing when someone hits you with

16        force?

17        A.  Yes, ma'am.  They were pushing aggressively, like slamming

18        against us, yes, ma'am.

19        Q.  So at the time when the rioters were slamming against you

20        that we see here depicted in Exhibit 510 where there's the man

21        with the red baseball hat right in front of you and just a few

22        seconds ago there was a man holding the shield up, what were

23        you feeling at that time?

24        A.  Pain.  Extreme pain, ma'am.  Just complete pain and feeling

25        like my legs were about to give out, like we were about to give
```

1    ground because they were pushing on us so hard.  So we felt

2    just pain.

3    Q.  In addition to having force imposed against you, were these

4    specific rioters in this group impeding you and your fellow

5    officers?

6    A.  Yes, ma'am.

7    Q.  Preventing you from doing your duties?

8    A.  Yes, ma'am.

9    Q.  Were they preventing you from assisting other officers in

10   the area?

11   A.  Yes, ma'am.  We couldn't do anything but just try to hold

12   them and stop them from getting in.

13   Q.  Were there any times when you were in the tunnel when you

14   actually heard any officers who needed help?

15   A.  Yeah.  The radio was going off.  There was screaming.  Our

16   call is 10-33.  And they were -- our captain -- our inspector,

17   I guess at the time, was 10-33.  We need help.  We need units

18   here.  But we couldn't assist anybody else.  We were stuck here

19   for the whole time.

20   Q.  Is 10-33 a common call for you to receive when you're on

21   duty?

22   A.  Not -- not as common, ma'am.  No, ma'am.

23   Q.  And you were receiving --

24   A.  Multiple that day, yes, ma'am.  Just for that one area,

25   yes, ma'am.

1    Q.  And normally if you receive a 10-33 call, what would you

2    have personally done?

3    A.  Everybody drops what they're doing and helps the officer.

4    Q.  And why couldn't you do that on January 6th when you were

5    in the tunnel at this time?

6    A.  Because we were having our own 10-33.  We couldn't move.

7    They were attacking us.  If we stopped there, who knows what

8    they would have done to us as soon as we turn our back to

9    leave.

10        MS. AKERS:  Can we please pull up Government

11   Exhibit 612.21.  We'll play 10 seconds.

12        (An audio-visual recording was played.)

13        MS. AKERS:  And, Your Honor, this segment of

14   questions goes to Count 28.

15        THE COURT:  Okay.

16        MS. AKERS:  And it, actually, is a little duplicative

17   because the last video footage did too.

18   BY MS. AKERS:

19   Q.  Officer, do you see what's depicted here in this video?

20   A.  Yes, ma'am.

21   Q.  What is it?

22   A.  It looks like it's from the view of the opposite side of

23   the police line.  People trying to force their way into the

24   tunnel, coming into the same tunnel that we are.

25   Q.  Does this wooden arc here, does that appear to be the

1    entrance to the tunnel?

2    A.  Yes, ma'am.

3            MS. AKERS:  Okay.  We're going to play this video,

4    which is a video from Defendant Cappuccio's cell phone.

5            (An audio-visual recording was played.)

6            MS. AKERS:  Can we please pause.

7    BY MS. AKERS:

8    Q.  At 51 seconds, do you see a man here pouring Gatorade on

9    his face?

10   A.  Yes, ma'am.

11           MS. AKERS:  Play.

12           (An audio-visual recording was played.)

13           MS. AKERS:  Pause.  Can we go 1 second forward,

14   please, Mr. Clements.

15           (An audio-visual recording was played.)

16   BY MS. AKERS:

17   Q.  All right.  Do you recognize anyone in this still image,

18   right here, of the video footage?

19   A.  Yes, ma'am.

20   Q.  Who?

21   A.  I see myself, ma'am.

22   Q.  Are you in the middle -- can you tell me where you are.

23   A.  (Witness complying.)

24   Q.  Okay.  You circled yourself in the middle of the screen;

25   correct?

1    A.  Yes, ma'am.

2              MS. AKERS:  Okay.  We'll continue playing, please.

3              (An audio-visual recording was played.)

4              MS. AKERS:  Pause.  Okay.  I just paused at 5 minutes

5    and 8 seconds.

6    BY MS. AKERS:

7    Q.  Did you hear someone say, "You motherfuckers.  Let us in"?

8    A.  Yes, ma'am.

9    Q.  Okay.  And I'm going to circle a helmet in the middle, sort

10   of, right of the screen.  Do you see a helmet number there?

11   A.  Yes, ma'am.

12   Q.  A little difficult to read.  Are you able to read that at

13   this point?

14   A.  I believe it's 4518, but I'm not sure, ma'am.

15   Q.  4518?

16   A.  Yes, ma'am.

17              MS. AKERS:  Can we please play the remainder of the

18   video.

19              (An audio-visual recording was played.)

20   BY MS. AKERS:

21   Q.  All right.  Officer, did you see yourself during that last

22   part of the clip there?

23   A.  Yes, ma'am.

24   Q.  What were you doing?

25   A.  Trying to -- trying to breathe, ma'am.  Just holding up and

1    trying to stop the people from pushing against us.  Hold the

2    ground, ma'am.

3    Q.  At this particular time, were the rioters pushing against

4    the police line?

5    A.  Yes, ma'am.

6    Q.  Were they pushing against you specifically?

7    A.  Yes, ma'am.

8    Q.  Were they using force?

9    A.  Yes, ma'am, they were.

10   Q.  I'm going to pull up Exhibit 515 to show you a different

11   angle here.  It's a video exhibit.

12            MS. AKERS:  And we're going to pull ahead to

13   18 minutes and 45 seconds.  Maybe 1 more second, please,

14   Mr. Clements.

15            (An audio-video recording was played.)

16   BY MS. AKERS:

17   Q.  Okay.  I'm directing you to the middle right of the screen.

18   There's what looks like to be a white sleeve and someone

19   holding up a cell phone.  Do you see that?

20   A.  Yes, ma'am.

21            MS. AKERS:  And can we please play until 20:15.

22            (An audio-visual recording was played.)

23            MS. AKERS:  Okay.  We stopped at 20:15.

24   BY MS. AKERS:

25   Q.  Officer, during this entire segment we just watched, were

1    the rioters pushing on the police line?

2    A.  Yes, ma'am.

3    Q.  Okay.  Were they applying force to you and your fellow

4    officers?

5    A.  Yes, ma'am.

6    Q.  You have testified several times today and yesterday about

7    the white bike helmet that we keep identifying you by.

8    A.  Yes, ma'am.

9    Q.  Was the white bike helmet that you were wearing on

10   January 6th in the same condition at the end of the day as it

11   was at the beginning of the day?

12   A.  No, ma'am.

13   Q.  Can you tell us about that.

14   A.  It was covered in, like, orange spray.  And then there was,

15   like, dents.  It was actually, like, dented in in multiple

16   places.

17   Q.  Do you have any idea why there were dents all over your

18   bike helmet?

19   A.  Just hits sustained to the helmet, ma'am.

20   Q.  And then I know you've testified at length about your

21   experience, but, Officer Forrester, can you just briefly tell

22   the Court what it was like defending the Capitol in the tunnel

23   on January 6th.

24   A.  It was pretty scary, ma'am.  It was -- only -- it was

25   just painful and scary, ma'am.  Like, it was just trying to

1    catch your breath, trying to hold your ground.  Just -- it was

2    kind of unreal, surreal, ma'am.  Like just -- never imagined

3    being in that situation, honestly.

4    Q.  Thank you, Officer.

5            MS. AKERS:  No further questions.

6            THE COURT:  Do you want to move 515?

7            MS. AKERS:  Yes, Your Honor.  I move to admit 515.

8    Thank you.

9            THE COURT:  Do you want to lay a foundation?

10           MS. AKERS:  What did you say?

11           THE COURT:  Do you want to lay a foundation.

12           MS. AKERS:  Oh, sure.

13           Can we please go to 18 minutes and 48 seconds.

14    BY MS. AKERS:

15    Q.  Officer Forrester, you see the hand that I previously

16    circled with the cell phone?

17    A.  Yes, ma'am.

18    Q.  And do you recall when we watched cell-phone footage a

19    little bit earlier and you identified yourself in that

20    cell-phone footage?

21    A.  Yes, ma'am.

22    Q.  And you identified an arm in the air with the white sleeve;

23    is that right?

24    A.  Yes, ma'am.

25    Q.  Do you believe that to be the same time period as the time

1    period of the video footage that we're looking at now?

2    A.  Yes, ma'am.

3    Q.  And was that an accurate depiction of what actually

4    happened in the tunnel at this time period?

5    A.  Yes, ma'am.

6         MS. AKERS:  Your Honor, we move to admit 515 and its

7    subparts.

8         THE COURT:  Mr. Woodward?

9         MR. WOODWARD:  Objection.  Lack of proper foundation.

10        THE COURT:  Ms. Douenat.

11        MS. DOUENAT:  This particular video, Your Honor, we

12   would object to lack of proper foundation also.

13        THE COURT:  So what's the -- what's the lack of

14   proper foundation?  I guess I'm --

15        MS. DOUENAT:  It's -- there's a lot of people with

16   cameras, Your Honor.  I mean, specifically, many people could

17   have taken the video footage that he's mentioning.  And there's

18   no way to know what time stamp that is.  I mean, he was in the

19   tunnel for three hours, Your Honor.  That's what he testified

20   to.  So I -- how does he know that that same footage came from

21   these same individuals at that time?

22        THE COURT:  All right.  I think that goes to weight,

23   not admissibility.  I'm admitting 515 and subparts over

24   objection.

25             (Government Exhibit 515, 515.2, 515.4, and 515.5

FORRESTER - DIRECT

1    admitted into evidence.)

2            THE COURT:  All right.  Who would like to

3    cross-examine first?

4                        CROSS-EXAMINATION

5    BY MR. WOODWARD:

6    Q.  Good morning, Officer Forrester.

7    A.  Good morning, sir.

8    Q.  Thank you for your service and for everything you did that

9    day.

10           I have a couple of questions for you.  My name Stanley

11   Woodward.  And I represent Defendant Federico Guillermo Klein.

12           Sir, I'd like to start with your testimony about having

13   been sprayed with OC or something to that effect.  Correct?

14   A.  Yes, sir.

15   Q.  Okay.  You don't know exactly what the substance was, I

16   assume?

17   A.  No, sir.

18   Q.  Okay.  But it -- it hurts?

19   A.  Yes, very much.

20   Q.  It's blinding?

21   A.  Yes.  Yes, sir.  It makes it hard to keep your eyes open,

22   yes, sir.

23   Q.  It makes it hard to keep your eyes open?

24   A.  Yes, sir.

25   Q.  And you had no face protection that day?

1    A.  No, sir.

2    Q.  Just the bicycle helmet that we heard about?

3    A.  Yes, sir.

4    Q.  And somebody sprayed you right in the eyes?

5    A.  Yes, sir.

6    Q.  Tell us how that feels.

7    A.  Painful, sir.  Causes blurry -- kind of, like, try to blink

8    it out.  Just trying to catch a breath and just trying to fight

9    through the pain, sir.

10   Q.  Can you see after you've been sprayed with it?

11   A.  You can.  It's just the -- what makes it so effective is

12   that the more your eyes are open, the air, like, activates the

13   spray and it burns.  Technically, you can see.  It's just hard

14   to keep your eyes open.  So it's recommended that you blink a

15   lot.  So there you're just, like, blinking a lot.  But you can

16   kind of see.  But you're not seeing proper, no, sir.

17   Q.  And when we saw in the video people, I guess, pouring water

18   in their eyes as they were coming out of the tunnel.  Do you

19   remember that?

20   A.  Yes, sir.

21   Q.  They were doing that to clear some of the chemical irritant

22   out of their eyes; right?

23   A.  I -- I don't know why they were doing it specifically, no,

24   sir.

25   Q.  What would you do to clear the chemical irritant out of

1    your eyes?

2    A.  Our training, water is not that effective.  Our training is

3    just try to blink as much as you can, air it out.  Blink as

4    much as you can.

5    Q.  Now, after you were sprayed in the face, you couldn't leave

6    your position and go into the back of the tunnel there, could

7    you?

8    A.  No, sir.

9    Q.  You were -- you were stuck in position right there?

10   A.  Yes, sir.

11   Q.  And so blinking was the best treatment that you were going

12   to get at that time?

13   A.  Yes, sir.

14          MR. WOODWARD:  Okay.  If I could impose upon

15   Mr. Clements for the assistance of pulling up Government's

16   501.58.

17   BY MR. WOODWARD:

18   Q.  This is an image that the -- that the government showed

19   you.  Do you remember testifying about this photograph?

20   A.  Yes, sir.

21   Q.  And it pretty clearly depicts somebody spraying you in the

22   face with a chemical irritant?

23   A.  Yes, sir.

24   Q.  And I'm sorry about that, sir.

25          But fair to say that after you're sprayed in the face

```
1    with the irritant, there's not much you can see after that, is
2    there?
3    A.  Yeah.  It's -- it's harder to see, sir.
4    Q.  It's harder to see?
5    A.  Yes, sir.
6    Q.  So in the moments after you're sprayed in the face with
7    this irritant, you can't tell what's going on at the entrance
8    of the tunnel, can you?
9    A.  No, sir.
10   Q.  You can't really tell what's going on three or four people
11   behind where this gentleman with the red-and-white sleeve is,
12   can you?
13   A.  Not that I can recall, sir.
14           MR. WOODWARD:  Now, if the government would -- if
15   Mr. Clements would assist me with Government's Exhibit 1011.
16   BY MR. WOODWARD:
17   Q.  This is -- sir, you recall this exhibit with the circle
18   around the man's face here?
19   A.  Yes, sir.
20   Q.  You didn't put that circle on that man, did you, sir?
21   A.  No, sir.
22   Q.  You don't remember him from that day specifically, do you,
23   sir?
24   A.  There was too many people.  I can't remember specific
25   faces.
```

1    Q.   And he's at the entrance of the tunnel here; correct?

2    A.   In this video, yes, sir.

3    Q.   And that's where you just testified it would have been hard

4    for you to see at that time given the chemical irritant in your

5    eyes?

6    A.   Yes, sir.  I did not see the entrance of the tunnel at that

7    time.

8    Q.   Okay.  But you didn't select the video that the government

9    is showing today; correct?

10   A.   I'm sorry?

11   Q.   You didn't ask the government to show any specific video

12   today?

13   A.   No, sir.

14   Q.   You sat with them in advance of coming here to testify;

15   correct?

16   A.   Yes, sir.

17   Q.   And they showed you video, and they asked you if you

18   remembered that?

19   A.   Yes, sir.

20   Q.   And you said that you did generally remember the video that

21   they showed you?

22   A.   I remember the time frame and the whole experience, yes,

23   sir.

24   Q.   Yes.  And you didn't sit with a computer and draw a circle

25   around this man's face.  They did that; right?

1    A.  I didn't do it, sir.

2    Q.  Right.  And so as you were sitting with the government

3    in preparation for your testimony today and they were

4    asking you to confirm that you saw the man in the video here

5    before you, that was just based on your watching the video;

6    correct?

7    A.  Yeah, they asked me if I saw him in the video.  And I do

8    see him in the video, yes, sir.

9    Q.  I see him in the video too.

10   A.  Okay.

11   Q.  The red circle helps, doesn't it?

12   A.  Yes, sir.

13   Q.  It identifies the person they wanted you to point out?

14   A.  Just identifies the person in the video.

15   Q.  A person you don't remember from January 6th specifically?

16   A.  Yes, sir.  There's too many people to remember everybody's

17   face specifically.

18         MR. WOODWARD:  Now if the government would assist in

19   publishing 515.  And I think the last clip you showed was

20   around -- let's try 18:30.  Perfect.

21   BY MR. WOODWARD:

22   Q.  Okay.  So your testimony today is that the rioters, they

23   were pushing up against the police line; correct?

24   A.  Yes, sir.  They were -- they were attacking the police

25   line, yes, sir.

1    Q.  Aggressively?

2    A.  Yes, sir.

3    Q.  Fighting you?

4    A.  Yes, sir.

5    Q.  And the rioters were hindering you from doing your duty?

6    A.  Yes, sir.

7    Q.  Responding to 10-33s, among other things?

8    A.  Yep.

9    Q.  But you agree that not everybody in this tunnel is pushing

10   up against the police line?

11   A.  I would not agree to that, sir.

12   Q.  Well, for example, we see these people standing on the left

13   here.

14   A.  So from my experience, everybody in the tunnel was

15   attacking at some point, sir.

16   Q.  Do you see these people standing here along the edge?

17   A.  Yes, sir.  The people standing on the edge were passing

18   stuff up, helping to facilitate getting weapons to the front,

19   sir.  So, in my opinion, everybody was attacking us that day,

20   sir.

21   Q.  Do you recall meeting with the FBI and government lawyers

22   in advance of this trial today?

23   A.  Yes, sir.

24   Q.  And you met with them several times; correct?

25   A.  Yes, sir.

```
1    Q.  And shared with them what you recalled about January 6th?

2    A.  Most of it, yes, sir.

3    Q.  And one of those times was on April 29th of 2021?

4    A.  Yes, sir.  I don't remember the exact date, but okay.

5    Q.  Okay.  Well, do you disagree -- do you have any reason --

6    A.  No.  I said I don't remember the exact date.  But I did

7    meet with them, sir.  If that's the date, that's the date.  I'm

8    saying I don't remember the exact date.

9    Q.  This is a meeting where you and multiple officers met with

10   the FBI.  Do you remember that?

11   A.  No, sir.  Myself --

12   Q.  Officer Todd, Officer Tyrone Toran, Officer Murrell,

13   Officer Lucas, do you remember a meeting in which the four of

14   you --

15   A.  Oh, yeah, yeah, yeah.  Yes, sir.  We went to the office,

16   yes, sir.

17   Q.  Okay.  So you remember being there.  An FBI agent was

18   there?

19   A.  Yes.  Yes, sir.

20   Q.  FBI agent was taking notes?

21   A.  I would assume so, yes, sir.

22   Q.  And do you remember telling the FBI agent that you didn't

23   arrest everyone that day for obvious reasons; correct?

24   A.  I -- yeah, we didn't arrest -- I didn't make any arrests

25   that day, no, sir.
```

1    Q.  You didn't make any arrests that day?

2    A.  No, sir.

3    Q.  And you told the FBI agent that?

4              MS. AKERS:  Objection.

5              THE COURT:  On what basis?

6              MS. AKERS:  He's telling the officer what he

7    testified to with no foundation as to where this information is

8    coming.

9              THE COURT:  Overruled.

10   BY MR. WOODWARD:

11   Q.  You told -- your -- you told the FBI that day that the --

12   that certain people were pulled through the police line to be

13   arrested; correct?

14   A.  I said they were pulled through to be arrested?

15   Q.  Yes.

16   A.  I don't recall that.

17             MS. AKERS:  Objection.

18   BY MR. WOODWARD:

19   Q.  Okay.  And you --

20             THE COURT:  Overruled.

21   BY MR. WOODWARD:

22   Q.  And the only folks who were arrested that day were those

23   who assaulted law enforcement in some way?

24             MS. AKERS:  Objection, Your Honor.  This is also

25   hearsay.  This is an out-of-court statement that he is trying

FORRESTER - CROSS

1    to use the truth of the matter for what he purportedly said.

2    It's improper impeachment --

3              MR. WOODWARD:  If he doesn't --

4              MS. AKERS:  -- as well.

5              THE COURT:  So I think Mr. Woodward is trying to

6    impeach the officer's prior statement that everybody there in

7    the tunnel was attacking officers at some point; is that

8    correct?

9              MS. AKERS:  Your Honor, the proper way to do that

10   would be to show him some sort of form of statement that he can

11   impeach on.  It's improper to use a 302 not written by this

12   officer, never reviewed by this officer, never adopted by this

13   officer, and attempt to impeach him through the statement of an

14   FBI agent, which is hearsay.

15             THE COURT:  So the officer can say he doesn't

16   remember saying that, which I think is what he said, but you

17   may continue.  I'm overruling the objection.

18             MR. WOODWARD:  Thank you, Your Honor.

19   BY MR. WOODWARD:

20   Q.  One final question.  Do you remember telling the FBI that

21   only those who assaulted law enforcement in some way in the

22   tunnel were detained?

23   A.  I do not recall that at all, sir.

24             MR. WOODWARD:  Very good, sir.  I have no further

25   questions.

1          MS. DOUENAT:  No questions, Your Honor.

2          THE COURT:  Any redirect, Ms. Akers?

3          MS. AKERS:  No, Your Honor.

4          THE COURT:  All right.  Officer Forrester, you may

5    step down and you're free to go.  Thank you for your testimony

6    today.

7          (Witness excused.)

8          THE COURT:  The government may call its next witness.

9          MR. WOODWARD:  May I be heard briefly on the

10   third-party exhibits that were admitted?

11         THE COURT:  Yeah.  And, Ms. Akers, maybe one of your

12   colleagues can get your next witness ready.

13         MS. AKERS:  Sure.

14         MR. WOODWARD:  All right.  Your Honor, we think

15   it's -- it's -- I don't take any of this lightly, Your Honor.

16   This job is difficult.

17         But we think that while, yes, authentication goes to

18   weight, we think with respect to the videos that

19   Officer Forrester was asked to authenticate, it's simply

20   incredible that he could have recalled the scene that was

21   depicted in those third-party videos, whether it's -- I mean,

22   Mr. Cappuccio's is authenticated separately.  So that's not --

23   that's a separate video.

24         But 515 is clearly outside the area that he could see.

25   He testified that he could not see more than a person or two in

1    front of him.  And so for him to testify that the scene

2    depicted in these third-party videos was accurate and is what

3    it purported to be simply doesn't rise to the threshold

4    requirement the government needs to meet in order to introduce

5    these exhibits.  So we would renew our objection to their

6    admission in this trial.  Thank you, sir.

7         THE COURT:  All right.  Ms. Douenat, did you want to

8    be heard on that?  Do you want to rely --

9         MS. DOUENAT:  Yes.  We're following -- exactly.  Same

10   argument, Your Honor.

11        THE COURT:  Okay.  Ms. Akers.

12        MS. DOUENAT:  And, of course, our video we admitted

13   into evidence.  So it's not an issue.

14        MS. AKERS:  Sure, Your Honor.  First off, the bar for

15   authentication of video is low.  We just have to have a person

16   testify, a proponent, that the evidence is what it appears to

17   be proffered as.

18        We had numerous indicia of reliability.  First off, we

19   compared video to CCTV footage, and we went through, for

20   example, a man holding a flagpole, a man standing on the mouth

21   of the tunnel, a man in a red beanie, Mr. Klein's head turned

22   sideways.  We compared that same type of footage to open-source

23   camera.  So we've done that with several videos.

24        It shows common characteristics, which is a common way

25   for the Court to accept the authentication of a video, and we

 1    believe that we've more than established it.

 2         We can continue to do so on every open-source video that

 3    shows these defendants, and we will do so.

 4         But we've certainly met the burden here on 501, 515, and

 5    all the other 500 series so far.

 6         THE COURT:  All right.  I'm -- I agree with the

 7    government.  I think it is a low standard.  The officer said

 8    that it accurately depicted the events.

 9         I hear Mr. Woodward's point that he also was having

10    difficulty seeing for at least part of that.  I think the

11    officer, you know, claimed that even after being

12    pepper-sprayed, he could still blink and see some things.  It

13    limited his vision.  But he kind of somewhat, to my surprise

14    actually, said that he could still see pretty well.  And --

15    and, regardless, he was not blinded for that entire point --

16    time.

17         And as I think Ms. Akers points out, this is a situation

18    where you have kind of a compilation of, in some ways, mutually

19    reinforcing videos that seem to be depicting the same general

20    scene from slightly different time frames, slightly different

21    vantage points.  Several of these videos are uncontested

22    and/or, I think, are clearly admissible.  So I understand

23    Mr. Woodward's objection, but I'm overruling it.  And I do

24    think they're properly admissible.

25              (Government Exhibit 508 and 509 admitted into

```
 1    evidence.)
 2              MR. WOODWARD:  Thank you.
 3              THE COURT:  Have the next witness step forward.
 4         Sergeant, you can come on up.
 5              MS. AKERS:  Calling Sergeant William Bogner.
 6              THE COURTROOM DEPUTY:  Sir, please raise your right
 7    hand.
 8              (Oath administered.)
 9              THE WITNESS:  I do.
10              THE COURTROOM DEPUTY:  Thank you.
11                        DIRECT EXAMINATION
12    BY MS. AKERS:
13    Q.  Good morning, Sergeant.
14    A.  Good morning.
15    Q.  Could you please state and spell your name for the Court.
16    A.  William Bogner, W-i-l-l-i-a-m B-o-g-n-e-r.
17    Q.  Where do you work, Sergeant?
18    A.  At the Metropolitan Police Department.
19    Q.  And what is your position?
20    A.  I'm a sergeant at the Metropolitan Police Academy.
21    Q.  How long have you been with MPD?
22    A.  For 15 -- about a week short of 15 years.
23    Q.  And what are your duties and responsibilities as the
24    sergeant?
25    A.  Supervising officers; generally, obviously, supervising
```

1    officers.  And more specifically, I'm the operations sergeant

2    at the academy.  So I deal with logistics and ordering, but I

3    also provide training in various topics.

4    Q.  Training to whom?

5    A.  To new recruits and officers in the field.

6    Q.  What type of things do you train these new officers on?

7    A.  Currently, the biggest thing I'm teaching is pepper spray

8    and the use of pepper spray and response to First Amendment

9    assemblies, riot control, things of that nature.

10   Q.  And what does that entail, the latter part of your answer

11   there?

12   A.  It can be various topics.  I mean, use of things, such as

13   shields, pepper spray, formations, batons, things of that

14   nature.

15   Q.  Are you very familiar with the MPD's protocols and

16   policies for the use of riot shields and batons and things of

17   that nature?

18   A.  Absolutely.  Yeah.

19   Q.  I want to move us now to January 6th, 2021.  Were you on

20   duty with MPD that day?

21   A.  I was.

22   Q.  Okay.  At some point did you report to the United States

23   Capitol Building?

24   A.  I did.

25   Q.  Why?

BOGNER - DIRECT

1   A.  There was a call -- I believe it was Inspector Glover --

2   for what we call a 10-33, which is officers need assistance.

3   It's a very serious call.  And so we responded.

4   Q.  And when you reported to the Capitol, what gear were you

5   wearing on that day?

6   A.  I was wearing full police uniform, the uniform I'm wearing

7   today, plus an exterior vest.  I may have had a long-sleeve

8   shirt on.  I don't remember that part.  But I had an exterior

9   vest with various pieces of equipment.

10  Q.  And wearing you wearing body-worn camera?

11  A.  I was.

12  Q.  Have you reviewed that footage in preparation for your

13  testimony?

14  A.  I have.

15        MS. AKERS:  Okay.  Can we please pull up Government

16  Exhibit 429.

17  BY MS. AKERS:

18  Q.  And is this your body-worn-camera footage?

19  A.  It is.

20  Q.  How do you know?

21  A.  I know because this number here in the corner corresponds

22  with the number on the back of the body camera I'm wearing

23  today.

24  Q.  Are you wearing it today?

25  A.  I am.

```
1    Q.  Can you stand up and show me.

2    A.  Yep.  It's this number right here in white.

3    Q.  Okay.  And you -- do you always wear it in that same

4    location?

5    A.  Generally, yes.  I mean, there may be an occasion where

6    it's on a magnetic mount, but --

7    Q.  On January 6th were you wearing it in that location?

8    A.  I was.

9          MS. AKERS:  Can we please go to 1:51:20.  That's

10   good.  We're starting at 1:51:18.  And we'll play.

11         (An audio-visual recording was played.)

12         MS. AKERS:  We'll stop.  It's time stamp 1:51:28.

13   BY MS. AKERS:

14   Q.  What do you see here?

15   A.  There's two bike racks that are tipped over.  Appears to be

16   maybe snow fencing attached to it, and then some -- a sign to

17   the right that says area closed.

18   Q.  And when you were approaching the Capitol Building, is this

19   consistent with the signage and barrier that you saw in the

20   perimeter?

21   A.  It was.

22   Q.  And was it knocked down in places?

23   A.  It was, like, as -- as it is here in this video.

24   Q.  Okay.  And after you reached -- or did you walk -- did you

25   end up going to the Capitol Building?
```

```
1    A.   Absolutely.

2    Q.   Okay.  And when you got there, what did you do?

3    A.   We -- initially, we walked up the path that's ahead of us

4    here.  At one point I did have to run back to the car, but

5    still came back on the same path.  And then eventually a

6    Capitol Police officer met us and showed us how to get to the

7    area where the rest of the MPD officers were.

8              MS. AKERS:  Okay.  Can we please skip ahead to

9    2:00:46.

10             (An audio-visual recording was played.)

11   BY MS. AKERS:

12   Q.   What part of the Capitol Grounds are you in now?

13   A.   This is, I believe, called the lower west terrace.  But

14   it's just below the inaugural stage down on, kind of, ground

15   level.

16             MS. AKERS:  And can we please play.

17             (An audio-visual recording was played.)

18             MS. AKERS:  Can we pause.

19        We paused at 2:01:21.

20   BY MS. AKERS:

21   Q.   What are you doing here, Sergeant?

22   A.   Opening a large Pelican box that contains LRAD, which is,

23   essentially, a directional speaker.

24   Q.   And what was your purpose in doing this?

25   A.   There's a prerecorded message and a dispersal warning.  And
```

BOGNER - DIRECT

```
 1     getting it out so we can play that warning to the crowd.
 2              MS. AKERS:  Can we please skip ahead to 2:02:50.
 3     Play.
 4              (An audio-visual recording was played.)
 5              MS. AKERS:  And we'll pause.
 6          We paused at 2:03:25.
 7     BY MS. AKERS:
 8     Q.  And what did we just see happen here?
 9     A.  That -- that warning to disperse was given via the LRAD.
10     Q.  Was that -- can you describe to us how loud it was.
11     A.  It was a very loud day.  But the speaker's very loud, and
12     I'm behind it.  You can hear it pretty clearly, but it's much
13     louder in front.
14     Q.  Why is that?
15     A.  Because the speaker gives this directional -- kind of,
16     directional speaker.  If you look at the back of -- you see it
17     here on the back of the LRAD, that green, yellow, and there's a
18     red area.
19     Q.  Can you circle it for us.
20     A.  That actually is the -- what's that?
21     Q.  Can you circle it for us.
22     A.  I can.  Do I just use my finger?
23     Q.  You circled the lower left-hand corner.
24     A.  That little diagram --
25     Q.  Is that the LRAD, Sergeant?
```

```
1    A.  It is.
2    Q.  And what direction did you face it to give the warning?
3    A.  It's facing towards the crowd.
4    Q.  And I'm not going to keep playing your body-worn camera for
5    several minutes.  But did you continue to play this towards the
6    crowd?
7    A.  Yes.
8    Q.  While you were on the West Front did the police line fall
9    back at any point?
10   A.  It did.
11   Q.  Okay.  And where did you go from there?
12   A.  So if we're facing the crowd, I'm on the right side of that
13   lower west terrace currently.  We moved to the left side and
14   then up a stairwell to the inaugural stage.
15           MS. AKERS:  Can we please fast-forward to 2:27:45.
16   And we'll play.
17           (An audio-visual recording was played.)
18           MS. AKERS:  Okay.  We'll pause.  We paused at
19   2:29:08.
20   BY MS. AKERS:
21   Q.  What do you see in front of you here?
22   A.  This is the archway to what I call the tunnel, which is the
23   exit, I guess, that the President walks out for -- for
24   inauguration.
25   Q.  And did you fight to defend the Capitol in this tunnel on
```

1    January 6th?

2    A.  I did.

3    Q.  Before you arrived back here at this tunnel, what was going

4    on when you walked back down to the staircase?

5    A.  The rioters were starting to break through the police line.

6    And I'm in the process of moving gear.  We're trying to shuttle

7    the gear we had down behind the police line up here so we

8    didn't lose it.

9    Q.  All right.  In your experience working for the Metropolitan

10   Police Department, what's your experience in police lines

11   breaking like you experienced on January 6th?

12   A.  It appears very rarely.

13          MS. AKERS:  Can we please skip ahead to 2:36:30.

14   Play.

15          (An audio-visual recording was played.)

16          MS. AKERS:  Okay.  We'll pause.

17   BY MS. AKERS:

18   Q.  And what's the experience of you and your fellow officers

19   at this point?

20   A.  We've been exposed to some sort of agent.  I'm not sure

21   what at this point, but that's what we're coughing and trying

22   to get out of our lungs.

23          MS. AKERS:  Okay.  Can we skip ahead to 2:41:38.

24   Play.

25          (An audio-visual recording was played.)

```
1              MS. AKERS:  Pause.
2    BY MS. AKERS:
3    Q.  At 2:42:40, did you hear yourself yell anything there?
4    A.  Uh-huh.
5    Q.  What?
6    A.  Getting the shields.  And then I believe I said some other
7    things.
8    Q.  Did you say, "Shields up front"?
9    A.  Yes.
10   Q.  Okay.  And why did you say that?
11   A.  Because I was attempting to establish a shield line at the
12   front.  We had limited shields.  But that's the best way to
13   hold this area is if we establish a proper shield line.
14   Q.  Can you tell us about why it would be effective to use a
15   shield line or shield wall?
16   A.  So the type of shields that were there, they were
17   Capitol Police shields.  MPD shields were not present at this
18   moment, but they're the same design.  Capitol Police shields
19   are just shorter for us.  They're 4 feet rather 6 feet.  But
20   they interlock and form a wall and if properly braced can --
21   can withstand quite a bit.
22              MS. AKERS:  Your Honor, may I approach the witness?
23              THE COURT:  You may.
24   BY MS. AKERS:
25   Q.  I'm handing you what's been marked as Government's
```

BOGNER - DIRECT

1    Demonstrative No. 1.  Do you see that, Sergeant?

2    A.  I do.

3    Q.  And what is it?

4    A.  It is a short version of the same shield that we're issued.

5    It's an interlocking riot shield.

6    Q.  Is that similar to the type of shield that you used to

7    defend the tunnel on January 6th?

8    A.  It appears to be the same type, minus the Capitol Police

9    logo.

10   Q.  And are you trained on shield usage?

11   A.  Absolutely, yes.

12   Q.  Okay.  If there are two sides fighting and one has more

13   shields than the other, in your training and experience, which

14   side will be more effective?

15   A.  The shields are very effective in repelling an attack.

16   Q.  Why?

17   A.  I mean, they lock together.  You know, if you can get them

18   locked together.  They lock together, and you can literally run

19   full speed into a shield wall and almost bounce off.  You still

20   feel it on the back side of the shield, but you don't actually

21   receive the impact.  The shorter shields are more difficult to

22   brace than the longer shields.  That's the biggest thing.

23   Q.  And what's that shield made out of?

24   A.  Some sort of plastic.

25   Q.  How difficult, in your experience, would it be for one of

1   those shields to crack?

2   A.  It would take a lot of force to crack them.

3   Q.  And same for MPD-issued shields?

4   A.  Absolutely.

5   Q.  In your experience working at MPD, have you actually ever

6   been in a situation using a shield where it's cracked?

7   A.  We've done it a couple times in training.  And that's when

8   you have an officer in full gear, maybe 300 poundish, run full

9   speed into them.  And I've seen this back little plastic part

10  crack.

11  Q.  And are you familiar with the circular shields as well?

12  A.  Yes.

13  Q.  Is your testimony any different as to how difficult it

14  would be to crack one of the circular shields?

15  A.  I mean, the plastic is very durable; so it would be

16  difficult.

17  Q.  If a person were holding a shield like that and pushing

18  into someone else, how would that be -- effective-wise, how

19  would that be if a person were holding a shield pushing with

20  ten people behind them?

21  A.  So the -- the benefit of a shield -- like if you don't have

22  a shield and you're pressing a person against a person, you

23  feel kind of everything.  If there's a jab, if there's, like,

24  an elbow, whatever it is, even if it's unintentional, you feel

25  everything.

1          When you have a shield, you maybe feel the pressure

2    pushing back, but you don't feel any of the extra.  And you

3    can brace a shield differently.  You can put it against your

4    knee and your forearm and your hands, and it gives your body

5    relief.  You can create space.  There's lots of pros to having

6    a shield.

7    Q.  Are you able to push harder when you have a shield in your

8    hand than if you didn't?

9    A.  I don't know if a human can push -- if you're pushing as

10   hard as you can, you're pushing as hard as you can.  But you're

11   definitely able to, I would say, breathe better because you can

12   create space for your chest.

13   Q.  And speaking of breathing, when you're on the recipient

14   end of getting hit with a shield, is it possible that you could

15   get hit so hard with the shield it would knock the wind out of

16   you?

17   A.  I mean, it would be -- I assume it would be possible.  I've

18   never experienced that.

19   Q.  And if you're standing shoulder to shoulder in front to

20   back with other people and being pushed with one of those

21   shields, it would be difficult to -- explain what that would be

22   like based on your experience.

23   A.  So your -- the reason we use a shield, because it prevents

24   us from being struck.  It prevents us from being all sorts of

25   things.  So if you're an officer on the receiving end of

1    someone with a shield, you can't use any of your tactics that

2    you've been trained to do to defend yourself.  So I guess, in a

3    sense, you have to try to reach around, spray over, that kind

4    of stuff, while still being pushed with the shield.

5    Q.  Does the use of a shield render the opposite side's

6    nonlethal weapons less efficient?

7    A.  Far less effective.

8    Q.  And in addition to training on the shields, are you also

9    familiar with training on riot batons?

10   A.  Yes.

11   Q.  Is a riot baton different than just a regular baton?

12   A.  So for MPD, we use -- we have two different types of

13   batons.  One that we carry on our belt every day, which is an

14   ASP baton, it's just a collapsible metal pipe, essentially, and

15   it can be 26 inches, 21 inches, as far as MPD is concerned, and

16   maybe a few 16-inch.

17        Our riot baton is made of aluminum and plastic, and it

18   is just two pieces rather than four or five pieces.

19   Q.  And how long is that one?

20   A.  I don't know the exact measurements, but between 3 and

21   4 feet, probably, when fully extended.

22   Q.  Is the riot baton heavier than a regular baton?

23   A.  Similar.

24   Q.  Similar?

25   A.  It's -- the upper piece is plastic.  So -- and the lower

1    piece is aluminum; whereas the other one is steel.  So the

2    components are lighter.

3    Q.  And when you say steel, which one are you referring to?

4    A.  The one we carry on our belt, the ASP baton.

5    Q.  The everyday one?

6    A.  The everyday one.

7    Q.  Do you as part of your duties train officers on how to use

8    the riot baton?

9    A.  I do.

10   Q.  And do you train them on places where it's acceptable to

11   use the baton on another person?

12   A.  We do.

13   Q.  Can you describe just generally what that training is.

14   A.  With a riot baton, we teach the officers to have both hands

15   on the baton, and we tend to strike in a downward motion or

16   straight-on motion, if we can, with either the broadside or the

17   pointed end.

18   Q.  Are there any locations in the body that you are trained to

19   use the baton against if someone is resisting or impeding or

20   opposing officers?

21   A.  Mostly the center of the body.

22   Q.  Why is that?

23   A.  Because it's the most effective and easiest to hit.

24   Q.  Are there any places on the body that you are taught not to

25   hit another person with the riot baton?

BOGNER - DIRECT

1    A.  Absent, you know, a lethal force situation, we would not

2    strike in the head, the neck, areas like that.

3    Q.  Why?

4    A.  Because they can cause very serious injuries.

5    Q.  All right.  Let's now talk about your experience in the

6    tunnel.  You were one of the first officers in the tunnel;

7    right?

8    A.  Yes.

9    Q.  Okay.  And how long did you end up staying in the tunnel?

10   A.  The entire time, minus a couple of decon moments where I

11   tried to find a sink to wash the OC spray out of my face.

12   Q.  And why did you finally leave the tunnel?

13   A.  Additional officers came with additional equipment, and

14   they were able to use sting-ball grenades and flash-bangs to

15   push the crowd back.

16          MS. AKERS:  Can we please pull up Government

17   Exhibit 301.1, which is a video exhibit.  And we'll move to

18   2:41 p.m.  Okay.  Play please for 30 seconds.

19          (A video recording was played.)

20          MS. AKERS:  All right.  We stopped at 2:41:30.

21   BY MS. AKERS:

22   Q.  What's happening here?

23   A.  The rioters are coming through that outer archway into the

24   tunnel.

25   Q.  Is this the initial entry of the rioters into the tunnel?

1    A.  It appears to be.

2            MS. AKERS:  All right.  Let's skip ahead just a

3    little bit to 2:43:09.  All right.  We're going to -- that's

4    perfect, Mr. Clements.  We're going to start at 2:43:10.

5            (A video recording was played.)

6            MS. AKERS:  And pause.  It's 41:13.

7    BY MS. AKERS:

8    Q.  I'm circling a man in a red baseball cap in the middle of

9    the screen.  Do you see him there?

10   A.  I do.

11   Q.  And what time is this?

12   A.  2:43:13 p.m.

13   Q.  Okay.  And in the footage that we just watched, as the

14   rioters were starting to come in, they sort of stopped at some

15   point.  Do you know why that is?

16   A.  There were doors that were closed initially.

17   Q.  And were you and your officers behind those doors and

18   eventually --

19   A.  We were.  The doors were locked and closed, and we were

20   behind them.

21   Q.  After the door was broken through, did the officers hold a

22   line there?

23   A.  We -- we did.  The line progressed forward and moved

24   backward periodically throughout the incident, but we were

25   there the entire time.

1          MS. AKERS:  Can we please play.

2          (A video recording was played.)

3          MS. AKERS:  Okay.  Stop.  Now we're at 2:43:36.

4     BY MS. AKERS:

5     Q.  And the man in the red hat who I previously circled, did he

6     make his way up to the front of the line?

7     A.  It appears so, yes.

8     Q.  And if he disappeared off of the CCTV here, what does that

9     mean as far as his location in the tunnel?

10    A.  It would mean he was further into the tunnel than the

11    camera could see.

12          MS. AKERS:  Can we please pull up Government

13    Exhibit 409, which is a video.

14    BY MS. AKERS:

15    Q.  As part of our preparation for your testimony today,

16    Sergeant, did we review body-worn camera of other officers, not

17    you?

18    A.  Yes.

19    Q.  And was that body-worn-camera footage an accurate depiction

20    of January 6th?

21    A.  It was.

22    Q.  Okay.  And is this one of those footages that we reviewed?

23    A.  It appears to be, yes.

24          MS. AKERS:  Okay.  Can we move to admit, please,

25    Government Exhibit 409.

1          THE COURT:  Any objection, Ms. Douenat?

2          MS. DOUENAT:  Just one second, Your Honor.  I'm just

3     checking to see which one it is.

4          MS. AKERS:  It's Sergeant Mastony.

5          MS. DOUENAT:  That's fine.  We already agreed to that

6     one.

7          THE COURT:  And Mr. Woodward?

8          MR. WOODWARD:  I agree, Your Honor.  We stipulated to

9     the authenticity of body-worn camera.

10          THE COURT:  Okay.  So 409 is in and may be played.

11          (Government Exhibit 409 admitted into evidence.)

12          MS. AKERS:  Okay.  Can we please go to 2:45:45 p.m.

13     And play.

14          (An audio-visual recording was played.)

15          MS. AKERS:  Pause.  Can you go forward a few frames,

16     please, Mr. Clements.

17     BY MS. AKERS:

18     Q.  All right.  We are at 2:45:14.  And I'm circling in the

19     middle of the screen a face with what appears to be a red hat

20     on his head.  Do you see that?

21     A.  I do.

22     Q.  And were you in the tunnel at 2:45 p.m.?

23     A.  I was.

24          MS. AKERS:  Can we please play.

25          (An audio-visual recording was played.)

```
 1              MS. AKERS:  Pause.

 2          And, Your Honor, this goes to Count 17.

 3    BY MS. AKERS:

 4    Q.  I paused it here.  And do you see this same man who I just

 5    circled in the middle of the screen?

 6    A.  I do.

 7    Q.  And can you tell what he's doing here -- or how his body is

 8    positioned.

 9    A.  Behind the -- behind -- there's a shield between the

10    camera and the individual.  So it's a little difficult to

11    see, but you see other body parts.  It appears to be behind

12    those.

13              MS. AKERS:  Okay.  Can we please play.

14              (An audio-visual recording was played.)

15              MS. AKERS:  Pause.

16    BY MS. AKERS:

17    Q.  Do -- can you see anything about the position of his arms?

18    A.  Yes.  It appears to have one arm up, and there's someone

19    with their back against the shield so I can't see the other

20    arm.

21    Q.  And by up, do you mean outstretched?

22    A.  It appears to be like this, yeah.

23              MS. AKERS:  Can we please play.

24              (An audio-visual recording was played.)

25              MS. AKERS:  We'll actually stop.  We stopped at
```

BOGNER - DIRECT

```
1    2:45:35.

2         Can we please pull up now Government Exhibit 2- --

3    excuse me -- 428.3.

4         THE COURT:  Actually, why don't we take a midmorning

5    break.

6         Sergeant, I'm directing you not to discuss the contents

7    of your testimony with anyone over the short break.

8         Mr. Woodward, have you talked with your client about his

9    tardiness this morning?

10        MR. WOODWARD:  We -- I have not.

11        THE COURT:  Okay.  Why don't we address this when we

12   get back from break.  Let's take about 5 minutes.

13             (Recess taken.)

14        MS. AKERS:  All right.  Mr. Clements, can we please

15   pull up Government Exhibit 428.3.  Excuse me.  Just 428.

16        MS. DOUENAT:  No objection for me.

17        MS. AKERS:  And can we please go to 2:46:50.

18        And if there's no objection, we'll move to admit 428

19   before we get started.

20        THE COURT:  This is 248?

21        MS. AKERS:  Correct.  Excuse me.  428.

22        THE COURT:  Okay.  Mr. Woodward, any objection?

23        MR. WOODWARD:  No, Your Honor.

24        THE COURT:  Okay.  428 is in.

25             (Government Exhibit 428 admitted into evidence.)
```

1            MS. AKERS:  And can we move, for efficiency purposes,

2      the subparts as well.  It's 428.1 through -.9.

3            THE COURT:  Yes.

4            MS. AKERS:  Thank you.

5            THE COURT:  Those are all in.

6            (Government Exhibit 428.1, 428.2, 428.3, 428.4,

7      428.5, 428.6, 428.7, 428.8, and 428.9 admitted into evidence.)

8      BY MS. AKERS:

9      Q.  Sergeant Bogner, were you in the tunnel at that 2:46:50?

10     A.  I was.

11           MS. AKERS:  Can we please play.

12           (An audio-visual recording was played.)

13           MS. AKERS:  Can we pause, please.  We paused at

14     2:47:28.

15     BY MS. AKERS:

16     Q.  Sergeant Bogner, are you hearing any audible [sic] in this

17     video clip?

18     A.  Yes.

19     Q.  What are you hearing?

20     A.  There's crowd noise and an officer saying, "Move back,"

21     which is what we train them to do in these types of situations.

22     Q.  In your experience on January 6th in the tunnel, was this a

23     command that was given frequently to the rioters?

24     A.  Yes.

25     Q.  And at this time or at any time, did the rioters comply

1    with the officers' commands to move back?

2    A.  There may have been individual circumstances, but as a

3    mass, no.

4         MS. AKERS:  And can we now please pull up Government

5    Exhibit 428.3.

6    BY MS. AKERS:

7    Q.  Do you recognize this as a still shot of the

8    body-worn-camera footage that we just reviewed?

9    A.  I do.

10   Q.  And I'm going to circle in the middle left of the screen a

11   man who's wearing a red baseball cap.  Do you see that?

12   A.  I do.

13   Q.  At least in this still shot, do you see him appearing to

14   turn around or move back?

15        MR. WOODWARD:  Objection.

16        THE COURT:  Overruled.

17   A.  I don't.

18        MS. AKERS:  Can we please pull up Government

19   Exhibit 429.

20   BY MS. AKERS:

21   Q.  And, Sergeant Bogner, we've already played this.  This is

22   your body-worn camera; correct?

23   A.  Yes.

24        MS. AKERS:  Can we please go to 2:47.  And play.

25        (An audio-visual recording was played.)

1    BY MS. AKERS:

2    Q.  What time is this being shot at?

3    A.  2:47 and 32 seconds.

4    Q.  Is that consistent with the body-worn-camera screenshot we

5    just looked at, at around the same time?

6    A.  Roughly, yes.

7    Q.  And did you hear yourself give any commands there?

8    A.  I did.

9    Q.  What did you say?

10   A.  I said, "Keep the shields back," in reference to these

11   shields that you see up here on the top.  They're -- what was

12   happening was they were getting them up to the front and before

13   they could get them down and in a braced position, they were

14   getting sucked out.  They were getting pulled away.

15   Q.  Getting pulled away by who?

16   A.  By the rioters.

17   Q.  What were those rioters doing with those shields?

18   A.  In some cases, turning around and using them towards us.

19   Q.  And how did it make it difficult for you and your officers

20   to protect your line?

21   A.  Well, we needed the shields.  And in my mind, I'm saying

22   don't pass them up.  I wanted a more coherent approach to that

23   rather than just sliding them up top and then people pulling

24   them.

25           MS. AKERS:  Can we please continue playing.

BOGNER - DIRECT

```
 1              (An audio-visual recording was played.)
 2              MS. AKERS:  Can we please pause.  We paused at
 3      2:49:11.
 4      BY MS. AKERS:
 5      Q.  Sergeant Bogner, can you tell the Court what's going on in
 6      this clip.
 7      A.  So I'm repeatedly trying to get the officers to form a
 8      second line of shields behind what -- basically what you see
 9      right here in this photo between the doors.  And my goal is if
10      they can form that line of shields and interlock them, I can
11      pull these officers out and that shield wall will then be the
12      front.
13              The problem we were facing here is that at that time we
14      only trained certain units to use these shields.  So no one
15      really knew what I was talking about, but that's what I was
16      trying to do.
17      Q.  And when you said you had to relieve the front line, why
18      did you think that you needed to relieve the front line of
19      officers at this time?
20      A.  The officers were getting gas -- like, gassed out from
21      being kind of in the front of the fray and that crowd press
22      where they -- it's hard to explain.  But when two -- two crowds
23      push against each other, it kind of has this -- this
24      forward-and-backward motion.
25              And you would think that there's relief in there, but,
```

1    really, that's one -- one group kind of over -- overforcing the

2    other one and then back and forth.  And there's -- at that

3    front, there's no relief in that.

4    Q.  Based on the movement and pushing by the rioters at this

5    time, did that also impact the officers' ability to make this

6    shield wall?

7    A.  Absolutely.  There was no -- part of the reason I was

8    saying keep them back is because there's no space to bring them

9    down like and get them in proper position.  So they're up on

10   top.  And there's some good up where they are if people are

11   throwing things, but there's no space to get them down.  And

12   you're just going to lose them.

13           MS. AKERS:  Can we please pull up Government

14   Exhibit 428.  And we're going to go to 2:48:20.

15   BY MS. AKERS:

16   Q.  And is this time consistent with the time that we were

17   watching on your body-worn camera, Sergeant?

18   A.  Roughly, yes.

19   Q.  Okay.  And I'm just circling, before we play, this man

20   right here in the middle right of the screen, to the right of

21   an officer wearing a hard helmet.  And we can just pay

22   attention to that as we play, please.

23           (An audio-visual recording was played.)

24           MS. AKERS:  Pause.  And can we please skip ahead to

25   2:52:34.

1    BY MS. AKERS:

2    Q.  While we're doing that, Sergeant, what was happening at

3    that point in time?

4    A.  The officers were giving instructions to move back.  You

5    see how the bodies are so close together.  That's that crowd

6    push I was talking about where the two masses just kind of meet

7    in that relentless press.

8            MS. AKERS:  We're now skipped ahead to 2:52:54, so

9    just a little bit ahead in time.  And can we please press play.

10           (An audio-visual recording was played.)

11           MS. AKERS:  Pause.

12   BY MS. AKERS:

13   Q.  I'm circling on the left-hand-side of the screen a man in a

14   green jacket, red baseball cap.  Do you see that?

15   A.  I do.

16   Q.  Okay.  And can you tell in relation to the police line

17   approximately where this person is.

18   A.  At the front of the police line.  This officer we just saw

19   in the other video, I was in front of the other person.  And

20   this was the front line here of the -- of the police line.

21           MS. AKERS:  Can we please play.

22           (An audio-visual recording was played.)

23           MS. AKERS:  Please pause.

24   BY MS. AKERS:

25   Q.  Do you see this man in the red hat in the center of the

1    screen that I just circled?

2    A.  I do.

3    Q.  Did you hear him yell anything there?

4    A.  I wasn't sure who was yelling.

5           MS. AKERS:  Okay.  Can we just back up, maybe,

6    10 seconds to 2:54.  That was hard math.  And we'll play at

7    2:54.

8           (An audio-visual recording was played.)

9           MS. AKERS:  Can you please pause.

10   BY MS. AKERS:

11   Q.  Did you see that man in the red hat yelling?

12   A.  I did.  I was having trouble making out what he was saying.

13   Q.  Did he appear to be yelling towards the officers?

14   A.  Yes.

15   Q.  And was this a time when there was --

16          MS. AKERS:  Well, actually, let's just move on to

17   428.8, please.

18   BY MS. AKERS:

19   Q.  And what time is this still shot taken at?

20   A.  14:55 and 22 seconds, approximate.

21   Q.  And do you see that same man in the red hat and greenish

22   jacket at 2:55:22?

23   A.  I do.

24   Q.  And where is he in relation to the police line?

25   A.  Very close.

1          MS. AKERS:  Can we please pull up Government

2    Exhibit 429, which is a video.

3          THE COURT:  While you're doing that, did you hear

4    kind of a clicking noise at various points?

5          THE WITNESS:  I did.

6          THE COURT:  What's that?

7          THE WITNESS:  It's one of those stun guns --

8          THE COURT:  Okay.

9          THE WITNESS:  -- that someone was using, like either

10   a civilian model, black ones.

11         THE COURT:  And I take it that is not you?

12         THE WITNESS:  No, that is not us.

13         MS. AKERS:  Can we please go to 2:55:03.

14         MR. WOODWARD:  I'm sorry, Counsel.  Which exhibit?

15         MS. AKERS:  409.

16     We'll pause.  Thank you.

17   BY MS. AKERS:

18   Q.  Do you recognize this as body-worn-camera footage?

19   A.  I do.

20   Q.  Still in the tunnel?

21   A.  Yes.

22   Q.  And what time is this being filmed?

23   A.  14:55:03.

24         MS. AKERS:  All right.  Can we please play.

25         (An audio-visual recording was played.)

1          THE COURT:  Sorry.  Can you -- I want to see that

2     again.

3          MS. AKERS:  Sure.  Can we please rewind to 14:55:14

4     or so.  And we'll play from there.

5          (An audio-visual recording was played.)

6          MS. AKERS:  We'll pause.

7     BY MS. AKERS:

8     Q.  Sergeant Bogner, did you see that same person in the green

9     top and the red hat depicted in that clip there?

10    A.  I did.

11    Q.  And what did he appear to be doing?

12    A.  It looked like he was trying to grab the shield.

13         MS. AKERS:  All right.  Let's pull up 409.10.

14    BY MS. AKERS:

15    Q.  Is this a still shot of the same body-worn-camera footage

16    that we just looked at?

17    A.  It is.

18    Q.  And do you see an arm out reached towards the officers in

19    the middle of the screen that I circled in red here?

20    A.  I do.

21    Q.  Does it have the green sleeve?

22    A.  It does.

23    Q.  And what is the arm doing?

24    A.  You mind if I draw?  It looks like it's reaching for this

25    handle, which is the hook handle on the back of this.

340

1    Q.  And you say the back of this, you mean Government's

2    Demonstrative 1, the shield?

3    A.  Yes, this handle right here.

4              MS. AKERS:  Can we please pull up Government

5    Exhibit 409.11.  I think this is 602 -- 622.11.  Can we just

6    pull up 409 again and go to 2:55:24.  And just frame by frame,

7    please, until I say stop.

8         Stop.

9    BY MS. AKERS:

10   Q.  And, Sergeant Bogner, is this -- and this is the

11   body-worn-camera footage that we just looked at; correct?

12   A.  It is.

13   Q.  And now do you see a more fulsome picture of the man

14   who's -- with the green arm?

15   A.  Yes.

16   Q.  And he has that red baseball cap?

17   A.  Yes.

18   Q.  A blue-colored shirt under the jean jacket?

19   A.  He does.

20   Q.  Now that we are a little bit further in time, what is he

21   doing here?

22   A.  Reaching towards the hook handle on the shield.

23   Q.  And those are the same shields that you previously

24   testified were important to the officers' defense; right?

25   A.  Absolutely.

1          MS. AKERS:  All right.  Can we please pull back up

2     Sergeant Bogner's body-worn camera, 429.  And can we please go

3     to 2:55:54.  Actually, I'm sorry, Mr. Clements.  Can we go to

4     2:58.  And we'll play.

5          (An audio-visual recording was played.)

6          MS. AKERS:  Can we please pause.  Can we actually

7     pull back to 2:57 p.m.  And we'll play from there.

8          (An audio-visual recording was played.)

9          MS. AKERS:  Can we please pause and pull back half a

10    second, Mr. Clements.

11    BY MS. AKERS:

12    Q.  Well, let me just ask you this Sergeant Bogner:  At about

13    2:57:33 and a little bit before this, did you hear yourself

14    saying, "Stop.  You're hurting her"?

15    A.  I did.

16    Q.  Can you describe to the Court what was going on here.

17    A.  Yes.  This lady just on the other side of the

18    Capitol Police, you can see the top of her -- I believe that's

19    her -- the stocking hat she had on top of her head.  She was

20    having difficulty breathing.  And I was trying to appeal to the

21    rioters to, like, give some sort of reprieve here so that, you

22    know, she could either get out of the way -- I didn't want her

23    to become seriously injured.

24    Q.  And what -- in your assessment, what was actually being

25    done to her that was hurting her?

BOGNER - DIRECT

1   A.  That press between the two masses is finally taking

2   its toll, is what it looked like to me.  And it happened to

3   a couple officers we pulled out.  I think we saw one on

4   video today, but that is -- that's what I was talking about

5   there.

6   Q.  So fair to say it was the force of the crowd that was --

7   A.  I believe so.

8   Q.  Okay.  And we're stopped here at 2:58:33, shortly after you

9   said, "Stop.  You're hurting her" from that pushing.

10         I'm circling a man wearing a red baseball cap in front

11   of the police line.  Do you see that?

12   A.  I do.

13         MS. AKERS:  Can we please pull up government -- well,

14   actually, let's just continue playing from 2:57:33.

15         (An audio-visual recording was played.)

16         MS. AKERS:  Pause, please.

17   BY MS. AKERS:

18   Q.  What's happening here, Sergeant?

19   A.  You saw me yelling back up, and then you could see several

20   batons coming down striking the officers.  And then I deployed

21   some OC spray at the individuals that were striking the

22   officers.

23         MS. AKERS:  And can we please pull up --

24   BY MS. AKERS:

25   Q.  Before we do that, can you say what time it is at this

BOGNER - DIRECT

1    point?

2    A.  It is 14:58 and 16 seconds.

3            MS. AKERS:  Okay.  Can we please pull up 428.9.

4    BY MS. AKERS:

5    Q.  And at -- is this a still shot of body-worn-camera footage?

6    A.  It is.

7    Q.  And what time is this taken at?

8    A.  14:58 and 16 seconds.

9    Q.  Okay.  Consistent time period with the footage we're

10   watching?

11   A.  It is.

12   Q.  And when you were raising your spray and yelling "Back up,"

13   do you see a person with a red hat and a green top circled

14   here?

15   A.  I do.

16   Q.  Sort of towards the right of the screen?

17   A.  Okay.

18   Q.  And what did he appear to be doing at this time?

19   A.  It looks like he's pushing.

20           MS. AKERS:  We're now going to pull up Government

21   Exhibit 501.

22   BY MS. AKERS:

23   Q.  In preparation for your testimony, have we watched

24   open-source footage that was filmed from the opposite angle of

25   the body-worn camera?

1    A.  We have.

2    Q.  Okay.  And did we watch this specific video?

3    A.  We did.

4         MS. AKERS:  Okay.  Can we please go to 430.  And can

5    we please play.  Actually, can we pause.

6    BY MS. AKERS:

7    Q.  Before we start, I'm going to circle a man in a green

8    jacket and a red hat in the middle of the screen, sort of, to

9    the left of the red, white, and blue beanie.  Do you see that

10   man?

11   A.  I do.

12   Q.  In relation to the police line, where is he?

13   A.  Looks to be one person back.

14        MS. AKERS:  Okay.  Can we please play.

15        (An audio-visual recording was played.)

16        MS. AKERS:  Can we please pause.

17   BY MS. AKERS:

18   Q.  At this time, what are the rioters trying to do?

19   A.  It appears they're using Capitol Police shields, trying to

20   form a shield wall.  I heard someone say, "Lock your

21   shoulders."

22   Q.  And you testified earlier about how effective it is to use

23   a shield wall.  Were the rioters actually able to use a shield

24   wall sort of against the officers?

25   A.  At times, yes.

```
 1    Q.  Sort of using your own strategy against you?

 2    A.  Unfortunately.

 3          MS. AKERS:  And can we just pull ahead to 7 minutes

 4    and 12 seconds.  Excuse me.  I meant play until 7 minutes and

 5    12 seconds.  We're going back to 449.  Sorry about that,

 6    Mr. Clements.

 7          (An audio-visual recording was played.)

 8          MS. AKERS:  Can we please pause.

 9    BY MS. AKERS:

10    Q.  Just for identification purposes, do you see yourself,

11    Sergeant?

12    A.  I do.

13    Q.  Can you circle yourself.

14    A.  (Witness complying.)

15    Q.  All right.  Thank you.

16          And I'll just ask you to keep an eye over on the

17    right-hand side of the screen for the guy in the red hat and

18    the green jacket.  Okay?

19    A.  Yes.

20          MS. AKERS:  Can we please continue playing.

21          (An audio-visual recording was played.)

22          MS. AKERS:  We paused at 7 minutes and 12 seconds.

23    BY MS. AKERS:

24    Q.  Sergeant, can you explain what's happening at this point in

25    the tunnel?
```

1    A.  So going all the way back to when they brought those

2    shields in and said use that shield wall, you see they pushed

3    us back using that wall of shields probably 6 or 8 feet.  And

4    it created a tremendous force there at the front line.  And

5    that's when you saw me ask them to stop because they were

6    hurting her.  And it was that lady in the stocking hat.  And

7    then --

8    Q.  Just to interrupt.  Did the rioters stop pushing when you

9    asked them to?

10   A.  No.

11   Q.  Okay.  Go ahead.

12   A.  And then an individual started striking the officers with

13   a -- what may be an ASP baton or some off-brand manufacturer.

14   Started striking them.  And I deployed OC spray on those

15   individuals.

16   Q.  And all throughout this time, were the people at the front

17   of the officer line pushing against the officer line?

18   A.  Absolutely.

19   Q.  With force?

20   A.  Tremendous force to the point where the lady couldn't

21   breathe.

22   Q.  And you were at the front of the line; right?

23   A.  Absolutely.

24   Q.  Did you personally feel the force they were using?

25   A.  I did.

1      MS. AKERS:  Can we please pull up Government

2   Exhibit 501.67.

3   BY MS. AKERS:

4   Q.  Do you recognize this as a still shot of the footage we

5   just looked at?

6   A.  I do.

7   Q.  And do you see yourself on the left-hand side of the screen

8   with an arrow on the left-hand side?

9   A.  Yes, I do.

10  Q.  Do you also see a man in a green jacket and a red baseball

11  cap with brown hair pushing into the police line in a circle I

12  just drew?

13      MR. WOODWARD:  Objection.

14      THE COURT:  Sustained.

15  BY MS. AKERS:

16  Q.  I just drew a circle on the screen.  Can you describe what

17  I drew a circle around.

18  A.  It's a man in a green coat with a red hat, and he appears

19  to be pushing on both the lady in the stocking hat, who was

20  having difficulty, and the individual in the American flag, and

21  maybe the officer in the middle as part of that crowd.

22      MS. AKERS:  Can we please pull up Government

23  Exhibit 501.68.

24  BY MS. AKERS:

25  Q.  Is this also a still shot of the footage we just reviewed?

```
1    A.  It is.

2    Q.  Do you see yourself?

3    A.  I do.

4    Q.  Can you circle yourself.

5    A.  (Witness complying.)

6    Q.  Do you see that man in the red baseball cap we've been

7    talking about today?

8    A.  I do.  He's here, and you can see his green jacket here.

9    Q.  And did you just put a circle around the red baseball cap

10   with brown hair sort of right in front of your face?

11   A.  Yes.

12   Q.  Okay.  And what does this man appear to be doing at this

13   point?

14   A.  Part of that same crowd push that just pushed the officers

15   back.

16           MS. AKERS:  Can we please pull up Government

17   Exhibit 515.

18   BY MS. AKERS:

19   Q.  And as part of the preparation for your testimony today,

20   did we also watch Government Exhibit 515?

21   A.  We did.

22           MS. AKERS:  Can we please play from 7:15 to 8:15.

23   BY MS. AKERS:

24   Q.  And before we press start, do you see yourself in this shot

25   at 7:15?
```

1    A.  I do.

2    Q.  Can you circle yourself.

3    A.  (Witness complying.)

4    Q.  The middle -- middle left of the screen next to, like, a

5    recording device?

6    A.  Yes.  Between two recording devices it looks like.

7    Q.  Thank you.

8              MS. AKERS:  All right.  We'll please play until 8:15.

9              (An audio-visual recording was played.)

10   BY MS. AKERS:

11   Q.  All right.  What was happening at the start of that clip?

12   A.  You saw the crowd pushing against the officers.  And

13   someone coordinated the push by yelling "Heave.  Heave"

14   repeatedly to try to, in my opinion, organize that push.

15             MS. AKERS:  Can we please pull up 515.7.

16   BY MS. AKERS:

17   Q.  Do you recognize this as a still shot of the footage that

18   we just watched?  And if you look at the lower corner at 7:40

19   into the footage.

20   A.  Yes.  7:40 into the footage.

21   Q.  And do you see where I've put a circle on the screen here?

22   A.  I do.

23   Q.  What do you see depicted in that circle?

24   A.  A man wearing a red hat and a green coat.

25   Q.  And what does he appear to be doing while the rioters are

BOGNER - DIRECT

1    yelling heave?

2    A.  Part of the crowd pushing.

3              MS. AKERS:  All right.  We can take that down,

4    Mr. Clements.

5          We're now going to talk about Count 19.

6    BY MS. AKERS:

7    Q.  We heard in the video footage, you just testified, the

8    rioters chanting heave; right?

9    A.  Yes.

10   Q.  Okay.  And in video footage, have we seen doors -- door

11   frames, at least, in the tunnel?

12   A.  We have.  There's two sets of doors.  There's an outer

13   locking door, which is the one that the glass was being broken

14   out of earlier.  And then there's, like, an inner foyer door

15   that I don't believe locked.

16   Q.  And did there come a point in time in the tunnel where

17   there became space between the rioter line and the police line

18   near the door frames?

19   A.  At times, yes.  And that we used those opportunities to

20   gain ground often.  But you'd see it with maybe a heavy

21   deployment of OC spray.

22         In one of the videos we just watched, an officer from

23   behind used an MK-46.  That's a much larger OC canister.  And

24   you saw it at one point dripping from the door frame.  It

25   was during that same time they were yelling heave and he was

1    trying to disrupt that push because it was pushing the officers

2    back.

3    Q.  Was there ever a time where there was enough space between

4    the rioter line and the officer line where the officers

5    actually tried to close the doors?

6    A.  There was.

7    Q.  And can you explain the strategy behind that.

8    A.  So the idea is is if you can get those doors closed -- I

9    think at this time a couple of the windows were broken.  A

10   couple were intact.

11        But if we could get those outer doors closed, they had

12   the ability to lock.  But they also had handles where you could

13   maybe even put handcuffs on them or something.  But if we get

14   those closed and can lock them, it would create like -- it

15   would create a funnel where the rioters would have to come

16   through a funnel, which is much easier to defend than, you

17   know, a 15- or 20-foot hallway, if you're only dealing with a

18   2-foot door.  It's much easier to defend.

19   Q.  Because it's more narrow?

20   A.  Yes.  And there's -- actually, if you look at the photos of

21   it, there's actually a crossbar on the doors, which would mean

22   not only is it narrow, it's short.  You either would have to go

23   over or under those handlebars, and the side windows were

24   fairly narrow and would be difficult for most to come through.

25   Q.  On January 6th in the tunnel, were you actually able to

1   resecure those doors when you were in the tunnel fighting?

2   A.  No, we were not.

3   Q.  Can we please pull back up your body-worn camera, which is

4   429.

5        MS. AKERS:  And we're going to go to 14:59:30.  And

6   please play.

7        (An audio-visual recording was played.)

8        MS. AKERS:  Pause.  We paused at 15:00:32.

9   BY MS. AKERS:

10  Q.  And did you just hear yourself say, "Let it go"?

11  A.  Yes.

12  Q.  What were you referring to?

13  A.  The door.

14  Q.  And who was holding the door?

15  A.  There was an individual that you saw just briefly who had

16  his coat pulled up and face covered.  And I actually believe I

17  deployed spray there as well because we needed to get those

18  doors closed.  And he was resisting us in doing that.

19  Q.  So is this the instance that you previously testified about

20  when the officers were trying to secure the doors to narrow the

21  tunnel?

22  A.  Yes.  Yes, it was.

23  Q.  Okay.  And did you also hear yourself give commands to the

24  rioters at that point?

25  A.  Yes.

1    Q.  What were you yelling?

2    A.  "Back up."  I warned a couple of people that I would spray

3    them if they didn't comply.  In reality, at this point I'm

4    concerned about how much spray I have left.  So I'm giving more

5    warnings trying to get, you know, more compliance.  The only

6    thing else I had was a type of spray that wouldn't have been

7    good for the officers in the tunnel.

8    Q.  And do you see yourself holding an officer's vest in front

9    of you throughout that clip?

10   A.  I do.

11   Q.  Why were you doing that?

12   A.  Because he was stepping out of -- in front of the line, and

13   I didn't want him to get too far or someone to get ahold of

14   him.  So I was holding on to him so if he got too far, I could

15   pull him back, as a supervisor; or if someone tried to pull him

16   out, that I could pull him back.

17   Q.  What's the risk of an officer being pulled off the line if

18   he's pushing -- pushing or fighting another rioter?

19   A.  Could be very bad.  I mean, depending on the motive of

20   whoever pulled him out.  But I don't think anyone pulls an

21   officer away from a line with good intentions.

22   Q.  If a rioter is pushing on an officer and an officer has to

23   push back to resist --

24   A.  Yes.

25   Q.  -- is that a scenario where an officer could sort of push

1    himself or herself off of the line?

2    A.  Absolutely.  It's -- it's a common -- common thing that we

3    train our supervisors in any sort of riot-control situation, to

4    maintain those lines and, if they have to, physically move the

5    officers.  Because sometimes the officers get into the moment

6    and they don't realize that they're pushing outward.

7         The other risk is that if a line were to kind of belly

8    outwards, it can become weaker.  So crowds kind of move, I

9    would say, similar to water.  If there's an opening, they'll

10   push through it.

11   Q.  So when an officer is pushing back against a rioter, not

12   only is there risk to them for being off the line, but there's

13   a risk to the actual police line?

14   A.  Absolutely.

15             MS. AKERS:  Can we please play until 15:00:54.

16             (An audio-visual recording was played.)

17   BY MS. AKERS:

18   Q.  What just happened in this clip?

19   A.  In this clip, we almost had the doors closed.  And the

20   individual in the red hat with the green coat pushed a shield

21   into the crack of the door preventing us from getting those

22   doors closed.  I did deploy spray, but it was kind of hard to

23   see due to the view of the camera.

24   Q.  So --

25             THE COURT:  Can you play that again.

```
 1              MS. AKERS:  Sure.  Can we please pull back.
 2              (An audio-visual recording was played.)
 3              MS. AKERS:  Okay.  We paused.  We just paused at
 4    15:00:48.
 5         Let's now pull up Government Exhibit 515, please.
 6              THE COURT:  Which exhibit was that Ms. Akers?
 7              MS. AKERS:  Yes, Your Honor.  That was officer --
 8    excuse me -- Sergeant Bogner's body-worn camera, 429, 3 --
 9    excuse me 2:59:30.  And we played until 3:54.
10              THE COURT:  Thanks.
11         Do you remember where the guy in the red hat and green
12    jacket bends down, is that where he was grabbing for the shield
13    or was that a different point?
14              THE WITNESS:  This -- this one versus the earlier
15    one?
16              THE COURT:  Yeah.  Is that -- is that two different
17    incidents?
18              THE WITNESS:  Those with two different instances.
19              THE COURT:  Okay.  Do you happen to remember what he
20    was doing when he bent down there?
21              THE WITNESS:  He reached towards the hook handle on
22    this shield that an officer had.
23              THE COURT:  Of this instance?
24              THE WITNESS:  This is a separate instance.
25              THE COURT:  Yeah.  Do you remember what he did when
```

1    he bent down there?  Right now.

2              THE WITNESS:  Right now?

3              THE COURT:  Yeah.

4              THE WITNESS:  I don't remember him bending down right

5    now.

6              MS. AKERS:  Let's --

7              THE COURT:  He was kind of standing behind that

8    shield, I thought.

9              MS. AKERS:  We're pulling back up -- let's first pull

10   up 409.11.  We'll just make a clarification on the time line

11   here.  And we reviewed this -- and excuse me.  409.10, for

12   Mr. Clements.

13   BY MS. AKERS:

14   Q.  Okay.  We reviewed this still shot already; correct?

15   A.  Yes.

16   Q.  And what time was this instance where the green-top guy is

17   reaching for the shield?

18   A.  It appears to be 14:55:24, but it's a little bit off.

19   Q.  Okay.  And now let's go to your body-worn camera.  So this

20   is 2:55:24.  And this is your body-worn camera, which is 429.

21             MS. AKERS:  And we'll pull up -- we'll fast-forward

22   to approximately 3:00 p.m., 15:00.  Can we just play from

23   there.

24             (An audio-visual recording was played.)

25             MS. AKERS:  Can we pause.

1    BY MS. AKERS:

2    Q.  Sergeant Bogner, did you see that individual in the red hat

3    and the green bend down there?

4    A.  I did.

5    Q.  Do you remember what he was doing at that point?

6    A.  I don't.

7    Q.  Was this about 5 minutes after the shield grab -- or the

8    reach for the shield that we looked at?

9    A.  Yes.

10            MS. AKERS:  Okay.  Can we please pull up Government

11    Exhibit 515.  And we'll go to 10:45 into the video.  And can we

12    please play until 11:02.

13            (An audio-visual recording was played.)

14    BY MS. AKERS:

15    Q.  All right.  Do you see yourself depicted in this shot?

16    A.  I do.

17    Q.  Can you circle yourself.

18    A.  (Witness complying.)

19    Q.  And I'm putting a circle in the middle of the screen.  What

20    do you see in that circle?

21    A.  A man in a red hat and a green coat.

22    Q.  And the man in the red hat and the green coat, that's sort

23    of in the middle of the screen right by a guy in an orange

24    helmet?

25    A.  Yes.

1    Q.  And you are towards the left of the screen.  You have a

2    mask around your neck; is that correct?

3    A.  Yes, I do.

4          MS. AKERS:  Okay.  We're going to continue playing

5    until 11:25.

6    BY MS. AKERS:

7    Q.  All right.  And what just happened in that clip?

8    A.  I think the -- it's the reciprocal view of what we just

9    watched.  And after we pushed that shield kind of out of the

10   door, it appears that I did deploy spray.  And that may be why

11   he was bending down there.

12   Q.  Like, to duck, do you think?

13   A.  Yeah, or possibly feeling the effects.  I'm -- it's

14   unclear.  I can't quite tell.  But I did deploy spray right in

15   that time frame, and so it may be a reaction to that.

16         MS. AKERS:  Can we please pull up Government

17   Exhibit 501.

18   BY MS. AKERS:

19   Q.  And while we do that, Sergeant, did the use of this shield

20   in this manner impede in any way the officers at this time?

21   A.  It absolutely did.  It --

22   Q.  How?

23   A.  It prevented us from getting those doors closed and

24   creating that funnel that I was talking about earlier.

25         MS. AKERS:  Can we please pull ahead to 9 minutes in

BOGNER - DIRECT

1    Government Exhibit 501.  And we'll play until 9:28, please.

2              (An audio-visual recording was played.)

3              MS. AKERS:  Can we go forward just a frame or two,

4    please.

5    BY MS. AKERS:

6    Q.  I'm putting a circle on the right middle of this screen.

7    And do you see someone inside that circle?

8    A.  I do.

9    Q.  And what does he appear to be wearing?

10   A.  A red hat and a green coat.

11   Q.  And I'm putting another circle around an officer with a

12   helmet on and a mask around his face.  Is that you?

13   A.  That is me.

14             MS. AKERS:  Can we please --

15   BY MS. AKERS:

16   Q.  Well, before we play, did you hear yourself give commands

17   at this point?

18   A.  Yes, it's those same back-up commands and pepper spray

19   warning.

20             MS. AKERS:  Can we please play until 9:40.

21             (An audio-visual recording was played.)

22             MS. AKERS:  All right.  Can we please pull up

23   Government Exhibit 508.  And just play for a few seconds.

24             (An audio-visual recording was played.)

25             MS. AKERS:  Stop.

BOGNER - DIRECT

1    BY MS. AKERS:

2    Q.  In preparation for your testimony, did we also review

3    Government Exhibit 508?

4    A.  We did.

5    Q.  Okay.  And does this depict the same occurrence that we've

6    been talking about?

7    A.  It appears to be the tunnel, yes.

8           MS. AKERS:  Okay.  Can we please play until

9    33 seconds.

10          (An audio-visual recording was played.)

11          MS. AKERS:  All right.  Can we please pull up

12   Government Exhibit 512.

13   BY MS. AKERS:

14   Q.  Is Government Exhibit 512 another video that we watched in

15   preparation for your testimony?

16   A.  It is.

17   Q.  And did it appear to be an accurate accounting of the

18   events of the tunnel from your perspective?

19   A.  It did.

20          MS. AKERS:  We'd move to admit Government

21   Exhibit 512.

22          THE COURT:  Any objection, Mr. Woodward?

23          MR. WOODWARD:  Yeah.  Object to the lack of

24   authentication.

25          THE COURT:  All right.  And --

```
 1              MS. DOUENAT:  No objections, Your Honor.

 2              THE COURT:  All right.  I'm admitting 512 over

 3     objection from Defendant Klein.

 4              (Government Exhibit 512 admitted into evidence.)

 5              MS. AKERS:  And while we're at it for efficiency

 6     purposes, if we could please admit the underlining screenshots,

 7     which are 512.1; -.2; and -.3.

 8              THE COURT:  I think those are also admissible as

 9     subparts of the video.

10              (Government Exhibit 512.1, 512.2, and 512.3 admitted

11     into evidence.)

12              MS. AKERS:  We'll pull ahead to 1:30.

13     BY MS. AKERS:

14     Q.  Do you see yourself depicted at 1:30, at this footage?

15     A.  I do.

16     Q.  Can you circle yourself for us.

17     A.  (Witness complying.)

18     Q.  And you circled your face on the left upper hand on the

19     screen right below the flag; is that correct?

20     A.  That's correct.

21              MS. AKERS:  Let's please play until 1:55.

22              (An audio-visual recording was played.)

23     BY MS. AKERS:

24     Q.  Is this the same incident that we've been discussing over

25     the last few exhibits?
```

```
1    A.  It is.

2              MS. AKERS:  All right.  And can we please pull ahead

3    to 3 minutes and 26 seconds.

4    BY MS. AKERS:

5    Q.  And at 3 minutes and 26 seconds, do you see that same

6    individual with the green top wearing the red baseball cap?

7    A.  I do.

8    Q.  Can you circle him.

9    A.  (Witness complying.)

10   Q.  And you're circling in the middle of the screen to the

11   right of the camera equipment; is that correct?

12   A.  Yes, I am.

13             MS. AKERS:  Okay.  Can we please play until 3:40.

14             (An audio-visual recording was played.)

15   BY MS. AKERS:

16   Q.  Did you see, Sergeant Bogner, the man in the green top and

17   the red baseball cap turn his head toward the mouth of the

18   tunnel?

19   A.  I did.

20   Q.  Did you see his mouth moving?

21   A.  I did.

22   Q.  Did you hear any audio in this video coming from -- what

23   appears to be coming that mouth?

24   A.  I did.

25   Q.  What did he appear to be saying?
```

BOGNER - DIRECT

1    A.  "We need fresh people.  We need fresh people."

2    Q.  Is that something that you heard in the tunnel on

3    January 6th from the rioters?

4    A.  We occasionally heard people trying to -- to circle out,

5    get fresh people up front.  That does occasionally occur.

6    Q.  How would that make the mob effective if there were fresh

7    people in the tunnel fighting?

8    A.  People who rested are more effective than people who are

9    tired, I would say, is the best way to describe it.

10   Q.  And you were actually in the tunnel for the duration of the

11   fighting that day; right?

12   A.  I was.

13   Q.  Did the officers have that same ability to circle out in

14   less numbers?

15   A.  It was not -- no, we did not.  In order to maintain our

16   line, we had to have the mass of officers behind.  And that's

17   what created the force that maintained our police line.

18           MS. AKERS:  Can we please pull up Government

19   Exhibit 501.  And we're going to go to 10 minutes and

20   35 seconds.  And we'll play until 11:22, please.

21           (An audio-visual recording was played.)

22           THE COURT:  Sorry.  Is this still Count 17 you're

23   focused on, Ms. Akers?

24           MS. AKERS:  I believe, Your Honor, this is Count 19.

25   Yes.

1          THE COURT:  Okay.

2          MS. AKERS:  Can we actually pull back to 10 minutes

3     and 30 seconds.

4     BY MS. AKERS:

5     Q.  Sergeant Bogner, do you see that same man in the green top

6     and the red hat depicted here?

7     A.  I do.

8     Q.  Is he in the middle of the screen?

9     A.  He is.

10         MS. AKERS:  Can we please play until 11:22.

11         (An audio-visual recording was played.)

12    BY MS. AKERS:

13    Q.  In that clip, Sergeant, did you hear that same man saying,

14    "We need fresh people" numerous times?

15    A.  Yes.

16    Q.  Did he appear to say it more times in that clip, actually,

17    than in the previous exhibit?

18    A.  Yes.  It appears that the last time was the first time we

19    saw it in the other video, and then it happened earlier.

20    Q.  And while he's turned around yelling to the mouth of the

21    tunnel "We need fresh people," what's going on in the front of

22    the tunnel?

23    A.  This is just after they were able to force the door on

24    the right of the video here back open, and the struggle is

25    still ensuing.

1    Q.  Sergeant Bogner, I know you were in the tunnel for a long

2    time on January 6th.  Actually, from the beginning until the

3    end.  Can you just briefly describe for the Court what your

4    experience is like looking back on these videos and your

5    memories.

6    A.  I mean, it's something -- it's something that, hopefully,

7    you only experience once in life.  I look back on it and I wish

8    I had done some things differently, perhaps would have -- would

9    have helped make it more difficult, yeah.

10        And I think -- I talk a lot -- one of the sergeants that

11   was next to me ended up hurting his hand really bad, and he

12   stood there with the officers the whole time.  He was,

13   basically, missing the tip of his finger.  And we talked about

14   that often.  Things of that nature.

15   Q.  You mentioned doing things differently.  Did you guys do

16   the best you could?

17   A.  I mean, looking back on it, you can always think of things

18   you could have done better, but we did what we could in the

19   moment.

20            MS. AKERS:  Thank you, Sergeant.

21            THE COURT:  All right.  Sir, I ask you to step down,

22   and you can come back at 1:30.

23            THE WITNESS:  Okay.

24            THE COURT:  Once again, I'll direct you not to

25   discuss the contents of your testimony with anyone.

BOGNER - DIRECT

1          THE WITNESS:  Yes, sir.

2          THE COURT:  All right.  Mr. Woodward.

3          MR. WOODWARD:  Yeah.

4          THE COURT:  What happened this morning?

5          MR. WOODWARD:  My understanding is that there was an

6    accident on Mr. Klein's route on the way to court this morning

7    that required him to detour.  We can probably pull the GPS from

8    pretrial, actually, if we want to verify that.

9          He left at 9:00 a.m. to get here at 9:30.  Yesterday he

10   left at 8:15 and got here at 8:30.  So he believed that he had

11   left ample time.

12         I've talked to him about the fact that moving forward

13   we're going to need to put a bit of a bigger buffer when he

14   leaves and when he gets here.  I will say, Your Honor, that

15   yesterday I met him at 8:30 before we came over to the

16   courthouse.  And today I had multiple camp drop-offs so I

17   wasn't able to do that.  So I came myself right at 9:30.  So I

18   didn't ask him to meet me beforehand.

19         Yes, he still needs to have a buffer, and he's happy to

20   address the Court as well on that -- on that front.  But the

21   proffer for me would be there was that accident that required

22   him to take a different route this morning than he had taken

23   yesterday.

24         THE COURT:  All right.  I'll accept that explanation.

25         That works once, Mr. Klein.  I have a way to make sure

1    you're here on time.  I don't want to use that.

2         All right.  Just so you-all know what I'm thinking,

3    we'll return at 1:30.  And then I've got a conference call at

4    5:00.  So I would expect to go, with a break, until 5:00.

5         Where are we in your case, Ms. Akers?

6         MS. AKERS:  After Sergeant Bogner finishes, which the

7    government is done with, we have two final officer witnesses,

8    one which will be fairly short.  We have one short third-party

9    witness and then the two agents.  And so I would say we're more

10   than halfway -- or just to be conservative, I'll say halfway

11   done.

12        THE COURT:  All right.  So, yeah, it sounds like the

13   defense -- I think, Ms. Douenat, you're looking to have one of

14   your witnesses, anyway, tomorrow.  Can -- are both available

15   tomorrow, or is that --

16        MS. DOUENAT:  I can check with Dr. Xenakis, if he's

17   available tomorrow.  I know he's available at 1 o'clock on

18   Thursday.  And I had conferred with the government, and they

19   were okay with that before, obviously, their motion.  But they

20   were okay with him testifying on Thursday at 1:00.

21        I know that we have a witness that we were going to call

22   in the morning on Thursday from out of town, and that's

23   Mike Ingersoll, Your Honor, and we were going to take him on

24   direct because the government is not going to call him.  So we

25   were going to, with their permission, take them out of order if

1     the government hadn't finished their case.

2          Dr. Cutler, Your Honor, was going to -- was wanting -- I

3     understand the government wants him in person.  He -- he's out

4     of town.  So he was willing to testify by Zoom after 2:00

5     Eastern Time tomorrow.  As far as witnesses to put on tomorrow,

6     that's the only witness I had.

7          Although Mr. Ingersoll, is my understanding, is coming

8     in at noon.  So he could be on the stand earlier tomorrow.  He

9     could be on the stand by 1 o'clock if he -- if the flight is on

10    time.  And I think it's a direct flight so potentially -- it

11    would be.  Usually it's the -- the layovers that cause

12    problems.

13         THE COURT:  All right.  So I guess I'll just ask

14    defense attorneys to kind of talk amongst yourselves.  I think

15    we can be a little more flexible since it's a bench trial.

16    But I do want to try to get this wrapped up, and it sounds like

17    we certainly should be able to do so here in the next couple

18    days.

19         MS. DOUENAT:  So I believe that we can get all my

20    witnesses in by Thursday, including Mr. Cappuccio, if he --

21    which he is going to testify, so -- with all the witnesses, if

22    the government finishes their case by tomorrow morning.

23         THE COURT:  Great.  Okay.

24         MS. AKERS:  Just to be clear, I don't think we're

25    going to finish by tomorrow morning and get through both of the

1    agents too.  But I think tomorrow is reasonable for the

2    government to rest.

3              THE COURT:  That's what I'm expecting.

4              MS. DOUENAT:  So we'll be finished by Friday,

5    Your Honor.

6              THE COURT:  Okay.  And let's plan to talk this

7    afternoon about the --

8              MS. DOUENAT:  About the witness.

9              THE COURT:  -- about the government's motions.

10         Thanks, folks.  I'll see you at 1:30.

11             (Recess taken.)

12             THE COURT:  All right.  Who wants a crack at

13   Sergeant Bogner first?

14             MR. WOODWARD:  I have no questions.

15             THE COURT:  No questions.

16             MS. DOUENAT:  No questions.

17             THE COURT:  Oh.  Well, I'm sorry.  I should have

18   confirmed that earlier.  But thanks so much for your testimony

19   here today, Sergeant.  You may step down, and you're free to

20   go.

21             THE WITNESS:  Thank you.

22             (Witness excused.)

23             MR. WOODWARD:  For what it's worth, I don't think I

24   would have confirmed that before lunch.

25             THE COURT:  Okay.  That makes me feel better.

```
1              Ms. Akers, you're getting your next witness?

2                   MS. AKERS:  Correct.

3                   THE COURT:  Great.

4                   MS. AKERS:  The government is calling Officer Daniel

5       Hodges.

6              This will relate to Counts 29 and 30.

7                   THE COURT:  All right.  Good to see you again,

8       Officer Hodges.  Come on up.

9                   THE COURTROOM DEPUTY:  Please raise your right hand.

10                  (Oath administered.)

11                  THE WITNESS:  I do.

12                  THE COURTROOM DEPUTY:  Thank you.

13                       DIRECT EXAMINATION

14      BY MS. AKERS:

15      Q.  Good afternoon, Officer.

16      A.  Good afternoon.

17      Q.  Can you please state and spell your name for the Court.

18      A.  My name is Daniel Hodges.  D-a-n-i-e-l H-o-d-g-e-s.

19      Q.  Thank you.

20             Officer Hodges, where do you work?

21      A.  I work for the Metropolitan Police Department of

22      Washington, D.C.

23      Q.  And how long have you worked for MPD?

24      A.  I've worked for MPD for about eight and a half years now.

25      Q.  And what is your job at MPD?
```

1    A.   I'm a police officer with MPD.

2    Q.   For the last eight and a half years, has that been your

3    job?

4    A.   Correct.

5    Q.   And what's your current duty assignment?

6    A.   Currently assigned to patrol in the Fourth District.

7    Q.   Are you also part of the CDU?

8    A.   I am.

9    Q.   Okay.  How long have you been part of CDU?

10   A.   All officers are trained in CDU from the academy.  However,

11   I've been assigned to CDU 42, I want to say, about six years.

12   Q.   And what do you do as part of your assignment in CDU 42?

13   A.   In CDU 42, when we're activated, we respond to

14   First Amendment assemblies, to police those events, provide

15   security, traffic control and, in case there's violence that

16   comes from those events, riot control.

17   Q.   On January 6th, 2021, were you working as an officer at the

18   Metropolitan Police Department?

19   A.   I was.

20   Q.   And were you working in your capacity as a CDU officer?

21   A.   I was.

22   Q.   And on that day, when you reported to work, where did you

23   originally go?

24   A.   When we reported to work, we went to the Fourth District.

25   And then from there, we went down to Constitution Avenue where

1    we were initially stationed as high visibility.

2    Q.  What does high visibility mean?

3    A.  When you are working CDU in a high-visibility capacity, you

4    are simply out and making your presence known, letting people

5    see you and be seen, knowing that the police are present and

6    actively monitoring the situation.

7    Q.  Just sort of a typical day when you first arrived?

8    A.  Typical for CDU, yes.

9    Q.  And on January 6th, 2021, what type of uniform were you

10   wearing?

11   A.  Initially, I was wearing the normal patrol uniform.

12   Q.  Okay.  And what does that consist of?

13   A.  It consists of my equipment belt, an outer vest carrier

14   with more equipment on it, and my badge, just the normal police

15   equipment.

16   Q.  Did there come a time when you responded to the

17   United States Capitol?

18   A.  There did.

19   Q.  And how did that come about?

20   A.  I was initially in front of -- or -- yeah, in front of the

21   IRS building on Constitution Avenue.  And after the -- after

22   people started leaving the Ellipse from Trump's gathering, they

23   were -- started going towards the Capitol.

24        And I heard the commander at the time, the SOD

25   commander, saying -- getting more and more agitated, sounded

1    like there was violence going on at the Capitol until,

2    eventually, it got so bad that he ordered more CDU units to

3    back them up.  And he ordered CDU 42, my unit, to go back them

4    up.

5    Q.  And when you went en route to the Capitol Building, did you

6    bring any additional equipment other than the equipment --

7    other than the uniform that you were wearing when you first

8    arrived at the job?

9    A.  I did.  Once the commander ordered 42 to respond to the

10   Capitol, we went back to the vans that we had taken down as

11   transport to Constitution Avenue where we kept our hard gear

12   consisting of the pads and our helmets, riot batons, that sort

13   of thing.  We equipped that and then got in the vans and made

14   our way towards the Capitol Grounds.

15   Q.  I want to talk a little bit more about that equipment.  In

16   addition to the riot baton that you mentioned and your helmet,

17   did you also have a gas mask that you took to the Capitol that

18   day?

19   A.  I did.  We -- I did not have it on my face initially.  I

20   had it in its bag on my left hip -- or left thigh, but I did

21   take that as well.

22        MS. AKERS:  Your Honor, may I approach the witness?

23        THE COURT:  You may.

24   BY MS. AKERS:

25   Q.  Officer Hodges, I'm handing you Government's

1    Demonstrative 2.  Do you recognize what this is?

2    A.  I do.

3    Q.  What is it?

4    A.  This is the gas mask, same model as I was wearing on

5    January 6th, 2021.

6    Q.  And can you sort of hold it up so I can see it.

7         And can you describe for the Court how you would

8    properly secure the gas mask on your face.

9    A.  The gas mask has a mesh on top and stretchy straps that

10   attach it to the mask itself.  So in order to don it, you would

11   place one hand beneath the mesh, pulling it back, and then

12   place it over the head so that it fits snugly.

13   Q.  And then after you placed it over the head, do you have to

14   do anything additional to secure it?

15   A.  Yes.  Additionally, after it's on the head and you position

16   it appropriately, you have to pull on these buckles or straps

17   into -- woven into the buckles in order to tighten it

18   appropriately.

19   Q.  And when it's tightened appropriately, can you describe for

20   the Court how secure it is on your face.

21   A.  It is extremely secure when worn appropriately, as any

22   airflow would defeat the purpose.  All air has to come in

23   through the filter here.  So it has to be very tight.

24   Q.  And is this a typical gas mask that you would use in your

25   duties as a CDU officer?

1    A.  It is.

2    Q.  And when you, prior to January 6th, had been wearing the

3    gas mask, had you ever been in an instance where you were

4    moving around or very agile?

5    A.  Yes.

6    Q.  Did the gas mask ever fall off of your face?

7    A.  No.

8    Q.  Did it bob up and down?

9    A.  No.

10   Q.  When you wear that gas mask, would you consider it to be

11   secure on your face?

12   A.  Yes.

13   Q.  And on January 6th, 2021, you said that you weren't

14   originally wearing the gas mask when you went to the Capitol;

15   right?

16   A.  I had it on my -- I had it in its bag on my left thigh.

17   Q.  I should clarify.  You weren't wearing it on your face?

18   A.  I had it on my person; correct.

19   Q.  When you actually put it on your face, did go through all

20   the same steps that you always go through, in putting your

21   hand on the top, pulling it over your head, and securing both

22   sides?

23   A.  I did.

24   Q.  Do you remember whether the gas mask was secure on your

25   face on January 6th?

1    A.  I do.  And it was.

2    Q.  You also mentioned as part of your gear that you had a

3    helmet on January 6th; is that right?

4    A.  That's correct.

5            MS. AKERS:  Your Honor, may I approach the witness?

6            THE COURT:  You may.

7    BY MS. AKERS:

8    Q.  Officer Hodges, I'm handing you Government's Demonstrative

9    No. 3.  Do you know what this is?

10   A.  I do.  This is my CDU helmet.

11   Q.  How do you know it's yours?

12   A.  I brought it to the courtroom from my locker in the

13   Fourth District.  Also, it has my badge number on the front,

14   4518.

15   Q.  Do any other MPD officers have 4518 on the front of their

16   helmet?

17   A.  They do not.

18   Q.  That's your unique number?

19   A.  Correct.

20   Q.  Is that the helmet that you were wearing on January 6th,

21   2021?

22   A.  It is.

23   Q.  Officer Hodges, seems like an obvious question, but how do

24   you use the helmet?

25   A.  You use the helmet by putting it on top of your head and

1   then securing the straps to your face and chin beneath your

2   head.

3   Q.  And did there come a time on January 6th where you were

4   both wearing your gas mask and your helmet?

5   A.  There was.

6   Q.  Can you explain to us how, sort of, the order of operations

7   when you're putting on your equipment, the gas mask and the

8   helmet?

9   A.  To wear both your gas mask and helmet simultaneously, you

10  have to put on the gas mask first, as the mesh lays flat

11  against your head allowing the helmet to go over top.

12  Q.  On January 6th, 2021, did you first put your gas mask on

13  and then put your helmet on after?

14  A.  I did.

15  Q.  And did you, like as is typical, like I just testified,

16  secure your chin strap under your helmet?

17  A.  I did.

18  Q.  And in your experience as a CDU officer for the last eight

19  and a half years, when you do that process, when you secure

20  your gas mask and then secure your helmet, can you describe for

21  us the stability of your equipment on your head, if you follow

22  the proper procedures.

23  A.  When following proper procedures, both pieces of equipment

24  are very secure.  They're not going to fall off or get loose on

25  their own.

1    Q.  And what's the purpose of wearing a helmet?

2    A.  The purpose of wearing a helmet is to protect the head.

3    Q.  When you typically are ending the workday, when you're out

4    on CDU duty and you have your gas mask on and you have your

5    helmet on, what's the proper course for removing those?  What's

6    the order of operations there?

7    A.  You reverse the order in which you donned your equipment.

8    You first undo the chin strap of the helmet, remove the helmet,

9    and then you loosen the straps through the buckles on the

10   gas mask and then remove the gas mask.

11   Q.  Is there any instance that you can think of in your

12   experience where you would -- or you have taken the gas mask

13   off first before taking the helmet off?

14   A.  No.

15   Q.  Why not?

16   A.  That doesn't make any sense.  It would interfere with the

17   helmet and, likely, be painful.

18   Q.  Would it be difficult to take the gas mask off without

19   fully removing the helmet?

20   A.  Yes.

21   Q.  You also mentioned as part of your gear a riot baton; is

22   that correct?

23   A.  That's correct.

24            MS. AKERS:  Your Honor, may I approach the witness?

25            THE COURT:  You may.

```
1    BY MS. AKERS:

2    Q.  Officer Hodges, I'm handing you what's been marked as

3    Government's Demonstrative Exhibit No. 4.  Can you please open

4    that up.  Christmas in July.

5           Do you recognize what Government Exhibit Demonstrative

6    No. 4 is?

7    A.  I do.

8    Q.  What is it?

9    A.  This is a riot baton issued by MPD to its officer.

10   Q.  Is this baton consistent with the type of baton that you

11   were carrying on January 6th, 2021?

12   A.  It is.

13   Q.  Can you please describe for us the -- the feel and the

14   function of the baton.

15   A.  It is -- it has heft to it.  It appears to be made of

16   metal.  It is unyielding.  It's designed to strike at a person.

17   Q.  Is the riot baton extendable in any way?

18   A.  It is.

19   Q.  Can you please demonstrate.

20   A.  You press this button here at the handle which allows it to

21   extend fully to its full size.

22   Q.  And is the entirety of the baton a hard material?

23   A.  It is.

24   Q.  And are you trained to use the baton?

25   A.  I am.
```

1    Q.  On January 6th, 2021, did you use that baton?

2    A.  I did.

3    Q.  Did you use it for protection?

4    A.  I did.

5    Q.  You can set that down for now.

6         Officer Hodges, you testified that you reported to the

7    Capitol Building.  So I just want to briefly go through the

8    beginning of your day.  What side of the Capitol did you arrive

9    on?

10   A.  We arrived on the west side of the Capitol Grounds.

11   Q.  Okay.  And what did you do when you arrived?

12   A.  When we arrived, we got out of the vans that we used to

13   transport ourselves, formed up into two columns, and then

14   marched through the crowd toward the west terrace.

15   Q.  What was the tone of the crowd as you were marching through

16   up to the west terrace?

17   A.  The crowd was angry.  And the further out we were, they

18   were more dispersed, more satisfied with hurling insults at us,

19   you know, calling us storm troopers and that kind of thing.

20        As you got closer, it became more densely packed.  They

21   became more physically violent until we were attacked en route

22   to the west terrace.

23   Q.  Can you briefly describe that experience for us.

24   A.  We were -- we were cut off -- as I mentioned, we were in

25   two columns.  And our attackers cut us off from the head of the

1    two columns where our leadership was, formed a complete circle

2    around us, and attacked us with punches, kicks, trying to steal

3    our equipment, knocking us down.  To be brief, we eventually

4    repelled the attackers and then made our way to the west

5    terrace, rejoining the defense effort there.

6    Q.  All right.  You testified that before you got more towards

7    the Capitol when the crowd was a little more dispersed, it was

8    calmer, would you say?

9    A.  Correct.

10   Q.  And the people who were closer to the police line on the

11   terrace there, those were the more aggressive people, in your

12   experience?

13   A.  Correct.

14   Q.  Did there come a point of time when you made your way to

15   the lower west terrace tunnel?

16   A.  There was.

17   Q.  And can you briefly describe how you got there or what led

18   you to be there.

19   A.  Once our police line on the west terrace was broken, there

20   was no feasible way for us to regain that territory.  So we

21   were forced to retreat to the inaugural stage.  We took some

22   temporary stairs from the lower west terrace up to the

23   inaugural stage and from there retreated into the

24   Capitol Building proper.

25        Once inside, I donned my -- I removed my helmet, donned

HODGES - DIRECT

```
1    my gas mask, and then reequipped my helmet and made my way into
2    the tunnel that connects the upper west terrace to the room
3    known as the Crypt.
4              MS. AKERS:  And we're going to pull up what's been
5    marked as Government Exhibit 405.1.  It's body-worn camera.  So
6    I understand the parties agree to the admission, and we would
7    move for the admission.
8              MS. DOUENAT:  No objections, Your Honor.
9              MR. WOODWARD:  No objection.
10             THE COURT:  You said 405, Ms. Akers?
11             MS. AKERS:  Yep.  And it, actually, may already be in
12   evidence.
13             THE COURT:  405 is already in.
14             MS. AKERS:  Thank you, Your Honor.
15   BY MS. AKERS:
16   Q.  Officer Hodges, on January 6th, 2021, were you wearing your
17   body-worn camera?
18   A.  I was.
19   Q.  Okay.  And in preparation for your testimony today, have we
20   watched your body-worn-camera footage from that day?
21   A.  We have.
22   Q.  We're going to pull up a portion of your body-worn-camera
23   footage in just a second here.  All right.  We're going to play
24   until --
25             MS. AKERS:  Well, hold on one second.
```

 1    BY MS. AKERS:

 2    Q.   What time is -- do you see on the screen here a video?

 3    A.   I do.

 4    Q.   And does this appear to be your body-worn-camera footage?

 5    A.   From this particular still, I can't tell.

 6    Q.   Okay.  We'll play and then I'll ask you that again.

 7              MS. AKERS:  Can we please play 40 seconds.

 8              (A video recording was played.)

 9              MS. AKERS:  All right.  We'll stop.

10         We stopped at 2:59:24.

11    BY MS. AKERS:

12    Q.   Does this appear to be your body-worn-camera footage?

13    A.   It does.

14    Q.   And where are you located at this time?

15    A.   At this time I am in the tunnel in the stack of officers

16    protecting the Capitol from the assailants.

17    Q.   And by assailants, do you mean -- have the rioters already

18    entered the tunnel at this time?

19    A.   They have.

20    Q.   And we didn't hear any sound on there.  Can you explain

21    briefly why there's no sound at the start of your

22    body-worn-camera footage.

23         I'll ask you a better question.  When you first turn on

24    your body-worn-camera footage, do the first few minutes have

25    sound typically?

1    A.  No.

2    Q.  And why not?

3    A.  The way our body-worn cameras work is once you power them

4    on initially, they start recording in a 2-minute loop and

5    recording over that same 2 minutes.  However, that 2 minutes

6    does not have audio.  Once something occurs that makes you save

7    the recording, you press the center button twice and then it

8    saves that last 2 minutes and continues saving more.  And the

9    rest that it saves contains audio.  So the first 2 minutes are

10   not going to have audio.  The rest of it will.

11   Q.  Do you wear body-worn-camera footage [sic] on a daily

12   occurrence when you're on duty?

13   A.  Do I create body-worn camera --

14   Q.  Do you wear your body-worn camera?

15   A.  Oh.  Yes.

16   Q.  And can you describe what -- where you wear it?

17   A.  On the center of my chest.

18   Q.  Is it typically secure on your body?

19   A.  Yes.

20   Q.  When you're out running around on the streets of D.C., does

21   it typically just fall off?

22   A.  No.

23   Q.  Does it -- did it fall off on January 6th?

24   A.  I -- it did.  It was removed on January 6th, yes.

25              MS. AKERS:  Okay.  Can we please play until 1 minute.

HODGES - DIRECT

```
 1              (A video recording was played.)
 2              MS. AKERS:  We stopped at 1 minute, which is
 3      14:59:39.
 4      BY MS. AKERS:
 5      Q.  And do you see an object sort of at the top of the screen?
 6      I'm putting a circle around it.  It's a black long object.
 7      A.  I do.
 8      Q.  What is that?
 9      A.  It appears to be a riot baton.
10      Q.  And are you holding that?
11      A.  I believe so, yes.
12      Q.  Okay.  And why were you holding it up when you were in the
13      tunnel?
14      A.  In the tunnel, it was so densely packed that we didn't have
15      a lot of room to hold ourselves or position ourselves ideally.
16      So we just had to make do with what room we had.
17      Q.  At this time what -- what position were you, in relation to
18      the other officers?
19      A.  I had some officers in front of me and some behind me.
20      So I would say I was closer to the front but still in the
21      middle.
22              MS. AKERS:  Okay.  Can we please pull up Government
23      Exhibit 501.
24      BY MS. AKERS:
25      Q.  Officer Hodges, in preparation for your testimony, did we
```

 1    review some open-source footage?

 2    A.  We did.

 3            MS. AKERS:  And can we please go to 19 minutes.  Can

 4    we please play until 19:38.

 5            (An audio-visual recording was played.)

 6            MS. AKERS:  One more second -- perfect.

 7    BY MS. AKERS:

 8    Q.  Officer Hodges, do you recognize anyone on the screen

 9    here?

10    A.  I can't be certain because I can't see my face or any

11    badge number, but I'm sure that's me right there in that,

12    featured.

13            MS. AKERS:  Can we play until 19:48.

14            (An audio-visual recording was played.)

15    BY MS. AKERS:

16    Q.  On the screen here paused at 1:48, do you recognize

17    anything on this screen?

18    A.  I do.  I see my helmet in the bottom left corner

19    identifiable by my badge number, 4518.

20    Q.  Same as your helmet here in the courtroom today?

21    A.  Correct.

22    Q.  And now can we pull back to 19:38 when we couldn't quite

23    tell it was you.

24            MS. AKERS:  At this point could we go forward just a

25    little bit.  Stop.  Thank you, Mr. Clements.

```
1    BY MS. AKERS:

2    Q.  At this point in the tunnel, are you wearing your gas mask

3    and helmet?

4    A.  I am.

5    Q.  Can you identify those on the screen.

6    A.  Yes.

7    Q.  Can you maybe make a circle and show us where they are.

8    And you can actually just touch the screen.

9    A.  This is my gas mask and my helmet.

10   Q.  And I'm going to clear that.

11          MS. AKERS:  And can we continue playing, please.

12          (An audio-visual recording was played.)

13          MS. AKERS:  Pause.

14       We've paused at 19 minutes and 51 seconds.

15   BY MS. AKERS:

16   Q.  What's happening to you at this -- and at this point,

17   Officer?

18   A.  At this point I am at the front of the police line in the

19   tunnel connecting the upper west terrace to the Crypt.  And I

20   am attempting to repel the attackers.

21   Q.  Is there anything that's being pressed into you at your

22   front?

23   A.  Yes.  I'm being assaulted by a man carrying a police

24   shield.

25          MS. AKERS:  Can we go forward a few frames,
```

```
 1      Mr. Clements.  Stop.
 2      BY MS. AKERS:
 3      Q.  At this time, now that we have a little more perspective on
 4      your positioning, can you describe to us sort of what your
 5      positioning is relative to the shield and what's behind or to
 6      the side of you?
 7      A.  On my left side is -- are the -- are my assailants and the
 8      police shield pressing against my body.  On my right side is
 9      the frame of a door, metal door frame.
10              MS. AKERS:  Can we please play.
11              (An audio-visual recording was played.)
12              MS. AKERS:  Stop.  Can we go back 1 second.
13      BY MS. AKERS:
14      Q.  Officer Hodges, we're stopped at 2 -- excuse me -- 20:04.
15      I'm circling a long black item in the middle of the screen in
16      front of your helmet number.  What is that?
17      A.  That is a riot baton.
18      Q.  Is that the riot baton that you were holding in the tunnel
19      on January 6th?
20      A.  Yes.
21      Q.  And were you holding that while you were being pinned here
22      by this defendant -- or this man?
23      A.  I was.
24      Q.  Is that riot baton owned by the Metropolitan Police
25      Department?
```

1    A.  It is.

2                MS. AKERS:  Can we please play.

3                (An audio-visual recording was played.)

4                MS. AKERS:  Pause, please.

5    BY MS. AKERS:

6    Q.  Officer Hodges, at this point what's happening to you?

7    A.  I am still being -- I am still pinned against the -- or,

8    rather, I should say, I am pinned against the door frame on my

9    right side by the shield on my left side and the people behind

10   it pressing forward.

11   Q.  And when you say you're pinned, does that mean -- what does

12   that mean in regards to the -- the ability for you to freely

13   move your arms?

14   A.  I cannot change my position.  I have no functional strength

15   in my legs.  My arms I also have no functional strength in.  I

16   can move my forearms a little bit, but not to any great effect.

17               MS. AKERS:  Can we please play until 22:30.

18               (An audio-visual recording was played.)

19               MS. AKERS:  We stopped the video at 22 minutes and

20   30 seconds.

21   BY MS. AKERS:

22   Q.  A lot happened there.  So I just want to break it down with

23   you.  Okay?

24               MS. AKERS:  If we could just pull back to 20:14,

25   please.  And play until 20:27.

```
 1              (An audio-visual recording was played.)

 2    BY MS. AKERS:

 3    Q.  Officer Hodges, what is happening at this time?

 4    A.  At this time, as I had previously mentioned, I was pinned

 5    between the door frame and the police shield and assailants on

 6    the other side.  In my moment of vulnerability, the man grabs

 7    at my gas mask.  And I can't defend against it.

 8              MS. AKERS:  And then can we please play until 20:46.

 9              (An audio-visual recording was played.)

10    BY MS. AKERS:

11    Q.  Okay.  We just played about 20 seconds.  And in that

12    20 seconds, what was happening to you?

13    A.  I was continuing to endure the increasing pressure from the

14    police shields and assailants on my left.  And the man who was

15    grabbing at my gas mask had a firm grip on the front and was

16    pulling and pushing the mask on while it was attached to my

17    head with violence and force.  So, effectively, punched me in

18    the face a few times and strained my neck while he was

19    assaulting me.

20    Q.  Now we're going to watch --

21              THE COURT:  Sorry.  When you say he effectively

22    punched you in the face a few times, do you mean through -- by

23    grabbing at your face mask, or do you mean in addition to

24    grabbing at your mask?

25              THE WITNESS:  While he was grabbing at my mask, he
```

 1    pushed and pulled.  So there was -- there is some space in

 2    between and the impact of the pushing.

 3                THE COURT:  Understood.  All right.  Thanks.

 4                MS. AKERS:  We're going to watch 24 more seconds.

 5    Can we please play until 21:10.

 6                (An audio-visual recording was played.)

 7                MS. AKERS:  Okay.  We stopped the video at 21:10.

 8    BY MS. AKERS:

 9    Q.  Officer, when the video panned towards the rest of the

10    rioters in the tunnel, what was happening?  What were they

11    doing?

12    A.  What was everyone doing on the camera?

13    Q.  Correct.

14    A.  When the camera panned to the rest of the rioters, they

15    were unified in their efforts to use their body weight and

16    force their way inside the Capitol.  They synchronized their

17    efforts and chanted a heave-ho, used their strength and weight

18    to push forward.

19          This caused our police line to receive that force, and

20    me, being positioned as I was against a firm, unmovable object,

21    was feeling all that pressure in a way that could not be

22    relieved behind me so I was being crushed.

23    Q.  And in addition to being crushed by the shield, what was

24    happening with that man who's tearing your face mask off -- gas

25    mask?  Excuse me.

1    A.  The man who was grabbing at my gas mask and ripping --

2    trying to rip it off was eventually successful.  He did rip off

3    my gas mask.  And after he had done so, he was able to wrest

4    away my riot baton from me and, immediately after that, struck

5    me in the head with it.

6    Q.  And do you specifically remember that happening to you?

7    A.  I do.

8    Q.  How certain are you that you got hit on the head with your

9    riot baton by that person who was forcefully yanking on your

10   gas mask?

11   A.  100 percent.

12            MS. AKERS:  Can we please pull up Government

13   Exhibit 501.2.

14   BY MS. AKERS:

15   Q.  And while we do that, Officer, can you explain how you can

16   be certain that the person who hit you on the face with the

17   riot baton was the same person who was pulling at your gas

18   mask.

19   A.  Because I can be certain of this because I was trapped.

20   I could not turn my body or effectively turn my head.  And

21   while it was very chaotic in that tunnel at that time, I could

22   do nothing but stare at the person who assaulted me as he did

23   so and watch him steal my baton and strike me in the head with

24   it.

25   Q.  So we have up on the screen Government Exhibit 501.2, and

1    you're saying that you were pinned here.  Did you even have the

2    ability to turn your head and look at the other rioters at this

3    point?

4    A.  Slightly.  I could still move my neck certainly, but not --

5    not any great deal.

6    Q.  And do you recognize yourself in this photo?

7    A.  I do.

8              MS. AKERS:  Okay.  Can we please pull up Government

9    Exhibit --

10   BY MS. AKERS:

11   Q.  Well, I want you to pay attention to, sort of, the

12   direction and the position of your face right here.  Okay?

13             MS. AKERS:  Can we please pull up 501.5.

14   BY MS. AKERS:

15   Q.  And do you recognize this as a screenshot of Government

16   Exhibit 501?

17   A.  Yes.

18   Q.  And are you also depicted in this screenshot?

19   A.  I am.

20   Q.  And what's the position of your face now?

21   A.  My face is facing toward the camera.

22   Q.  Okay.  Is it more raised than it previously was?

23   A.  Yes.

24   Q.  Why?

25   A.  Because the man is pushing on my gas mask and, thus,

1    pushing on my head.

2              MS. AKERS:  Can we please go to 501.7.

3    BY MS. AKERS:

4    Q.  In this still shot, do you see yourself again?

5    A.  I do.

6    Q.  And how has the positioning of your head changed since the

7    last still shot?

8    A.  It is tilted further back.

9    Q.  Okay.  Can you actually see your chin now?

10   A.  I can.

11   Q.  And can you describe what the person is wearing who is

12   grabbing your gas mask?

13   A.  He's wearing a long-sleeve shirt or sweater of some kind

14   with -- that's white in color with what appears to be four

15   black stripes on the upper arm.

16             MS. AKERS:  Can we please go to 501.11.

17   BY MS. AKERS:

18   Q.  And how is the position of your head changed at this point?

19   A.  My head is now tilted more downward and to the -- toward my

20   left, as in the video.

21   Q.  And do these still shots of the video footage, do they

22   comport with your memory of your head getting yanked up and

23   down?

24   A.  They do.

25             MS. AKERS:  Can we please go to 501.16.

1    BY MS. AKERS:

2    Q.  And is that you depicted in the helmet, 4518, on the

3    right-hand side?

4    A.  Yes.

5    Q.  And is the man still grabbing at your gas mask?

6    A.  He is.

7    Q.  And can you tell which of his arms he's grabbing you with?

8    A.  His left.

9         MS. AKERS:  Can we please go to 501.42.  Actually,

10   let's go to 501.28, please.

11   BY MS. AKERS:

12   Q.  At this point, Officer, you see yourself still here?

13   A.  Yes.

14   Q.  Okay.  And on the right-hand side you see a shield coming

15   into you?

16   A.  Yes.

17   Q.  Is that the shield that was pinning you against the door

18   frame?

19   A.  It is.

20   Q.  At that same time, does this man still have his hand on

21   your gas mask?

22   A.  He does.

23        MS. AKERS:  Can we please go to 501.30.

24   BY MS. AKERS:

25   Q.  Officer Hodges, how -- I'm going to ask you to look at this

 1   shield right here in, sort of, the right-hand side of the

 2   screen.  And it's between you and the rioter to your right;

 3   correct?

 4   A.  Correct.

 5   Q.  And do you see --

 6          MS. AKERS:  Actually, let's go to 501.28, please,

 7   just for a better shot here.

 8   BY MS. AKERS:

 9   Q.  Do you see the door frame on your -- on -- all the way on

10   the right-hand side of the screen?

11   A.  I do.

12   Q.  Is the shield being pushed beyond that door frame into you?

13   A.  Yes, it is.

14   Q.  Okay.  By at least -- what would you say? -- a couple

15   inches or so?

16   A.  Yes.

17          MS. AKERS:  When -- can we please pull up 501.3.  Is

18   it possible to do side by side?  Yep.

19   BY MS. AKERS:

20   Q.  So if we look at the left here, we have Exhibit 503, which

21   is the start of the footage.  And do you see the door frame on

22   your right?

23   A.  I do.

24   Q.  And are you even able to see the shield or the rioter

25   pushing into the shield at this point?

```
1    A.  I am not.
2    Q.  And then if you look at 5.28 [sic] on the right-hand side
3    of the screen, are you now able to see the shield and the
4    rioter pushing into the shield?
5    A.  I am.
6    Q.  As the rioters were doing that heave-ho movement that you
7    described, were you being further crushed into the door?
8    A.  Yes.
9    Q.  And all while that was happening, was this man with the
10   stripes on his sleeves yanking, for lack of a better word, at
11   your gas mask?
12   A.  Yes.
13   Q.  And when he was eventually successful in ripping off your
14   gas mask, do you know where it went?
15   A.  I do not.
16   Q.  Were you ever able to recover it?
17   A.  No.
18   Q.  When this rioter took your baton and you testified that he
19   hit you with it, were you still being pushed by the crowd at
20   the same time?
21   A.  Yes.
22        MS. AKERS:  And if we could please pull up 501.44.
23   BY MS. AKERS:
24   Q.  Do you see yourself depicted in this still shot?
25   A.  I do.
```

HODGES - DIRECT

1    Q.  And do you see a man on the left-hand side of the screen

2    with a blue face mask and, it looks to be, like a white or

3    grayish top?

4    A.  I do.

5    Q.  After this incident, Officer, did you stay in the tunnel at

6    this point?

7    A.  After I was struck with my baton, I cried out for help, as

8    I knew that such strike with such a weapon and such a place can

9    be lethal, and I could tell that it had done serious damage

10   already.

11         If I had received another strike, especially in the same

12   place, it could have very easily done more permanent damage.

13   So I called out for help.  The officers behind me were able to

14   get me out of that position, and I retreated to the rear of the

15   police line.

16   Q.  Officer Hodges, we watched a couple clips.  We just watched

17   a 20-second clip of your face mask being torn, and then we

18   watched a 27-second clip of that and then the baton incident

19   you described.

20         During that whole 47 or so seconds, were any officers

21   able to assist you?

22   A.  Not me specifically.  We were all just fighting, trying to

23   keep them out generally.

24   Q.  And do you know what a 10-33 is?

25   A.  I do.

1    Q.  That's a stupid question because I'm the one who hardly

2    knows what it is.  Of course you do.

3         But is that a situation where you typically would call

4    out a 10-33?

5    A.  Yes.

6    Q.  Were you able to do so in that situation?

7    A.  No.

8    Q.  Okay.  Why not?

9    A.  Well, many reasons.  First of all, at that point my radio

10   had been stolen earlier in the day so I couldn't do that.  And

11   even if I had my radio, I'm confident that the air was so

12   jammed with traffic and other calls for 10-33 it really

13   wouldn't have had any real effect.

14        Finally, I couldn't -- saying it out loud, even to any

15   colleagues who might have heard me, would not have rendered any

16   specific action on their part, as they were already doing

17   everything they could do to fight against our assailants.

18   Q.  And when you were making your way out of the tunnel, was it

19   difficult to squeeze through all the officers and get out?

20   A.  It was.

21   Q.  Were the rioters still continuing to -- to fight with the

22   officer line when you were on your way out?

23   A.  They were.

24   Q.  All right.  Go ahead and grab some water, and I'm going to

25   pull up Government Exhibit 501.47.

```
1          And I'm pointing you towards the right-hand side of the

2     screen.  I'm circling with a red circle, the bottom right, a

3     man wearing a green top and a red baseball cap.  Do you see him

4     here?

5     A.  I do.

6     Q.  And where is he in relation to the police line?

7     A.  He is directly in front of the police line.

8     Q.  Officer Hodges, before we look at the next video, do you

9     remember any facts or circumstances about the person who

10    attacked you by yanking off your gas mask and hitting you with

11    the baton?

12    A.  When you say facts or circumstances, what do you mean?

13    Q.  Before this incident happened, do you recall seeing him,

14    for example?

15    A.  Not specifically, no.

16          MS. AKERS:  Okay.  And we're going to pull up,

17    please -- actually, can we please pull up 501 again and go

18    to 20:31.  Can we scroll forward a few frames.  Can we

19    actually -- oh, there we go.  Can we please stop there.  We're

20    at 20:36.

21    BY MS. AKERS:

22    Q.  And I'm --

23          MS. AKERS:  Well, this is a bad view.  Can we please

24    go back to 20:30.  Sorry, Kyle -- Mr. Clements.  And can we

25    just go frame by frame, please.  Can we please stop.
```

```
1    BY MS. AKERS:

2    Q.  All right.  We stopped at 20:31, just the right frame this

3    time.  And do you see yourself in this shot here?

4    A.  I do.

5    Q.  Okay.  And I'm circling an object in the middle of the

6    screen here.  Difficult to tell what this is because it's a

7    little blurry.  But do you see an object that's sort of a

8    rounded corner?

9    A.  I do.

10   Q.  The bottom middle of the screen?

11   A.  Yes.

12   Q.  Sort of looks to be to the right of this man's hair?

13   A.  Yes.

14          MS. AKERS:  Okay.  Can we please pull up Government

15   Exhibit 612.23.  And can we please play from 0 to 21 seconds.

16          (An audio-visual recording was played.)

17          MS. AKERS:  Can we go back just one frame.

18   BY MS. AKERS:

19   Q.  Do you see anything you recognize in this frame here,

20   Officer Hodges, at 21 seconds?

21   A.  That is my badge number on the helmet in the frame.

22   Q.  In the tunnel?

23   A.  Correct.

24   Q.  And did we watch this video footage together when we

25   prepared for your testimony?
```

HODGES - DIRECT

```
 1    A.  We did.

 2    Q.  Did I represent to you that this came from

 3    Defendant Cappuccio's cell phone?

 4    A.  Correct.

 5              MS. AKERS:  I'm going to play the remainder of the

 6    video.

 7              (An audio-visual recording was played.)

 8    BY MS. AKERS:

 9    Q.  Officer Hodges, did you hear your voice in that video

10    footage?

11    A.  I did.

12    Q.  What did you hear?

13    A.  I heard myself screaming.

14    Q.  And why were you screaming?

15    A.  Screaming in pain and fear.

16              MS. AKERS:  We're going to pull up Government

17    Exhibit 510.

18    BY MS. AKERS:

19    Q.  And while we're doing that, was that the same incident that

20    we previously looked at at Government's Exhibit 501 where your

21    gas mask was ripped off?

22    A.  That is the same incident, yes.

23    Q.  Same incident where you testified you were struck on the

24    head with the baton?

25    A.  Correct.
```

1           THE COURT:  Sorry.  When you say you heard your
2     voice, there were -- I think I heard at least two voices.
3           THE WITNESS:  Yes.
4           THE COURT:  Which one was yours?
5           THE WITNESS:  It was the quieter one.  You heard the
6     loudest one.  That was from the man's -- because the phone was
7     in his mouth, that's why it was so loud then.  You heard my
8     screaming.
9           THE COURT:  Okay.  Yours was the quieter one?
10          THE WITNESS:  (Nods head.)
11          MS. AKERS:  We're going to play from 0 to 3 seconds.
12          (An audio-visual recording was played.)
13    BY MS. AKERS:
14    Q.  Do you recognize what we're looking at here,
15    Officer Hodges?
16    A.  Yes.  This is another view of the tunnel connecting the
17    Crypt to the west terrace on January 6th, 2021.
18          MS. AKERS:  All right.  We're going to play the video
19    until 2 minutes and 15 seconds.
20          (An audio-visual recording was played.)
21    BY MS. AKERS:
22    Q.  All right.  Officer Hodges, is that the same instant we
23    were talking about, just a little bit of a different angle?
24    A.  It is.
25          MS. AKERS:  Can we please pull back to 32 seconds.

1    Maybe go back 2 more seconds.  Thank you, Mr. Clements.  Can we

2    just play frame by frame, please.  Okay.  We'll stop.

3    BY MS. AKERS:

4    Q.  Officer Hodges, do you see yourself depicted in this video?

5    We'll keep going frame by frame so you can watch a little for

6    context.

7    A.  Yes, I do.

8    Q.  Can you circle where you are.

9    A.  (Witness complying.)

10   Q.  You circled the left bottom of the screen.  And you can

11   sort of see your helmet at 31 seconds?

12   A.  Correct.

13   Q.  And is this when you're -- what's happening at this point?

14   A.  The -- my assailant is pushing and pulling on my gas mask.

15            MS. AKERS:  Can we please go to 1 minute and

16   1 second.  And we stopped at 1 minute and 1 second.

17   BY MS. AKERS:

18   Q.  And do you see an arm here, maybe a gray or white sleeve

19   with black stripes on it?

20   A.  I do.

21   Q.  Reaching towards where you're standing?

22   A.  Yes.

23   Q.  And do you see another person in this screenshot that I'm

24   putting a square around?

25   A.  I do.

1    Q.   Do you see her face?

2    A.   Yes.

3    Q.   Does it look horrified to you?

4    A.   Yes.

5              MS. AKERS:   And then can we please go to 1 minute and

6    24 seconds.

7    BY MS. AKERS:

8    Q.   Officer Hodges, do you see your face here?

9    A.   I do.

10   Q.   And how does it look to you?

11   A.   I'm screaming and bleeding from the mouth in pain and fear.

12   Q.   And I know I've asked a little bit already.  But can you

13   describe for us the pain that you were in at this point after

14   you already had your gas mask ripped off and after the baton

15   had been used to strike you in the head.

16   A.   I was experiencing pain all over my body from being crushed

17   by the shield against the door frame, was experiencing pain in

18   my mouth and face from being struck repeatedly by the -- my

19   assailants while using my gas mask, sort of in between his fist

20   and my face using to distract me while attempting to violently

21   remove it.

22         The pain and disorientation from being struck in the

23   skull by my own riot baton.  And from my neck, from the violent

24   pushing and pulling on my gas mask, was cumulatively very

25   significant, a bit overwhelming.

1    Q.  Officer Hodges, I see here on the screen at 1 minute and

2    24 seconds your helmet.  Do you see that, your helmet on your

3    head still?

4    A.  I do.

5    Q.  Can you describe the positioning of the helmet on your head

6    after this attack.

7    A.  It is askance.  It is not sitting on my head the way it is

8    supposed to.  It is unsecure or appears to be unsecure.

9    Q.  We're going to pull up Government Exhibit 413.  As we do,

10   Officer, when you were retreating from the tunnel, did you run

11   into one of your sergeants?

12   A.  I do not remember that short period.  However, I have

13   seen -- we reviewed a video that demonstrated to me that I did.

14          MS. AKERS:  Okay.  We're going to pull up Government

15   Exhibit 413.  And this is body-worn-camera footage.

16   BY MS. AKERS:

17   Q.  Do you recall watching this in preparation for your

18   testimony today?

19   A.  I do.

20          MS. AKERS:  We're going to go ahead to 3:13:30 p.m.

21   And we're going to play until 3:14:30.

22          (An audio-visual recording was played.)

23   BY MS. AKERS:

24   Q.  Officer Hodges, did you recognize yourself in that footage

25   there?

```
1    A.  I did.

2    Q.  And what was happening?

3    A.  My colleagues were bringing me back to the rear of the

4    police line.  I met Sergeant Joseph Austin there who helped me

5    decontaminate from the chemical irritants in the air, OC spray,

6    CS gas, by pouring water on my face and giving me water to

7    drink.

8    Q.  We're now going to pull up Government Exhibit 403, which is

9    some body-worn-camera footage -- it's not yours -- but from a

10   fellow officer.

11           MS. AKERS:  And we're going to play from 15 seconds.

12           (A video recording was played.)

13           MS. AKERS:  All right.  We're going to pull up 403.1.

14   My fault there.  We're going to go from 15 seconds.

15   BY MS. AKERS:

16   Q.  And at 15 seconds, what time is it here, Officer Hodges?

17   A.  The time stamp visible is 15 hours 13 minutes 24 seconds.

18           MS. AKERS:  I'm going to play until 25 seconds.

19           (A video recording was played.)

20   BY MS. AKERS:

21   Q.  Officer Hodges, would this have been the same time period

22   that you were getting -- retreating from the tunnel?

23   A.  Yes.

24   Q.  And do you recognize the location that this

25   body-worn-camera footage is showing right now?
```

HODGES - DIRECT

1    A.  I do.

2    Q.  I'm going to circle, first, a woman in a

3    red-and-white-and-yellow beanie.  Do you recognize that woman

4    from prior footage that we watched?

5    A.  I do.

6    Q.  And what was she doing in that prior footage we watched?

7    A.  She was observing my assault.

8    Q.  And I'm going to circle in the middle of the screen, to the

9    left of the gold door here, some attire.  Can you describe that

10   for us.

11   A.  It is a white or gray long-sleeve sweater or shirt with

12   what appears to be four black stripes on it consistent with the

13   same arm that was assaulting me earlier.

14   Q.  And I'm going to put an arrow to an object that appears to

15   be coming from that person's hands.  Does that object appear to

16   be consistent with anything that you're familiar with?

17   A.  It appears to be consistent with a riot baton.

18   Q.  And when you retreated from the tunnel, did you have your

19   riot baton anymore?

20   A.  I did not.

21   Q.  Did you freely give your riot baton to anyone in that

22   tunnel?

23   A.  No.

24   Q.  What happened to it?

25   A.  It was ripped from my hands violently.

1    Q.  And you said it was ripped, and you said it was violent.

2    Was it forcibly taken from you?

3    A.  Correct.

4              MS. AKERS:  We're going to pull up Government

5    Exhibit 301.2, which is CCTV footage.  We're going to go to

6    3:13:30 p.m.

7    BY MS. AKERS:

8    Q.  Do you recognize the location here?

9    A.  I do.  This is the end of the tunnel from the Crypt to the

10   west terrace.

11             MS. AKERS:  All right.  And we're going to play until

12   3:13:39.

13             (A video recording was played.)

14             MS. AKERS:  And can go forward a frame or two,

15   please.  Okay.  Stop.

16   BY MS. AKERS:

17   Q.  I'm circling on the right-hand side of the frame sort of a

18   long object.  It's difficult to see there.  Do you see

19   something?

20   A.  I do.

21             MS. AKERS:  Okay.  Let's -- please pull up -- let's

22   actually play 5 more seconds.

23             (A video recording was played.)

24   BY MS. AKERS:

25   Q.  All right.  I'm circling a person in the bottom middle of

1    the screen.  What attire does this person -- excuse me.  What

2    attire does this person appear to be wearing?

3    A.  He appears to be wearing the same article of clothing I've

4    previously described, white or gray, long-sleeve upper-body

5    garment with black stripes.

6    Q.  I'm circling what looks to be a hand.  Is that consistent

7    with what you see?

8    A.  It is.

9    Q.  And then there's a long object that it looks like he

10   appears to be holding.  Is that consistent with any object that

11   you're familiar with?

12   A.  Yes.  It is a riot baton in its extended state.

13           MS. AKERS:  Can we continue playing, please.

14           (A video recording was played.)

15           MS. AKERS:  We paused at 3:13.

16   BY MS. AKERS:

17   Q.  Has this person moved towards the mouth of the tunnel a

18   little bit?

19   A.  He has.

20   Q.  Is the object that you were describing now a little more

21   visible?  I'm putting a circle around it.

22   A.  It is.

23   Q.  Does that still seem to be consistent with what you

24   described as a riot baton?

25   A.  It is.

1    Q.  And just to be clear, Officer Hodges, you never --

2    you never got back your riot baton on January 6th, 2021, did

3    you?

4    A.  That's correct.

5    Q.  You never got back your gas mask on January 6th, 2021, did

6    you?

7    A.  I did not.

8    Q.  And after you retreated from the tunnel and took a breather

9    after this, did you continue your duty in trying to protect the

10   Capitol that day?

11   A.  I did.  I knew that, vastly as outnumbered as we were,

12   every single body counted.  So while I did not go back into the

13   tunnel, lacking my equipment and damaged as I was, I went back

14   out onto the west terrace via some other stairs and joined a

15   police line there until backup started to arrive from other

16   agencies.

17   Q.  And so when you joined that police line, were you able to

18   get another riot baton to use?

19   A.  No.

20   Q.  Did you have any nonlethal weapons that you were able to

21   use at that point to protect yourself?

22   A.  I had a variety of equipment stolen from me that day.  I

23   don't remember if my OC spray was stolen as well.  It might

24   have been on my person at that time, but it might not have

25   been.

1    Q.  But no riot baton?

2    A.  Correct.

3    Q.  But no gas mask?

4    A.  Correct.  And no regular patrol baton either.

5    Q.  What happened to that one?

6    A.  That was also stolen.

7           MS. AKERS:  We're going to pull up now, please,

8    Government Exhibit 846.

9    BY MS. AKERS:

10   Q.  And while we do that, later in the day on January 6th,

11   Officer, did one of your other sergeants take some photographs

12   of the injuries that you've described?

13   A.  He did.

14          MS. AKERS:  Are we able to rotate this, Mr. Clements?

15   No big deal.

16   BY MS. AKERS:

17   Q.  Do you recognize this photograph, Officer?

18   A.  I do.

19   Q.  Who's depicted here?

20   A.  It is me.

21   Q.  And was this later in the day on January 6th after your

22   time in the tunnel?

23   A.  It was.

24   Q.  What are we looking at here?

25   A.  This is me in the Crypt being photographed by one of my

1    sergeants, and we're to document injuries.

2    Q.  What type of injuries are we seeing here?

3    A.  You can't see the contusion on my head because it probably

4    hasn't elevated all the way yet.  Also, it is beneath my hair;

5    however, you can my busted lip and my mouth bleeding.

6    Q.  Tell us about the contusion on your head from January 6th.

7    A.  On the 7th, the morning of the 7th, I went to the Police &

8    Fire Clinic, which is a clinic dedicated to serving members of

9    the MPD and D.C. FEMS, to be evaluated and -- for my injuries.

10        They discovered the contusion on my head.  And I

11   remember the doctor saying, "Wow.  You had your helmet on the

12   whole time?"  And I said, "Yeah."  So he knew it must be pretty

13   significant, and I felt it was.  It was a very significant bump

14   up there.

15   Q.  To your knowledge, on January 6th, other than the time

16   where your helmet was dislodged after the attack, were you

17   wearing your helmet the whole day?

18   A.  I was.

19   Q.  And were you wearing it --

20   A.  Excuse me.  I was wearing my helmet after we were called to

21   the Capitol.  So while I was on Constitution Avenue, I was not

22   wearing my helmet.  However, after that I was wearing my helmet

23   until it was -- until that moment in the tunnel where it was

24   partially removed.

25   Q.  Did you have any physical interactions with rioters on

1    Constitution Avenue?

2    A.  No.

3    Q.  So the whole time that you were surrounded by or

4    interacting with the rioters, did you have your helmet on?

5    A.  Correct.

6    Q.  And was it secured according to your training and how you

7    do it every day when you're working?

8    A.  Correct.

9    Q.  And you mentioned -- in addition to the large contusion and

10   your busted mouth, did you have any other types of injuries

11   from that day?

12   A.  Pain and bruising, generally, about the body and also

13   swelling in, I believe, my left hand.

14           MS. AKERS:  Can we please pull up Government

15   Exhibit 847.

16   BY MS. AKERS:

17   Q.  What is this photo depicting, Officer?

18   A.  It's a picture of my face and my lip that was injured.

19   Q.  Do you recall when your lip was injured?

20   A.  It was injured during the -- my assault in the tunnel.

21   Q.  And did this take a while for it to heal?

22   A.  I don't remember the exact time line, but a few days at

23   least.

24           MS. AKERS:  Can we please go to Government

25   Exhibit 846.  Can we please go to Government Exhibit 848.

```
 1    BY MS. AKERS:

 2    Q.  Do you recognize this photograph?

 3    A.  I do.

 4    Q.  What is it?

 5    A.  It's a picture of my hand swollen.

 6    Q.  And was this taken after your time in the tunnel on

 7    January 6th?

 8    A.  It was.

 9    Q.  Did your swollen hand cause you any pain?

10    A.  It did.

11    Q.  Can you describe that for us.

12    A.  It was difficult to move.  And when I did move it, it did

13    hurt.  So it was prohibitive of function.

14            MS. AKERS:  Your Honor, the government moves to admit

15    Exhibits 846, 847, and 848.

16            MS. DOUENAT:  No objection, Your Honor.

17            THE COURT:  846, 847, and 848 are in.

18            (Government Exhibit 846, 847, and 848 admitted into

19    evidence.)

20    BY MS. AKERS:

21    Q.  Officer Hodges, can you just briefly describe to the Court

22    what it was like serving your nation at the Capitol on

23    January 6th.

24    A.  Defending the Capitol on January 6th, it wasn't something

25    that I expected I would ever have to do at such a scale against
```

1    domestic enemies, but -- and as harrowing and violent and

2    traumatic as it was, I was glad I was there.  I was glad I was

3    able to -- I'm glad I was there.  I'm glad I was able to help

4    and defend and do what I could do.

5    Q.  Thank you for that, Officer Hodges.

6              MS. AKERS:  No further questions.

7              THE COURT:  Officer Hodges, where in your head -- it

8    looked like you were indicating a place where you were hit.

9              THE WITNESS:  It would have been not too far up, not

10   too far back here, but more a little -- like an inch or two

11   around the hairline, around here.

12             THE COURT:  So just above your forehead.

13             THE WITNESS:  Correct.

14             THE COURT:  You have a specific recollection of

15   getting struck by the baton.

16   A.  I do.

17             THE COURT:  And so that -- hit your helmet.  I mean,

18   it looked -- one of those pictures it looked like your helmet

19   was actually pushed back.  Is your recollection that it hit

20   your helmet or hit when your helmet had been pushed back?

21             THE WITNESS:  I'm sorry.  Could you say the question

22   again.

23             THE COURT:  Yeah.  Did it hit -- did it hit your

24   helmet or --

25             THE WITNESS:  No.  It made contact with my head

HODGES - DIRECT

1    directly.

2              THE COURT:  Okay.  And so that was when your helmet

3    had been pushed back?

4              THE WITNESS:  Correct.

5              THE COURT:  Okay.  Okay.  Thank you.

6              MS. AKERS:  Thank you, Officer.

7              THE COURT:  Ms. Douenat.

8              MS. DOUENAT:  Yes, Your Honor.

9                        CROSS-EXAMINATION

10   BY MS. DOUENAT:

11   Q.  Good afternoon, Officer Hodges.  How are you?

12   A.  Good afternoon.

13   Q.  If you need a break, let me know.  I mean, obviously, we'll

14   ask the Court for a break.  But if you need to drink some water

15   or need me to slow down or give you a break from questioning, I

16   will.

17   A.  Understood.

18   Q.  You mentioned that you had CDU training in the academy; is

19   that correct?

20   A.  That's correct.

21   Q.  And you trained in formations?

22   A.  Correct.

23   Q.  And how to move in a group?

24   A.  Correct.

25   Q.  And you trained on how to use CDU equipment as well?

```
 1    A.  Correct.

 2    Q.  And that's because you have specialized equipment?

 3    A.  Correct.

 4    Q.  And you also learned how to safely make arrests during a

 5    riot?

 6    A.  Yes.

 7    Q.  The morning of January 6th, you started early that morning?

 8    A.  Started around 7:00 a.m., I believe.

 9    Q.  And you arrived to the IRS building for your initial, I

10    guess -- I don't know what y'all call it, but your first --

11    A.  Assignment.

12    Q.  Assignment.  So you were at the IRS building around

13    8 o'clock?

14    A.  That makes sense.

15    Q.  And that was near the Ellipse -- right? -- where the Trump

16    rally was happening?

17    A.  Close-ish, yes.

18    Q.  And you were in visibility clothing so, therefore, people

19    could see you.  And it was for -- I guess so people were aware

20    that law enforcement are there; is that right?

21    A.  We were in our standard patrol uniform.  And, yes, that is

22    why we were there.

23    Q.  But you mentioned high-visibility assignments.  So I was

24    assuming you were wearing probably something that shows that

25    you're also there?
```

```
1    A.  We were in our standard patrol uniform.

2    Q.  Okay.  And there were hundreds of people there?

3    A.  There were many people there.

4    Q.  So fair to say there was a large amount of people, maybe

5    hundreds?

6    A.  Yes, I would say more than that.

7    Q.  Okay.  And many arrests -- many were dressed in tactical

8    gear?

9    A.  There were plenty of people dressed in tactical gear, yes.

10   Q.  And they were wearing ballistic vests?

11   A.  They appear to be wearing outer carrier vests capable of

12   containing a ballistic panel, yes.

13   Q.  And helmets?

14   A.  Yes.

15   Q.  Goggles?

16   A.  Yes.

17   Q.  Some were even wearing gas masks?

18   A.  Yes.

19   Q.  Padded gloves as well?

20   A.  Yes.

21   Q.  And tactical boots?

22   A.  Yes.

23   Q.  Some had backpacks.  You couldn't see what was in them?

24   A.  Correct.

25   Q.  And -- and a lot of them were also wearing backpacks that
```

HODGES - CROSS

1    looked military but had no insignia on it; is that correct?

2    A.   Correct.

3    Q.   Many had also BDUs?

4    A.   There were pants consistent with that style; correct.

5    Q.   Okay.  You had -- you had heard that the gun recovery unit

6    was also working that day?

7    A.   Correct.

8    Q.   And that they had made some -- some arrests?

9    A.   Correct.

10   Q.   And they had found some firearms?

11   A.   Correct.

12   Q.   So you were on high alert?

13   A.   Correct.

14   Q.   From early on that morning; right?

15   A.   Yes.

16   Q.   In fact, you had heard chatter beforehand to be concerned?

17   A.   Say that first part again.

18   Q.   You had heard -- or you were -- I don't know if you were

19   debriefed on this.  But you had heard that there might be

20   some -- some situations that day before your assignment?

21   A.   Correct.

22   Q.   And so you were worried about possible violence?

23   A.   Correct.

24   Q.   And, in fact, that around 12:30, you had to deal with a

25   confrontation that you had to break up?

```
1    A.  That sounds correct, yes.

2    Q.  It was around Tenth and Constitution, I think.

3    A.  Yes.

4    Q.  And so that was your first incident of a potential violent

5    encounter?

6    A.  Correct.

7    Q.  And it was -- I guess I assume it was between some Trump --

8    well, one white individual with a Trump mask and an

9    African American gentleman; is that correct?

10   A.  That's correct.

11   Q.  And you were able to break that off, and there was no

12   violence?

13   A.  Correct.

14   Q.  During that time, you -- you mentioned that you had heard

15   your -- your -- I guess your commander getting agitated?

16   A.  Correct.

17   Q.  And so that caused you concern as well?

18   A.  It did.

19   Q.  And you were hoping that you would be able to assist?

20   A.  Yes.

21   Q.  And, eventually, you were deployed?

22   A.  Yes.

23   Q.  To the Capitol.  And that would be, I guess, around --

24   close to 2 o'clock, maybe?

25   A.  I don't have the time stamp memorized, but that sounds
```

1   about correct.

2   Q.  It would have been after the rally where people were

3   walking towards the Capitol?

4   A.  As far as I know, yes.

5   Q.  So at that point, you -- you and your unit ended up wearing

6   your tactical gear, because at that point it would be

7   responding as a civil disturbance unit; is that correct?

8   A.  We were authorized to wear our hard gear, and we equipped

9   it before traveling to the Capitol Grounds.

10  Q.  And part of that hard gear consists of what you showed us.

11  The ballistic helmet?

12  A.  Yes.

13  Q.  And -- and that's -- that has a shield as well; right?

14  A.  That does, yes.

15  Q.  And so you're able to wear the gas mask and the shield so

16  you have, like, double protection, maybe?  Or you can't put the

17  shield down when you have the gas mask on?

18  A.  I believe I can put them both down, yes.

19  Q.  Okay.  And the helmet is -- is made from, like, Kevlar.

20  It's -- it's made so you won't get injured if you get hit with

21  a bullet or something, hopefully?

22  A.  To my knowledge, our CDU helmets are rated to -- for

23  ballistic protection up to a certain caliber.  I'm not certain

24  of the exact specifics, industry terms, but yes.

25  Q.  But for that reason, it weighs a lot as well?

1    A.  I don't know what a lot means, but it is significant -- I

2    mean, it is.

3    Q.  Three pounds?

4    A.  Sure.

5    Q.  Okay.  The -- the gas mask is a full mask.  Meaning you're

6    whole nose, mouth, and side is covered.  And that's why the

7    tight fit is important; is that right?

8    A.  Correct.

9    Q.  And so because of that, you have issues with peripheral

10   vision?  You don't get the full range of peripheral vision?

11   A.  You have less vision than if you were not wearing any gear

12   on your face; correct.

13   Q.  But the important thing about it is it at least

14   circulates -- it cleans the air for you so if you're in a -- in

15   a situation where there's a lot of munitions going off, you'll

16   be able to breathe?

17   A.  Correct.

18   Q.  And that's the importance of having that?

19   A.  Correct.

20   Q.  And also to protect your face from, I guess, the sting of

21   having munitions because, my understanding is, it burns at

22   well?

23   A.  Correct.

24   Q.  And -- and another part of your hard gear would be those

25   padded gloves?

1    A.  Correct.

2    Q.  To help protect you from assaults and -- and, I assume, if

3    you're having to push, also from not hurting yourself?

4    A.  It does offer protection, yes.

5    Q.  I know y'all are assigned shields.  But y'all didn't have

6    shields?

7    A.  Officers are not assigned individual shields.  I did not

8    have a shield that day.

9    Q.  So it would be the operations manager who would bring the

10   shields if -- if they're needed?

11   A.  Someone else, yes.  Someone else would.

12   Q.  So when you were deployed with your unit, you had just all

13   your hard gear that you do get assigned, but no shields?

14   A.  Correct.

15   Q.  And that would include two batons; right?  Your -- your

16   smaller baton?

17   A.  Yes.

18   Q.  And then your -- so the difference between the riot baton

19   and the small baton is, I guess, the length?

20   A.  Yeah, general size with length.

21   Q.  And -- and I'm assuming the riot baton is made so if you're

22   in a crowd or there's a lot of people, you're able to reach

23   further for, I guess -- because of the crowd situation, it

24   makes it easier to try to protect yourself?

25   A.  That makes sense, yes.

425

```
1    Q.  And how long do you think it is?  You may not know.

2    A.  Would you like me to hold it up?

3    Q.  Sure.  I mean, I -- I'm not a good judge of what it

4    measures like.  I guess maybe -- okay.  I suck at math.

5    Three feet maybe.  I don't know.  The -- if -- for the record,

6    it's from shoulder to shoulder, approximately?

7    A.  It's a little bit --

8    Q.  Well, I mean, I guess when you're --

9    A.  Twice that.

10   Q.  So it's about -- I don't know how to do this for the

11   record.

12             THE COURT:  Let's say 4 feet.

13             MS. DOUENAT:  Thank you, Your Honor.

14             THE COURT:  I'm the finder of fact.

15             MS. DOUENAT:  I was like, I don't know how to put

16   this on the record.

17   BY MS. DOUENAT:

18   Q.  But it looks like 4 feet.  I appreciate that.  Thank you

19   for holding it up for me.

20   A.  Yes.

21   Q.  So you're right at the Capitol.  And you mentioned that's

22   when you started -- I guess you got orders on how to head to

23   the west terrace.  You were getting orders on where you were

24   needed and -- and, I guess, your formation what -- how you guys

25   were going to actually go as a unit to the lower west terrace;
```

1   is that correct?

2   A.   Did not know our final destination when we set out on

3   foot.   However, we were organized by our leadership into

4   two columns.

5   Q.   And your leadership was at the head -- at the head of the

6   columns?

7   A.   Correct.

8   Q.   And you were towards the middle?

9   A.   Yes.

10  Q.   And so that was around 2 o'clock when you arrived and were

11  getting orders?

12  A.   That sounds correct.

13  Q.   You mentioned that the closer you got to the west terrace,

14  the crowd became more dense?

15  A.   Correct.

16  Q.   And more aggressive?

17  A.   Correct.

18  Q.   And that was around 2 o'clock.

19       It got to the point where you had to actually form a

20  single file; is that right?

21  A.   Yes.

22  Q.   And put arms in front of the officer in front of you

23  because you didn't want to separate?

24  A.   Correct.

25  Q.   And, in fact, you -- I'm going to ask, actually, for -- for

HODGES - CROSS

```
1    our paralegal to show you.
2             MS. DOUENAT:  So we can watch Government's
3    Exhibit 405 starting at 15:59:55.  I'm sorry.  It's 13- -- I'm
4    blind --  13:59:55 to 14:00:19.
5             (An audio-visual recording was played.)
6    BY MS. DOUENAT:
7    Q.  So just barely getting there, you're already almost --
8    that's your first attack on the premises; is that correct?
9    A.  That is correct.
10            MS. DOUENAT:  And we stopped at 14:00.  I just wanted
11   to let the record reflect that.
12   BY MS. DOUENAT:
13   Q.  It was the first of many, actually, that day; is that
14   correct?
15   A.  Correct.
16   Q.  And your platoon at that time got cut in two?
17   A.  I'm sorry.  Repeat the question.
18   Q.  Your platoon group -- I'm not sure how you --
19   A.  Platoon.
20   Q.  Platoon got cut in half?
21   A.  We -- I don't know how -- what the proportion was on each
22   side, but we were separated, yes.
23   Q.  Because of this altercation?
24   A.  Correct.
25   Q.  And they actually tried to take your baton at that point?
```

1    A.  One of the rioters did attempt to take my baton, yes.

2    Q.  And you were punched and kicked?

3    A.  Correct.

4    Q.  And also pushed?

5    A.  Yes.

6    Q.  You actually take the leadership role at this point to try

7    to meet up with the rest of your platoon?

8    A.  I did attempt to push a path through the attackers, went --

9    when I look back, I saw the rest of my platoon being attacked.

10   So I went back to help them.  We engaged in many -- we defended

11   ourselves from more attacks.  And then I did take a -- the

12   forward position in our platoon -- or the remainder of our

13   platoon to forge a path to the west terrace.

14   Q.  So you just mentioned you turned around and saw your

15   platoon being attacked?

16   A.  Correct.

17          MS. DOUENAT:  So let's play Government's Exhibit 405

18   starting at 14:01:54 to 14:02:54.

19          (An audio-visual recording was played.)

20   BY MS. DOUENAT:

21   Q.  That's when you had to backtrack to help your platoon, and

22   you could see yourself pulling, I guess, backpacks off of

23   people who were assaulting your officers?

24   A.  Correct.

25   Q.  And then you ended up getting assaulted as well?

1    A.  Correct.

2    Q.  And a man grabbed your baton and you struggled to the

3    ground; is that right?

4    A.  Yes.

5    Q.  And that's when you got kicked in the chest?

6    A.  Yes.

7    Q.  And -- and, most likely, that's where you lost your radio;

8    is that correct?

9    A.  I don't know.

10   Q.  But right before that, you had heard on your radio that

11   the, I guess, MPD explosives --

12   A.  Our EOD explosives, ordnance disposal unit --

13   Q.  Disposal unit?

14   A.  -- at one point had voiced that they had found a viable

15   object.  I don't remember what time that was, though.

16   Q.  But it was before you got to the lower west terrace?

17   A.  Yes.

18   Q.  And, I mean, that -- you understood to mean was they found

19   a device?

20   A.  Correct.

21   Q.  And it could be a bomb?

22   A.  Correct.

23   Q.  So that was also on your mind?

24   A.  Correct.

25   Q.  So this was the second attack.  You already know people are

HODGES - CROSS

1    weaponized.  They have firearms, since they had made arrests.

2    And then you heard that your unit had found a bomb or a device

3    that could have been a bomb and now you're being attacked

4    again?

5    A.  Correct.

6    Q.  When you were able to gather -- I know that at that point

7    you were blinded as well.  I think that your mask went up to

8    your face and was blinded?

9    A.  That's correct.

10   Q.  So I'm sure that was a very scary moment for you.

11   A.  It was.

12   Q.  Especially because you have a group of people who were just

13   assaulting you?

14   A.  Correct.

15   Q.  After that, you were able to actually regroup.  And you

16   made way to the, I guess, police line at the lower west

17   terrace; is that correct?

18   A.  Correct.

19   Q.  And you were able to cross it -- I was going to say

20   safely -- but you were able to cross it after having been

21   attacked twice?

22   A.  Correct.

23   Q.  Before you got there, though, you had to cross a

24   scaffolding area; is that correct?

25   A.  There was scaffolding present that we went beside, yes.

1    Q.  And at some point you were hit on the head by a heavy

2    object?

3    A.  Yes.

4    Q.  And -- and, luckily for you, you had your -- your helmet

5    on?

6    A.  Yes.

7    Q.  And depending on this heavy object and how high it -- I

8    mean, it could have really hurt you?

9    A.  Correct.

10           MS. DOUENAT:  And, Ms. Alexander, could you please

11   play Government's Exhibit 405 at 14:13 through 14:13:22.

12           (An audio-visual recording was played.)

13   BY MS. DOUENAT:

14   Q.  The importance here is -- is you were trying to notify

15   your -- your superiors that you couldn't hear communications

16   from them or get orders from them because you had lost your

17   radio; is that right?

18   A.  Correct.

19   Q.  And so it also made you vulnerable because you couldn't get

20   orders or communicate with your platoon?

21   A.  Correct.

22   Q.  And at that point, you were also separated from them --

23   some of them, not all of them?

24   A.  At this point, that's being depicted in the video?

25   Q.  Pardon me?

1    A.  Are you asking if I was separated from my platoon at this

2    point being depicted in the video?

3    Q.  Yes.  At this point in the --

4    A.  I believe we were all united at this point while we were on

5    this side of the police line.  I don't know if -- we weren't

6    all in a cohesive formation.  We were simply trying to find

7    areas of the police line that we could be of service to.

8    Q.  I just -- I thought that what we just watched was you

9    telling a young man, another officer, "So if they're asking,

10   let them know I don't have my radio."

11   A.  Correct.

12   Q.  Okay.  You were pepper-sprayed while you were there as

13   well?

14   A.  Yes.

15   Q.  At the line?

16   A.  Yes.

17   Q.  And there was people just hurling insults at you?

18   A.  Yes.

19   Q.  Using flags to hit you?

20   A.  I don't specifically remember being hit -- struck by a flag

21   or a flagpole.

22   Q.  At some point, though, you ended up getting into another --

23   well, you didn't get into the altercation.  There was an

24   altercation where somebody tried to gouge out your eye?

25   A.  Correct.

```
1    Q.  And that was at the police line; is that correct?
2    A.  That was after the police line broke and the assailants
3    were pouring through.
4    Q.  So let's play that.
5            MS. DOUENAT:  That's Government Exhibit 405 at
6    14:28:03 through 14:29:44.
7            (An audio-visual recording was played.)
8            MS. DOUENAT:  Can we pause it right here for a
9    second.  And you can back it up a little bit.  Actually, that's
10   too far.  Like closer to -- keep going.  Right there.  Stop
11   right there.
12   BY MS. DOUENAT:
13   Q.  This individual right here with the gas mask wearing the
14   blue, I guess, hunting jacket, or whatever you want to call
15   that -- let me circle it for you.  This individual right here,
16   do you recognize that individual?
17   A.  I do.
18   Q.  Is that the individual that tried to gouge out your eye?
19   A.  I believe so.
20   Q.  And so you were, it looked like, attacked by many others
21   when the breach was happening -- or at least you were being
22   overrun by individuals; is that correct?
23   A.  Correct.
24   Q.  And then this individual tried to hurt you as well?
25   A.  Yes.
```

1    Q.  You had an injury on your right eye at that point?

2    A.  I experienced pain, yes.

3    Q.  You felt you could have been disfigured if it had gotten

4    worse?

5    A.  Yes.

6    Q.  And also during this altercation, you were hit in the head

7    with a pole, a metal pole?

8    A.  I don't remember that offhand.

9    Q.  Not until recently?

10   A.  I'm sorry?

11   Q.  You didn't remember that before, but recently you were

12   shown an assault where the man hit you with a metal pole during

13   this time frame; is that correct?

14   A.  I don't remember if it was at this point or if it was

15   earlier, before we made it to the west terrace, but I have been

16   shown getting struck in the head with a pole that I did not

17   recall on my own.

18   Q.  You had an interview with the FBI, I think, recently, like

19   in November of, maybe, last year.  I know you had many

20   interviews with the FBI, but this would have been the most --

21   one of the most recent ones, which would have been in November,

22   where they showed you this video footage.  And video footage

23   they had found on, I guess, an open source.

24   A.  As you said, I've had many interviews, and I -- during one

25   of those interviews I was shown a video where I was hit in the

1    head with a pole.

2    Q.  They even showed you a DMV picture of this individual?

3    A.  Say that again.

4    Q.  They showed you a DMV picture of the individual who hit you

5    with the pole?

6    A.  I don't remember.

7    Q.  And they even told you his name.  And it was

8    Grayson Sherrill; is that correct?

9    A.  I don't remember.

10           MS. AKERS:  Your Honor, we object for the record.

11   This is not Mr. Grayson Sherrill.  And counsel is showing facts

12   and interviews.  I'm the attorney of record in Grayson

13   Sherrill.  So I think we're talking about two completely

14   separate instances, and this is improper impeachment.

15   Grayson Sherrill was wearing a red sweatshirt and it was --

16           THE COURT:  I heard her to be talking about someone

17   who's struck him with the --

18           MS. DOUENAT:  Right.  Somebody different than this

19   gentleman.  I was saying this gentleman gouged out his eyes,

20   and during this time period, somebody else hit him with a pole.

21           MS. AKERS:  Well, I think the line of questioning was

22   confusing, and it might explain the testimony here.

23           MS. DOUENAT:  I'm going to try to make it more clear,

24   Your Honor.

25           THE COURT:  Okay.  I'm overruling the objection.  You

1   can continue.

2   BY MS. DOUENAT:

3   Q.  You -- you recently wrote a forward for -- for a book

4   called *Insurrection*?

5   A.  I did.

6   Q.  And in that -- in that book, you actually talked about that

7   specific incident where the FBI showed you this video and how

8   you -- you didn't even remember having been assaulted by a man

9   with a metal pole?

10  A.  That's correct.

11  Q.  And how that was disturbing because of how traumatic that

12  day was for you?

13  A.  Yes.

14  Q.  And you even stated that they asked if I remembered that

15  assault, and I have to tell them no.  I was struck so often

16  from so many angles that I can't remember from all or even most

17  of them?

18          MS. AKERS:  Objection, Your Honor.  This is hearsay.

19  There's no impeachment purposes.  She just reading -- I don't

20  know what she's reading.  She's reading out-of-court

21  statements.  This is not impeachment.  He's not testified to

22  the contrary of anything she's saying.

23          MS. DOUENAT:  I'm just --

24          THE COURT:  So --

25          MS. DOUENAT:  That's the only thing I'm asking on

```
 1    that.  Just --
 2               THE COURT:  Are you asking if he said that?
 3               MS. DOUENAT:  I'm asking if -- if he, yes, said that.
 4               MS. AKERS:  We object because that's hearsay.  The
 5    defendant [sic] is on the stand.  If you want to ask a question
 6    to elicit testimony, you can.
 7               MS. DOUENAT:  It is a question.
 8               THE COURT:  Okay.
 9    BY MS. DOUENAT:
10    Q.  Did you write a forward?
11               THE COURT:  So let me sustain the objection.
12         Do you have a different question, Ms. Douenat?
13               MS. DOUENAT:  Yes.
14    BY MS. DOUENAT:
15    Q.  There were many assaults that day, more than you remember;
16    is that correct?
17    A.  Correct.
18    Q.  And that's before you even got to the tunnel; is that
19    right?
20    A.  Correct.
21    Q.  And, in fact, this gentleman here -- you have a Twitter
22    account; is that correct?
23    A.  I do.
24    Q.  And you asked your Twitter followers about this gentleman,
25    to find out if they could identify him for you?
```

```
1              MS. AKERS:  Objection.  Relevance.

2              MS. DOUENAT:  It shows bias, Your Honor.

3              THE COURT:  Sustained.

4    BY MS. DOUENAT:

5    Q.  Let me show you --

6              MS. DOUENAT:  Let's play Government's Exhibit 405 at

7    14:30 to 14:31.

8              MS. AKERS:  Your Honor, I'm going to propose an

9    objection to playing body-worn-camera footage from about

10   40 minutes before the incident relevant to the count charged

11   against her client.  It's not only irrelevant, but it's

12   harassing the witness and making him relive trauma that's not

13   at all relevant to this case.

14             THE COURT:  All right.  I'm overruling the objection.

15   I think you asked him about his approach leading up.  I think

16   it's fair.  You may proceed.

17             MS. DOUENAT:  Thank you.

18        Could you play.

19        (An audio-visual recording was played.)

20   BY MS. DOUENAT:

21   Q.  Here you actually noticed that somebody had a knife; is

22   that right?

23   A.  That's correct.

24   Q.  And you, obviously, went running and called out knife so

25   you could protect the other fellow officers?
```

```
1    A.  Correct.

2    Q.  And you were able to assist in disarming him; is that

3    right?

4    A.  Correct.

5    Q.  I know -- I'm going to move along a little bit, but I know

6    shortly after this, you ended up going into the Capitol; is

7    that right?

8    A.  Correct.

9    Q.  And is it fair to say this is the first time that you were

10   at the Capitol Grounds?

11   A.  In my capacity as a police officer?

12   Q.  Yes.

13   A.  Yes.

14   Q.  So as a police officer, having -- I mean, the public has

15   different places they can go in the Capitol.  And police

16   officers defending the Capitol, obviously, have more areas they

17   can go to; is that correct?

18   A.  We've never received any specific instructions regarding

19   defending the Capitol.  So I don't know if there are areas that

20   are restricted to us or not as police officers.

21   Q.  You -- you were deployed to go to the Capitol to assist

22   other officers?

23   A.  Correct.

24   Q.  To help defend the police line?

25   A.  To help defend the Capitol, yes.
```

1    Q.  Thank you.

2              MS. DOUENAT:  So let's play Government's Exhibit 405

3    at 14:36:31 to 14:37.

4              (An audio-visual recording was played.)

5    BY MS. DOUENAT:

6    Q.  So that's you coughing; is that right?

7    A.  That's correct.

8    Q.  And so at that point, I guess, you had removed your gas

9    mask?

10   A.  I had not yet equipped my gas mask on my face.

11   Q.  Okay.  So you were affected by munitions?

12   A.  Correct.

13   Q.  And OC spray or some type of --

14   A.  Chemical irritants in the air, yes.

15   Q.  I'm trying to clear this.  This is new to me.  Sorry.

16            Chemical irritants.  And you were able to regroup a

17   little bit while there?

18   A.  Yes.

19   Q.  In fact, you were able to clean -- you took off your --

20   your helmet and -- to clean it because it had been sprayed with

21   chemical irritants; is that right?

22   A.  I don't remember if I had cleaned it, but I do remember I

23   took off my helmet and equipped my gas mask on my face and then

24   reequipped my helmet.

25   Q.  You also were able to get a little bit of water and rinse

1   your mouth out and --

2   A.  I think --

3   Q.  -- drank some of it?

4   A.  I think so.

5   Q.  And while you were resting, that's when you heard that

6   officers were needed at the tunnel; is that right?

7   A.  After I was fully equipped, I started looking for work.

8   And I had never been in the Capitol, that area of the Capitol,

9   in my adult life.  So I didn't really know where I was going or

10  where I was needed.  I just heard shouts.  So I went towards

11  the shouts and found myself in the tunnel in question.

12  Q.  That's right.  Because you had lost your radio so you

13  couldn't find out where you were needed.  So you just were

14  trying to seek where you were best needed?

15  A.  Correct.

16  Q.  And at that point outside was already breached.  So being

17  inside was -- you were -- you found egress inside, and that's

18  where you were looking to find work?

19  A.  Correct.

20          MS. DOUENAT:  So let's play Government's Exhibit 405

21  at 14:49:15 to 14:50.

22          (An audio-visual recording was played.)

23  BY MS. DOUENAT:

24  Q.  This little, short clip, I really think, sets the stage for

25  this area with the smoke in the air.  I'm assuming that's

1    munitions or gas or some type of OC spray in the air.

2    A.  I do not know what it is.  It -- judging from the white

3    powder, it possibly could be consistent with the material spray

4    from a fire extinguisher, but that's speculation.

5    Q.  But it was in the air for sure?

6    A.  Yes.

7    Q.  And there was probably also pepper spray in the air at some

8    point?

9    A.  Yes.

10   Q.  And you could hear people yelling in the background?

11   A.  I do.

12   Q.  As well as officers saying back up?

13   A.  Yes.

14   Q.  And there's even, like, white powder on the officers?

15   A.  Yes.

16   Q.  And I know that here there was -- I don't know how many

17   officers deep, but you were standing in the back here at this

18   point.  But when officers were getting tired in the front, then

19   officers would rotate in; is that correct?

20   A.  That's correct.

21   Q.  And it was to not tire all the officers out that were at

22   the front line?

23   A.  That makes sense, yes.

24   Q.  And it was extremely loud in there?

25   A.  Yes.

1   Q.  That's pretty much sensory overload?

2   A.  Yes.

3   Q.  At some point the lights ended up flickering too or started

4   flickering; is that right?

5   A.  I don't recall that specifically.

6   Q.  Okay.  Let's just play a short clip.

7          MS. DOUENAT:  Government's Exhibit 405 at 14:54 to

8   14:55:25 -- actually, 14:54:40.

9          (An audio-visual recording was played.)

10  BY MS. DOUENAT:

11  Q.  I'm going to -- this could be just -- the camera angle, but

12  it looked like the lights are flickering?

13  A.  There were lights with the strobe effect going on.  I do

14  not know if those lights that were flickering were unique to

15  the structure of the Capitol itself or were deployed by some of

16  our assailants, as they deployed strobe lights and lights in an

17  attempt to blind us.

18  Q.  But that also was happening in the tunnel?

19  A.  Correct.

20  Q.  As well as having people throw anything and everything at

21  you?

22  A.  Yes.

23  Q.  Including fire extinguishers and, at that point, flagpoles?

24  A.  I have read and seen video of that happening, yes.

25  Q.  You're getting close to the front line at this point; is

HODGES - CROSS

1   that correct?

2   A.   Correct.

3   Q.   And at some point before you get to the front line, you

4   were part of the effort of making sure that you were pushing on

5   your fellow officers so there wouldn't be a break or a breach;

6   is that right?

7   A.   As we -- as I moved toward the front, it became more body

8   to body, more pressure on us because we were where the two

9   opposing forces were meeting and so there was less space.

10  Q.   At some point your body cam falls off?

11  A.   At some point in the tunnel it -- it is removed.  I don't

12  know whether it falls off or someone removes it.  But correct.

13  Q.   But it was in the tunnel?

14  A.   Correct.

15  Q.   Because of body contact, whether it was from the other

16  parties or body to body with an officer, it was just definitely

17  because of body contact.  You were fighting for inches?

18  A.   Yes.

19  Q.   And there was a lot of physical pressure because of it?

20  A.   Yes.

21  Q.   And this is, actually, something you've never experienced

22  before, this kind of --

23  A.   This is a unique situation, yes.

24  Q.   And people had weapons?

25  A.   Yes.

1   Q.  So you were also focused on making sure that nobody got

2   hurt?

3   A.  To the best of my ability.

4   Q.  And there was also pepper spray in the air, which I know

5   you had your gas mask on, but it still would -- would color

6   because it's orangey; is that correct?

7   A.  That is consistent with the color of many forms of

8   commercially available OC spray.

9   Q.  So if they sprayed you with it, they -- could affect your

10  ability to see clearly?

11  A.  That's correct.

12  Q.  And some officers were actually sprayed in the face?

13  A.  Correct.

14  Q.  So you had to be very vigilant of everything that was going

15  on around you?

16  A.  Correct.

17  Q.  So we're going to switch a little bit and go to

18  Government's Exhibit 510.

19          MS. DOUENAT:  And we're going to start from the

20  beginning and stop at 20 seconds.

21          (An audio-visual recording was played.)

22          MS. DOUENAT:  Stop right there for a second.

23  BY MS. DOUENAT:

24  Q.  Here we actually saw somebody spray the officers with that

25  orange pepper spray; is that right?

```
1    A.  That is correct.

2    Q.  And a lot of them actually have it on their masks -- I

3    mean, shields, I guess, helmet shields?

4    A.  Face shields, yes.

5    Q.  Yes.  And that would affect their vision for sure?

6    A.  That makes sense.

7             MS. DOUENAT:  We stopped at 15 seconds, just for the

8    record.

9    BY MS. DOUENAT:

10   Q.  By this time you had already been assaulted several times?

11   A.  Yes.

12   Q.  And you had been fighting here in the tunnel for at least a

13   few minutes, if not more?

14   A.  That sounds correct.

15   Q.  And you had been up since before 6 o'clock?

16   A.  I'd say around 6:00.

17   Q.  And it's, I would guess, around 3 o'clock or close to?

18   A.  That sounds correct.

19   Q.  I'm assuming you hadn't eaten.

20   A.  No, I had not eaten.

21   Q.  And you were definitely -- I mean, as any officer in this

22   situation -- running on adrenaline?

23   A.  Certainly.  I was experiencing adrenaline, yes.

24             MS. DOUENAT:  So we're going to just play until :20.

25             (An audio-visual recording was played.)
```

```
1    BY MS. DOUENAT:
2    Q.  So I know that you're off the frame, I think, here.  But
3    I'm going to try to circle -- I mean, can you show us where you
4    would be here, if you do know where you are.
5    A.  I would be in the lower left-hand corner of the frame.
6    Q.  By the individual with the brown --
7    A.  Correct.
8    Q.  -- I guess, shirt or sweater.
9         And that's when you were -- when he's pinning you with
10   his shield; is that right?
11   A.  Yes.
12            MS. DOUENAT:  Let's play until -- from :20 to :31.
13            (An audio-visual recording was played.)
14   BY MS. DOUENAT:
15   Q.  I know you're hearing the -- the guttural screams; is that
16   right?
17   A.  Yes.
18   Q.  And I know you've -- you've been over this video already.
19   Do you recall seeing the phone in this individual's mouth?
20   A.  Yes.
21   Q.  And it was red?
22   A.  Yes.
23   Q.  And do you recall him not having a cap on?
24   A.  You mean like on his head?
25   Q.  Yes.
```

HODGES - CROSS

1    A.  Correct.

2    Q.  And not a beanie either or anything covering his head?

3    A.  I don't recall that, no.

4            MS. DOUENAT:  Could we play Government's Exhibit 510

5    from :31 to 1:11.

6            (An audio-visual recording was played.)

7    BY MS. DOUENAT:

8    Q.  So that's 40 seconds before you start screaming for help;

9    is that correct?

10   A.  I don't have the time memorized.

11   Q.  It was from :31 to 1:11, the time period when he started

12   gutturally screaming to when you cried out for help in pain.

13   A.  Okay.

14   Q.  I'm sure it felt like a lifetime.

15   A.  Felt like it took some time, yes.

16   Q.  So during that time period is when your baton was taken

17   away from you; is that right?

18   A.  My baton was ripped from my hands immediately following my

19   gas mask being ripped off my head.

20   Q.  And when you were holding your baton there, what hand do

21   you hold it with?

22   A.  It varies depending on the circumstances.  I can't remember

23   exactly at that particular moment in time which hand I was

24   holding it with.

25   Q.  Let me --

```
1              MS. DOUENAT:  Well, I'm going to ask you,
2     Ms. Alexander, if you could play from 1:00 to 1:07 in the same
3     Government Exhibit 510.
4              (An audio-visual recording was played.)
5     BY MS. DOUENAT:
6     Q.  I'm not sure if you can see the individual had your baton
7     there.
8     A.  I don't -- I did not see that, no.
9              MS. DOUENAT:  If we could rewind it and pause,
10    Ms. Alexander.  Well, it was right there.  Let me just -- you
11    should be able -- there we go.  Stop right there.
12    BY MS. DOUENAT:
13    Q.  The lighting is poor.  But when it hits right, you can see
14    it.  I'm going to circle it and see if you can see it.  If I
15    know how to circle.  Do you see this right here?
16    A.  I do.
17    Q.  Okay.  And there the individual is actually struggling --
18    or pulling your mask off and -- or trying to take your mask
19    off, and he's got the baton in the other hand; is that right?
20    A.  I can't see what exactly he's holding on to in this frame.
21    Q.  But he is struggling with something?
22    A.  It appears that way, yes.
23    Q.  And he's got the baton in the other hand; is that right?
24    A.  I do not see he's holding that baton.
25    Q.  Okay.  That's fair.
```

```
 1              But during that time, you don't see this individual,
 2     who's Mr. Cappuccio, hitting you with that baton; is that
 3     right?
 4     A.  Can you say the question again.
 5     Q.  You don't visibly see him hitting anyone with that
 6     baton?
 7     A.  In this frame in front of me?
 8     Q.  Correct.
 9     A.  Correct.  I do not.
10              MS. DOUENAT:  Let's play Government's Exhibit 510
11     from 1:07 to 1:09.
12              (An audio-visual recording was played.)
13              MS. DOUENAT:  That was fast.  Maybe just rewind it.
14     1:06 to 1:10.
15              MS. AKERS:  Marina, could you clear the screen,
16     please.
17              MS. DOUENAT:  Pardon me?
18              MS. AKERS:  Could you clear the screen, please.
19              MS. DOUENAT:  Absolutely.
20              MS. AKERS:  Thank you so much.
21              (An audio-visual recording was played.)
22              MS. DOUENAT:  Stop right there.
23     BY MS. DOUENAT:
24     Q.  From -- from 1:07 to when you start crying out for help,
25     it's -- a few seconds go by; is that right?
```

```
1    A.  Yes.

2    Q.  Okay.  And shortly thereafter, you're able to move back or

3    fall back in the police line?

4    A.  Correct.

5    Q.  You were asking and screaming for help, but I know that you

6    were also screaming because you were in pain.

7    A.  Correct.

8    Q.  And you were still being crushed by the shield at that

9    point?

10   A.  Correct.

11           MS. DOUENAT:  We're going to play Government's

12   Exhibit 510 from 1:09 to 1:10.

13           (An audio-visual recording was played.)

14   BY MS. DOUENAT:

15   Q.  I'm going to circle your -- can you see what that is?

16   A.  It appears to be a riot baton.

17   Q.  Do you know where you're at right now?

18   A.  I cannot identify myself in the picture, but I would be

19   nearby.

20           MS. DOUENAT:  Let's play from -- well, so is this

21   1:09 to 1:24.

22           MS. ALEXANDER:  I haven't played to 1:24.

23           MS. DOUENAT:  Okay.  Let's continue playing it to

24   1:24.

25           (An audio-visual recording was played.)
```

```
1              MS. DOUENAT:  Stop.  Can you back up a little bit.
2     Thank you.
3          So where are we at?  Let me just clear this.
4              MS. ALEXANDER:  1:21.
5              MS. DOUENAT:  Can we just freeze-frame or go frame by
6     frame a little bit forward.  Right there is good.
7     BY MS. DOUENAT:
8     Q.  So we clearly see that you were -- when we -- when we
9     showed the baton, the baton was over your head at 1:07.  So
10    somebody could have hit you with the baton as well there; is
11    that correct?
12    A.  I don't know.
13    Q.  But the baton was on your helmet?
14    A.  I did not see a picture of a baton on my helmet.
15             MS. DOUENAT:  Can we just go to 1:07 and stop it
16    there or freeze-frame it to -- actually, that's -- I'm sorry.
17    1:09 is what I meant.
18         Can we stop right here for a second.
19    BY MS. DOUENAT:
20    Q.  There's a baton right here; is that correct?  Can you see
21    it?
22    A.  I do see what looks like a baton in the middle of the
23    frame.
24             MS. DOUENAT:  If you could freeze-frame further.
25    Yeah.  You can stop it.
```

```
1    BY MS. DOUENAT:
2    Q.  But there was definitely a baton in close proximity of you
3    right after you were screaming; is that right?
4    A.  Correct.
5    Q.  Okay.  And Mr. Cappuccio was definitely not on that side of
6    you; is that right?
7    A.  Correct.
8    Q.  And, in fact, there were many people with batons that
9    they had stolen or taken or brought in the tunnel; is that
10   correct?
11   A.  That makes sense.
12   Q.  When you were taken back, you mentioned that you don't
13   remember very much the period of you going into the Crypt; is
14   that right?
15   A.  Correct.
16   Q.  But then you were able to, I guess, regroup and then -- and
17   then go back and be of service?
18   A.  Correct.
19   Q.  You -- you worked at the upper west terrace at that
20   point?
21   A.  I went back out to the -- I took stairs going upwards from
22   the Crypt to the west terrace, and I was outside at a police
23   line there for some time.
24   Q.  And, in fact, your -- I guess your day didn't end until
25   about -- I guess it would have ended after midnight?
```

```
1    A.  Correct.

2    Q.  It's fair to say a lot happened that day?

3    A.  That is fair to say.

4    Q.  And a lot happened quickly as well?

5    A.  Yes.

6    Q.  You mentioned going to the -- to get checked out by the

7    medical doctors the next day; is that right?

8    A.  Correct.

9    Q.  And you mentioned the doctor had told you that he asked you

10   if your helmet had stayed on all day?

11   A.  If I was wearing my helmet, yes.

12   Q.  Yes, if you had worn the helmet all day.

13   A.  Yes.

14   Q.  Because he was surprised at the contusion you had on your

15   head?

16   A.  Correct.

17   Q.  You -- you also were sent to get an MRI; is that right?

18   A.  Correct.

19   Q.  And it came out negative; is that right?

20   A.  It did not detect anything which required more immediate

21   attention.

22   Q.  After two weeks, you were able to -- you took two weeks off

23   because of medical; is that right?

24   A.  It was a few weeks.  I don't remember the exact amount of

25   days.
```

1    Q.  After -- after the events of January 6th, you spoke to --

2    to a lot of media; is that right?

3    A.  That's correct.

4    Q.  And you told them about what happened to you?

5    A.  I did.

6    Q.  And you told them about the assaults that occurred that

7    day?

8    A.  I did.

9    Q.  And you spoke to various different media outlets on

10   multiple occasions; is that right?

11   A.  Correct.

12   Q.  And you also spoke to the FBI?

13   A.  Yes.

14   Q.  You also spoke to a detective in your -- for the MPD

15   because they had to write reports when -- I'm assuming when --

16   when there's loss of equipment, as well as use of force; is

17   that right?

18   A.  I don't remember specifically, but that sounds correct.

19   Q.  And so you also explained then what --

20             MS. AKERS:  Objection; hearsay.

21             THE COURT:  Well, I'll let you finish your question.

22             MS. DOUENAT:  Just -- then he also explained to him

23   what happened that day.

24             THE COURT:  Right.  I don't think that's hearsay.

25   Objection overruled.

1    BY MS. DOUENAT:

2    Q.  Is that right?

3    A.  I have explained to many people what happened to me that

4    day.

5    Q.  And you also testified before a House committee on

6    January 6th; is that right?

7    A.  Yes.  Yes.

8    Q.  And you've viewed the body-worn-camera footage many, many

9    times?

10   A.  I have seen it several times, yes.

11   Q.  When you've interviewed with the FBI, you saw it.  When you

12   prepared for trial you saw it; is that right?

13   A.  Correct.

14   Q.  And you've testified at a couple of different trials,

15   including this one?

16   A.  Including this one, yes.

17   Q.  And back in August?

18   A.  Yes.

19   Q.  You also were interviewed for a documentary film -- a

20   couple of documentary films?

21   A.  Correct.

22   Q.  For HBO?

23   A.  (Witness nods head.)

24   Q.  And you were able to tell your story as well then?

25   A.  That's correct.

1          MS. AKERS:  Objection to this line of questioning as

2     irrelevant.

3          MS. DOUENAT:  Has to with eyewitness recollection,

4     Your Honor, and repetition.

5          THE COURT:  All right.  I'll overrule the objection.

6     BY MS. DOUENAT:

7     Q.  And you were also awarded, and rightfully so, the

8     Congressional Gold Medal and the President's citizen medal; is

9     that right?

10     A.  The Congressional Gold Medal was awarded to all the

11     officers that responded that day, not me specifically.  I was

12     awarded the Presidential Citizens Medal specifically.

13     Q.  But you were -- I mean, you were one of the officers that

14     responded, and you deserved it.  You fought hard.  It was a

15     very difficult day for you, and -- and it was a rightful honor.

16          But I'm sure that all of that, including those medals --

17     I know you're in -- in -- like, you were honored with your

18     other fellow officers at a party -- a Christmas dinner, and I'm

19     sure that part of that with your fellow officers, you're also

20     recounting what happened and reliving it; is that right?

21     A.  Which Christmas dinner are you referring to?

22     Q.  I'm assuming -- I think it was one from -- you went to the

23     CNN first annual heroes tribute in New York City?

24     A.  Yes.  Yes.

25          MS. DOUENAT:  May I have one second, Your Honor?

```
1              THE COURT:  Yes.
2              MS. DOUENAT:  Your Honor, I pass the witness.
3          Thank you, Officer Hodges.
4              THE COURT:  I think this is a good place for us to
5      take a break.  Why don't we come back at 4 o'clock.
6          Officer Hodges, I'll direct you not to discuss the
7      substance of your testimony with anyone.
8              THE WITNESS:  Yes, sir.
9              THE COURT:  Thanks.
10             (Recess taken.)
11             THE COURT:  Mr. Woodward, do you have any cross?
12             MR. WOODWARD:  No, Your Honor.
13             THE COURT:  Okay.  Any redirect, Ms. Akers?
14         And, Officer Hodges, I'll remind you you're still under
15     oath.
16             THE WITNESS:  Yes, sir.
17                      REDIRECT EXAMINATION
18     BY MS. AKERS:
19     Q.  Officer Hodges, sitting here today, how confident are you
20     that the person who ripped the gas mask off of your face and
21     dislodged your helmet was the same person who hit you in the
22     head with a baton?
23     A.  One hundred percent.
24     Q.  Thank you, Officer.
25     A.  Yes, ma'am.
```

1    THE COURT:  All right.  Officer Hodges, you may step

2    down, and you're free to go.  Thank you for your testimony here

3    today.

4    THE WITNESS:  Thank you.

5    (Witness excused.)

6    THE COURT:  Why don't we, before we take up more

7    witnesses, try to talk about the expert witnesses issue.

8    So, Ms. Akers, I'll hear from you.  I see your two

9    motions to exclude.

10    MS. AKERS:  Sure, Your Honor.  I can expound upon

11    those, if you'd like, but I think that the motions essentially

12    speak for themselves in that neither of the experts that are

13    being proffered here are offering any opinions that would

14    assist you, the trier of fact, in reaching a determination.

15    The identification expert, in particular, has never even talked

16    to Officer Hodges, yet it seems that he's being proffered to

17    opine on his credibility and things that might affect his

18    vision or memory.

19    Those are topics that are certainly addressable on

20    cross-examination, like what was just -- happened here right

21    before our break when defense counsel asked Officer Hodges

22    himself about things that could affect or impact his memory,

23    and that's a decision -- determination that's within the

24    purview of Your Honor to make.

25    The proffered expert on the PTSD is similarly --

1          THE COURT:  I just want to be clear.  You are, in

2    fact, relying, though, on Officer Hodges, in part, for the ID

3    on the -- at the very least on the 111(a) and (b); correct?

4          MS. AKERS:  Correct, Your Honor.  Officer Hodges has

5    testified to facts that happened.  He didn't testify and say

6    Steven Cappuccio did this.  But he said a man wearing this

7    attire consistent with that in the video, so yes.

8          THE COURT:  So is it your view that the defense

9    should have somehow arranged for their expert to meet with

10   Officer Hodges and interview him?

11         MS. AKERS:  Absolutely.  If he needed -- yes, if

12   someone is to opine on someone else's ability to recall certain

13   events, someone specific, like Officer Hodges, then certainly

14   you'd have to talk with them at a minimum.  And I think that

15   that's reflected in his report, although it's -- it's a very

16   short report.

17         He doesn't actually make any conclusions.  He just

18   says -- sort of suggests, like, Officer Hodges may have

19   difficulty remembering for X, Y, or Z reasons.  There's nothing

20   in there that's conclusive, nothing in there that is an

21   application of scientific principles or any sort of methodology

22   applied to -- to Officer Hodges.

23         He's just sort of generically stating, you know, if it's

24   chaotic, that might affect your memory.  And that's not an

25   issue that's outside the scope of Your Honor's purview to make

1    a factual determination on.

2              THE COURT:  Yeah.  I mean, I think it's probably fair

3    to say there is a trend of allowing these types of experts in

4    ID cases, even though this is traditionally something that I

5    think a fact-finder -- would have relied on a fact-finder for.

6              MS. AKERS:  I think it's certainly something that a

7    fact-finder would be in the position to make.  If there were

8    something that affected or impacted Officer Hodges' ability to

9    recall or remember or something that cast doubt upon his

10   testimony, the time to examine that, which happened here today,

11   is on cross-examination because you're asking him.

12             What the defense is trying to do is put an expert on the

13   stand who's never met Officer Hodges, who wasn't at

14   January 6th, who hasn't even reviewed all of the relevant

15   evidence that even defense counsel showed the witness here

16   today, and to say, is there anything that affected his memory?

17             Well, that expert witness could never know that, one,

18   because he's never even talked to Officer Hodges; and two,

19   because he's merely speculating as to things that could

20   potentially.  And that language is reflected throughout his

21   report.

22             He's not making any affirmative conclusive

23   determinations.  He's saying it's possible there are other

24   causes or other events that could impact his memory.

25             I'd also note, Your Honor, that he cites things like

1    Officer Hodges' body-worn camera.  Well, we heard today that

2    Officer Hodges' body-worn camera fell off of his body prior to

3    this attack on him.  And so to suggest, for example, that his

4    body-worn camera and reviewing that could somehow alter his

5    testimony or his memory really just shows the lack of

6    understanding of this expert witness in particular -- or the

7    person who is being proffered as an expert witness.

8         There's nothing in his report that is outside the

9    purview of this Court's ability to make a factual

10   determination.  And that's just sort of our broad argument.

11   But if Your Honor were to apply the four prongs of 702, he

12   fails on all four of them.  There's nothing in here that is

13   scientific, technical, or requires specialized knowledge that

14   would help you understand the issues.

15        There's no methodology that's explained.  There's no

16   reliable principles or data that's explained, and there's

17   certainly no application of those methodologies or principles

18   as applied to Officer Hodges.

19        And so he fails just under 702 as well.

20        THE COURT:  So have you -- I mean, honestly, I'm --

21   my instinct is that your strongest argument is that he hasn't

22   met with the witness.  Do you have any cases where an expert

23   has been excluded on that basis?

24        MS. AKERS:  Not at the moment, Your Honor.  We don't.

25        THE COURT:  Okay.

463

1          MS. AKERS:  As it relates to the other expert -- or

2     the other person proffered as an expert in this case, I think

3     our -- our argument is even stronger in this one.

4          This proposed or proffered expert's testimony is that --

5     is, essentially, just recounting the defendant's statement.  So

6     you will see there's several pages of findings.  Those pages of

7     findings describe what Mr. Cappuccio told this person, this

8     proffered expert, during a one-hour Zoom call, well after this

9     defendant was charged and indicted and arrested.

10         And this proffered expert is simply explaining

11    everything Mr. Cappuccio told him.  So he's just serving as a

12    mouthpiece under the guise of an expert.  He says, for example,

13    Mr. Cappuccio denies any intent or purpose to engage in this

14    conduct.  So that's -- again, that's a defendant's statement.

15    And the defendant is certainly able to testify that that's his

16    statement, his recollection.  But it's not proper to do so

17    through the guise of an expert.

18         This person also in his report doesn't make any

19    conclusions.  He doesn't say that there are certain aspects of

20    PTSD, certainly symptoms, certain things on the DS M rating

21    scale that would cause a particular person to act out in a

22    particular way.

23         Rather, this person speaks in generalities.  He didn't

24    even describe what Mr. Cappuccio did.  He simply says his

25    response.  That's how he describes Mr. Cappuccio's conduct.  He

1    never even acknowledges -- and we don't even know if he's

2    aware that Mr. Cappuccio viciously ripped off Officer Hodges'

3    face mask and hit him in the head with a baton, or any part of

4    that.

5         And so it begs the question how this person could be

6    proffered as an expert to opine that PTSD was the cause of

7    these actions when he never describes the actions -- we're not

8    sure he even knows the actions -- and where his entire opinion

9    is premised on Mr. Cappuccio's own statements.

10        Similar to the other expert, this expert -- or this

11   proffered expert fails on all four of the 702 prongs.  There's

12   no methodology, no reliable principles, nothing here that this

13   person actually applies to the facts of Mr. Cappuccio's case.

14        And although he says that he confirmed that

15   Mr. Cappuccio does have PTSD, he doesn't explain how that

16   actually impacts or affects his actions on January 6th.

17        And we did cite several cases in our motion to exclude

18   that goes to that standard and that proffered experts on PTSD

19   do have to actually tie the conduct to the proposed -- well, in

20   this case, to the PTSD.  There's no such connection at all.

21   This is just an expert saying -- or parroting what a defendant

22   told him.

23        THE COURT:  Do you think civil disorder is a specific

24   intent crime?

25        MS. AKERS:  One moment, Your Honor.

```
1              THE COURT:  Sure.

2              MS. AKERS:  Your Honor, we believe that 231 is not a

3    specific intent crime -- is.  Sorry.  Hold on -- I'm sorry,

4    Your Honor.  We had a lengthy discussion about this earlier,

5    and I want to make sure I'm not confusing our argument.

6              The government's position is that 231 is a specific

7    intent crime.  I think that this specific proffered testimony,

8    though, is going to the 111(b) conduct that Mr. Cappuccio's

9    charged with.  It seems that that's what he describes in his

10   opinion.  And so there's plenty of other evidence that goes to

11   the 231.  I don't read anything, really, in this proposal or

12   report that goes specifically to the 231 charge.

13             THE COURT:  I mean, it does seem like the doctor is

14   focused on a few seconds directly around the interaction with

15   Officer Hodges.  But wouldn't that be -- that would be part of

16   the 231; right?  I mean, would you -- would the government be

17   willing to make a finding on 231 disregarding the interaction

18   with Officer Hodges?

19             MS. AKERS:  Your Honor, I would say no, because he

20   still doesn't meet the qualifications under 702.  So even if

21   we're talking about a specific intent crime -- and even if he

22   were talking about the 231, there's nothing in his report that

23   references a scientific, technical, or specialized knowledge.

24   It is outside the purview of Your Honor to make.

25             He does not identify a principle or a methodology that
```

1    he's applying.  He's not saying, for example, a person with

2    PTSD exhibits A, B, and C symptoms when they are in a certain

3    area or a certain environment and those symptoms are consistent

4    with what the defendant experienced on January 6th.  He never

5    even describes the defendant's own conduct.  So it leaves one

6    to wonder how he could apply a methodology to the defendant's

7    conduct when he hasn't even identified the conduct.

8         And he certainly doesn't cite sufficient facts and data.

9    Again, the only thing he is relying on is the defendant's own

10   statement.  And I'll just add, it's a self-serving statement.

11   The defendant hired this expert well after he was arrested,

12   well after he was charged, gave a one-hour Zoom interview, and

13   now suddenly we have this proffered expert report that

14   summarizes the defendant's testimony and then concludes his

15   response to physical injury, undefined, is consistent with

16   military training and within the range of reactions observed

17   with PTSD.  He doesn't explain what those reactions are.  He

18   doesn't explain what the defendant's response is.

19        And then at the end, he seems to be sort of equivocal.

20   He states that the defendant takes full responsibility for his

21   conduct.  And so there's -- there's just simply nothing here

22   that applies a methodology to the facts of this case, which is

23   necessary before the Court accepts a person as an expert

24   witness.

25              THE COURT:  You point out in both motions that

1    defense didn't satisfy the requirements under the rules until a

2    couple days ago.  Was the only thing you were missing a list of

3    the cases that they'd been involved in before?

4        MS. AKERS:  That was certainly missing, Your Honor,

5    until the day before trial.  We previously objected to the

6    sufficiency of these reports, and our objection remains that

7    these reports don't provide a basis that's consistent with

8    Rule 702.  They don't, again, provide or detail reliable

9    principles and methodology in an application of those to the

10   facts.  So it's the same argument I'm making up here today.

11       But as a procedural matter, the report was also

12   deficient until the day before trial.  And I would note that

13   when defense counsel did give us a list of cases, I found at

14   least one case where this -- one of these experts has been at

15   least partially excluded for actually this exact reason.

16   And so it's certainly relevant to our ability to defend

17   against the expert.  We have to have a list of the cases that

18   they're involved in.  And we simply didn't until the day before

19   trial.

20       THE COURT:  And now that you have that, have you --

21   have you had time to gather the information about those cases

22   or have you not been able to do that?

23       MS. AKERS:  I have been unable -- I'll tell you, I

24   pulled probably six dockets, three from each of their most

25   recent, and the list is quite lengthy.  The PTSD expert

1    testifies very frequently.  And so, no, we haven't had a chance

2    to do that in full.  I have pulled a couple of the dockets at

3    4:00 a.m. last night, but definitely we haven't had sufficient

4    time at this point.

5              THE COURT:  All right.  It strikes me that perhaps

6    other judges have found these are -- experts are -- have

7    something relevant to say, if they --

8              MS. AKERS:  Well, on that point, Your Honor, the

9    government hasn't challenged in our motion to exclude that

10   these are two qualified individuals with a lot of training and

11   education.  That's really not in dispute.  The PTSD -- or the

12   person proffered as a PTSD expert, he has quite the résumé.

13   And we didn't challenge on that ground.

14             We're challenging on his specific opinion in this case.

15   He often testifies about Guantanamo Bay torture, and recently

16   in a murder case that -- someone's competency to enter a plea.

17   So he testifies on a large range of things.

18             In this case, though, he's not actually offering an

19   opinion that would be helpful to you, the trier of fact.  He's

20   just, again, parroting the defendant's statement and saying I

21   confirm that the defendant has PTSD.  And that's all he does in

22   his report.  He doesn't actually offer an opinion on anything

23   else, and certainly nothing else that's outside your purview.

24             THE COURT:  But don't you think PTSD would be

25   relevant to a specific intent crime?

1          MS. AKERS:  It certainly could be, Your Honor, yeah.

2     And we cited a case that said that.  Just because PTSD is

3     relevant to a crime and could be mitigating if the proper

4     evidence were proffered doesn't mean that someone without the

5     qualifications under 702 can be proffered to negate *mens rea*,

6     for example.  He would have to -- again, he would have to

7     identify a methodology -- and they're available, especially in

8     PTSD, in that realm.  Identify a methodology to examine this

9     defendant, explain the symptoms, explain why he would have

10    certain outbursts, explain how that is actually consistent with

11    his actions on January 6th.

12         And in that case -- there are plenty of cases that we

13    cited in our brief even where judges have allowed that sort of

14    testimony.  It's just simply not what this expert is doing

15    here.  This expert is parroting the defendant's self-serving

16    statements and saying he has PTSD.  There is no connection

17    between the two in this case.

18         THE COURT:  All right.  Thanks.

19         And if you want to release any witnesses you have for

20    the rest of the day, you can go ahead and do that.

21         MS. AKERS:  Sure.  Thank you, Your Honor.

22         THE COURT:  All right.  Ms. Douenat.

23         MS. DOUENAT:  Yes, Your Honor.

24         And, Your Honor, I do apologize for not having tendered

25    the list of cases.  The rule changed in December of 2023, and

1    the notice we gave was --

2              THE COURT:  2022.

3              MS. DOUENAT:  Sorry, 2022.  We are in 2023.

4    Absolutely.

5         But our notice had been given prior to that in October,

6    and when our trial got reset in April -- I mean, I should have

7    given them notice as soon as the rule changed, but I didn't.  I

8    didn't.  So that was on me.

9         We did get that list to -- to the government.  As far as

10   notice itself, Your Honor, we feel like -- I mean, we -- we've

11   complied with notice by letting them know what our opinions

12   are.  If they want to have a *Daubert* hearing and claim that

13   they're not qualified.  Mr. [sic] Xenakis has met with the

14   client twice.  Ms. Akers is aware of that.  She was told that

15   he was going to meet in person with the client Monday after

16   court, and they spent two hours together.  Mr. Xenakis has also

17   met with his wife.  He's read all of his VA records and medical

18   records.  And Mr. --

19             THE COURT:  So on -- is it General Xenakis?

20             MS. DOUENAT:  It is General Xenakis, yes.

21             THE COURT:  I guess it doesn't look to me like the

22   case law gives you much of a window to argue PTSD as to the

23   assault charges.  Do you agree?

24             MS. DOUENAT:  Well, Your Honor, I actually was going

25   to brief that for the Court before -- I was going to argue it

```
 1    at -- at --

 2              THE COURT:  All right.  Now is your chance.

 3              MS. DOUENAT:  -- at closing.  I will, absolutely.  If

 4    you give me a day, I will get that to you.

 5              THE COURT:  Well --

 6              MS. DOUENAT:  I would do it before closing or by

 7    Friday.

 8              THE COURT:  I mean, in terms of -- I need to decide

 9    whether --

10              MS. DOUENAT:  To allow these individuals?

11              THE COURT:  Yeah.

12              MS. DOUENAT:  I can have it by tomorrow morning

13    because I just got the government's motions today, and I

14    haven't had a chance to brief it right now.

15              THE COURT:  Okay.  So, yeah, I'm happy to read what

16    you --

17              MS. DOUENAT:  So, Your Honor, a lot of the conduct is

18    also aiding and abetting, and that requires intent.  So -- so

19    that's where we're going with that as well.

20              THE COURT:  Okay.

21              MS. DOUENAT:  So they charge aiding and abetting, as

22    well as the actual charge.

23              THE COURT:  But his -- it looks like General Xenakis

24    has homed in on a -- I think he it calls seconds that are,

25    really, right there; that interaction with Officer Hodges.  So
```

1    I'd say -- I just -- I have a hard time seeing how his -- his

2    testimony would be relevant for the bulk of these charges that

3    are much broader in scope or completely regarding a different

4    time period.

5            MS. DOUENAT:  I understand the Court's point of

6    view, and I agree.  Dr. Xenakis didn't -- I mean, in his notice

7    he explained the pivotal moment that caused him to be in a war

8    zone, and that was seconds that caused him to be at war, not

9    here, somewhere else, not willful, reactive, soldier-like.

10         And that's what he was giving notice on.  This is what

11   he'll be talking about, how PTSD works, how the mind works

12   during -- during a flashback and during post-concussion

13   syndrome.

14           THE COURT:  So what I'm struggling with is --

15           MS. DOUENAT:  How it affects every other charge?

16           THE COURT:  Well, I mean, even how that -- I mean,

17   those charges, the 111(a) and 111(b).  I forget if the

18   government is arguing aiding and abetting.  But I've -- I've,

19   honestly, primarily been looking at that as a principle.  And I

20   don't think it would get your client off the hook as to being a

21   principle on 111(a) and 111(b), which I might -- my instinct is

22   really what that --

23           MS. DOUENAT:  So 111(a) --

24           THE COURT:  -- is all about.

25           MS. DOUENAT:  Sorry.

473

```
1              THE COURT:  That moment is all about.

2              MS. DOUENAT:  Yes.  And I understand that.

3         I -- I -- I will -- I understand where the Court is

4    coming from, and I know the case law.

5         So the expert talks about kindling and how an individual

6    who is in -- in a scenario where their -- their senses are

7    heightened because of loudness and things being shot out of --

8    the noises and stuff cause them to be reliving.  And it's

9    kindling, and it's part of the PTSD process where he's not

10   quite present.  And then there's the snap.  And then what

11   brings him back.

12        And I do understand -- and I'm not doing a good job of

13   arguing this legally speaking because I haven't really done my

14   homework there.  But I'm just trying to tell my client's story,

15   and that's the best I can do at this point.

16             THE COURT:  Yeah, I -- well, and it sounds like your

17   client wants to testify.  Obviously, that's completely up to

18   him.  And primarily that's the -- yeah, as I said, in my brief

19   review of the case law is that there is certainly a place for

20   expert witness on PTSD.

21        And if the claim was that your client committed

22   premeditated homicide or something at that time, I'd -- I'd

23   think you'd have a very good case that he should be allowed to

24   present PTSD evidence to negate specific intent.  As I say, it

25   just -- it seems like we've got kind of ships passing in the
```

1      night here where the -- there are specific intent crimes that

2      your client is charged with.  But they don't look to me like

3      they relate to the moment or seconds, I think is the expert's

4      claim that he says your client was operating under PTSD.

5            MS. DOUENAT:  I understand, Your Honor.  I -- I -- he

6      did write that in his notice, and he did say that.

7            THE COURT:  All right.  Can I -- I'm happy to hear

8      from you anything more on that, but also love to hear your

9      views on Dr. Cutler.

10           MS. DOUENAT:  Yes, Your Honor.  Dr. Cutler has

11     reviewed pretty much all of Mr. Hodges' testimony that he has

12     previously given, both -- both at the trials that he had, one

13     in New Mexico and one here, and also his House committee

14     testimony.  He's also reviewed a lot of his interviews and has

15     heard Dr. -- I mean, Officer Hodges speak to his experience in

16     the tunnel, as well as that day, on January 6th.  He's reviewed

17     both the Farina interview, the Cantwell video, the body-camera

18     footage, and our client's video footage as well.  And that's

19     what he's basing his opinion on.

20           He's not saying anything about whether Mr. Hodges is --

21     he's not speaking specifically to Mr. Hodges himself.  He's

22     speaking to what happens to the mind, especially in an

23     individual who's lived through that and speaks to it the way he

24     spoke at the trials, at the House committee -- committee

25     hearings, as well as during his interviews.  And --

1        THE COURT:  And so, I mean, is -- I think you may

2   well have more experience on these circumstances than I do.  I

3   mean, is the government right that the -- an eyewitness expert

4   needs to really talk with the -- the person to be able to speak

5   intelligently about whether that person was in a position to

6   make an eyewitness identification?

7        MS. DOUENAT:  I don't believe so.  In fact, he's

8   testified multiple times on many cases where he has not

9   talked to the individual who's done the eyewitness

10  identification.  He usually talks to -- or testifies in cases

11  where the only evidence is eyewitness identification because

12  there's no corroborative evidence of the crime.

13       And he leaves it to the trier of fact to decide after

14  he's instructed them and taught them what to be mindful for and

15  how memory gets created and how repetition and -- I mean, the

16  individual can be honestly mistaken but not know that he's

17  mistaken and these are the reasons why.

18       THE COURT:  Okay.  All right.  Thank you.

19       Ms. Akers, I'm noticing -- in going back looking at

20  these charges, I think you have aiding and abetting robbery,

21  which I think would be these few seconds that it seems like

22  General Xenakis is referring to, and I think that would be a

23  specific intent crime.

24       MS. AKERS:  I think, though Your Honor is correct, we

25  charge aiding and abetting in a lot of these charges, just as a

476

1    matter of practice, but our theory here, what you've heard in

2    evidence that the government has presented is that

3    Mr. Cappuccio was the principal here.  And we presented

4    evidence to the Court, especially on the robbery charge, that

5    he had the baton in his hand.

6            In fact, that evidence was proffered by the defense too,

7    that he had it in his hand close in time from when

8    Officer Hodges said it was taken from him.  And then we have

9    him on open-source footage and on CCTV himself walking out of

10   the tunnel with the baton.  And, in fact, in opening argument,

11   I believe you asked defense counsel if they contested that, and

12   the answer was no.  And so we're not operating here in trial

13   under a theory of aiding and abetting.

14           THE COURT:  As to robbery --

15           MS. AKERS:  Correct.

16           THE COURT:  -- or the 111(b)?

17           MS. AKERS:  Correct.  Correct.

18           THE COURT:  Okay.

19           MS. AKERS:  And I know on the identification issue,

20   Your Honor, this is not a typical identification case because

21   the defendant here has actually stipulated that he is the

22   person in those videos.  We -- we have a stipulation as to

23   identification.

24           What's being proffered here in the expert testimony is

25   Officer Hodges' ability to say that he remembers a person

1    standing in front of him hitting him, which is different than

2    the identification -- at least the few dockets that I've been

3    able to review, opinions that have been proffered by this

4    expert in other cases.

5         This isn't a criminal case where someone is picking

6    someone out of a lineup and they have similar attributes or

7    things like that.

8         This is Officer Hodges saying he's crushed in a door and

9    the only way he can really look is here.  And he goes through

10   this experience and he sees and feels Mr. Cappuccio.  He

11   doesn't actually say Mr. Cappuccio.  The person in front of him

12   hitting him and the baton.  It's unequivocal.

13        I do think we also can file a supplement in the next

14   short time with some case law to Your Honor's question about

15   why an expert needs to actually have interviewed a person in a

16   situation like this, and I think that might be helpful to

17   Your Honor's disposition.

18             THE COURT:  Okay.  So I think what I'll ask you-all

19   to do is -- if you want to file any additional briefing, just

20   do so before 8:00 a.m. tomorrow.  I'll -- I hope to be able to

21   make an oral ruling on both of these tomorrow morning at 9:30

22   so you know how to proceed.

23        I'll just tell you my instinct right now is that I would

24   allow Dr. Cutler to testify but not General Xenakis.  So I

25   think you're looking to have Dr. Cutler testify tomorrow

```
1    afternoon, if --
2              MS. DOUENAT:  That's correct, Your Honor.
3              THE COURT:  -- I'm remembering correctly,
4    Ms. Douenat.
5         And I'm willing to do the Zoom.  I understand the
6    government's frustration with that.  That is certainly
7    suboptimal.  But I think I'm inclined to allow it.  If you can
8    just work with Ms. Chaclan, make sure that we've got everything
9    set up to -- to allow that to go smoothly for tomorrow
10   afternoon, assuming that I'm -- I stick with my instinct, which
11   is to allow on that.
12        And as I say, I'm not foreclosing the option that you
13   convince me otherwise by your briefing between now and
14   8:00 a.m. tomorrow morning, but my instinct is General Xenakis
15   does not come in.
16             MS. DOUENAT:  Thank you, Your Honor.  I appreciate
17   it.
18             THE COURT:  Anything else we should be discussing
19   this evening, Ms. Akers?
20             MS. KLAMANN:  Your Honor, just briefly.  We did have
21   one other witness that we were going to call today.  She cannot
22   testify tomorrow.  So we just want to make Your Honor aware of
23   that.  I think, ordinarily, we may have been able to complete
24   our case in chief tomorrow.  She can testify at 9:30 --
25             THE COURT:  Is she here?
```

```
1              MS. KLAMANN:  She has been released.
2              THE COURT:  All right.  I wish you would have told me
3       that.  All right.  That's fine.
4              MS. KLAMANN:  We still have four witnesses tomorrow
5       for the government.  And if Dr. Cutler testifies, we may have a
6       full day of testimony and it may not make a difference.  But I
7       wanted to let Your Honor know.  We will have at least one more
8       witness Thursday morning.
9              THE COURT:  Okay.  You've got everybody else who will
10      be here tomorrow?
11             MS. KLAMANN:  Yes, Your Honor.
12             THE COURT:  All right.  Let's make sure to keep
13      things moving and you've got your witnesses available.
14          Mr. Woodward, anything else that we should be discussing
15      today?
16             MR. WOODWARD:  Only we would ask for the government
17      to tell us who we can expect tomorrow.
18             THE COURT:  All right.  I'll let you try to convince
19      them to tell you that.  They've certainly provided a witness
20      list, and that's all that I'm requiring of them.
21          Ms. Douenat, anything further for you?
22             MS. DOUENAT:  No, Your Honor.  Thank you.
23             THE COURT:  All right.  Let's all be back ready to
24      start at 9:30 tomorrow.  I think I should have mentioned to the
25      defendants, since you're on personal release, if you fail to
```

1    appear, not only could a warrant be issued for your arrest, but

2    I will continue to and through verdict in your absence.  So

3    please make sure to be here.

4            Thanks.  See you-all in the morning.

5            MR. WOODWARD:  They do tell us who their witnesses

6    are.  I didn't mean to suggest otherwise.

7            THE COURT:  Great.

8            (Proceedings were concluded at 4:40 p.m.)

1        CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3            I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                        Dated this 4th day of August, 2023.

10

11                   /s/ Nancy J. Meyer
                     Nancy J. Meyer
12                   Official Court Reporter
                     Registered Diplomate Reporter
13                   Certified Realtime Reporter
                     333 Constitution Avenue Northwest
14                   Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**0**

**0** [2] - 401:15, 403:11

**1**

**1** [19] - 269:13, 284:7, 285:5, 285:7, 292:13, 294:13, 320:1, 340:2, 367:17, 368:9, 384:25, 385:2, 388:12, 404:15, 404:16, 405:5, 406:1
**10** [4] - 291:11, 337:6, 363:19, 364:2
**10-33** [9] - 290:16, 290:17, 290:20, 291:1, 291:6, 313:2, 398:24, 399:4, 399:12
**10-33s** [1] - 304:7
**100** [1] - 392:11
**1011** [6] - 279:25, 280:11, 282:7, 282:14, 283:2, 301:15
**1011.........................**
  [1] - 267:8
**1030** [2] - 270:24, 272:12
**1030.........................**
  [1] - 267:9
**1031** [2] - 270:24, 272:12
**1031.........................**
  [1] - 267:9
**1032** [2] - 270:25, 272:12
**1032.........................**
  [1] - 267:10
**10:45** [1] - 357:11
**111(a** [4] - 460:3, 472:17, 472:21, 472:23
**111(b** [2] - 465:8, 472:21, 476:16
**111(b)** [1] - 472:17
**11:02** [1] - 357:12
**11:22** [2] - 363:20, 364:10
**11:25** [1] - 358:5
**12** [3] - 345:4, 345:5, 345:22
**12:30** [1] - 420:24
**13** [2] - 407:17, 427:3
**13:59:55** [1] - 477:4
**14** [1] - 286:24
**14:00** [1] - 427:10
**14:00:19** [1] - 427:4

**14:01:54** [1] - 428:18
**14:02:54** [1] - 428:18
**14:13** [1] - 431:11
**14:13:22** [1] - 431:11
**14:28:03** [1] - 433:6
**14:29:44** [1] - 433:6
**14:30** [1] - 438:7
**14:31** [1] - 438:7
**14:36:31** [1] - 440:3
**14:37** [1] - 440:3
**14:49:15** [1] - 441:21
**14:50** [1] - 441:21
**14:54** [1] - 443:7
**14:54:40** [1] - 443:8
**14:55** [1] - 337:20
**14:55:03** [1] - 338:23
**14:55:14** [1] - 339:3
**14:55:24** [1] - 356:18
**14:55:25** [1] - 443:8
**14:58** [2] - 343:2, 343:8
**14:59:30** [1] - 352:5
**14:59:39** [1] - 385:3
**15** [9] - 311:22, 351:17, 403:19, 407:11, 407:14, 407:16, 407:17, 446:7
**15:00** [1] - 356:22
**15:00:32** [1] - 352:8
**15:00:48** [1] - 355:4
**15:00:54** [1] - 354:15
**15:07** [1] - 276:16
**15:59:55** [1] - 427:3
**16** [2] - 343:2, 343:8
**16-inch** [1] - 323:16
**17** [2] - 329:2, 363:22
**17:45** [1] - 279:2
**18** [2] - 294:13, 296:13
**18:30** [2] - 279:3, 303:20
**18:31** [1] - 279:7
**19** [4] - 350:5, 363:24, 386:3, 387:14
**19:38** [2] - 386:4, 386:22
**19:48** [1] - 386:13
**1:00** [2] - 367:20, 449:2
**1:06** [1] - 450:14
**1:07** [5] - 449:2, 450:11, 450:24, 452:9, 452:15
**1:09** [4] - 450:11, 451:12, 451:21, 452:17
**1:10** [2] - 450:14, 451:12
**1:11** [2] - 448:5,

448:11
**1:21** [1] - 452:4
**1:24** [3] - 451:21, 451:22, 451:24
**1:30** [5] - 361:12, 361:14, 365:22, 367:3, 369:10
**1:48** [1] - 386:16
**1:51:18** [1] - 314:10
**1:51:20** [1] - 314:9
**1:51:28** [1] - 314:12
**1:55** [1] - 361:21

**2**

**2** [14] - 270:10, 330:2, 361:7, 374:1, 384:5, 384:8, 384:9, 388:14, 403:19, 404:1, 421:24, 426:10, 426:18
**2-foot** [1] - 351:18
**2-minute** [1] - 384:4
**20** [5] - 390:11, 390:12, 445:20, 446:24, 447:12
**20-foot** [1] - 351:17
**20-second** [1] - 398:17
**2021** [14] - 305:3, 312:19, 371:17, 372:9, 374:5, 375:13, 376:21, 377:12, 379:11, 380:1, 382:16, 403:17, 411:2, 411:5
**2022** [2] - 470:2, 470:3
**2023** [2] - 469:25, 470:3
**20:04** [1] - 388:14
**20:14** [1] - 389:24
**20:15** [2] - 294:21, 294:23
**20:27** [1] - 389:25
**20:30** [1] - 400:24
**20:31** [2] - 400:18, 401:2
**20:36** [1] - 400:20
**20:46** [1] - 390:8
**21** [3] - 323:15, 401:15, 401:20
**21-40** [1] - 268:3
**21:10** [2] - 391:5, 391:7
**22** [2] - 337:20, 389:19
**22:30** [1] - 389:17
**23** [1] - 285:19
**231** [7] - 465:2, 465:6, 465:11, 465:12, 465:16, 465:17,

465:22
**24** [4] - 391:4, 405:6, 406:2, 407:17
**248** [1] - 330:20
**25** [3] - 276:24, 287:20, 407:18
**26** [3] - 323:15, 362:3, 362:5
**27-second** [1] - 398:18
**271** [24] - 264:11, 264:11, 264:12, 264:12, 264:13, 264:13, 264:14, 264:14, 264:20, 264:21, 264:21, 264:22, 264:22, 264:24, 264:25, 264:25, 265:6, 265:8, 265:8, 265:9, 265:14, 265:20, 266:4, 267:10
**272** [85] - 265:9, 265:10, 265:10, 265:11, 265:11, 265:12, 265:12, 265:13, 265:13, 265:14, 265:15, 265:15, 265:16, 265:16, 265:17, 265:17, 265:18, 265:18, 265:19, 265:19, 265:20, 265:21, 265:21, 265:22, 265:22, 265:23, 265:23, 265:24, 265:24, 265:25, 265:25, 266:3, 266:4, 266:5, 266:5, 266:6, 266:6, 266:7, 266:7, 266:8, 266:8, 266:9, 266:9, 266:10, 266:10, 266:11, 266:11, 266:12, 266:12, 266:13, 266:13, 266:14, 266:14, 266:15, 266:15, 266:16, 266:16, 266:17, 266:18, 266:18, 266:19, 266:19, 266:20, 266:20, 266:21, 266:21, 266:22, 266:22, 266:23, 266:23, 266:24, 266:24, 266:25, 266:25, 267:3, 267:4, 267:4, 267:5, 267:5, 267:6,

267:6, 267:9, 267:9, 267:10
**275** [1] - 264:4
**278** [1] - 264:23
**28** [1] - 291:14
**283** [1] - 267:8
**29** [1] - 370:6
**297** [4] - 265:5, 265:6, 265:7, 265:7
**298** [1] - 264:5
**29th** [1] - 305:3
**2:00** [1] - 368:4
**2:00:46** [1] - 315:9
**2:01:21** [1] - 315:19
**2:02:50** [1] - 316:2
**2:03:25** [1] - 316:6
**2:27:45** [1] - 317:15
**2:29:08** [1] - 317:19
**2:36:30** [1] - 318:13
**2:41** [1] - 325:18
**2:41:30** [1] - 325:20
**2:41:38** [1] - 318:23
**2:42:40** [1] - 319:3
**2:43:09** [1] - 326:3
**2:43:10** [1] - 326:4
**2:43:13** [1] - 326:12
**2:43:36** [1] - 327:3
**2:45** [1] - 328:22
**2:45:14** [1] - 328:18
**2:45:35** [1] - 330:1
**2:45:45** [1] - 328:12
**2:46:50** [2] - 330:17, 331:9
**2:47** [2] - 332:24, 333:3
**2:47:28** [1] - 331:14
**2:48:20** [1] - 335:14
**2:49:11** [1] - 334:3
**2:52:34** [1] - 335:25
**2:52:54** [1] - 336:8
**2:54** [2] - 337:6, 337:7
**2:55:03** [1] - 338:13
**2:55:22** [1] - 337:22
**2:55:24** [2] - 340:6, 356:20
**2:55:54** [1] - 341:3
**2:57** [1] - 341:7
**2:57:33** [2] - 341:13, 342:14
**2:58** [1] - 341:4
**2:58:33** [1] - 342:8
**2:59:24** [1] - 383:10
**2:59:30** [1] - 355:9

**3**

**3** [10] - 270:10, 277:25, 323:20, 355:8, 361:7, 362:3, 362:5, 376:9, 403:11,

446:17
**30** [4] - 325:18, 364:3, 370:6, 389:20
**300** [1] - 321:8
**301** [2] - 270:3, 271:24
**301**........................
[1] - 264:11
**301.1** [1] - 325:17
**301.2** [1] - 409:5
**302** [1] - 307:11
**305.5** [2] - 270:3, 270:4
**305.6** [1] - 270:3
**306** [1] - 270:3
**31** [4] - 404:11, 447:12, 448:5, 448:11
**310** [2] - 264:23, 264:24
**311** [1] - 264:6
**32** [2] - 333:3, 403:25
**328** [1] - 264:15
**33** [1] - 360:9
**330** [1] - 264:15
**331** [9] - 264:16, 264:16, 264:17, 264:17, 264:18, 264:18, 264:19, 264:19, 264:20
**35** [1] - 363:20
**361** [4] - 265:3, 265:4, 265:4, 265:5
**370** [1] - 264:7
**3:00** [1] - 356:22
**3:07** [5] - 276:17, 276:23, 277:25, 278:5, 278:22
**3:08** [1] - 281:2
**3:09** [1] - 282:6
**3:09:42** [1] - 281:4
**3:10:08** [1] - 283:6
**3:11:37** [1] - 284:10
**3:13** [1] - 410:15
**3:13:30** [2] - 406:20, 409:6
**3:13:39** [1] - 409:12
**3:14:30** [1] - 406:21
**3:40** [1] - 362:13
**3:54** [1] - 355:9

**4**

**4** [8] - 274:8, 319:19, 323:21, 379:3, 379:6, 425:12, 425:18, 458:5
**40** [4] - 271:16, 383:7, 438:10, 448:8
**403** [1] - 407:8
**403.1** [1] - 407:13

**403.7** [2] - 270:8, 271:24
**403.7**........................
[1] - 264:11
**403.8** [2] - 270:8, 271:24
**403.8**........................
[1] - 264:12
**405** [12] - 270:8, 271:24, 382:10, 382:13, 427:3, 428:17, 431:11, 433:5, 438:6, 440:2, 441:20, 443:7
**405**........................
[1] - 264:12
**405.1** [3] - 270:8, 271:24, 382:5
**405.1**........................
[1] - 264:13
**405.2** [2] - 270:8, 271:25
**405.2**........................
[1] - 264:13
**405.3** [2] - 270:8, 271:25
**405.3**........................
[1] - 264:14
**405.4** [2] - 270:8, 271:25
**405.4**........................
[1] - 264:14
**409** [6] - 327:13, 327:25, 328:10, 328:11, 338:15, 340:6
**409**........................
[1] - 264:15
**409.10** [2] - 339:13, 356:11
**409.11** [2] - 340:5, 356:10
**41** [3] - 270:17, 270:21, 288:4
**413** [2] - 406:9, 406:15
**415** [3] - 267:7, 267:7, 267:8
**417** [1] - 264:7
**41:13** [1] - 326:6
**42** [5] - 371:11, 371:12, 371:13, 373:3, 373:9
**428** [6] - 330:15, 330:18, 330:21, 330:24, 330:25, 335:14
**428**........................
[1] - 264:15
**428.1** [2] - 331:2, 331:6

**428.1**........................
[1] - 264:16
**428.2** [1] - 331:6
**428.2**........................
[1] - 264:16
**428.3** [4] - 330:3, 330:15, 331:6, 332:5
**428.3**........................
[1] - 264:17
**428.4** [1] - 331:6
**428.4**........................
[1] - 264:17
**428.5** [1] - 331:7
**428.5**........................
[1] - 264:18
**428.6** [1] - 331:7
**428.6**........................
[1] - 264:18
**428.7** [1] - 331:7
**428.7**........................
[1] - 264:19
**428.8** [1] - 331:7, 337:17
**428.8**........................
[1] - 264:19
**428.9** [1] - 331:7, 343:3
**428.9**........................
[1] - 264:20
**429** [9] - 270:8, 271:25, 313:16, 332:19, 338:2, 341:2, 352:4, 355:8, 356:20
**429**........................
[1] - 264:20
**429.1** [2] - 270:10, 271:25
**429.1**........................
[1] - 264:21
**429.2** [1] - 271:25
**429.2**........................
[1] - 264:21
**429.3** [1] - 271:25
**429.3**........................
[1] - 264:22
**43** [1] - 282:6
**430** [1] - 344:4
**433.5** [1] - 276:4
**433.7** [1] - 276:19
**449** [1] - 345:5
**45** [1] - 294:13
**451** [8] - 293:14, 293:15, 376:14, 376:15, 386:19, 395:2
**458** [1] - 264:8
**47** [1] - 390:20
**48** [1] - 296:13
**49** [1] - 281:2

**4:00** [1] - 468:3
**4:40** [1] - 480:8

**5**

**5** [8] - 274:8, 276:23, 277:25, 278:1, 293:4, 330:12, 357:7, 409:22
**5.28** [1] - 397:2
**500** [1] - 310:5
**501** [12] - 270:11, 278:14, 279:1, 310:4, 343:21, 358:17, 359:1, 363:19, 385:23, 393:16, 400:17, 402:20
**501.11** [1] - 394:16
**501.16** [1] - 394:25
**501.2** [2] - 392:13, 392:25
**501.28** [1] - 395:10, 396:6
**501.3** [1] - 396:17
**501.30** [1] - 395:23
**501.42** [1] - 395:9
**501.44** [1] - 397:22
**501.47** [1] - 399:25
**501.5** [1] - 393:13
**501.54** [2] - 270:12, 271:25
**501.54**........................
[1] - 264:22
**501.58** [5] - 277:5, 278:8, 278:9, 278:19, 300:16
**501.58**........................
[1] - 264:23
**501.67** [1] - 347:2
**501.68** [1] - 347:23
**501.7** [1] - 394:2
**503** [1] - 396:20
**508** [6] - 270:13, 271:7, 271:21, 310:25, 359:23, 360:3
**508**........................
[1] - 264:23
**509** [4] - 270:13, 271:7, 271:21, 310:25
**509**........................
[1] - 264:24
**509.9** [1] - 270:14
**51** [3] - 270:24, 292:8, 387:14
**510** [8] - 284:22, 289:20, 402:17, 445:18, 448:4,

**449**:3, 450:10, 451:12
**510.3** [2] - 270:15, 271:25
**510.3**........................
[1] - 264:24
**510.5** [2] - 270:15, 272:1
**510.5**........................
[1] - 264:25
**510.6** [2] - 270:15, 272:1
**510.6**........................
[1] - 264:25
**512** [5] - 360:12, 360:14, 360:21, 361:2, 361:4
**512**........................
[1] - 265:3
**512.1** [2] - 361:7, 361:10
**512.1**........................
[1] - 265:4
**512.2** [1] - 361:10
**512.2**........................
[1] - 265:4
**512.3** [1] - 361:10
**512.3**........................
[1] - 265:5
**515** [17] - 273:22, 274:1, 274:8, 274:15, 294:10, 296:6, 296:7, 297:6, 297:23, 297:25, 303:19, 308:24, 310:4, 348:17, 348:20, 355:5, 357:11
**515**........................
[1] - 265:5
**515.2** [3] - 274:8, 274:15, 297:25
**515.2**........................
[1] - 265:6
**515.3** [3] - 270:16, 272:1, 273:25
**515.3**........................
[1] - 265:6
**515.4** [2] - 274:15, 297:25
**515.4**........................
[1] - 265:7
**515.5** [2] - 274:15, 297:25
**515.5**........................
[1] - 265:7
**515.7** [1] - 349:15
**5:00** [2] - 367:4

**6**

**6** [4] - 270:4, 319:19,
346:3, 446:15
**602** [1] - 340:5
**610** [2] - 270:16, 272:1
**610**.......................
  [1] - 265:8
**611** [2] - 270:16, 272:1
**611**.......................
  [1] - 265:8
**611.1** [2] - 270:17,
272:1
**611.1**.......................
  [1] - 265:9
**611.10** [1] - 272:2
**611.10**.......................
  [1] - 265:9
**611.11** [1] - 272:2
**611.11**.......................
  [1] - 265:10
**611.12** [1] - 272:2
**611.12**.......................
  [1] - 265:10
**611.13** [1] - 272:3
**611.13**.......................
  [1] - 265:11
**611.14** [1] - 272:3
**611.14**.......................
  [1] - 265:11
**611.15** [1] - 272:3
**611.15**.......................
  [1] - 265:12
**611.16** [1] - 272:3
**611.16**.......................
  [1] - 265:12
**611.17** [1] - 272:3
**611.17**.......................
  [1] - 265:13
**611.18** [1] - 272:3
**611.18**.......................
  [1] - 265:13
**611.19** [1] - 272:3
**611.19**.......................
  [1] - 265:14
**611.2** [1] - 272:1
**611.2**.......................
  [1] - 265:14
**611.20** [1] - 272:3
**611.20**.......................
  [1] - 265:15
**611.21** [1] - 272:4
**611.21**.......................
  [1] - 265:15
**611.22** [1] - 272:4
**611.22**.......................
  [1] - 265:16
**611.23** [1] - 272:4
**611.23**.......................
  [1] - 265:16

**611.24** [1] - 272:4
**611.24**.......................
  [1] - 265:17
**611.25** [1] - 272:4
**611.25**.......................
  [1] - 265:17
**611.26** [1] - 272:4
**611.26**.......................
  [1] - 265:18
**611.27** [1] - 272:4
**611.27**.......................
  [1] - 265:18
**611.28** [1] - 272:4
**611.28**.......................
  [1] - 265:19
**611.29** [1] - 272:5
**611.29**.......................
  [1] - 265:19
**611.3** [1] - 272:1
**611.3**.......................
  [1] - 265:20
**611.30** [1] - 272:5
**611.30**.......................
  [1] - 265:20
**611.31** [1] - 272:5
**611.31**.......................
  [1] - 265:21
**611.32** [1] - 272:5
**611.32**.......................
  [1] - 265:21
**611.33** [1] - 272:5
**611.33**.......................
  [1] - 265:22
**611.34** [1] - 272:5
**611.34**.......................
  [1] - 265:22
**611.35** [1] - 272:5
**611.35**.......................
  [2] - 265:23, 265:23
**611.36** [1] - 272:5
**611.37** [1] - 272:6
**611.37**.......................
  [1] - 265:24
**611.38** [1] - 272:6
**611.38**.......................
  [1] - 265:24
**611.39** [1] - 272:6
**611.39**.......................
  [1] - 265:25
**611.4** [1] - 272:1
**611.40** [1] - 272:6
**611.40**.......................
  [1] - 265:25
**611.41** [1] - 272:6
**611.41**.......................
  [1] - 266:3
**611.5** [1] - 272:2
**611.5**.......................
  [1] - 266:4

**611.6** [1] - 272:2
**611.7** [1] - 272:2
**611.7**.......................
  [1] - 266:4
**611.8** [1] - 272:2
**611.8**.......................
  [1] - 266:5
**611.9** [1] - 272:2
**611.9**.......................
  [1] - 266:5
**6114**.......................
  [1] - 267:10
**612** [2] - 270:20, 272:6
**612**.......................
  [1] - 266:6
**612.1** [2] - 270:21,
272:6
**612.1**.......................
  [1] - 266:6
**612.10** [1] - 272:7
**612.10**.......................
  [1] - 266:7
**612.11** [1] - 272:8
**612.11**.......................
  [1] - 266:7
**612.12** [1] - 272:8
**612.12**.......................
  [1] - 266:8
**612.13** [1] - 272:8
**612.13**.......................
  [1] - 266:8
**612.14** [1] - 272:8
**612.14**.......................
  [1] - 266:9
**612.15** [1] - 272:8
**612.15**.......................
  [1] - 266:9
**612.16** [1] - 272:8
**612.16**.......................
  [1] - 266:10
**612.17** [1] - 272:8
**612.17**.......................
  [1] - 266:10
**612.18** [1] - 272:8
**612.18**.......................
  [1] - 266:11
**612.19** [1] - 272:9
**612.19**.......................
  [1] - 266:11
**612.2** [1] - 272:6
**612.2**.......................
  [1] - 266:12
**612.20** [1] - 272:9
**612.20**.......................
  [1] - 266:12
**612.21** [2] - 272:9,
291:11
**612.21**.......................
  [1] - 266:13
**612.22** [1] - 272:9

**612.22**.......................
  [1] - 266:13
**612.23** [2] - 272:9,
401:15
**612.23**.......................
  [1] - 266:14
**612.24** [1] - 272:9
**612.24**.......................
  [1] - 266:14
**612.25** [1] - 272:9
**612.25**.......................
  [1] - 266:15
**612.26** [1] - 272:9
**612.26**.......................
  [1] - 266:15
**612.27** [1] - 272:10
**612.27**.......................
  [1] - 266:16
**612.28** [1] - 272:10
**612.28**.......................
  [1] - 266:16
**612.29** [1] - 272:10
**612.29**.......................
  [1] - 266:17
**612.3** [1] - 272:7
**612.3**.......................
  [1] - 266:17
**612.30** [1] - 272:10
**612.30**.......................
  [1] - 266:18
**612.31** [1] - 272:10
**612.31**.......................
  [1] - 266:18
**612.32** [1] - 272:10
**612.32**.......................
  [1] - 266:19
**612.33** [1] - 272:10
**612.33**.......................
  [1] - 266:19
**612.34** [1] - 272:10
**612.34**.......................
  [1] - 266:20
**612.35** [1] - 272:11
**612.35**.......................
  [1] - 266:20
**612.36** [1] - 272:11
**612.36**.......................
  [1] - 266:21
**612.37** [1] - 272:11
**612.37**.......................
  [1] - 266:21
**612.38** [1] - 272:11
**612.38**.......................
  [1] - 266:22
**612.39** [1] - 272:11
**612.39**.......................
  [1] - 266:22
**612.4** [1] - 272:7
**612.4**.......................
  [1] - 266:23

**612.40** [1] - 272:11
**612.40**.......................
  [1] - 266:23
**612.41** [1] - 272:11
**612.41**.......................
  [1] - 266:24
**612.48** [2] - 270:23,
272:11
**612.48**.......................
  [1] - 266:24
**612.49** [1] - 272:12
**612.49**.......................
  [1] - 266:25
**612.5** [1] - 272:7
**612.5**.......................
  [1] - 266:25
**612.50** [1] - 272:12
**612.50**.......................
  [1] - 267:3
**612.51** [1] - 272:12
**612.51**.......................
  [1] - 267:4
**612.6** [1] - 272:7
**612.6**.......................
  [1] - 267:4
**612.7** [1] - 272:7
**612.7**.......................
  [1] - 267:5
**612.8** [1] - 272:7
**612.8**.......................
  [1] - 267:5
**612.9** [1] - 272:7
**612.9**.......................
  [1] - 267:6
**613** [2] - 270:23,
272:12
**613**.......................
  [1] - 267:6
**622.11** [1] - 340:5
**6:00** [1] - 446:16
**6th** [51] - 285:3,
286:18, 291:4,
295:10, 295:23,
303:15, 305:1,
312:19, 314:7,
318:1, 318:11,
320:7, 327:20,
331:22, 351:25,
363:3, 365:2,
371:17, 372:9,
374:5, 375:2,
375:13, 375:25,
376:3, 376:20,
377:3, 377:12,
379:11, 380:1,
382:16, 384:23,
384:24, 388:19,
403:17, 411:2,
411:5, 412:10,
412:21, 413:6,

413:15, 415:7, 415:23, 415:24, 418:7, 455:1, 456:6, 461:14, 464:16, 466:4, 469:11, 474:16

**7**

**7** [3] - 345:3, 345:4, 345:22
**702** [6] - 462:11, 462:19, 464:11, 465:20, 467:8, 469:5
**7:00** [1] - 418:8
**7:15** [2] - 348:22, 348:25
**7:40** [2] - 349:18, 349:20
**7th** [2] - 413:7

**8**

**8** [3] - 293:5, 346:3, 418:13
**846** [5] - 412:8, 414:25, 415:15, 415:17, 415:18
**846.........................**
[1] - 267:7
**847** [4] - 414:15, 415:15, 415:17, 415:18
**847.........................**
[1] - 267:7
**848** [4] - 414:25, 415:15, 415:17, 415:18
**848.........................**
[1] - 267:8
**8:00** [2] - 477:20, 478:14
**8:15** [3] - 348:22, 349:8, 366:10
**8:30** [2] - 366:10, 366:15

**9**

**9** [2] - 331:2, 358:25
**9:00** [1] - 366:9
**9:28** [1] - 359:1
**9:30** [5] - 366:9, 366:17, 477:21, 478:24, 479:24
**9:40** [1] - 359:20

**A**

**a.m** [5] - 366:9, 418:8, 468:3, 477:20,

478:14
**abetting** [6] - 471:18, 471:21, 472:18, 475:20, 475:25, 476:13
**ability** [14] - 273:6, 286:20, 335:5, 351:12, 363:13, 389:12, 393:2, 445:3, 445:10, 460:12, 461:8, 462:9, 467:16, 476:25
**able** [45] - 293:12, 322:7, 322:11, 325:14, 344:23, 351:25, 364:23, 366:17, 368:17, 392:3, 396:24, 397:3, 397:16, 398:13, 398:21, 399:6, 411:17, 411:20, 412:14, 416:3, 421:11, 421:19, 422:15, 423:16, 424:22, 430:6, 430:15, 430:19, 430:20, 439:2, 440:16, 440:19, 440:25, 449:11, 451:2, 453:16, 454:22, 456:24, 463:15, 467:22, 475:4, 477:3, 477:20, 478:23
**absence** [1] - 480:2
**absent** [1] - 325:1
**absolutely** [16] - 273:6, 312:18, 315:1, 320:11, 321:4, 335:7, 340:25, 346:18, 346:23, 354:2, 354:14, 358:21, 450:19, 460:11, 470:4, 471:3
**Academy** [1] - 311:20
**academy** [3] - 312:2, 371:10, 417:18
**accept** [2] - 309:25, 366:24
**acceptable** [1] - 324:10
**accepts** [1] - 466:23
**access** [1] - 282:16
**accident** [2] - 366:6, 366:21
**according** [1] - 414:6
**account** [1] - 437:22

**accounting** [1] - 360:17
**accurate** [5] - 285:2, 297:3, 309:2, 327:19, 360:17
**accurately** [1] - 310:8
**acknowledges** [1] - 464:1
**act** [1] - 463:21
**action** [1] - 399:16
**actions** [5] - 464:7, 464:8, 464:16, 469:11
**activated** [1] - 371:13
**activates** [1] - 299:12
**actively** [1] - 372:6
**actual** [2] - 354:13, 471:22
**add** [1] - 466:10
**addition** [6] - 290:3, 323:8, 373:6, 390:23, 391:23, 414:9
**additional** [5] - 325:13, 373:6, 374:14, 477:19
**additionally** [1] - 374:15
**address** [2] - 330:11, 366:20
**addressable** [1] - 459:19
**administered** [2] - 311:8, 370:10
**admissibility** [1] - 297:23
**admissible** [3] - 310:22, 310:24, 361:8
**admission** [3] - 309:6, 382:6, 382:7
**admit** [15] - 270:1, 270:2, 270:10, 274:7, 282:7, 282:17, 282:19, 282:24, 296:7, 297:6, 327:24, 330:18, 360:20, 361:6, 415:14
**Admitted** [4] - 264:10, 265:2, 266:2, 267:2
**admitted** [17] - 270:9, 270:12, 270:14, 272:12, 278:19, 283:1, 283:2, 298:1, 308:10, 309:12, 310:25, 328:11, 330:25, 331:7, 361:4, 361:10, 415:18

**admitting** [3] - 274:18, 297:23, 361:2
**adopted** [1] - 307:12
**adrenaline** [2] - 446:22, 446:23
**adult** [1] - 441:9
**advance** [2] - 302:14, 304:22
**affect** [5] - 445:9, 446:5, 459:17, 459:22, 460:24
**affected** [3] - 440:11, 461:8, 461:16
**affects** [2] - 464:16, 472:15
**African** [1] - 421:9
**afternoon** [10] - 273:4, 273:8, 275:23, 369:7, 370:15, 370:16, 417:11, 417:12, 478:1, 478:10
**agencies** [1] - 411:16
**agent** [6] - 305:17, 305:20, 305:22, 306:3, 307:14, 318:20
**Agents** [1] - 268:10
**agents** [2] - 367:9, 369:1
**aggressive** [2] - 381:11, 426:16
**aggressively** [3] - 289:8, 289:17, 304:1
**agile** [1] - 375:4
**agitated** [2] - 372:25, 421:15
**ago** [2] - 289:22, 467:2
**agree** [9] - 271:3, 278:17, 304:9, 304:11, 310:6, 328:8, 382:6, 470:23, 472:6
**agreed** [2] - 270:2, 328:5
**ahead** [18] - 294:12, 315:3, 315:8, 316:2, 318:13, 318:23, 326:2, 335:24, 336:8, 336:9, 345:3, 346:11, 358:25, 361:12, 362:2, 399:24, 406:20, 469:20
**ahold** [1] - 353:13
**aiding** [6] - 471:18, 471:21, 472:18, 475:20, 475:25, 476:13
**air** [14] - 276:13,

296:22, 299:12, 300:3, 374:22, 399:11, 407:15, 423:14, 440:14, 441:25, 442:1, 442:5, 442:7, 445:4
**airflow** [1] - 374:22
**AKERS** [446] - 268:7, 269:5, 269:10, 270:6, 270:20, 271:10, 271:15, 272:15, 272:19, 273:5, 273:10, 273:15, 273:19, 274:1, 274:6, 275:4, 275:7, 275:15, 275:19, 276:19, 276:21, 277:5, 277:6, 277:22, 278:7, 278:10, 278:14, 278:20, 278:25, 279:5, 279:7, 279:8, 279:24, 280:1, 280:10, 280:12, 280:24, 281:3, 281:6, 281:10, 281:12, 282:7, 282:11, 282:15, 283:3, 283:5, 283:7, 283:19, 283:21, 283:22, 284:7, 284:10, 284:11, 284:21, 284:23, 285:5, 285:7, 285:8, 285:18, 285:21, 286:11, 286:24, 287:1, 287:19, 287:21, 288:4, 288:6, 288:18, 288:24, 289:5, 289:6, 291:10, 291:13, 291:16, 291:18, 292:3, 292:6, 292:7, 292:11, 292:13, 292:16, 293:2, 293:4, 293:6, 293:17, 293:20, 294:12, 294:16, 294:21, 294:23, 294:24, 296:5, 296:7, 296:10, 296:12, 296:14, 297:6, 306:4, 306:6, 306:17, 306:24, 307:4, 307:9, 308:3, 308:13, 309:14, 311:5, 311:12, 313:15, 313:17, 314:9, 314:12,

314:13, 315:8, 315:11, 315:16, 315:18, 315:20, 316:2, 316:5, 316:7, 317:15, 317:18, 317:20, 318:13, 318:16, 318:17, 318:23, 319:1, 319:2, 319:22, 319:24, 325:16, 325:20, 325:21, 326:2, 326:6, 326:7, 327:1, 327:3, 327:4, 327:12, 327:14, 327:24, 328:4, 328:12, 328:15, 328:17, 328:24, 329:1, 329:3, 329:13, 329:15, 329:16, 329:23, 329:25, 330:14, 330:17, 330:21, 331:1, 331:4, 331:8, 331:11, 331:13, 331:15, 332:4, 332:6, 332:18, 332:20, 332:24, 333:1, 333:25, 334:2, 334:4, 335:13, 335:15, 335:24, 336:1, 336:8, 336:11, 336:12, 336:21, 336:23, 336:24, 337:5, 337:9, 337:10, 337:16, 337:18, 338:1, 338:13, 338:15, 338:17, 338:24, 339:3, 339:6, 339:7, 339:13, 339:14, 340:4, 340:9, 341:1, 341:6, 341:9, 341:11, 342:13, 342:16, 342:17, 342:23, 342:24, 343:3, 343:4, 343:20, 343:22, 344:4, 344:6, 344:14, 344:16, 344:17, 345:3, 345:8, 345:9, 345:20, 345:22, 345:23, 347:1, 347:3, 347:15, 347:22, 347:24, 348:16, 348:18, 348:22, 348:23, 349:8, 349:10, 349:15, 349:16, 350:3, 350:6, 352:5,

352:8, 352:9, 354:15, 354:17, 355:1, 355:3, 355:7, 356:6, 356:9, 356:13, 356:21, 356:25, 357:1, 357:10, 357:14, 358:4, 358:6, 358:16, 358:18, 358:25, 359:3, 359:5, 359:14, 359:15, 359:20, 359:22, 359:25, 360:1, 360:8, 360:11, 360:13, 360:20, 361:5, 361:12, 361:13, 361:21, 361:23, 362:2, 362:4, 362:13, 362:15, 363:18, 363:24, 364:2, 364:4, 364:10, 364:12, 365:20, 367:6, 368:24, 370:2, 370:4, 370:14, 373:22, 373:24, 376:5, 376:7, 378:24, 379:1, 382:4, 382:11, 382:14, 382:15, 382:25, 383:1, 383:7, 383:9, 383:11, 384:25, 385:2, 385:4, 385:22, 385:24, 386:3, 386:6, 386:7, 386:13, 386:15, 386:24, 387:1, 387:11, 387:13, 387:15, 387:25, 388:2, 388:10, 388:12, 388:13, 389:2, 389:4, 389:5, 389:17, 389:19, 389:21, 389:24, 390:2, 390:8, 390:10, 391:4, 391:7, 391:8, 392:12, 392:14, 393:8, 393:10, 393:13, 393:14, 394:2, 394:3, 394:16, 394:17, 394:25, 395:1, 395:9, 395:11, 395:23, 395:24, 396:6, 396:8, 396:17, 396:19, 397:22, 397:23, 400:16, 400:21,

400:23, 401:1, 401:14, 401:17, 401:18, 402:5, 402:8, 402:16, 402:18, 403:11, 403:13, 403:18, 403:21, 403:25, 404:3, 404:15, 404:17, 405:5, 405:7, 406:14, 406:16, 406:20, 406:23, 407:11, 407:13, 407:15, 407:18, 407:20, 409:4, 409:7, 409:11, 409:14, 409:16, 409:21, 409:24, 410:13, 410:15, 410:16, 412:7, 412:9, 412:14, 412:16, 414:14, 414:16, 414:24, 415:1, 415:14, 415:20, 416:6, 417:6, 435:10, 435:21, 436:18, 437:4, 438:1, 438:8, 450:15, 450:18, 450:20, 455:20, 457:1, 458:18, 459:10, 460:4, 460:11, 461:6, 462:24, 463:1, 464:25, 465:2, 465:19, 467:4, 467:23, 468:8, 469:1, 469:21, 475:24, 476:15, 476:17, 476:19
**Akers** [19] - 268:7, 269:3, 271:9, 272:14, 273:21, 308:2, 308:11, 309:11, 310:17, 355:6, 363:23, 367:5, 370:1, 382:10, 458:13, 459:8, 470:14, 475:19, 478:19
**Akers.....** [1] - 264:4
**Akers...............** [1] - 264:8
**Akers.................** [2] - 264:6, 264:7
**alert** [1] - 420:12
**ALEXANDER** [2] - 451:22, 452:4
**Alexander** [3] - 431:10, 449:2,

449:10
**alive** [1] - 286:10
**allow** [5] - 471:10, 477:24, 478:7, 478:9, 478:11
**allowed** [3] - 287:17, 469:13, 473:23
**allowing** [2] - 377:11, 461:3
**allows** [1] - 379:20
**almost** [3] - 320:19, 354:19, 427:7
**alter** [1] - 462:4
**altercation** [4] - 427:23, 432:23, 432:24, 434:6
**aluminum** [2] - 323:17, 324:1
**Amendment** [2] - 312:8, 371:14
**America** [1] - 268:3
**American** [2] - 347:20, 421:9
**amount** [2] - 419:4, 454:24
**ample** [1] - 366:11
**angle** [4] - 294:11, 343:24, 403:23, 443:11
**angles** [1] - 436:16
**angry** [1] - 380:17
**annual** [1] - 457:23
**answer** [2] - 312:10, 476:12
**anticipate** [1] - 274:24
**anyway** [1] - 367:14
**apologize** [2] - 275:11, 469:24
**appeal** [1] - 341:20
**appear** [22] - 273:1, 280:25, 282:1, 283:24, 285:2, 287:6, 291:25, 337:13, 339:11, 343:18, 348:12, 349:25, 359:9, 360:17, 362:25, 364:16, 383:4, 383:12, 408:15, 410:2, 419:11, 480:1
**appearance** [1] - 268:20
**appearing** [1] - 332:13
**application** [3] - 460:21, 462:17, 467:9
**applied** [3] - 282:17, 460:22, 462:18
**applies** [2] - 464:13, 466:22

**apply** [4] - 280:14, 280:18, 462:11, 466:6
**applying** [2] - 295:3, 466:1
**appreciate** [2] - 425:18, 478:16
**approach** [6] - 319:22, 333:22, 373:22, 376:5, 378:24, 438:15
**approaching** [1] - 314:18
**appropriately** [4] - 374:16, 374:18, 374:19, 374:21
**approximate** [1] - 337:20
**April** [2] - 305:3, 470:6
**arc** [1] - 291:25
**archway** [2] - 317:22, 325:23
**area** [11] - 290:10, 290:24, 308:24, 314:17, 315:7, 316:18, 319:13, 430:24, 441:8, 441:25, 466:3
**areas** [4] - 325:2, 432:7, 439:16, 439:19
**argue** [2] - 470:22, 470:25
**arguing** [2] - 472:18, 473:13
**argument** [7] - 309:10, 462:10, 462:21, 463:3, 465:5, 467:10, 476:10
**arm** [12] - 276:13, 277:2, 277:18, 296:22, 329:18, 329:20, 339:18, 339:23, 340:14, 394:15, 404:18, 408:13
**arms** [5] - 329:17, 389:13, 389:15, 395:7, 426:22
**arranged** [1] - 460:9
**arrest** [3] - 305:23, 305:24, 480:1
**arrested** [5] - 306:13, 306:14, 306:22, 463:9, 466:11
**arrests** [6] - 305:24, 306:1, 418:4, 419:7, 420:8, 430:1
**arrive** [2] - 380:8, 411:15

**arrived** [8] - 318:3, 372:7, 373:8, 380:10, 380:11, 380:12, 418:9, 426:10
**arrow** [2] - 347:8, 408:14
**article** [1] - 410:3
**Ashley** [1] - 268:7
**askance** [1] - 406:7
**ASP** [3] - 323:14, 324:4, 346:13
**aspects** [1] - 463:19
**assailant** [1] - 404:14
**assailants** [9] - 383:16, 383:17, 388:7, 390:5, 390:14, 399:17, 405:19, 433:2, 443:16
**assault** [5] - 408:7, 414:20, 434:12, 436:15, 470:23
**assaulted** [7] - 306:23, 307:21, 387:23, 392:22, 428:25, 436:8, 446:10
**assaulting** [4] - 390:19, 408:13, 428:23, 430:13
**assaults** [3] - 424:2, 437:15, 455:6
**assemblies** [2] - 312:9, 371:14
**assessment** [1] - 341:24
**assigned** [5] - 371:6, 371:11, 424:5, 424:7, 424:13
**assignment** [5] - 371:5, 371:12, 418:11, 418:12, 420:20
**assignments** [1] - 418:23
**assist** [8] - 290:18, 301:15, 303:18, 398:21, 421:19, 439:2, 439:21, 459:14
**assistance** [2] - 300:15, 313:2
**assisting** [1] - 290:9
**assume** [5] - 298:16, 305:21, 322:17, 421:7, 424:2
**assuming** [4] - 271:7, 418:24, 424:21, 441:25, 446:19,

455:15, 457:22, 478:10
**attach** [1] - 374:10
**attached** [2] - 314:16, 390:16
**attack** [6] - 320:15, 406:6, 413:16, 427:8, 429:25, 462:3
**attacked** [8] - 380:21, 381:2, 400:10, 428:9, 428:15, 430:3, 430:21, 433:20
**attackers** [4] - 380:25, 381:4, 387:20, 428:8
**attacking** [8] - 286:5, 286:8, 287:18, 291:7, 303:24, 304:15, 304:19, 307:7
**attacks** [1] - 428:11
**attempt** [4] - 307:13, 428:1, 428:8, 443:17
**attempting** [3] - 319:11, 387:20, 405:20
**attention** [5] - 279:9, 285:16, 335:22, 393:11, 454:21
**attire** [4] - 408:9, 410:1, 410:2, 460:7
**attorney** [1] - 435:12
**attorneys** [1] - 368:14
**attributes** [1] - 477:6
**audible** [1] - 331:16
**audio** [87] - 279:4, 279:6, 285:6, 285:20, 291:12, 292:5, 292:12, 292:15, 293:3, 293:19, 294:15, 294:22, 314:11, 315:10, 315:17, 316:4, 317:17, 318:15, 318:25, 328:14, 328:25, 329:14, 329:24, 331:12, 332:25, 334:1, 335:23, 336:10, 336:22, 337:8, 338:25, 339:5, 341:5, 341:8, 342:15, 344:15, 345:7, 345:21, 349:9, 352:7, 354:16, 355:2, 356:24, 357:13, 359:2, 359:21, 359:24, 360:10, 361:22, 362:14,

362:22, 363:21, 364:11, 384:6, 384:9, 384:10, 386:5, 386:14, 387:12, 388:11, 389:3, 389:18, 390:1, 390:9, 391:6, 401:16, 402:7, 403:12, 403:20, 406:22, 427:5, 428:19, 431:12, 433:7, 438:19, 440:4, 441:22, 443:9, 445:21, 446:25, 447:13, 448:6, 449:4, 450:12, 450:21, 451:13, 451:25
**audio-video** [1] - 294:15
**audio-visual** [82] - 279:4, 279:6, 285:6, 285:20, 291:12, 292:5, 292:12, 292:15, 293:3, 293:19, 294:22, 314:11, 315:10, 315:17, 316:4, 317:17, 318:15, 318:25, 328:14, 328:25, 329:24, 331:12, 332:25, 335:23, 336:10, 336:22, 337:8, 338:25, 339:5, 341:5, 341:8, 342:15, 344:15, 345:7, 345:21, 349:9, 352:7, 354:16, 355:2, 356:24, 357:13, 359:2, 359:21, 359:24, 360:10, 361:22, 362:14, 363:21, 364:11, 386:5, 386:14, 387:12, 388:11, 389:3, 389:18, 390:1, 390:9, 391:6, 401:16, 402:7, 403:12, 403:20, 406:22, 427:5, 428:19, 431:12, 433:7, 438:19, 440:4, 441:22, 443:9, 445:21, 446:25, 447:13, 448:6, 449:4, 450:12, 450:21, 451:13, 451:25

**August** [1] - 456:17
**Austin** [1] - 407:4
**authenticate** [3] - 271:19, 274:20, 308:19
**authenticated** [1] - 308:22
**authentication** [4] - 308:17, 309:15, 309:25, 360:24
**authenticity** [1] - 328:9
**authorized** [1] - 422:8
**available** [6] - 367:14, 367:17, 445:8, 469:7, 479:13
**Avenue** [5] - 371:25, 372:21, 373:11, 413:21, 414:1
**awarded** [3] - 457:7, 457:10, 457:12
**aware** [4] - 418:19, 464:2, 470:14, 478:22
**awareness** [1] - 273:10

**B**

**B-o-g-n-e-r** [1] - 311:16
**back-up** [1] - 359:18
**background** [1] - 442:10
**backpacks** [3] - 419:23, 419:25, 428:22
**backtrack** [1] - 428:21
**backup** [1] - 411:15
**backward** [2] - 326:24, 334:24
**bad** [4] - 353:19, 365:11, 373:2, 400:23
**badge** [5] - 372:14, 376:13, 386:11, 386:19, 401:21
**bag** [2] - 373:20, 375:16
**ball** [1] - 325:14
**ballistic** [4] - 419:10, 419:12, 422:11, 422:23
**bangs** [1] - 325:14
**bar** [1] - 309:14
**barely** [1] - 427:7
**barrier** [1] - 314:19
**baseball** [17] - 279:10, 279:17, 281:7, 283:8, 287:22,

289:21, 326:8, 332:11, 336:14, 340:16, 342:10, 347:10, 348:6, 348:9, 362:6, 362:17, 400:3
**based** [3] - 303:5, 322:22, 335:4
**basing** [1] - 474:19
**basis** [5] - 274:13, 289:2, 306:5, 462:23, 467:7
**baton** [79] - 323:11, 323:14, 323:17, 323:22, 324:4, 324:8, 324:11, 324:14, 324:15, 324:19, 324:25, 346:13, 373:16, 378:21, 379:9, 379:10, 379:14, 379:17, 379:22, 379:24, 380:1, 385:9, 388:17, 388:18, 388:24, 392:4, 392:9, 392:17, 392:23, 397:18, 398:7, 398:18, 400:11, 402:24, 405:14, 405:23, 408:17, 408:19, 408:21, 410:12, 410:24, 411:2, 411:18, 412:1, 412:4, 416:15, 424:16, 424:18, 424:19, 424:21, 427:25, 428:1, 429:2, 446:16, 448:18, 448:20, 449:6, 449:19, 449:23, 449:24, 450:2, 450:6, 451:16, 452:9, 452:10, 452:13, 452:14, 452:20, 452:22, 453:2, 458:22, 464:3, 476:5, 476:10, 477:12
**batons** [8] - 312:13, 312:16, 323:9, 323:13, 342:20, 373:12, 424:15, 453:8
**Bay** [1] - 468:15
**BDUs** [1] - 420:3
**beanie** [6] - 279:16, 281:16, 309:21, 344:9, 408:3, 448:2

488

**became** [5] - 350:17, 380:20, 380:21, 426:14, 444:7
**become** [2] - 341:23, 354:8
**beforehand** [2] - 366:18, 420:16
**beginning** [4] - 295:11, 365:2, 380:8, 445:20
**begs** [1] - 464:5
**behalf** [3] - 268:8, 268:14, 268:19
**behind** [21] - 287:17, 288:12, 301:11, 316:12, 318:7, 321:20, 326:17, 326:20, 329:9, 329:11, 334:8, 350:23, 351:7, 356:7, 363:16, 385:19, 388:5, 389:9, 391:22, 398:13
**belly** [1] - 354:7
**below** [2] - 315:14, 361:19
**belt** [3] - 323:13, 324:4, 372:13
**Ben** [1] - 268:11
**bench** [1] - 368:15
**bend** [1] - 357:3
**bending** [2] - 356:4, 358:11
**bends** [1] - 355:12
**beneath** [3] - 374:11, 377:1, 413:4
**benefit** [1] - 321:21
**bent** [2] - 355:20, 356:1
**beside** [1] - 430:25
**best** [7] - 300:11, 319:12, 363:9, 365:16, 441:14, 445:3, 473:15
**better** [6] - 322:11, 365:18, 369:25, 383:23, 396:7, 397:10
**between** [15] - 323:20, 329:9, 334:9, 342:1, 349:6, 350:17, 351:3, 390:5, 391:2, 396:2, 405:19, 421:7, 424:18, 469:17, 478:13
**beyond** [2] - 284:3, 396:12
**bias** [1] - 438:2
**bicycle** [1] - 299:2

**big** [1] - 412:15
**bigger** [1] - 366:13
**biggest** [2] - 312:7, 320:22
**bike** [5] - 285:13, 295:7, 295:9, 295:18, 314:15
**bit** [23] - 296:19, 319:21, 326:3, 336:9, 340:20, 341:13, 356:18, 366:13, 373:15, 386:25, 389:16, 403:23, 405:12, 405:25, 410:18, 425:7, 433:9, 439:5, 440:17, 440:25, 445:17, 452:1, 452:6
**black** [7] - 338:10, 385:6, 388:15, 394:15, 404:19, 408:12, 410:5
**bleeding** [2] - 405:11, 413:5
**blind** [2] - 427:4, 443:17
**blinded** [3] - 310:15, 430:7, 430:8
**blinding** [1] - 298:20
**blink** [5] - 299:7, 299:14, 300:3, 310:12
**blinking** [2] - 299:15, 300:11
**blue** [6] - 276:10, 277:1, 340:18, 344:9, 398:2, 433:14
**blue-colored** [1] - 340:18
**blurry** [2] - 299:7, 401:7
**bob** [1] - 375:8
**bodies** [1] - 336:5
**body** [69] - 275:23, 276:7, 277:15, 277:18, 277:23, 313:10, 313:18, 313:22, 317:4, 322:4, 324:18, 324:21, 324:24, 327:16, 327:19, 328:9, 329:7, 329:11, 332:8, 332:22, 333:4, 335:17, 338:18, 339:15, 340:11, 341:2, 343:5, 343:25, 352:3, 355:8, 356:19, 356:20, 382:5,

382:17, 382:20, 382:22, 383:4, 383:12, 383:22, 383:24, 384:3, 384:11, 384:13, 384:14, 384:18, 388:8, 391:15, 392:20, 405:16, 406:15, 407:9, 407:25, 410:4, 411:12, 414:12, 438:9, 444:7, 444:8, 444:10, 444:15, 444:16, 444:17, 456:8, 462:1, 462:2, 462:4, 474:17
**body-camera** [1] - 474:17
**body-worn** [21] - 276:7, 313:10, 317:4, 327:16, 328:9, 332:22, 335:17, 341:2, 343:25, 352:3, 355:8, 356:19, 356:20, 382:5, 382:17, 384:3, 384:13, 384:14, 462:1, 462:2, 462:4
**body-worn-camera** [24] - 275:23, 277:15, 277:18, 277:23, 313:18, 327:19, 332:8, 333:4, 338:18, 339:15, 340:11, 343:5, 382:20, 382:22, 383:4, 383:12, 383:22, 383:24, 384:11, 406:15, 407:9, 407:25, 438:9, 456:8
**Bogner** [16] - 264:5, 311:5, 311:16, 331:9, 331:16, 332:21, 334:5, 339:8, 340:10, 341:12, 357:2, 362:16, 364:5, 365:1, 367:6, 369:13
**Bogner's** [2] - 341:2, 355:8
**bomb** [3] - 429:21, 430:2, 430:3
**book** [2] - 436:3, 436:6
**boots** [1] - 419:21
**bottom** [5] - 386:18, 400:2, 401:10, 404:10, 409:25

**bounce** [1] - 320:19
**box** [1] - 315:22
**brace** [2] - 320:22, 322:3
**braced** [2] - 319:20, 333:13
**brand** [1] - 346:13
**breach** [2] - 433:21, 444:5
**breached** [1] - 441:16
**break** [15] - 268:22, 318:5, 330:5, 330:7, 330:12, 367:4, 389:22, 417:13, 417:14, 417:15, 420:25, 421:11, 444:5, 458:5, 459:21
**breaking** [1] - 318:11
**breath** [3] - 285:24, 296:1, 299:8
**breathe** [5] - 285:24, 293:25, 322:11, 346:21, 423:16
**breather** [1] - 411:8
**breathing** [2] - 322:13, 341:20
**brief** [6] - 271:4, 381:3, 469:13, 470:25, 471:14, 473:18
**briefing** [2] - 477:19, 478:13
**briefly** [10] - 295:21, 308:9, 352:15, 365:3, 380:7, 380:23, 381:17, 383:21, 415:21, 478:20
**bring** [3] - 335:8, 373:6, 424:9
**bringing** [1] - 407:3
**brings** [1] - 473:11
**broad** [1] - 462:10
**broader** [1] - 472:3
**broadside** [1] - 324:16
**broke** [1] - 433:2
**broken** [4] - 326:21, 350:13, 351:9, 381:19
**brought** [3] - 346:1, 376:12, 453:9
**brown** [3] - 347:11, 348:10, 447:6
**bruising** [1] - 414:12
**buckles** [3] - 374:16, 374:17, 378:9
**buffer** [2] - 366:13, 366:19
**Building** [6] - 312:23, 314:18, 314:25,

373:5, 380:7, 381:24
**building** [3] - 372:21, 418:9, 418:12
**bulk** [1] - 472:2
**bullet** [1] - 422:21
**bump** [1] - 413:13
**burden** [1] - 310:4
**burns** [2] - 299:13, 423:21
**busted** [2] - 413:5, 414:10
**button** [2] - 379:20, 384:7

---

## C

**caliber** [1] - 422:23
**calmer** [1] - 381:8
**cam** [1] - 444:10
**camera** [55] - 275:23, 276:8, 277:15, 277:18, 277:23, 309:23, 313:10, 313:18, 313:22, 317:4, 327:11, 327:16, 327:19, 328:9, 329:10, 332:8, 332:22, 333:4, 335:17, 338:18, 339:15, 340:11, 341:2, 343:5, 343:25, 352:3, 354:23, 355:8, 356:19, 356:20, 362:11, 382:5, 382:17, 382:20, 382:22, 383:4, 383:12, 383:22, 383:24, 384:11, 384:13, 384:14, 391:12, 391:14, 393:21, 406:15, 407:9, 407:25, 438:9, 443:11, 456:8, 462:1, 462:2, 462:4, 474:17
**cameras** [3] - 269:21, 297:16, 384:3
**camp** [1] - 366:16
**canister** [2] - 277:4, 350:23
**cannot** [3] - 389:14, 451:18, 478:21
**Cantwell** [2] - 271:13, 474:17
**cap** [17] - 279:10, 279:17, 281:7, 283:8, 287:22, 326:8, 332:11,

336:14, 340:16,
342:10, 347:11,
348:6, 348:9, 362:6,
362:17, 400:3,
447:23
**capable** [1] - 419:11
**capacity** [3] - 371:20,
372:3, 439:11
**Capitol** [49] - 269:21,
284:16, 288:12,
295:22, 312:23,
313:4, 314:18,
314:25, 315:6,
315:12, 317:25,
319:17, 319:18,
320:8, 341:18,
344:19, 372:17,
372:23, 373:1,
373:5, 373:10,
373:14, 373:17,
375:14, 380:7,
380:8, 380:10,
381:7, 381:24,
383:16, 391:16,
411:10, 413:21,
415:22, 415:24,
421:23, 422:3,
422:9, 425:21,
439:6, 439:10,
439:15, 439:16,
439:19, 439:21,
439:25, 441:8,
443:15
**Cappuccio** [17] -
268:3, 268:14,
268:17, 269:24,
368:20, 450:2,
453:5, 460:6, 463:7,
463:11, 463:13,
463:24, 464:2,
464:15, 476:3,
477:10, 477:11
**Cappuccio's** [9] -
269:22, 270:22,
292:4, 308:22,
402:3, 463:25,
464:9, 464:13, 465:8
**captain** [1] - 290:16
**car** [1] - 315:4
**carrier** [2] - 372:13,
419:11
**carry** [2] - 323:13,
324:4
**carrying** [2] - 379:11,
387:23
**case** [24] - 367:5,
368:1, 368:22,
371:15, 438:13,
463:2, 464:13,
464:20, 466:22,

467:14, 468:14,
468:16, 468:18,
469:2, 469:12,
469:17, 470:22,
473:4, 473:19,
473:23, 476:20,
477:5, 477:14,
478:24
**Case** [1] - 268:3
**cases** [14] - 274:19,
333:18, 461:4,
462:22, 464:17,
467:3, 467:13,
467:17, 467:21,
469:12, 469:25,
475:8, 475:10, 477:4
**cast** [1] - 461:9
**catch** [3] - 285:24,
296:1, 299:8
**caused** [4] - 391:19,
421:17, 472:7, 472:8
**causes** [2] - 299:7,
461:24
**CCTV** [9] - 280:11,
280:14, 282:16,
282:17, 284:3,
309:19, 327:8,
409:5, 476:9
**CDU** [18] - 371:7,
371:9, 371:10,
371:11, 371:12,
371:13, 371:20,
372:3, 372:8, 373:2,
373:3, 374:25,
376:10, 377:18,
378:4, 417:18,
417:25, 422:22
**cell** [8] - 269:24,
270:22, 292:4,
294:19, 296:16,
296:18, 296:20,
402:3
**cell-phone** [2] -
296:18, 296:20
**center** [4] - 324:21,
336:25, 384:7,
384:17
**certain** [15] - 280:14,
306:12, 334:14,
386:10, 392:8,
392:16, 392:19,
422:23, 460:12,
463:19, 463:20,
466:2, 466:3, 469:10
**certainly** [18] - 310:4,
368:17, 393:4,
446:23, 459:19,
461:3, 461:6,
462:17, 463:15,
463:20, 466:8,

467:4, 467:16,
468:23, 469:1,
473:19, 478:6,
479:19
**Chaclan** [2] - 274:3,
478:8
**challenge** [1] - 468:13
**challenged** [1] - 468:9
**challenging** [1] -
468:14
**chance** [4] - 273:3,
468:1, 471:2, 471:14
**change** [1] - 389:14
**changed** [4] - 394:6,
394:18, 469:25,
470:7
**chanted** [1] - 391:17
**chanting** [1] - 350:8
**chaotic** [2] - 392:21,
460:24
**characteristics** [1] -
309:24
**charge** [6] - 465:12,
471:21, 471:22,
472:15, 475:25,
476:4
**charged** [5] - 438:10,
463:9, 465:9,
466:12, 474:2
**charges** [5] - 470:23,
472:2, 472:17,
475:20, 475:25
**chatter** [1] - 420:16
**check** [2] - 271:10,
367:16
**checked** [1] - 454:6
**checking** [1] - 328:3
**chemical** [8] - 299:21,
299:25, 300:22,
302:4, 407:5,
440:14, 440:16,
440:21
**chest** [3] - 322:12,
384:17, 429:5
**chief** [1] - 478:24
**chin** [4] - 377:1,
377:16, 378:8, 394:9
**Christmas** [3] - 379:4,
457:18, 457:21
**circle** [52] - 277:9,
279:11, 280:14,
280:18, 281:8,
281:13, 282:17,
283:9, 283:23,
285:11, 288:7,
293:9, 301:17,
301:20, 302:24,
303:11, 316:19,
316:21, 332:10,
344:7, 345:13,

347:11, 347:16,
347:17, 348:4,
348:9, 349:2,
349:21, 349:23,
357:17, 357:19,
357:20, 359:6,
359:7, 359:11,
361:16, 362:8,
363:4, 363:13,
381:1, 385:6, 387:7,
400:2, 404:8, 408:2,
408:8, 410:21,
433:15, 447:3,
449:14, 449:15,
451:15
**circled** [10] - 292:24,
296:16, 316:23,
327:5, 329:5, 337:1,
339:19, 343:13,
361:18, 404:10
**circling** [15] - 284:13,
287:4, 287:22,
326:8, 328:18,
335:19, 336:13,
342:10, 362:10,
388:15, 400:2,
401:5, 409:17,
409:25, 410:6
**circular** [2] - 321:11,
321:14
**circulates** [1] - 423:14
**circumstances** [5] -
332:2, 400:9,
400:12, 448:22,
475:2
**cite** [2] - 464:17, 466:8
**cited** [2] - 469:2,
469:13
**cites** [1] - 461:25
**citizen** [1] - 457:8
**Citizens** [1] - 457:12
**City** [1] - 457:23
**civil** [2] - 422:7,
464:23
**civilian** [1] - 338:10
**claim** [3] - 470:12,
473:21, 474:4
**claimed** [1] - 310:11
**clarification** [1] -
356:10
**clarify** [1] - 375:17
**clean** [2] - 440:19,
440:20
**cleaned** [1] - 440:22
**cleans** [1] - 423:14
**clear** [13] - 275:1,
286:17, 299:21,
299:25, 368:24,
387:10, 411:1,
435:23, 440:15,

450:15, 450:18,
452:3, 460:1
**clearly** [6] - 300:21,
308:24, 310:22,
316:12, 445:10,
452:8
**Clements** [19] -
268:10, 284:8,
292:14, 294:14,
300:15, 301:15,
326:4, 328:16,
330:14, 341:3,
341:10, 345:6,
350:4, 356:12,
386:25, 388:1,
400:24, 404:1,
412:14
**clicking** [1] - 338:4
**client** [10] - 271:16,
330:8, 438:11,
470:14, 470:15,
472:20, 473:17,
473:21, 474:2, 474:4
**client's** [2] - 473:14,
474:18
**Clinic** [1] - 413:8
**clinic** [1] - 413:8
**clip** [16] - 293:22,
303:19, 331:17,
334:6, 339:9,
349:11, 353:9,
354:18, 354:19,
358:7, 364:13,
364:16, 398:17,
398:18, 441:24,
443:6
**clips** [1] - 398:16
**close** [10] - 286:12,
336:5, 337:25,
351:5, 418:17,
421:24, 443:25,
446:17, 453:2, 476:7
**close-ish** [1] - 418:17
**closed** [10] - 314:17,
326:16, 326:19,
351:8, 351:11,
351:14, 352:18,
354:19, 354:22,
358:23
**closer** [5] - 380:20,
381:10, 385:20,
426:13, 433:10
**closing** [2] - 471:3,
471:6
**clothing** [2] - 410:3,
418:18
**CNN** [1] - 457:23
**co** [1] - 268:9
**co-counsel** [1] - 268:9
**coat** [7] - 347:18,

349:24, 352:16, 354:20, 357:21, 357:22, 359:10
**coherent** [1] - 333:22
**cohesive** [1] - 432:6
**collapsible** [1] - 323:14
**colleagues** [3] - 308:12, 399:15, 407:3
**color** [3] - 394:14, 445:5, 445:7
**colored** [1] - 340:18
**columns** [5] - 380:13, 380:25, 381:1, 426:4, 426:6
**coming** [13] - 280:6, 291:24, 299:18, 302:14, 306:8, 325:23, 342:20, 362:22, 362:23, 368:7, 395:14, 408:15, 473:4
**command** [1] - 331:23
**commander** [4] - 372:24, 372:25, 373:9, 421:15
**commands** [5] - 332:1, 333:7, 352:23, 359:16, 359:18
**commercially** [1] - 445:8
**committed** [1] - 473:21
**committee** [4] - 456:5, 474:13, 474:24
**common** [6] - 290:20, 290:22, 309:24, 354:2
**communicate** [1] - 431:20
**communications** [1] - 431:15
**Comottor** [1] - 268:11
**compared** [2] - 309:19, 309:22
**competency** [1] - 468:16
**compilation** [1] - 310:18
**complete** [3] - 289:24, 381:1, 478:23
**completely** [3] - 435:13, 472:3, 473:17
**compliance** [1] - 353:5
**complied** [1] - 470:11
**comply** [2] - 331:25,

353:3
**complying** [10] - 277:10, 285:12, 292:23, 345:14, 348:5, 349:3, 357:18, 361:17, 362:9, 404:9
**components** [2] - 270:21, 324:2
**comport** [1] - 394:22
**computer** [1] - 302:24
**concern** [2] - 271:8, 421:17
**concerned** [3] - 323:15, 353:4, 420:16
**concerns** [1] - 274:17
**concluded** [1] - 480:8
**concludes** [1] - 466:14
**conclusions** [2] - 460:17, 463:19
**conclusive** [2] - 460:20, 461:22
**concussion** [1] - 472:12
**condition** [1] - 295:10
**conditions** [1] - 273:13
**conduct** [9] - 463:14, 463:25, 464:19, 465:8, 466:5, 466:7, 466:21, 471:17
**conference** [1] - 367:3
**conferred** [1] - 367:18
**confident** [2] - 399:11, 458:19
**confirm** [2] - 303:4, 468:21
**confirmed** [3] - 369:18, 369:24, 464:14
**confrontation** [1] - 420:25
**confusing** [2] - 435:22, 465:5
**Congressional** [2] - 457:8, 457:10
**connecting** [2] - 387:19, 403:16
**connection** [2] - 464:20, 469:16
**connects** [1] - 382:2
**conservative** [1] - 367:10
**consider** [2] - 289:15, 375:10
**consist** [1] - 372:12
**consistent** [21] - 277:14, 278:2,

314:19, 333:4, 335:16, 343:9, 379:10, 408:12, 408:16, 408:17, 410:6, 410:10, 410:23, 420:4, 442:3, 445:7, 460:7, 466:3, 466:15, 467:7, 469:10
**consisting** [1] - 373:12
**consists** [2] - 372:13, 422:10
**constantly** [1] - 289:10
**Constitution** [6] - 371:25, 372:21, 373:11, 413:21, 414:1, 421:2
**contact** [3] - 416:25, 444:15, 444:17
**containing** [1] - 419:12
**contains** [2] - 315:22, 384:9
**contents** [2] - 330:6, 365:25
**contested** [1] - 476:11
**context** [1] - 404:6
**continue** [17] - 278:22, 283:3, 283:19, 293:2, 307:17, 310:2, 317:5, 333:25, 342:14, 345:20, 358:4, 387:11, 410:13, 411:9, 436:1, 451:23, 480:2
**continued** [6] - 265:1, 265:2, 266:1, 266:2, 267:1, 267:2
**continues** [1] - 384:8
**Continuing** [1] - 264:4
**continuing** [3] - 275:18, 390:13, 399:21
**contrary** [1] - 436:22
**control** [4] - 312:9, 354:3, 371:15, 371:16
**contusion** [5] - 413:3, 413:6, 413:10, 414:9, 454:14
**convince** [2] - 478:13, 479:18
**coordinated** [1] - 349:13
**copy** [1] - 273:17
**corner** [6] - 313:21, 316:23, 349:18,

386:18, 401:8, 447:5
**correct** [179] - 271:1, 271:2, 271:9, 274:2, 276:2, 278:10, 282:15, 292:25, 298:13, 302:1, 302:9, 302:15, 303:6, 303:23, 304:24, 305:23, 306:13, 307:8, 330:21, 332:22, 340:11, 356:14, 358:2, 361:19, 361:20, 362:11, 370:2, 371:4, 375:18, 376:4, 376:19, 378:22, 378:23, 381:9, 381:13, 386:21, 391:13, 396:3, 396:4, 401:23, 402:4, 402:25, 404:12, 409:3, 411:4, 412:2, 412:4, 414:5, 414:8, 416:13, 417:4, 417:19, 417:20, 417:22, 417:24, 418:1, 418:3, 419:24, 420:1, 420:2, 420:4, 420:7, 420:9, 420:11, 420:13, 420:21, 420:23, 421:1, 421:6, 421:9, 421:10, 421:13, 421:16, 422:1, 422:7, 423:8, 423:12, 423:17, 423:19, 423:23, 424:1, 424:14, 426:1, 426:7, 426:12, 426:15, 426:17, 426:24, 427:8, 427:9, 427:14, 427:15, 427:24, 428:3, 428:16, 428:24, 429:1, 429:8, 429:20, 429:22, 429:24, 430:5, 430:9, 430:14, 430:17, 430:18, 430:22, 430:24, 431:9, 431:18, 431:21, 432:11, 432:25, 433:1, 433:22, 433:23, 434:13, 435:8, 436:10, 437:16, 437:17, 437:20,

437:22, 438:23, 439:1, 439:4, 439:8, 439:17, 439:23, 440:7, 440:12, 441:15, 441:19, 442:19, 442:20, 443:19, 444:1, 444:2, 444:12, 444:14, 445:6, 445:11, 445:13, 445:16, 446:1, 446:14, 446:18, 447:7, 448:1, 448:9, 450:8, 450:9, 451:4, 451:7, 451:10, 452:11, 452:20, 453:4, 453:7, 453:10, 453:15, 453:18, 454:1, 454:8, 454:16, 454:18, 455:3, 455:11, 455:18, 456:13, 456:21, 456:25, 460:3, 460:4, 475:24, 476:15, 476:17, 478:2
**correctly** [1] - 478:3
**corresponds** [1] - 313:21
**corroborative** [1] - 475:12
**coughing** [2] - 318:21, 440:6
**Counsel** [1] - 338:14
**counsel** [8] - 268:5, 268:9, 269:19, 435:11, 459:21, 461:15, 467:13, 476:11
**Count** [5] - 291:14, 329:2, 350:5, 363:22, 363:24
**count** [1] - 438:10
**counted** [1] - 411:12
**Counts** [1] - 370:6
**couple** [14] - 298:10, 321:7, 325:10, 342:3, 351:9, 351:10, 353:2, 368:17, 396:14, 398:16, 456:14, 456:20, 467:2, 468:2
**course** [4] - 273:19, 309:12, 378:5, 399:2
**COURT** [193] - 268:12, 268:16, 268:25, 269:9, 270:4, 270:19, 271:1, 271:3, 271:6, 271:9,

271:21, 271:23,
272:14, 272:18,
273:2, 273:8,
273:14, 273:21,
274:3, 274:11,
274:13, 274:15,
275:2, 275:6,
275:12, 275:17,
277:21, 278:9,
278:11, 278:17,
280:23, 282:8,
282:18, 282:21,
282:24, 288:17,
289:2, 291:15,
296:6, 296:9,
296:11, 297:8,
297:10, 297:13,
297:22, 298:2,
306:5, 306:9,
306:20, 307:5,
307:15, 308:2,
308:4, 308:8,
308:11, 309:7,
309:11, 310:6,
311:3, 319:23,
328:1, 328:7,
328:10, 330:4,
330:11, 330:20,
330:22, 330:24,
331:3, 331:5,
332:16, 338:3,
338:6, 338:8,
338:11, 339:1,
347:14, 354:25,
355:6, 355:10,
355:16, 355:19,
355:23, 355:25,
356:3, 356:7,
360:22, 360:25,
361:2, 361:8,
363:22, 364:1,
365:21, 365:24,
366:2, 366:4,
366:24, 367:12,
368:13, 368:23,
369:3, 369:6, 369:9,
369:12, 369:15,
369:17, 369:25,
370:3, 370:7,
373:23, 376:6,
378:25, 382:10,
382:13, 390:21,
391:3, 403:1, 403:4,
403:9, 415:17,
416:7, 416:12,
416:14, 416:17,
416:23, 417:2,
417:5, 417:7,
425:12, 425:14,
435:16, 435:25,
436:24, 437:2,

437:8, 437:11,
438:3, 438:14,
455:21, 455:24,
457:5, 458:1, 458:4,
458:9, 458:11,
458:13, 459:1,
459:6, 460:1, 460:8,
461:2, 462:20,
462:25, 464:23,
465:1, 465:13,
466:25, 467:20,
468:5, 468:24,
469:18, 469:22,
470:2, 470:19,
470:21, 471:2,
471:5, 471:8,
471:11, 471:15,
471:20, 471:23,
472:14, 472:16,
472:24, 473:1,
473:16, 474:7,
475:1, 475:18,
476:14, 476:16,
476:18, 477:18,
478:3, 478:18,
478:25, 479:2,
479:9, 479:12,
479:18, 479:23,
480:7
**court** [5] - 272:21,
306:25, 366:6,
436:20, 470:16
**Court** [21] - 268:23,
269:14, 272:24,
274:21, 274:25,
295:22, 309:25,
311:15, 334:5,
341:16, 365:3,
366:20, 370:17,
374:7, 374:20,
415:21, 417:14,
466:23, 470:25,
473:3, 476:4
**Court's** [4] - 271:4,
273:10, 462:9, 472:5
**courthouse** [1] -
366:16
**COURTROOM** [6] -
268:2, 274:5, 311:6,
311:10, 370:9,
370:12
**courtroom** [6] - 268:8,
268:11, 272:16,
275:16, 376:12,
386:20
**covered** [3] - 295:14,
352:16, 423:6
**covering** [2] - 286:18,
448:2
**crack** [6] - 321:1,

321:2, 321:10,
321:14, 354:21,
369:12
**cracked** [1] - 321:6
**create** [5] - 322:5,
322:12, 351:14,
351:15, 384:13
**created** [3] - 346:4,
363:17, 475:15
**creating** [1] - 358:24
**credibility** [1] - 459:17
**cried** [2] - 398:7,
448:12
**crime** [8] - 464:24,
465:3, 465:7,
465:21, 468:25,
469:3, 475:12,
475:23
**crimes** [1] - 474:1
**Criminal** [1] - 268:2
**criminal** [1] - 477:5
**Cross** [2] - 264:5,
264:7
**cross** [8] - 272:22,
298:3, 430:19,
430:20, 430:23,
458:11, 459:20,
461:11
**CROSS** [2] - 298:4,
417:9
**Cross-Examination**
[1] - 264:5
**cross-examination** [3]
- 272:22, 459:20,
461:11
**CROSS-
EXAMINATION** [2] -
298:4, 417:9
**Cross-Examination..
.............................** [1]
- 264:7
**cross-examine** [1] -
298:3
**crossbar** [1] - 351:21
**crowd** [24] - 284:1,
285:24, 286:8,
316:1, 317:3, 317:6,
317:12, 325:15,
331:20, 334:21,
336:5, 342:6,
347:21, 348:14,
349:12, 350:2,
380:14, 380:15,
380:17, 381:7,
397:19, 424:22,
424:23, 426:14
**crowds** [2] - 334:22,
354:8
**crush** [1] - 286:1
**crushed** [8] - 286:9,

289:10, 391:22,
391:23, 397:7,
405:16, 451:8, 477:8
**crying** [1] - 450:24
**Crypt** [7] - 382:3,
387:19, 403:17,
409:9, 412:25,
453:13, 453:22
**CS** [1] - 407:6
**cumulatively** [1] -
405:24
**current** [1] - 371:5
**cut** [4] - 380:24,
380:25, 427:16,
427:20
**Cutler** [6] - 368:2,
474:9, 474:10,
477:24, 477:25,
479:5

# D

**D.C** [3] - 370:22,
384:20, 413:9
**daily** [1] - 384:11
**damage** [2] - 398:9,
398:12
**damaged** [1] - 411:13
**Daniel** [4] - 264:6,
269:18, 370:4,
370:18
**DANIEL** [1] - 370:18
**data** [2] - 462:16,
466:8
**date** [5] - 305:4, 305:6,
305:7, 305:8
**Daubert** [1] - 470:12
**days** [4] - 368:18,
414:22, 454:25,
467:2
**deal** [4] - 312:2, 393:5,
412:15, 420:24
**dealing** [1] - 351:17
**debriefed** [1] - 420:19
**December** [1] - 469:25
**decide** [2] - 471:8,
475:13
**decision** [1] - 459:23
**decon** [1] - 325:10
**decontaminate** [1] -
407:5
**dedicated** [1] - 413:8
**deep** [1] - 442:17
**defeat** [1] - 374:22
**defend** [10] - 317:25,
320:7, 323:2,
351:16, 351:18,
390:7, 416:4,
439:24, 439:25,
467:16

**defendant** [11] -
388:22, 437:5,
463:9, 463:15,
464:21, 466:4,
466:11, 466:20,
468:21, 469:9,
476:21
**Defendant** [4] - 292:4,
298:11, 361:3, 402:3
**defendant's** [9] -
463:5, 463:14,
466:5, 466:6, 466:9,
466:14, 466:18,
468:20, 469:15
**defendants** [2] -
310:3, 479:25
**defended** [1] - 428:10
**defending** [4] -
295:22, 415:24,
439:16, 439:19
**defense** [13] - 272:19,
340:24, 367:13,
368:14, 381:5,
459:21, 460:8,
461:12, 461:15,
467:1, 467:13,
476:6, 476:11
**deficient** [1] - 467:12
**definitely** [6] - 322:11,
444:16, 446:21,
453:2, 453:5, 468:3
**deflect** [1] - 286:20
**delay** [1] - 275:11
**demonstrate** [1] -
379:19
**demonstrated** [1] -
406:13
**Demonstrative** [6] -
320:1, 340:2, 374:1,
376:8, 379:3, 379:5
**denies** [1] - 463:13
**dense** [1] - 426:14
**densely** [2] - 380:20,
385:14
**dented** [1] - 295:15
**dents** [2] - 295:15,
295:17
**Department** [5] -
311:18, 318:10,
370:21, 371:18,
388:25
**depict** [2] - 271:12,
360:5
**depicted** [18] - 280:18,
289:20, 291:19,
308:21, 309:2,
310:8, 339:9,
349:23, 357:15,
361:14, 364:6,
393:18, 395:2,

397:24, 404:4, 412:19, 431:24, 432:2

**depicting** [2] - 310:19, 414:17

**depiction** [2] - 297:3, 327:19

**depicts** [1] - 300:21

**deploy** [3] - 354:22, 358:10, 358:14

**deployed** [8] - 342:20, 346:14, 352:17, 421:21, 424:12, 439:21, 443:15, 443:16

**deployment** [1] - 350:21

**DEPUTY** [6] - 268:2, 274:5, 311:6, 311:10, 370:9, 370:12

**describe** [23] - 288:16, 316:10, 324:13, 341:16, 347:16, 363:9, 365:3, 374:7, 374:19, 377:20, 379:13, 380:23, 381:17, 384:16, 388:4, 394:11, 405:13, 406:5, 408:9, 415:11, 415:21, 463:7, 463:24

**described** [6] - 287:3, 397:7, 398:19, 410:4, 410:24, 412:12

**describes** [4] - 463:25, 464:7, 465:9, 466:5

**describing** [1] - 410:20

**deserved** [1] - 457:14

**design** [1] - 319:18

**designed** [1] - 379:16

**destination** [1] - 426:2

**detail** [1] - 467:8

**detained** [1] - 307:22

**detect** [1] - 454:20

**detective** [1] - 455:14

**determination** [4] - 459:14, 459:23, 461:1, 462:10

**determinations** [1] - 461:23

**detour** [1] - 366:7

**device** [4] - 269:23, 349:5, 429:19, 430:2

**devices** [1] - 349:6

**diagram** [1] - 316:24

**difference** [2] - 424:18, 479:6

**different** [18] - 294:10, 310:20, 321:13, 323:11, 323:12, 355:13, 355:16, 355:18, 366:22, 403:23, 435:18, 437:12, 439:15, 455:9, 456:14, 472:3, 477:1

**differently** [3] - 322:3, 365:8, 365:15

**difficult** [17] - 293:12, 308:16, 320:21, 320:25, 321:13, 321:16, 322:21, 329:10, 333:19, 351:24, 365:9, 378:18, 399:19, 401:6, 409:18, 415:12, 457:15

**difficulty** [4] - 310:10, 341:20, 347:20, 460:19

**dinner** [2] - 457:18, 457:21

**Direct** [3] - 264:4, 264:6, 264:7

**direct** [6] - 269:3, 279:9, 365:24, 367:24, 368:10, 458:6

**DIRECT** [3] - 275:18, 311:11, 370:13

**directing** [2] - 294:17, 330:6

**direction** [3] - 284:17, 317:2, 393:12

**directional** [3] - 315:23, 316:15, 316:16

**directly** [4] - 288:2, 400:7, 417:1, 465:14

**disagree** [1] - 305:5

**disappeared** [1] - 327:8

**disarming** [1] - 439:2

**discovered** [1] - 413:10

**discuss** [4] - 273:4, 330:6, 365:25, 458:6

**discussing** [3] - 361:24, 478:18, 479:14

**discussion** [1] - 465:4

**disfigured** [1] - 434:3

**dislodged** [2] - 413:16, 458:21

**disorder** [1] - 464:23

**disorientation** [1] - 405:22

**dispersal** [1] - 315:25

**disperse** [1] - 316:9

**dispersed** [2] - 380:18, 381:7

**disposal** [2] - 429:12, 429:13

**disposition** [1] - 477:17

**dispute** [1] - 468:11

**disregarding** [1] - 465:17

**disrupt** [1] - 351:1

**distract** [1] - 405:20

**District** [3] - 371:6, 371:24, 376:13

**disturbance** [1] - 422:7

**disturbing** [1] - 436:11

**DMV** [2] - 435:2, 435:4

**docket** [1] - 273:15

**dockets** [3] - 467:24, 468:2, 477:2

**doctor** [3] - 413:11, 454:9, 465:13

**doctors** [1] - 454:7

**document** [1] - 413:1

**documentary** [2] - 456:19, 456:20

**domestic** [1] - 416:1

**don** [1] - 374:10

**done** [14] - 291:2, 291:8, 309:23, 321:7, 341:25, 365:8, 365:18, 367:7, 367:11, 392:3, 398:9, 398:12, 473:13, 475:9

**donned** [3] - 378:7, 381:25

**door** [24] - 326:21, 350:10, 350:13, 350:14, 350:18, 350:24, 351:18, 352:13, 352:14, 354:21, 358:10, 364:23, 388:9, 389:8, 390:5, 395:17, 396:9, 396:12, 396:21, 397:7, 405:17, 408:9, 477:8

**doors** [16] - 326:16, 326:17, 326:19, 334:9, 350:10, 350:12, 351:5, 351:8, 351:11,

351:21, 352:1, 352:18, 352:20, 354:19, 354:22, 358:23

**double** [1] - 422:16

**doubt** [1] - 461:9

**DOUENAT** [119] - 268:13, 271:2, 273:6, 273:9, 273:17, 273:20, 282:23, 297:11, 297:15, 308:1, 309:9, 309:12, 328:2, 328:5, 330:16, 361:1, 367:16, 368:19, 369:4, 369:8, 369:16, 382:8, 415:16, 417:8, 417:10, 425:13, 425:15, 425:17, 427:2, 427:6, 427:10, 427:12, 428:17, 428:20, 431:10, 431:13, 433:5, 433:8, 433:12, 435:18, 435:23, 436:2, 436:23, 436:25, 437:3, 437:7, 437:9, 437:13, 437:14, 438:2, 438:4, 438:6, 438:17, 438:20, 440:2, 440:5, 441:20, 441:23, 443:7, 443:10, 445:19, 445:22, 445:23, 446:7, 446:9, 446:24, 447:1, 447:12, 447:14, 448:4, 448:7, 449:1, 449:5, 449:9, 449:12, 450:10, 450:13, 450:17, 450:19, 450:22, 450:23, 451:11, 451:14, 451:20, 451:23, 452:1, 452:5, 452:7, 452:15, 452:19, 452:24, 453:1, 455:22, 456:1, 457:3, 457:6, 457:25, 458:2, 469:23, 470:3, 470:20, 470:24, 471:3, 471:6, 471:10, 471:12, 471:17, 471:21, 472:5, 472:15, 472:23, 472:25,

473:2, 474:5, 474:10, 475:7, 478:2, 478:16, 479:22

**Douenat** [13] - 268:14, 268:16, 271:1, 282:22, 297:10, 309:7, 328:1, 367:13, 417:7, 437:12, 469:22, 478:4, 479:21

**down** [32] - 277:3, 278:7, 289:12, 308:5, 314:22, 315:14, 318:4, 318:7, 333:13, 335:9, 335:11, 342:20, 350:3, 355:12, 355:20, 356:1, 356:4, 357:3, 358:11, 365:21, 369:19, 371:25, 373:10, 375:8, 380:5, 381:3, 389:22, 394:23, 417:15, 422:17, 422:18, 459:2

**downward** [2] - 324:15, 394:19

**Dr** [9] - 367:16, 368:2, 472:6, 474:9, 474:10, 474:15, 477:24, 477:25, 479:5

**drank** [1] - 441:3

**draw** [2] - 302:24, 339:24

**dressed** [2] - 419:7, 419:9

**drew** [3] - 347:12, 347:16, 347:17

**drink** [2] - 407:7, 417:14

**dripping** [1] - 350:24

**drop** [1] - 366:16

**drop-offs** [1] - 366:16

**drops** [1] - 291:3

**DS** [1] - 463:20

**duck** [1] - 358:12

**due** [1] - 354:23

**duplicative** [1] - 291:16

**durable** [1] - 321:15

**duration** [1] - 363:10

**during** [18] - 293:21, 294:25, 350:25, 398:20, 414:20, 418:4, 421:14, 434:6, 434:12, 434:24, 435:20,

493

448:16, 450:1,
463:8, 472:12,
474:25
**duties** [4] - 290:7,
311:23, 324:7,
374:25
**duty** [7] - 290:21,
304:5, 312:20,
371:5, 378:4,
384:12, 411:9

## E

**early** [2] - 418:7,
420:14
**easier** [1] - 351:16,
351:18, 424:24
**easiest** [1] - 324:23
**easily** [1] - 398:12
**Eastern** [1] - 368:5
**eaten** [2] - 446:19,
446:20
**Edgar** [1] - 268:14
**edge** [2] - 304:16,
304:17
**education** [1] - 468:11
**effect** [4] - 298:13,
389:16, 399:13,
443:13
**effective** [11] - 299:11,
300:2, 319:14,
320:14, 320:15,
321:18, 323:7,
324:23, 344:22,
363:6, 363:8
**effective-wise** [1] -
321:18
**effectively** [3] -
390:17, 390:21,
392:20
**effects** [1] - 358:13
**efficiency** [2] - 331:1,
361:5
**efficient** [1] - 323:6
**effort** [2] - 381:5,
444:4
**efforts** [2] - 391:15,
391:17
**egress** [1] - 441:17
**eight** [3] - 370:24,
371:2, 377:18
**either** [7] - 273:7,
324:16, 338:9,
341:22, 351:22,
412:4, 448:2
**elbow** [1] - 321:24
**elevated** [1] - 413:4
**elicit** [1] - 437:6
**Ellipse** [2] - 372:22,
418:15

**en** [2] - 373:5, 380:21
**encounter** [1] - 421:5
**end** [10] - 295:10,
314:25, 322:14,
322:25, 324:17,
325:9, 365:3, 409:9,
453:24, 466:19
**ended** [7] - 365:11,
422:5, 428:25,
432:22, 439:6,
443:3, 453:25
**ending** [1] - 378:3
**endure** [1] - 390:13
**enemies** [1] - 416:1
**enforcement** [3] -
306:23, 307:21,
418:20
**engage** [1] - 463:13
**engaged** [1] - 428:10
**ensuing** [1] - 364:25
**entail** [1] - 312:10
**enter** [2] - 281:8,
468:16
**entered** [1] - 383:18
**entire** [5] - 294:25,
310:15, 325:10,
326:25, 464:8
**entirety** [1] - 379:22
**entrance** [4] - 292:1,
301:7, 302:1, 302:6
**entry** [1] - 325:25
**environment** [1] -
466:3
**EOD** [1] - 429:12
**equipment** [19] -
313:9, 325:13,
362:11, 372:13,
372:14, 372:15,
373:6, 373:15,
377:7, 377:21,
377:23, 378:7,
381:3, 411:13,
411:22, 417:25,
418:2, 455:16
**equipped** [5] - 373:13,
422:8, 440:10,
440:23, 441:7
**equivocal** [1] - 466:19
**especially** [5] -
398:11, 430:12,
469:7, 474:22, 476:4
**essentially** [4] -
315:23, 323:14,
459:11, 463:5
**establish** [2] - 319:11,
319:13
**established** [1] -
310:1
**evaluated** [1] - 413:9
**evening** [1] - 478:19

**events** [7] - 310:8,
360:18, 371:14,
371:16, 455:1,
460:13, 461:24
**eventually** [7] - 315:5,
326:18, 373:2,
381:3, 392:2,
397:13, 421:21
**everyday** [2] - 324:5,
324:6
**evidence** [27] -
272:13, 273:23,
278:8, 278:15,
278:19, 283:2,
289:3, 298:1,
309:13, 309:16,
311:1, 328:11,
330:25, 331:7,
361:4, 361:11,
382:12, 415:19,
461:15, 465:10,
469:4, 473:24,
475:11, 475:12,
476:2, 476:4, 476:6
**exact** [9] - 286:4,
305:4, 305:6, 305:8,
323:20, 414:22,
422:24, 454:24,
467:15
**exactly** [4] - 298:15,
309:9, 448:23,
449:20
**examination** [4] -
269:4, 272:22,
459:20, 461:11
**Examination** [5] -
264:4, 264:5, 264:6,
264:7, 264:8
**EXAMINATION** [6] -
275:18, 298:4,
311:11, 370:13,
417:9, 458:17
**Examination.............
..................** [1] -
264:7
**examine** [3] - 298:3,
461:10, 469:8
**example** [7] - 304:12,
309:20, 400:14,
462:3, 463:12,
466:1, 469:6
**exclude** [4] - 272:24,
459:9, 464:17, 468:9
**excluded** [2] - 462:23,
467:15
**excuse** [13] - 268:22,
269:16, 330:3,
330:15, 330:21,
345:4, 355:8, 355:9,
356:11, 388:14,

391:25, 410:1,
413:20
**excused** [3] - 308:7,
369:22, 459:5
**Exhibit** [229] - 264:11,
264:11, 264:12,
264:12, 264:13,
264:13, 264:14,
264:14, 264:15,
264:15, 264:16,
264:16, 264:17,
264:17, 264:18,
264:18, 264:19,
264:19, 264:20,
264:20, 264:21,
264:21, 264:22,
264:22, 264:23,
264:23, 264:24,
264:24, 264:25,
264:25, 265:3,
265:4, 265:4, 265:5,
265:5, 265:6, 265:6,
265:7, 265:7, 265:8,
265:8, 265:9, 265:9,
265:10, 265:10,
265:11, 265:11,
265:12, 265:12,
265:13, 265:13,
265:14, 265:14,
265:15, 265:15,
265:16, 265:16,
265:17, 265:17,
265:18, 265:18,
265:19, 265:19,
265:20, 265:20,
265:21, 265:21,
265:22, 265:22,
265:23, 265:23,
265:24, 265:24,
265:25, 265:25,
266:3, 266:4, 266:4,
266:5, 266:5, 266:6,
266:6, 266:7, 266:7,
266:8, 266:8, 266:9,
266:9, 266:10,
266:10, 266:11,
266:11, 266:12,
266:12, 266:13,
266:13, 266:14,
266:14, 266:15,
266:15, 266:16,
266:16, 266:17,
266:17, 266:18,
266:18, 266:19,
266:19, 266:20,
266:20, 266:21,
266:21, 266:22,
266:22, 266:23,
266:23, 266:24,
266:24, 266:25,
266:25, 267:3,

267:4, 267:4, 267:5,
267:5, 267:6, 267:6,
267:7, 267:7, 267:8,
267:8, 267:9, 267:9,
267:10, 267:10,
269:13, 270:3,
270:11, 270:13,
270:14, 270:15,
270:16, 270:20,
270:23, 270:24,
271:24, 274:8,
276:4, 278:19,
279:1, 279:25,
282:7, 283:2,
284:22, 289:20,
291:11, 294:10,
297:25, 301:15,
310:25, 313:16,
325:17, 327:13,
327:25, 328:11,
330:2, 330:15,
330:25, 331:6,
332:5, 332:19,
335:14, 338:2,
340:5, 343:21,
347:2, 347:23,
348:17, 348:20,
355:5, 357:11,
358:17, 359:1,
359:23, 360:3,
360:12, 360:14,
360:21, 361:4,
361:10, 363:19,
379:3, 379:5, 382:5,
385:23, 392:13,
392:25, 393:9,
393:16, 396:20,
399:25, 401:15,
402:17, 402:20,
406:9, 406:15,
407:8, 409:5, 412:8,
414:15, 414:25,
415:18, 427:3,
428:17, 431:11,
433:5, 438:6, 440:2,
441:20, 443:7,
445:18, 448:4,
449:3, 450:10,
451:12
**exhibit** [8] - 269:15,
269:16, 294:11,
301:17, 325:17,
338:14, 355:6,
364:17
**Exhibits** [6] - 264:10,
265:2, 266:2, 267:2,
271:7, 415:15
**exhibits** [8] - 270:1,
270:12, 271:5,
282:12, 308:10,
309:5, 361:25, 466:2

**exit** [1] - 317:23
**expect** [2] - 367:4, 479:17
**expected** [1] - 415:25
**expecting** [2] - 288:22, 369:3
**expedite** [1] - 269:8
**experience** [21] - 295:21, 302:22, 304:14, 318:9, 318:10, 318:18, 320:13, 320:25, 321:5, 322:22, 325:5, 331:22, 365:4, 365:7, 377:18, 378:12, 380:23, 381:12, 474:15, 475:2, 477:10
**experienced** [6] - 285:3, 318:11, 322:18, 434:2, 444:21, 466:4
**experiencing** [3] - 405:16, 405:17, 446:23
**expert** [36] - 272:21, 273:12, 459:7, 459:15, 459:25, 460:9, 461:12, 461:17, 462:6, 462:7, 462:22, 463:1, 463:2, 463:8, 463:10, 463:12, 463:17, 464:6, 464:10, 464:11, 464:21, 466:11, 466:13, 466:23, 467:17, 467:25, 468:12, 469:14, 469:15, 473:5, 473:20, 475:3, 476:24, 477:4, 477:15
**expert's** [2] - 463:4, 474:3
**experts** [6] - 272:20, 459:12, 461:3, 464:18, 467:14, 468:6
**explain** [14] - 322:21, 334:22, 345:24, 351:7, 377:6, 383:20, 392:15, 435:22, 464:15, 466:17, 466:18, 469:9, 469:10
**explained** [6] - 455:19, 455:22, 456:3, 462:15,

462:16, 472:7
**explaining** [1] - 463:10
**explanation** [1] - 366:24
**explosives** [2] - 429:11, 429:12
**exposed** [1] - 318:20
**expound** [1] - 459:10
**extend** [1] - 379:21
**extendable** [1] - 379:17
**extended** [2] - 323:21, 410:12
**exterior** [2] - 313:7, 313:8
**extinguisher** [1] - 442:4
**extinguishers** [1] - 443:23
**extra** [1] - 322:2
**extraction** [1] - 269:23
**extreme** [1] - 289:24
**extremely** [2] - 374:21, 442:24
**eye** [4] - 345:16, 432:24, 433:18, 434:1
**eyes** [10] - 298:21, 298:23, 299:4, 299:12, 299:14, 299:18, 299:22, 300:1, 302:5, 435:19
**eyewitness** [5] - 457:3, 475:3, 475:6, 475:9, 475:11

**F**

**face** [56] - 277:13, 285:17, 286:12, 286:18, 286:21, 292:9, 298:25, 300:5, 300:22, 300:25, 301:6, 301:18, 302:25, 303:17, 317:2, 323:18, 348:10, 352:16, 359:12, 361:18, 373:19, 374:8, 374:20, 375:6, 375:11, 375:17, 375:19, 375:25, 377:1, 386:10, 390:18, 390:22, 390:23, 391:24, 392:16, 393:12, 393:20, 393:21, 398:2, 398:17,

405:1, 405:8, 405:18, 405:20, 407:6, 414:18, 423:12, 423:20, 430:8, 440:10, 440:23, 445:12, 446:4, 458:20, 464:3
**faces** [1] - 301:25
**facial** [1] - 286:17
**facilitate** [1] - 304:18
**facing** [5] - 284:18, 317:3, 317:12, 334:13, 393:21
**fact** [19] - 366:12, 420:16, 420:24, 424:15, 426:25, 437:21, 440:19, 453:8, 453:24, 459:14, 460:2, 461:5, 461:7, 468:19, 475:7, 475:13, 476:6, 477:10
**fact-finder** [3] - 461:5, 461:7
**facts** [8] - 400:9, 400:12, 435:11, 460:5, 464:13, 466:8, 466:22, 467:10
**factual** [2] - 461:1, 462:9
**fail** [1] - 479:25
**failed** [1] - 275:7
**fails** [3] - 462:12, 462:19, 464:11
**fair** [9] - 300:25, 342:6, 419:4, 438:16, 439:9, 449:25, 454:2, 454:3, 461:2
**fairly** [2] - 351:24, 367:8
**fall** [6] - 317:8, 375:6, 377:24, 384:21, 384:23, 451:3
**falls** [2] - 444:10, 444:12
**familiar** [5] - 312:15, 321:11, 323:9, 408:16, 410:11
**far** [12] - 310:5, 323:7, 323:15, 327:9, 353:13, 353:14, 368:5, 416:9, 416:10, 422:4, 433:10, 470:9
**Farina** [1] - 474:17
**fast** [3] - 317:15, 356:21, 450:13

**fast-forward** [2] - 317:15, 356:21
**fault** [1] - 407:14
**FBI** [14] - 304:21, 305:10, 305:17, 305:20, 305:22, 306:3, 306:11, 307:14, 307:20, 434:18, 434:20, 436:7, 455:12, 456:11
**fear** [2] - 402:15, 405:11
**feasible** [1] - 381:20
**featured** [1] - 386:12
**Federico** [3] - 268:4, 268:19, 298:11
**feet** [7] - 319:19, 323:21, 346:3, 425:5, 425:12, 425:18
**fell** [1] - 462:2
**fellow** [8] - 290:4, 295:3, 318:18, 407:10, 438:25, 444:5, 457:18, 457:19
**felt** [7] - 286:9, 289:10, 290:1, 413:13, 434:3, 448:14, 448:15
**FEMS** [1] - 413:9
**fencing** [1] - 314:16
**few** [18] - 282:20, 289:21, 323:16, 328:15, 359:23, 361:25, 383:24, 387:25, 390:18, 390:22, 400:18, 414:22, 446:13, 450:25, 454:24, 465:14, 475:21, 477:2
**field** [1] - 312:5
**fight** [4] - 299:8, 317:25, 399:17, 399:21
**fighting** [11] - 278:23, 287:2, 304:3, 320:12, 352:1, 353:18, 363:7, 363:11, 398:22, 444:17, 446:12
**file** [4] - 272:23, 426:20, 477:13, 477:19
**filed** [2] - 273:2, 273:12
**film** [1] - 456:19
**filmed** [2] - 338:22,

343:24
**films** [1] - 456:20
**filter** [1] - 374:23
**final** [3] - 307:20, 367:7, 426:2
**finally** [5] - 270:24, 284:1, 325:12, 342:1, 399:14
**finder** [4] - 425:14, 461:5, 461:7
**findings** [2] - 463:6, 463:7
**fine** [3] - 282:21, 328:5, 479:3
**finger** [2] - 316:22, 365:13
**finish** [2] - 368:25, 455:21
**finished** [2] - 368:1, 369:4
**finishes** [2] - 367:6, 368:22
**Fire** [1] - 413:8
**fire** [2] - 442:4, 443:23
**firearms** [2] - 420:10, 430:1
**firm** [2] - 390:15, 391:20
**first** [25] - 298:3, 309:14, 309:18, 325:6, 356:9, 364:18, 369:13, 372:7, 373:7, 377:10, 377:12, 378:8, 378:13, 383:23, 383:24, 384:9, 399:9, 408:2, 418:10, 420:17, 421:4, 427:8, 427:13, 439:9, 457:23
**First** [2] - 312:8, 371:14
**fist** [1] - 405:19
**fit** [1] - 423:7
**fits** [1] - 374:12
**five** [5] - 279:20, 281:21, 347:20, 361:19, 432:20
**flagpole** [3] - 279:19, 309:20, 432:21
**flagpoles** [1] - 443:23
**flags** [1] - 432:19
**flash** [1] - 325:14
**flash-bangs** [1] - 325:14
**flashback** [1] - 472:12
**flat** [1] - 377:10
**flexible** [1] - 368:15

**flickering** [4] - 443:3, 443:4, 443:12, 443:14
**flight** [2] - 368:9, 368:10
**focused** [3] - 363:23, 445:1, 465:14
**folks** [3] - 268:12, 306:22, 369:10
**follow** [1] - 377:21
**followers** [1] - 437:24
**following** [3] - 309:9, 377:23, 448:18
**foot** [1] - 426:3
**footage** [63] - 275:23, 277:15, 277:18, 277:23, 280:14, 282:2, 282:16, 284:3, 284:24, 291:17, 292:18, 296:18, 296:20, 297:1, 297:17, 297:20, 309:19, 309:22, 313:12, 313:18, 326:13, 327:19, 332:8, 338:18, 339:15, 340:11, 343:5, 343:9, 343:24, 347:4, 347:25, 349:17, 349:19, 349:20, 350:7, 350:10, 361:14, 382:20, 382:23, 383:4, 383:12, 383:22, 383:24, 384:11, 386:1, 394:21, 396:21, 401:24, 402:10, 406:15, 406:24, 407:9, 407:25, 408:4, 408:6, 409:5, 434:22, 438:9, 456:8, 474:18, 476:9
**footages** [1] - 327:22
**force** [19] - 289:13, 289:16, 290:3, 291:23, 294:8, 295:3, 321:2, 325:1, 342:6, 346:4, 346:19, 346:20, 346:24, 363:17, 364:23, 390:17, 391:16, 391:19, 455:16
**forced** [2] - 284:1, 381:21
**forcefully** [1] - 392:9
**forces** [1] - 444:9
**forcibly** [1] - 409:2

**forcing** [1] - 283:25
**forearm** [1] - 322:4
**forearms** [1] - 389:16
**foreclosing** [1] - 478:12
**forehead** [1] - 416:12
**forge** [1] - 428:13
**forget** [1] - 472:17
**form** [6] - 307:10, 319:20, 334:7, 334:10, 344:20, 426:19
**formation** [2] - 425:24, 432:6
**formations** [2] - 312:13, 417:21
**formed** [2] - 380:13, 381:1
**forms** [1] - 445:7
**Forrester** [9] - 264:4, 272:16, 274:9, 288:19, 295:21, 296:15, 298:6, 308:4, 308:19
**forth** [1] - 335:2
**forthcoming** [1] - 273:11
**forward** [21] - 268:5, 287:19, 292:13, 311:3, 317:15, 326:23, 328:15, 334:24, 356:21, 359:3, 366:12, 386:24, 387:25, 389:10, 391:18, 400:18, 409:14, 428:12, 436:3, 437:10, 452:6
**forward-and-backward** [1] - 334:24
**fought** [1] - 457:14
**foundation** [7] - 278:13, 296:9, 296:11, 297:9, 297:12, 297:14, 306:7
**four** [9] - 301:10, 305:13, 323:18, 394:14, 408:12, 462:11, 462:12, 464:11, 479:4
**Fourth** [3] - 371:6, 371:24, 376:13
**foyer** [1] - 350:14
**frame** [39] - 278:2, 302:22, 340:6, 350:24, 358:15, 359:3, 388:9, 389:8, 390:5, 395:18,

396:9, 396:12, 396:21, 400:25, 401:2, 401:17, 401:19, 401:21, 404:2, 404:5, 405:17, 409:14, 409:17, 434:13, 447:2, 447:5, 449:20, 450:7, 452:5, 452:6, 452:16, 452:23, 452:24
**frames** [6] - 310:20, 328:15, 350:11, 350:18, 387:25, 400:18
**fray** [1] - 334:21
**free** [3] - 308:5, 369:19, 459:2
**freely** [2] - 389:12, 408:21
**freeze** [3] - 452:5, 452:16, 452:24
**freeze-frame** [3] - 452:5, 452:16, 452:24
**frequently** [2] - 331:23, 468:1
**fresh** [7] - 280:6, 363:1, 363:5, 363:6, 364:14, 364:21
**Friday** [2] - 369:4, 471:7
**Front** [1] - 317:8
**front** [59] - 280:6, 283:12, 283:14, 283:25, 284:2, 288:2, 288:25, 289:21, 304:18, 309:1, 316:13, 317:21, 319:8, 319:12, 322:19, 327:6, 333:12, 334:12, 334:17, 334:18, 334:21, 335:3, 336:18, 336:19, 336:20, 342:10, 346:4, 346:16, 346:22, 348:10, 353:8, 353:12, 363:5, 364:21, 366:20, 372:20, 376:13, 376:15, 385:19, 385:20, 387:18, 387:22, 388:16, 390:15, 400:7, 426:22, 442:18, 442:22, 443:25,

444:3, 444:7, 450:7, 477:1, 477:11
**frustration** [1] - 478:6
**full** [10] - 313:6, 320:19, 321:8, 379:21, 423:5, 423:10, 466:20, 468:2, 479:6
**fully** [4] - 323:21, 378:19, 379:21, 441:7
**Fulp** [1] - 268:11
**fulsome** [1] - 340:13
**function** [2] - 379:14, 415:13
**functional** [2] - 389:14, 389:15
**funnel** [3] - 351:15, 351:16, 358:24

# G

**gain** [1] - 350:20
**garment** [1] - 410:5
**gas** [59] - 334:20, 373:17, 374:4, 374:8, 374:9, 374:24, 375:3, 375:6, 375:10, 375:14, 375:24, 377:4, 377:7, 377:9, 377:10, 377:12, 377:20, 378:4, 378:10, 378:12, 378:18, 382:1, 387:2, 387:9, 390:7, 390:15, 391:24, 392:1, 392:3, 392:10, 392:17, 393:25, 394:12, 395:5, 395:21, 397:11, 397:14, 400:10, 402:21, 404:14, 405:14, 405:19, 405:24, 407:6, 411:5, 412:3, 419:17, 422:15, 422:17, 423:5, 433:13, 440:8, 440:10, 440:23, 442:1, 445:5, 448:19, 458:20
**gassed** [1] - 334:20
**gather** [2] - 430:6, 467:21
**gathering** [1] - 372:22
**Gatorade** [1] - 292:8
**gear** [15] - 313:4, 318:6, 318:7, 321:8, 373:11, 376:2, 378:21, 419:8,

419:9, 422:6, 422:8, 422:10, 423:11, 423:24, 424:13
**general** [3] - 269:19, 310:19, 424:20
**General** [6] - 470:19, 470:20, 471:23, 475:22, 477:24, 478:14
**generalities** [1] - 463:23
**generally** [6] - 302:20, 311:25, 314:5, 324:13, 398:23, 414:12
**generically** [1] - 460:23
**gentleman** [6] - 301:11, 421:9, 435:19, 437:21, 437:24
**given** [6] - 302:4, 316:9, 331:23, 470:5, 470:7, 474:12
**glad** [4] - 416:2, 416:3
**glass** [1] - 350:13
**Glover** [1] - 313:1
**gloves** [2] - 419:19, 423:25
**goal** [1] - 334:9
**goggles** [1] - 419:15
**Gold** [2] - 457:8, 457:10
**gold** [1] - 408:9
**gotta** [1] - 280:5
**gouge** [2] - 432:24, 433:18
**gouged** [1] - 435:19
**Government** [212] - 264:11, 264:11, 264:12, 264:12, 264:13, 264:13, 264:14, 264:14, 264:15, 264:15, 264:16, 264:16, 264:17, 264:17, 264:18, 264:18, 264:19, 264:19, 264:20, 264:20, 264:21, 264:21, 264:22, 264:22, 264:23, 264:23, 264:24, 264:24, 264:25, 264:25, 265:3, 265:4, 265:4, 265:5, 265:5, 265:6, 265:6, 265:7, 265:7, 265:8, 265:8, 265:9, 265:9, 265:10, 265:10, 265:11,

496

265:11, 265:12, 265:12, 265:13, 265:13, 265:14, 265:14, 265:15, 265:15, 265:16, 265:16, 265:17, 265:17, 265:18, 265:18, 265:19, 265:19, 265:20, 265:20, 265:21, 265:21, 265:22, 265:22, 265:23, 265:23, 265:24, 265:24, 265:25, 265:25, 266:3, 266:4, 266:4, 266:5, 266:5, 266:6, 266:6, 266:7, 266:7, 266:8, 266:8, 266:9, 266:9, 266:10, 266:10, 266:11, 266:11, 266:12, 266:12, 266:13, 266:13, 266:14, 266:14, 266:15, 266:15, 266:16, 266:16, 266:17, 266:17, 266:18, 266:18, 266:19, 266:19, 266:20, 266:20, 266:21, 266:21, 266:22, 266:22, 266:23, 266:23, 266:24, 266:24, 266:25, 266:25, 267:3, 267:4, 267:4, 267:5, 267:5, 267:6, 267:6, 267:7, 267:7, 267:8, 267:8, 267:9, 267:9, 267:10, 267:10, 270:3, 270:11, 270:13, 270:14, 270:15, 270:16, 270:20, 270:23, 270:24, 271:19, 271:24, 274:8, 276:4, 278:19, 279:25, 280:10, 282:7, 283:2, 284:22, 291:10, 297:25, 310:25, 313:15, 325:16, 327:12, 327:25, 328:11, 330:2, 330:15, 330:25, 331:6, 332:4, 332:18, 335:13, 338:1, 340:4, 343:20, 347:1, 347:22, 348:16, 348:20,

355:5, 357:10, 358:16, 359:1, 359:23, 360:3, 360:12, 360:14, 360:20, 361:4, 361:10, 363:18, 379:5, 382:5, 385:22, 392:12, 392:25, 393:8, 393:15, 399:25, 401:14, 402:16, 406:9, 406:14, 407:8, 409:4, 412:8, 414:14, 414:24, 414:25, 415:18, 433:5, 449:3
**government** [33] - 268:6, 274:7, 274:18, 274:19, 274:23, 300:18, 301:14, 302:8, 302:11, 303:2, 303:18, 304:21, 308:8, 309:4, 310:7, 342:13, 367:7, 367:18, 367:24, 368:1, 368:3, 368:22, 369:2, 370:4, 415:14, 465:16, 468:9, 470:9, 472:18, 475:3, 476:2, 479:5, 479:16
**government's** [5] - 272:20, 369:9, 465:6, 471:13, 478:6
**Government's** [19] - 300:15, 301:15, 319:25, 340:1, 373:25, 376:8, 379:3, 402:20, 427:2, 428:17, 431:11, 438:6, 440:2, 441:20, 443:7, 445:18, 448:4, 450:10, 451:11
**GPS** [1] - 366:7
**grab** [3] - 339:12, 357:7, 399:24
**grabbed** [1] - 429:2
**grabbing** [9] - 355:12, 390:15, 390:23, 390:24, 390:25, 392:1, 394:12, 395:5, 395:7
**grabs** [1] - 390:6
**grant** [2] - 272:24, 278:17
**gray** [5] - 287:4,

288:20, 404:18, 408:11, 410:4
**grayish** [1] - 398:3
**Grayson** [4] - 435:8, 435:11, 435:12, 435:15
**great** [6] - 269:9, 368:23, 370:3, 389:16, 393:5, 480:7
**Great** [1] - 273:20
**green** [24] - 287:22, 316:17, 336:14, 339:8, 339:21, 340:14, 343:13, 344:7, 345:18, 347:10, 347:18, 348:8, 349:24, 354:20, 355:11, 356:16, 357:3, 357:21, 357:22, 359:10, 362:6, 362:16, 364:5, 400:3
**green-top** [1] - 356:16
**greenish** [1] - 337:21
**grenades** [1] - 325:14
**grip** [1] - 390:15
**grips** [1] - 287:8
**ground** [7] - 290:1, 294:2, 296:1, 315:14, 350:20, 429:3, 468:13
**Grounds** [5] - 315:12, 373:14, 380:10, 422:9, 439:10
**group** [5] - 290:4, 335:1, 417:23, 427:18, 430:12
**Guantanamo** [1] - 468:15
**guess** [31] - 290:17, 297:14, 299:17, 317:23, 323:2, 368:13, 418:10, 418:19, 421:7, 421:15, 421:23, 423:20, 424:19, 424:23, 425:4, 425:8, 425:22, 425:24, 428:22, 429:11, 430:16, 433:14, 434:23, 440:8, 446:3, 446:17, 447:8, 453:16, 453:24, 453:25, 470:21
**Guillermo** [1] - 298:11
**guise** [2] - 463:12, 463:17
**gun** [2] - 275:10, 420:5

**guns** [1] - 338:7
**guttural** [1] - 447:15
**gutturally** [1] - 448:12
**guy** [9] - 279:16, 281:16, 281:18, 281:23, 345:17, 355:11, 356:16, 357:23
**guys** [2] - 365:15, 425:24

## H

**H-o-d-g-e-s** [1] - 370:18
**hair** [4] - 347:11, 348:10, 401:12, 413:4
**hairline** [1] - 416:11
**half** [6] - 285:18, 341:9, 370:24, 371:2, 377:19, 427:20
**halfway** [1] - 367:10
**hallway** [1] - 351:17
**hand** [37] - 279:9, 281:24, 287:3, 287:6, 296:15, 311:7, 316:23, 322:8, 336:13, 345:17, 347:7, 347:8, 361:18, 365:11, 370:9, 374:11, 375:21, 395:3, 395:14, 395:20, 396:1, 396:10, 397:2, 398:1, 400:1, 409:17, 410:6, 414:13, 415:5, 415:9, 447:5, 448:20, 448:23, 449:19, 449:23, 476:5, 476:7
**handcuffs** [1] - 351:13
**handheld** [1] - 269:21
**handing** [4] - 319:25, 373:25, 376:8, 379:2
**handle** [6] - 339:25, 340:3, 340:22, 355:21, 379:20
**handlebars** [1] - 351:23
**handles** [1] - 351:12
**hands** [8] - 286:20, 286:22, 286:23, 322:4, 324:14, 408:15, 408:25, 448:18
**hanging** [2] - 279:14,

281:19
**happy** [4] - 282:25, 366:19, 471:15, 474:7
**harassing** [1] - 438:12
**hard** [21] - 288:8, 290:1, 298:21, 298:23, 299:13, 302:3, 322:10, 322:15, 334:22, 335:21, 337:6, 354:22, 373:11, 379:22, 422:8, 422:10, 423:24, 424:13, 457:14, 472:1
**harder** [3] - 301:3, 301:4, 322:7
**hardly** [1] - 399:1
**harrowing** [1] - 416:1
**hat** [24] - 288:8, 288:21, 289:21, 327:5, 328:19, 336:25, 337:11, 337:21, 339:9, 341:19, 343:13, 344:8, 345:17, 346:6, 347:18, 347:19, 349:24, 354:20, 355:11, 357:2, 357:21, 357:22, 359:10, 364:6
**Hawa** [1] - 269:17
**HBO** [1] - 456:22
**head** [55] - 274:5, 281:14, 283:9, 309:21, 325:2, 328:20, 341:19, 362:17, 374:12, 374:13, 374:15, 375:21, 376:25, 377:2, 377:11, 377:21, 378:2, 380:25, 390:17, 392:5, 392:8, 392:20, 392:23, 393:2, 394:1, 394:6, 394:18, 394:19, 394:22, 402:24, 403:10, 405:15, 406:3, 406:5, 406:7, 413:3, 413:6, 413:10, 416:7, 416:25, 425:22, 426:5, 431:1, 434:6, 434:16, 435:1, 447:24, 448:2, 448:19, 452:9, 454:15, 456:23,

458:22, 464:3
**heal** [1] - 414:21
**hear** [26] - 274:14,
280:2, 280:8,
282:25, 286:6,
293:7, 310:9,
316:12, 319:3,
333:7, 337:3, 338:3,
341:13, 352:10,
352:23, 359:16,
362:22, 364:13,
383:20, 402:9,
402:12, 431:15,
442:10, 459:8,
474:7, 474:8
**heard** [29] - 272:20,
290:14, 299:2,
308:9, 309:8,
344:20, 350:7,
363:2, 363:4,
372:24, 399:15,
402:13, 403:1,
403:2, 403:5, 403:7,
420:5, 420:16,
420:18, 420:19,
421:14, 429:10,
430:2, 435:16,
441:5, 441:10,
462:1, 474:15, 476:1
**hearing** [4] - 331:16,
331:19, 447:15,
470:12
**hearings** [1] - 474:25
**hearsay** [6] - 306:25,
307:14, 436:18,
437:4, 455:20,
455:24
**Heave** [1] - 349:13
**heave** [6] - 349:13,
350:1, 350:8,
350:25, 391:17,
397:6
**heave-ho** [2] - 391:17,
397:6
**heavier** [1] - 323:22
**heavy** [3] - 350:20,
431:1, 431:7
**heft** [1] - 379:15
**heightened** [1] - 473:7
**held** [2] - 284:17,
284:18
**helmet** [72] - 285:14,
293:9, 293:10,
295:7, 295:9,
295:18, 295:19,
299:2, 335:21,
357:24, 359:12,
373:16, 376:3,
376:10, 376:16,
376:20, 376:24,

376:25, 377:4,
377:8, 377:9,
377:11, 377:13,
377:16, 377:20,
378:1, 378:2, 378:5,
378:8, 378:13,
378:17, 378:19,
381:25, 382:1,
386:18, 386:20,
387:3, 387:9,
388:16, 395:2,
401:21, 404:11,
406:2, 406:5,
413:11, 413:16,
413:17, 413:20,
413:22, 414:4,
416:17, 416:18,
416:20, 416:24,
417:2, 422:11,
422:19, 431:4,
440:20, 440:23,
440:24, 446:3,
452:13, 452:14,
454:10, 454:11,
454:12, 458:21
**helmets** [3] - 373:12,
419:13, 422:22
**help** [16] - 269:7,
290:14, 290:17,
398:7, 398:13,
416:3, 424:2,
428:10, 428:21,
439:24, 439:25,
448:8, 448:12,
450:24, 451:5,
462:14
**helped** [2] - 365:9,
407:4
**helpful** [2] - 468:19,
477:16
**helping** [1] - 304:18
**helps** [2] - 291:3,
303:11
**heroes** [1] - 457:23
**herself** [1] - 354:1
**high** [6] - 372:1,
372:2, 372:3,
418:23, 420:12,
431:7
**high-visibility** [2] -
372:3, 418:23
**Hill** [1] - 268:9
**himself** [6] - 274:10,
288:16, 354:1,
459:22, 474:21,
476:9
**hindering** [1] - 304:5
**hip** [1] - 373:20
**hired** [1] - 466:11
**hit** [25] - 322:14,

322:15, 324:23,
324:25, 392:8,
392:16, 397:19,
416:8, 416:17,
416:19, 416:20,
416:23, 422:20,
431:1, 432:19,
432:20, 434:6,
434:12, 434:25,
435:4, 435:20,
452:10, 458:21,
464:3
**hits** [3] - 289:15,
295:19, 449:13
**hitting** [6] - 287:16,
400:10, 450:2,
450:5, 477:1, 477:12
**ho** [2] - 391:17, 397:6
**Hodges** [58] - 264:6,
370:5, 370:8,
370:18, 370:20,
373:25, 376:8,
376:23, 379:2,
380:6, 382:16,
385:25, 386:8,
388:14, 389:6,
390:3, 395:25,
398:16, 400:8,
401:20, 402:9,
403:15, 403:22,
404:4, 405:8, 406:1,
406:24, 407:16,
407:21, 411:1,
415:21, 416:5,
416:7, 417:11,
458:3, 458:6,
458:14, 458:19,
459:1, 459:16,
459:21, 460:2,
460:4, 460:10,
460:13, 460:18,
460:22, 461:13,
461:18, 462:18,
465:15, 465:18,
471:25, 474:15,
474:20, 474:21,
476:8, 477:8
**Hodges'** [6] - 461:8,
462:1, 462:2, 464:2,
474:11, 476:25
**hold** [11] - 290:11,
294:1, 296:1,
319:13, 326:21,
374:6, 382:25,
385:15, 425:2,
448:21, 465:3
**holding** [26] - 277:3,
279:21, 281:23,
287:7, 287:8,
288:11, 288:20,

289:22, 293:25,
294:19, 309:20,
321:17, 321:19,
352:14, 353:8,
353:14, 385:10,
385:12, 388:18,
388:21, 410:10,
425:19, 448:20,
448:24, 449:20,
449:24
**Holguin** [2] - 268:14,
268:17
**homework** [1] -
473:14
**homicide** [1] - 473:22
**honed** [1] - 471:24
**honestly** [4] - 296:3,
462:20, 472:19,
475:16
**honor** [1] - 457:15
**Honor** [91] - 268:2,
268:7, 268:13,
268:18, 269:6,
271:10, 272:17,
275:16, 278:12,
278:14, 282:9,
282:23, 286:6,
288:23, 289:1,
291:13, 296:7,
297:6, 297:11,
297:16, 297:19,
306:24, 307:9,
307:18, 308:1,
308:3, 308:14,
308:15, 309:10,
309:14, 319:22,
328:2, 328:8, 329:2,
330:23, 355:7,
361:1, 363:24,
366:14, 367:23,
368:2, 369:5,
373:22, 376:5,
378:24, 382:8,
382:14, 415:14,
415:16, 417:8,
425:13, 435:10,
435:24, 436:18,
438:2, 438:8, 457:4,
457:25, 458:2,
458:12, 459:10,
459:24, 460:4,
461:25, 462:11,
462:24, 464:25,
465:2, 465:4,
465:19, 465:24,
467:4, 468:8, 469:1,
469:21, 469:23,
469:24, 470:10,
470:24, 471:17,
474:5, 474:10,

475:24, 476:20,
478:2, 478:16,
478:20, 478:22,
479:7, 479:11,
479:22
**Honor's** [3] - 460:25,
477:14, 477:17
**honored** [1] - 457:17
**hook** [4] - 339:25,
340:22, 355:21,
472:20
**hope** [1] - 477:20
**hopefully** [2] - 365:6,
422:21
**hoping** [1] - 421:19
**horizontal** [3] -
284:19, 284:20,
288:11
**horrified** [1] - 405:3
**hour** [2] - 463:8,
466:12
**hours** [4] - 276:16,
297:19, 407:17,
470:16
**House** [4] - 269:15,
456:5, 474:13,
474:24
**human** [1] - 322:9
**hundred** [1] - 458:23
**hundreds** [2] - 419:2,
419:5
**hunting** [1] - 433:14
**hurling** [2] - 380:18,
432:17
**hurt** [4] - 415:13,
431:8, 433:24, 445:2
**hurting** [6] - 341:14,
341:25, 342:9,
346:6, 365:11, 424:3
**hurts** [1] - 298:18

**I**

**ID** [2] - 460:2, 461:4
**idea** [2] - 295:17,
351:8
**ideally** [1] - 385:15
**identifiable** [1] -
386:19
**identification** [10] -
269:22, 345:10,
459:15, 475:6,
475:10, 475:11,
476:19, 476:20,
476:23, 477:2
**identified** [4] - 274:9,
296:19, 296:22,
466:7
**identifies** [2] - 303:13,
303:14

**identify** [7] - 268:5, 387:5, 437:25, 451:18, 465:25, 469:7, 469:8
**identifying** [1] - 295:7
**image** [2] - 292:17, 300:18
**imagined** [1] - 296:2
**immediate** [1] - 454:20
**immediately** [2] - 392:4, 448:18
**impact** [5] - 320:21, 335:5, 391:2, 459:22, 461:24
**impacted** [1] - 461:8
**impacts** [1] - 464:16
**impeach** [3] - 307:6, 307:11, 307:13
**impeachment** [4] - 307:2, 435:14, 436:19, 436:21
**impede** [1] - 358:20
**impeding** [3] - 287:12, 290:4, 324:19
**importance** [2] - 423:18, 431:14
**important** [3] - 340:24, 423:7, 423:13
**impose** [1] - 300:14
**imposed** [1] - 290:3
**improper** [3] - 307:2, 307:11, 435:14
**inaugural** [4] - 315:14, 317:14, 381:21, 381:23
**inauguration** [1] - 317:24
**inch** [1] - 416:10
**inches** [4] - 323:15, 396:15, 444:17
**incident** [11] - 326:24, 361:24, 398:5, 398:18, 400:13, 402:19, 402:22, 402:23, 421:4, 436:7, 438:10
**incidents** [1] - 355:17
**inclined** [1] - 478:7
**include** [2] - 270:12, 424:15
**including** [5] - 368:20, 443:23, 456:15, 456:16, 457:16
**increasing** [1] - 390:13
**incredible** [1] - 308:20
**indicating** [1] - 416:8
**indicia** [1] - 309:18

**indicted** [1] - 463:9
**individual** [27] - 277:12, 280:15, 329:10, 332:2, 346:12, 347:20, 352:15, 354:20, 357:2, 362:6, 421:8, 424:7, 433:13, 433:15, 433:16, 433:18, 433:24, 435:2, 435:4, 447:6, 449:6, 449:17, 450:1, 473:5, 474:23, 475:9, 475:16
**individual's** [1] - 447:19
**individuals** [6] - 297:21, 342:21, 346:15, 433:22, 468:10, 471:10
**indulgence** [1] - 271:4
**industry** [1] - 422:24
**information** [2] - 306:7, 467:21
**Ingersoll** [2] - 367:23, 368:7
**initial** [2] - 325:25, 418:9
**injured** [5] - 341:23, 414:18, 414:19, 414:20, 422:20
**injuries** [6] - 325:4, 412:12, 413:1, 413:2, 413:9, 414:10
**injury** [2] - 434:1, 466:15
**inner** [1] - 350:14
**inside** [5] - 359:7, 381:25, 391:16, 441:17
**insignia** [1] - 420:1
**Inspector** [1] - 313:1
**inspector** [1] - 290:16
**instance** [6] - 352:19, 355:23, 355:24, 356:16, 375:3, 378:11
**instances** [2] - 355:18, 435:14
**instant** [1] - 403:22
**instinct** [5] - 462:21, 472:21, 477:23, 478:10, 478:14
**instructed** [1] - 475:14
**instructions** [2] - 336:4, 439:18
**insults** [2] - 380:18, 432:17
**Insurrection** [1] -

436:4
**intact** [1] - 351:10
**intelligently** [1] - 475:5
**intent** [10] - 463:13, 464:24, 465:3, 465:7, 465:21, 468:25, 471:18, 473:24, 474:1, 475:23
**intentions** [1] - 353:21
**interacting** [1] - 414:4
**interaction** [3] - 465:14, 465:17, 471:25
**interactions** [1] - 413:25
**interested** [1] - 268:23
**interfere** [1] - 378:16
**interlock** [2] - 319:20, 334:10
**interlocking** [1] - 320:5
**interrupt** [1] - 346:8
**interview** [4] - 434:18, 460:10, 466:12, 474:17
**interviewed** [3] - 456:11, 456:19, 477:15
**interviews** [6] - 434:20, 434:24, 434:25, 435:12, 474:14, 474:25
**introduce** [2] - 278:18, 309:4
**involved** [2] - 467:3, 467:18
**irrelevant** [2] - 438:11, 457:2
**irritant** [6] - 299:21, 299:25, 300:22, 301:1, 301:7, 302:4
**irritants** [4] - 407:5, 440:14, 440:16, 440:21
**IRS** [3] - 372:21, 418:9, 418:12
**ish** [1] - 418:17
**issue** [4] - 309:13, 459:7, 460:25, 476:19
**issued** [4] - 320:4, 321:3, 379:9, 480:1
**issues** [3] - 273:4, 423:9, 462:14
**item** [1] - 388:15
**itself** [4] - 287:7, 374:10, 443:15, 470:10

**J**

**jab** [1] - 321:23
**jacket** [9] - 336:14, 337:22, 340:18, 344:8, 345:18, 347:10, 348:8, 355:12, 433:14
**jammed** [1] - 399:12
**January** [51] - 285:3, 286:18, 291:4, 295:10, 295:23, 303:15, 305:1, 312:19, 314:7, 318:1, 318:11, 320:7, 327:20, 331:22, 351:25, 363:3, 365:2, 371:17, 372:9, 374:5, 375:2, 375:13, 375:25, 376:3, 376:20, 377:3, 377:12, 379:11, 380:1, 382:16, 384:23, 384:24, 388:19, 403:17, 411:2, 411:5, 412:10, 412:21, 413:6, 413:15, 415:7, 415:23, 415:24, 418:7, 455:1, 456:6, 461:14, 464:16, 466:4, 469:11, 474:16
**jean** [1] - 340:18
**job** [5] - 308:16, 370:25, 371:3, 373:8, 473:12
**joined** [2] - 411:14, 411:17
**Jon** [1] - 268:11
**Joseph** [1] - 407:4
**judge** [1] - 425:3
**judges** [2] - 468:6, 469:13
**judging** [1] - 442:2
**July** [1] - 379:4

**K**

**Kaitlin** [1] - 268:9
**keep** [13] - 280:5, 280:6, 295:7, 298:21, 298:23, 299:14, 317:4, 335:8, 345:16, 398:23, 404:5, 433:10, 479:12
**Keep** [1] - 333:10
**kept** [1] - 373:11

**Kevlar** [1] - 422:19
**kicked** [2] - 428:2, 429:5
**kicks** [1] - 381:2
**kind** [25] - 277:12, 296:2, 299:7, 299:16, 310:13, 310:18, 315:14, 316:15, 321:23, 323:3, 334:21, 334:23, 335:1, 336:6, 338:4, 354:7, 354:8, 354:22, 356:7, 358:9, 368:14, 380:19, 394:13, 444:22, 473:25
**kindling** [2] - 473:5, 473:9
**Klamann** [1] - 268:9
**KLAMANN** [4] - 478:20, 479:1, 479:4, 479:11
**Klein** [10] - 268:4, 268:19, 268:20, 271:8, 271:12, 273:24, 275:16, 298:11, 361:3, 366:25
**Klein's** [2] - 309:21, 366:6
**knee** [1] - 322:4
**knife** [2] - 438:21, 438:24
**knock** [1] - 322:15
**knocked** [1] - 314:22
**knocking** [1] - 381:3
**knowing** [1] - 372:5
**knowledge** [4] - 413:15, 422:22, 462:13, 465:23
**known** [2] - 372:4, 382:3
**knows** [3] - 291:7, 399:2, 464:8
**Kyle** [2] - 268:10, 400:24

**L**

**lack** [7] - 278:12, 297:9, 297:12, 297:13, 360:23, 397:10, 462:5
**lacking** [1] - 411:13
**lady** [4] - 341:17, 346:6, 346:20, 347:19
**Lanelle** [1] - 269:17
**language** [1] - 461:20

**large** [5] - 279:19, 315:22, 414:9, 419:4, 468:17
**larger** [1] - 350:23
**last** [13] - 280:2, 286:7, 291:17, 293:21, 303:19, 361:25, 364:18, 371:2, 377:18, 384:8, 394:7, 434:19, 468:3
**late** [1] - 268:23
**latter** [1] - 312:10
**Laura** [1] - 268:9
**law** [7] - 306:23, 307:21, 418:20, 470:22, 473:4, 473:19, 477:14
**lawyers** [1] - 304:21
**lay** [2] - 296:9, 296:11
**layovers** [1] - 368:11
**lays** [1] - 377:10
**leadership** [4] - 381:1, 426:3, 426:5, 428:6
**leading** [4] - 277:20, 280:22, 288:16, 438:15
**learned** [1] - 418:4
**least** [16] - 271:16, 273:24, 310:10, 332:13, 350:11, 396:14, 403:2, 414:23, 423:13, 433:21, 446:12, 460:3, 467:14, 467:15, 477:2, 479:7
**leave** [3] - 291:9, 300:5, 325:12
**leaves** [3] - 366:14, 466:5, 475:13
**leaving** [1] - 372:22
**led** [1] - 381:17
**left** [33] - 275:22, 279:22, 281:24, 304:12, 316:23, 317:13, 332:10, 336:13, 344:9, 347:7, 347:8, 349:4, 353:4, 358:1, 361:18, 366:9, 366:10, 366:11, 373:20, 375:16, 386:18, 388:7, 389:9, 390:14, 394:20, 395:8, 396:20, 398:1, 404:10, 408:9, 414:13, 447:5
**left-hand** [6] - 281:24, 316:23, 347:7,

347:8, 398:1, 447:5
**left-hand-side** [1] - 336:13
**legally** [1] - 473:13
**legs** [2] - 289:25, 389:15
**length** [3] - 295:20, 424:19, 424:20
**lengthy** [2] - 465:4, 467:25
**less** [5] - 323:6, 323:7, 363:14, 423:11, 444:9
**lethal** [1] - 325:1, 398:9
**letting** [2] - 372:4, 470:11
**level** [1] - 315:15
**life** [2] - 365:7, 441:9
**lifetime** [1] - 448:14
**light** [1] - 269:1
**lighter** [1] - 324:2
**lighting** [1] - 449:13
**lightly** [1] - 308:15
**lights** [6] - 443:3, 443:12, 443:13, 443:14, 443:16
**likely** [2] - 378:17, 429:7
**limited** [2] - 310:13, 319:12
**line** [83] - 283:14, 284:4, 284:18, 287:12, 287:13, 288:1, 288:3, 288:21, 289:4, 289:7, 291:23, 294:4, 295:1, 303:23, 303:25, 304:10, 306:12, 317:8, 318:5, 318:7, 319:11, 319:13, 319:15, 326:22, 326:23, 327:6, 333:20, 334:8, 334:10, 334:17, 334:18, 336:16, 336:18, 336:20, 337:24, 342:11, 344:12, 346:4, 346:17, 346:22, 347:11, 350:17, 351:4, 353:12, 353:17, 353:21, 354:1, 354:7, 354:12, 354:13, 356:10, 363:16, 363:17, 381:10, 381:19, 387:18, 391:19, 398:15,

399:22, 400:6, 400:7, 407:4, 411:15, 411:17, 414:22, 430:16, 432:5, 432:7, 432:15, 433:1, 433:2, 435:21, 439:24, 442:22, 443:25, 444:3, 451:3, 453:23, 457:1
**lines** [2] - 318:10, 354:4
**lineup** [1] - 477:6
**lip** [3] - 413:5, 414:18, 414:19
**list** [8] - 270:17, 467:2, 467:13, 467:17, 467:25, 469:25, 470:9, 479:20
**literally** [1] - 320:18
**lived** [1] - 474:23
**located** [1] - 383:14
**location** [5] - 314:4, 314:7, 327:9, 407:24, 409:8
**locations** [1] - 324:18
**lock** [4] - 320:17, 320:18, 351:12, 351:14
**Lock** [1] - 344:20
**locked** [3] - 320:18, 326:19, 350:15
**locker** [1] - 376:12
**locking** [2] - 275:9, 350:13
**logistics** [1] - 312:2
**logo** [1] - 320:9
**long-sleeve** [4] - 313:7, 394:13, 408:11, 410:4
**look** [16] - 284:19, 316:16, 349:18, 351:20, 365:7, 393:2, 395:25, 396:20, 397:2, 400:8, 405:3, 405:10, 428:9, 470:21, 474:2, 477:9
**looked** [18] - 273:7, 276:8, 276:24, 277:24, 333:5, 339:12, 339:16, 340:11, 342:2, 347:5, 357:8, 402:20, 416:8, 416:18, 420:1, 433:20, 443:12
**looking** [11] - 297:1, 365:4, 365:17, 367:13, 403:14,

412:24, 441:7, 441:18, 472:19, 475:19, 477:25
**looks** [18] - 277:3, 283:25, 287:7, 288:2, 288:8, 291:22, 294:18, 339:24, 343:19, 344:13, 349:6, 398:2, 401:12, 410:6, 410:9, 425:18, 452:22, 471:23
**loop** [1] - 384:4
**loose** [1] - 377:24
**loosen** [1] - 378:9
**lose** [2] - 318:8, 335:12
**loss** [1] - 455:16
**lost** [3] - 429:7, 431:16, 441:12
**loud** [6] - 316:10, 316:11, 399:14, 403:7, 442:24
**louder** [1] - 316:13
**loudest** [1] - 403:6
**loudness** [1] - 473:7
**love** [1] - 474:8
**low** [2] - 309:15, 310:7
**lower** [11] - 315:13, 316:23, 317:13, 323:25, 349:18, 381:15, 381:22, 425:25, 429:16, 430:16, 447:5
**LRAD** [4] - 315:22, 316:9, 316:17, 316:25
**Lucas** [1] - 305:13
**luckily** [1] - 431:4
**lunch** [1] - 369:24
**lungs** [1] - 318:22

**M**

**ma'am** [101] - 275:21, 275:25, 276:3, 276:6, 276:9, 276:12, 276:14, 276:16, 276:23, 276:25, 277:8, 277:16, 277:19, 278:3, 278:5, 278:24, 279:12, 279:15, 279:18, 279:23, 280:4, 280:7, 280:9, 280:20, 281:2, 281:9, 281:17, 281:20, 281:22,

281:25, 282:4, 282:6, 283:10, 283:13, 283:16, 283:18, 284:5, 284:14, 284:20, 285:1, 285:4, 285:10, 285:15, 286:13, 286:19, 286:22, 286:23, 287:5, 287:7, 287:10, 287:14, 287:24, 288:3, 288:13, 289:8, 289:12, 289:14, 289:17, 289:18, 289:24, 290:6, 290:8, 290:11, 290:22, 290:24, 290:25, 291:20, 292:2, 292:10, 292:19, 292:21, 293:1, 293:8, 293:11, 293:14, 293:16, 293:23, 293:25, 294:2, 294:5, 294:7, 294:9, 294:20, 295:2, 295:5, 295:8, 295:12, 295:19, 295:24, 295:25, 296:2, 296:17, 296:21, 296:24, 297:2, 297:5, 458:25
**magnetic** [1] - 314:6
**maintain** [2] - 354:4, 363:15
**maintained** [1] - 363:17
**man** [57] - 276:1, 276:10, 277:1, 279:21, 281:7, 281:13, 288:11, 288:19, 288:21, 289:20, 289:22, 292:8, 301:20, 303:4, 309:20, 309:21, 326:8, 327:5, 329:4, 332:11, 335:19, 336:13, 336:25, 337:11, 337:21, 340:13, 342:10, 344:7, 344:10, 347:10, 347:18, 348:6, 348:12, 349:24, 357:21, 357:22, 362:16, 364:5, 364:13, 387:23, 388:22, 390:6, 390:14, 391:24, 392:1,

500

393:25, 395:5,
395:20, 397:9,
398:1, 400:3, 429:2,
432:9, 434:12,
436:8, 460:6
**man's** [4] - 301:18,
302:25, 401:12,
403:6
**manager** [1] - 424:9
**manner** [2] - 272:22,
358:20
**manufacturer** [1] -
346:13
**marched** [1] - 380:14
**marching** [1] - 380:15
**Marina** [1] - 268:13
**marina** - 450:15
**mark** [1] - 269:13
**marked** [3] - 319:25,
379:2, 382:5
**marshals** [1] - 275:10
**mask** [71] - 358:2,
359:12, 373:17,
374:4, 374:8, 374:9,
374:10, 374:24,
375:3, 375:6,
375:10, 375:14,
375:24, 377:4,
377:7, 377:9,
377:10, 377:12,
377:20, 378:4,
378:10, 378:12,
378:18, 382:1,
387:2, 387:9, 390:7,
390:15, 390:16,
390:23, 390:24,
390:25, 391:24,
391:25, 392:1,
392:3, 392:10,
392:18, 393:25,
394:12, 395:5,
395:21, 397:11,
397:14, 398:2,
398:17, 400:10,
402:21, 404:14,
405:14, 405:19,
405:24, 411:5,
412:3, 421:8,
422:15, 422:17,
423:5, 430:7,
433:13, 440:9,
440:10, 440:23,
445:5, 448:19,
449:18, 458:20,
464:3
**masks** [2] - 419:17,
446:2
**mass** [2] - 332:3,
363:16
**masses** - 336:6,

342:1
**Mastony** [1] - 328:4
**material** [2] - 379:22,
442:3
**math** [2] - 337:6,
425:4
**matter** [5] - 269:6,
272:17, 307:1,
467:11, 476:1
**mean** [53] - 297:16,
297:18, 308:21,
312:12, 314:5,
320:17, 321:15,
322:17, 327:9,
327:10, 329:21,
340:1, 351:21,
353:19, 365:6,
365:17, 372:2,
383:17, 389:11,
389:12, 390:22,
390:23, 400:12,
416:17, 417:13,
423:2, 425:3, 425:8,
429:18, 431:8,
439:14, 446:3,
446:21, 447:3,
447:24, 457:13,
461:2, 462:20,
465:13, 465:16,
469:4, 470:6,
470:10, 471:8,
472:6, 472:16,
474:15, 475:1,
475:3, 475:15, 480:6
**meaning** [1] - 423:5
**means** [1] - 423:1
**meant** [2] - 345:4,
452:17
**measurements** [1] -
323:20
**measures** [1] - 425:4
**Medal** [3] - 457:8,
457:10, 457:12
**medal** [1] - 457:8
**medals** [1] - 457:16
**media** [2] - 455:2,
455:9
**medical** [4] - 273:13,
454:7, 454:23,
470:17
**meet** [8] - 305:7,
309:4, 336:6,
366:18, 428:7,
460:9, 465:20,
470:15
**meeting** [4] - 304:21,
305:9, 305:13, 444:9
**members** [1] - 413:8
**memories** [1] - 365:5
**memorized** [2] -

421:25, 448:10
**memory** [8] - 394:22,
459:18, 459:22,
460:24, 461:16,
461:24, 462:5,
475:15
**mens** [1] - 469:5
**mentioned** [17] -
365:15, 373:16,
376:2, 378:21,
380:24, 390:4,
414:9, 417:18,
418:23, 421:14,
425:21, 426:13,
428:14, 453:12,
454:6, 454:9, 479:24
**mentioning** [1] -
297:17
**merely** [1] - 461:19
**mesh** [3] - 374:9,
374:11, 377:10
**message** [1] - 315:25
**met** [10] - 304:24,
305:9, 310:4, 315:6,
366:15, 407:4,
461:13, 462:22,
470:13, 470:17
**metal** [6] - 323:14,
379:16, 388:9,
434:7, 434:12, 436:9
**methodologies** [1] -
462:17
**methodology** [9] -
460:21, 462:15,
464:12, 465:25,
466:6, 466:22,
467:9, 469:7, 469:8
**Metropolitan** [6] -
311:18, 311:20,
318:9, 370:21,
371:18, 388:24
**Mexico** [1] - 474:13
**middle** [33] - 269:3,
279:19, 279:22,
284:12, 285:13,
287:3, 292:22,
292:24, 293:9,
294:17, 326:8,
328:19, 329:5,
332:10, 335:20,
339:19, 344:8,
347:21, 349:4,
357:19, 357:23,
359:6, 362:10,
364:8, 385:21,
388:15, 401:5,
401:10, 408:8,
409:25, 426:8,
452:22
**midmorning** [1] -

330:4
**midnight** [1] - 453:25
**might** [10] - 273:22,
399:15, 411:23,
411:24, 420:19,
435:22, 459:17,
460:24, 472:21,
477:16
**Mike** [1] - 367:23
**military** [2] - 420:1,
466:16
**mind** [5] - 333:21,
339:24, 429:23,
472:11, 474:22
**mindful** [1] - 475:14
**minimum** [1] - 460:14
**minus** [2] - 320:8,
325:10
**minute** [6] - 384:25,
385:2, 404:15,
404:16, 405:5, 406:1
**minutes** [26] - 293:4,
294:13, 296:13,
317:5, 330:12,
345:3, 345:4,
345:22, 357:7,
358:25, 362:3,
362:5, 363:19,
364:2, 383:24,
384:5, 384:8, 384:9,
386:3, 387:14,
389:19, 403:19,
407:17, 438:10,
446:13
**missing** [3] - 365:13,
467:2, 467:4
**misstates** [1] - 289:3
**mistaken** [2] - 475:16,
475:17
**mitigating** [1] - 469:3
**MK-46** [1] - 350:23
**mob** [1] - 363:6
**model** [2] - 338:10,
374:4
**moment** [1] - 275:11,
319:18, 354:5,
365:19, 390:6,
413:23, 430:10,
448:23, 462:24,
464:25, 472:7,
473:1, 474:3
**moments** [2] - 301:6,
325:10
**Monday** [1] - 470:15
**monitoring** [1] - 372:6
**morning** [32] - 268:7,
268:12, 268:13,
268:16, 268:17,
268:18, 268:21,
272:24, 275:14,

275:20, 275:21,
298:6, 298:7,
311:13, 311:14,
330:9, 366:4, 366:6,
366:22, 367:22,
368:22, 368:25,
413:7, 418:7,
420:14, 471:12,
477:21, 478:14,
479:8, 480:4
**most** [8] - 305:2,
324:23, 351:24,
429:7, 434:20,
434:21, 436:16,
467:24
**mostly** [1] - 324:21
**motherfuckers** [1] -
293:7
**motion** [12] - 272:23,
272:24, 273:2,
273:7, 273:11,
278:18, 324:15,
324:16, 334:24,
367:19, 464:17,
468:9
**motions** [5] - 369:9,
459:9, 459:11,
466:25, 471:13
**motive** [1] - 353:19
**mount** [1] - 314:6
**mouth** [16] - 279:13,
281:18, 309:20,
362:17, 362:20,
362:23, 364:20,
403:7, 405:11,
405:18, 410:17,
413:5, 414:10,
423:6, 441:1, 447:19
**mouthpiece** [1] -
463:12
**move** [34] - 270:1,
270:2, 270:9,
270:22, 274:1,
274:7, 275:7, 278:8,
282:7, 291:6, 296:6,
296:7, 297:6,
312:19, 325:17,
327:24, 330:18,
331:1, 332:1,
332:14, 336:4,
337:16, 354:4,
354:8, 360:20,
382:7, 389:13,
389:16, 393:4,
415:12, 417:23,
439:5, 451:2
**Move** [1] - 331:20
**moved** [5] - 273:22,
317:13, 326:23,
410:17, 444:7

501

**movement** [2] - 335:4, 397:6
**moves** [1] - 415:14
**moving** [6] - 273:23, 318:6, 362:20, 366:12, 375:4, 479:13
**MPD** [17] - 311:21, 312:20, 315:7, 319:17, 321:3, 321:5, 323:12, 323:15, 370:23, 370:24, 370:25, 371:1, 376:15, 379:9, 413:9, 421:9, 455:14
**MPD's** [1] - 312:15
**MPD-issued** [1] - 321:3
**MRI** [1] - 454:17
**multiple** [5] - 290:24, 295:15, 305:9, 366:16, 455:10, 475:8
**munitions** [4] - 423:15, 423:21, 440:11, 442:1
**murder** [1] - 468:16
**Murrell** [1] - 305:12
**must** [1] - 413:12
**mutually** [1] - 310:18

### N

**name** [5] - 298:10, 311:15, 370:17, 370:18, 435:7
**narrow** [4] - 351:19, 351:22, 351:24, 352:20
**nation** [1] - 415:22
**nature** [4] - 312:9, 312:14, 312:17, 365:14
**near** [3] - 286:21, 350:18, 418:15
**nearby** [1] - 451:19
**necessary** [1] - 466:23
**neck** [5] - 325:2, 358:2, 390:18, 393:4, 405:23
**need** [15] - 278:8, 280:8, 282:2, 290:17, 313:2, 363:1, 364:14, 364:21, 366:13, 417:13, 417:14, 417:15, 471:8
**needed** [11] - 290:14, 333:21, 334:18,

352:17, 424:10, 425:24, 441:6, 441:10, 441:13, 441:14, 460:11
**needs** [4] - 309:4, 366:19, 475:4, 477:15
**negate** [2] - 469:5, 473:24
**negative** [1] - 454:19
**never** [17] - 296:2, 307:12, 322:18, 411:1, 411:2, 411:5, 439:18, 441:8, 444:21, 459:15, 461:13, 461:17, 461:18, 464:1, 464:7, 466:4
**New** [2] - 457:23, 474:13
**new** [4] - 280:8, 312:5, 312:6, 440:15
**next** [13] - 279:16, 281:16, 281:21, 308:8, 308:12, 311:3, 349:4, 365:11, 368:17, 370:1, 400:8, 454:7, 477:13
**night** [2] - 468:3, 474:1
**nobody** [1] - 445:1
**noise** [2] - 331:20, 338:4
**noises** [1] - 473:8
**nonlethal** [2] - 323:6, 411:20
**noon** [1] - 368:8
**normal** [2] - 372:11, 372:14
**normally** [1] - 291:1
**nose** [1] - 423:6
**note** [3] - 275:15, 461:25, 467:12
**notes** [1] - 305:20
**nothing** [9] - 392:22, 460:19, 460:20, 462:8, 462:12, 464:12, 465:22, 466:21, 468:23
**notice** [8] - 470:1, 470:5, 470:7, 470:10, 470:11, 472:6, 472:10, 474:6
**noticed** [1] - 438:21
**noticing** [1] - 475:19
**notify** [1] - 431:14
**November** [2] - 434:19, 434:21
**number** [12] - 269:7,

270:1, 293:10, 313:21, 313:22, 314:2, 376:13, 376:18, 386:11, 386:19, 388:16, 401:21
**numbers** [2] - 274:14, 363:14
**numerous** [2] - 309:18, 364:14

### O

**o'clock** [9] - 367:17, 368:9, 418:13, 421:24, 426:10, 426:18, 446:15, 446:17, 458:5
**Oath** [2] - 311:8, 370:10
**oath** [2] - 275:13, 458:15
**object** [22] - 271:20, 274:24, 282:9, 288:15, 297:12, 360:23, 385:5, 385:6, 391:20, 401:5, 401:7, 408:14, 408:15, 409:18, 410:9, 410:10, 410:20, 429:15, 431:2, 431:7, 435:10, 437:4
**objected** [1] - 467:5
**objection** [40] - 274:11, 274:12, 274:25, 277:20, 278:11, 278:12, 278:18, 280:22, 282:22, 288:23, 289:1, 297:9, 297:24, 306:4, 306:17, 306:24, 307:17, 309:5, 310:23, 328:1, 330:16, 330:18, 330:22, 332:15, 347:13, 360:22, 361:3, 382:9, 415:16, 435:25, 436:18, 437:11, 438:1, 438:9, 438:14, 455:20, 455:25, 457:1, 457:5, 467:6
**objections** [6] - 271:2, 271:8, 274:22, 282:23, 361:1, 382:8
**observed** [1] - 466:16
**observing** [1] - 408:7
**obvious** [3] - 274:17,

305:23, 376:23
**obviously** [6] - 311:25, 367:19, 417:13, 438:24, 439:16, 473:17
**OC** [14] - 276:2, 277:3, 277:13, 298:13, 325:11, 342:21, 346:14, 350:21, 350:23, 407:5, 411:23, 440:13, 442:1, 445:8
**occasion** [1] - 314:5
**occasionally** [2] - 363:4, 363:5
**occasions** [1] - 455:10
**occur** [1] - 363:5
**occurred** [1] - 455:6
**occurrence** [2] - 360:5, 384:12
**occurs** [1] - 384:6
**October** [1] - 470:5
**off-brand** [1] - 346:13
**offer** [2] - 424:4, 468:22
**offered** [1] - 269:24
**offering** [4] - 269:12, 269:20, 459:13, 468:18
**offhand** [1] - 434:8
**office** [1] - 305:15
**officer** [53] - 274:24, 275:3, 275:9, 275:12, 282:20, 288:25, 291:3, 291:19, 293:21, 294:25, 306:6, 307:12, 307:13, 307:15, 310:7, 310:11, 315:6, 321:8, 322:25, 331:20, 335:21, 336:18, 346:17, 347:21, 350:22, 351:4, 353:17, 353:21, 353:22, 353:25, 354:11, 355:7, 355:22, 359:11, 367:7, 371:1, 371:17, 371:20, 374:25, 377:18, 379:9, 391:9, 399:22, 407:10, 426:22, 432:9, 439:11, 439:14, 444:16, 446:21
**officer's** [2] - 307:6, 353:8
**Officer** [84] - 272:15, 274:9, 275:20,

288:19, 295:21, 296:4, 296:15, 298:6, 305:12, 305:13, 308:4, 308:19, 370:4, 370:8, 370:15, 370:20, 373:25, 376:8, 376:23, 379:2, 380:6, 382:16, 385:25, 386:8, 387:17, 388:14, 389:6, 390:3, 392:15, 395:12, 395:25, 398:5, 398:16, 400:8, 401:20, 402:9, 403:15, 403:22, 404:4, 405:8, 406:1, 406:10, 406:24, 407:16, 407:21, 411:1, 412:11, 412:17, 414:17, 415:21, 416:5, 416:7, 417:6, 417:11, 458:3, 458:6, 458:14, 458:19, 458:24, 459:1, 459:16, 459:21, 460:2, 460:4, 460:10, 460:13, 460:18, 460:22, 461:8, 461:13, 461:18, 462:1, 462:2, 462:18, 464:2, 465:15, 465:18, 471:25, 474:15, 476:8, 476:25, 477:8
**officer's** [2] - 307:6, 353:8
**officers** [76] - 271:19, 283:13, 290:5, 290:9, 290:14, 295:4, 305:9, 307:7, 311:25, 312:1, 312:5, 312:6, 313:2, 315:7, 318:18, 324:7, 324:14, 324:20, 325:6, 325:13, 326:17, 326:21, 327:16, 333:19, 334:7, 334:11, 334:19, 334:20, 336:4, 337:13, 339:18, 342:3, 342:20, 342:22, 344:24, 346:12, 348:14, 349:12, 351:1, 351:4, 352:20,

353:7, 354:5,
358:20, 363:13,
363:16, 365:12,
371:10, 376:15,
383:15, 385:18,
385:19, 398:13,
398:20, 399:19,
424:7, 428:23,
438:25, 439:16,
439:20, 439:22,
441:6, 442:12,
442:14, 442:17,
442:18, 442:19,
442:21, 444:5,
445:12, 445:24,
457:11, 457:13,
457:18, 457:19
**officers'** [3] - 332:1,
335:5, 340:24
**offs** [1] - 366:16
**often** [4] - 350:20,
365:14, 436:15,
468:15
**Omar** [1] - 264:4
**once** [8] - 365:7,
365:24, 366:25,
373:9, 381:19,
381:25, 384:3, 384:6
**one** [81] - 271:15,
272:19, 276:24,
279:5, 280:16,
281:10, 290:24,
305:3, 307:20,
308:11, 315:4,
320:12, 320:25,
321:14, 322:20,
323:13, 323:19,
324:1, 324:3, 324:4,
324:5, 324:6, 325:6,
327:22, 328:2,
328:3, 328:6,
329:18, 334:14,
335:1, 335:2, 338:7,
342:3, 344:13,
350:13, 350:22,
350:24, 355:14,
355:15, 365:10,
367:8, 367:13,
374:11, 382:25,
386:6, 399:1,
401:17, 403:4,
403:5, 403:6, 403:9,
406:11, 412:5,
412:11, 412:25,
416:18, 421:8,
428:1, 429:14,
434:21, 434:24,
456:15, 456:16,
457:13, 457:22,
457:25, 458:23,

461:17, 463:3,
463:8, 464:25,
466:5, 466:12,
467:14, 474:12,
474:13, 478:21,
479:7
**one-hour** [2] - 463:8,
466:12
**ones** [2] - 338:10,
434:21
**open** [14] - 271:11,
274:17, 298:21,
298:23, 299:12,
299:14, 309:22,
310:2, 343:24,
364:24, 379:3,
386:1, 434:23, 476:9
**open-source** [7] -
271:11, 274:17,
309:22, 310:2,
343:24, 386:1, 476:9
**opening** [3] - 315:22,
354:9, 476:10
**operating** [2] - 474:4,
476:12
**operations** [4] - 312:1,
377:6, 378:6, 424:9
**opine** [3] - 459:17,
460:12, 464:6
**opinion** [8] - 304:19,
349:14, 464:8,
465:10, 468:14,
468:19, 468:22,
474:19
**opinions** [3] - 459:13,
470:11, 477:3
**opportunities** [1] -
350:19
**opposing** [2] - 324:20,
444:9
**opposite** [3] - 291:22,
323:5, 343:24
**option** [1] - 478:12
**oral** [1] - 477:21
**orange** [3] - 295:14,
357:23, 445:25
**orangey** [1] - 445:6
**order** [8] - 309:4,
363:15, 367:25,
374:10, 374:17,
377:6, 378:6, 378:7
**ordered** [3] - 373:2,
373:3, 373:9
**ordering** [1] - 312:2
**orders** [5] - 425:22,
425:23, 426:11,
431:16, 431:20
**ordinarily** [1] - 478:23
**ordnance** [1] - 429:12
**organize** [1] - 349:14

**organized** [1] - 426:3
**originally** [2] - 371:23,
375:14
**otherwise** [2] -
478:13, 480:6
**ourself** [1] - 276:5
**ourselves** [4] -
380:13, 385:15,
428:11
**out-of-court** [2] -
306:25, 436:20
**outbursts** [1] - 469:10
**outer** [5] - 325:23,
350:12, 351:11,
372:13, 419:11
**outlets** [1] - 455:9
**outnumbered** [1] -
411:11
**outside** [7] - 308:24,
441:16, 453:22,
460:25, 462:8,
465:24, 468:23
**outstretched** [1] -
329:21
**outward** [1] - 354:6
**outwards** [1] - 354:8
**overarching** [1] -
274:2
**overforcing** [1] -
335:1
**overlap** [1] - 271:15
**overload** [1] - 443:1
**overrule** [2] - 274:21,
457:5
**overruled** [6] - 280:23,
288:17, 306:9,
306:20, 332:16,
455:25
**overruling** [4] -
307:17, 310:23,
435:25, 438:14
**overrun** [1] - 433:22
**overwhelming** [1] -
405:25
**own** [8] - 291:6, 345:1,
377:25, 405:23,
434:17, 464:9,
466:5, 466:9
**owned** [1] - 388:24

---

# P

**p.m** [13] - 276:17,
278:22, 283:6,
284:10, 325:18,
326:12, 328:12,
328:22, 341:7,
356:22, 406:20,
409:6, 480:8
**packed** [2] - 380:20,

385:14
**packet** [1] - 269:12
**padded** [2] - 419:19,
423:25
**pads** [1] - 373:12
**PAGE** [4] - 264:2,
265:2, 266:2, 267:2
**pages** [2] - 463:6
**pain** [16] - 289:24,
290:2, 299:9,
402:15, 405:11,
405:13, 405:16,
405:17, 405:22,
414:12, 415:9,
434:2, 448:12, 451:6
**painful** [3] - 295:25,
299:7, 378:17
**panel** [1] - 419:12
**panned** [2] - 391:9,
391:14
**pants** [1] - 420:4
**paralegal** [2] - 268:9,
427:1
**pardon** [2] - 431:25,
450:17
**parroting** [3] - 464:21,
468:20, 469:15
**part** [32] - 279:1,
280:11, 280:13,
280:17, 293:22,
310:10, 312:10,
313:8, 315:12,
321:9, 324:7,
327:15, 335:7,
347:21, 348:14,
348:19, 350:2,
371:7, 371:9,
371:12, 376:2,
378:21, 399:16,
420:17, 422:10,
423:24, 444:4,
457:19, 460:2,
464:3, 465:15, 473:9
**partially** [2] - 413:24,
467:15
**particular** [11] -
280:18, 287:9,
288:19, 294:3,
297:11, 383:5,
448:23, 459:15,
462:6, 463:21,
463:22
**parties** [5] - 269:6,
270:2, 382:6, 444:16
**parts** [1] - 329:11
**party** [5] - 308:10,
308:21, 309:2,
367:8, 457:18
**pass** [2] - 333:22,
458:2

**passing** [2] - 304:17,
473:25
**path** [4] - 315:3,
315:5, 428:8, 428:13
**patriots** [1] - 280:6
**patrol** [5] - 371:6,
372:11, 412:4,
418:21, 419:1
**pause** [34] - 283:5,
283:21, 292:6,
292:13, 293:4,
315:18, 316:5,
317:18, 318:16,
319:1, 326:6,
328:15, 329:1,
329:15, 331:13,
334:2, 335:24,
336:11, 336:23,
337:9, 338:16,
339:6, 341:6, 341:9,
342:16, 344:5,
344:16, 345:8,
352:8, 356:25,
387:13, 389:4,
433:8, 449:9
**paused** [14] - 293:4,
315:19, 316:6,
317:18, 329:4,
331:13, 334:2,
345:22, 352:8,
355:3, 386:16,
387:14, 410:15
**pay** [3] - 285:16,
335:21, 393:11
**Pelican** [1] - 315:22
**people** [54] - 280:8,
282:2, 282:3,
287:11, 287:17,
291:23, 294:1,
297:15, 297:16,
299:17, 301:10,
301:24, 303:16,
304:12, 304:16,
304:17, 306:12,
321:20, 322:20,
333:23, 335:10,
346:16, 353:2,
363:1, 363:4, 363:5,
363:7, 363:8,
364:14, 364:21,
372:4, 372:22,
381:10, 381:11,
389:9, 418:18,
418:19, 419:2,
419:3, 419:4, 419:9,
422:2, 424:22,
428:23, 429:25,
430:12, 432:17,
442:10, 443:20,
444:24, 453:8, 456:3

503

**pepper** [10] - 277:12, 310:12, 312:7, 312:8, 312:13, 359:18, 432:12, 442:7, 445:4, 445:25
**pepper-sprayed** [2] - 310:12, 432:12
**percent** [2] - 392:11, 458:23
**perfect** [3] - 303:20, 326:4, 386:6
**perhaps** [2] - 365:8, 468:5
**perimeter** [1] - 314:20
**period** [11] - 296:25, 297:1, 297:4, 343:9, 406:12, 407:21, 435:20, 448:11, 448:16, 453:13, 472:4
**periodically** [1] - 326:24
**peripheral** [2] - 423:9, 423:10
**permanent** [1] - 398:12
**permission** [1] - 367:25
**permitted** [1] - 272:23
**person** [59] - 273:1, 279:10, 279:11, 279:13, 280:18, 283:8, 283:23, 287:22, 303:13, 303:14, 303:15, 308:25, 309:15, 321:17, 321:19, 321:22, 324:11, 324:25, 336:17, 336:19, 339:8, 343:13, 344:13, 368:3, 375:18, 379:16, 392:9, 392:16, 392:17, 392:22, 394:11, 400:9, 404:23, 409:25, 410:1, 410:2, 410:17, 411:24, 458:20, 458:21, 462:7, 463:2, 463:7, 463:18, 463:21, 463:23, 464:5, 464:13, 466:1, 466:23, 468:12, 470:15, 475:4, 475:5, 476:22, 476:25, 477:11, 477:15
**person's** [1] - 408:15

**personal** [1] - 479:25
**personally** [3] - 285:23, 291:2, 346:24
**perspective** [2] - 360:18, 388:3
**phone** [10] - 269:24, 270:22, 292:4, 294:19, 296:16, 296:18, 296:20, 402:3, 403:6, 447:19
**photo** [7] - 276:7, 276:20, 277:15, 278:2, 334:9, 393:6, 414:17
**photograph** [4] - 277:7, 300:19, 412:17, 415:2
**photographed** [1] - 412:25
**photographs** [1] - 412:11
**photos** [1] - 351:20
**phrases** [1] - 280:5
**physical** [3] - 413:25, 444:19, 466:15
**physically** [2] - 354:4, 380:21
**pick** [1] - 275:22
**picking** [1] - 477:5
**picture** [7] - 340:13, 414:18, 415:5, 435:2, 435:4, 451:18, 452:14
**pictures** [1] - 416:18
**piece** [2] - 323:25, 324:1
**pieces** [4] - 319:3, 323:18, 377:23
**pinned** [6] - 388:21, 389:7, 389:8, 389:11, 390:4, 393:1
**pinning** [2] - 395:17, 447:9
**pipe** [1] - 323:14
**pivotal** [1] - 472:7
**place** [7] - 374:11, 374:12, 398:8, 398:12, 416:8, 458:4, 473:19
**placed** [1] - 374:13
**places** [5] - 295:16, 314:22, 324:10, 324:24, 439:15
**plan** [1] - 369:6
**plastic** [5] - 320:24, 321:9, 321:15, 323:17, 323:25
**platoon** [12] - 427:16, 427:18, 427:19,

427:20, 428:7, 428:9, 428:12, 428:13, 428:15, 428:21, 431:20, 432:1
**play** [97] - 279:2, 279:5, 280:2, 280:10, 281:3, 281:10, 284:7, 285:5, 285:18, 286:25, 288:4, 291:11, 292:3, 292:11, 293:17, 294:21, 314:10, 315:16, 316:1, 316:3, 317:5, 317:16, 318:14, 318:24, 325:18, 327:1, 328:13, 328:24, 329:13, 329:23, 331:11, 332:24, 335:19, 335:22, 336:9, 336:21, 337:6, 338:24, 339:4, 341:4, 341:7, 344:5, 344:14, 345:4, 348:22, 349:8, 352:6, 354:15, 354:25, 356:22, 357:12, 359:1, 359:16, 359:20, 359:23, 360:8, 361:21, 362:13, 363:20, 364:10, 382:23, 383:6, 383:7, 384:25, 386:4, 386:13, 388:10, 389:2, 389:17, 389:25, 390:8, 391:5, 401:15, 402:5, 403:11, 403:18, 404:2, 406:21, 407:11, 407:18, 409:11, 409:22, 428:17, 431:11, 433:4, 438:6, 438:18, 440:2, 441:20, 443:6, 446:24, 447:12, 448:4, 449:2, 450:10, 451:11, 451:20
**played** [104] - 279:4, 279:6, 281:5, 281:11, 283:4, 283:20, 284:9, 285:6, 285:20, 288:5, 291:12, 292:5, 292:12,

292:15, 293:3, 293:19, 294:15, 294:22, 314:11, 315:10, 315:17, 316:4, 317:17, 318:15, 318:25, 325:19, 326:5, 327:2, 328:10, 328:14, 328:25, 329:14, 329:24, 331:12, 332:21, 332:25, 334:1, 335:23, 336:10, 336:22, 337:8, 338:25, 339:5, 341:5, 341:8, 342:15, 344:15, 345:7, 345:21, 349:9, 352:7, 354:16, 355:2, 355:9, 356:24, 357:13, 359:2, 359:21, 359:24, 360:10, 361:22, 362:14, 363:21, 364:11, 383:8, 385:1, 386:5, 386:14, 387:12, 388:11, 389:3, 389:18, 390:1, 390:9, 390:11, 391:6, 401:16, 402:7, 403:12, 403:20, 406:22, 407:12, 407:19, 409:13, 409:23, 410:14, 427:5, 428:19, 431:12, 433:7, 438:19, 440:4, 441:22, 443:9, 445:21, 446:25, 447:13, 448:6, 449:4, 450:12, 450:21, 451:13, 451:22, 451:25
**playing** [12] - 283:3, 283:19, 293:2, 317:4, 333:25, 342:14, 345:20, 358:4, 387:11, 410:13, 438:9, 451:23
**plea** [1] - 468:16
**plenty** [3] - 419:9, 465:10, 469:12
**plus** [1] - 313:7
**point** [73] - 286:5, 293:13, 303:13, 304:15, 307:7,

310:9, 310:15, 312:22, 315:4, 317:9, 318:19, 318:21, 326:15, 336:3, 343:1, 345:24, 346:20, 348:13, 350:16, 350:24, 352:24, 353:3, 355:13, 357:5, 359:17, 381:14, 386:24, 387:2, 387:16, 387:18, 389:6, 393:3, 394:18, 395:12, 396:25, 398:6, 399:9, 404:13, 405:13, 411:21, 422:5, 422:6, 426:19, 427:25, 428:6, 429:14, 430:6, 431:1, 431:22, 431:24, 432:2, 432:3, 432:4, 432:22, 434:1, 434:14, 440:8, 441:16, 442:8, 442:18, 443:3, 443:23, 443:25, 444:3, 444:10, 444:11, 451:9, 453:20, 466:25, 468:4, 468:8, 472:5, 473:15
**pointed** [1] - 324:17
**pointing** [1] - 400:1
**points** [3] - 310:17, 310:21, 338:4
**pole** [9] - 281:23, 434:7, 434:12, 434:16, 435:1, 435:5, 435:20, 436:9
**Police** [16] - 269:21, 284:16, 288:12, 311:18, 311:20, 315:6, 318:10, 319:17, 319:18, 320:8, 341:18, 344:19, 370:21, 371:18, 388:24, 413:7
**police** [61] - 283:14, 284:4, 284:18, 287:13, 287:25, 288:3, 288:21, 289:4, 289:7, 291:23, 294:4, 295:1, 303:23, 303:24, 304:10, 306:12, 313:6,

504

317:8, 318:5, 318:7, 318:10, 336:16, 336:18, 336:20, 337:24, 342:11, 344:12, 347:11, 350:17, 354:13, 363:17, 371:1, 371:14, 372:5, 372:14, 381:10, 381:19, 387:18, 387:23, 388:8, 390:5, 390:14, 391:19, 398:15, 400:6, 400:7, 407:4, 411:15, 411:17, 430:16, 432:5, 432:7, 433:1, 433:2, 439:11, 439:14, 439:15, 439:20, 439:24, 451:3, 453:22
**policies** [1] - 312:16
**poor** [1] - 449:13
**portion** [1] - 382:22
**position** [20] - 272:20, 274:16, 300:6, 300:9, 311:19, 329:17, 333:13, 335:9, 374:15, 385:15, 385:17, 389:14, 393:12, 393:20, 394:18, 398:14, 428:12, 461:7, 465:6, 475:5
**positioned** [2] - 329:8, 391:20
**positioning** [4] - 388:4, 388:5, 394:6, 406:5
**possible** [5] - 322:14, 322:17, 396:18, 420:22, 461:23
**possibly** [2] - 358:13, 442:3
**post** [1] - 472:12
**post-concussion** [1] - 472:12
**potential** [1] - 421:4
**potentially** [2] - 368:10, 461:20
**poundish** [1] - 321:8
**pounds** [1] - 423:3
**pouring** [4] - 292:8, 299:17, 407:6, 433:3
**powder** [2] - 442:3, 442:14
**power** [1] - 384:3
**practice** [1] - 476:1
**preference** [1] - 272:21

**preliminary** [2] - 269:6, 272:17
**premeditated** [1] - 473:22
**premised** [1] - 464:9
**premises** [1] - 427:8
**preparation** [13] - 280:13, 280:17, 284:24, 303:3, 313:12, 327:15, 343:23, 348:19, 360:2, 360:15, 382:19, 385:25, 406:17
**prepared** [2] - 401:25, 456:12
**prerecorded** [1] - 315:25
**presence** [2] - 269:2, 372:4
**present** [7] - 268:15, 268:20, 319:17, 372:5, 430:25, 473:10, 473:24
**presented** [2] - 476:2, 476:3
**President** [1] - 317:23
**President's** [1] - 457:8
**Presidential** [1] - 457:12
**press** [7] - 334:21, 336:7, 336:9, 342:1, 348:24, 379:20, 384:7
**pressed** [1] - 387:21
**pressing** [3] - 321:22, 388:8, 389:10
**pressure** [5] - 322:1, 390:13, 391:21, 444:8, 444:19
**pretrial** [1] - 366:8
**pretty** [9] - 286:10, 289:11, 295:24, 300:21, 310:14, 316:12, 413:12, 443:1, 474:11
**prevented** [1] - 358:23
**preventing** [3] - 290:7, 290:9, 354:21
**prevents** [2] - 322:23, 322:24
**previous** [1] - 364:17
**previously** [10] - 296:15, 327:5, 340:23, 352:19, 390:4, 393:22, 402:20, 410:4, 467:5, 474:12
**primarily** [2] - 472:19, 473:18

**principal** [1] - 476:3
**principle** [3] - 465:25, 472:19, 472:21
**principles** [5] - 460:21, 462:16, 462:17, 464:12, 467:9
**problem** [2] - 280:17, 334:13
**problems** [1] - 368:12
**procedural** [1] - 467:11
**procedures** [2] - 377:22, 377:23
**proceed** [3] - 272:14, 438:16, 477:22
**Proceedings** [1] - 480:8
**process** [3] - 318:6, 377:19, 473:9
**proffer** [2] - 268:22, 366:21
**proffered** [20] - 309:17, 459:13, 459:16, 459:25, 462:7, 463:2, 463:4, 463:8, 463:10, 464:6, 464:11, 464:18, 465:7, 466:13, 468:12, 469:4, 469:5, 476:6, 476:24, 477:3
**progressed** [1] - 326:23
**prohibitive** [1] - 415:13
**prongs** [2] - 462:11, 464:11
**propellant** [1] - 277:3
**proper** [13] - 297:9, 297:12, 297:14, 299:16, 307:9, 319:13, 335:9, 377:22, 377:23, 378:5, 381:24, 463:16, 469:3
**properly** [3] - 310:24, 319:20, 374:8
**proponent** [1] - 309:16
**proportion** [1] - 427:21
**proposal** [1] - 465:11
**propose** [1] - 438:8
**proposed** [2] - 463:4, 464:19
**pros** [1] - 322:5
**protect** [8] - 333:20, 378:2, 411:9, 411:21, 423:20,

424:2, 424:24, 438:25
**protecting** [1] - 383:16
**protection** [6] - 286:17, 298:25, 380:3, 422:16, 422:23, 424:4
**protocols** [2] - 269:23, 312:15
**provide** [4] - 312:3, 371:14, 467:7, 467:8
**provided** [1] - 479:19
**provisionally** [2] - 282:19, 282:24
**proximity** [1] - 453:2
**PTSD** [22] - 459:25, 463:20, 464:6, 464:15, 464:18, 464:20, 466:2, 466:17, 467:25, 468:11, 468:12, 468:21, 468:24, 469:2, 469:8, 469:16, 470:22, 472:11, 473:9, 473:20, 473:24, 474:4
**public** [1] - 439:14
**publishing** [1] - 303:19
**pull** [80] - 276:4, 276:19, 277:5, 278:25, 279:24, 284:21, 286:24, 286:25, 287:19, 291:10, 294:10, 294:12, 313:15, 325:16, 327:12, 330:2, 330:15, 332:4, 332:18, 334:11, 335:13, 338:1, 339:13, 340:4, 340:6, 341:1, 341:7, 341:9, 342:13, 342:23, 343:3, 343:20, 345:3, 347:1, 347:22, 348:16, 349:15, 352:3, 353:15, 353:16, 355:1, 355:5, 356:9, 356:21, 357:10, 358:16, 358:25, 359:22, 360:11, 361:12, 362:2, 363:18, 364:2, 366:7, 374:16, 382:4, 382:22, 385:22, 386:22,

389:24, 392:12, 393:8, 393:13, 396:17, 397:22, 399:25, 400:16, 400:17, 401:14, 402:16, 403:25, 406:9, 406:14, 407:8, 407:13, 409:4, 409:21, 412:7, 414:14
**pulled** [11] - 306:12, 306:14, 333:14, 333:15, 342:3, 352:16, 353:17, 353:20, 391:1, 467:24, 468:2
**pulling** [11] - 300:15, 333:23, 356:9, 374:11, 375:21, 390:16, 392:17, 404:14, 405:24, 428:22, 449:18
**pulls** [1] - 353:20
**punched** [3] - 390:17, 390:22, 428:2
**punches** [1] - 381:2
**purported** [1] - 309:3
**purportedly** [1] - 307:1
**purpose** [5] - 315:24, 374:22, 378:1, 378:2, 463:13
**purposes** [5] - 274:22, 331:1, 345:10, 361:6, 436:19
**purview** [5] - 459:24, 460:25, 462:9, 465:24, 468:23
**push** [18] - 280:6, 280:7, 283:17, 322:7, 322:9, 325:15, 334:23, 336:6, 348:14, 349:13, 349:14, 351:1, 353:23, 353:25, 354:10, 391:18, 424:3, 428:8
**pushed** [5] - 322:20, 323:4, 346:2, 348:14, 354:20, 358:9, 391:1, 396:12, 397:19, 416:19, 416:20, 417:3, 428:4
**pushing** [45] - 280:6, 283:17, 285:25, 286:15, 288:21, 289:3, 289:7, 289:15, 289:17, 290:1, 294:1, 294:3,

505

294:6, 295:1,
303:23, 304:9,
321:17, 321:19,
322:2, 322:9,
322:10, 335:4,
342:9, 343:19,
346:8, 346:17,
347:11, 347:19,
349:12, 350:2,
351:1, 353:18,
353:22, 354:6,
354:11, 390:16,
391:2, 393:25,
394:1, 396:25,
397:4, 404:14,
405:24, 444:4
**putting** [11] - 288:7,
289:11, 357:19,
359:6, 359:11,
375:20, 376:25,
377:7, 385:6,
404:24, 410:21

## Q

**qualifications** [2] -
465:20, 469:5
**qualified** [2] - 468:10,
470:13
**questioning** [3] -
417:15, 435:21,
457:1
**questions** [10] -
282:20, 291:14,
296:5, 298:10,
307:25, 308:1,
369:14, 369:15,
369:16, 416:6
**quick** [1] - 271:10
**quickly** [1] - 454:4
**quieter** [2] - 403:5,
403:9
**quite** [6] - 319:21,
358:14, 386:22,
467:25, 468:12,
473:10

## R

**racks** [1] - 314:15
**radio** [8] - 290:15,
399:9, 399:11,
429:7, 429:10,
431:17, 432:10,
441:12
**raise** [2] - 311:6, 370:9
**raised** [2] - 277:18,
393:22
**raising** [1] - 343:12
**rally** [2] - 418:16,
422:2

**range** [3] - 423:10,
466:16, 468:17
**rarely** [1] - 318:12
**rated** [1] - 422:22
**rather** [5] - 319:19,
323:18, 333:23,
389:8, 463:23
**rating** [1] - 463:20
**rea** [1] - 469:5
**reach** [3] - 323:3,
357:8, 424:22
**reached** [4] - 269:7,
314:24, 339:18,
355:21
**reaching** [5] - 339:24,
340:22, 356:17,
404:21, 459:14
**reaction** [1] - 358:15
**reactions** [2] - 466:16,
466:17
**reactive** [1] - 472:9
**read** [9] - 269:11,
269:12, 273:3,
293:12, 443:24,
465:11, 470:17,
471:15
**reading** [3] - 436:19,
436:20
**ready** [3] - 268:15,
308:12, 479:23
**real** [1] - 399:13
**reality** [1] - 353:3
**realize** [1] - 354:6
**really** [17] - 271:10,
301:10, 334:15,
335:1, 365:11,
399:12, 431:8,
441:9, 441:24,
462:5, 465:11,
468:11, 471:25,
472:22, 473:13,
475:4, 477:9
**realm** [1] - 469:8
**rear** [2] - 398:14,
407:3
**reason** [6] - 283:1,
305:5, 322:23,
335:7, 422:25,
467:15
**reasonable** [1] - 369:1
**reasons** [4] - 305:23,
399:9, 460:19,
475:17
**recalled** [2] - 305:1,
308:20
**receive** [5] - 273:16,
290:20, 291:1,
320:21, 391:19
**received** [4] - 275:9,
282:10, 398:11,

439:18
**receiving** [2] - 290:23,
322:25
**recent** [2] - 434:21,
467:25
**recently** [5] - 434:9,
434:11, 434:18,
436:3, 468:15
**Recess** [3] - 330:13,
369:11, 458:10
**recipient** [1] - 322:13
**reciprocal** [1] - 358:8
**recitation** [1] - 285:2
**recognize** [22] - 277:7,
285:9, 292:17,
332:7, 338:18,
347:4, 349:17,
374:1, 379:5, 386:8,
386:16, 393:6,
393:15, 401:19,
403:14, 406:24,
407:24, 408:3,
409:8, 412:17,
415:2, 433:16
**recollection** [4] -
416:14, 416:19,
457:3, 463:16
**recommended** [1] -
299:14
**record** [12] - 268:6,
269:11, 274:22,
275:1, 275:15,
425:5, 425:11,
425:16, 427:11,
435:10, 435:12,
446:8
**recording** [105] -
269:15, 279:4,
279:6, 281:5,
281:11, 283:4,
283:20, 284:9,
285:6, 285:20,
288:5, 291:12,
292:5, 292:12,
292:15, 293:3,
293:19, 294:15,
294:22, 314:11,
315:10, 315:17,
316:4, 317:17,
318:15, 318:25,
325:19, 326:5,
327:2, 328:14,
328:25, 329:14,
329:24, 331:12,
332:25, 334:1,
335:23, 336:10,
336:22, 337:8,
338:25, 339:5,
341:5, 341:8,
342:15, 344:15,

345:7, 345:21,
349:5, 349:6, 349:9,
352:7, 354:16,
355:2, 356:24,
357:13, 359:2,
359:21, 359:24,
360:10, 361:22,
362:14, 363:21,
364:11, 383:8,
384:4, 384:5, 384:7,
385:1, 386:5,
386:14, 387:12,
388:11, 389:3,
389:18, 390:1,
390:9, 391:6,
401:16, 402:7,
403:12, 403:20,
406:22, 407:12,
407:19, 409:13,
409:23, 410:14,
427:5, 428:19,
431:12, 433:7,
438:19, 440:4,
441:22, 443:9,
445:21, 446:25,
447:13, 448:6,
449:4, 450:12,
450:21, 451:13,
451:25
**records** [2] - 470:17,
470:18
**recounting** [2] -
457:20, 463:5
**recover** [1] - 397:16
**recovery** [1] - 420:5
**recruits** [1] - 312:5
**red** [54] - 277:1,
279:10, 279:16,
279:17, 281:7,
281:13, 281:16,
283:8, 283:9,
283:23, 287:22,
288:7, 288:8,
288:21, 289:21,
301:11, 303:11,
309:21, 316:18,
326:8, 327:5,
328:19, 332:11,
336:14, 336:25,
337:11, 337:21,
339:9, 339:19,
340:16, 342:10,
343:13, 344:8,
344:9, 345:17,
347:10, 347:18,
348:6, 348:9,
349:24, 354:20,
355:11, 357:2,
357:21, 357:22,
359:10, 362:6,

362:17, 364:6,
400:2, 400:3, 408:3,
435:15, 447:21
**red-and-white** [1] -
301:11
**red-and-white-and-
yellow** [1] - 408:3
**Redirect** [1] - 264:8
**redirect** [2] - 308:2,
458:13
**REDIRECT** [1] -
458:17
**reequipped** [2] -
382:1, 440:24
**reference** [1] - 333:10
**references** [1] -
465:23
**referring** [4] - 324:3,
352:12, 457:21,
475:22
**reflect** [1] - 427:11
**reflected** [2] - 460:15,
461:20
**regain** [1] - 381:20
**regarding** [3] -
269:20, 439:18,
472:3
**regardless** [1] -
310:15
**regards** [1] - 389:12
**regroup** [3] - 430:15,
440:16, 453:16
**regular** [2] - 323:11,
323:22, 412:4
**reinforcing** [1] -
310:19
**rejoining** [1] - 381:5
**relate** [2] - 370:6,
474:3
**relates** [2] - 273:12,
463:1
**relation** [5] - 336:16,
337:24, 344:12,
385:17, 400:6
**relationship** [1] -
287:25
**relative** [1] - 388:5
**release** [2] - 469:19,
479:25
**released** [1] - 479:1
**relentless** [1] - 336:7
**relevance** [1] - 438:1
**relevant** [8] - 438:10,
438:13, 461:14,
467:16, 468:7,
468:25, 469:3, 472:2
**reliability** [1] - 309:18
**reliable** [2] - 462:16,
464:12, 467:8
**relied** [1] - 461:5

**relief** [3] - 322:5, 334:25, 335:3
**relieve** [2] - 334:17, 334:18
**relieved** [1] - 391:22
**relive** [1] - 438:12
**reliving** [2] - 457:20, 473:8
**rely** [1] - 309:8
**relying** [2] - 460:2, 466:9
**remainder** [3] - 293:17, 402:5, 428:12
**remains** [1] - 467:6
**remember** [47] - 299:19, 300:19, 301:22, 301:24, 302:20, 302:22, 303:15, 303:16, 305:4, 305:6, 305:8, 305:10, 305:13, 305:17, 305:22, 307:16, 307:20, 313:8, 355:11, 355:19, 355:25, 356:4, 357:5, 375:24, 392:6, 400:9, 406:12, 411:23, 413:11, 414:22, 429:15, 432:20, 434:8, 434:11, 434:14, 435:6, 435:9, 436:8, 436:16, 437:15, 440:22, 448:22, 453:13, 454:24, 455:18, 461:9
**remembered** [2] - 302:18, 436:14
**remembering** [2] - 460:19, 478:3
**remembers** [1] - 476:25
**remind** [2] - 275:12, 458:14
**remove** [3] - 378:8, 378:10, 405:21
**removed** [5] - 381:25, 384:24, 413:24, 440:8, 444:11
**removes** [1] - 444:12
**removing** [2] - 378:5, 378:19
**render** [1] - 323:5
**rendered** [1] - 399:15
**renew** [1] - 309:5
**reorient** [1] - 276:5
**repeat** [2] - 270:7, 427:17

**repeatedly** [3] - 334:7, 349:14, 405:18
**repel** [1] - 387:20
**repelled** [1] - 381:4
**repelling** [1] - 320:15
**repetition** [2] - 457:4, 475:15
**report** [11] - 312:22, 460:15, 460:16, 461:21, 462:8, 463:18, 465:12, 465:22, 466:13, 467:11, 468:22
**reported** [4] - 313:4, 371:22, 371:24, 380:6
**reports** [3] - 455:15, 467:6, 467:7
**represent** [3] - 271:17, 298:11, 402:2
**reprieve** [1] - 341:21
**request** [1] - 272:25
**requested** [1] - 272:19
**required** [4] - 272:25, 366:7, 366:21, 454:20
**requirement** [1] - 309:4
**requirements** [1] - 467:1
**requires** [2] - 462:13, 471:18
**requiring** [1] - 479:20
**resecure** [1] - 352:1
**reset** [1] - 470:6
**resist** [1] - 353:23
**resisting** [3] - 287:13, 324:19, 352:18
**respect** [1] - 308:18
**respond** [3] - 273:7, 371:13, 373:9
**responded** [4] - 313:3, 372:16, 457:11, 457:14
**responding** [2] - 304:7, 422:7
**response** [4] - 312:8, 463:25, 466:15, 466:18
**responsibilities** [1] - 311:23
**responsibility** [1] - 311:23
**rest** [9] - 315:7, 369:2, 384:9, 384:10, 391:9, 391:14, 428:7, 428:9, 469:20
**rested** [1] - 363:8
**resting** [1] - 441:5
**restricted** [1] - 439:20

**retreat** [1] - 381:21
**retreated** [4] - 381:23, 398:14, 408:18, 411:8
**retreating** [2] - 406:10, 407:22
**return** [1] - 367:3
**reverse** [1] - 378:7
**review** [5] - 327:16, 360:2, 386:1, 473:19, 477:3
**reviewed** [12] - 307:12, 313:12, 327:22, 332:8, 347:25, 356:11, 356:14, 406:13, 461:14, 474:11, 474:14, 474:16
**reviewing** [1] - 462:4
**rewind** [3] - 339:3, 449:9, 450:13
**right-hand** [9] - 279:9, 345:17, 395:3, 395:14, 396:1, 396:10, 397:2, 400:1, 409:17
**rightful** [1] - 457:15
**rightfully** [1] - 457:3
**rinse** [1] - 440:25
**riot** [38] - 284:16, 312:9, 312:16, 320:5, 323:9, 323:11, 323:17, 323:22, 324:8, 324:14, 324:25, 354:3, 371:16, 373:12, 373:16, 378:21, 379:9, 379:17, 385:9, 388:17, 388:18, 388:24, 392:4, 392:9, 392:17, 405:23, 408:17, 408:19, 408:21, 410:12, 410:24, 411:2, 411:18, 412:1, 418:5, 424:18, 424:21, 451:16
**riot-control** [1] - 354:3
**rioter** [9] - 350:17, 351:4, 353:18, 353:22, 354:11, 396:2, 396:24, 397:4, 397:18
**rioters** [38] - 278:23, 280:3, 283:17, 287:2, 289:7, 289:19, 290:4, 294:3, 295:1,

303:22, 304:5, 318:5, 325:23, 325:25, 326:14, 331:23, 331:25, 333:16, 333:17, 335:4, 341:21, 344:18, 344:23, 346:8, 349:25, 350:8, 351:15, 352:24, 363:3, 383:17, 391:10, 391:14, 393:2, 397:6, 399:21, 413:25, 414:4, 428:1
**rip** [2] - 392:2
**ripped** [8] - 402:21, 405:14, 408:25, 409:1, 448:18, 448:19, 458:20, 464:2
**ripping** [2] - 392:1, 397:13
**rise** [1] - 309:3
**risk** [4] - 353:17, 354:7, 354:12, 354:13
**robbery** [3] - 475:20, 476:4, 476:14
**role** [1] - 428:6
**room** [3] - 382:2, 385:15, 385:16
**rotate** [2] - 412:14, 442:19
**roughly** [2] - 333:6, 335:18
**rounded** [1] - 401:8
**route** [4] - 366:6, 366:22, 373:5, 380:21
**rule** [2] - 469:25, 470:7
**Rule** [1] - 467:8
**rules** [1] - 467:1
**ruling** [1] - 477:21
**run** [6] - 286:1, 289:12, 315:4, 320:18, 321:8, 406:10
**running** [3] - 384:20, 438:24, 446:22
**résumé** [1] - 468:12

**S**

**safely** [2] - 418:4, 430:20
**sat** [1] - 302:14
**satisfied** [1] - 380:18
**satisfy** [1] - 467:1
**save** [1] - 384:6

**saves** [2] - 384:8, 384:9
**saving** [1] - 384:8
**saw** [18] - 277:15, 299:17, 303:4, 303:7, 314:19, 336:18, 342:3, 342:19, 346:5, 349:12, 350:24, 352:15, 364:19, 428:9, 428:14, 445:24, 456:11, 456:12
**scaffolding** [2] - 430:24, 430:25
**scale** [2] - 415:25, 463:21
**scary** [3] - 295:24, 295:25, 430:10
**scenario** [2] - 353:25, 473:6
**scene** [3] - 308:20, 309:1, 310:20
**scheduling** [1] - 273:4
**Schwager's** [1] - 269:18
**scientific** [3] - 460:21, 462:13, 465:23
**scope** [2] - 460:25, 472:3
**screaming** [11] - 290:15, 402:13, 402:14, 402:15, 403:8, 405:11, 448:8, 448:12, 451:5, 451:6, 453:3
**screams** [1] - 447:15
**screen** [54] - 279:10, 279:19, 279:22, 281:24, 284:12, 285:13, 287:4, 292:24, 293:10, 294:17, 326:9, 328:19, 329:5, 332:10, 335:20, 336:13, 337:1, 339:19, 343:16, 344:8, 345:17, 347:7, 347:16, 349:4, 349:21, 357:19, 357:23, 358:1, 359:6, 361:19, 362:10, 364:8, 383:2, 385:5, 386:8, 386:16, 386:17, 387:5, 387:8, 388:15, 392:25, 396:2, 396:10, 397:3, 398:1, 400:2, 401:6,

401:10, 404:10,
406:1, 408:8, 410:1,
450:15, 450:18
**screenshot** [6] -
278:4, 278:15,
333:4, 393:15,
393:18, 404:23
**screenshots** [1] -
361:6
**scroll** [1] - 400:18
**seal** [2] - 273:12,
273:18
**searched** [1] - 282:13
**second** [21] - 279:5,
281:10, 284:7,
285:5, 285:7,
292:13, 294:13,
328:2, 334:8,
341:10, 382:23,
382:25, 386:6,
388:12, 404:16,
429:25, 433:9,
445:22, 452:18,
457:25
**seconds** [64] - 271:16,
276:23, 276:24,
277:25, 278:1,
281:2, 282:6,
285:19, 286:24,
287:20, 288:4,
289:22, 291:11,
292:8, 293:5,
294:13, 296:13,
325:18, 333:3,
337:6, 337:20,
343:2, 343:8, 345:4,
345:5, 345:22,
359:23, 360:9,
362:3, 362:5,
363:20, 364:3,
383:7, 387:14,
389:20, 390:11,
390:12, 391:4,
398:20, 401:15,
401:20, 403:11,
403:19, 403:25,
404:1, 404:11,
405:6, 406:2,
407:11, 407:14,
407:16, 407:17,
407:18, 409:22,
445:20, 446:7,
448:8, 450:25,
465:14, 471:24,
472:8, 474:3, 475:21
**Secret** [1] - 269:18
**Secretary** [1] - 269:19
**secure** [12] - 352:20,
374:8, 374:14,
374:20, 374:21,

375:11, 375:24,
377:16, 377:19,
377:20, 377:24,
384:18
**secured** [1] - 414:6
**securing** [2] - 375:21,
377:1
**security** [1] - 371:15
**see** [159] - 273:2,
276:10, 279:11,
279:13, 279:16,
279:19, 279:21,
281:7, 281:16,
281:18, 281:21,
281:23, 283:8,
283:11, 283:23,
284:6, 284:12,
285:9, 285:10,
286:12, 287:3,
287:23, 288:9,
288:11, 289:20,
291:19, 292:8,
292:21, 293:10,
293:21, 294:19,
296:15, 299:10,
299:13, 299:16,
301:1, 301:3, 301:4,
302:4, 302:6, 303:8,
303:9, 304:12,
304:16, 308:24,
308:25, 310:12,
310:14, 314:14,
316:8, 316:16,
317:21, 320:1,
326:9, 327:11,
328:3, 328:20,
329:4, 329:11,
329:17, 329:19,
332:11, 332:13,
333:11, 334:8,
336:5, 336:14,
336:25, 337:11,
337:21, 339:1,
339:8, 339:18,
340:13, 341:18,
342:11, 342:19,
343:13, 344:9,
345:10, 346:2,
347:7, 347:10,
348:2, 348:6, 348:8,
348:24, 349:21,
349:23, 350:20,
353:8, 354:23,
357:2, 357:15,
357:20, 359:7,
361:14, 362:5,
362:16, 362:20,
364:5, 369:10,
370:7, 372:5, 374:6,
383:2, 385:5,
386:10, 386:18,

394:4, 394:9,
395:12, 395:14,
396:5, 396:9,
396:21, 396:24,
397:3, 397:24,
398:1, 400:3, 401:3,
401:7, 401:19,
404:4, 404:11,
404:18, 404:23,
405:1, 405:8, 406:1,
406:2, 409:18,
410:7, 413:3,
418:19, 419:23,
428:22, 445:10,
449:6, 449:8,
449:13, 449:14,
449:15, 449:20,
449:24, 450:1,
450:5, 451:15,
452:8, 452:14,
452:20, 452:22,
459:8, 463:6, 480:4
**seeing** [6] - 299:16,
310:10, 400:13,
413:2, 447:19, 472:1
**seek** [1] - 441:14
**seem** [3] - 310:19,
410:23, 465:13
**sees** [1] - 477:10
**segment** [2] - 291:13,
294:25
**select** [1] - 302:8
**self** [2] - 466:10,
469:15
**self-serving** [2] -
466:10, 469:15
**Senate** [3] - 269:15,
269:16, 269:19
**sense** [7] - 323:3,
378:16, 418:14,
424:25, 442:23,
446:6, 453:11
**senses** [1] - 473:6
**sensory** [1] - 443:1
**sent** [1] - 454:17
**separate** [4] - 308:23,
355:24, 426:23,
435:14
**separated** [3] -
427:22, 431:22,
432:1
**separately** [1] -
308:22
**sergeant** [7] - 311:4,
311:20, 311:24,
312:1, 330:6, 331:9,
345:24
**Sergeant** [31] - 311:5,
311:13, 311:17,
315:21, 316:25,

320:1, 327:16,
328:4, 331:16,
332:21, 334:5,
335:17, 336:2,
339:8, 340:10,
341:2, 341:12,
342:18, 345:11,
355:8, 357:2,
358:19, 362:16,
364:5, 364:13,
365:1, 365:20,
367:6, 369:13,
369:19, 407:4
**sergeants** [4] -
365:10, 406:11,
412:11, 413:1
**series** [3] - 269:25,
273:22, 310:5
**serious** [3] - 313:3,
325:4, 398:9
**seriously** [1] - 341:23
**service** [3] - 298:8,
432:7, 453:17
**Service** [1] - 269:18
**serving** [5] - 413:8,
415:22, 463:11,
466:10, 469:15
**set** [3] - 380:5, 426:2,
478:9
**sets** [2] - 350:12,
441:24
**several** [10] - 295:6,
304:24, 309:23,
310:21, 317:5,
342:19, 446:10,
456:10, 463:6,
464:17
**shakes** [1] - 274:5
**shared** [1] - 305:1
**Sherrill** [4] - 435:8,
435:11, 435:13,
435:15
**shield** [77] - 284:16,
286:12, 286:21,
286:22, 287:7,
287:8, 287:9,
288:12, 288:20,
289:22, 319:11,
319:13, 319:15,
320:4, 320:5, 320:6,
320:10, 320:19,
320:20, 320:23,
321:6, 321:17,
321:19, 321:21,
321:22, 322:1,
322:3, 322:6, 322:7,
322:14, 322:15,
322:23, 323:1,
323:4, 323:5, 329:9,
329:19, 334:11,

335:6, 339:12,
340:2, 340:22,
344:20, 344:23,
346:2, 354:20,
355:12, 355:22,
356:8, 356:17,
357:7, 357:8, 358:9,
358:19, 387:24,
388:5, 388:8, 389:9,
390:5, 391:23,
395:14, 395:17,
396:1, 396:12,
396:24, 396:25,
397:3, 397:4,
405:17, 422:13,
422:15, 422:17,
424:8, 447:10, 451:8
**Shields** [1] - 319:8
**shields** [41] - 286:15,
286:16, 287:16,
312:13, 312:16,
319:6, 319:12,
319:16, 319:17,
319:18, 320:13,
320:15, 320:21,
320:22, 321:1,
321:3, 321:11,
321:14, 322:21,
323:8, 333:10,
333:11, 333:17,
333:21, 334:8,
334:10, 334:14,
340:23, 344:19,
346:2, 346:3,
390:14, 424:5,
424:6, 424:7,
424:10, 424:13,
446:3, 446:4
**ships** [1] - 473:25
**shirt** [5] - 313:8,
340:18, 394:13,
408:11, 447:8
**short** [11] - 311:22,
320:4, 330:7,
351:22, 367:8,
406:12, 441:24,
443:6, 460:16,
477:14
**shorter** [2] - 319:19,
320:21
**shortly** [4] - 284:3,
342:8, 439:6, 451:2
**shot** [18] - 332:7,
332:13, 333:2,
337:19, 339:15,
343:5, 347:4,
347:25, 348:24,
349:17, 356:14,
357:15, 394:4,
394:7, 396:7,

508

397:24, 401:3, 473:7
**shots** [1] - 394:21
**shoulder** [4] - 322:19,
425:6
**shoulders** [1] - 344:21
**shouts** [2] - 441:10,
441:11
**show** [10] - 274:24,
275:5, 294:10,
302:11, 307:10,
314:1, 387:7, 427:1,
438:5, 447:3
**showed** [13] - 275:4,
300:18, 302:17,
302:21, 303:19,
315:6, 422:10,
434:22, 435:2,
435:4, 436:7, 452:9,
461:15
**showing** [3] - 302:9,
407:25, 435:11
**shown** [3] - 434:12,
434:16, 434:25
**shows** [6] - 284:3,
309:24, 310:3,
418:24, 438:2, 462:5
**shuttle** [1] - 318:6
**sic** [5] - 331:16,
384:11, 397:2,
437:5, 470:13
**side** [36] - 279:9,
281:14, 281:24,
291:22, 317:12,
317:13, 320:14,
320:20, 336:13,
341:17, 345:17,
347:7, 347:8,
351:23, 380:8,
380:10, 388:6,
388:7, 388:8, 389:9,
390:6, 395:3,
395:14, 396:1,
396:10, 396:18,
397:2, 398:1, 400:1,
409:17, 423:6,
427:22, 432:5, 453:5
**side's** [1] - 323:5
**sides** [2] - 320:12,
375:22
**sideways** [1] - 309:22
**sign** [1] - 314:16
**signage** [1] - 314:19
**significant** [4] -
405:25, 413:13,
423:1
**similar** [7] - 282:1,
320:6, 323:23,
323:24, 354:9,
464:10, 477:6
**similarly** [1] - 459:25

**simply** [11] - 278:15,
282:17, 308:19,
309:3, 372:4, 432:6,
463:10, 463:24,
466:21, 467:18,
469:14
**simultaneously** [1] -
377:9
**single** [2] - 411:12,
426:20
**sink** [1] - 325:11
**sit** [1] - 302:24
**sitting** [3] - 303:2,
406:7, 458:19
**situation** [13] - 296:3,
310:17, 321:6,
325:1, 354:3, 372:6,
399:3, 399:6,
423:15, 424:23,
444:23, 446:22,
477:16
**situations** [2] -
331:21, 420:20
**six** [2] - 371:11,
467:24
**size** [2] - 379:21,
424:20
**skip** [6] - 315:8, 316:2,
318:13, 318:23,
326:2, 335:24
**skipped** [1] - 336:8
**skull** [1] - 405:23
**slamming** [4] -
285:25, 286:15,
289:17, 289:19
**sleeve** [12] - 277:14,
287:4, 288:20,
294:18, 296:22,
301:11, 313:7,
339:21, 394:13,
404:18, 408:11,
410:4
**sleeves** [1] - 397:10
**sliding** [1] - 333:23
**slightly** [3] - 310:20,
393:4
**slow** [1] - 417:15
**small** [1] - 424:19
**smaller** [1] - 424:16
**smash** [1] - 289:11
**smoke** [1] - 441:25
**smoothly** [1] - 478:9
**snap** [1] - 473:10
**snow** [1] - 314:16
**snugly** [1] - 374:12
**SOD** [1] - 372:24
**soldier** [1] - 472:9
**soldier-like** [1] - 472:9
**someone** [23] -
289:15, 293:7,

294:18, 321:18,
323:1, 324:19,
329:18, 338:9,
344:20, 349:13,
353:13, 353:15,
359:7, 424:11,
435:16, 444:12,
460:12, 460:13,
469:4, 477:5, 477:6
**sometimes** [1] - 354:5
**somewhat** [1] -
310:13
**somewhere** [3] -
278:5, 286:3, 472:9
**soon** [2] - 291:8,
470:7
**sorry** [25] - 270:4,
274:12, 280:16,
286:6, 300:24,
302:10, 338:14,
339:1, 341:3, 345:5,
363:22, 369:17,
390:21, 400:24,
403:1, 416:21,
427:3, 427:17,
434:10, 440:15,
452:16, 465:3,
470:3, 472:25
**sort** [40] - 279:14,
279:21, 279:22,
280:5, 281:18,
285:13, 288:8,
293:9, 307:10,
318:20, 320:24,
326:14, 341:21,
343:16, 344:8,
344:24, 345:1,
348:10, 353:25,
354:3, 357:22,
372:7, 373:12,
374:6, 377:6, 385:5,
388:4, 393:11,
396:1, 401:7,
401:12, 404:11,
405:19, 409:17,
460:18, 460:21,
460:23, 462:10,
466:19, 469:13
**sorts** [2] - 280:7,
322:24
**sound** [3] - 383:20,
383:21, 383:25
**sounded** [1] - 372:25
**sounds** [10] - 273:5,
367:12, 368:16,
421:1, 421:25,
426:12, 446:14,
446:18, 455:18,
473:16
**source** [8] - 271:11,

274:17, 309:22,
310:2, 343:24,
386:1, 434:23, 476:9
**space** [8] - 322:5,
322:12, 335:8,
335:11, 350:17,
351:3, 391:1, 444:9
**speaker** [3] - 315:23,
316:15, 316:16
**speaker's** [1] - 316:11
**speaking** [4] - 322:13,
473:13, 474:21,
474:22
**speaks** [2] - 463:23,
474:23
**Special** [1] - 268:10
**specialist** [1] - 268:10
**specialized** [3] -
418:2, 462:13,
465:23
**specific** [19] - 290:4,
301:24, 302:11,
344:2, 399:16,
416:14, 436:7,
439:18, 460:13,
464:23, 465:3,
465:6, 465:7,
465:21, 468:14,
468:25, 473:24,
474:1, 475:23
**specifically** [17] -
294:6, 297:16,
299:23, 301:22,
303:15, 303:17,
312:1, 392:6,
398:22, 400:15,
432:20, 443:5,
455:18, 457:11,
457:12, 465:12,
474:21
**specifics** [1] - 422:24
**speculating** [1] -
461:19
**speculation** [1] -
442:4
**speed** [3] - 285:18,
320:19, 321:9
**spell** [2] - 311:15,
370:17
**spent** [1] - 470:16
**spot** [1] - 286:4
**spray** [32] - 276:2,
277:12, 277:13,
295:14, 299:13,
312:7, 312:8,
312:13, 323:3,
325:11, 342:21,
343:12, 346:14,
350:21, 352:17,
353:2, 353:4, 353:6,

354:22, 358:10,
358:14, 359:18,
407:5, 411:23,
440:13, 442:1,
442:3, 442:7, 445:4,
445:8, 445:24,
445:25
**sprayed** [12] - 278:21,
298:13, 299:4,
299:10, 300:5,
300:25, 301:6,
310:12, 432:12,
440:20, 445:9,
445:12
**spraying** [4] - 276:1,
277:12, 285:24,
300:21
**square** [1] - 404:24
**squeeze** [1] - 399:19
**stability** [1] - 377:21
**stack** [1] - 383:15
**stage** [5] - 315:14,
317:14, 381:21,
381:23, 441:24
**staircase** [1] - 318:4
**stairs** [3] - 381:22,
411:14, 453:21
**stairwell** [1] - 317:14
**stamp** [4] - 297:18,
314:12, 407:17,
421:25
**stand** [6] - 287:16,
314:1, 368:8, 368:9,
437:5, 461:13
**standard** [5] - 269:23,
310:7, 418:21,
419:1, 464:18
**standing** [10] - 287:25,
304:12, 304:16,
304:17, 309:20,
322:19, 356:7,
404:21, 442:17,
477:1
**stands** [1] - 284:4
**Stanley** [2] - 268:18,
298:10
**stare** [1] - 392:22
**stars** [1] - 276:11
**start** [16] - 268:21,
279:2, 281:1,
287:17, 298:12,
326:4, 344:7,
348:24, 349:11,
383:21, 384:4,
396:21, 445:19,
448:8, 450:24,
479:24
**started** [13] - 269:1,
330:19, 346:12,
346:14, 372:22,

372:23, 411:15,
418:7, 418:8,
425:22, 441:7,
443:3, 448:11
**starting** [6] - 268:6,
314:10, 318:5,
326:14, 427:3,
428:18
**state** [3] - 311:15,
370:17, 410:12
**statement** [10] -
306:25, 307:6,
307:10, 307:13,
463:5, 463:14,
463:16, 466:10,
468:20
**statements** [3] -
436:21, 464:9,
469:16
**states** [1] - 466:20
**States** [6] - 268:3,
268:8, 269:17,
269:21, 312:22,
372:17
**stating** [1] - 460:23
**stationed** [1] - 372:1
**stay** [3] - 278:22,
286:10, 398:5
**stayed** [1] - 454:10
**staying** [1] - 325:9
**steal** [2] - 381:2,
392:23
**steel** [2] - 324:1, 324:3
**step** [5] - 308:5, 311:3,
365:21, 369:19,
459:1
**stepping** [1] - 353:12
**steps** [1] - 375:20
**Steven** [5] - 268:3,
268:14, 269:22,
269:24, 460:6
**stick** [2] - 279:21,
478:10
**sticking** [1] - 281:21
**still** [41] - 275:13,
292:17, 310:12,
310:14, 315:5,
320:19, 323:4,
332:7, 332:13,
337:19, 338:20,
339:15, 343:5,
347:4, 347:25,
349:17, 356:14,
363:22, 364:25,
366:19, 383:5,
385:20, 389:7,
393:4, 394:4, 394:7,
394:21, 395:5,
395:12, 395:20,
397:19, 397:24,

399:21, 406:3,
410:23, 445:5,
451:8, 458:14,
465:20, 479:4
**sting** [2] - 325:14,
423:20
**sting-ball** [1] - 325:14
**stipulated** [3] -
269:17, 328:8,
476:21
**stipulation** [5] -
269:12, 269:20,
269:21, 269:22,
476:22
**stipulations** [3] -
269:7, 269:13,
273:23
**stocking** [3] - 341:19,
346:6, 347:19
**stolen** [5] - 399:10,
411:22, 411:23,
412:6, 453:9
**stood** [1] - 365:12
**Stop** [2] - 341:14,
342:9
**stop** [27] - 290:12,
294:1, 314:12,
327:3, 329:25,
340:7, 340:8, 346:5,
346:8, 359:25,
383:9, 386:25,
388:1, 388:12,
400:19, 400:25,
404:2, 409:15,
433:10, 445:20,
445:22, 449:11,
450:22, 452:1,
452:15, 452:18,
452:25
**stopped** [18] - 279:7,
284:10, 285:7,
291:7, 294:23,
325:20, 326:14,
329:25, 342:8,
383:10, 385:2,
388:14, 389:19,
391:7, 401:2,
404:16, 427:10,
446:7
**storm** [1] - 380:19
**story** [2] - 456:24,
473:14
**straight** [1] - 324:16
**straight-on** [1] -
324:16
**strained** [1] - 390:18
**strap** [2] - 377:16,
378:8
**straps** [4] - 374:9,
374:16, 377:1, 378:9

**strategy** [2] - 345:1,
351:7
**streets** [1] - 384:20
**strength** [3] - 389:14,
389:15, 391:17
**stretchy** [1] - 374:9
**strike** [7] - 324:15,
325:2, 379:16,
392:23, 398:8,
398:11, 405:15
**strikes** [1] - 468:5
**striking** [4] - 342:20,
342:21, 346:12,
346:14
**stripes** [5] - 394:15,
397:10, 404:19,
408:12, 410:5
**strobe** [2] - 443:13,
443:16
**stronger** [1] - 463:3
**strongest** [1] - 462:21
**struck** [11] - 322:24,
392:4, 398:7,
402:23, 405:18,
405:22, 416:15,
432:20, 434:16,
435:17, 436:15
**structure** [1] - 443:15
**struggle** [1] - 364:24
**struggled** [1] - 429:2
**struggling** [3] -
449:17, 449:21,
472:14
**stuck** [2] - 290:18,
300:9
**studios** [1] - 269:16
**stuff** [5] - 280:7,
285:25, 304:18,
323:4, 473:8
**stun** [1] - 338:7
**stupid** [1] - 399:1
**style** [1] - 420:4
**subject** [1] - 272:22
**submit** [1] - 269:14
**suboptimal** [1] - 478:7
**subparts** [4] - 297:7,
297:23, 331:2, 361:9
**substance** [2] -
298:15, 458:7
**successful** [2] -
392:2, 397:13
**suck** [1] - 425:4
**sucked** [1] - 333:14
**suddenly** [1] - 466:13
**sufficiency** [1] - 467:6
**sufficient** [2] - 466:8,
468:3
**suggest** [2] - 462:3,
480:6
**suggested** [1] -

273:22
**suggests** [1] - 460:18
**summarizes** [1] -
466:14
**superiors** [1] - 431:15
**supervising** [2] -
311:25
**supervisor** [1] -
353:15
**supervisors** [1] -
354:3
**supplement** [1] -
477:13
**supposed** [1] - 406:8
**surprise** [1] - 310:13
**surprised** [1] - 454:14
**surreal** [1] - 296:2
**surrounded** [1] -
414:3
**survive** [1] - 286:4
**sustain** [2] - 274:25,
437:11
**sustained** [4] -
277:21, 295:19,
347:14, 438:3
**sweater** [3] - 394:13,
408:11, 447:8
**sweatshirt** [1] -
435:15
**swelling** [1] - 414:13
**switch** [1] - 445:17
**swollen** [2] - 415:5,
415:9
**symptoms** [4] -
463:20, 466:2,
466:3, 469:9
**synchronized** [1] -
391:16
**syndrome** [1] - 472:13

## T

**tactical** [4] - 419:7,
419:9, 419:21, 422:6
**tactics** [1] - 323:1
**talks** [2] - 473:5,
475:10
**tardiness** [1] - 330:9
**taught** [2] - 324:24,
475:14
**teach** [1] - 324:14
**teaching** [1] - 312:7
**tearing** [1] - 391:24
**technical** [2] - 462:13,
465:23
**technically** [1] -
299:13
**temporary** [1] - 381:22
**ten** [1] - 321:20
**tend** [1] - 324:15

**tendered** [1] - 469:24
**Tenth** [1] - 421:2
**terms** [2] - 422:24,
471:8
**terrace** [24] - 315:13,
317:13, 380:14,
380:16, 380:22,
381:5, 381:11,
381:15, 381:19,
381:22, 382:2,
387:19, 403:17,
409:10, 411:14,
425:23, 425:25,
426:13, 428:13,
429:16, 430:17,
434:15, 453:19,
453:22
**territory** [1] - 381:20
**testified** [22] - 274:9,
276:1, 295:6,
295:20, 297:19,
302:3, 306:7,
308:25, 340:24,
344:22, 350:7,
352:19, 377:15,
380:6, 381:6,
397:18, 402:23,
426:21, 456:5,
456:14, 460:5, 475:8
**testifies** [5] - 468:1,
468:15, 468:17,
475:10, 479:5
**testify** [14] - 272:21,
272:23, 302:14,
309:1, 309:16,
368:4, 368:21,
460:5, 463:15,
473:17, 477:24,
477:25, 478:22,
478:24
**testifying** [2] - 300:19,
367:20
**testimony** [41] -
269:10, 269:17,
269:18, 272:25,
280:13, 280:17,
284:25, 289:4,
298:12, 303:3,
303:22, 308:5,
313:13, 321:13,
327:15, 330:7,
343:23, 348:19,
360:2, 360:15,
365:25, 369:18,
382:19, 385:25,
401:25, 406:18,
435:22, 437:6,
458:7, 459:2,
461:10, 462:5,
463:4, 465:7,

466:14, 469:14, 472:2, 474:11, 474:14, 476:24, 479:6
**themselves** [1] - 459:12
**theory** [2] - 476:1, 476:13
**thereafter** [1] - 451:2
**therefore** [1] - 418:18
**they've** [2] - 271:20, 479:19
**thigh** [2] - 373:20, 375:16
**thinking** [1] - 367:2
**thinks** [1] - 282:25
**third** [4] - 308:10, 308:21, 309:2, 367:8
**third-party** [4] - 308:10, 308:21, 309:2, 367:8
**three** [5] - 297:19, 301:10, 423:3, 425:5, 467:24
**threshold** [1] - 309:3
**threw** [1] - 286:3
**throughout** [5] - 280:4, 326:24, 346:16, 353:9, 461:20
**throw** [1] - 443:20
**throwing** [1] - 335:11
**Thursday** [5] - 367:18, 367:20, 367:22, 368:20, 479:8
**tie** [1] - 464:19
**tight** [2] - 374:23, 423:7
**tighten** [1] - 374:17
**tightened** [1] - 374:19
**tilted** [2] - 394:8, 394:19
**timing** [2] - 276:5, 286:2
**tip** [1] - 365:13
**tipped** [1] - 314:15
**tire** [1] - 442:21
**tired** [2] - 363:9, 442:18
**today** [30] - 268:24, 269:10, 295:6, 302:9, 302:12, 303:3, 303:22, 304:22, 308:6, 313:7, 313:23, 313:24, 327:15, 342:4, 348:7, 348:19, 366:16, 369:19, 382:19, 386:20, 406:18,

458:19, 459:3, 461:10, 461:16, 462:1, 467:10, 471:13, 478:21, 479:15
**Todd** [1] - 305:12
**together** [6] - 320:17, 320:18, 336:5, 401:24, 470:16
**toll** [1] - 342:2
**tomorrow** [21] - 367:14, 367:15, 367:17, 368:5, 368:8, 368:22, 368:25, 369:1, 471:12, 477:20, 477:21, 477:25, 478:9, 478:14, 478:22, 478:24, 479:4, 479:10, 479:17, 479:24
**tone** [1] - 380:15
**took** [9] - 373:17, 381:21, 397:18, 411:8, 440:19, 440:23, 448:15, 453:21, 454:22
**top** [20] - 276:10, 287:23, 333:11, 333:23, 335:10, 339:9, 341:18, 341:19, 343:13, 356:16, 362:6, 362:16, 364:5, 374:9, 375:21, 376:25, 377:11, 385:5, 398:3, 400:3
**topics** [3] - 312:3, 312:12, 459:19
**Toran** [1] - 305:12
**torn** [1] - 398:17
**torture** [1] - 468:15
**touch** [1] - 387:8
**touching** [2] - 287:9, 287:11
**toward** [5] - 362:17, 380:14, 393:21, 394:19, 444:7
**towards** [22] - 276:10, 281:14, 283:12, 317:3, 317:5, 333:18, 337:13, 339:18, 340:22, 343:16, 355:21, 358:1, 372:23, 373:14, 381:6, 391:9, 400:1, 404:21, 410:17, 422:3, 426:8, 441:10
**town** [2] - 367:22,

368:4
**traditionally** [1] - 461:4
**traffic** [2] - 371:15, 399:12
**train** [2] - 312:6, 324:7, 324:10, 331:21, 354:3
**trained** [8] - 320:10, 323:2, 324:18, 334:14, 371:10, 379:24, 417:21, 417:25
**training** [13] - 300:2, 312:3, 312:4, 320:13, 321:7, 323:8, 323:9, 324:13, 414:6, 417:18, 466:16, 468:10
**transport** [2] - 373:11, 380:13
**trapped** [1] - 392:19
**trauma** [1] - 438:12
**traumatic** [2] - 416:2, 436:11
**traveling** [1] - 422:9
**treatment** [1] - 300:11
**tremendous** [2] - 346:4, 346:20
**trend** [1] - 461:3
**trial** [10] - 282:12, 304:22, 309:6, 368:15, 456:12, 467:5, 467:12, 467:19, 470:6, 476:12
**trials** [2] - 456:14, 474:12, 474:24
**tribute** [1] - 457:23
**tried** [7] - 325:11, 351:5, 353:15, 427:25, 432:24, 433:18, 433:24
**trier** [3] - 459:14, 468:19, 475:13
**troopers** [1] - 380:19
**trouble** [1] - 337:12
**Trump** [3] - 418:15, 421:7, 421:8
**Trump's** [1] - 372:22
**truth** [1] - 307:1
**try** [13] - 290:11, 299:7, 300:3, 303:20, 323:3, 349:14, 368:16, 424:24, 428:6, 435:23, 447:3, 459:7, 479:18
**trying** [40] - 283:12,

285:23, 285:25, 286:2, 286:4, 286:9, 289:11, 291:23, 293:25, 294:1, 295:25, 296:1, 299:8, 306:25, 307:5, 318:6, 318:21, 334:7, 334:16, 339:12, 341:20, 344:18, 344:19, 351:1, 352:20, 353:5, 363:4, 381:2, 392:2, 398:22, 411:9, 431:14, 432:6, 440:15, 441:14, 449:18, 461:12, 473:14
**tunnel** [95] - 271:11, 271:16, 278:21, 278:22, 279:13, 279:14, 281:8, 281:18, 290:13, 291:5, 291:24, 292:1, 295:22, 297:4, 297:19, 299:18, 300:6, 301:8, 302:1, 302:6, 304:9, 304:14, 307:7, 307:22, 309:21, 317:22, 317:25, 318:3, 320:7, 325:6, 325:9, 325:12, 325:24, 325:25, 327:9, 327:10, 328:22, 331:9, 331:22, 338:20, 345:25, 350:11, 350:16, 351:25, 352:1, 352:21, 353:7, 360:7, 360:18, 362:18, 363:2, 363:7, 363:10, 364:21, 364:22, 365:1, 381:15, 382:2, 383:15, 383:18, 385:13, 385:14, 387:2, 387:19, 388:18, 391:10, 392:21, 398:5, 399:18, 401:22, 403:16, 406:10, 407:22, 408:18, 408:22, 409:9, 410:17, 411:8, 411:13, 412:22, 413:23, 414:20, 415:6, 437:18, 441:6, 441:11, 443:18,

444:11, 444:13, 446:12, 453:9, 474:16, 476:10
**turn** [7] - 291:8, 332:14, 362:17, 383:23, 392:20, 393:2
**turned** [4] - 281:14, 309:21, 364:20, 428:14
**turning** [1] - 333:18
**twice** [4] - 384:7, 425:9, 430:21, 470:14
**Twitter** [2] - 437:21, 437:24
**two** [35] - 271:11, 308:25, 314:15, 320:12, 323:12, 323:18, 334:22, 336:6, 342:1, 349:6, 350:12, 355:16, 355:18, 359:3, 367:7, 367:9, 380:13, 380:25, 381:1, 403:2, 409:14, 416:10, 424:15, 426:4, 427:16, 435:13, 444:8, 454:22, 459:8, 461:18, 468:10, 469:17, 470:16
**type** [11] - 309:22, 312:6, 319:16, 320:6, 320:8, 353:6, 372:9, 379:10, 413:2, 440:13, 442:1
**types** [4] - 323:12, 331:21, 414:10, 461:3
**typical** [6] - 272:22, 372:7, 372:8, 374:24, 377:15, 476:20
**typically** [5] - 378:3, 383:25, 384:18, 384:21, 399:3
**Tyrone** [1] - 305:12

## U

**U.S** [1] - 269:19
**unable** [1] - 467:23
**unclear** [1] - 358:14
**uncontested** [1] - 310:21
**undefined** [1] - 466:15
**under** [14] - 273:12, 273:18, 275:13,

340:18, 351:23,
377:16, 458:14,
462:19, 463:12,
465:20, 467:1,
469:5, 474:4, 476:13
**underlining** [1] -
361:6
**underlying** [2] -
270:12, 282:17
**understood** [3] -
391:3, 417:17,
429:18
**undo** [1] - 378:8
**unequivocal** [1] -
477:12
**unfortunately** [1] -
345:2
**unified** [1] - 391:15
**uniform** [7] - 313:6,
372:9, 372:11,
373:7, 418:21, 419:1
**unintentional** [1] -
321:24
**unique** [3] - 376:18,
443:14, 444:23
**unit** [9] - 373:3, 420:5,
422:5, 422:7,
424:12, 425:25,
429:12, 429:13,
430:2
**united** [1] - 432:4
**United** [6] - 268:3,
268:8, 269:17,
269:21, 312:22,
372:17
**units** [3] - 290:17,
334:14, 373:2
**unmovable** [1] -
391:20
**unreal** [1] - 296:2
**unsecure** [2] - 406:8
**unyielding** [1] -
379:16
**up** [136] - 272:16,
273:8, 275:10,
275:22, 276:4,
276:19, 277:5,
278:25, 279:24,
281:21, 284:1,
284:21, 286:3,
288:20, 289:22,
291:10, 293:25,
294:10, 294:19,
300:15, 303:23,
304:10, 304:18,
311:4, 313:15,
314:1, 314:25,
315:3, 317:14,
318:7, 319:8, 325:9,
325:16, 327:6,

327:12, 329:18,
329:21, 330:2,
330:15, 332:4,
332:18, 333:11,
333:12, 333:22,
333:23, 335:9,
335:10, 335:13,
337:5, 338:1,
339:13, 340:4,
340:6, 341:1,
342:13, 342:19,
342:23, 343:3,
343:12, 343:20,
347:1, 347:22,
348:16, 349:15,
352:3, 352:16,
353:2, 355:5, 356:9,
356:10, 356:21,
357:10, 358:16,
359:18, 359:22,
360:11, 363:5,
363:18, 365:11,
368:16, 370:8,
373:3, 373:4, 374:6,
375:8, 379:4,
380:13, 380:16,
381:22, 382:4,
382:22, 385:12,
385:22, 392:12,
392:25, 393:8,
393:13, 394:22,
396:17, 397:22,
399:25, 400:16,
400:17, 401:14,
402:16, 406:9,
406:14, 407:8,
407:13, 409:4,
409:21, 412:7,
413:14, 414:14,
416:9, 420:25,
422:5, 422:23,
425:2, 425:19,
428:7, 428:25,
430:7, 432:22,
433:9, 438:15,
439:6, 442:12,
443:3, 446:15,
452:1, 459:6,
467:10, 473:17,
478:9
**upload** [1] - 282:11
**upper** [7] - 323:25,
361:18, 382:2,
387:19, 394:15,
410:4, 453:19
**upper-body** [1] -
410:4
**upwards** [1] - 453:21
**USAfx** [2] - 282:11,
282:13

**usage** [1] - 320:10

## V

**VA** [1] - 470:17
**vans** [3] - 373:10,
373:13, 380:12
**vantage** [1] - 310:21
**varies** [1] - 448:22
**variety** [1] - 411:22
**various** [5] - 312:3,
312:12, 313:9,
338:4, 455:9
**vastly** [1] - 411:11
**verdict** [1] - 480:2
**verify** [1] - 366:8
**version** [1] - 320:4
**versus** [1] - 355:14
**vest** [4] - 313:7, 313:9,
353:8, 372:13
**vests** [2] - 419:10,
419:11
**via** [2] - 316:9, 411:14
**viable** [1] - 429:14
**viciously** [1] - 464:2
**video** [101] - 271:14,
271:19, 274:24,
275:5, 277:14,
278:14, 278:16,
279:1, 280:2,
280:19, 280:25,
281:5, 281:11,
282:10, 282:11,
283:4, 283:20,
284:9, 284:22,
284:24, 288:5,
288:16, 291:17,
291:19, 292:3,
292:4, 292:18,
293:18, 294:11,
294:15, 297:1,
297:11, 297:17,
299:17, 302:2,
302:8, 302:11,
302:17, 302:20,
303:4, 303:5, 303:7,
303:8, 303:9,
303:14, 308:23,
309:12, 309:15,
309:19, 309:25,
310:2, 314:23,
325:17, 325:19,
326:5, 327:2,
327:13, 331:17,
336:19, 338:2,
342:4, 344:2, 350:7,
350:10, 357:11,
360:14, 361:9,
362:22, 364:19,
364:24, 383:2,

383:8, 385:1,
389:19, 391:7,
391:9, 394:20,
394:21, 400:8,
401:24, 402:6,
402:9, 403:18,
404:4, 406:13,
407:12, 407:19,
409:13, 409:23,
410:14, 431:24,
432:2, 434:22,
434:25, 436:7,
443:24, 447:18,
460:7, 474:17,
474:18
**videos** [13] - 271:11,
271:15, 274:2,
274:17, 308:18,
308:21, 309:2,
309:23, 310:19,
310:21, 350:22,
365:4, 476:22
**view** [7] - 291:22,
354:23, 358:8,
400:23, 403:16,
460:8, 472:6
**viewed** [1] - 456:8
**views** [1] - 474:9
**vigilant** [1] - 445:14
**violence** [5] - 371:15,
373:1, 390:17,
420:22, 421:12
**violent** [5] - 380:21,
405:23, 409:1,
416:1, 421:4
**violently** [2] - 405:20,
408:25
**visibility** [5] - 372:1,
372:2, 372:3,
418:18, 418:23
**visible** [2] - 407:17,
410:21
**visibly** [1] - 450:5
**vision** [6] - 310:13,
423:10, 423:11,
446:5, 459:18
**visual** [82] - 279:4,
279:6, 285:6,
285:20, 291:12,
292:5, 292:12,
292:15, 293:3,
293:19, 294:22,
314:11, 315:10,
315:17, 316:4,
317:17, 318:15,
318:25, 328:14,
328:25, 329:14,
329:24, 331:12,
332:25, 334:1,
335:23, 336:10,

336:22, 337:8,
338:25, 339:5,
341:5, 341:8,
342:15, 344:15,
345:7, 345:21,
349:9, 352:7,
354:16, 355:2,
356:24, 357:13,
359:2, 359:21,
359:24, 360:10,
361:22, 362:14,
363:21, 364:11,
386:5, 386:14,
387:12, 388:11,
389:3, 389:18,
390:1, 390:9, 391:6,
401:16, 402:7,
403:12, 403:20,
406:22, 427:5,
428:19, 431:12,
433:7, 438:19,
440:4, 441:22,
443:9, 445:21,
446:25, 447:13,
448:6, 449:4,
450:12, 450:21,
451:13, 451:25
**voice** [2] - 402:9,
403:2
**voiced** [1] - 429:14
**voices** [1] - 403:2
**vulnerability** [1] -
390:6
**vulnerable** [1] -
431:19

## W

**waive** [2] - 268:20,
269:2
**walk** [1] - 314:24
**walked** [2] - 315:3,
318:4
**walking** [2] - 422:3,
476:9
**walks** [1] - 317:23
**wall** [10] - 319:15,
319:20, 320:19,
334:11, 335:6,
344:20, 344:23,
344:24, 346:2, 346:3
**wants** [3] - 368:3,
369:12, 473:17
**war** [2] - 472:7, 472:8
**warned** [1] - 353:2
**warning** [5] - 315:25,
316:1, 316:9, 317:2,
359:19
**warnings** [1] - 353:5
**warrant** [1] - 480:1

**wash** [1] - 325:11
**Washington** [1] - 370:22
**watch** [8] - 344:2, 348:20, 390:20, 391:4, 392:23, 401:24, 404:5, 427:2
**watched** [19] - 275:22, 279:1, 282:2, 284:24, 294:25, 296:18, 326:13, 343:23, 349:18, 350:22, 358:9, 360:14, 382:20, 398:16, 398:18, 408:4, 408:6, 432:8
**watching** [4] - 303:5, 335:17, 343:10, 406:17
**water** [8] - 299:17, 300:2, 354:9, 399:24, 407:6, 417:14, 440:25
**ways** [1] - 310:18
**weaker** [1] - 354:8
**weapon** [1] - 398:8
**weaponized** [1] - 430:1
**weapons** [4] - 304:18, 323:6, 411:20, 444:24
**wear** [8] - 314:3, 375:10, 377:9, 384:11, 384:14, 384:16, 422:8, 422:15
**wearing** [50] - 279:10, 295:9, 313:5, 313:6, 313:10, 313:22, 313:24, 314:7, 332:11, 335:21, 342:10, 349:24, 359:9, 362:6, 372:10, 372:11, 373:7, 374:4, 375:2, 375:14, 375:17, 376:20, 377:4, 378:1, 378:2, 382:16, 387:2, 394:11, 394:13, 400:3, 410:2, 410:3, 413:17, 413:19, 413:20, 413:22, 418:24, 419:10, 419:11, 419:17, 419:25, 422:5, 423:11, 433:13, 435:15, 454:11, 460:6
**week** [1] - 311:22

**weeks** [3] - 454:22, 454:24
**weighs** [1] - 422:25
**weight** [5] - 289:11, 297:22, 308:18, 391:15, 391:17
**West** [1] - 317:8
**west** [24] - 315:13, 317:13, 380:10, 380:14, 380:16, 380:22, 381:4, 381:15, 381:19, 381:22, 382:2, 387:19, 403:17, 409:10, 411:14, 425:23, 425:25, 426:13, 428:13, 429:16, 430:16, 434:15, 453:19, 453:22
**whereas** [1] - 324:1
**white** [20] - 277:1, 285:13, 287:4, 288:20, 294:18, 295:7, 295:9, 296:22, 301:11, 314:2, 344:9, 394:14, 398:2, 404:18, 408:3, 408:11, 410:4, 421:8, 442:2, 442:14
**whole** [10] - 269:12, 280:4, 290:19, 302:22, 365:12, 398:20, 413:12, 413:17, 414:3, 423:6
**wife** [1] - 470:17
**willful** [1] - 472:9
**WILLIAM** [1] - 311:16
**William** [3] - 264:5, 311:5, 311:16
**willing** [3] - 368:4, 465:17, 478:5
**willingness** [1] - 269:2
**wind** [1] - 322:15
**window** [1] - 470:22
**windows** [2] - 351:9, 351:23
**wise** [1] - 321:18
**wish** [2] - 365:7, 479:2
**withstand** [1] - 319:21
**WITNESS** [29] - 275:14, 286:8, 311:9, 338:5, 338:7, 338:9, 338:12, 355:14, 355:18, 355:21, 355:24, 356:2, 356:4, 365:23, 366:1, 369:21, 370:11,

390:25, 403:3, 403:5, 403:10, 416:9, 416:13, 416:21, 416:25, 417:4, 458:8, 458:16, 459:4
**Witness** [14] - 277:10, 285:12, 292:23, 308:7, 345:14, 348:5, 349:3, 357:18, 361:17, 362:9, 369:22, 404:9, 456:23, 459:5
**witness** [24] - 308:8, 308:12, 311:3, 319:22, 367:9, 367:21, 368:6, 369:8, 370:1, 373:22, 376:5, 378:24, 438:12, 458:2, 461:15, 461:17, 462:6, 462:7, 462:22, 466:24, 473:20, 478:21, 479:8, 479:19
**Witnesses** [1] - 264:3
**witnesses** [11] - 367:7, 367:14, 368:5, 368:20, 368:21, 459:7, 469:19, 479:4, 479:13, 480:5
**woman** [2] - 408:2, 408:3
**wonder** [1] - 466:6
**wooden** [1] - 291:25
**WOODWARD** [53] - 268:18, 271:4, 271:7, 271:13, 271:18, 271:22, 274:12, 274:14, 274:16, 277:20, 278:12, 280:22, 282:9, 282:13, 282:19, 286:6, 288:15, 288:23, 289:1, 289:3, 297:9, 298:5, 300:14, 300:17, 301:14, 301:16, 303:18, 303:21, 306:10, 306:18, 306:21, 307:3, 307:18, 307:19, 307:24, 308:9, 308:14, 311:2, 328:8, 330:10, 330:23, 332:15, 338:14, 347:13, 360:23,

366:3, 366:5, 369:14, 369:23, 382:9, 458:12, 479:16, 480:5
**Woodward** [16] - 268:19, 271:3, 274:11, 278:11, 282:8, 282:25, 297:8, 298:11, 307:5, 328:7, 330:8, 330:22, 360:22, 366:2, 458:11, 479:14
**Woodward's** [2] - 310:9, 310:23
**Woodward...............** [1] - 264:5
**word** [2] - 275:9, 397:10
**workday** [1] - 378:3
**works** [3] - 366:25, 472:11
**worn** [47] - 275:23, 276:7, 277:15, 277:18, 277:23, 313:10, 313:18, 317:4, 327:16, 327:19, 328:9, 332:8, 332:22, 333:4, 335:17, 338:18, 339:15, 340:11, 341:2, 343:5, 343:25, 352:3, 355:8, 356:19, 356:20, 374:21, 382:5, 382:17, 382:20, 382:22, 383:4, 383:12, 383:22, 383:24, 384:3, 384:11, 384:13, 384:14, 406:15, 407:9, 407:25, 438:9, 454:12, 456:8, 462:1, 462:2, 462:4
**worried** [1] - 420:22
**worse** [1] - 434:4
**worth** [1] - 369:23
**woven** [1] - 374:17
**Wow** [1] - 413:11
**wrapped** [1] - 368:16
**wrest** [1] - 392:3
**write** [3] - 437:10, 455:15, 474:6
**written** [1] - 307:11
**wrote** [1] - 436:3

**X**

**Xenakis** [10] - 367:16, 470:13, 470:16, 470:19, 470:20, 471:23, 472:6, 475:22, 477:24, 478:14

**Y**

**y'all** [3] - 418:10, 424:5
**yanked** [1] - 394:22
**yanking** [3] - 392:9, 397:10, 400:10
**year** [1] - 434:19
**years** [5] - 311:22, 370:24, 371:2, 371:11, 377:19
**yell** [3] - 280:8, 319:3, 337:3
**yelling** [14] - 280:3, 280:4, 282:2, 337:4, 337:11, 337:13, 342:19, 343:12, 349:13, 350:1, 350:25, 353:1, 364:20, 442:10
**yellow** [2] - 316:17, 408:3
**yesterday** [11] - 273:23, 274:9, 274:23, 275:22, 275:23, 276:8, 279:2, 295:6, 366:9, 366:15, 366:23
**York** [1] - 457:23
**you-all** [3] - 367:2, 477:18, 480:4
**young** [1] - 432:9
**yourself** [35] - 277:9, 285:11, 292:24, 293:21, 296:19, 319:3, 323:2, 333:7, 341:13, 345:10, 345:13, 347:7, 348:2, 348:4, 348:24, 349:2, 352:10, 352:23, 353:8, 357:15, 357:17, 359:16, 361:14, 361:16, 393:6, 394:4, 395:12, 397:24, 401:3, 404:4, 406:24, 411:21, 424:3, 424:24, 428:22
**yourselves** [2] - 268:5, 368:14

## Z

**zero** [1] - 269:25
**zone** [1] - 472:8