1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

2   _____

3   United States of America,        )  Criminal Action
                                     )  No. 1:21-cr-0040-TNM-8, 9
4                    Plaintiff,      )
                                     )
5   vs.                              )  **Bench Trial  (Day 4)**
                                     )  **Morning Session**
6   Steven Cappuccio, and            )
    Federico Guillermo Klein,        )
7                                    )  Washington, D.C.
                     Defendants.     )  **July 13, 2023**
8                                    )  Time:  9:30 a.m.

9   _____

10       Transcript of <u>Bench Trial (Day 4)</u> - Morning Session
                        Held Before
11              The Honorable Trevor N. McFadden
                    United States District Judge

12

13                  A P P E A R A N C E S

14   For the Government:        **Ashley Akers**
                                **Kaitlin Klamann**
15                              **Laura E. Hill**
                                UNITED STATES ATTORNEY'S OFFICE
16                              FOR THE DISTRICT OF COLUMBIA
                                601 D Street, Northwest
17                              Washington, D.C. 20579

18   On Behalf of the Defendant Steven Cappuccio:
                                **Marina T. Douenat**
19                              FEDERAL PUBLIC DEFENDER'S OFFICE
                                Western District of Texas
20                              727 E. Cesar E. Chavez Boulevard
                                San Antonio, Texas 78206

21                              **Edgar H. Holguin**
                                FEDERAL PUBLIC DEFENDER
22                              Western District of Texas
                                700 East San Antonio, Suite D-401
23                              El Paso, Texas 79901

24

25

```
 1              A P P E A R A N C E S (continued)

 2   On Behalf of the Defendant Federico Guillermo Klein:
                         Stanley E. Woodward, Jr.
 3                       BRAND WOODWARD LAW, LP
                         400 Fifth Street, Northwest
 4                       Washington, D.C. 20001

 5   _____

 6   Stenographic Official Court Reporter:
                         Nancy J. Meyer
 6                       Registered Diplomate Reporter
                         Certified Realtime Reporter
 7                       333 Constitution Avenue, Northwest
 8                       Washington, D.C. 20001
                         202-354-3118
 9
     Proceedings recorded by mechanical stenography.  Transcript
10   produced by computer-aided transcription.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2                                                    PAGE:

3    **Witnesses:**

4    Benjamin Fulp
          Direct Examination, Continued, By Ms. Akers...... 786
5         Cross-Examination By Mr. Woodward................ 875
     Alina Banasyak
6         Direct Examination By Ms. Klamann................ 893

7

8    **Exhibits Admitted:**

9         Government Exhibit 400 series.................... 891
          Government Exhibit 419.......................... 890
10        Government Exhibit 505.1........................ 891
          Government Exhibit 505.3........................ 845
11        Government Exhibit 623.4 through 623.75......... 795

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  Your Honor, this is Criminal

3    Case 21-40, United States of America v. Steven Cappuccio and

4    Federico Guillermo Klein.

5          Counsel, please come forward to identify yourself for

6    the record, starting with the government.

7          MS. AKERS:  Good morning, Your Honor.  Ashley Akers

8    on behalf of the United States.  With me is co-counsel Kaitlin

9    Klamann, Laura Hill; my paralegal specialist Mr. Kyle Clements;

10   Special Agent Jon Comottor and Special Agent Ben Fulp.

11         THE COURT:  Good morning, folks.

12         MS. DOUENAT:  Good morning, Your Honor.

13   Marina Douenat on behalf of Mr. Cappuccio.  Mr. Cappuccio is

14   here, as well as Edgar Holguin and Deedra Alexander, our

15   paralegal.

16         THE COURT:  Good morning.

17         MR. WOODWARD:  Good morning, Your Honor.  Stanley

18   Woodward on behalf of Federico Klein, who is also physically

19   present.  And I suppose I've been remiss in not introducing our

20   paralegal for the week, Graeson Claunch, G-r-a-e-s-o-n

21   C-l-a-u-n-c-h.

22         And I have a preliminary matter when Your Honor is

23   ready.

24         THE COURT:  Go ahead.

25         MR. WOODWARD:  More *Jencks*.  The government produced

1    to us 29 communications from Ms. Mancini this morning, well in

2    advance of the 8:00 a.m. deadline.  And we've had a chance to

3    review that.  And in an effort not to be accused of playing

4    gotcha, I wanted to flag another issue, which is that it's

5    clear Ms. Mancini is communicating with Special Agent Fulp via

6    email.  And we have not received any emails in the *Jencks* that

7    the government provided for Special Agent Fulp.

8         Let me rephrase that.  We have received emails that

9    Special Agent Fulp sent or received.  We did not receive any

10   emails that Special Agent Fulp received or sent with

11   Ms. Mancini, which raises the question of whether there are

12   additional emails.

13        If the only emails we don't have are the emails between

14   Fulp and Mancini, we now have them by virtue of them producing

15   them for Mancini.  But if there are other emails that

16   Special Agent Fulp sent concerning this case -- well, more

17   specifically, concerning the testimony that he's going to give

18   today, the Court can reasonably anticipate that we are going to

19   ask for another *Jencks* order.  And we don't want to draw things

20   out today.  We want to finish today, if possible.  So I'm

21   flagging this for the government, for the Court.

22        And then just for the record, Your Honor, the -- the

23   link messages we received from Special Agent Fulp, they gave

24   rise to the inquiry with Ms. Mancini yesterday.  We didn't get

25   those until Monday.

1          And so I'd love to tell the Court I am -- have read all

2     the discovery that the government has given us well in advance

3     of trial and that I was just sitting on this for some time.

4     The fact is I hadn't reviewed it until yesterday.

5          And so it was in anticipation of Agent Fulp's testimony

6     yesterday that I saw that there were communications with

7     Ms. Mancini.  I wasn't sitting on that, Your Honor.  And so

8     we'd ask -- we'll ask the Court to order after Agent Fulp

9     finishes his testimony for all *Jencks*.  And we want to give the

10    government some notice on that so we're not waiting.

11               THE COURT:  Okay.  Thank you.

12          So I, hopefully, made clear my understanding of the

13    Jencks Act.  I certainly hope the government is taking that

14    into account.  Obviously, you can make a *Jencks* inquiry of

15    Agent Fulp shortly here.  I've seen that done many times, at

16    least across the street.  And it's not -- often feels like a

17    waste of time.  But under these circumstances, perhaps it's the

18    best way to get to the bottom of this situation.

19          So you can certainly do that, and we can proceed

20    accordingly.

21          All right.  Agent Fulp, if I can ask you to retake the

22    stand.  I think we're in the middle of your direct.

23               DIRECT EXAMINATION, continued

24    BY MS. AKERS:

25    Q.  Good morning, Agent Fulp.

1    A.  Good morning.

2    Q.  Let's start with the arrest of Mr. Klein.  Did the FBI

3    eventually obtain an arrest warrant for Federico Klein?

4    A.  We did.

5    Q.  And did the FBI arrest Federico Klein?

6    A.  We did.

7    Q.  As part of the arrest of Mr. Klein, did the FBI seize any

8    items upon arrest?

9    A.  Yes.  Mr. Klein was seized; Mr. Klein's vehicle was seized;

10   and, subsequently, a cellular phone from Mr. Klein's vehicle

11   was seized.

12   Q.  And with that cell phone, were you the seizing agent?

13   A.  I was not.

14   Q.  Do you know who was?

15   A.  Special Agent Comottor.

16   Q.  Did there come a time when you received possession of the

17   seized cell phone?

18   A.  Yes.

19   Q.  Can you explain how that happened.

20   A.  Yes.  So as is often the case when we have a search and/or

21   arrest operation, there's multiple people there with multiple

22   responsibilities.  It's commonplace for the case agent to go

23   with the transport of the subject to where he's going to

24   attempt to conduct an interview; while those who remain behind

25   deal with a search, if one occurred, evidentiary matters,

1    witnesses who may be on the scene, those types of things.

2          So another colleague and I left with Mr. Klein to

3    transport him back to Washington, D.C., to attempt to conduct

4    an interview.

5          Special Agent Comottor and others who were on the arrest

6    team stayed behind, arranged for a tow of the vehicle to our

7    evidence facility.  And then my understanding is after

8    consultation with the then-assigned Assistant United States

9    Attorney, seized the cellular phone, brought it back to our

10   field office.  And then later, when I came back from my

11   interactions with Mr. Klein, getting him interviewed and booked

12   and all those things, I received the phone from Special Agent

13   Comottor.

14   Q.  So fair to say you didn't start the chain of custody with

15   the phone?  Special Agent Comottor did?

16   A.  Yes.

17   Q.  And then who was the next recipient?

18   A.  So it would have been Special Agent Comottor to me, and

19   then I had possession of it for several days while we were

20   waiting for the search warrant to be signed.

21         At that point I drove the phone down to our evidence

22   facility in Manassas, Virginia.  And I turned that phone over

23   to Forensic Examiner Mancini.

24   Q.  And when you turned it over, were there any markings or

25   indicators on it?  Did you have it in a bag or otherwise

1    identified?

2    A.  I don't recall.  It was probably in a bag that was labeled

3    in -- in some form, but I don't remember.

4    Q.  And then after Ms. Mancini did the examination, what was

5    the next step?

6    A.  So at this point, my physical interaction with the phone

7    was done.  My understanding is that once she completed her

8    hands-on part of the phone, she took it to our evidence

9    facility that's across the hall from her office, checked it

10   into evidence for storage, and, to my knowledge, it sat there

11   for two-plus years until it was taken back out of evidence to

12   be brought up here for trial.  That's my recollection of -- of

13   that chain of events.

14   Q.  Were you involved in the facilitation of the extraction to

15   the United States Attorney's Office or to defense counsel?

16   A.  I believe I conveyed a request, if I remember correctly, at

17   the time.  The way it was working is that defense attorneys

18   would make a request to the government.  They would pass that

19   on to me.

20        And then I requested of Examiner Mancini that she make a

21   copy and then place it on a hard drive that I think I got from

22   the defense.  And then once that was done, I retrieved that

23   hard drive and delivered it to the government, to the best of

24   my recollection.

25   Q.  And in your role as a special agent for the FBI, do you

1   have training and familiarity with the procedures for phone

2   extraction?

3   A.   Generally.

4   Q.   To your knowledge, was the phone owned by Mr. Klein and

5   seized by the government in this case properly maintained and

6   extracted?

7   A.   Yes.

8   Q.   And was the facilitation of the evidence to the defense, to

9   your knowledge, and your involvement in that per FBI standard

10  policy and procedure?

11  A.   Yes.  It was per the procedure that had been laid out by

12  the discovery coordination team on how to produce January 6th

13  evidence to defendants.

14  Q.   And when we talk about chain of custody, is that a physical

15  piece of paper?

16  A.   It's documented electronically and physically.

17  Q.   There are two chains of custody?

18  A.   Correct.

19  Q.   Okay.  And they -- they matched?  They coordinate?

20  A.   Yes.

21  Q.   Okay.  Special Agent Fulp, after the CART examiner

22  performed the extraction, did you end up reviewing the

23  extraction for relevant conduct -- or excuse me -- content in

24  the cell phone?

25  A.   Well, there was a step in between.  There was a filter

1    review that occurred prior to my having access to the material.

2    Q.  And can you explaining what you know about that.

3    A.  Sure.  So, again, it's been a minute since I've been

4    through this.  But what I recall the process being at the time

5    was the government would reach out to the defense attorneys,

6    ask them if there was any potentially privileged information on

7    the device.  The defense attorney would state what that might

8    be.

9         That was then passed along the chain somewhere without

10   my knowledge.  If -- I don't recall if all devices or just

11   devices that were flagged as potential -- potentially

12   containing privileged communications -- I don't -- if it was

13   both or -- or one or the other.

14        But in this case, an agent in another field office was

15   chosen to perform a filter review.  As I understand it,

16   Examiner Mancini uploaded a secure copy of the extraction --

17   and this is after the search warrant.  So uploaded a copy of

18   the extraction to our secure review network where it was made

19   available to that agent to review it for any potentially

20   privileged material.

21        Once he was completed with his review and he notified

22   me, the government, and Examiner Mancini, then it was made

23   available to me for review after the privileged -- the taint

24   review, privileged review, whatever you want to call it, was

25   completed.

1    Q.  And once you got possession of that extraction after the

2    filter review, did you scope the phone in any way?

3    A.  Yes.

4    Q.  And can you explain that process, please.

5    A.  Sure.  So in this instance, the phone was -- the extraction

6    of the phone was uploaded to a secure remote virtual desktop

7    that we have to log into the system and -- and begin our review

8    there.  So it's a pretty arduous process when you're dealing

9    with 60-plus gigabytes of data.  That would be millions and

10   millions of pages, like a warehouse full of information.

11        So it takes quite some time to go through this, to

12   review all the contents that was on there, to identify those

13   things that are potentially responsive to the search warrant.

14   What I would then do is apply a tag.  I don't recall what --

15   what my tagging nomenclature was, but I would apply a tag to

16   identify those things that I felt were responsive or of

17   evidentiary value.

18        Certain whole categories of information, like location

19   information or encrypted communications, might have been

20   flagged or individual photos or messages that -- that seemed to

21   be pertinent to the crime being investigated were flagged.

22        At that point, because it was in a secure enclave, I

23   don't have any ability to export anything from there.  I really

24   only have view and flag permissions.  I had to ask Examiner

25   Mancini to -- to, basically, generate a new report of that

1    scoped content.

2    Q.  And in your review of the cell phone when you scoped it,

3    you did find information you believed to be relevant to your

4    investigation of Mr. Klein?

5    A.  Yes.

6              MS. AKERS:  All right.  Let's pull some of those.

7    Can we please pull up Government Exhibit 623.57?

8    BY MS. AKERS:

9    Q.  Do you know what this document is?

10   A.  This is a portion of a Cellebrite extraction report that

11   shows text message conversations between, I think two

12   individuals here; one represented by blue and one represented

13   by green.

14   Q.  And the black box, is that just a redaction of the person,

15   not Mr. Klein, who he was corresponding with?

16   A.  Yes.  So I think what would normally be displayed there

17   would be a phone number and contact info, if something was

18   saved for that number; a name or nickname or whoever it's saved

19   in the phone.

20   Q.  So as we go through these text messages, who is the blue

21   and who is the green?

22   A.  So the blue would be the other party whose phone this is

23   not.  So the green would represent the phone's owner.  The blue

24   would be the other party to the conversation.

25   Q.  All right.  Let's look at this first message.

FULP - DIRECT

1          MS. AKERS:  And if we could just zoom up to the

2    first, perhaps, three.  That's fine.

3    BY MS. AKERS:

4    Q.  What date was this message sent on?

5    A.  December 28th, 2020.

6    Q.  And it was sent to Mr. Klein; correct?

7    A.  Correct.

8    Q.  And what does it say?

9    A.  It says, "Do we have any other chance of winning?"

10          MR. WOODWARD:  Objection, Your Honor.

11          THE COURT:  I'm sorry.  What basis?

12          MR. WOODWARD:  This has not been admitted into

13    evidence, and it's hearsay.

14          THE COURT:  All right.  Well --

15          MS. AKERS:  Your Honor, I would move the admission of

16    the 623 series in their entirety.  They're text messages from

17    Mr. Klein's cell phone.

18          THE COURT:  Okay.  Do you have an objection to moving

19    it into evidence, Mr. Woodward?

20          MR. WOODWARD:  We do have an objection to moving

21    hearsay messages into evidence, yes.

22          MS. AKERS:  Your Honor, these are the defendant's own

23    statements and correspondence.

24          THE COURT:  So are you just objecting to the blue or

25    everything?

1          MR. WOODWARD:  Yes, sir.  We do not object to

2    Mr. Klein's own statements -- well, we understand that

3    Mr. Klein's own statement can be admitted against him.  We

4    object to the admission of statements from out-of-court

5    speakers where the message is being admitted for the truth of

6    the matter asserted.

7          MS. AKERS:  They're not, Your Honor.

8          THE COURT:  So I'm admitting the 623 chain.

9          I understand Mr. Woodward's point, and I think the

10   government's perspective, which I agree with, is the blue

11   messages are kind of putting context into what the defendant is

12   saying.  And so I -- I think it's appropriate to introduce the

13   green messages as statements of a party opponent and blue

14   messages as statements not admitted for the truth of the matter

15   asserted but, rather, to give context to what the defendant is

16   saying, which is admissible, so.

17         MR. WOODWARD:  Thank you.

18         THE COURT:  Over objection, I'm admitting -- is it

19   just 623?

20         MS. AKERS:  And all of its subcomponents, which I

21   believe is 623.4 through 623.75.

22         THE COURT:  Okay.  I am admitting all of those over

23   objection.

24         (Government Exhibit 623.4 through 623.75 admitted

25   into evidence.)

1          MS. AKERS:  Thank you.

2     BY MS. AKERS:

3     Q.  All right.  So let's get back to the messages here.  You

4     had just said that someone sent to Mr. Klein a message that

5     says, "Do we have any other chance of winning?"

6          And what did Mr. Klein respond?

7     A.  Replies, "Sure.  Jan. 6."

8     Q.  And then in response to that, did the other person say,

9     "What happens then?"

10    A.  Correct.  He replies with, "What happens then."

11         MS. AKERS:  Can we please scroll to the next page.

12    BY MS. AKERS:

13    Q.  And then what did Mr. Klein respond on December 29th, 2020?

14    A.  So in response to the question "What happens then?"

15    Mr. Klein answers, "Pence will refuse to certify the election,

16    so it will get kicked into the house where each state gets one

17    vote determined by its legislature.  We would win that by a

18    lot."

19         Followed by, "32-18 I'm thinking."

20    Q.  And then did the other person respond, "Wow!"

21    A.  Yes.

22         MS. AKERS:  We'll scroll down another page.

23    BY MS. AKERS:

24    Q.  And then the person who Mr. Klein is responding with --

25         MS. AKERS:  If we can make that bigger, please.

1   BY MS. AKERS:

2   Q.  Did he say, "Can't he democrats do anything else if pence

3   refuses to verify the election?"

4   A.  Yes.  And I take that "he" to mean "the," being a

5   typographical error.

6   Q.  And what did Mr. Klein respond?

7   A.  Mr. Klein said, "I'd love to see you lounging in one with

8   your heels off and feet up."

9           MS. AKERS:  And if we can go down to the last two

10   messages for Mr. Klein.

11          THE COURT:  What was the exhibit number of this

12   again, Ms. Akers?

13          MS. AKERS:  Sure.  It's 623.57.

14   BY MS. AKERS:

15   Q.  Okay.  And in response, Special Agent Fulp, what did

16   Mr. Klein say here?

17   A.  So he then continued to say, "No."

18          Followed by, "He's the president of the senate."

19   Q.  And "he" referencing who in this context, do you believe?

20   A.  Then-Vice President Pence.

21   Q.  Okay.  Did the FBI locate any information that Mr. Klein

22   was watching the issue of the presidential election and Vice

23   President Mike Pence's actions closely?

24   A.  Yes.

25          MS. AKERS:  And can we please pull up 623.65.

FULP - DIRECT

1    BY MS. AKERS:

2    Q.  Is this another text message conversation between an

3    individual and Mr. Klein?

4    A.  Yes.

5         MS. AKERS:  Can we please make this bigger.

6    BY MS. AKERS:

7    Q.  And the first message starts on what date?

8    A.  This is December 25th, 2020.

9    Q.  And what did the person say to Mr. Klein?

10   A.  So the party in blue said, "Hahah all good.  Yes I'm good.

11   With the fam now.

12        Jan 6 we will see if Pence accepts votes or not.

13   Hearing anything?"

14   Q.  And what did Mr. Klein respond?

15   A.  Replies -- Mr. Klein replies, "No," followed by "Except

16   that it's likely he will refuse to certify and it'll go to the

17   House and we win."

18        MS. AKERS:  Can we please pull up Government

19   Exhibit 623.38.  And if we could please scroll -- if we please

20   scroll to page 4 and make these bigger, please.

21   BY MS. AKERS:

22   Q.  Are you able to read that, or would you like us to make

23   that a little bigger?

24   A.  I think I can see.  I have pretty good eyesight.

25   Q.  And what does Mr. Klein say here on November 11th, 2020?

1    A.  So Mr. Klein leads with "And btw" -- which would mean

2    by the way -- "have you heard how we've got NC GA and AZ?"

3    which I would interpret to mean North Carolina, Georgia, and

4    Arizona.

5         The blue party replied, "I will I just got to call and

6    check on stuff at home."

7         Mr. Klein replies, "Just missing NV PA and MI," likely

8    meaning, Nevada, Pennsylvania, and Michigan.

9         And the other party in blue replies, "Awesome I haven't

10   heard I'm In a bubble."

11        MS. AKERS:  Can we please scroll down to the next

12   page.  And we'll make this bigger.

13        MR. WOODWARD:  Your Honor, we would object to these

14   exhibits on relevance.  This is in November, long before the

15   election has been called, and certainly there's no plans for

16   January 6th at this point.

17        MS. AKERS:  Your Honor, this talks about the

18   defendant's knowledge of the election and voting and his

19   frustration with -- what you'll see is people who aren't living

20   voting, which relates to his later text messages talking about

21   the election fraud and the certification.

22        THE COURT:  Okay.  I think it is relevant, but let's

23   try to get --

24        MS. AKERS:  I'm trying to go as quick as I can.

25   Thank you.

1    BY MS. AKERS:

2    Q.  Special Agent Fulp, can you please read this message.

3    A.  Yes.  So at 7:20 p.m. on November 11, 2020, the other party

4    in the blue box states, "Oh PA I called you because of that,"

5    likely mean Pennsylvania.

6         Followed by, "My dad voted in PA and he's been dead

7    17 years."

8         To which Mr. Klein replies, "Ok keep me appraised and

9    lemme know when you're free."

10        MS. AKERS:  Can we please go to the next page.

11   BY MS. AKERS:

12   Q.  And can you read the last two messages of Mr. Klein.

13   A.  Mr. Klein says, "Get me as much evidence of that as

14   possible.

15        "Screenshot of his having voted would be great."  In two

16   separate messages.

17   Q.  And we're not going to go through all of Mr. Klein's

18   evidence on his cell phone that talks about his watching of the

19   election before it happened, but were there a lot of messages

20   to that effect?

21   A.  Yes.  It seemed to be a topic of primary interest for

22   Mr. Klein.

23   Q.  And, specifically, the presidential election; correct?

24   A.  Correct.

25   Q.  Okay.  Let's now go -- did the FBI locate any information

FULP - DIRECT

1    that Mr. Klein believed the election to be stolen prior to

2    January 6th?

3    A.  Yes.

4            MS. AKERS:  Can we please pull up 623.53.  And if we

5    could just make this bigger.

6    BY MS. AKERS:

7    Q.  Is this a text message between an individual and Mr. Klein?

8    A.  Yes.

9    Q.  And what did the other individual say to Mr. Klein on

10   November 4th, 2020?

11   A.  That individual said, "Trump will win."

12           And Mr. Klein replied, "They're attempting another

13   Florida2000."

14           MS. AKERS:  Okay.  And can we please pull up 623.60.

15   And make this bigger for our viewing eyes.

16   BY MS. AKERS:

17   Q.  What did a person say to Mr. Klein on 11/6/2020?

18   A.  He says, "What's going on?"

19           To which Mr. Klein replied, "We're gonna win it."

20           Followed by, "Already won it.  We're just gonna keep

21   it."

22           MS. AKERS:  And if we could pull up 623.60.  Excuse

23   me.  623.37.

24           MR. WOODWARD:  Your Honor, again, I just have real

25   concerns about the government's insinuation that somebody's

1    interest in the election is somehow proof of motive of actions

2    that occurred in an event that had not been planned.  It's not

3    a conspiracy case, Your Honor.  So messages from months before

4    the incident charged in the indictment are not relevant to

5    Mr. Klein.  It's a bench trial.  I appreciate you can ignore

6    evidence that's more prejudicial than probative, but I want to

7    make a record, sir.

8            THE COURT:  All right.  I don't see how this is

9    prejudicial.  I do think that it's relevant.  I mean, the

10   obstruction charges, they're a scienter heavy one and requires

11   evidence that the defendant knew about the official proceeding.

12   So I think this is -- kind of goes to his understanding of the

13   election, the election process, and his potential intent for

14   subsequent actions.  So I'm overruling the objection.

15           MS. AKERS:  All right.  We're looking at 623.37.  And

16   if we can just make this a little bigger, Mr. Clements.

17   BY MS. AKERS:

18   Q.  And was this from December 3rd, 2020?

19   A.  Yes.

20   Q.  And can you explain what the person said to Mr. Klein?

21   A.  So the other party in blue says, "I've been working at the

22   casino just found out we are going to recount so going back to

23   trade."

24           And then Mr. Klein replies, "We won."

25           MS. AKERS:  Okay.  And if we could please go to page

FULP - DIRECT

1  7 of this text message chain.  And if we could highlight the

2  bottom two messages.

3  BY MS. AKERS:

4  Q.  And what did the person in the blue box say to Mr. Klein on

5  December 3rd, 2020?

6  A.  So the other party in the blue box says, "This is the

7  biggest load of shit ever."

8      And Mr. Klein replies, "What a fucking idiot.  And we're

9  supposed to believe he won."

10      MS. AKERS:  If we could please pull up 623.39.

11  BY MS. AKERS:

12  Q.  And, Special Agent Fulp, I'm not going to read all the

13  pages of every message, but is there other context in these

14  text messages that continues to talk about the election and the

15  claim that it was stolen?

16  A.  Yes.

17      MS. AKERS:  On 623.39, if we could just make this

18  bigger.

19  BY MS. AKERS:

20  Q.  And this is from December 4th, 2020; is that correct?

21  A.  Yes.

22  Q.  And what does Mr. Klein say?

23  A.  So these are three messages sent in about 90 seconds.  The

24  first says, "Hey who wants to go to the Harrisburg PA rally

25  tomorrow?"

1    Followed by, "It would be an imposition for me but trump

2    needs as much support as he can get."

3    And, finally, "I'll be exhausted but I'm still gonna

4    try.  I've also got Catholics for Trump signs for anyone who

5    wants one.  John sorry I didn't get you an evangelicals for

6    trump sight."

7    MS. AKERS:  If we can go to the next page, please,

8    and make those two messages bigger.

9    BY MS. AKERS:

10    Q.  Are these also from Mr. Klein?

11    A.  Yes.

12    Q.  And what does he say?

13    A.  So in the first one it appears that he corrects his typo

14    from the previous one and says, "Sign."

15    Followed by, "Remember this:  if all 74,000,000 Trump

16    supporters were out in the streets like Harrisburg and Atlanta,

17    we could be 100% certain the fraud would be overturned.  So

18    pass this around."

19    MS. AKERS:  If we could please pull up 623.40.  Make

20    these three messages bigger.

21    BY MS. AKERS:

22    Q.  And are these messages from December 14th, 2020?

23    A.  Yes.

24    Q.  And what does Mr. Klein say on that day?

25    A.  Mr. Klein begins with "Strange days man.  Strange days."

```
1    Q.  And what was the response?

2    A.  "What makes you say that?"

3    Q.  And what did Mr. Klein say?

4    A.  Mr. Klein replies with "Stolen election and covid."

5            MS. AKERS:  Can we please go to 623.12.  And make

6    this bigger.

7            THE COURT:  Ms. Akers, on my chart I have 623, 623.1,

8    623.2 and -.3 all intentionally blank.  Are those actually --

9            MS. AKERS:  I think we actually consolidated some

10   messages.  So, yes, they're intentionally blank.

11   BY MS. AKERS:

12   Q.  All right.

13           THE COURT:  All right.  So we're not admitting those?

14           MS. AKERS:  Correct.

15           THE COURT:  Okay.  Thanks.  All right.  You may

16   continue.

17           MS. AKERS:  Sure.

18        Can we please go to 623.20.  And make the messages

19   bigger, please.

20   BY MS. AKERS:

21   Q.  And is this from January 4th, 2021?

22   A.  Yes.

23   Q.  And what does Mr. Klein say?

24   A.  He says, "Dude Brett Baier is dead to me."

25           Followed by, "Did you eat that?"
```

1          MS. AKERS:  And then could we please scroll down to

2    the next page.  And make these bigger.

3    BY MS. AKERS:

4    Q.  And what does Mr. Klein say?

5    A.  Mr. Klein appears to correct himself to say, "Hear?"

6          And then the other party in blue says, "Hear what?"

7          Followed by, "I was asleep."

8          MS. AKERS:  And if we could scroll down to the next

9    message from Mr. Klein.

10   BY MS. AKERS:

11   Q.  What did he respond?

12   A.  Mr. Klein quotes and says, "'No matter what happens,

13   Sen. Hawley, you're not going to challenge results of rye

14   election, right?'"

15         MS. AKERS:  And if we could scroll down to the final

16   page.  Never mind.  That's the end for this one.

17   BY MS. AKERS:

18   Q.  Special Agent Fulp, did the FBI locate any information that

19   Mr. Klein perhaps expected fighting to happen after the

20   election?

21   A.  Yes.

22         MS. AKERS:  Can we please go to 623.54.  And if we

23   could make these three messages bigger.

24   BY MS. AKERS:

25   Q.  On December 29th, 2020, did Mr. Klein send a message to

1    someone?

2    A.  Yes, he did.

3    Q.  And what did he say?

4    A.  He said, "I'm a ground pounder so staying here for the

5    event secession and/or fight."

6        The other party replies, "Okay lol."

7        And then Mr. Klein replies, "If this goes their way then

8    why vote at all."

9    Q.  Were there several messages on Mr. Klein's cell phone about

10   eventual secession and fighting?

11   A.  Yes.

12       MS. AKERS:  Can we please go to 622.68 [sic].  And if

13   we could make the messages bigger here.

14   BY MS. AKERS:

15   Q.  And was this from December 31st, 2020?

16   A.  Yes.

17   Q.  And can you read these messages.

18   A.  So the other party in blue starts with, "to out with

19   [the] old" -- "to out with old and in 2021...like its [sic]

20   1999."

21       Mr. Klein replies, "I'll be doing the 1999 thing on

22   Jan. 6."

23       Followed by, "Tonight I'm just gonna go through the

24   motions.  No idea if 2021 will be good or bad."

25       MS. AKERS:  And can we please go to the next page.

```
1    BY MS. AKERS:

2    Q.  And after he references the January 6th, can you explain

3    what Mr. Klein then says.

4             MS. AKERS:  If we can make these a little bigger.

5    A.  He then says, "Assembling by bug out bag," and some sort of

6    emoji, maybe.

7    BY MS. AKERS:

8    Q.  What does the person respond to Mr. Klein after he's

9    assembling his bug-out bag?

10   A.  A link to a page on Rumble.  And the URL says,

11   "vcalln-expert-witness-claims-he-hacked-into-georgia-runoff-

12   election" --

13            THE COURT REPORTER:  Hold on.

14            THE WITNESS:  I didn't read out the whole URL.  It's

15   from Rumble.com.  And then the substantive portions towards the

16   end says,

17   "vcalln-expert-witness-claims-he-hacked-into-georgia-runoff-

18   election."

19        Followed by, "all quiet here..."

20            MS. AKERS:  Can we please pull up 623.58.  Make these

21   three messages bigger on the first page.

22   BY MS. AKERS:

23   Q.  Was the first message sent January 3rd, 2021?

24   A.  Yes.

25   Q.  And what did that person say to Mr. Klein?
```

1    A.  So the other party in blue said, "I'm so pissed."

2    Q.  And what did Mr. Klein respond?

3    A.  Mr. Klein replied, "At who?"

4          And the other party in blue said, "Guarantee that MPD

5    will unleash the shock troops on the protests."

6          MS. AKERS:  If we can scroll to the second page,

7    please, and make these messages bigger.

8    BY MS. AKERS:

9    Q.  And what did the person respond to -- what did he send in

10   the second message?

11   A.  So the other party in blue said, "The 'back the blue' stuff

12   gets annoying when they follow unconstitutional orders."

13   Q.  And Mr. Klein responded what?

14   A.  Mr. Klein replied, "Yeah the police aren't necessarily on

15   our side."

16          MS. AKERS:  And if we could scroll to the next page.

17   And the first message in blue and then the bottom two in green

18   we'll make bigger.

19   BY MS. AKERS:

20   Q.  And then what did the person respond on January 3rd to

21   Mr. Klein?

22   A.  The other party in blue stated, "We are doomed."

23          And Mr. Klein replied, "No we're not.  This will end

24   well, at least for 4 years."

25          Followed by, "Eventually we're doomed tho."

1      MS. AKERS:  If we could please go to the next page of

2  this exhibit and make those four bigger.

3  BY MS. AKERS:

4  Q.  And after Mr. Klein had said, "Eventually we're doomed

5  tho," what did he say on January 3rd, 2021?

6  A.  Mr. Klein says, "Pence will do the right thing."

7      And the other party in blue replies, "You think it'll be

8  a good 4 years even in Biden steals it!"

9      Mr. Klein replies, "He won't."

10      And the party in blue replies, "Idk man."

11      MS. AKERS:  If we can scroll to the next page.  And

12  make these four messages -- the top two messages bigger.

13  BY MS. AKERS:

14  Q.  And what does Mr. Klein say?

15  A.  Mr. Klein says, "It's in his interest anyway."

16      Followed by, "The GOP establishment senators won."

17      MS. AKERS:  If we could please scroll to the next

18  page.  And make the top three messages bigger.

19  BY MS. AKERS:

20  Q.  What did the other person say to Mr. Klein?

21  A.  The other party said, "We need them."

22      And Mr. Klein replies, "Too many defectors now."

23      Followed by, "Bitch McConell isn't in control anymore."

24      MS. AKERS:  And the next page, please.  If we could

25  make the --

1          THE COURT:  Sorry.  What -- what exhibit is "too many

2    defectors now"?  What exhibit is this?

3          MS. AKERS:  This is 623.58.

4          THE COURT:  And that's on the 3rd?

5          MS. AKERS:  That's on this sixth page.

6          THE COURT:  No.  January 3rd?

7          MS. AKERS:  Oh, correct.

8          THE COURT:  Okay.  Thank you.

9          MS. AKERS:  And could we please scroll to the next

10   page, Mr. Clements.  And highlight the bottom two messages --

11   or excuse me, the bottom three.  Sorry about that.

12   BY MS. AKERS:

13   Q.  And what did the other party say to Mr. Klein on

14   January 3rd?

15   A.  The other party says, "And because of his shit he won't if

16   we lose Georgia."

17        Mr. Klein replies, "Without trump I don't care about

18   Georgia.  I say burn the bitch down."

19        And the party in blue replies, "Liked 'Without trump I

20   don't care about Georgia.  I say burn the bitch down.'"

21   Q.  As part of your review of Mr. Klein's cell phone, did you

22   have the ability to see some of his web history?

23   A.  Yes.

24          MS. AKERS:  Can we please go to 622.12 [sic].  And if

25   we could make the web history box bigger.

1    BY MS. AKERS:

2    Q.  And was this web history visited on January 5th, 2021?

3    A.  Yes.  At 4:27 in the morning.

4    Q.  And based on the Cellebrite report here, can you tell what

5    type of website Mr. Klein visited?

6    A.  Yes.  So this is a URL for The Daily Stormer.

7    Q.  Okay.  And what was the URL title?

8    A.  D.C. Mayor Bringing in National Guard for Wednesday.

9    Q.  Okay.  And that was before January 6th?

10   A.  I'm sorry?

11   Q.  That was before January 6th?

12   A.  This was on January 5th.

13   Q.  And did the FBI locate items on Mr. Klein's phone

14   indicating why he went to the Capitol?

15   A.  Yes.

16           MS. AKERS:  Can we please pull up 623.54.  And make

17   those three messages bigger.

18   BY MS. AKERS:

19   Q.  In December -- on December 29th, 2020, what did Mr. Klein

20   say?

21   A.  Mr. Klein said, "I'm a ground pounder so staying here for

22   the eventual secession and/or fight."

23   Q.  And other person said?

24   A.  "Okay lol."

25   Q.  What does Mr. Klein respond?

1    A.  "If this goes their way then why vote at all."

2          THE COURT:  So is this different than the one you

3    just showed me a few minutes ago?

4          MS. AKERS:  It's sort of a bit duplicative language.

5    Sorry about that.  I'm trying to skip the duplicatives.

6          THE COURT:  This is a separate --

7          MS. AKERS:  Separate exhibit; correct.  Separate

8    conversation.

9          THE COURT:  Got it.  Thanks.

10   BY MS. AKERS:

11   Q.  Special Agent Fulp, as part of your investigation, did you

12   learn what Mr. Klein's job was before January 6th?

13   A.  Did I learn it before January 6th?

14   Q.  Sorry.  Did you learn as part of your investigation what

15   his job was prior to January 6th?

16   A.  Yes.  So prior to and then in the weeks after, just the

17   next few weeks, Mr. Klein was employed at the Department of

18   State.

19   Q.  And did he have a political appointment, to your knowledge?

20   A.  Yes.

21   Q.  And to your knowledge, if the presidency had changed to

22   a different administration, would Mr. Klein have kept his job?

23   A.  I don't know what the actual requirements are.  As I

24   understand it, it is customary for political appointees to

25   submit a resignation.  I don't know if that's mandated or just

1    common practice.

2    Q.  And when Joe Biden was announced President, did Mr. Klein,

3    in fact, submit a resignation?

4    A.  Yes, several -- after January 6th.

5         MS. AKERS:  Can we please pull up 623.18.  And if we

6    could make these messages bigger.

7    BY MS. AKERS:

8    Q.  And the first two messages are from Mr. Klein; is that

9    correct?

10   A.  Correct.

11   Q.  And what does he say -- the first one is unreadable.  But

12   can you see what he says in the second page?

13   A.  Yes.  So the first message is a screenshot that was sent

14   out to somebody.  And then the second one said, "You going?"

15   Q.  And this was on January 5th, 2021; correct?

16   A.  Yes.

17        MS. AKERS:  Okay.  If we could go to the next

18   message, please.  And make these four messages bigger.

19   BY MS. AKERS:

20   Q.  And in response to Mr. Klein saying, "You going?" what does

21   the other person in the blue bubble say?

22   A.  So the other party in blue, "I don't think so man.  I have

23   a lot going on these next few days.  What about you?"

24        Mr. Klein replies, "Today and tomorrow I'm there."

25        Followed by, "As an appointee I really shouldn't be

1    anywhere else."

2         Followed by "Loved" a link that had been shared.

3    YouTube link, it appears.

4              MS. AKERS:  If we could go to 623.19.  And make the

5    first two messages bigger, please.

6    BY MS. AKERS:

7    Q.  And was this also on January 5th, 2021?

8    A.  Yes, at 9:58 in the morning.

9    Q.  What did the other person say to Mr. Klein?

10   A.  So the other party in blue says, "Haha thanks for the DC

11   info, you going?"

12        Mr. Klein replies, "Hell yeah.  I'm an appointee so at

13   this point that's my job."

14             MS. AKERS:  If we can go to the second page, the

15   bottom message, please.

16   BY MS. AKERS:

17   Q.  And what did someone say to Mr. Klein on January 6th,

18   2021?

19   A.  So this message was received by Mr. Klein's phone at

20   4:25:43, and the -- on January 6th, and the comment from the

21   other party was "Freddie sitrep."

22             MS. AKERS:  And then if we go to the next page,

23   please.  And make the first message bigger.

24   BY MS. AKERS:

25   Q.  And what does Mr. Klein respond?

1    A.  Mr. Klein responds, "Alive.  I'm "Ok."

2    Q.  And that's the afternoon of January 6th; correct?

3    A.  Yes, at 4:25 p.m. on January 6th.

4            MS. AKERS:  Okay.  If we could pull up 623.49.  And

5    make these three messages bigger.

6    BY MS. AKERS:

7    Q.  And can you please read these messages.

8    A.  Mr. Klein at 5:43 p.m. on January 6th says, "Freddie

9    Klein."

10           Which is met with a reply by the other person, "Hello

11   Patriot!!!"

12           And Mr. Klein replies, "You're 'Winston' aka Matt."

13   Q.  If we go to the next page, please.  And make these four

14   messages bigger.

15   BY MS. AKERS:

16   Q.  On the afternoon -- or I suppose -- I believe that says

17   2:59 p.m.  Can you read that?

18   A.  I can read the content.  I can't read the date.

19           MS. AKERS:  Mr. Clements, can we just make bigger the

20   first message only so we can see the date.

21   BY MS. AKERS:

22   Q.  Does that say 2:59 p.m.?

23   A.  Yes.

24   Q.  Okay.  And what does Mr. Klein say?

25   A.  So this is 2:59 p.m. January 8th.  Mr. Klein says, "Yo so

FULP - DIRECT

1    you get home ok?"

2            MS. AKERS:  Okay.  And can we please look at the

3    other three messages on this page.

4    BY MS. AKERS:

5    Q.  And what does the other party say to Mr. Klein?

6    A.  So the other party replies, "Yeah, I got home alright &

7    sound."

8            Followed by, "How about you?"

9            And Mr. Klein replies, "Yeah me too."

10           MS. AKERS:  Okay.  And if we could please go to the

11   next page.  And make these four messages bigger.

12   BY MS. AKERS:

13   Q.  And on January 6th, 2021 -- excuse me.  On January 8th,

14   2021, what did Mr. Klein say to this person?

15   A.  So Mr. Klein says, "The worst is yet to come."

16           And the other party replies, "True."

17           Mr. Klein replies, "I feel bad trump punked out on us

18   like that."

19           The party in blue replies, "I saw that.  I didn't see

20   his original speech where he said to march to the Capitol.

21   Some are saying it was vague enough to be interpreted as him

22   saying to go into it.  idk.  But he shouldn't have done that,

23   it was to cover his ass against those that already hate him &

24   hate us."

25               MS. AKERS:  If we can scroll to the next page.  And

1    make these four messages bigger, please.

2    BY MS. AKERS:

3    Q.  And what did Mr. Klein respond?

4    A.  Mr. Klein says, "He said to walk over there and he'd be

5    there with us."

6         Followed by, "True he didn't say to break in."

7         Followed by, "To his credit he tweeted to go home but

8    Twitter deleted those tweets and suspended his account."

9    Q.  Based on the content of these, do you know who the "he" is

10   referencing?

11   A.  I believe he's referencing to then-President Trump.

12   Q.  Okay.

13        MS. AKERS:  If we can go to the next page, please,

14   and make these three messages bigger.

15   BY MS. AKERS:

16   Q.  And on January 8, 2021, what did this other person say to

17   Mr. Klein?

18   A.  The other party says, "Mainstream media are trying to spin

19   this as a coup attempt.  It's like... A guy in a Viking suit &

20   some guy who walked around with a podium & a bunch of people

21   who walked into congressional officers & goofed around are

22   going to usurp the gov't... Right."

23        Followed by, "It was an act of the civil disobedience."

24        Mr. Klein replies, "It was an act of the people against

25   an illegitimate government."

```
1    Q.  And that was on what date?

2    A.  I think that is January 8th, 2021.

3              MS. AKERS:  If we could please go to 623.63.  And if

4    we could go to the second page and make these four messages

5    bigger.

6              THE COURT:  What was the exhibit that last one,

7    Ms. Akers?

8              MS. AKERS:  I believe it was 623.55.  That's not

9    true, Your Honor.  Hold on one moment.  That was 623.49.

10             THE COURT:  Thanks.  That was on January 8th?

11             MS. AKERS:  Correct.

12             THE COURT:  Okay.

13   BY MS. AKERS:

14   Q.  On November 21st, 2020, Special Agent Fulp, can you read

15   what someone said to Mr. Klein?

16   A.  He said, "Very interesting!  I didn't know about the

17   certification-delegates- and possible going to the House for

18   final say."

19             And I can try to read this Spanish, if you'd like.

20   Q.  That's okay.  I don't understand it anyway.

21             And then can you read the next message.

22   A.  The next message says, "Thursday dec 3rd," with, like, a

23   frown emoji at the end.

24             MS. AKERS:  And if we could scroll to the next page

25   and make the two top green messages bigger, please.
```

1    BY MS. AKERS:

2    Q.  And what does Mr. Klein say?

3    A.  So on November 30th Mr. Klein says, "Yeah.  Collecting

4    evidence."

5         And then on December 10th he says, "Today is the big

6    day."

7              MS. AKERS:  And if we could make the last two

8    messages bigger, please.

9    BY MS. AKERS:

10   Q.  And what did Mr. Klein reference in his next message?

11   A.  So the person in blue inquires about what -- what big day

12   it is.

13        And the person -- Mr. Klein in green replies,

14   "Supreme Court."

15              MS. AKERS:  And if we could scroll to the next page,

16   please.  And make these bigger, all four of them.

17   BY MS. AKERS:

18   Q.  And after Mr. Klein says, "Supreme Court," what did he

19   respond to himself.

20   A.  Sure.  So Mr. Klein leads with, "Will decide whether

21   elections matter anymore or not."

22        Followed by, "You've been stuck with fox news too much.

23   They're bad."

24        The party in blue replies, "Yes that is right.  But I

25   thought a decision will also go to Congress."

1        And Mr. Klein replies, "There are two possible yes

2   answers.  That's one, the other yes is that the state

3   legislatures are told to appoint their electors like they

4   should have in the first place."

5            MS. AKERS:  If we could scroll to the next page.  And

6   make the last two messages from Mr. Klein bigger.

7   BY MS. AKERS:

8   Q.  And what did he follow up with?

9   A.  Mr. Klein said on January 10th, "Either way we win."

10       Followed by, "Or the court just says they don't want to

11   overturn an election, in which case I move to WVA and wash my

12   hands of all this."

13           MS. AKERS:  If we could please pull up 623.55.  And

14   make the top two messages bigger.

15   BY MS. AKERS:

16   Q.  December 30th, 2020, what did Mr. Klein say?

17   A.  Mr. Klein says, "Good news is more people are leaning

18   on pence to do the right thing and either only certify

19   the Republican electors of the class tested states or to

20   refuse to certify and kick it into the house where we win

21   again."

22       And the party in blue replies, "Woo boo!"

23   Q.  Special Agent Fulp, did the FBI identify items on

24   Mr. Klein's phone where he acknowledged his presence at the

25   Capitol on January 6th?

```
1    A.  Yes.
2              MS. AKERS:  Could we please go to Exhibit 623.22.
3    And if we could scroll to the second page.  The third page.
4              Actually, can we go to 623.34.  And make these three
5    messages bigger.
6    BY MS. AKERS:
7    Q.  And what date were these messages sent?
8    A.  So this was -- the first one was January 6th, 2021, at
9    4:28 p.m.
10   Q.  And what did it say?
11   A.  Says "Where you @?"
12   Q.  And what did Mr. Klein respond?
13   A.  Mr. Klein responds, "Capitol.  I'm ok."
14            And the other party asks, "Inside??"
15            MS. AKERS:  Okay.  And can we please go to 623.41.
16   And make these three messages bigger.
17   BY MS. AKERS:
18   Q.  And what date was this written on?
19   A.  The first message was read on December -- sorry -- or
20   January 6th at 6:43 p.m.
21   Q.  And what does the first message say?
22   A.  It's a question and it says, "Is the guard out?"
23   Q.  And Mr. Klein responds?
24   A.  Mr. Klein responds, "Yup."
25            Followed by, "In force."
```

1        MS. AKERS:  Can we go to the next page, please, and

2    make all four messages bigger.

3    BY MS. AKERS:

4    Q.  And the other person responds?

5    A.  The other person says, "How about antifa?"

6        Mr. Klein responds, "Nowhere to be seen at all."

7        And the other party replies, "Did you get inside?"

8        Followed by, "You think there's going to be a round 2

9    tomorrow?"

10       MS. AKERS:  And could we scroll to the next page and

11   make the first three messages bigger.

12   BY MS. AKERS:

13   Q.  And after the other person said, "You think there's going

14   to be a round 2 tomorrow?" what did Mr. Klein respond.

15   A.  So Mr. Klein replies, "Tbh I don't think so.  Too few can

16   do this a second time."

17       Followed by, "I hope I'm wrong."

18       Followed by, "Plus who knows what the feds have

19   planned."

20       MS. AKERS:  Can we please go to the next page.  And

21   make the top three messages bigger, please.

22   BY MS. AKERS:

23   Q.  And what did the other person respond to Mr. Klein?

24   A.  The other party replies, "I'm pumped that you guys made it

25   happen."

1          Followed by, "And it did rattle Congress for sure."

2          Followed by, "And trump might get 25thd out."

3               MS. AKERS:  Can we please go to the next page.  And

4     make these three messages bigger.

5     BY MS. AKERS:

6     Q.  Could you read these messages, which were also written on

7     January 6th, 2021.

8     A.  The other party says, "The crackdown after Biden is in

9     office is going to be gnarly though."

10         Followed by, "Hope your face wasn't visible."

11         Followed by, "I'll want to relocate regardless."

12              MS. AKERS:  Could we please go to the next page.  And

13    one more page down.  And make the top three messages bigger,

14    please.

15    BY MS. AKERS:

16    Q.  Were these also written on January 6th, 2021?

17    A.  Yes.

18    Q.  By Mr. Klein?

19    A.  Correct.

20    Q.  And can you please read them?

21    A.  He leads with, "Because his inaction all these years helped

22    create this?"

23         Followed by, "Or just burn this bitch down [again] in

24    general."

25         Followed by, "He will NEVER accept defeat.  I don't know

1    what will happen at this point."

2         MS. AKERS:  Can we please go to the next page.  And

3    one more page.  And can we please make the bottom three

4    messages bigger.

5    BY MS. AKERS:

6    Q.  Can you read the top message, which was written on

7    January 6th, 2021.

8    A.  The top message says, "What i kinda fear is that he's going

9    to be offered a sweetheart deal by the deep state."

10        Followed by, "He doesn't need one."  Sorry.  Mr. Klein

11   replies, "He doesn't need one."

12        And then replies a second time, "And he'll know they're

13   liars anyway."

14        MS. AKERS:  Can we please go to 623.47.  And can you

15   please go to the second page.  And make these four messages

16   bigger.

17   BY MS. AKERS:

18   Q.  What was the date this was written on.

19        MS. AKERS:  Mr. Clements, can you -- can you scroll

20   just -- make one zoomed up just for the date and time purposes.

21   Thank you.

22   A.  So 11:11 p.m. on January 6th, 2021, Mr. Klein says, "Re:

23   AntiFa dressed as trump supporter."

24        Followed by, "Sorry you girls weren't there.  It got

25   ugly tho."

1   Q.  And if we could read the last two messages.

2   A.  The party replies, "Unfreakingbeliable!!!"

3       Followed by, "How bad was it prior to the Capitol

4   break?"

5           MS. AKERS:  And could we please go to 623.26.  And

6   scroll down a couple pages.  There we go.  And could we please

7   make the top four messages bigger.

8   BY MS. AKERS:

9   Q.  And what date was this written?

10  A.  This was on January 7th, 2021, 11:06 a.m.

11  Q.  And can you read what Mr. Klein wrote.

12  A.  Mr. Klein writes, "I just don't know what I'm going to do

13  now."

14      Followed by, "Job is one thing.  Reprisals and

15  retribution is quite another."

16  Q.  And then what did the other person respond?

17  A.  The other party replies, "Frightening.  I think we have to

18  quietly work to make sure that we are supporting only like

19  minded people as much as possible.  Just like getting off of

20  the platforms that are causing all the problems and going where

21  there is more freedom."

22      Mr. Klein says, "All I have is FB and I haven't posted

23  anything in a while.  Instagram too.  Both are underused."

24          MS. AKERS:  And can we please go to the next page.

25  And make the last two messages bigger.

1    BY MS. AKERS:

2    Q.  And can you please read these.

3    A.  Yes.  The other party says, "Keep it that way.  My last FB

4    post was in 2013."

5          Mr. Klein replies, "Looking for work and/or new town is

6    my next biggest concern."

7          MS. AKERS:  Could we please go to 623.28.  And make

8    the top two messages bigger.

9    BY MS. AKERS:

10   Q.  Can you please say what date these were written on.

11   A.  January 9th, 2021.

12   Q.  And what do they say?

13   A.  The other party says, "Many of the ppl who broke the

14   windows were ANTIFA."

15          Followed by, "Disguised as Trumpers."

16          MS. AKERS:  And can we please go to the next page and

17   make the top two messages bigger.

18   BY MS. AKERS:

19   Q.  And were these written by Mr. Klein?

20   A.  Yes.

21   Q.  And can you say what date they were written.

22   A.  January 9th, 2021.

23   Q.  And what did he say?

24   A.  He -- his first reply is, "And many were not."

25          Followed by, "I applaud them."

1          MS. AKERS:  Can we please go to the next page and

2     make the bottom two messages bigger.

3     BY MS. AKERS:

4     Q.  And what did the other person or party say to Mr. Klein on

5     January 9th?

6     A.  The other party says, "But I get their anger."

7          Mr. Klein replies, "Everyone had betrayed them.  Right

8     down to pence even before trump finished his speech."

9          MS. AKERS:  And can we please go to the next page.

10    One more page down.  One more page down.  Thank you.  And can

11    we please make the last three messages bigger.

12    BY MS. AKERS:

13    Q.  And on January 9th, 2021, what did Mr. Klein say?

14    A.  On January 9th Mr. Klein says, "Tyrants."

15    Q.  And the other person responded?

16    A.  "So Congress was the last body."

17    Q.  And Mr. Klein said?

18    A.  "Pence."

19          MS. AKERS:  Can we please go to the next page.  And

20    make these top two messages bigger.

21    BY MS. AKERS:

22    Q.  And what did Mr. Klein say?

23    A.  Mr. Klein says, "VP."

24          And the other party replies, "He would certify and count

25    regardless of the evidence."

1          MS. AKERS:  Can we please go to the next page.  And

2     make all four of these messages bigger.

3     BY MS. AKERS:

4     Q.  And on January 9th, 2021, what does Mr. Klein say?

5     A.  Mr. Klein says, "Yeah and for reasons I can't understand

6     he decided to commit political suicide and betray all of us."

7          The other party replies, "Being beat up by ANTIFA at so

8     many events and cops standing down."

9          Followed by, "It was the tipping point."

10          Mr. Klein replies, "I hope one day I find out what made

11     Pence condemn all of us like that."

12          MS. AKERS:  Can we please go to 623.23.

13          THE COURT:  This is still 623.28, those last ones?

14          MS. AKERS:  Yes, Your Honor.

15          THE COURT:  Okay.

16          MS. AKERS:  Actually, can we please go 623.15.  And

17     if we could scroll, please, to page 6.  And make the top three

18     messages bigger.

19     BY MS. AKERS:

20     Q.  And could you read these for us, Mr. Fulp?

21     A.  The other party said, "They were ready, fuck.  I feel like

22     a fool."

23          Mr. Klein replies, "Who was ready?"

24          The other party says, "The ones who are now on controls

25     of the legislature, the courts, and the media (including

1    social)."

2            MS. AKERS:  Okay.  If we could go to page 9.  And

3    look at the last three messages.

4    BY MS. AKERS:

5    Q.  And this is on January 9th, 2021; correct?

6    A.  Yes, at 12:25 p.m.

7    Q.  What did Mr. Klein say?

8    A.  Mr. Klein says, "People getting banned and/or arrested."

9            Followed by, "Hey so I'm returning some things and doing

10   other stuff but if you still want to meet today tell me when

11   and where."

12           And followed by, "UNLESS you made other plans."

13           MS. AKERS:  And can we look at the message on the

14   next page.

15   BY MS. AKERS:

16   Q.  And can you please read that.

17   A.  Mr. Klein says, "I want you to know I'm returning some

18   stuff I bought for a bug out bag.  Freeze dried food, spark

19   stick, knife, etc."

20   Q.  And did Mr. Klein mention the bug-out bag before January 6

21   too?

22   A.  Yes.

23           MS. AKERS:  Can we please go to 623.14.  And go

24   to page 2.  And make the top -- all four messages bigger,

25   please.

1    BY MS. AKERS:

2    Q.  And was this written on January 13th, 2021?

3    A.  Yes.

4    Q.  And what did the other person say to Mr. Klein?

5    A.  The other party says, "Dude.  I love trump, don't get me

6    wrong."

7            And Mr. Klein replies, "He let us down.

8            "He was what he was.  I don't exactly hate him."

9            And the other party says, "He was the only one who would

10   stick up for us."

11           MS. AKERS:  And if we go to page 4.  And make all

12   four messages bigger, please.

13   BY MS. AKERS:

14   Q.  And other party says to Mr. Klein what?

15   A.  The other party, "3 Supreme Court justices."

16           Followed by, "All very good ones."

17           And, finally, "All of them."

18           And Mr. Klein replies, "All.  Them stabbed trump in the

19   back."

20           MS. AKERS:  Please go to the last page.  And make the

21   very bottom message bigger.

22   BY MS. AKERS:

23   Q.  And was this January 13th, 2021, still?

24   A.  Yes.

25   Q.  And what did Mr. Klein say?

 1    A.  It says, "The system is rigged against us.  I'm done."

 2              MS. AKERS:  Can we please go to 623.35.  And if we

 3    could make this bigger.

 4    BY MS. AKERS:

 5    Q.  What date was this written?

 6    A.  January 6th, 2021.

 7    Q.  And what did the other person say to Mr. Klein?

 8    A.  The other party says, "I'm sure you are at the Trump Rally

 9    I'm DC please stay safe."

10         Mr. Klein replies, "Thanks.  More than you know.  But

11    yeah I'm safe."

12              MS. AKERS:  Can we go to the next page.  And

13    highlight the top two messages.

14    BY MS. AKERS:

15    Q.  And on January 6th, 2021, at 7:53:34 p.m., what did the

16    other person say?

17    A.  7:54:34.

18    Q.  Thank you.

19    A.  The other party replies, "I've been worried all day."

20         Mr. Klein replies, "This ain't over."

21              MS. AKERS:  Can we please go to 623.59.  And can we

22    please make these top messages bigger.

23    BY MS. AKERS:

24    Q.  What's the date here?

25    A.  This is January 10th, 2021.

1    Q.  What did the other person say to Mr. Klein?

2    A.  The other party says, "Wtf is going on."

3         Mr. Klein replies, "The permanent government just stole

4    the election, and now they're gonna clamp down like never

5    before."

6         Followed by, "Especially after Wednesday."

7    Q.  And do you know what day -- what day January 6th was on?

8    A.  It was a Wednesday.

9         MS. AKERS:  Can we please go to 623.30.

10   BY MS. AKERS:

11   Q.  And could we read the top two messages.  And what date was

12   this written on?

13   A.  It was written on -- it was -- I'm sorry.  It was written

14   on January 11th, 2021.

15   Q.  And what did the other person say to Mr. Klein?

16   A.  The other party says, "It was good in that it exposed deep

17   corrupt institutions."

18        Followed by, "And ppl are more active than they have

19   ever been."

20        MS. AKERS:  Can we please go to the next page.  And

21   make all four messages bigger.

22   BY MS. AKERS:

23   Q.  And on January 11th, 2021, can you please say what

24   Mr. Klein wrote.

25   A.  Mr. Klein writes, "Yeah and the stolen election shows how

```
 1    powerful they are."
 2           The other party replies, "Yep."
 3           And Mr. Klein replies, "I will leave the union.
 4           "I will not be stopped."
 5           MS. AKERS:  Can we please go to 623.45.  And can we
 6    please make these messages bigger.
 7    BY MS. AKERS:
 8    Q.  And what date was the first message sent on?
 9    A.  January 10th.
10    Q.  And what did Mr. Klein say?
11    A.  Said, "Resigning tomorrow."
12    Q.  And what did the other person respond?
13    A.  "Why are you resigning?"
14           MS. AKERS:  And can we please go to the next page and
15    see Mr. Klein's response.
16    BY MS. AKERS:
17    Q.  What did he say?
18    A.  He says, "I'm a political appointee and the president had
19    been over thrown, so I have to resign."
20           MS. AKERS:  Can we please pull up 623.44.  And can we
21    make this message bigger.
22    BY MS. AKERS:
23    Q.  Was this written by Mr. Klein?
24    A.  Yes.
25    Q.  What date?
```

1    A.   February 9th --

2    Q.   And?

3    A.   -- 2021.

4    Q.   Thank you.

5         And what did he say?

6    A.   Mr. Klein says, "Anyway the police let them in.  And the

7    other stuff was legitimate anger at an obvious steal,

8    regardless of whether antifa was there or not.  I'll concede

9    that they wanted people on tape committing crimes."

10        MS. AKERS:  Can we please go to 623.66.  And can we

11   please make the top two messages bigger.

12   BY MS. AKERS:

13   Q.   What date were these written on?

14   A.   January 6th, 2021.

15   Q.   And what did the other person say to Mr. Klein?

16   A.   The other party says, "This sucks!"

17        Mr. Klein replies, "Can't believe pence let us all

18   down."

19        MS. AKERS:  Can we please go to 623.49.  Excuse me.

20   We already read that one.  Can we go to 623.27.  And can we

21   please make the top two messages bigger.

22   BY MS. AKERS:

23   Q.   What date was the top message written on?

24   A.   January 9th.

25   Q.   And what did Mr. Klein say?

1   A.  Mr. Klein says, "Can't believe I'm living in this world."

2       The other party replies, "It's a good thing.  Do you

3   know why?"

4       MS. AKERS:  Can we please scroll to the next page.

5   And can we make bigger the top message.

6   BY MS. AKERS:

7   Q.  Mr. Klein responded what?

8   A.  Mr. Klein replies, "secession?"

9       MS. AKERS:  And if we can make the bottom message

10  bigger.

11  BY MS. AKERS:

12  Q.  What was the response?

13  A.  The other party replies, "Trump has finally exposed the

14  deep swamp of corruption for what is it.  Light into the dark.

15  Complacent people are finally becoming more engaged and

16  activated.  People don't get censored, doxxed and de-platformed

17  because they're bad people.  It's because they are a threat.

18  It's sort of a compliment in a twisted way."

19  Q.  If we can go to Mr. Klein's respond in the next page.

20  A.  Mr. Klein replies, "Pence and virtually all the republicans

21  in congress let us down."

22      MS. AKERS:  Can we please go to the next page.  And

23  make -- one more page down, please.  And could we make the

24  middle two messages bigger.

25  ///

1    BY MS. AKERS:

2    Q.  On January 9th, 2021, what did a person say to Mr. Klein?

3    A.  The other party says, "Trumpers won't forget what Pence and

4    others did."

5         And Mr. Klein replies with a like of that comment.

6         MS. AKERS:  Can we please go to 623.28.  And if we

7    could go to -- actually, let's go 623.62.  And if we can make

8    the top three messages bigger.

9    BY MS. AKERS:

10   Q.  What date was the top message written on?

11   A.  January 14th.

12   Q.  Written by Mr. Klein?

13   A.  Correct.

14   Q.  And can you please read these messages.

15   A.  He says, "Wow."

16        Followed by, "So yeah what a complete fraud right up to

17   pence himself.  These people are powerful."

18        Followed by, "Wonder if I'll ever know how they turned

19   him (and when)."

20        MS. AKERS:  And then could we go to 623.32.  And

21   could we please go to the next page.  And can we make the

22   bottom message bigger.

23   BY MS. AKERS:

24   Q.  And what date was this on?

25   A.  January 15th.

1    Q.  Can you please read it.

2    A.  The other party says, "Bad move on Jan 6, but been

3    relatively strong on trumps agenda I guess."

4            MS. AKERS:  Can we please go down to the next page.

5    And highlight the green messages.

6    BY MS. AKERS:

7    Q.  And what did Mr. Klein say on January 15, 2021?

8    A.  Mr. Klein says, "He's a traitor, BECAUSE he's a coward, and

9    feared for his life, and admittedly that of his family

10   (daughter's bf dying like that in Nov)."

11           Followed by, "He let us all down."

12   Q.  And, Special Agent Fulp, we've been going through a lot of

13   messages talking about the election and Vice President Pence.

14   Are there many more messages on Mr. Klein's phone that talk

15   about these topics?

16   A.  Yes.

17   Q.  Were there many messages on his phone that talk about the

18   certification of the Electoral College vote?

19   A.  Yes.

20   Q.  And were -- was there also evidence on Mr. Klein's phone

21   that indicate that he actually was at the Capitol on

22   January 6th?

23   A.  Yes.

24           MS. AKERS:  Can we please pull up 622.3, which is a

25   video.  And before we play, was -- actually, Mr. Clements, is

1    it possible to pull up 622.2 first.  I'm sorry.  622.5, which

2    is not a video message.  And can we make this bigger.

3    BY MS. AKERS:

4    Q.  What is this, Special Agent Fulp?

5    A.  This appears to be a voice mail from March 4th, 2021.  The

6    contact is listed as Mom.

7    Q.  And did this correspond with the voice mail on 622.3 -- I

8    guess I'll pull that up for you and then you can tell me after.

9            MS. AKERS:  Okay.  Can we please pull up 622.3.  And

10   press play.

11           MR. WOODWARD:  I'm sorry, Your Honor.  Objection.

12           THE COURT:  All right.  So 622 series is not in.

13           MS. AKERS:  Your Honor, I also move the 622 series

14   in.  These are just additional items from Mr. Klein's phone.

15           THE COURT:  All right.  Mr. Woodward.

16           MR. WOODWARD:  This is a voice mail from Mom.  So

17   that's going to be hearsay, and we also object on relevance.

18   This is not relevant to the case at all.

19           THE COURT:  All right.  Why is this not hearsay?

20           MS. AKERS:  Your Honor, it's not being used for the

21   truth of the matter asserted, but it is corroborative of

22   statements that Mr. Klein makes in his text messages about

23   being at the Capitol on January 6th.

24           THE COURT:  It looks like that is for the truth of

25   the matter asserted to me.

1           MS. AKERS:  Okay.  We can move on.

2           THE COURT:  Okay.  So I'm sustaining the objection,

3    at least as to that one.

4           MS. AKERS:  Can we please pull up Government

5    Exhibit 623.69.  And if we can make the two top messages

6    bigger.

7    BY MS. AKERS:

8    Q.  And can you please read the two messages.

9    A.  Yes.  So this was an outgoing message from Mr. Klein's

10   phone.  It was delivered on January 28th, 2021.  And Mr. Klein

11   says, "Hey this is Freddie Klein the Trump appointee.  We met

12   on the Mall in DC while Mike Lindell spoke."

13          Followed by, "Hey Vincent.  Rose Quinn from Vdare

14   contacted me in part to ask about AFPAC in Orlando.  I

15   mentioned there'd be a good chance you'd be going.  Her number

16   is 929-502-5201.  She says they know you and would like to

17   discuss."

18          MS. AKERS:  Can we please pull up 623.70 and make the

19   top four messages bigger.

20   BY MS. AKERS:

21   Q.  And was the top message written on February 9th, 2021?

22   A.  Yes.

23   Q.  And what does it say?

24   A.  "Hey Freddie- I just left you a voicemail.  Were you at the

25   Jan 6th protest?"

 1   Q.  Can you read the next message too.

 2   A.  Yes.  The next one says, "We're running a video tonight

 3   with some exclusive footage and I had to look twice at someone

 4   in it.  Don't want to get you in trouble.  The clip is just of

 5   the man standing squinting to see something and wearing a MAGA

 6   hat."

 7   Q.  And then what is the next message from Mr. Klein?

 8   A.  Mr. Klein replies, "What voice mail?  I can't find it."

 9        Followed by, "Rose Quinn from vdare?"

10        MS. AKERS:  Can you please pull up the next

11   page, Mr. Clements.  And make the top, maybe, four messages

12   bigger.

13   BY MS. AKERS:

14   Q.  And can you continue our conversation -- that conversation?

15   A.  Yes.  Rose Quinn says, "Yes!"

16        Mr. Klein replies, "I was told to get on signal because

17   it was secure.  I don't know [what to] extent it is."

18        Followed by, "Do you?"

19        And Rose Quinn replies, "I left a voicemail on this

20   number from the office line.  We're posting video with

21   commentary tonight and we thought we might have recognized

22   you."

23        MS. AKERS:  Can we please go to the next messages on

24   the next page -- excuse me.  The bottom half of the page.  Can

25   we just make this bigger, please.

1   BY MS. AKERS:

2   Q.  And after the person with the blue bubble said, "We're

3   posting video with commentary tonight and we thought we might

4   have recognized you," what did Mr. Klein respond?

5   A.  Mr. Klein responds, "You thought right.  Could you send the

6   frames to me?"

7           Followed by, "I guess not since you haven't released it

8   yet."

9           And Rose Quinn relies, "Ah it's you then.  It's less

10  than a second."

11          MS. AKERS:  Can we please go to the next page and

12  make the top three messages bigger.

13  BY MS. AKERS:

14  Q.  And what did Mr. Klein respond?

15  A.  Mr. Klein replies, "I don't want to slow you down but I've

16  got legal worries of course."

17          "What am I physically doing?"

18          And Rose Quinn replies by sending a video clip embedded

19  in the message.

20          MS. AKERS:  Can we scroll to the next page, please.

21  Excuse me.  Can we scroll -- sorry about that.  Can we make the

22  bottom three messages bigger after she sent the attachment.

23  BY MS. AKERS:

24  Q.  And what did Mr. Klein say?

25  A.  Mr. Klein says, "I'm afraid not.  That's a bad gesture I'm

1     making."

2             Followed by, "You can guess."

3             Followed by a blank message.

4             MS. AKERS:  Can we please go to the next page.  And

5     make the top three messages bigger.

6     BY MS. AKERS:

7     Q.  And what does the person in the blue bubble say?

8     A.  Rose Quinn says, "It's not you?"

9             Followed by, "Sorry!  Omg."

10            Mr. Klein replies, "It is."

11            MS. AKERS:  And can we go to the bottom three

12    messages -- or bottom four messages.

13    BY MS. AKERS:

14    Q.  And what did Rose Quinn respond?

15    A.  Rose Quinn replies, "Oh- a bad gesture?"

16            Mr. Klein replies, "Given the context yes."

17            Ms. Quinn replies, "It looks like you're waving?"

18            And Mr. Klein replies, "Motioning to come over here."

19            MS. AKERS:  And could we please pull up video

20    Exhibit 623.71.

21    BY MS. AKERS:

22    Q.  And before we press play, is 623.71 the link that

23    was embedded in the message between Rose Quinn sent to

24    Mr. Klein?

25    A.  Yes.  So this is the extracted video that was embedded in

1      that message.

2                   MS. AKERS:  And can we please play this,

3      Mr. Clements.

4                   MR. WOODWARD:  Before they do that, I'll note this is

5      another exhibit not provided to defense counsel in advance.

6      It's fine, but I'm increasingly frustrated.

7                   THE COURT:  Okay.  Okay.  Let's -- we can deal with

8      that afterwards, but you can go ahead and play.

9                   (An audio-visual recording was played.)

10                  MS. AKERS:  And can we please pull back to maybe

11     second 1.

12     BY MS. AKERS:

13     Q.  Do you recognize anyone in this video, Special Agent Fulp?

14     A.  I do.

15     Q.  Who do you recognize?

16     A.  Mr. Klein.

17     Q.  And was that the video that he identified himself in?

18     A.  Yes.

19     Q.  And what does he appear to be doing here?

20     A.  In the totality of the video, he appears to be waving out

21     to the crowd, beckoning towards where he was.

22                  MS. AKERS:  Can we please pull up Government

23     Exhibit 505.3.

24     BY MS. AKERS:

25     Q.  And before we play this exhibit, can you tell where this

1    was taken?

2    A.  Yes.  So this is the lower west terrace.  And right in

3    front of us, what we see is the stairwell that's leading up

4    towards the tunnel or the lower west terrace exterior door.

5            MS. AKERS:  If we could please play until 7 seconds.

6            (An audio-visual recording was played.)

7    BY MS. AKERS:

8    Q.  And do you see anyone in this video who -- that you

9    recognize?

10   A.  I do.  Circling in the green bubble, that's Mr. Klein.

11   Q.  Is he in the middle of the screen wearing a green jacket

12   and a red hat?

13   A.  Correct.

14           MS. AKERS:  Can we continue playing this

15   Exhibit until 12 seconds.

16           (An audio-visual recording was played.)

17           MS. AKERS:  Your Honor, we move to admit 505.3.

18           THE COURT:  Mr. Woodward.

19           MR. WOODWARD:  Yes, sir.  Lack of foundation.

20           THE COURT:  Overruled.  I think there's foundation

21   here.  I'm admitting 505.3 over objection.

22           (Government Exhibit 505.3 admitted into evidence.)

23           MR. WOODWARD:  Your Honor, just to make a clear

24   record, the agent -- we appreciate the Court's position the

25   agent doesn't have to be there to authenticate the video, but

1    there would need to be indicia of reliability.  And this agent

2    is not comparing this video -- for example, CCTV footage, which

3    the government has done in the past -- nor has this agent

4    opined on the source of this video and how it was collected.

5    So we understand the Court's position.  Just want to make a

6    record.

7            THE COURT:  It looks to me like that was just a video

8    of the video that was on the defendant's cell phone just from a

9    different angle -- right? -- of the same example of the

10   defendant gesturing.  Is that your understanding, Agent?

11           THE WITNESS:  I would need to watch them again side

12   by side, Your Honor.  But I understand it does capture the same

13   moment as what was on Mr. Klein's phone.

14           THE COURT:  All right.  So the objection is

15   overruled.

16           You may continue, Ms. Akers.

17   BY MS. AKERS:

18   Q.  Agent Fulp, have you actually reviewed CCTV footage that

19   we've matched up with this exhibit as well?

20   A.  Yes.

21   Q.  After Mr. Klein did the waving motion, what did he do next?

22   A.  He went into the tunnel.

23           MS. AKERS:  Can we please pull up 301.1.

24   BY MS. AKERS:

25   Q.  And while we're doing that, Special Agent Fulp, did

1    Mr. Klein actually go into the tunnel on more than one occasion

2    on January 6th?

3    A.  Yes.

4    Q.  How many times did he go in?

5    A.  I don't recall the exact number.  It was at least two.

6         MS. AKERS:  Can we please go to 2:42:51.  And we'll

7    just play for 10 seconds.

8         (A video recording was played.)

9         MS. AKERS:  And we've stopped at 2:43:01.

10   BY MS. AKERS:

11   Q.  Is there anybody that you recognize in this footage?

12   A.  So the man in the red hat and the green jacket that I'm

13   circling in green, that's Defendant Klein.

14   Q.  Okay.

15        MS. AKERS:  And if we could please play for

16   30 seconds.

17        (A video recording was played.)

18   BY MS. AKERS:

19   Q.  And did you see Mr. Klein make it to the front of the

20   line?

21   A.  I did.  He's now towards the bottom of the frame where I've

22   circled in green.

23        MS. AKERS:  Can we please pull up 411.

24   BY MS. AKERS:

25   Q.  Have you had the opportunity to sit through most of this

1    trial, Special Agent Fulp?

2    A.  Yes.

3    Q.  And have -- were you paying attention to the video exhibits

4    that were shown during the course of trial?

5    A.  Yes.

6    Q.  Were you able to identify Mr. Klein on those video

7    exhibits?

8    A.  Yes.

9              MS. AKERS:  Can we please go to 2:43:53, and could we

10   just play until 2:43:57.

11             (An audio-visual recording was played.)

12   BY MS. AKERS:

13   Q.  Are you able to identify Mr. Klein?

14   A.  I am.  So it's a very crowded scene, but Mr. Klein is in

15   the red hat, the middle left-lower portion where I've circled

16   with the green.

17   Q.  And this is 2:43:57 p.m.  Is this his first entry into the

18   tunnel?

19   A.  Yes.

20             MS. AKERS:  Can we please pull up Government

21   Exhibit 507.  And can we please play to 32 seconds.

22             (An audio-visual recording was played.)

23             MS. AKERS:  And can we please go forward a few

24   frames, Mr. Clements.  I suppose back a few frames.  Sorry

25   about that.

 1    BY MS. AKERS:

 2    Q.  Special Agent Fulp, can you recognize anyone in Government

 3    Exhibit 507?

 4    A.  I can see Mr. Klein on the right edge of the screen with

 5    the red hat.

 6    Q.  And does this video show his first entry into the tunnel?

 7    A.  Yes.

 8          MS. AKERS:  Can we please go to Government

 9    Exhibit 409.

10          And, Your Honor, these exhibits all go to Count 17.

11          THE COURT:  All right.

12          MS. AKERS:  Can we please pull 409 to 2:45:08 and

13    then just play until 2:45:14.

14          (An audio-visual recording was played.)

15    BY MS. AKERS:

16    Q.  Are you able to identify anyone in this exhibit?

17    A.  I am.  So through the plexiglass with the red hat, the face

18    that you can see there in the center of the frame that I've

19    circled in green, that's Mr. Klein.

20    Q.  This is 2:45:14 p.m.?

21    A.  Correct.

22          MS. AKERS:  Okay.  Can we please pull up Government

23    Exhibit 428.

24    BY MS. AKERS:

25    Q.  When you were in trial, do you recall hearing testimony

1    about officers yelling move back, move back when they were in

2    tunnel?

3    A.  Yes.  I recall Sergeant Bogner.

4           MS. AKERS:  Can we please go to 2:46:50 and just play

5    8 seconds.

6           (An audio-visual recording was played.)

7    BY MS. AKERS:

8    Q.  Do you recognize anyone in this footage?

9    A.  Yes.  So you can see the top of Mr. Klein's head where I've

10   circled in green wearing the red hat.

11          MS. AKERS:  Okay.  And can we please continue

12   playing.

13          (An audio-visual recording was played.)

14          MS. AKERS:  Stop, please.

15   BY MS. AKERS:

16   Q.  Do you recognize anyone in this footage?

17   A.  I do.

18   Q.  Can you circle.

19   A.  So in the frame immediately before that, you could see

20   the red hat a little bit better.  But where I've circled in

21   green on the upper right portion of the screen, that's

22   Mr. Klein.

23   Q.  And did he appear to comply with officers' repeated

24   commands to back up?

25   A.  He was not backing up.

FULP - DIRECT

1    Q.  Do you hear what the rioters are chanted at this time?

2    A.  I was listening more to the officers.

3    Q.  No problem.

4    A.  I would have to hear it again.

5          MS. AKERS:  Can we please go to -- excuse me --

6    428.2.  And could we go to 2:52:30.  That's impossible because

7    it starts at 2:53.  Is this 420?  Okay.

8          Can we please play this video.

9          (An audio-visual recording was played.)

10         MS. AKERS:  Please stop.

11   BY MS. AKERS:

12   Q.  We stopped at 2:54:10.  Were you able to see Mr. Klein's

13   mouth moving during that clip?

14   A.  I was.

15   Q.  Any way you could tell what he was saying?

16   A.  It sounded to me like something fucking job.

17         MS. AKERS:  Can we continue playing.

18         MR. WOODWARD:  Sorry, Your Honor.  Objection and move

19   to strike.  Best evidence rule.

20         THE COURT:  Overruled.

21         (An audio-visual recording was played.)

22         MS. AKERS:  Can we please stop.

23   BY MS. AKERS:

24   Q.  At 2:55:26 is where we stopped.  What just happened here?

25   A.  So an individual in the bottom right -- or that I've

1    circled in the green jacket, red hat, Mr. Klein, appeared to

2    reach for something that appeared to be in possession of law

3    enforcement.

4    Q.  And what did the officer respond?

5    A.  Something to the effect of "Get your mother-fucking hand

6    back," or something like that.

7               MS. AKERS:  Can we please pull up Government

8    Exhibit 409.  Actually, can we please pull up 420.  Thanks,

9    Mr. Clements.  And could we go to 2:55:24.  And we'll start at

10   2:55:23.

11              (An audio-visual recording was played.)

12              MS. AKERS:  Can we please pause.

13   BY MS. AKERS:

14   Q.  And was that the grab that you were just referencing?

15   A.  Yes.

16              MS. AKERS:  Can we just go frame by frame,

17   Mr. Clements, until I tell you to stop.

18         And we'll stop there.

19   BY MS. AKERS:

20   Q.  Do you see Mr. Klein's hand here?

21   A.  I do.  It's in the top middle of the screen.

22              MS. AKERS:  Okay.  And can we please continue to go

23   frame by frame.

24         And we'll stop.

25   ///

1    BY MS. AKERS:

2    Q.  And what does Mr. Klein appear to be doing now?

3    A.  So it was in the top middle of the screen.  It's now in the

4    lower middle of the screen where I've circled in green.  He

5    appears to be reaching for something.

6    Q.  And this is the second reach after the first reach we just

7    watched on other body camera; right?

8    A.  Yes.  This is a subsequent reach.

9          MS. AKERS:  And can we please continue going frame by

10   frame.

11         And can we please stop.

12   BY MS. AKERS:

13   Q.  And what do you see here, Special Agent Fulp?

14   A.  So Mr. Klein, where I've circled in green in the upper

15   middle portion of the screen, his hand was previously empty.

16   And after he reaches for something, it now appears to contain a

17   light-colored cylindrical object, like a pole or something like

18   that, where I've circled at the bottom middle of the screen in

19   green.

20         MS. AKERS:  Can we please play until 2:55:45.

21         (An audio-visual recording was played.)

22         MS. AKERS:  Can we play another second.

23         (An audio-visual recording was played.)

24         MS. AKERS:  Can we just keep continuing playing,

25   Mr. Clements.

1          (An audio-visual recording was played.)

2          MS. AKERS:  All right.  We'll pause there.  And we

3    paused at 2:55:57.

4    BY MS. AKERS:

5    Q.  Special Agent Fulp, can we please look now at Exhibit 429.

6          MS. AKERS:  And can we please go to 2:57 -- 2:57

7    we'll go to.

8    BY MS. AKERS:

9    Q.  Were you in the courtroom when Sergeant Bogner testified?

10   A.  Yes.

11   Q.  And do you recall him testifying about this video where he

12   was yelling:  Don't hurt her.  Move back, something to that

13   effect?

14   A.  Yes.

15   Q.  Are you able to identify Mr. Klein in this footage at this

16   time?

17   A.  Yes.  So just below this officer's helmet where I'm

18   circling in green with the red hat, green jacket, and blue

19   shirt underneath, that's Mr. Klein.  You can see his -- side of

20   his face is here.

21          MS. AKERS:  Can we please pull up Government

22   Exhibit 428.  And could you go to 2:57:30, please.  And play

23   until 2:57:41.

24          (An audio-visual recording was played.)

25          MS. AKERS:  Could you please go forward a few frames.

1           Can we please stop.

2    BY MS. AKERS:

3    Q.  Are you able to recognize anyone in this footage?

4    A.  Yes.  So under this officer's gas mask, in the green jacket

5    and the red hat -- or perhaps in gold and green in the middle

6    of the screen, is Mr. Klein.

7    Q.  Is this 2:57:42; right?

8    A.  Yes.

9           MS. AKERS:  Can we please play.

10          (An audio-visual recording was played.)

11          MS. AKERS:  Can we please pause.  We paused at

12   2:58:21.

13   BY MS. AKERS:

14   Q.  Is Mr. Klein at the front of the police line here?

15   A.  Not in this particular frame, but in the frames you could

16   see before, yes, he was at the front of the police line.

17          MS. AKERS:  Can we please pull up Government

18   Exhibit 501.

19          And, Your Honor, we've looked at various clips in 501.

20   There's a 5-minute period where Mr. Klein appears the

21   whole time and this -- and he's pushing.  Can I play the

22   5-minute period or just play certain clips of it?  We haven't

23   watched this full thing, but we have watched little segments of

24   it.

25          THE COURT:  All right.  So it will be helpful if we

1    focus in on the parts that are relevant to the counts.

2              MS. AKERS:  Okay.  This is just sort of a continual

3    push for 5 minutes.  So it is all relevant, but I realize a

4    5-minute clip is a long clip.  We can just note the time period

5    for Your Honor, if you'd like, because you have seen portions

6    of it.

7              THE COURT:  That would be great.

8              MS. AKERS:  This is 501 at --

9              THE COURT:  And which count is this relevant to?

10             MS. AKERS:  This is that same count, 19.

11             THE COURT:  I thought we were on 17.

12             MS. AKERS:  Or excuse me.  You're correct.  17.

13             THE COURT:  All right.

14             MS. AKERS:  All of the tunnel conduct in his lengthy

15   time in the tunnel, we believe, also goes to the 231 and 1512

16   as well.

17             THE COURT:  Understood.  Did I -- was I correct in

18   thinking that 17 related to an assault on Officer [sic] Gonell?

19             MS. AKERS:  Yes.  Officer [sic] Gonell is at the

20   front of the police line at this time, and Mr. Klein is at the

21   front of the police line pushing on it.  So you're correct.

22             THE COURT:  Okay.  Okay.  And what -- remind me, what

23   exhibit is this?

24             MS. AKERS:  501.

25             THE COURT:  Okay.  Okay.  Why don't we take a

FULP - DIRECT

1     ten-minute break.

2            And so, Agent Fulp, I'll just remind you not to

3     discuss the contents of your testimony with anyone during the

4     break.

5            THE WITNESS:  Yes.

6            MS. KLAMANN:  Your Honor, may we have an exception to

7     that during the break to just do a brief inquiry with

8     Agent Fulp about 350 material in response to the issue raised

9     by defense counsel?

10           THE COURT:  All right.  I think that is a good idea.

11    So I'll ask you -- you can discuss, kind of, any *Jencks*

12    material you may have --

13           THE WITNESS:  Yes, sir.

14           THE COURT:  -- Ms. Klamann.

15           MS. KLAMANN:  Thank you, Your Honor.

16           THE COURT:  Thanks, folks.

17           (Recess taken.)

18           THE COURT:  Agent Fulp, I'll remind you you're still

19    under oath.

20           THE WITNESS:  Yes, sir.

21           MS. AKERS:  Your Honor, we have a note about the

22    *Jencks*.  Do you want to do it now or when we -- when we take

23    another break?  I want to do it before we finish with him,

24    though.

25           THE COURT:  Okay.  Go ahead.

1          MS. AKERS:  And I'm going to have Ms. Klamann talk.

2          MS. KLAMANN:  Based on my inquiry with Agent Fulp, I

3     do believe there may be additional *Jencks* searches that need to

4     be performed here.  I take full responsibility for this.  He

5     was relying on my instructions.

6          We need to do a broader search.  I would ask the Court

7     to allow us to do that tonight and to provide additional emails

8     by tomorrow morning.  And, again, I do apologize, Your Honor.

9     This is entirely my fault.

10          THE COURT:  All right.  So is that true for all of

11     your witnesses; that you haven't done a full --

12          MS. KLAMANN:  I was tasked with performing the *Jencks*

13     review for the FBI witnesses -- for Agent Fulp and

14     Agent Comottor.

15          THE COURT:  All right.  So we need to do that for

16     Agent Comottor as well?

17          MS. KLAMANN:  I believe we may.

18          THE COURT:  All right.  So it's just those three?

19          MS. KLAMANN:  Just --

20          MS. AKERS:  Your Honor, I was responsible for the

21     civilian -- or the officer *Jencks*, and I believe I gave them

22     sort of a broader instruction.  And so, yeah, I think that it's

23     actually a separate issue for all of the other witnesses.  And

24     we provided really fulsome and, actually, overprovided, I

25     think, on the officer and other witnesses.

```
 1              THE COURT:  Okay.  All right.  You are having someone

 2    starting that search now, Ms. Klamann?

 3              MS. KLAMANN:  I believe I need Agent Fulp's help.

 4    This is just going to be limited to their electronic

 5    communications, their emails and their Skypes.  So I'm happy to

 6    work with Agent Fulp, if Your Honor would allow, tonight.  I

 7    can speak with Agent Comottor about getting the same thing

 8    going now.

 9              THE COURT:  Okay.  Yeah, please do that.  All right.

10              MS. KLAMANN:  Thank you, Your Honor.

11              THE COURT:  You may proceed.

12              MS. AKERS:  Thank you, Your Honor.

13              All right.  Your Honor, we had just looked at a bunch

14    of video evidence that Agent Fulp identified Mr. Klein in for

15    Count 17.  I'm going to move ahead now to Count 19.

16          Can we please pull up Government Exhibit -- well, we're

17    already on 501.  Can we please go to 9 minutes.  And play until

18    9:30.

19              (An audio-visual recording was played.)

20              MS. AKERS:  We've paused the exhibit at 9:30.

21    BY MS. AKERS:

22    Q.  Can you recognize anyone in this exhibit, Agent?

23    A.  So in this frame where I'll circle in green with the

24    red hat and the green jacket, on the right portion is

25    Mr. Klein.
```

FULP - DIRECT

```
1              MS. AKERS:  Can we please play until 11:22.

2              (An audio-visual recording was played.)

3    BY MS. AKERS:

4    Q.  All right.  Agent Fulp, I stopped the exhibit at 11:22.

5    Did you see Mr. Klein depicted throughout the segment that we

6    just watched?

7    A.  Yes.

8    Q.  And can you just generally describe what you saw.

9    A.  So at the beginning of the segment, the officers were

10   attempting to close the door, and a shield was inserted into

11   the door to prevent that from happening.  Fighting ensued, and

12   Mr. Klein was forced back a little bit in the line.  And there

13   was a couple instances where it appeared to me that he turned

14   around and said, "We need fresh people."

15   Q.  And when you say it appeared to you, what indicated to you

16   that it was his voice?

17   A.  I could see his mouth moving, and it's the -- the voice

18   that I recognize as Mr. Klein's based on my other review of his

19   materials.

20             MS. AKERS:  Can we please pull up Exhibit 419, which

21   is Officer Wilhoit's body-worn camera.

22   BY MS. AKERS:

23   Q.  And is this the opposite perspective from the open-source

24   footage that we just watch?

25   A.  I believe so.
```

1        MS. AKERS:  Could we please play 8 seconds.

2            (A video recording was played.)

3    BY MS. AKERS:

4    Q.  And can you identify Mr. Klein in this footage?

5    A.  So the middle upper portion of the screen where I've

6    circled in green with the green jacket and red hat is

7    Mr. Klein.

8    Q.  Were you in the courtroom when the government showed other

9    exhibits of this instance where Mr. Klein wedged the shield in

10   the door?

11   A.  Yes.

12   Q.  And were you able to identify him as the person in the

13   green jacket and the red hat?

14   A.  Yes.

15        MS. AKERS:  Can we please go to Government

16   Exhibit 1011.

17   BY MS. AKERS:

18   Q.  And before we do that, Special Agent Fulp, did Mr. Klein

19   actually leave the tunnel for a period of time?

20   A.  Yes.

21   Q.  Okay.  And then did he reenter around 3:08:49 p.m.?

22   A.  Yes.

23        MS. AKERS:  Could we please play this at least at

24   three-time speed.

25            (A video recording was played.)

1    BY MS. AKERS:

2    Q.  And on the screen, there's a circle around a person.  Do

3    you identify -- can you identify that person.

4    A.  That's Mr. Klein.

5              MS. AKERS:  Okay.  Can we please play.

6              (A video recording was played.)

7    BY MS. AKERS:

8    Q.  By the end of this clip, at 2:31:45 p.m., where had

9    Mr. Klein made his way to?

10   A.  Towards the front.  So it looks like the officers may

11   have been gaining a little bit of ground, and Mr. Klein was --

12   was being pushed out, you know, via the crowd, but he fought

13   through that and worked his way back to the front.

14             MS. AKERS:  Can we pull back up 501, please.  And

15   we previously looked at this up through 11:22.

16             Can we now go to 17:45.  And on regular speed, we'll

17   play until 18:31.

18             (An audio-visual recording was played.)

19             MS. AKERS:  And can we go forward a few frames,

20   please.  Actually, can we go back to 18:30.  Let's actually --

21        Sorry, Your Honor.

22        Let's pull up 510.  I think this will be a much clearer

23   view, and we'll just play 0 to 25 seconds.

24             (An audio-visual recording was played.)

25   ///

1    BY MS. AKERS:

2    Q.  Can you identify anyone in this footage?

3    A.  Bottom right, green jacket, red hat, where I've circled in

4    green, is Mr. Klein.

5            MS. AKERS:  Okay.  We're going to play until

6    41 seconds, please.

7                (An audio-visual recording was played.)

8            MS. AKERS:  All right.  Can we pull up Government

9    Exhibit 301.2.  And go to 3:13:35, please, p.m. and we'll play

10   until 3:13:43.

11               (A video recording was played.)

12   BY MS. AKERS:

13   Q.  All right.  I'm -- sorry.  Special Agent Fulp, can you

14   identify anyone on this screen?

15   A.  In the red hat, green jacket, and you can just see the blue

16   shirt poking out, facing the officers on the bottom left

17   portion where I've circle in green is Mr. Klein.

18           MS. AKERS:  And can we please play until 3:14:10.

19               (A video recording was played.)

20   BY MS. AKERS:

21   Q.  And what do you see here?

22   A.  I see a man wielding a shield, and I see Mr. Klein to

23   that guy's -- he may have a shield as well in front of

24   him right there where I've circled in green on the bottom

25   left.

1          MS. AKERS:  And can we play until 3:14:45, please.

2          (A video recording was played.)

3          MS. AKERS:  All right.  We're now going to go to

4    Count 31, which is the count relating to the shield, and we're

5    going to go to Exhibit 430.1.

6          THE COURT:  And what exhibit is this, Ms. Akers?

7          MS. AKERS:  This is Exhibit 301.2.

8          Can we please go to 15:15:32 and just play until

9    15:15:37.

10          MR. WOODWARD:  I'm sorry.  Which exhibit is this?

11          MS. AKERS:  430.1.

12          MR. WOODWARD:  Thank you very much.

13          MS. AKERS:  Sure.

14          (An audio-visual recording was played.)

15          MS. AKERS:  Can we go forward a few frames, please.

16    And we'll stop.  Thank you, Mr. Clements.

17    BY MS. AKERS:

18    Q.  Special Agent Fulp, can you identify anyone on the screen

19    here?

20    A.  I see Mr. Klein center right with the red hat holding the

21    shield handle where I've circled in green.

22    Q.  Thank you.

23          MS. AKERS:  And can we continue playing.

24          (An audio-visual recording was played.)

25          MS. AKERS:  Pause.  We paused at 3:16:30.

1    BY MS. AKERS:

2    Q.  And does Mr. Klein continue pushing the shield for the rest

3    of the clip?

4    A.  Yes.

5          MS. AKERS:  Can we please go to 403.1.  And can we go

6    ahead to 3 -- excuse me -- 15:15.  And just play until

7    15:15:36.

8          (An audio-visual recording was played.)

9          MS. AKERS:  And we stopped at 15:15:36.

10   BY MS. AKERS:

11   Q.  I know it's a little blurry here, but we watched this clip

12   earlier in trial.  Are you able to identify anyone in this

13   clip?

14   A.  So I recognized the man in the red, white, and blue earlier

15   in the clip.  But in this particular frame, I recognize the

16   clothing worn by Mr. Klein where I've circled in green on the

17   left side of the screen.

18         MS. AKERS:  And can we please go to 511.1, which is

19   not a video.

20   BY MS. AKERS:

21   Q.  During trial we watched a video, 511.  This is a still shot

22   from that video.  Are you able to identify anyone in this still

23   shot of the video?

24   A.  So in the upper middle of the screen where I've circled in

25   green, the individual in the red hat and green jacket is

1    Mr. Klein.

2    Q.  And does this align with the body-worn-camera footage that

3    we just looked at?

4    A.  Yes.

5          MS. AKERS:  We're now going to Count 32, Your Honor.

6          And can we please go back to 501.  And go to 27:07.  Can

7    we just play it 1 second.

8          (An audio-visual recording was played.)

9    BY MS. AKERS:

10   Q.  Special Agent Fulp, are you able to identify anyone in this

11   footage?

12   A.  Yes.  So this particular clip is -- the portion of the clip

13   isn't the best, but in the totality of it, you can tell that

14   the individual in the red hat that I've just circled in the

15   bottom right is Mr. Klein.

16         MS. AKERS:  All right.  I'm going to clear the

17   screen, and we're going to play from 27:08 to 27:22.

18         (An audio-visual recording was played.)

19   BY MS. AKERS:

20   Q.  Did you just hear anything spoken there?

21   A.  I heard the words "I need support."

22   Q.  And do you -- can you attribute that to anyone?

23   A.  Yes.  Those words were spoken by Mr. Klein.

24   Q.  What makes you think that?

25   A.  Because I recognize his voice.

1          MS. AKERS:  And can we please go to 301.2.

2     BY MS. AKERS:

3     Q.  And while we're pulling that up, did you also see his head

4     turned?

5     A.  Yes.

6          MS. AKERS:  At 301.2 we're going to 3:18:25, please.

7     And can we please play until 3:18:29.  Let's actually keep

8     playing.

9               (A video recording was played.)

10          MS. AKERS:  All right.  We'll pause.

11          And can we go forward a few frames.  I'm sorry,

12    Mr. Clements.  I keep doing the tough angle.  Let's just

13    continue playing for a few seconds.

14              (A video recording was played.)

15          MS. AKERS:  We'll pause.

16    BY MS. AKERS:

17    Q.  Special Agent Fulp, are you able to identify anyone in this

18    footage?

19    A.  So in this footage, the FBI who's got his head ducked right

20    there is Mr. Klein.  When viewed altogether, you can make a

21    better determination of who that is.

22          MS. AKERS:  And can we please play until 3:18:52.

23              (A video recording was played.)

24    BY MS. AKERS:

25    Q.  Special Agent Fulp, do you see where Mr. Klein is?

```
1    A.  He's below this shield --

2    Q.  Okay.

3    A.  -- where I've circled in green.

4    Q.  And were you in the courtroom when Officer Moore testified?

5    A.  I think I was not, actually.

6    Q.  Oh, okay.  At 3:18:52 p.m., do you see where I'm circling

7    here another rioter with his arm around someone?

8    A.  Yes.

9    Q.  And whose -- do you know whose arm his -- whose head his

10   arm is around?

11   A.  I believe that is Officer Fanone.

12          MS. AKERS:  Can we please go to Exhibit 523.  And

13   we're going to go to 1 hour and 6 minutes.  And we're going

14   to --

15          Mr. Woodward, what exhibit did you have of ours?  I

16   thought it was 523.  Is it Defense Exhibit 2?

17          MR. WOODWARD:  532.

18          MS. AKERS:  Could we please pull up 532.  Thanks,

19   Mr. Clements.  We'll go to 1 hour and 6 minutes.  And can we

20   please play 3 seconds.

21          (An audio-visual recording was played.)

22          MS. AKERS:  Can we please play until 1:06:09.

23          (An audio-visual recording was played.)

24          MS. AKERS:  Can we play another couple frames,

25   please, Mr. Clements.
```

1        (An audio-visual recording was played.)

2        MS. AKERS:  Okay.  Stop.

3    BY MS. AKERS:

4    Q.  Are you able to identify anyone in this footage,

5    Special Agent Fulp?

6    A.  Upper left, I'm circling in green, without a hat on, I see

7    Mr. Klein.

8        MS. AKERS:  Okay.  And before this, did Mr. Klein

9    previously have a red hat on when he was in the tunnel for the

10   first and second time?

11   A.  He -- yes.

12       MS. AKERS:  We're going to continue playing.

13       (An audio-visual recording was played.)

14       MS. AKERS:  Can we please pause.

15   BY MS. AKERS:

16   Q.  Did you just see Mr. Klein in that clip?

17   A.  Yes.  Not in this still, but he was in the frames before

18   this.

19   Q.  And what did he appear to be doing?

20   A.  Waving.  I saw his mouth moving.

21       MS. AKERS:  Can we please play.

22       (An audio-visual recording was played.)

23       MS. AKERS:  Pause.

24   BY MS. AKERS:

25   Q.  What do we see Mr. Klein doing here?

1    A.  So he came out, took a breather, and is now facing back

2    towards the tunnel and gesturing to his left.

3              MS. AKERS:  Can we please pull up 415.13.  And play

4    this clip that starts at 15:20:49.

5              (An audio-visual recording was played.)

6              MS. AKERS:  Please pause.

7    BY MS. AKERS:

8    Q.  And did you -- could you identify anyone in that clip?

9    A.  I did.  I saw Mr. Klein.

10   Q.  Okay.  And what happened there?

11   A.  So, contextually, what I believe happened here is

12   Officer Fanone was in the crowd against his will, and that had

13   been voiced back to the officers who remained in the tunnel who

14   were trying to go out into the crowd to recover him.  An

15   officer came face-to-face with Mr. Klein.  And you can hear him

16   say, "No way."  The other officer says, "Let me go get my

17   friend."  And then pushes past Mr. Klein and goes into the

18   crowd.

19              MS. AKERS:  Can you please continue playing.

20              (An audio-visual recording was played.)

21              MS. AKERS:  Can we please now go to 431.2, which is

22   body-worn-camera footage.

23   BY MS. AKERS:

24   Q.  Special Agent Fulp, after Mr. Klein exited the tunnel for

25   the second time, did he remain at the mouth of the tunnel for

1    quite some time?

2    A.  Yes.

3    Q.  Okay.  And at 4 -- excuse me.  At 15:47:59, are you able to

4    identify him in this body-worn-camera footage?

5    A.  Yes.  So where I'm circling in green on the bottom-right

6    portion wearing a different red hat, but the same green jacket,

7    is Mr. Klein.

8              MS. AKERS:  Can we please play.

9              (An audio-visual recording was played.)

10             MS. AKERS:  All right.  Can we please pull up

11   Government Exhibit 301.3, CCTV, and go to 3:42:27 p.m.  And can

12   we please just play 25 seconds.

13             (A video recording was played.)

14             MS. AKERS:  Pause.

15   BY MS. AKERS:

16   Q.  At 3:42:27 are you able to identify Mr. Klein?

17   A.  Yes.  You can see the side of his face where I've

18   circled in the upper middle portion of the screen wearing a red

19   hat.

20             MS. AKERS:  And can we please skip ahead to 4:07:47.

21   So 3:42 to 4:07.  And, actually, can we go back 5 seconds and

22   play.  So we're going to play from 4:07:41.  And I'll let you

23   know when to stop.

24             (A video recording was played.)

25             MS. AKERS:  Pause.

1    BY MS. AKERS:

2    Q.  At 4:07:54 p.m., are you able to identify anyone in this

3    footage?

4    A.  Yes.  So where I'm circling in green, middle of the screen,

5    wearing the red hat, green jacket, and reaching up with the

6    left hand is Mr. Klein.

7    Q.  And, Special Agent Fulp, we're not going to watch from 3:42

8    all the way to 4:07, but have you reviewed that footage and the

9    CCTV camera?

10   A.  Yes.

11   Q.  And from 3:42 to 4:07 p.m., was Mr. Klein at the police

12   line pushing on the police line for that duration?

13   A.  As I recall, yes.

14           MS. AKERS:  Can we please pull up 535.  And play from

15   0 to the end.

16           (An audio-visual recording was played.)

17           MS. AKERS:  Pause.  We paused at 39 seconds.

18   BY MS. AKERS:

19   Q.  Can you identify anyone in this footage?

20   A.  Bottom right where I've circled in green with the red hat

21   and green jacket is Mr. Klein.

22   Q.  And what is he doing?

23   A.  He's raising his fist.

24   Q.  And what was the person in the megaphone saying around this

25   time?

```
 1    A.  He suggested --
 2            MR. WOODWARD:  Objection.
 3            THE COURT:  Overruled.  You may continue.
 4    BY MS. AKERS:
 5    Q.  Go ahead.
 6    A.  Oh.  I can continue?
 7    Q.  Yeah.
 8    A.  He -- the man with the megaphone had proffered to the crowd
 9    that they had negotiated some kind of arrangement with the
10    officers and that they weren't going to mace them or tase them
11    anymore, but they weren't going anywhere until they got their
12    way.  They were going to hold the line.
13    Q.  And then did Mr. Klein raise his hand after that?
14    A.  Yes.
15    Q.  Or his fist, I suppose.
16            MS. AKERS:  Can we please go to 533.1.  And go ahead
17    to 5 minutes and 25 seconds.
18    BY MS. AKERS:
19    Q.  Special Agent Fulp, you had mentioned a bit ago that
20    Mr. Klein had a different red hat on than he previously had in
21    footage.  Do you recall that testimony?
22    A.  Yes.
23    Q.  And can you explain what happened, to your knowledge, based
24    on your investigation.
25    A.  So I've seen video of Mr. Klein wearing a red MAGA hat,
```

1    Make America Great Again hat, and I've seen video of Mr. Klein

2    wearing it -- what looks like a hat -- a red hat with a Marine

3    Corps emblem.

4         There is footage that I've seen where Mr. Klein comes

5    out of the tunnel with no hat on and then bends down, picks

6    what appears to be the Marine Corps hat up off the ground,

7    tries to put on his head.  It doesn't fit.  So he adjusts the

8    strap on the back to fit and then, therefore, after that was

9    wearing the Marine Corps hat.

10        MR. WOODWARD:  Your Honor, we won't argue that the

11   hat makes a difference on identification.

12        THE COURT:  Thank you.  Yeah, I hope you're not going

13   to show me that.

14        MS. AKERS:  That's why I was just asking him the

15   question.

16   BY MS. AKERS:

17   Q.  And, Special Agent Fulp, I'm circling in the middle of the

18   screen here.  Can you identify this person.

19   A.  That is Mr. Klein without a hat but wearing the green

20   jacket and the rest of the clothing.

21   Q.  Okay.  Thank you.

22        MS. AKERS:  Your Honor, may I have just a moment?

23        THE COURT:  Yes.

24        MS. AKERS:  Thank you.

25        Your Honor, I am done with this witness.

1          I will note that there were a lot more cell phone

2     contents, text messages, that we have moved into evidence.  I'm

3     not going to go through all of them in court today, but I do

4     think they are relevant to the charges against Mr. Klein.

5               THE COURT:  Okay.

6               MS. AKERS:  Thank you.

7               THE COURT:  Thank you.  Mr. Woodward.

8                         CROSS-EXAMINATION

9     BY MR. WOODWARD:

10    Q.  Good morning, Special Agent Fulp.

11    A.  Good morning, sir.

12    Q.  You have been with the FBI for five years now?

13    A.  Almost five.  It will be five in September, I believe.

14    Q.  Okay.  And you testified yesterday that you are in a -- a

15    group or division of the FBI that specializes in violent crime?

16    A.  Correct.

17    Q.  Here in the District of Columbia?

18    A.  Yes, sir.

19    Q.  All right.  But that since roughly January 6th, 2020, your

20    investigation has focused on January 6th?

21    A.  Did you mean 2021?

22    Q.  Yes.

23    A.  Well, it's not constantly been that way.  For -- I don't

24    want to put an exact number on it, but I'd say for maybe the

25    first year after January 6th, we were heavily, heavily engaged

1    with that.  As the investigation has matured and we've -- we've

2    stood up a more -- we, the FBI, has stood up a more

3    enterprise-style structure, I've been able to return more

4    primarily towards traditional violent crime, street robberies

5    and commercial robberies and general violence and gun crime, in

6    D.C.  For -- for the last year and a half, that's been more my

7    primary focus.

8    Q.  Roughly, when did you first begin investigating the person

9    you came to know as Federico Klein?

10   A.  It would have -- so that's a difficult question to answer

11   because it would be hard to say the first time I saw AFO -- who

12   would later become AFO 136 on video.  At some point, I want to

13   say it was maybe around January 20th, was when his seeking

14   information -- his likeness on the seeking-information flyer

15   went out.  But I couldn't put a figure on, like, when exactly I

16   became aware of the conduct that led to AFO 136 being

17   disseminated.  It would have been, you know, after --

18   shortly after we started reviewing video in the days after

19   January 6th.

20   Q.  Shortly after you began reviewing video of January 6th, you

21   were assigned to investigate AFO 136?

22   A.  So, I mean, I -- you should probably think about this as

23   kind of like an incident response.  So January 6th happened.

24   Trying to figure out what happened.  And video information from

25   various sources began to come into the bureau.  And Step 1 was

1    kind of like, okay, what happened.

2        So as video of different portions of the Capitol from

3    different sources came in, we began reviewing all that video

4    in totality to kind of gain an awareness and understanding of

5    what happened because we weren't all there where it was

6    happening.

7        Once those who were reviewing video kind of got heads

8    around what was going on, individuals committing what was

9    deemed to be assaultive conduct, I'd say the unknown subjects

10   at that point were identified committing assaultive conduct.

11   And then they were then placed on the seeking-information

12   information that was disseminated out.

13   Q.  Did you play any role in identifying the person who would

14   eventually be placed in AFO 136?

15   A.  I probably did.

16   Q.  Okay.  So that person stood out to you as somebody who

17   ought to be investigated?

18   A.  Yes.

19   Q.  Okay.  And through the course of your investigation, you --

20   you testified that you received several tips about Mr. Klein;

21   correct?

22   A.  I -- yes, I did get several tips about Mr. Klein.

23   Q.  And you didn't personally interview all of the individuals

24   who provided tips; correct?

25   A.  No, I did not.

1    Q.  But you did interview at least one of those people?

2    A.  I believe one of the tips was anonymous, and it came in

3    via -- via our tip portal.  The other tipster that I'm thinking

4    of right now was interviewed by a different agent.  And I was

5    sent a copy of that -- the 302 that that agent wrote.  I don't

6    recall if I interviewed any other -- what you would term a

7    tipster.  I interviewed witnesses for sure.

8    Q.  Relatively quickly, the FBI grew confident that they had

9    identified AFO 136 as Federico Klein; correct?

10   A.  Quickly from what -- what point?

11   Q.  Well, January 20th, it was a benchmark that you -- you just

12   laid out.  So between January 20th of 2021, and his arrest

13   on -- on March 4th of 2021, obviously at that time the FBI was

14   confident that they knew who was depicted in AFO 136?

15   A.  By the time of his arrest?

16   Q.  Yes.

17   A.  Yes, sir.

18   Q.  Okay.  And so within a month or so, the FBI was confident

19   that they had identified AFO 136?

20   A.  By the time we obtained legal process to arrest Mr. Klein,

21   that had been signed by a judge, yes, we were confident that we

22   had identified AFO 136 correctly.

23   Q.  And by the time you arrested -- you participated in the

24   arrest of Mr. Klein; correct?

25   A.  Yes.

1    Q.  And by the time you arrested Mr. Klein, you had come to

2    learn a fair amount about him?

3    A.  Sure.  What -- I mean, as much as you can know somebody

4    you've never met before, from what I was able to research and

5    learn from witnesses, yes.

6    Q.  So you had learned that he was a veteran of the U.S. Marine

7    Corps?

8    A.  I think I knew that by then, yes.

9    Q.  Okay.  Had you learned that he had served honorably in the

10   Marine Corps?

11   A.  I know that at some point we obtained, I believe, a DD214,

12   if I'm remembering correctly, which I think had an honorable

13   discharge on it.  So I -- but I was aware he had served in

14   Iraq, yes.

15   Q.  Okay.  So that would been the next question.  You learned

16   that he served in Iraq with the Marine Corps?

17   A.  Correct.

18   Q.  And you learned he was an employee of the State Department?

19   A.  Yes.

20   Q.  And that, in fact, he was a presidential appointee at the

21   State Department?

22   A.  Yes.

23   Q.  Okay.  And when -- okay.  So you knew all of these things

24   when you arrested him in March of 2021?

25   A.  To the best of my recollection, I know -- I continued to

1    learn things after Mr. Klein's arrest.  So I don't want to put

2    an exact figure on what I did or didn't know at a particular

3    period in time and confuse my memories.

4    Q.  And at the time of his arrest, you seized his cell phone?

5    A.  I didn't seize his cell phone.  His cell phone was seized

6    at the time of his arrest.

7    Q.  I'll rephrase the question.  At the time of his arrest, the

8    FBI seized his cell phone?

9    A.  Incident to his arrest, we seized the cell phone.  The

10   vehicle was seized shortly after his arrest, and then the phone

11   was seized out of the vehicle after that was secured.

12   Q.  And the cell phone was eventually provided to a CART

13   examiner?

14   A.  Yes.

15   Q.  And the CART examiner digitally processed the cell phone so

16   that the contents could be searched?

17   A.  Yes.

18   Q.  And the cell phone was first viewed by a taint or a filter

19   team for privileged communications?

20   A.  To my knowledge, yes.

21   Q.  And then it was reviewed by you for responsive

22   communications related to the events of January 6th?

23   A.  Yes.

24   Q.  Okay.  And when you reviewed the cell phone for

25   communications or other evidence related to January 6th, you

1    were not -- you reviewed the entire contents of the cell phone;
2    correct?
3    A.  Yeah, you have to.  I mean, thinking of searching a
4    cell phone is -- I find it helpful to think about searching a
5    warehouse full of documents because that's, essentially, what
6    you're doing.  It's -- it's -- a person's entire life is saved
7    on their phone in various forms of media.  So it's tedious.
8    And you have to do a lot of work to search to make sure you
9    search the whole thing.
10   Q.  And you didn't just limit the, for example, text messages
11   that you reviewed to a select few people; correct?
12   A.  Well, I wouldn't know who to -- who to exclude because I
13   don't know what's on the phone --
14   Q.  That's right.
15   A.  -- when I search it.
16   Q.  That's right.  Nor did you limit the types of media
17   that you were reviewing on the cell phone to select certain
18   people?
19   A.  Again, you don't know what you don't know.  So it would be
20   like going into a warehouse and arbitrarily deciding to search
21   boxes on the right side of the warehouse versus the left side
22   of the warehouse when you don't know the contents of any of the
23   boxes in a warehouse.
24   Q.  Very good, sir.
25        And so through the course of your investigation, you

1    came to learn that Mr. Klein had certain political views?

2    A.   Sure.

3    Q.   That he was a supporter of former President Donald Trump?

4    A.   That was borne out by the content of some of the messages I

5    reviewed, yes.

6    Q.   And he had concerns about the integrity of the election in

7    2020?

8    A.   That's what the texts say.  I wouldn't ascribe, you know,

9    his personal feelings, but that's what the information I

10   reviewed seemed to indicate.

11   Q.   You also were shown text messages about his potentially

12   going to West Virginia, weren't you?

13   A.   Yes.

14   Q.   Okay.  And through the course of your investigation, you

15   came to learn that, in fact, he spoke to numerous people about

16   moving to West Virginia?

17   A.   I seemed to remember more than one conversation thread

18   about moving to West Virginia, yes.

19   Q.   Well, would you disagree with the characterization that

20   there were some 300 text messages about West Virginia?

21          MS. AKERS:  Objection.  Relevance and outside the

22   scope.

23          THE COURT:  Overruled.

24   A.   I -- I wouldn't know if 300 was -- like, are you counting

25   mentions of West Virginia or 300 different individuals, or how

1  would I quantify that 300?

2  BY MR. WOODWARD:

3  Q.  Mentions of West Virginia.

4  A.  I -- I -- that seems excessive, but I -- I don't have any,

5  you know, concrete figures in front of me.

6  Q.  And where does Mr. Klein live now?

7  A.  I have no idea where he lives now.

8  Q.  Where was he arrested?

9  A.  Falls Church, Virginia, I believe.

10  Q.  So northern Virginia?

11  A.  Correct.

12  Q.  And you have no reason to disagree, I assume, that northern

13  Virginia in the 2020 election voted Democratic?

14           MS. AKERS:  Objection.

15           THE COURT:  What bases?

16           MS. AKERS:  Relevance.

17           THE COURT:  I am struggling on that, Mr. Woodward.

18           MR. WOODWARD:  Well, it's the last question on

19  northern Virginia.  But the government made quite a deal

20  about Mr. Klein's political proclivities purportedly for the

21  purpose of establishing his intent with respect to the 1512

22  charge.

23       And so what I'm about to ask Agent Fulp is the fact

24  that, presumably, he would have known in the course of the

25  investigation that Mr. Klein wanted to move to West Virginia,

1    which did not vote Democratic in the 2020 election.

2              THE COURT:  Okay.  All right.

3              MR. WOODWARD:  If he doesn't know that northern

4    Virginia voted Democratic, I'm not going to ask him a follow-up

5    question about that.

6              THE COURT:  All right.  I live in northern Virginia.

7    I know.  But you may answer, if you know.

8              THE WITNESS:  I don't live in Virginia.  I'm not sure

9    how it -- how -- I know the state, I believe, voted Democratic.

10   I don't know how for individual electoral districts or areas

11   voted, no.

12   BY MR. WOODWARD:

13   Q.  Very good, sir.

14        So through the course of your investigation, you saw

15   numerous messages about Mr. Klein wanting to move to

16   West Virginia?

17   A.  Sure.

18   Q.  In fact, you saw messages about Mr. Klein being interested

19   in working for the state government in West Virginia?

20             MS. AKERS:  Objection.  This is backdooring defendant

21   testimony in.  It's irrelevant.

22             THE COURT:  So, Ms. Akers, I'm quite sure I saw in

23   your direct discussion about him moving to West Virginia.  So I

24   do think it's within the scope.  I'll -- I'll allow it.

25   A.  Could you rephrase or restate your question.

1    BY MR. WOODWARD:

2    Q.  In the course of your investigation, you came to learn that

3    Mr. Klein expressed an interest in working for the state

4    government of West Virginia?

5    A.  I don't have a memory of that particular conversation,

6    about whether he intended to work for the government or not.  I

7    don't recall if that was something I came across.

8    Q.  I don't want to overstate what the evidence would show, but

9    he expressed an interest in working for the state government of

10   West Virginia?

11   A.  I honestly don't remember if he expressed an interest in

12   working for the government or not.  I do remember him

13   expressing an interest in moving to West Virginia, but I just

14   don't recall if there was a work purpose for that.

15            MR. WOODWARD:  All right.  The Court's indulgence.

16   Well, it's a bench trial, Your Honor.  If -- if the Court would

17   like me to refresh the witness's recollection, I can do that,

18   but --

19            MS. AKERS:  We would object on hearsay grounds.

20            THE COURT:  Yeah.  I think we are getting to hearsay.

21            MR. WOODWARD:  I wouldn't ask him to read the

22   message.  That would not be a proper impeachment.  I would

23   simply refresh his recollection that there's a message in which

24   Mr. Klein is expressing interest in working for the state

25   government of West Virginia on his phone.

```
 1                   THE COURT:  Okay.  I -- I really -- I mean, the
 2       West Virginia thing feels like a tangent.
 3                   MR. WOODWARD:  I'll move on.
 4                   THE COURT:  Thank you.
 5                   MR. WOODWARD:  Court's indulgence.
 6       BY MR. WOODWARD:
 7       Q.  Now, in the course of your investigation, you testified
 8       about what Mr. Klein's intentions were with respect to
 9       January 6th; correct?  Let me rephrase that question.
10            In your testimony, you opined about certain messages
11       concerning Mr. Klein's intentions on January 6th.
12       A.  I think I mostly just read messages.  I don't recall
13       opining, other than to maybe, like, fill in an acronym or
14       something like that.
15       Q.  Well, I think government counsel asked you if over the
16       course of your investigation you had the chance to see numerous
17       messages concerning what Mr. Klein understood about
18       January 6th.
19       A.  I would need to see the question that was asked of me to --
20       I'm not understanding.
21       Q.  Well, then I'll ask it a different way.
22       A.  Okay.
23       Q.  Through the course of your investigation, did you come to
24       learn that Mr. Klein intended to be in Washington, D.C., on
25       January 6th?
```

1    A.  Through -- at any point in the investigation, or are you

2    limiting it to a specific time period?

3    Q.  At any point in the investigation.

4    A.  So, yes, we did -- I did observe information that suggested

5    Mr. Klein intended to be in D.C. on the 6th.  Is that your

6    question?

7    Q.  That's my question.

8    A.  Yes.

9    Q.  Okay.  Thank you.

10        And the government asked you to read a number of text

11   messages about Mr. Klein's understanding of the events of

12   January 6th; correct?

13   A.  Yes, sir.

14   Q.  But the government didn't ask you to read a single

15   message espousing any views about violence on January 6th, did

16   they?

17   A.  I thought there were some messages about the MPD was going

18   to crack down on people and potentially for Antifa and things

19   like that, if I'm not mistaken.

20   Q.  All right.  So you were asked to read a message about

21   whether Mayor Bowser was going to call in the National Guard?

22   A.  I think so, yes.

23   Q.  And you interpreted that as a predictor of violence on

24   January 6th?

25   A.  I just read the message.

FULP - CROSS

1   Q.  Did you -- were you asked by the government to read any

2   messages about Mr. Klein's intent before January 6th to engage

3   in violence?

4   A.  Was I presented that exact question?  I don't -- are you --

5   I'm -- I think you're asking me to interpret what I think they

6   asked me.

7   Q.  I'm just asking you about the messages you read today.

8   A.  Right.

9   Q.  Did you read any message that suggested that Mr. Klein

10  intended to engage in violence on January 6th?

11  A.  That would be my opinion of whether the message that I

12  simply read out loud went to Mr. Klein's mindset.  I'm not sure

13  I can do that.

14  Q.  Did you read a message that, in your view, evidenced an

15  intent to engage in violence?

16  A.  I read a lot of messages today, sir.  I would probably ask

17  to see them again to -- to -- as I was reading messages, I

18  wasn't thinking in my mind what is -- what is the context of

19  this individual message.  So I don't disagree with you

20  necessarily.  I just don't -- I've probably read 500 messages

21  today.  I'm not sure what -- I can't recall them all.

22  Q.  Fair to say you're not comfortable answering that question?

23  A.  I'm not comfortable ascribing my read of somebody else's

24  words and then putting that in a category of what may or may

25  not have been the intention, if that makes sense.

1   Q.  Okay.  Did you read any messages today about stopping the

2   steal?

3   A.  I believe so, yes.

4   Q.  Mr. Klein writing "Stop the Steal"?

5   A.  I would have to see the messages again, sir.

6   Q.  Okay.

7   A.  I read a whole lot of messages today.  And to be honest, I

8   just can't recall what they all said.

9   Q.  All right.  Did you read any messages today indicating

10  that there would be any -- there would be a riot on

11  January 6th?

12  A.  I -- as I said before, they're all kind of blending

13  together at the moment.  If -- if you have the messages, I'm

14  happy to review them again.

15  Q.  Well, sir, I don't have the messages.  Okay?  And so

16  that -- if -- your recollection is all that we can rely on.

17  A.  Well, no, sir.  The messages that I read could stand on

18  their own, and I could read them again.

19  Q.  And do you recall reading any messages in which Mr. Klein

20  discusses stopping the steal?

21  A.  I can't say because I've been on the stand for almost

22  four hours now, and I've read hundreds of messages.  So I can't

23  say whether I've read a specific message and, if I could,

24  whether it was a sent or received message by Mr. Klein.  I just

25  don't recall at this point.

 1          MR. WOODWARD:  Okay.  Subject to the *Jencks*,

 2   Your Honor, that we anticipate receiving, we'll -- that's it

 3   for us.

 4          THE COURT:  Okay.  Thank you.

 5       Ms. Douenat, any questions for this witness?

 6          MS. DOUENAT:  No, Your Honor.

 7          THE COURT:  All right.  Agent Fulp, you may step --

 8   actually, I'm sorry.  Not quite yet.  Ms. Akers.

 9          MS. AKERS:  I think I failed to move in some

10   exhibits.  Can I just do that briefly.

11          THE COURT:  All right.

12          MS. AKERS:  The first is Officer Wilhoit's body-worn

13   camera, which is 419.  I believe we're not arguing about

14   body-worn camera; is that correct?

15          MR. WOODWARD:  We have stipulated to the admission of

16   body-worn camera.

17          MS. AKERS:  Okay.

18          THE COURT:  So 419.

19          (Government Exhibit 419 admitted into evidence.)

20          MS. AKERS:  We'll move the 400 series.  That will

21   just make it easier.

22          THE COURT:  All 400?

23          MS. AKERS:  Yes.

24          THE COURT:  Okay.  All right.  Michelle, you can mark

25   that down.  It's a lot of checkmarks.

```
 1              (Government Exhibit 400 series admitted into

 2      evidence.)

 3              MS. AKERS:  And, Your Honor, I believe I've neglected

 4      to move in 505.1.

 5              THE COURT:  All right.  Any objection, Mr. Woodward?

 6              MR. WOODWARD:  Court's indulgence.

 7              MS. AKERS:  That was the first video where he was

 8      waving people in.

 9              MR. WOODWARD:  Excuse me.  The number, please?

10              MS. AKERS:  505.1.

11              MR. WOODWARD:  We understand the Court's position but

12      we object to lack of authenticity.

13              THE COURT:  All right.  That was introduced through

14      Agent Fulp?

15              MS. AKERS:  Agent Fulp.

16              THE COURT:  Okay.  Over objection, I'll admit it.

17              (Government Exhibit 505.1 admitted into evidence.)

18              MS. AKERS:  And that's all.  Thank you, Your Honor.

19              THE COURT:  Okay.  All right.  Now you may step down.

20         I take it no redirect?

21              MS. AKERS:  That's correct.

22              (Witness excused.)

23              THE COURT:  All right.

24         Ms. Akers, you may call your next witness.

25              MS. KLAMANN:  United States call Alina Banasyak.
```

```
 1              Your Honor, may I go grab her?
 2              THE COURT:  Yes, please.  So go really quickly on
 3      identification.
 4              MS. KLAMANN:  Yes, Your Honor.
 5              THE COURT:  I think that horse is dead.
 6              MS. KLAMANN:  Okay.
 7              MR. WOODWARD:  Because this witness is only here for
 8      identification.
 9              THE COURT:  I take it she's not?
10              MS. KLAMANN:  She's not.
11              THE COURT:  Okay.
12              MS. KLAMANN:  And I don't have the indictment in
13      front of me, Your Honor, but she's going to be testifying
14      relating to the 1512 count against Mr. Klein.
15              THE COURT:  Yep.  That's what I thought.
16          This is the government's last witness; is that correct?
17              MS. KLAMANN:  I believe so, Your Honor.
18              MS. AKERS:  Correct, Your Honor.
19              THE COURT:  Good afternoon, ma'am.  You can stand up
20      here for just a moment.
21              THE COURTROOM DEPUTY:  Please raise your right hand.
22              (Oath administered.)
23              THE WITNESS:  I do.
24              THE COURT:  You may have a seat.  You can adjust that
25      microphone.
```

```
 1                 THE WITNESS:  All right.  Can everybody hear me?
 2                 THE COURT:  Yes.
 3                               DIRECT EXAMINATION
 4     BY MS. KLAMANN:
 5     Q.  Good afternoon.
 6     A.  I'm sorry?
 7     Q.  Good afternoon.
 8     A.  Good afternoon.
 9     Q.  Can you please state and spell your full name for our court
10     reporter.
11     A.  Sure.  It is Alina Banasyak, A-l-i-n-a B-a-n-a-s-y-a-k.
12     Q.  Ms. Banasyak, in what city and state do you live?
13     A.  I live in Alexandria, Virginia.
14     Q.  How long have you lived there?
15     A.  Five years.
16     Q.  So did you live there in January of 2021?
17     A.  Yes, I did.
18     Q.  At about that time, did you meet a man at a bar in your
19     neighborhood?
20     A.  Yes, I did.
21     Q.  And what was that man's name?
22     A.  Freddie Klein.
23     Q.  Where did you meet Mr. Klein?
24     A.  At a place called Village Brauhaus.
25     Q.  How did you meet?
```

BANASYAK - DIRECT

1    A.  So Freddie came out of the bathroom with some toilet paper

2    stuck to his shoes, and a girlfriend of mine noticed it.  And

3    we just started talking because, you know, he was super cute.

4    And we liked each other.  So that's how that started.

5    Q.  Do you remember the date that you met?

6    A.  I believe it was January 2nd, 2021.

7    Q.  And at this initial meeting did you exchange phone numbers

8    with Mr. Klein?

9    A.  Yes, we did.

10   Q.  And did the two of you keep in contact?

11   A.  Yes, we did.

12   Q.  How did you communicate?

13   A.  Via text message.

14   Q.  And did you see Mr. Klein again after January 2nd?

15   A.  Yes.  I saw him a few more times.

16   Q.  Specifically, at some point did you see Mr. Klein again at

17   the bar where you two initially met?

18   A.  Yes.  We also met there again on January 5th.

19   Q.  And was that meeting planned?

20   A.  Yes, it was.

21   Q.  Who was there with you?

22   A.  There was lots of people there with us.  I had a couple

23   people visiting from out of town who wanted to come to the

24   rally.  Freddie was there, a few of his friends were there

25   whose names I can't remember, and also some of my friends were

```
1    there as well.

2    Q.  And what do you remember about that night?

3    A.  There was a lot of debate about what was going to happen

4    the next day and whether Vice President Pence was going to not

5    certify the election.

6    Q.  Did Mr. Klein participate in that debate?

7    A.  Yes, he did.

8    Q.  What did he say?

9    A.  Basically, he said that Vice President Pence was going to

10   not certify the election, but there was some legal way for him

11   to -- to do that.

12            THE COURT:  Can you say that one more time, ma'am.

13            THE WITNESS:  Yes.  He was under the belief that

14   Vice President Mike Pence had some legal pathway to not certify

15   the election.

16   BY MS. KLAMANN:

17   Q.  And did he --

18            MS. KLAMANN:  I apologize, Your Honor.

19   BY MS. KLAMANN:

20   Q.  Did he indicate when Vice President Pence would be taking

21   this action not to certify the election?

22   A.  The next day, January 6th.

23   Q.  What did he say about the following day?

24   A.  I think we could consult the text messages for that.

25   Q.  Sure.  Do you have a memory as you sit here today whether
```

1   he discussed his plan to attend any events the following day on

2   January 6th?

3   A.   Yes.   There were speakers and presentations happening, I

4   think, the day before and the day of January 6th.   And Freddie,

5   being in his position as a Trump political appointee assigned

6   to the State Department, wanted to attend.

7   Q.   Okay, Ms. Banasyak.   And were you in contact with Mr. Klein

8   the following day, January 6th, 2021?

9   A.   Yes, I was.

10  Q.   How did you speak with him?

11  A.   We spoke via text message, and I also got a call from him.

12  Q.   And did Mr. Klein confirm to you that he was, in fact, at

13  the U.S. Capitol that day?

14  A.   Yes, he did.

15  Q.   Ms. Banasyak, I'm showing you what's been marked as

16  Government's Exhibit 623.6.

17  A.   Can we blow that up?

18  Q.   Of course.

19          MS. KLAMANN:   Thank you, Mr. Clements.

20  BY MS. KLAMANN:

21  Q.   Ms. Banasyak, do you recognize these text messages?

22  A.   Yes, I do.

23  Q.   What are they?

24  A.   This is an exchange between Freddie and I on the 4th of

25  January, 2021.   And Freddie's are in green, and mine are in

BANASYAK - DIRECT

1    blue.

2              MS. KLAMANN:  Your Honor, to the extent this hasn't

3    been admitted, the government moves to admit it now.

4              THE COURT:  It's in.

5              MS. KLAMANN:  Great.

6    BY MS. KLAMANN:

7    Q.  Okay, Ms. Banasyak.  Let's read through a couple of these

8    text messages quickly.

9         We have on the screen the first green message.  And

10   you indicated that that was sent by Mr. Klein; is that right?

11   A.  That is correct.

12   Q.  Can you just read what was said in that text.

13   A.  Sure.  On the 4th of January at 9:36 p.m., Freddie asked

14   me, "Hey you watching trump?"

15        To which I responded at 9:36 p.m., "No.  Why?  What's

16   happening?"

17              MS. KLAMANN:  Mr. Clements, can we pull up the next

18   message.  Page 2, thank you.  Perfect, Mr. Clements.

19   BY MS. KLAMANN:

20   Q.  And did Freddie respond to -- to your question?

21   A.  Yes, he did.  He responded at 9:38 p.m. on the same day,

22   January 4th saying, "Based on his restating his case for 2020,

23   I think we've got this.  He also put in a good word for

24   Loeffler and Perdue, for whatever that's worth."

25   Q.  At this time are you and Mr. Klein discussing a statement

```
1    made by former President Trump?

2    A.  I'm sorry.  Can you repeat the question.

3    Q.  Sure.  The topic of discussion here, is it a statement made

4    by former President Trump?

5    A.  Yes.

6    Q.  And what did you respond, Ms. Banasyak?

7    A.  I responded at 9:39 p.m.  "Are you thinking they'll

8    overturn?"

9               MS. KLAMANN:  I'm sorry, Mr. Clements.  Let's go back

10   to that message.

11   BY MS. KLAMANN:

12   Q.  When you said overturn, Ms. Banasyak, what did you mean?

13   A.  I -- I meant overturn the election.

14               MS. KLAMANN:  Thank you, Mr. Clements.

15         We can go to the next page now.  And can we highlight

16   the first few.

17   BY MS. KLAMANN:

18   Q.  And, Ms. Banasyak, you sent a couple more questions to

19   Mr. Klein at this point; right?

20   A.  Yes.

21   Q.  What did you say?

22   A.  At 9:39 p.m., I asked him, "How?"

23         Followed by another message at 9:41 p.m., "Congress

24   won't do it.  Neither will the Supreme Court.  What's the

25   path?"
```

1   Q.  And when you asked Mr. Klein "What's the path," what did

2   you mean?

3   A.  I was referring to the legal path that was being

4   contemplated in the media about the Vice President's powers to,

5   perhaps, not certify the election.

6   Q.  And what was Mr. Klein's response?

7   A.  At 9:41 p.m. on the 4th of January, he said, "VP can

8   certify the deep state, and his political life is over, or he

9   can either certify the true electors and trump wins, or he can

10  kick it to the house, where state legislatures can vote 32-18

11  and trump wins."

12          MS. KLAMANN:  Mr. Clements, can we turn to the next

13  page -- I'm sorry.

14  BY MS. KLAMANN:

15  Q.  Can we read the last message on the -- and did he send

16  another message, Ms. Banasyak?  Go ahead.

17  A.  Yes.  And just a minute later he sent, "Pence will have a

18  future.  Beginning with another 4 years as VP."

19          MS. KLAMANN:  If we can zoom in on those upper couple

20  of messages, Mr. Clements.  Great.

21  BY MS. KLAMANN:

22  Q.  And these are also messages sent by Mr. Klein; right?

23  A.  Yes.

24  Q.  Can you read for us what he said?

25  A.  At 9:42 p.m. he said, "And a shot as POTUS."

BANASYAK - DIRECT

1           And just a few seconds later, he also sent, "then

2      there's John Hawley and other senators and close freshmen who

3      will object if pence does the wrong thing."

4           MS. KLAMANN:  Mr. Clements, can we zoom in on the

5      last two messages there.

6      BY MS. KLAMANN:

7      Q.  And then did Mr. Klein actually send one more message?

8      A.  He sent one more message a minute later at 9:43 p.m.

9      saying, "Then AGAIN the election will go to state legislatures.

10     32-18 again."

11     Q.  And then did you respond to that?

12     A.  I responded within the same minute at 9:43 p.m. asking,

13     "Didn't Pence already decline?"

14     Q.  What did you mean by that?

15     A.  There was a stipulation in the media that Pence would not

16     do what we thought he might do, which is overturn or not

17     certify the election.

18          MS. KLAMANN:  Mr. Clements, can we turn to the next

19     page, please.  Can we just zoom in on the first message at the

20     top.

21     BY MS. KLAMANN:

22     Q.  What was Mr. Klein's response to your question.

23     A.  At 9:43 p.m. he responded with "No.  Just saw him today on

24     tv.  Says everyone stand by."

25          MS. KLAMANN:  Mr. Clements, can you pull up

1    Government's Exhibit 623.9 now.  Can we zoom in on those two

2    messages.

3    BY MS. KLAMANN:

4    Q.  Ms. Banasyak, do you recognize these messages as well?

5    A.  Yes, I do.

6    Q.  What are they?

7    A.  At 9:12 in the morning on the 6th of January, I sent

8    Freddie a text message saying, "Be safe today!"

9    Q.  Why did you send him that message?

10   A.  Because there was a rally that was going to happen, and

11   sometimes rallies can get crowded and people, you know, can

12   burn cars and, you know, run into each other, sometimes violent

13   means.

14   Q.  And what was Mr. Klein's response?

15   A.  At 10:31 a.m. he said, "Uugghh I slept in."

16        MS. KLAMANN:  Mr. Clements, can we turn to page 2.

17   Can you just zoom in on the first three messages on this page.

18   BY MS. KLAMANN:

19   Q.  Ms. Banasyak, did you respond to Mr. Klein?

20   A.  I did.  I responded at 10:39 a.m. saying, "Yeah... sad day

21   for us."

22   Q.  And did Mr. Klein give you further updates on January 6th,

23   according to the messages on the screen?

24   A.  He did.

25   Q.  Can you read those for us.

1    A.   Sure.  At 10:41 a.m. he sent me a message saying, "Getting

2    there.  Will advise."

3         Followed by another message at 11:32 a.m. saying, "Hey

4    driving in now I'll park somewhere good.  Lemme know where

5    you[r] people are."

6         MS. KLAMANN:  Mr. Clements, can you pull up

7    Government's Exhibit 623.7.  Yes, let's zoom in on just the

8    first couple of messages, please.

9    BY MS. KLAMANN:

10   Q.   Okay.  And, Ms. Banasyak, you continued to exchange

11   messages with Mr. Klein even after January 6th; is that right?

12   A.   Yes, we did.

13   Q.   For at least some period of time; right?

14   A.   Correct.

15   Q.   Okay.  Are these some of the messages that you exchanged

16   after January 6th?

17   A.   Yes, they are.

18   Q.   Okay.  Can you read the first message.  And is that a

19   message from Mr. Klein?

20   A.   That is a message from Mr. Klein sent on January 11th at

21   9:07 p.m. asking, "Can any of you explain how you knew pence

22   would fold?"

23   Q.   And did you respond to that, Ms. Banasyak?

24   A.   I responded at 9:08 p.m. saying, "Because every other

25   effort failed."

```
1    Q.  What do you mean by that?

2    A.  I think what I was trying to say, that there was no

3    indication from any of the news sources that I consulted

4    that there was a legal pathway for Mr. Trump to become

5    President.

6              MS. KLAMANN:  Mr. Clements, can we zoom out.  And can

7    we actually move to the next page.  Okay.  Can we zoom in on

8    the first two messages first.

9    BY MS. KLAMANN:

10   Q.  And later in the conversation, did Mr. Klein send you some

11   additional messages?

12   A.  He did.

13   Q.  Okay.  And can you read those for the Court.

14   A.  Sure.  At 9:09 p.m. on the 11th of January, we continued

15   the conversation.  Freddie said, "Always figured he was a

16   neocon but he literally committed political suicide."

17        Followed by another message 10 minutes later at

18   9:19 p.m. saying, "All pence had to do was read the real names,

19   or refuse to certify."

20   Q.  Thank you.

21             MS. KLAMANN:  Mr. Clements, can we go to the next

22   two.

23   BY MS. KLAMANN:

24   Q.  Are these additional messages he sent on the same date,

25   January 11th, 2021?
```

1   A.  Yes, they are.

2   Q.  And what did he say?

3   A.  At 9:19 p.m. he said, "Instead he read the false names."

4       Followed by, "Stabbed in the back."

5           MS. KLAMANN:  Mr. Clements, can we go to the next

6   page.  Can we zoom in on the first two.  Perfect.

7   BY MS. KLAMANN:

8   Q.  Ms. Banasyak, did you respond to that?

9   A.  Yes, I did.

10  Q.  What did you say?

11  A.  I said, "But again.  Admired your enthusiasm in face of

12  unprecedented adversity."

13  Q.  Were you being a little tongue in cheek with that text

14  message?

15  A.  I appreciated Freddie's enthusiasm.

16  Q.  What do you mean by that?

17  A.  Sometimes I'm a little quick to give up.  So -- you know,

18  so that's -- that's kind of what -- what I meant by that.  But

19  he -- he believed until, you know, he couldn't anymore.

20  Q.  And what was Mr. Klein's response?

21  A.  He said, "I'm telling you, t[h]e only reason it didn't work

22  was because Everyone to the last man broke the law."

23          MS. KLAMANN:  Mr. Clements, can you zoom in on the

24  last two.

25  ///

BANASYAK - DIRECT

```
1    BY MS. KLAMANN:

2    Q.  And did he send two more messages after that?

3    A.  He does.  At 9:20 he sent me a message saying, "THAT I

4    couldn't have predicted, for the simple reason that it hadn't

5    happened before."

6         Followed by another message a few seconds later saying,

7    "Also, we still don't know pence's motive."

8              MS. KLAMANN:  You can take that down, Mr. Clements.

9    BY MS. KLAMANN:

10   Q.  Ms. Banasyak, at some point did you fall out of contact

11   with Mr. Klein?

12   A.  I did.

13   Q.  When was that?

14   A.  I think it was shortly after January 16th or so.

15   Q.  Have you spoken to him since?

16   A.  Yes.  We met one more time in February.

17   Q.  Okay.  What about since February?

18   A.  No.

19   Q.  Ms. Banasyak, are you here testifying today because you

20   received a subpoena?

21   A.  Yes.

22             MS. KLAMANN:  Your Honor, may I have a moment?

23             THE COURT:  (Nods head.)

24             MS. KLAMANN:  No further questions, Your Honor.

25             THE COURT:  All right.  Why don't we break for lunch.
```

1    I'll ask you-all to come back at 1:45.

2         Ms. Banasyak, I'll direct you not to discuss the

3    contents of your testimony with anyone over the lunch break and

4    return at 1:45.

5         Thank you.

6              (Recess taken.)

7              (REPORTER'S NOTE:  The p.m. session of the trial was

8    reported by Lisa Moreira, who prepared said transcript.)

1        CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3            I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                      Dated this 4th day of August, 2023.

10

11                 /s/ Nancy J. Meyer
                   Nancy J. Meyer
12                 Official Court Reporter
                   Registered Diplomate Reporter
13                 Certified Realtime Reporter
                   333 Constitution Avenue Northwest
14                 Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**'**

**'back** [1] - 809:11
**'No** [1] - 806:12
**'Winston'** [1] - 816:12
**'Without** [1] - 811:19

---

**0**

**0** [2] - 862:23, 872:15

---

**1**

**1** [5] - 844:11, 866:7, 868:13, 868:19, 876:25
**10** [2] - 847:7, 903:17
**100%** [1] - 804:17
**1011** [1] - 861:16
**10:31** [1] - 901:15
**10:39** [1] - 901:20
**10:41** [1] - 902:1
**10th** [4] - 820:5, 821:9, 832:25, 834:9
**11** [1] - 800:3
**11/6/2020** [1] - 801:17
**11:06** [1] - 826:10
**11:11** [1] - 825:22
**11:22** [3] - 860:1, 860:4, 862:15
**11:32** [1] - 902:3
**11th** [6] - 798:25, 833:14, 833:23, 902:20, 903:14, 903:25
**12** [1] - 845:15
**12:25** [1] - 830:6
**136** [8] - 876:12, 876:16, 876:21, 877:14, 878:9, 878:14, 878:19, 878:22
**13th** [2] - 831:2, 831:23
**14th** [2] - 804:22, 837:11
**15** [1] - 838:7
**1512** [3] - 856:15, 883:21, 892:14
**15:15** [1] - 865:6
**15:15:32** [1] - 864:8
**15:15:36** [2] - 865:7, 865:9
**15:15:37** [1] - 864:9
**15:20:49** [1] - 870:4
**15:47:59** [1] - 871:3
**15th** [1] - 837:25
**16th** [1] - 905:14
**17** [6] - 800:7, 849:10, 856:11, 856:12,

---

856:18, 859:15
**17:45** [1] - 862:16
**18:30** [1] - 862:20
**18:31** [1] - 862:17
**19** [2] - 856:10, 859:15
**1999** [2] - 807:20, 807:21
**1:06:09** [1] - 868:22
**1:45** [2] - 906:1, 906:4

---

**2**

**2** [6] - 823:8, 823:14, 830:24, 868:16, 897:18, 901:16
**2013** [1] - 827:4
**2020** [20] - 794:5, 796:13, 798:8, 798:25, 800:3, 801:10, 802:18, 803:5, 803:20, 804:22, 806:25, 807:15, 812:19, 819:14, 821:16, 875:19, 882:7, 883:13, 884:1, 897:22
**2021** [46] - 805:21, 807:24, 808:23, 810:5, 812:2, 814:15, 815:7, 815:18, 817:13, 817:14, 818:16, 819:2, 822:8, 824:7, 824:16, 825:7, 825:22, 826:10, 827:11, 827:22, 828:13, 829:4, 830:5, 831:2, 831:23, 832:6, 832:15, 832:25, 833:14, 833:23, 835:3, 835:14, 837:2, 838:7, 839:5, 840:10, 840:21, 875:21, 878:12, 878:13, 879:24, 893:16, 894:6, 896:8, 896:25, 903:25
**2021...like** [1] - 807:19
**20th** [3] - 876:13, 878:11, 878:12
**21-40** [1] - 784:3
**21st** [1] - 819:14
**231** [1] - 856:15
**25** [3] - 862:23, 871:12, 873:17
**25th** [1] - 798:8
**25thd** [1] - 824:2

---

**27:07** [1] - 866:6
**27:08** [1] - 866:17
**27:22** [1] - 866:17
**28th** [2] - 794:5, 840:10
**29** [1] - 785:1
**29th** [3] - 796:13, 806:25, 812:19
**2:31:45** [1] - 862:8
**2:42:51** [1] - 847:6
**2:43:01** [1] - 847:9
**2:43:53** [1] - 848:9
**2:43:57** [2] - 848:10, 848:17
**2:45:08** [1] - 849:12
**2:45:14** [2] - 849:13, 849:20
**2:46:50** [1] - 850:4
**2:52:30** [1] - 851:6
**2:53** [1] - 851:7
**2:54:10** [1] - 851:12
**2:55:23** [1] - 852:10
**2:55:24** [1] - 852:9
**2:55:26** [1] - 851:24
**2:55:45** [1] - 853:20
**2:55:57** [1] - 854:3
**2:57** [2] - 854:6
**2:57:30** [1] - 854:22
**2:57:41** [1] - 854:23
**2:57:42** [1] - 855:7
**2:58:21** [1] - 855:12
**2:59** [3] - 816:17, 816:22, 816:25
**2nd** [2] - 894:6, 894:14

---

**3**

**3** [4] - 805:8, 831:15, 865:6, 868:20
**30** [1] - 847:16
**300** [4] - 882:20, 882:24, 882:25, 883:1
**301.1** [1] - 846:23
**301.2** [4] - 863:9, 864:7, 867:1, 867:6
**301.3** [1] - 871:11
**302** [1] - 878:5
**30th** [2] - 820:3, 821:16
**31** [1] - 864:4
**31st** [1] - 807:15
**32** [2] - 848:21, 866:5
**32-18** [3] - 796:19, 899:10, 900:10
**350** [1] - 857:8
**39** [1] - 872:17
**3:08:49** [1] - 861:21
**3:13:35** [1] - 863:9
**3:13:43** [1] - 863:10

---

**3:14:10** [1] - 863:18
**3:14:45** [1] - 864:1
**3:16:30** [1] - 864:25
**3:18:25** [1] - 867:6
**3:18:29** [1] - 867:7
**3:18:52** [2] - 867:22, 868:6
**3:42** [3] - 871:21, 872:7, 872:11
**3:42:27** [2] - 871:11, 871:16
**3rd** [9] - 802:18, 803:5, 808:23, 809:20, 810:5, 811:4, 811:6, 811:14, 819:22

---

**4**

**4** [6] - 798:20, 809:24, 810:8, 831:11, 871:3, 899:18
**400** [4] - 783:9, 890:20, 890:22, 891:1
**403.1** [1] - 865:5
**409** [3] - 849:9, 849:12, 852:8
**41** [1] - 863:6
**411** [1] - 847:23
**415.13** [1] - 870:3
**419** [4] - 860:20, 890:13, 890:18, 890:19
**419.........................**
[1] - 783:9
**420** [2] - 851:7, 852:8
**428** [2] - 849:23, 854:22
**428.2** [1] - 851:6
**429** [1] - 854:5
**430.1** [2] - 864:5, 864:11
**431.2** [1] - 870:21
**4:07** [3] - 871:21, 872:8, 872:11
**4:07:41** [1] - 871:22
**4:07:47** [1] - 871:20
**4:07:54** [1] - 872:2
**4:25** [1] - 816:3
**4:25:43** [1] - 815:20
**4:27** [1] - 812:3
**4:28** [1] - 822:9
**4th** [9] - 801:10, 803:20, 805:21, 839:5, 878:13, 896:24, 897:13, 897:22, 899:7

---

**5**

**5** [3] - 856:3, 871:21, 873:17
**5-minute** [3] - 855:20, 855:22, 856:4
**500** [1] - 888:20
**501** [7] - 855:18, 855:19, 856:8, 856:24, 859:17, 862:14, 866:6
**505.1** [3] - 891:4, 891:10, 891:17
**505.1.........................**
[1] - 783:10
**505.3** [4] - 844:23, 845:17, 845:21, 845:22
**505.3.........................**
[1] - 783:10
**507** [2] - 848:21, 849:3
**510** [1] - 862:22
**511** [1] - 865:21
**511.1** [1] - 865:18
**523** [2] - 868:12, 868:16
**532** [2] - 868:17, 868:18
**533.1** [1] - 873:16
**535** [1] - 872:14
**5:43** [1] - 816:8
**5th** [5] - 812:2, 812:12, 814:15, 815:7, 894:18

---

**6**

**6** [8] - 796:7, 798:12, 807:22, 829:17, 830:20, 838:2, 868:13, 868:19
**60-plus** [1] - 792:9
**622** [2] - 839:12, 839:13
**622.12** [1] - 811:24
**622.2** [1] - 839:1
**622.3** [3] - 838:24, 839:7, 839:9
**622.5** [1] - 839:1
**622.68** [1] - 807:12
**623** [4] - 794:16, 795:8, 795:19, 805:7
**623.1** [1] - 805:7
**623.12** [1] - 805:5
**623.14** [1] - 830:23
**623.15** [1] - 829:16
**623.18** [1] - 814:5
**623.19** [1] - 815:4
**623.2** [1] - 805:8
**623.20** [1] - 805:18

**623.22** [1] - 822:2
**623.23** [1] - 829:12
**623.26** [1] - 826:5
**623.27** [1] - 835:20
**623.28** [3] - 827:7, 829:13, 837:6
**623.30** [1] - 833:9
**623.32** [1] - 837:20
**623.34** [1] - 822:4
**623.35** [1] - 832:2
**623.37** [2] - 801:23, 802:15
**623.38** [1] - 798:19
**623.39** [2] - 803:10, 803:17
**623.4** [3] - 783:11, 795:21, 795:24
**623.40** [1] - 804:19
**623.41** [1] - 822:15
**623.44** [1] - 834:20
**623.45** [1] - 834:5
**623.47** [1] - 825:14
**623.49** [3] - 816:4, 819:9, 835:19
**623.53** [1] - 801:4
**623.54** [2] - 806:22, 812:16
**623.55** [2] - 819:8, 821:13
**623.57** [2] - 793:7, 797:13
**623.58** [2] - 808:20, 811:3
**623.59** [1] - 832:21
**623.6** [1] - 896:16
**623.60** [2] - 801:14, 801:22
**623.62** [1] - 837:7
**623.63** [1] - 819:3
**623.65** [1] - 797:25
**623.66** [1] - 835:10
**623.69** [1] - 840:5
**623.7** [1] - 902:7
**623.70** [1] - 840:18
**623.71** [2] - 843:20, 843:22
**623.75** [2] - 795:21, 795:24
**623.75..........** [1] - 783:11
**623.9** [1] - 901:1
**6:43** [1] - 822:20
**6th** [58] - 790:12, 799:16, 801:2, 808:2, 812:9, 812:11, 813:12, 813:13, 813:15, 814:4, 815:17, 815:20, 816:2, 816:3, 816:8,

817:13, 821:25, 822:8, 822:20, 824:7, 824:16, 825:7, 825:22, 832:6, 832:15, 833:7, 835:14, 838:22, 839:23, 840:25, 847:2, 875:19, 875:20, 875:25, 876:19, 876:20, 876:23, 880:22, 880:25, 886:9, 886:11, 886:18, 886:25, 887:5, 887:12, 887:15, 887:24, 888:2, 888:10, 889:11, 895:22, 896:2, 896:4, 896:8, 901:7, 901:22, 902:11, 902:16

---

## 7

**7** [2] - 803:1, 845:5
**74,000,000** [1] - 804:15
**786** [1] - 783:4
**795** [1] - 783:11
**7:20** [1] - 800:3
**7:53:34** [1] - 832:15
**7:54:34** [1] - 832:17
**7th** [1] - 826:10

---

## 8

**8** [3] - 818:16, 850:5, 861:1
**845** [1] - 783:20
**875** [1] - 783:5
**890** [1] - 783:9
**891** [2] - 783:9, 783:10
**893** [1] - 783:6
**8:00** [1] - 785:2
**8th** [4] - 816:25, 817:13, 819:2, 819:10

---

## 9

**9** [2] - 830:2, 859:17
**90** [1] - 803:23
**929-502-5201** [1] - 840:16
**9:07** [1] - 902:21
**9:08** [1] - 902:24
**9:09** [1] - 903:14
**9:12** [1] - 901:7
**9:19** [2] - 903:18, 904:3
**9:20** [1] - 905:3

**9:30** [2] - 859:18, 859:20
**9:36** [2] - 897:13, 897:15
**9:38** [1] - 897:21
**9:39** [2] - 898:7, 898:22
**9:41** [2] - 898:23, 899:7
**9:42** [1] - 899:25
**9:43** [3] - 900:8, 900:12, 900:23
**9:58** [1] - 815:8
**9th** [11] - 827:11, 827:22, 828:5, 828:13, 828:14, 829:4, 830:5, 835:1, 835:24, 837:2, 840:21

---

## A

**a.m** [6] - 785:2, 826:10, 901:15, 901:20, 902:1, 902:3
**ability** [2] - 792:23, 811:22
**able** [18] - 798:22, 848:6, 848:13, 849:16, 851:12, 854:15, 855:3, 861:12, 865:12, 865:22, 866:10, 867:17, 869:4, 871:3, 871:16, 872:2, 876:3, 879:4
**accept** [1] - 824:25
**accepts** [1] - 798:12
**access** [1] - 791:1
**according** [1] - 901:23
**accordingly** [1] - 786:20
**account** [2] - 786:14, 818:8
**accused** [1] - 785:3
**acknowledged** [1] - 821:24
**acronym** [1] - 886:13
**Act** [1] - 786:13
**act** [2] - 818:23, 818:24
**action** [1] - 895:21
**actions** [3] - 797:23, 802:1, 802:14
**activated** [1] - 836:16
**active** [1] - 833:18
**actual** [1] - 813:23
**additional** [6] - 785:12, 839:14, 858:3, 858:7,

903:11, 903:24
**adjust** [1] - 892:24
**adjusts** [1] - 874:7
**administered** [1] - 892:22
**administration** [1] - 813:22
**admired** [1] - 904:11
**admissible** [1] - 795:16
**admission** [3] - 794:15, 795:4, 890:15
**admit** [3] - 845:17, 891:16, 897:3
**admitted** [10] - 794:12, 795:3, 795:5, 795:14, 795:24, 845:22, 890:19, 891:1, 891:17, 897:3
**Admitted** [1] - 783:8
**admittedly** [1] - 838:9
**admitting** [5] - 795:8, 795:18, 795:22, 805:13, 845:21
**advance** [3] - 785:2, 786:2, 844:5
**adversity** [1] - 904:12
**advise** [1] - 902:2
**AFO** [9] - 876:11, 876:12, 876:16, 876:21, 877:14, 878:9, 878:14, 878:19, 878:22
**AFPAC** [1] - 840:14
**afraid** [1] - 842:25
**afternoon** [6] - 816:2, 816:16, 892:19, 893:5, 893:7, 893:8
**afterwards** [1] - 844:8
**AGAIN** [1] - 900:9
**agenda** [1] - 838:3
**agent** [11] - 787:12, 787:22, 789:25, 791:14, 791:19, 845:24, 845:25, 846:1, 846:3, 878:4, 878:5
**Agent** [65] - 784:10, 785:5, 785:7, 785:9, 785:10, 785:16, 785:23, 786:5, 786:8, 786:15, 786:21, 786:25, 787:15, 788:5, 788:12, 788:15, 788:18, 790:21, 797:15, 800:2, 803:12, 806:18, 813:11, 819:14,

821:23, 838:12, 839:4, 844:13, 846:10, 846:18, 846:25, 848:1, 849:2, 853:13, 854:5, 857:2, 857:8, 857:18, 858:2, 858:13, 858:14, 858:16, 859:3, 859:6, 859:7, 859:14, 859:22, 860:4, 861:18, 863:13, 864:18, 866:10, 867:17, 867:25, 869:5, 870:24, 872:7, 873:19, 874:17, 875:10, 883:23, 890:7, 891:14, 891:15
**ago** [2] - 813:3, 873:19
**agree** [1] - 795:10
**ahead** [9] - 784:24, 844:8, 857:25, 859:15, 865:6, 871:20, 873:5, 873:16, 899:16
**ain't** [1] - 832:20
**aka** [1] - 816:12
**AKERS** [414] - 784:7, 786:24, 793:6, 793:8, 794:1, 794:3, 794:15, 794:22, 795:7, 795:20, 796:1, 796:2, 796:11, 796:12, 796:22, 796:23, 796:25, 797:1, 797:9, 797:13, 797:14, 797:25, 798:1, 798:5, 798:6, 798:18, 798:21, 799:11, 799:17, 799:24, 800:1, 800:10, 800:11, 801:4, 801:6, 801:14, 801:16, 801:22, 802:15, 802:17, 802:25, 803:3, 803:10, 803:11, 803:17, 803:19, 804:7, 804:9, 804:19, 804:21, 805:5, 805:9, 805:11, 805:14, 805:17, 805:20, 806:1, 806:3, 806:8, 806:10, 806:15, 806:17, 806:22,

806:24, 807:12, 807:14, 807:25, 808:1, 808:4, 808:7, 808:20, 808:22, 809:6, 809:8, 809:16, 809:19, 810:1, 810:3, 810:11, 810:13, 810:17, 810:19, 810:24, 811:3, 811:5, 811:7, 811:9, 811:12, 811:24, 812:1, 812:16, 812:18, 813:4, 813:7, 813:10, 814:5, 814:7, 814:17, 814:19, 815:4, 815:6, 815:14, 815:16, 815:22, 815:24, 816:4, 816:6, 816:15, 816:19, 816:21, 817:2, 817:4, 817:10, 817:12, 817:25, 818:2, 818:13, 818:15, 819:3, 819:8, 819:11, 819:13, 819:24, 820:1, 820:7, 820:9, 820:15, 820:17, 821:5, 821:7, 821:13, 821:15, 822:2, 822:6, 822:15, 822:17, 823:1, 823:3, 823:10, 823:12, 823:20, 823:22, 824:3, 824:5, 824:12, 824:15, 825:2, 825:5, 825:14, 825:17, 825:19, 826:5, 826:8, 826:24, 827:1, 827:7, 827:9, 827:16, 827:18, 828:1, 828:3, 828:9, 828:12, 828:19, 828:21, 829:1, 829:3, 829:12, 829:14, 829:16, 829:19, 830:2, 830:4, 830:13, 830:15, 830:23, 831:1, 831:11, 831:13, 831:20, 831:22, 832:2, 832:4, 832:12, 832:14, 832:21, 832:23, 833:9, 833:10, 833:20,

833:22, 834:5, 834:7, 834:14, 834:16, 834:20, 834:22, 835:10, 835:12, 835:19, 835:22, 836:4, 836:6, 836:9, 836:11, 836:22, 837:1, 837:6, 837:9, 837:20, 837:23, 838:4, 838:6, 838:24, 839:3, 839:9, 839:13, 839:20, 840:1, 840:4, 840:7, 840:18, 840:20, 841:10, 841:13, 841:23, 842:1, 842:11, 842:13, 842:20, 842:23, 843:4, 843:6, 843:11, 843:13, 843:19, 843:21, 844:2, 844:10, 844:12, 844:22, 844:24, 845:5, 845:7, 845:14, 845:17, 846:17, 846:23, 846:24, 847:6, 847:9, 847:10, 847:15, 847:18, 847:23, 847:24, 848:9, 848:12, 848:20, 848:23, 849:1, 849:8, 849:12, 849:15, 849:22, 849:24, 850:4, 850:7, 850:11, 850:14, 850:15, 851:5, 851:10, 851:11, 851:17, 851:22, 851:23, 852:7, 852:12, 852:13, 852:16, 852:19, 852:22, 853:1, 853:9, 853:12, 853:20, 853:22, 853:24, 854:2, 854:4, 854:6, 854:8, 854:21, 854:25, 855:2, 855:9, 855:11, 855:13, 855:17, 856:2, 856:8, 856:10, 856:12, 856:14, 856:19, 856:24, 857:21, 858:1, 858:20, 859:12, 859:20, 859:21, 860:1,

860:3, 860:20, 860:22, 861:1, 861:3, 861:15, 861:17, 861:23, 862:1, 862:5, 862:7, 862:14, 862:19, 863:1, 863:5, 863:8, 863:12, 863:18, 863:20, 864:1, 864:3, 864:7, 864:11, 864:13, 864:15, 864:17, 864:23, 864:25, 865:1, 865:5, 865:9, 865:10, 865:18, 865:20, 866:5, 866:9, 866:16, 866:19, 867:1, 867:2, 867:6, 867:10, 867:15, 867:16, 867:22, 867:24, 868:12, 868:18, 868:22, 868:24, 869:2, 869:3, 869:8, 869:12, 869:14, 869:15, 869:21, 869:23, 869:24, 870:3, 870:6, 870:7, 870:19, 870:21, 870:23, 871:8, 871:10, 871:14, 871:15, 871:20, 871:25, 872:1, 872:14, 872:17, 872:18, 873:4, 873:16, 873:18, 874:14, 874:16, 874:22, 874:24, 875:6, 882:21, 883:14, 883:16, 884:20, 885:19, 890:9, 890:12, 890:17, 890:20, 890:23, 891:3, 891:7, 891:10, 891:15, 891:18, 891:21, 892:18

**Akers** [9] - 784:7, 797:12, 805:7, 819:7, 846:16, 864:6, 884:22, 890:8, 891:24

**Akers.....** [1] - 783:4

**Alexander** [1] - 784:14

**Alexandria** [1] - 893:13

**align** [1] - 866:2

**Alina** [3] - 783:5, 891:25, 893:11

**ALINA** [1] - 893:11

**Alive** [1] - 816:1

**allow** [3] - 858:7, 859:6, 884:24

**almost** [2] - 875:13, 889:21

**alright** [1] - 817:6

**altogether** [1] - 867:20

**America** [2] - 784:3, 874:1

**amount** [1] - 879:2

**anger** [2] - 828:6, 835:7

**angle** [2] - 846:9, 867:12

**announced** [1] - 814:2

**annoying** [1] - 809:12

**anonymous** [1] - 878:2

**answer** [2] - 876:10, 884:7

**answering** [1] - 888:22

**answers** [2] - 796:15, 821:2

**anticipate** [2] - 785:18, 890:2

**anticipation** [1] - 786:5

**ANTIFA** [2] - 827:14, 829:7

**antifa** [2] - 823:5, 835:8

**Antifa** [1] - 825:23, 887:18

**anyway** [3] - 810:15, 819:20, 825:13

**Anyway** [1] - 835:6

**apologize** [2] - 858:8, 895:18

**appear** [4] - 844:19, 850:23, 853:2, 869:19

**appeared** [4] - 852:1, 852:2, 860:13, 860:15

**applaud** [1] - 827:25

**apply** [2] - 792:14, 792:15

**appoint** [1] - 821:3

**appointee** [6] - 814:25, 815:12, 834:18, 840:11, 879:20, 896:5

**appointees** [1] - 813:24

**appointment** [1] - 813:19

**appraised** [1] - 800:8

**appreciate** [2] - 802:5,

845:24

**appreciated** [1] - 904:15

**appropriate** [1] - 795:12

**arbitrarily** [1] - 881:20

**arduous** [1] - 792:8

**areas** [1] - 884:10

**argue** [1] - 874:10

**arguing** [1] - 890:13

**Arizona** [1] - 799:4

**arm** [3] - 868:7, 868:9, 868:10

**arranged** [1] - 788:6

**arrangement** [1] - 873:9

**arrest** [17] - 787:2, 787:3, 787:5, 787:7, 787:8, 787:21, 788:5, 878:12, 878:15, 878:20, 878:24, 880:1, 880:4, 880:6, 880:7, 880:9, 880:10

**arrested** [5] - 830:8, 878:23, 879:1, 879:24, 883:8

**ascribe** [1] - 882:8

**ascribing** [1] - 888:23

**Ashley** [1] - 784:7

**asleep** [1] - 806:7

**ass** [1] - 817:23

**assault** [1] - 856:18

**assaultive** [2] - 877:9, 877:10

**Assembling** [1] - 808:5

**assembling** [1] - 808:9

**asserted** [4] - 795:6, 795:15, 839:21, 839:25

**assigned** [3] - 788:8, 876:21, 896:5

**Assistant** [1] - 788:8

**assume** [1] - 883:12

**Atlanta** [1] - 804:16

**attachment** [1] - 842:22

**attempt** [3] - 787:24, 788:3, 818:19

**attempting** [2] - 801:12, 860:10

**attend** [2] - 896:1, 896:6

**attention** [1] - 848:3

**attorney** [1] - 791:7

**Attorney** [1] - 788:9

**Attorney's** [1] - 789:15

**attorneys** [2] - 789:17,

791:5
**attribute** [1] - 866:22
**audio** [35] - 844:9, 845:6, 845:16, 848:11, 848:22, 849:14, 850:6, 850:13, 851:9, 851:21, 852:11, 853:21, 853:23, 854:1, 854:24, 855:10, 859:19, 860:2, 862:18, 862:24, 863:7, 864:14, 864:24, 865:8, 866:8, 866:18, 868:21, 868:23, 869:1, 869:13, 869:22, 870:5, 870:20, 871:9, 872:16
**audio-visual** [35] - 844:9, 845:6, 845:16, 848:11, 848:22, 849:14, 850:6, 850:13, 851:9, 851:21, 852:11, 853:21, 853:23, 854:1, 854:24, 855:10, 859:19, 860:2, 862:18, 862:24, 863:7, 864:14, 864:24, 865:8, 866:8, 866:18, 868:21, 868:23, 869:1, 869:13, 869:22, 870:5, 870:20, 871:9, 872:16
**authenticate** [1] - 845:25
**authenticity** [1] - 891:12
**available** [2] - 791:19, 791:23
**aware** [2] - 876:16, 879:13
**awareness** [1] - 877:4
**Awesome** [1] - 799:9
**AZ** [1] - 799:2

**B**

**B-a-n-a-s-y-a-k** [1] - 893:11
**backdooring** [1] - 884:20
**backing** [1] - 850:25
**Bad** [1] - 838:2
**bad** [7] - 807:24, 817:17, 820:23,

826:3, 836:17, 842:25, 843:15
**bag** [6] - 788:25, 789:2, 808:5, 808:9, 830:18, 830:20
**Baier** [1] - 805:24
**Banasyak** [20] - 783:5, 891:25, 893:11, 893:12, 896:7, 896:15, 896:21, 897:7, 898:6, 898:12, 898:18, 899:16, 901:4, 901:19, 902:10, 902:23, 904:8, 905:10, 905:19, 906:2
**banned** [1] - 830:8
**bar** [2] - 893:18, 894:17
**based** [5] - 812:4, 818:9, 858:2, 860:18, 873:23
**Based** [1] - 897:22
**bases** [1] - 883:15
**basis** [1] - 794:11
**bathroom** [1] - 894:1
**beat** [1] - 829:7
**became** [1] - 876:16
**BECAUSE** [1] - 838:8
**beckoning** [1] - 844:21
**become** [2] - 876:12, 903:4
**becoming** [1] - 836:15
**began** [3] - 876:20, 876:25, 877:3
**begin** [2] - 792:7, 876:8
**beginning** [2] - 860:9, 899:18
**begins** [1] - 804:25
**behalf** [3] - 784:8, 784:13, 784:18
**behind** [2] - 787:24, 788:6
**belief** [1] - 895:13
**below** [2] - 854:17, 868:1
**Ben** [1] - 784:10
**bench** [2] - 802:5, 885:16
**benchmark** [1] - 878:11
**bends** [1] - 874:5
**Benjamin** [1] - 783:4
**best** [5] - 786:18, 789:23, 851:19, 866:13, 879:25
**betray** [1] - 829:6

**betrayed** [1] - 828:7
**better** [2] - 850:20, 867:21
**between** [8] - 785:13, 790:25, 793:11, 798:2, 801:7, 843:23, 878:12, 896:24
**bf** [1] - 838:10
**Biden** [3] - 810:8, 814:2, 824:8
**big** [2] - 820:5, 820:11
**bigger** [82] - 796:25, 798:5, 798:20, 798:23, 799:12, 801:5, 801:15, 802:16, 803:18, 804:8, 804:20, 805:6, 805:19, 806:2, 806:23, 807:13, 808:4, 808:21, 809:7, 809:18, 810:2, 810:12, 810:18, 811:25, 812:17, 814:6, 814:18, 815:5, 815:23, 816:5, 816:14, 816:19, 817:11, 818:1, 818:14, 819:5, 819:25, 820:8, 820:16, 821:6, 821:14, 822:5, 822:16, 823:2, 823:11, 823:21, 824:4, 824:13, 825:4, 825:16, 826:7, 826:25, 827:8, 827:17, 828:2, 828:11, 828:20, 829:2, 829:18, 830:24, 831:12, 831:21, 832:3, 832:22, 833:21, 834:6, 834:21, 835:11, 835:21, 836:5, 836:10, 836:24, 837:8, 837:22, 839:2, 840:6, 840:19, 841:12, 841:25, 842:12, 842:22, 843:5
**biggest** [2] - 803:7, 827:6
**bit** [5] - 813:4, 850:20, 860:12, 862:11, 873:19
**Bitch** [1] - 810:23

**bitch** [3] - 811:18, 811:20, 824:23
**black** [1] - 793:14
**blank** [3] - 805:8, 805:10, 843:3
**blending** [1] - 889:12
**blow** [1] - 896:17
**blue** [37] - 793:12, 793:20, 793:22, 793:23, 794:24, 795:10, 795:13, 798:10, 799:5, 799:9, 800:4, 802:21, 803:4, 803:6, 806:6, 807:18, 809:1, 809:4, 809:11, 809:17, 809:22, 810:7, 810:10, 811:19, 814:21, 814:22, 815:10, 817:19, 820:11, 820:24, 821:22, 842:2, 843:7, 854:18, 863:15, 865:14, 897:1
**blue'** [1] - 809:11
**blurry** [1] - 865:11
**body** [9] - 828:16, 853:7, 860:21, 866:2, 870:22, 871:4, 890:12, 890:14, 890:16
**body-worn** [4] - 860:21, 890:12, 890:14, 890:16
**body-worn-camera** [3] - 866:2, 870:22, 871:4
**Bogner** [2] - 850:3, 854:9
**boo** [1] - 821:22
**booked** [1] - 788:11
**borne** [1] - 882:4
**bottom** [24] - 786:18, 803:2, 809:17, 811:10, 811:11, 815:15, 825:3, 828:2, 831:21, 836:9, 837:22, 841:24, 842:22, 843:11, 843:12, 847:21, 851:25, 853:18, 863:3, 863:16, 863:24, 866:15, 871:5, 872:20
**bottom-right** [1] - 871:5
**bought** [1] - 830:18

**Bowser** [1] - 887:21
**box** [5] - 793:14, 800:4, 803:4, 803:6, 811:25
**boxes** [2] - 881:21, 881:23
**Brauhaus** [1] - 893:24
**break** [8] - 818:6, 826:4, 857:1, 857:4, 857:7, 857:23, 905:25, 906:3
**breather** [1] - 870:1
**Brett** [1] - 805:24
**brief** [1] - 857:7
**briefly** [1] - 890:10
**Bringing** [1] - 812:8
**broader** [2] - 858:6, 858:22
**broke** [2] - 827:13, 904:22
**brought** [2] - 788:9, 789:12
**btw** [1] - 799:1
**bubble** [5] - 799:10, 814:21, 842:2, 843:7, 845:10
**bug** [4] - 808:5, 808:9, 830:18, 830:20
**bug-out** [2] - 808:9, 830:20
**bunch** [2] - 818:20, 859:13
**bureau** [1] - 876:25
**burn** [4] - 811:18, 811:20, 824:23, 901:12

**C**

**C-l-a-u-n-c-h** [1] - 784:21
**camera** [9] - 853:7, 860:21, 866:2, 870:22, 871:4, 872:9, 890:13, 890:14, 890:16
**Capitol** [9] - 812:14, 817:20, 821:25, 822:13, 826:3, 838:21, 839:23, 877:2, 896:13
**Cappuccio** [3] - 784:3, 784:13
**capture** [1] - 846:12
**care** [2] - 811:17, 811:20
**Carolina** [1] - 799:3
**cars** [1] - 901:12
**CART** [3] - 790:21, 880:12, 880:15

**Case** [1] - 784:3
**case** [9] - 785:16,
787:20, 787:22,
790:5, 791:14,
802:3, 821:11,
839:18, 897:22
**casino** [1] - 802:22
**categories** [1] -
792:18
**category** [1] - 888:24
**Catholics** [1] - 804:4
**causing** [1] - 826:20
**CCTV** [4] - 846:2,
846:18, 871:11,
872:9
**cell** [22] - 787:12,
787:17, 790:24,
793:2, 794:17,
800:18, 807:9,
811:21, 846:8,
875:1, 880:4, 880:5,
880:8, 880:9,
880:12, 880:15,
880:18, 880:24,
881:1, 881:4, 881:17
**Cellebrite** [2] - 793:10,
812:4
**cellular** [2] - 787:10,
788:9
**censored** [1] - 836:16
**center** [2] - 849:18,
864:20
**certain** [6] - 792:18,
804:17, 855:22,
881:17, 882:1,
886:10
**certainly** [3] - 786:13,
786:19, 799:15
**certification** [3] -
799:21, 819:17,
838:18
**certification-
delegates** [1] -
819:17
**certify** [14] - 796:15,
798:16, 821:18,
821:20, 828:24,
895:5, 895:10,
895:14, 895:21,
899:5, 899:8, 899:9,
900:17, 903:19
**chain** [6] - 788:14,
789:13, 790:14,
791:9, 795:8, 803:1
**chains** [1] - 790:17
**challenge** [1] - 806:13
**chance** [5] - 785:2,
794:9, 796:5,
840:15, 886:16
**changed** [1] - 813:21

**chanted** [1] - 851:1
**characterization** [1] -
882:19
**charge** [1] - 883:22
**charged** [1] - 802:4
**charges** [2] - 802:10,
875:4
**chart** [1] - 805:7
**check** [1] - 799:6
**checked** [1] - 789:9
**checkmarks** [1] -
890:25
**cheek** [1] - 904:13
**chosen** [1] - 791:15
**Church** [1] - 883:9
**circle** [4] - 850:18,
859:23, 862:2,
863:17
**circled** [19] - 847:22,
848:15, 849:19,
850:10, 850:20,
852:1, 853:4,
853:14, 853:18,
861:6, 863:3,
863:24, 864:21,
865:16, 865:24,
866:14, 868:3,
871:18, 872:20
**circling** [8] - 845:10,
847:13, 854:18,
868:6, 869:6, 871:5,
872:4, 874:17
**circumstances** [1] -
786:17
**city** [1] - 893:12
**civil** [1] - 818:23
**civilian** [1] - 858:21
**claim** [1] - 803:15
**claims** [2] - 808:11,
808:17
**clamp** [1] - 833:4
**class** [1] - 821:19
**Claunch** [1] - 784:20
**clear** [4] - 785:5,
786:12, 845:23,
866:16
**clearer** [1] - 862:22
**Clements** [33] - 784:9,
802:16, 811:10,
816:19, 825:19,
838:25, 841:11,
844:3, 848:24,
852:9, 852:17,
853:25, 864:16,
867:12, 868:19,
868:25, 896:19,
897:17, 897:18,
898:9, 898:14,
899:12, 899:20,
900:4, 900:18,

900:25, 901:16,
902:6, 903:6,
903:21, 904:5,
904:23, 905:8
**clip** [15] - 841:4,
842:18, 851:13,
856:4, 862:8, 865:3,
865:11, 865:13,
865:15, 866:12,
869:16, 870:4, 870:8
**clips** [2] - 855:19,
855:22
**close** [2] - 860:10,
900:2
**closely** [1] - 797:23
**clothing** [2] - 865:16,
874:20
**co** [1] - 784:8
**co-counsel** [1] - 784:8
**colleague** [1] - 788:2
**collected** [1] - 846:4
**collecting** [1] - 820:3
**College** [1] - 838:18
**colored** [1] - 853:17
**Columbia** [1] - 875:17
**comfortable** [2] -
888:22, 888:23
**commands** [1] -
850:24
**comment** [2] - 815:20,
837:5
**commentary** [2] -
841:21, 842:3
**commercial** [1] -
876:5
**commit** [1] - 829:6
**committed** [1] -
903:16
**committing** [3] -
835:9, 877:8, 877:10
**common** [1] - 814:1
**commonplace** [1] -
787:22
**communicate** [1] -
894:12
**communicating** [1] -
785:5
**communications** [8] -
785:1, 786:6,
791:12, 792:19,
859:5, 880:19,
880:22, 880:25
**Comottor** [9] - 784:10,
787:15, 788:5,
788:13, 788:15,
788:18, 858:14,
858:16, 859:7
**comparing** [1] - 846:2
**complacent** [1] -
836:15

**complete** [1] - 837:16
**completed** [3] - 789:7,
791:21, 791:25
**compliment** [1] -
836:18
**comply** [1] - 850:23
**concede** [1] - 835:8
**concern** [1] - 827:6
**concerning** [4] -
785:16, 785:17,
886:11, 886:17
**concerns** [2] - 801:25,
882:6
**concrete** [1] - 883:5
**condemn** [1] - 829:11
**conduct** [7] - 787:24,
788:3, 790:23,
856:14, 876:16,
877:9, 877:10
**confident** [4] - 878:8,
878:14, 878:18,
878:21
**confirm** [1] - 896:12
**confuse** [1] - 880:3
**congress** [1] - 836:21
**Congress** [4] -
820:25, 824:1,
828:16, 898:23
**congressional** [1] -
818:21
**consolidated** [1] -
805:9
**conspiracy** [1] - 802:3
**constantly** [1] -
875:23
**consult** [1] - 895:24
**consultation** [1] -
788:8
**consulted** [1] - 903:3
**contact** [5] - 793:17,
839:6, 894:10,
896:7, 905:10
**contacted** [1] - 840:14
**contain** [1] - 853:16
**containing** [1] -
791:12
**contemplated** [1] -
899:4
**content** [5] - 790:23,
793:1, 816:18,
818:9, 882:4
**contents** [7] - 792:12,
857:3, 875:2,
880:16, 881:1,
881:22, 906:3
**context** [6] - 795:11,
795:15, 797:19,
803:13, 843:16,
888:18
**contextually** [1] -

870:11
**continual** [1] - 856:2
**continue** [15] - 805:16,
841:14, 845:14,
846:16, 850:11,
851:17, 852:22,
853:9, 864:23,
865:2, 867:13,
869:12, 870:19,
873:3, 873:6
**Continued** [1] - 783:4
**continued** [5] -
786:23, 797:17,
879:25, 902:10,
903:14
**continues** [1] - 803:14
**continuing** [1] -
853:24
**control** [1] - 810:23
**controls** [1] - 829:24
**conversation** [9] -
793:24, 798:2,
813:8, 841:14,
882:17, 885:5,
903:10, 903:15
**conversations** [1] -
793:11
**conveyed** [1] - 789:16
**coordinate** [1] -
790:19
**coordination** [1] -
790:12
**cops** [1] - 829:8
**copy** [4] - 789:21,
791:16, 791:17,
878:5
**Corps** [6] - 874:3,
874:6, 874:9, 879:7,
879:10, 879:16
**correct** [41] - 790:18,
794:6, 794:7,
796:10, 800:23,
800:24, 803:20,
805:14, 806:5,
811:7, 813:7, 814:9,
814:10, 814:15,
816:2, 819:11,
824:19, 830:5,
837:13, 845:13,
849:21, 856:12,
856:17, 856:21,
875:16, 877:21,
877:24, 878:9,
878:24, 879:17,
881:2, 881:11,
883:11, 886:9,
887:12, 890:14,
891:21, 892:16,
892:18, 897:11,
902:14

correctly [3] - 789:16, 878:22, 879:12
corrects [1] - 804:13
correspond [1] - 839:7
correspondence [1] - 794:23
corresponding [1] - 793:15
corroborative [1] - 839:21
corrupt [1] - 833:17
corruption [1] - 836:14
counsel [6] - 784:5, 784:8, 789:15, 844:5, 857:9, 886:15
Count [5] - 849:10, 859:15, 864:4, 866:5
count [5] - 828:24, 856:9, 856:10, 864:4, 892:14
counting [1] - 882:24
counts [1] - 856:1
coup [1] - 818:19
couple [8] - 826:6, 860:13, 868:24, 894:22, 897:7, 898:18, 899:19, 902:8
course [12] - 842:16, 848:4, 877:19, 881:25, 882:14, 883:24, 884:14, 885:2, 886:7, 886:16, 886:23, 896:18
COURT [99] - 784:11, 784:16, 784:24, 786:11, 794:11, 794:14, 794:18, 794:24, 795:8, 795:18, 795:22, 797:11, 799:22, 802:8, 805:7, 805:13, 805:15, 808:13, 811:1, 811:4, 811:6, 811:8, 813:2, 813:6, 813:9, 819:6, 819:10, 819:12, 829:13, 829:15, 839:12, 839:15, 839:19, 839:24, 840:2, 844:7, 845:18, 845:20, 846:7, 846:14, 849:11, 851:20, 855:25, 856:7, 856:9, 856:11, 856:13,

856:17, 856:22, 856:25, 857:10, 857:14, 857:16, 857:18, 857:25, 858:10, 858:15, 858:18, 859:1, 859:9, 859:11, 864:6, 873:3, 874:12, 874:23, 875:5, 875:7, 882:23, 883:15, 883:17, 884:2, 884:6, 884:22, 885:20, 886:1, 886:4, 890:4, 890:7, 890:11, 890:18, 890:22, 890:24, 891:5, 891:13, 891:16, 891:19, 891:23, 892:2, 892:5, 892:9, 892:11, 892:15, 892:19, 892:24, 893:2, 895:12, 897:4, 905:23, 905:25
court [4] - 795:4, 821:10, 875:3, 893:9
Court [11] - 785:18, 785:21, 786:1, 786:8, 820:14, 820:18, 831:15, 858:6, 885:16, 898:24, 903:13
Court's [6] - 845:24, 846:5, 885:15, 886:5, 891:6, 891:11
COURTROOM [2] - 784:2, 892:21
courtroom [3] - 854:9, 861:8, 868:4
courts [1] - 829:25
cover [1] - 817:23
covid [1] - 805:4
coward [1] - 838:8
crack [1] - 887:18
crackdown [1] - 824:8
create [1] - 824:22
credit [1] - 818:7
crime [4] - 792:21, 875:15, 876:4, 876:5
crimes [1] - 835:9
Criminal [1] - 784:2
CROSS [1] - 875:8
Cross [1] - 783:5
CROSS-
  EXAMINATION [1] - 875:8
Cross-Examination [1] - 783:5

crowd [6] - 844:21, 862:12, 870:12, 870:14, 870:18, 873:8
crowded [2] - 848:14, 901:11
custody [3] - 788:14, 790:14, 790:17
customary [1] - 813:24
cute [1] - 894:3
cylindrical [1] - 853:17

## D

D.C [5] - 788:3, 812:8, 876:6, 886:24, 887:5
dad [1] - 800:6
Daily [1] - 812:6
dark [1] - 836:14
data [1] - 792:9
date [23] - 794:4, 798:7, 816:18, 816:20, 819:1, 822:7, 822:18, 825:18, 825:20, 826:9, 827:10, 827:21, 832:5, 832:24, 833:11, 834:8, 834:25, 835:13, 835:23, 837:10, 837:24, 894:5, 903:24
daughter's [1] - 838:10
days [5] - 788:19, 804:25, 814:23, 876:18
DC [3] - 815:10, 832:9, 840:12
DD214 [1] - 879:11
de [1] - 836:16
de-platformed [1] - 836:16
dead [3] - 800:6, 805:24, 892:5
deadline [1] - 785:2
deal [4] - 787:25, 825:9, 844:7, 883:19
dealing [1] - 792:8
debate [2] - 895:3, 895:6
dec [1] - 819:22
December [14] - 794:5, 796:13, 798:8, 802:18, 803:5, 803:20, 804:22, 806:25, 807:15, 812:19,

820:5, 821:16, 822:19
decide [1] - 820:20
decided [1] - 829:6
deciding [1] - 881:20
decision [1] - 820:25
decline [1] - 900:13
Deedra [1] - 784:14
deemed [1] - 877:9
deep [4] - 825:9, 833:16, 836:14, 899:8
defeat [1] - 824:25
defectors [2] - 810:22, 811:2
Defendant [1] - 847:13
defendant [5] - 795:11, 795:15, 802:11, 846:10, 884:20
defendant's [3] - 794:22, 799:18, 846:8
defendants [1] - 790:13
Defense [1] - 868:16
defense [8] - 789:15, 789:17, 789:22, 790:8, 791:5, 791:7, 844:5, 857:9
delegates [1] - 819:17
deleted [1] - 818:8
delivered [2] - 789:23, 840:10
Democratic [4] - 883:13, 884:1, 884:4, 884:9
democrats [1] - 797:2
Department [4] - 813:17, 879:18, 879:21, 896:6
depicted [2] - 860:5, 878:14
DEPUTY [2] - 784:2, 892:21
describe [1] - 860:8
desktop [1] - 792:6
determination [1] - 867:21
determined [1] - 796:17
device [1] - 791:7
devices [2] - 791:10, 791:11
difference [1] - 874:11
different [10] - 813:2, 813:22, 846:9, 871:6, 873:20, 877:2, 877:3, 878:4,

882:25, 886:21
difficult [1] - 876:10
digitally [1] - 880:15
direct [3] - 786:22, 884:23, 906:2
Direct [2] - 783:4, 783:6
DIRECT [2] - 786:23, 893:3
disagree [3] - 882:19, 883:12, 888:19
discharge [1] - 879:13
discovery [2] - 786:2, 790:12
discuss [4] - 840:17, 857:3, 857:11, 906:2
discussed [1] - 896:1
discusses [1] - 889:20
discussing [1] - 897:25
discussion [2] - 884:23, 898:3
Disguised [1] - 827:15
disobedience [1] - 818:23
displayed [1] - 793:16
disseminated [2] - 876:17, 877:12
District [1] - 875:17
districts [1] - 884:10
division [1] - 875:15
document [1] - 793:9
documented [1] - 790:16
documents [1] - 881:5
Donald [1] - 882:3
done [8] - 786:15, 789:7, 789:22, 817:22, 832:1, 846:3, 858:11, 874:25
doomed [3] - 809:22, 809:25, 810:4
door [4] - 845:4, 860:10, 860:11, 861:10
DOUENAT [2] - 784:12, 890:6
Douenat [2] - 784:13, 890:5
down [29] - 788:21, 796:22, 797:9, 799:11, 806:1, 806:8, 806:15, 811:18, 811:20, 824:13, 824:23, 826:6, 828:8, 828:10, 829:8, 831:7, 833:4, 835:18, 836:21,

836:23, 838:4,
838:11, 842:15,
874:5, 887:18,
890:25, 891:19,
905:8
**doxxed** [1] - 836:16
**draw** [1] - 785:19
**dressed** [1] - 825:23
**dried** [1] - 830:18
**drive** [2] - 789:21,
789:23
**driving** [1] - 902:4
**drove** [1] - 788:21
**ducked** [1] - 867:19
**Dude** [2] - 805:24,
831:5
**duplicative** [1] - 813:4
**duplicatives** [1] -
813:5
**duration** [1] - 872:12
**during** [5] - 847:5,
851:13, 857:3,
857:7, 865:21
**dying** [1] - 838:10

**E**

**easier** [1] - 890:21
**eat** [1] - 805:25
**Edgar** [1] - 784:14
**edge** [1] - 849:4
**effect** [3] - 800:20,
852:5, 854:13
**effort** [2] - 785:3,
902:25
**Either** [1] - 821:9
**either** [2] - 821:18,
899:9
**election** [33] - 796:15,
797:3, 797:22,
799:15, 799:18,
799:21, 800:19,
800:23, 801:1,
802:1, 802:13,
803:14, 805:4,
806:14, 806:20,
808:12, 808:18,
821:11, 833:4,
833:25, 838:13,
882:6, 883:13,
884:1, 895:5,
895:10, 895:15,
895:21, 898:13,
899:5, 900:9, 900:17
**elections** [1] - 820:21
**electoral** [1] - 884:10
**Electoral** [1] - 838:18
**electors** [3] - 821:3,
821:19, 899:9
**electronic** [1] - 859:4

**electronically** [1] -
790:16
**email** [1] - 785:6
**emails** [9] - 785:6,
785:8, 785:10,
785:12, 785:13,
785:15, 858:7, 859:5
**embedded** [3] -
842:18, 843:23,
843:25
**emblem** [1] - 874:3
**emoji** [2] - 808:6,
819:23
**employed** [1] - 813:17
**employee** [1] - 879:18
**empty** [1] - 853:15
**enclave** [1] - 792:22
**encrypted** [1] - 792:19
**end** [7] - 790:22,
806:16, 808:16,
809:23, 819:23,
862:8, 872:15
**enforcement** [1] -
852:3
**engage** [3] - 888:2,
888:10, 888:15
**engaged** [2] - 836:15,
875:25
**ensued** [1] - 860:11
**enterprise** [1] - 876:3
**enterprise-style** [1] -
876:3
**enthusiasm** [2] -
904:11, 904:15
**entire** [2] - 881:1,
881:6
**entirely** [1] - 858:9
**entirety** [1] - 794:16
**entry** [2] - 848:17,
849:6
**error** [1] - 797:5
**Especially** [1] - 833:6
**espousing** [1] -
887:15
**essentially** [1] - 881:5
**establishing** [1] -
883:21
**establishment** [1] -
810:16
**etc** [1] - 830:19
**evangelicals** [1] -
804:5
**event** [2] - 802:2,
807:5
**events** [5] - 789:13,
829:8, 880:22,
887:11, 896:1
**eventual** [2] - 807:10,
812:22
**Eventually** [2] -

809:25, 810:4
**eventually** [3] - 787:3,
877:14, 880:12
**evidence** [27] - 788:7,
788:21, 789:8,
789:10, 789:11,
790:8, 790:13,
794:13, 794:19,
794:21, 795:25,
800:13, 800:18,
802:6, 802:11,
820:4, 828:25,
838:20, 845:22,
851:19, 859:14,
875:2, 880:25,
885:8, 890:19,
891:2, 891:17
**evidenced** [1] - 888:14
**evidentiary** [2] -
787:25, 792:17
**exact** [4] - 847:5,
875:24, 880:2, 888:4
**exactly** [2] - 831:8,
876:15
**Examination** [3] -
783:4, 783:5, 783:6
**EXAMINATION** [3] -
786:23, 875:8, 893:3
**examination** [1] -
789:4
**examiner** [3] - 790:21,
880:13, 880:15
**Examiner** [3] - 788:23,
789:20, 791:16,
791:22, 792:24
**example** [3] - 846:2,
846:9, 881:10
**Except** [1] - 798:15
**exception** [1] - 857:6
**excessive** [1] - 883:4
**exchange** [3] - 894:7,
896:24, 902:10
**exchanged** [1] -
902:15
**exclude** [1] - 881:12
**exclusive** [1] - 841:3
**excuse** [12] - 790:23,
801:22, 811:11,
817:13, 835:19,
841:24, 842:21,
851:5, 856:12,
865:6, 871:3, 891:9
**excused** [1] - 891:22
**exhausted** [1] - 804:3
**exhibit** [17] - 797:11,
810:2, 811:1, 811:2,
813:7, 819:6, 844:5,
844:25, 846:19,
849:16, 856:23,
859:20, 859:22,

860:4, 864:6,
864:10, 868:15
**Exhibit** [37] - 783:9,
783:9, 783:10,
783:10, 783:11,
793:7, 795:24,
798:19, 822:2,
840:5, 843:20,
844:23, 845:15,
845:22, 848:21,
849:3, 849:9,
849:23, 852:8,
854:5, 854:22,
855:18, 859:16,
860:20, 861:16,
863:9, 864:5, 864:7,
868:12, 868:16,
871:11, 890:19,
891:1, 891:17,
896:16, 901:1, 902:7
**exhibits** [6] - 799:14,
848:3, 848:7,
849:10, 861:9,
890:10
**Exhibits** [1] - 783:8
**exited** [1] - 870:24
**expected** [1] - 806:19
**expert** [2] - 808:11,
808:17
**explain** [6] - 787:19,
792:4, 802:20,
808:2, 873:23,
902:21
**explaining** [1] - 791:2
**export** [1] - 792:23
**exposed** [2] - 833:16,
836:13
**expressed** [3] - 885:3,
885:9, 885:11
**expressing** [2] -
885:13, 885:24
**extent** [2] - 841:17,
897:2
**exterior** [1] - 845:4
**extracted** [2] - 790:6,
843:25
**extraction** [9] -
789:14, 790:2,
790:22, 790:23,
791:16, 791:18,
792:1, 792:5, 793:10
**eyes** [1] - 801:15
**eyesight** [1] - 798:24

**F**

**face** [7] - 824:10,
849:17, 854:20,
870:15, 871:17,
904:11

**face-to-face** [1] -
870:15
**facilitation** [2] -
789:14, 790:8
**facility** [3] - 788:7,
788:22, 789:9
**facing** [2] - 863:16,
870:1
**fact** [7] - 786:4, 814:3,
879:20, 882:15,
883:23, 884:18,
896:12
**failed** [2] - 890:9,
902:25
**fair** [3] - 788:14,
879:2, 888:22
**fall** [1] - 905:10
**Falls** [1] - 883:9
**false** [1] - 904:3
**fam** [1] - 798:11
**familiarity** [1] - 790:1
**family** [1] - 838:9
**Fanone** [2] - 868:11,
870:12
**fault** [1] - 858:9
**FB** [2] - 826:22, 827:3
**FBI** [19] - 787:2, 787:5,
787:7, 789:25,
790:9, 797:21,
800:25, 806:18,
812:13, 821:23,
858:13, 867:19,
875:12, 875:15,
876:2, 878:8,
878:13, 878:18,
880:8
**fear** [1] - 825:8
**feared** [1] - 838:9
**February** [4] - 835:1,
840:21, 905:16,
905:17
**Federico** [6] - 784:4,
784:18, 787:3,
787:5, 876:9, 878:9
**feds** [1] - 823:18
**feelings** [1] - 882:9
**feet** [1] - 797:8
**felt** [1] - 792:16
**few** [17] - 813:3,
813:17, 814:23,
823:15, 848:23,
848:24, 854:25,
862:19, 864:15,
867:11, 867:13,
881:11, 894:15,
894:24, 898:16,
900:1, 905:6
**field** [2] - 788:10,
791:14
**fight** [2] - 807:5,

812:22
**fighting** [3] - 806:19,
807:10, 860:11
**figure** [3] - 876:15,
876:24, 880:2
**figured** [1] - 903:15
**figures** [1] - 883:5
**fill** [1] - 886:13
**filter** [4] - 790:25,
791:15, 792:2,
880:18
**final** [2] - 806:15,
819:18
**finally** [4] - 804:3,
831:17, 836:13,
836:15
**fine** [2] - 794:2, 844:6
**finish** [2] - 785:20,
857:23
**finished** [1] - 828:8
**finishes** [1] - 786:9
**first** [41] - 793:25,
794:2, 798:7,
803:24, 804:13,
808:21, 808:23,
809:17, 814:8,
814:11, 814:13,
815:5, 815:23,
816:20, 821:4,
822:8, 822:19,
822:21, 823:11,
827:24, 834:8,
839:1, 848:17,
849:6, 853:6,
869:10, 875:25,
876:8, 876:11,
880:18, 890:12,
891:7, 897:9,
898:16, 900:19,
901:17, 902:8,
902:18, 903:8, 904:6
**fist** [2] - 872:23,
873:15
**fit** [2] - 874:7, 874:8
**five** [4] - 875:12,
875:13, 893:15
**flag** [2] - 785:4, 792:24
**flagged** [3] - 791:11,
792:20, 792:21
**flagging** [1] - 785:21
**Florida2000** [1] -
801:13
**flyer** [1] - 876:14
**focus** [2] - 856:1,
876:7
**focused** [1] - 875:20
**fold** [1] - 902:22
**folks** [2] - 784:11,
857:16
**follow** [3] - 809:12,

821:8, 884:4
**follow-up** [1] - 884:4
**followed** [59] - 796:19,
797:18, 798:15,
800:6, 801:20,
804:1, 804:15,
805:25, 806:7,
807:23, 808:19,
809:25, 810:16,
810:23, 814:25,
815:2, 817:8, 818:6,
818:7, 818:23,
820:22, 821:10,
822:25, 823:8,
823:17, 823:18,
824:1, 824:2,
824:10, 824:11,
824:23, 824:25,
825:10, 825:24,
826:3, 826:14,
827:15, 827:25,
829:9, 830:9,
830:12, 831:16,
833:6, 833:18,
837:16, 837:18,
838:11, 840:13,
841:9, 841:18,
842:7, 843:2, 843:3,
843:9, 898:23,
902:3, 903:17,
904:4, 905:6
**following** [3] - 895:23,
896:1, 896:8
**food** [1] - 830:18
**fool** [1] - 829:22
**footage** [23] - 841:3,
846:2, 846:18,
847:11, 850:8,
850:16, 854:15,
855:3, 860:24,
861:4, 863:2, 866:2,
866:11, 867:18,
867:19, 869:4,
870:22, 871:4,
872:3, 872:8,
872:19, 873:21,
874:4
**force** [1] - 822:25
**forced** [1] - 860:12
**Forensic** [1] - 788:23
**forget** [1] - 837:3
**form** [1] - 789:3
**former** [3] - 882:3,
898:1, 898:4
**forms** [1] - 881:7
**forward** [6] - 784:5,
848:23, 854:25,
862:19, 864:15,
867:11
**fought** [1] - 862:12

**foundation** [2] -
845:19, 845:20
**four** [19] - 810:2,
810:12, 814:18,
816:13, 817:11,
818:1, 819:4,
820:16, 823:2,
825:15, 826:7,
829:2, 830:24,
831:12, 833:21,
840:19, 841:11,
843:12, 889:22
**fox** [1] - 820:22
**frame** [12] - 847:21,
849:18, 850:19,
852:16, 852:23,
853:9, 853:10,
855:15, 859:23,
865:15
**frames** [10] - 842:6,
848:24, 854:25,
855:15, 862:19,
864:15, 867:11,
868:24, 869:17
**fraud** [3] - 799:21,
804:17, 837:16
**Freddie** [13] - 815:21,
816:8, 840:11,
840:24, 893:22,
894:1, 894:24,
896:4, 896:24,
897:13, 897:20,
901:8, 903:15
**Freddie's** [2] - 896:25,
904:15
**free** [1] - 800:9
**freedom** [1] - 826:21
**freeze** [1] - 830:18
**fresh** [1] - 860:14
**freshmen** [1] - 900:2
**friend** [1] - 870:17
**friends** [2] - 894:24,
894:25
**Frightening** [1] -
826:17
**front** [11] - 845:3,
847:19, 855:14,
855:16, 856:20,
856:21, 862:10,
862:13, 863:23,
883:5, 892:13
**frown** [1] - 819:23
**frustrated** [1] - 844:6
**frustration** [1] -
799:19
**fuck** [1] - 829:21
**fucking** [3] - 803:8,
851:16, 852:5
**full** [6] - 792:10,
855:23, 858:4,

858:11, 881:5, 893:9
**Fulp** [55] - 783:4,
784:10, 785:5,
785:7, 785:9,
785:10, 785:14,
785:16, 785:23,
786:8, 786:15,
786:21, 786:25,
790:21, 797:15,
800:2, 803:12,
806:18, 813:11,
819:14, 821:23,
829:20, 838:12,
839:4, 844:13,
846:18, 846:25,
848:1, 849:2,
853:13, 854:5,
857:2, 857:8,
857:18, 858:2,
858:13, 859:6,
859:14, 860:4,
861:18, 863:13,
864:18, 866:10,
867:17, 867:25,
869:5, 870:24,
872:7, 873:19,
874:17, 875:10,
883:23, 890:7,
891:14, 891:15
**Fulp's** [2] - 786:5,
859:3
**fulsome** [1] - 858:24
**future** [1] - 899:18

**G**

**GA** [1] - 799:2
**gain** [1] - 877:4
**gaining** [1] - 862:11
**gas** [1] - 855:4
**general** [2] - 824:24,
876:5
**generally** [2] - 790:3,
860:8
**generate** [1] - 792:25
**Georgia** [4] - 799:3,
811:16, 811:18,
811:20
**georgia** [2] - 808:11,
808:17
**gesture** [2] - 842:25,
843:15
**gesturing** [2] - 846:10,
870:2
**gigabytes** [1] - 792:9
**girlfriend** [1] - 894:2
**girls** [1] - 825:24
**given** [1] - 786:2
**Given** [1] - 843:16
**gnarly** [1] - 824:9

**gold** [1] - 855:5
**Gonell** [2] - 856:18,
856:19
**gonna** [5] - 801:19,
801:20, 804:3,
807:23, 833:4
**goofed** [1] - 818:21
**GOP** [1] - 810:16
**gotcha** [1] - 785:4
**gov't..** [1] - 818:22
**Government** [25] -
783:9, 783:9,
783:10, 783:10,
783:11, 793:7,
795:24, 798:18,
840:4, 844:22,
845:22, 848:20,
849:2, 849:8,
849:22, 852:7,
854:21, 855:17,
859:16, 861:15,
863:8, 871:11,
890:19, 891:1,
891:17
**government** [28] -
784:6, 784:25,
785:7, 785:21,
786:2, 786:10,
786:13, 789:18,
789:23, 790:5,
791:5, 791:22,
818:25, 833:3,
846:3, 861:8,
883:19, 884:19,
885:4, 885:6, 885:9,
885:12, 885:25,
886:15, 887:10,
887:14, 888:1, 897:3
**government's** [3] -
795:10, 801:25,
892:16
**Government's** [3] -
896:16, 901:1, 902:7
**grab** [2] - 852:14,
892:1
**Graeson** [1] - 784:20
**GRAESON** [1] -
784:20
**Great** [1] - 874:1
**great** [4] - 800:15,
856:7, 897:5, 899:20
**green** [50] - 793:13,
793:21, 793:23,
795:13, 809:17,
819:25, 820:13,
838:5, 845:10,
845:11, 847:12,
847:13, 847:22,
848:16, 849:19,
850:10, 850:21,

852:1, 853:4, 853:14, 853:19, 854:18, 855:4, 855:5, 859:23, 859:24, 861:6, 861:13, 863:3, 863:4, 863:15, 863:17, 863:24, 864:21, 865:16, 865:25, 868:3, 869:6, 871:5, 871:6, 872:4, 872:5, 872:20, 872:21, 874:19, 896:25, 897:9

**grew** [1] - 878:8

**ground** [4] - 807:4, 812:21, 862:11, 874:6

**grounds** [1] - 885:19

**group** [1] - 875:15

**Guarantee** [1] - 809:4

**Guard** [2] - 812:8, 887:21

**guard** [1] - 822:22

**guess** [4] - 838:3, 839:8, 842:7, 843:2

**Guillermo** [1] - 784:4

**gun** [1] - 876:5

**guy** [2] - 818:19, 818:20

**guys** [1] - 823:24

## H

**hacked** [2] - 808:11, 808:17

**Haha** [1] - 815:10

**Hahah** [1] - 798:10

**half** [2] - 841:24, 876:6

**hall** [1] - 789:9

**hand** [6] - 852:5, 852:20, 853:15, 872:6, 873:13, 892:21

**handle** [1] - 864:21

**hands** [2] - 789:8, 821:12

**hands-on** [1] - 789:8

**happy** [2] - 859:5, 889:14

**hard** [3] - 789:21, 789:23, 876:11

**Harrisburg** [2] - 803:24, 804:16

**hat** [35] - 841:6, 845:12, 847:12, 848:15, 849:5, 849:17, 850:10, 850:20, 852:1,

854:18, 855:5, 859:24, 861:6, 861:13, 863:3, 863:15, 864:20, 865:25, 866:14, 869:6, 869:9, 871:6, 871:19, 872:5, 872:20, 873:20, 873:25, 874:1, 874:2, 874:5, 874:6, 874:9, 874:11, 874:19

**hate** [3] - 817:23, 817:24, 831:8

**Hawley** [2] - 806:13, 900:2

**head** [6] - 850:9, 867:3, 867:19, 868:9, 874:7, 905:23

**heads** [1] - 877:7

**Hear** [2] - 806:5, 806:6

**hear** [5] - 851:1, 851:4, 866:20, 870:15, 893:1

**heard** [3] - 799:2, 799:10, 866:21

**hearing** [2] - 798:13, 885:20

**hearsay** [6] - 794:13, 794:21, 839:17, 839:19, 885:19, 885:20

**heavily** [2] - 875:25

**heavy** [1] - 802:10

**heels** [1] - 797:8

**Hell** [1] - 815:12

**Hello** [1] - 816:10

**helmet** [1] - 854:17

**help** [1] - 859:3

**helped** [1] - 824:21

**helpful** [2] - 855:25, 881:4

**here..** [1] - 808:19

**highlight** [5] - 803:1, 811:10, 832:13, 838:5, 898:15

**Hill** [1] - 784:9

**himself** [4] - 806:5, 820:19, 837:17, 844:17

**history** [3] - 811:22, 811:25, 812:2

**hold** [3] - 808:13, 819:9, 873:12

**holding** [1] - 864:20

**Holguin** [1] - 784:14

**home** [4] - 799:6, 817:1, 817:6, 818:7

**honest** [1] - 889:7

**honestly** [1] - 885:11

**Honor** [55] - 784:2, 784:7, 784:12, 784:17, 784:22, 785:22, 786:7, 794:10, 794:15, 794:22, 795:7, 799:13, 799:17, 801:24, 802:3, 819:9, 829:14, 839:11, 839:13, 839:20, 845:17, 845:23, 846:12, 849:10, 851:18, 855:19, 856:5, 857:6, 857:15, 857:21, 858:8, 858:20, 859:6, 859:10, 859:12, 859:13, 862:21, 866:5, 874:10, 874:22, 874:25, 885:16, 890:2, 890:6, 891:3, 891:18, 892:1, 892:4, 892:13, 892:17, 892:18, 895:18, 897:2, 905:22, 905:24

**honorable** [1] - 879:12

**honorably** [1] - 879:9

**Hope** [1] - 824:10

**hope** [4] - 786:13, 823:17, 829:10, 874:12

**hopefully** [1] - 786:12

**horse** [1] - 892:5

**hour** [2] - 868:13, 868:19

**hours** [1] - 889:22

**house** [3] - 796:16, 821:20, 899:10

**House** [2] - 798:17, 819:17

**hundreds** [1] - 889:22

**hurt** [1] - 854:12

## I

**idea** [3] - 807:24, 857:10, 883:7

**identification** [3] - 874:11, 892:3, 892:8

**identified** [7] - 789:1, 844:17, 859:14, 877:10, 878:9, 878:19, 878:22

**identify** [26] - 784:5, 792:12, 792:16, 821:23, 848:6, 848:13, 849:16,

854:15, 861:4, 861:12, 862:3, 863:2, 863:14, 864:18, 865:12, 865:22, 866:10, 867:17, 869:4, 870:8, 871:4, 871:16, 872:2, 872:19, 874:18

**identifying** [1] - 877:13

**idiot** [1] - 803:8

**Idk** [1] - 810:10

**idk** [1] - 817:22

**ignore** [1] - 802:5

**illegitimate** [1] - 818:25

**immediately** [1] - 850:19

**impeachment** [1] - 885:22

**imposition** [1] - 804:1

**impossible** [1] - 851:6

**inaction** [1] - 824:21

**incident** [3] - 802:4, 876:23, 880:19

**including** [1] - 829:25

**increasingly** [1] - 844:6

**indicate** [3] - 838:21, 882:10, 895:20

**indicated** [2] - 860:15, 897:10

**indicating** [2] - 812:14, 889:9

**indication** [1] - 903:3

**indicators** [1] - 788:25

**indicia** [1] - 846:1

**indictment** [2] - 802:4, 892:12

**individual** [10] - 792:20, 798:3, 801:7, 801:9, 801:11, 851:25, 865:25, 866:14, 884:10, 888:19

**individuals** [4] - 793:12, 877:8, 877:23, 882:25

**indulgence** [3] - 885:15, 886:5, 891:6

**info** [2] - 793:17, 815:11

**information** [15] - 791:6, 792:10, 792:18, 792:19, 793:3, 797:21, 800:25, 806:18, 876:14, 876:24, 877:11, 877:12,

882:9, 887:4

**initial** [1] - 894:7

**inquires** [1] - 820:11

**inquiry** [4] - 785:24, 786:14, 857:7, 858:2

**inserted** [1] - 860:10

**inside** [1] - 823:7

**Inside** [1] - 822:14

**insinuation** [1] - 801:25

**Instagram** [1] - 826:23

**instance** [2] - 792:5, 861:9

**instances** [1] - 860:13

**Instead** [1] - 904:3

**institutions** [1] - 833:17

**instruction** [1] - 858:22

**instructions** [1] - 858:5

**integrity** [1] - 882:6

**intended** [4] - 885:6, 886:24, 887:5, 888:10

**intent** [4] - 802:13, 883:21, 888:2, 888:15

**intention** [1] - 888:25

**intentionally** [2] - 805:8, 805:10

**intentions** [2] - 886:8, 886:11

**interaction** [1] - 789:6

**interactions** [1] - 788:11

**interest** [8] - 800:21, 802:1, 810:15, 885:3, 885:9, 885:11, 885:13, 885:24

**interested** [1] - 884:18

**interesting** [1] - 819:16

**interpret** [2] - 799:3, 888:5

**interpreted** [2] - 817:21, 887:23

**interview** [4] - 787:24, 788:4, 877:23, 878:1

**interviewed** [4] - 788:11, 878:4, 878:6, 878:7

**introduce** [1] - 795:12

**introduced** [1] - 891:13

**introducing** [1] - 784:19

**investigate** [1] - 876:21

**investigated** [2] - 792:21, 877:17
**investigating** [1] - 876:8
**investigation** [17] - 793:4, 813:11, 813:14, 873:24, 875:20, 876:1, 877:19, 881:25, 882:14, 883:25, 884:14, 885:2, 886:7, 886:16, 886:23, 887:1, 887:3
**involved** [1] - 789:14
**involvement** [1] - 790:9
**Iraq** [2] - 879:14, 879:16
**irrelevant** [1] - 884:21
**issue** [4] - 785:4, 797:22, 857:8, 858:23
**it'll** [2] - 798:16, 810:7
**items** [4] - 787:8, 812:13, 821:23, 839:14

**J**

**jacket** [15] - 845:11, 847:12, 852:1, 854:18, 855:4, 859:24, 861:6, 861:13, 863:3, 863:15, 865:25, 871:6, 872:5, 872:21, 874:20
**Jan** [5] - 796:7, 798:12, 807:22, 838:2, 840:25
**January** [108] - 790:12, 799:16, 801:2, 805:21, 808:2, 808:23, 809:20, 810:5, 811:6, 811:14, 812:2, 812:9, 812:11, 812:12, 813:12, 813:13, 813:15, 814:4, 814:15, 815:7, 815:17, 815:20, 816:2, 816:3, 816:8, 816:25, 817:13, 818:16, 819:2, 819:10, 821:9, 821:25, 822:8, 822:20, 824:7, 824:16, 825:7, 825:22, 826:10, 827:11, 827:22,

899:10
**kicked** [1] - 796:16
**kind** [10] - 795:11, 802:12, 857:11, 873:9, 876:23, 877:1, 877:4, 877:7, 889:12, 904:18
**kinda** [1] - 825:8
**Klamann** [4] - 784:9, 857:14, 858:1, 859:2
**KLAMANN** [55] - 857:6, 857:15, 858:2, 858:12, 858:17, 858:19, 859:3, 859:10, 891:25, 892:4, 892:6, 892:10, 892:12, 892:17, 893:4, 895:16, 895:18, 895:19, 896:19, 896:20, 897:2, 897:5, 897:6, 897:17, 897:19, 898:9, 898:11, 898:14, 898:17, 899:12, 899:14, 899:19, 899:21, 900:4, 900:6, 900:18, 900:21, 900:25, 901:3, 901:16, 901:18, 902:6, 902:9, 903:6, 903:9, 903:21, 903:23, 904:5, 904:7, 904:23, 905:1, 905:8, 905:9, 905:22, 905:24
**Klamann............** [1] - 783:6
**Klein** [301] - 784:4, 784:18, 787:2, 787:3, 787:5, 787:7, 787:9, 788:2, 788:11, 790:4, 793:4, 793:15, 794:6, 796:4, 796:6, 796:13, 796:15, 796:24, 797:6, 797:7, 797:10, 797:16, 797:21, 798:3, 798:9, 798:14, 798:15, 798:25, 799:1, 799:7, 800:8, 800:12, 800:13, 800:22, 801:1, 801:7, 801:9, 801:12, 801:17, 801:19, 802:5, 802:20, 802:24,

803:4, 803:8, 803:22, 804:10, 804:24, 804:25, 805:3, 805:4, 805:23, 806:4, 806:5, 806:9, 806:12, 806:19, 806:25, 807:7, 807:21, 808:3, 808:8, 808:25, 809:2, 809:3, 809:13, 809:14, 809:21, 809:23, 810:4, 810:6, 810:9, 810:14, 810:15, 810:20, 810:22, 811:13, 811:17, 812:5, 812:19, 812:21, 812:25, 813:17, 813:22, 814:2, 814:8, 814:20, 814:24, 815:9, 815:12, 815:17, 815:25, 816:1, 816:8, 816:9, 816:12, 816:24, 816:25, 817:5, 817:9, 817:14, 817:15, 817:17, 818:3, 818:4, 818:17, 818:24, 819:15, 820:2, 820:3, 820:10, 820:13, 820:18, 820:20, 821:1, 821:6, 821:9, 821:16, 821:17, 822:12, 822:13, 822:23, 822:24, 823:6, 823:14, 823:15, 823:23, 824:18, 825:10, 825:22, 826:11, 826:12, 826:22, 827:5, 827:19, 828:4, 828:7, 828:13, 828:14, 828:17, 828:22, 828:23, 829:4, 829:5, 829:10, 829:23, 830:7, 830:8, 830:17, 830:20, 831:4, 831:7, 831:14, 831:18, 831:25, 832:7, 832:10, 832:20, 833:1, 833:3, 833:15, 833:24, 833:25, 834:3, 834:10, 834:23, 835:6,

835:15, 835:17, 835:25, 836:1, 836:7, 836:8, 836:20, 837:2, 837:5, 837:12, 838:7, 838:8, 839:22, 840:10, 840:11, 841:7, 841:8, 841:16, 842:4, 842:5, 842:14, 842:15, 842:24, 842:25, 843:10, 843:16, 843:18, 843:24, 844:16, 845:10, 846:21, 847:1, 847:13, 847:19, 848:6, 848:13, 848:14, 849:4, 849:19, 850:22, 852:1, 853:2, 853:14, 854:15, 854:19, 855:6, 855:14, 855:20, 856:20, 859:14, 859:25, 860:5, 860:12, 861:4, 861:7, 861:9, 861:18, 862:4, 862:9, 862:11, 863:4, 863:17, 863:22, 864:20, 865:2, 865:16, 866:1, 866:15, 866:23, 867:20, 867:25, 869:7, 869:8, 869:16, 869:25, 870:9, 870:15, 870:17, 870:24, 871:7, 871:16, 872:6, 872:11, 872:21, 873:13, 873:20, 873:25, 874:1, 874:4, 874:19, 875:4, 876:9, 877:20, 877:22, 878:9, 878:20, 878:24, 879:1, 882:1, 883:6, 883:25, 884:15, 884:18, 885:3, 885:24, 886:17, 886:24, 887:5, 888:9, 889:4, 889:19, 889:24, 892:14, 893:22, 893:23, 894:8, 894:14, 894:16, 895:6, 896:7, 896:12, 897:10,

**Joe** [1] - 814:2
**John** [1] - 900:2
**john** [1] - 804:5
**Jon** [1] - 784:10
**judge** [1] - 878:21
**justices** [1] - 831:15

**K**

**Kaitlin** [1] - 784:8
**Keep** [1] - 827:3
**keep** [6] - 800:8, 801:20, 853:24, 867:7, 867:12, 894:10
**kept** [1] - 813:22
**kick** [2] - 821:20,

828:5, 828:13, 828:14, 829:4, 830:5, 830:20, 831:2, 831:23, 832:6, 832:15, 832:25, 833:7, 833:14, 833:23, 834:9, 835:14, 835:24, 837:2, 837:11, 837:25, 838:7, 838:22, 839:23, 840:10, 847:2, 875:19, 875:20, 875:25, 876:13, 876:19, 876:20, 876:23, 878:11, 878:12, 880:22, 880:25, 886:9, 886:11, 886:18, 886:25, 887:12, 887:15, 887:24, 888:2, 888:10, 889:11, 893:16, 894:6, 894:14, 894:18, 895:22, 896:2, 896:4, 896:8, 896:25, 897:13, 897:22, 899:7, 901:7, 901:22, 902:11, 902:16, 902:20, 903:14, 903:25, 905:14
**Jencks** [12] - 784:25, 785:6, 785:19, 786:9, 786:13, 786:14, 857:11, 857:22, 858:3, 858:12, 858:21, 890:1
**Job** [1] - 826:14
**job** [5] - 813:12, 813:15, 813:22, 815:13, 851:16

**Jan** index continued column...

918

897:25, 898:19,
899:1, 899:22,
900:7, 901:19,
901:22, 902:11,
902:19, 902:20,
903:10, 905:11
**Klein's** [34] - 787:9,
787:10, 794:17,
795:2, 795:3,
800:17, 807:9,
811:21, 812:13,
813:12, 815:19,
821:24, 834:15,
836:19, 838:14,
838:20, 839:14,
840:9, 846:13,
850:9, 851:12,
852:20, 860:18,
880:1, 883:20,
886:8, 886:11,
887:11, 888:2,
888:12, 899:6,
900:22, 901:14,
904:20
**knife** [1] - 830:19
**knowledge** [9] -
789:10, 790:4,
790:9, 791:10,
799:18, 813:19,
813:21, 873:23,
880:20
**known** [1] - 883:24
**knows** [1] - 823:18
**Kyle** [1] - 784:9

## L

**labeled** [1] - 789:2
**lack** [2] - 845:19,
891:12
**laid** [2] - 790:11,
878:12
**language** [1] - 813:4
**last** [20] - 797:9,
800:12, 819:6,
820:7, 821:6, 826:1,
826:25, 827:3,
828:11, 828:16,
829:13, 830:3,
831:20, 876:6,
883:18, 892:16,
899:15, 900:5,
904:22, 904:24
**Laura** [1] - 784:9
**law** [2] - 852:2, 904:22
**leading** [1] - 845:3
**leads** [3] - 799:1,
820:20, 824:21
**leaning** [1] - 821:17
**learn** [10] - 813:12,

813:13, 813:14,
879:2, 879:5, 880:1,
882:1, 882:15,
885:2, 886:24
**learned** [4] - 879:6,
879:9, 879:15,
879:18
**least** [7] - 786:16,
809:24, 840:3,
847:5, 861:23,
878:1, 902:13
**leave** [2] - 834:3,
861:19
**led** [1] - 876:16
**left** [11] - 788:2,
840:24, 841:19,
848:15, 863:16,
863:25, 865:17,
869:6, 870:2, 872:6,
881:21
**left-lower** [1] - 848:15
**legal** [4] - 842:16,
878:20, 895:10,
895:14, 899:3, 903:4
**legislature** [2] -
796:17, 829:25
**legislatures** [3] -
821:3, 899:10, 900:9
**legitimate** [1] - 835:7
**lemme** [2] - 800:9,
902:4
**lengthy** [1] - 856:14
**less** [1] - 842:9
**liars** [1] - 825:13
**life** [3] - 838:9, 881:6,
899:8
**light** [2] - 836:14,
853:17
**light-colored** [1] -
853:17
**like..** [1] - 818:19
**likely** [3] - 798:16,
799:7, 800:5
**likeness** [1] - 876:14
**limit** [2] - 881:10,
881:16
**limited** [1] - 859:4
**limiting** [1] - 887:2
**Lindell** [1] - 840:12
**line** [10] - 841:20,
847:20, 855:14,
855:16, 856:20,
856:21, 860:12,
872:12, 873:12
**link** [5] - 785:23,
808:10, 815:2,
815:3, 843:22
**Lisa** [1] - 906:8
**listed** [1] - 839:6
**listening** [1] - 851:2

**literally** [1] - 903:16
**live** [6] - 883:6, 884:6,
884:8, 893:12,
893:13, 893:16
**lived** [1] - 893:14
**lives** [1] - 883:7
**living** [2] - 799:19,
836:1
**load** [1] - 803:7
**locate** [4] - 797:21,
800:25, 806:18,
812:13
**location** [1] - 792:18
**Loeffler** [1] - 897:24
**log** [1] - 792:7
**lol** [2] - 807:6, 812:24
**look** [5] - 793:25,
817:2, 830:3,
830:13, 841:3, 854:5
**looked** [4] - 855:19,
859:13, 862:15,
866:3
**looking** [1] - 802:15
**Looking** [1] - 827:5
**looks** [5] - 839:24,
843:17, 846:7,
862:10, 874:2
**lose** [1] - 811:16
**loud** [1] - 888:12
**lounging** [1] - 797:7
**love** [3] - 786:1, 797:7,
831:5
**Loved** [1] - 815:2
**lower** [4] - 845:2,
845:4, 848:15, 853:4
**lunch** [2] - 905:25,
906:3

## M

**ma'am** [2] - 892:19,
895:12
**mace** [1] - 873:10
**MAGA** [2] - 841:5,
873:25
**mail** [4] - 839:5, 839:7,
839:16, 841:8
**Mainstream** [1] -
818:18
**maintained** [1] - 790:5
**Mall** [1] - 840:12
**man** [10] - 804:25,
810:10, 814:22,
841:5, 847:12,
863:22, 865:14,
873:8, 893:18,
904:22
**man's** [1] - 893:21
**Manassas** [1] - 788:22
**Mancini** [13] - 785:1,

785:5, 785:11,
785:14, 785:15,
785:24, 786:7,
788:23, 789:4,
789:20, 791:16,
791:22, 792:25
**mandated** [1] - 813:25
**march** [1] - 817:20
**March** [3] - 839:5,
878:13, 879:24
**Marina** [1] - 784:13
**Marine** [6] - 874:2,
874:6, 874:9, 879:6,
879:10, 879:16
**mark** [1] - 890:24
**marked** [1] - 896:15
**markings** [1] - 788:24
**mask** [1] - 855:4
**matched** [2] - 790:19,
846:19
**material** [4] - 791:1,
791:20, 857:8,
857:12
**materials** [1] - 860:19
**Matt** [1] - 816:12
**matter** [7] - 784:22,
795:6, 795:14,
806:12, 820:21,
839:21, 839:25
**matters** [1] - 787:25
**matured** [1] - 876:1
**Mayor** [2] - 812:8,
887:21
**McConell** [1] - 810:23
**mean** [15] - 797:4,
799:1, 799:3, 800:5,
802:9, 875:21,
876:22, 879:3,
881:3, 886:1,
898:12, 899:2,
900:14, 903:1,
904:16
**meaning** [1] - 799:8
**means** [1] - 901:13
**meant** [2] - 898:13,
904:18
**media** [6] - 818:18,
829:25, 881:7,
881:16, 899:4,
900:15
**meet** [4] - 830:10,
893:18, 893:23,
893:25
**meeting** [2] - 894:7,
894:19
**megaphone** [2] -
872:24, 873:8
**memories** [1] - 880:3
**memory** [2] - 885:5,
895:25

**mention** [1] - 830:20
**mentioned** [2] -
840:15, 873:19
**mentions** [2] - 882:25,
883:3
**message** [80] -
793:11, 793:25,
794:4, 795:5, 796:4,
798:2, 798:7, 800:2,
801:7, 803:1,
803:13, 806:9,
806:25, 808:23,
809:10, 809:17,
814:13, 814:18,
815:15, 815:19,
816:13, 816:20,
819:21, 819:22,
820:10, 822:19,
822:21, 825:6,
825:8, 830:13,
831:21, 834:8,
834:21, 835:23,
836:5, 836:9,
837:10, 837:22,
839:2, 840:9,
840:21, 841:1,
841:7, 842:19,
843:3, 843:23,
844:1, 885:22,
885:23, 887:15,
887:20, 887:25,
888:9, 888:11,
888:14, 888:19,
889:23, 889:24,
894:13, 896:11,
897:9, 897:18,
898:10, 898:23,
899:15, 899:16,
900:7, 900:8,
900:19, 901:8,
901:9, 902:1, 902:3,
902:18, 902:19,
902:20, 903:17,
904:14, 905:3, 905:6
**messages** [142] -
785:23, 792:20,
793:20, 794:16,
794:21, 795:11,
795:13, 795:14,
796:3, 797:10,
799:20, 800:12,
800:16, 800:19,
802:3, 803:2,
803:14, 803:23,
804:8, 804:20,
804:22, 805:10,
805:18, 806:23,
807:9, 807:13,
807:17, 808:21,
809:7, 810:12,

810:18, 811:10, 812:17, 814:6, 814:8, 814:18, 815:5, 816:5, 816:7, 816:14, 817:3, 817:11, 818:1, 818:14, 819:4, 819:25, 820:8, 821:6, 821:14, 822:5, 822:7, 822:16, 823:2, 823:11, 823:21, 824:4, 824:6, 824:13, 825:4, 825:15, 826:1, 826:7, 826:25, 827:8, 827:17, 828:2, 828:11, 828:20, 829:2, 829:18, 830:3, 830:24, 831:12, 832:13, 832:22, 833:11, 833:21, 834:6, 835:11, 835:21, 836:24, 837:8, 837:14, 838:5, 838:13, 838:14, 838:17, 839:22, 840:5, 840:8, 840:19, 841:11, 841:23, 842:12, 842:22, 843:5, 843:12, 875:2, 881:10, 882:4, 882:11, 882:20, 884:15, 884:18, 886:10, 886:12, 886:17, 887:11, 887:17, 888:2, 888:7, 888:16, 888:17, 888:20, 889:1, 889:5, 889:7, 889:9, 889:13, 889:15, 889:17, 889:19, 889:22, 895:24, 896:21, 897:8, 899:20, 899:22, 900:5, 901:2, 901:4, 901:17, 901:23, 902:8, 902:11, 902:15, 903:8, 903:11, 903:24, 905:2

**met** [7] - 816:10, 840:11, 879:4, 894:5, 894:17, 894:18, 905:16
**MI** [1] - 799:7
**Michelle** [1] - 890:24
**Michigan** [1] - 799:8

**microphone** [1] - 892:25
**middle** [15] - 786:22, 836:24, 845:11, 848:15, 852:21, 853:3, 853:4, 853:15, 853:18, 855:5, 861:5, 865:24, 871:18, 872:4, 874:17
**might** [6] - 791:7, 792:19, 824:2, 841:21, 842:3, 900:16
**Mike** [3] - 797:23, 840:12, 895:14
**millions** [2] - 792:9, 792:10
**mind** [2] - 806:16, 888:18
**minded** [1] - 826:19
**mindset** [1] - 888:12
**mine** [2] - 894:2, 896:25
**minute** [5] - 791:3, 857:1, 899:17, 900:8, 900:12
**minutes** [7] - 813:3, 856:3, 859:17, 868:13, 868:19, 873:17, 903:17
**missing** [1] - 799:7
**mistaken** [1] - 887:19
**Mom** [2] - 839:6, 839:16
**moment** [6] - 819:9, 846:13, 874:22, 889:13, 892:20, 905:22
**Monday** [1] - 785:25
**month** [1] - 878:18
**months** [1] - 802:3
**Moore** [1] - 846:4
**Moreira** [1] - 906:8
**morning** [14] - 784:7, 784:11, 784:12, 784:16, 784:17, 785:1, 786:25, 787:1, 812:3, 815:8, 858:8, 875:10, 875:11, 901:7
**most** [1] - 847:25
**mostly** [1] - 886:12
**mother** [1] - 852:5
**mother-fucking** [1] - 852:5
**motion** [1] - 846:21
**Motioning** [1] - 843:18
**motions** [1] - 807:24
**motive** [2] - 802:1,

905:7
**mouth** [4] - 851:13, 860:17, 869:20, 870:25
**move** [18] - 794:15, 821:11, 838:2, 839:13, 840:1, 845:17, 850:1, 851:18, 854:12, 859:15, 883:25, 884:15, 886:3, 890:9, 890:20, 891:4, 903:7
**moved** [1] - 875:2
**moves** [1] - 897:3
**moving** [9] - 794:18, 794:20, 851:13, 860:17, 869:20, 882:16, 882:18, 884:23, 885:13
**MPD** [2] - 809:4, 887:17
**multiple** [2] - 787:21

## N

**name** [3] - 793:18, 893:9, 893:21
**names** [3] - 894:25, 903:18, 904:3
**National** [2] - 812:8, 887:21
**NC** [1] - 799:2
**necessarily** [2] - 809:14, 888:12
**need** [12] - 810:21, 825:10, 825:11, 846:1, 846:11, 858:3, 858:6, 858:15, 859:3, 860:14, 866:21, 886:19
**needs** [1] - 804:2
**neglected** [1] - 891:3
**negotiated** [1] - 873:9
**neighborhood** [1] - 893:19
**neocon** [1] - 903:16
**network** [1] - 791:18
**Nevada** [1] - 799:8
**NEVER** [1] - 824:25
**never** [3] - 806:16, 833:4, 879:4
**new** [2] - 792:25, 827:5
**news** [3] - 820:22, 821:17, 903:3
**next** [72] - 788:17, 789:5, 796:11, 799:11, 800:10,

804:7, 806:2, 806:8, 807:25, 809:16, 810:1, 810:11, 810:17, 810:24, 811:9, 813:17, 814:17, 814:23, 815:22, 816:13, 817:11, 817:25, 818:13, 819:21, 819:22, 819:24, 820:10, 820:15, 821:5, 823:1, 823:10, 823:20, 824:3, 824:12, 825:2, 826:24, 827:6, 827:16, 828:1, 828:9, 828:19, 829:1, 830:14, 832:12, 833:20, 834:14, 836:4, 836:19, 836:22, 837:21, 838:4, 841:1, 841:2, 841:7, 841:10, 841:23, 841:24, 842:11, 842:20, 843:4, 846:21, 879:15, 891:24, 895:4, 895:22, 897:17, 898:15, 899:12, 900:18, 903:7, 903:21, 904:5
**nickname** [1] - 793:18
**night** [1] - 895:2
**nomenclature** [1] - 792:15
**normally** [1] - 793:16
**North** [1] - 799:3
**northern** [5] - 883:10, 883:12, 883:19, 884:3, 884:6
**note** [4] - 844:4, 856:4, 857:21, 875:1
**NOTE** [1] - 906:7
**notice** [1] - 786:10
**noticed** [1] - 894:2
**notified** [1] - 791:21
**Nov)** [1] - 838:10
**November** [6] - 798:25, 799:14, 800:3, 801:10, 819:14, 820:3
**Nowhere** [1] - 823:6
**number** [9] - 793:17, 793:18, 797:11, 840:15, 841:20, 847:5, 875:24, 887:10, 891:9
**numbers** [1] - 894:7
**numerous** [3] -

882:15, 884:15, 886:16
**NV** [1] - 799:7

## O

**oath** [1] - 857:19
**Oath** [1] - 892:22
**object** [8] - 795:1, 795:4, 799:13, 839:17, 853:17, 885:19, 891:12, 900:3
**objecting** [1] - 794:24
**objection** [17] - 794:10, 794:18, 794:20, 795:18, 795:23, 802:14, 839:11, 840:2, 845:21, 846:14, 851:18, 873:2, 882:21, 883:14, 884:20, 891:5, 891:16
**observe** [1] - 887:4
**obstruction** [1] - 802:10
**obtain** [1] - 787:3
**obtained** [2] - 878:20, 879:11
**obvious** [1] - 835:7
**obviously** [2] - 786:14, 878:13
**occasion** [1] - 847:1
**occurred** [3] - 787:25, 791:1, 802:2
**offered** [1] - 825:9
**Office** [1] - 789:15
**office** [5] - 788:10, 789:9, 791:14, 824:9, 841:20
**Officer** [7] - 856:18, 856:19, 860:21, 868:4, 868:11, 870:12, 890:12
**officer** [5] - 852:4, 858:21, 858:25, 870:15, 870:16
**officer's** [2] - 854:17, 855:4
**officers** [8] - 818:21, 850:1, 851:2, 860:9, 862:10, 863:16, 870:13, 873:10
**officers'** [1] - 850:23
**official** [1] - 802:11
**often** [2] - 786:16, 787:20
**old** [2] - 807:19
**omg** [1] - 843:9

**once** [5] - 789:7, 789:22, 791:21, 792:1, 877:7
**one** [40] - 787:25, 791:13, 793:12, 796:16, 797:7, 802:10, 804:5, 804:13, 804:14, 806:16, 813:2, 814:11, 814:14, 819:6, 819:9, 821:2, 822:8, 824:13, 825:3, 825:10, 825:11, 825:20, 826:14, 828:10, 829:10, 831:9, 835:20, 836:23, 840:3, 841:2, 847:1, 878:1, 878:2, 882:17, 895:12, 900:7, 900:8, 905:16
**ones** [3] - 829:13, 829:24, 831:16
**open** [1] - 860:23
**open-source** [1] - 860:23
**operation** [1] - 787:21
**opined** [2] - 846:4, 886:10
**opining** [1] - 886:13
**opinion** [1] - 888:11
**opponent** [1] - 795:13
**opportunity** [1] - 847:25
**opposite** [1] - 860:23
**order** [2] - 785:19, 786:8
**orders** [1] - 809:12
**original** [1] - 817:20
**Orlando** [1] - 840:14
**otherwise** [1] - 788:25
**ought** [1] - 877:17
**out-of-court** [1] - 795:4
**outgoing** [1] - 840:9
**outside** [1] - 882:21
**overprovided** [1] - 858:24
**overruled** [5] - 845:20, 846:15, 851:20, 873:3, 882:23
**overruling** [1] - 802:14
**overstate** [1] - 885:8
**overturn** [5] - 821:11, 898:8, 898:12, 898:13, 900:16
**overturned** [1] - 804:17
**own** [4] - 794:22, 795:2, 795:3, 889:18

**owned** [1] - 790:4
**owner** [1] - 793:23

# P

**p.m** [37] - 800:3, 816:3, 816:8, 816:17, 816:22, 816:25, 822:9, 822:20, 825:22, 830:6, 832:15, 848:17, 849:20, 861:21, 862:8, 863:9, 868:6, 871:11, 872:2, 872:11, 897:13, 897:15, 897:21, 898:7, 898:22, 898:23, 899:7, 899:25, 900:8, 900:12, 900:23, 902:21, 902:24, 903:14, 903:18, 904:3, 906:7
**PA** [4] - 799:7, 800:4, 800:6, 803:24
**PAGE** [1] - 783:2
**page** [80] - 796:11, 796:22, 798:20, 799:12, 800:10, 802:25, 804:7, 806:2, 806:16, 807:25, 808:10, 808:21, 809:6, 809:16, 810:1, 810:11, 810:18, 810:24, 811:5, 811:10, 814:12, 815:14, 815:22, 816:13, 817:3, 817:11, 817:25, 818:13, 819:4, 819:24, 820:15, 821:5, 822:3, 823:1, 823:10, 823:20, 824:3, 824:12, 824:13, 825:2, 825:3, 825:15, 826:24, 827:16, 828:1, 828:9, 828:10, 828:19, 829:1, 829:17, 830:2, 830:14, 830:24, 831:11, 831:20, 832:12, 833:20, 834:14, 836:4, 836:19, 836:22, 836:23, 837:21, 838:4, 841:11, 841:24, 842:11, 842:20,

843:4, 897:18, 898:15, 899:13, 900:19, 901:16, 901:17, 903:7, 904:6
**pages** [3] - 792:10, 803:13, 826:6
**paper** [2] - 790:15, 894:1
**paralegal** [3] - 784:9, 784:15, 784:20
**park** [1] - 902:4
**part** [6] - 787:7, 789:8, 811:21, 813:11, 813:14, 840:14
**participate** [1] - 895:6
**participated** [1] - 878:23
**particular** [5] - 855:15, 865:15, 866:12, 880:2, 885:5
**parts** [1] - 856:1
**party** [60] - 793:22, 793:24, 795:13, 798:10, 799:5, 799:9, 800:3, 802:21, 803:6, 806:6, 807:6, 807:18, 809:1, 809:4, 809:11, 809:22, 810:7, 810:10, 810:21, 811:13, 811:15, 811:19, 814:22, 815:10, 815:21, 817:5, 817:6, 817:16, 817:19, 818:18, 820:24, 821:22, 822:14, 823:7, 823:24, 824:8, 826:2, 826:17, 827:3, 827:13, 828:4, 828:6, 828:24, 829:7, 829:21, 829:24, 831:5, 831:9, 831:14, 831:15, 832:8, 832:19, 833:2, 833:16, 834:2, 835:16, 836:2, 836:13, 837:3, 838:2
**pass** [2] - 789:18, 804:18
**passed** [1] - 791:9
**past** [2] - 846:3, 870:17
**path** [3] - 898:25, 899:1, 899:3
**pathway** [2] - 895:14, 903:4

**Patriot** [1] - 816:11
**pause** [12] - 852:12, 854:2, 855:11, 864:25, 867:10, 867:15, 869:14, 869:23, 870:6, 871:14, 871:25, 872:17
**paused** [5] - 854:3, 855:11, 859:20, 864:25, 872:17
**paying** [1] - 848:3
**Pence** [16] - 796:15, 797:20, 798:12, 810:6, 828:18, 829:11, 836:20, 837:3, 838:13, 895:4, 895:9, 895:14, 895:20, 899:17, 900:13, 900:15
**pence** [8] - 797:2, 821:18, 828:8, 835:17, 837:17, 900:3, 902:21, 903:18
**pence's** [1] - 905:7
**Pence's** [1] - 797:23
**Pennsylvania** [2] - 799:8, 800:5
**people** [22] - 787:21, 799:19, 818:20, 818:24, 821:17, 826:19, 835:9, 836:15, 836:16, 836:17, 837:17, 860:14, 878:1, 881:11, 881:18, 882:15, 887:18, 891:8, 894:22, 894:23, 901:11, 902:5
**People** [1] - 830:8
**per** [2] - 790:9, 790:11
**Perdue** [1] - 897:24
**perfect** [2] - 897:18, 904:6
**perform** [1] - 791:15
**performed** [2] - 790:22, 858:4
**performing** [1] - 858:12
**perhaps** [5] - 786:17, 794:2, 806:19, 855:5, 899:5
**period** [7] - 855:20, 855:22, 856:4, 861:19, 880:3, 887:2, 902:13
**permanent** [1] - 833:3

**permissions** [1] - 792:24
**person** [46] - 793:14, 796:8, 796:20, 796:24, 798:9, 801:17, 802:20, 803:4, 808:8, 808:25, 809:9, 809:20, 810:20, 812:23, 814:21, 815:9, 816:10, 817:14, 818:16, 820:11, 820:13, 823:4, 823:5, 823:13, 823:23, 826:16, 828:4, 828:15, 831:4, 832:7, 832:16, 833:1, 833:15, 834:12, 835:15, 837:2, 842:2, 843:7, 861:12, 862:2, 862:3, 872:24, 874:18, 876:8, 877:13, 877:16
**person's** [1] - 881:6
**personal** [1] - 882:9
**personally** [1] - 877:23
**perspective** [2] - 795:10, 860:23
**pertinent** [1] - 792:21
**phone** [52] - 787:10, 787:12, 787:17, 788:9, 788:12, 788:15, 788:21, 788:22, 789:6, 789:8, 790:1, 790:4, 790:24, 792:2, 792:5, 792:6, 793:2, 793:17, 793:19, 793:22, 794:17, 800:18, 807:9, 811:21, 812:13, 815:19, 821:24, 838:14, 838:17, 838:20, 839:14, 840:10, 846:8, 846:13, 875:1, 880:4, 880:5, 880:8, 880:9, 880:10, 880:12, 880:15, 880:18, 880:24, 881:1, 881:4, 881:7, 881:13, 881:17, 885:25, 894:7
**phone's** [1] - 793:23
**photos** [1] - 792:20
**physical** [2] - 789:6, 790:14

**physically** [3] - 784:18, 790:16, 842:17
**picks** [1] - 874:5
**piece** [1] - 790:15
**pissed** [1] - 809:1
**place** [3] - 789:21, 821:4, 893:24
**placed** [2] - 877:11, 877:14
**plan** [1] - 896:1
**planned** [3] - 802:2, 823:19, 894:19
**plans** [2] - 799:15, 830:12
**platformed** [1] - 836:16
**platforms** [1] - 826:20
**play** [48] - 838:25, 839:10, 843:22, 844:2, 844:8, 844:25, 845:5, 847:7, 847:15, 848:10, 848:21, 849:13, 850:4, 851:8, 853:20, 853:22, 854:22, 855:9, 855:21, 855:22, 859:17, 860:1, 861:1, 861:23, 862:5, 862:17, 862:23, 863:5, 863:9, 863:18, 864:1, 864:8, 865:6, 866:7, 866:17, 867:7, 867:22, 868:20, 868:22, 868:24, 869:21, 870:3, 871:8, 871:12, 871:22, 872:14, 877:13
**played** [48] - 844:9, 845:6, 845:16, 847:8, 847:17, 848:11, 848:22, 849:14, 850:6, 850:13, 851:9, 851:21, 852:11, 853:21, 853:23, 854:1, 854:24, 855:10, 859:19, 860:2, 861:2, 861:25, 862:6, 862:18, 862:24, 863:7, 863:11, 863:19, 864:2, 864:14, 864:24, 865:8, 866:8, 866:18, 867:9,

867:14, 867:23, 868:21, 868:23, 869:1, 869:13, 869:22, 870:5, 870:20, 871:9, 871:13, 871:24, 872:16
**playing** [10] - 785:3, 845:14, 850:12, 851:17, 853:24, 864:23, 867:8, 867:13, 869:12, 870:19
**plexiglass** [1] - 849:17
**plus** [1] - 789:11
**Plus** [1] - 823:18
**podium** [1] - 818:20
**point** [18] - 788:21, 789:6, 792:22, 795:9, 799:16, 815:13, 825:1, 829:9, 876:12, 877:10, 878:10, 879:11, 887:1, 887:3, 889:25, 894:16, 898:19, 905:10
**poking** [1] - 863:16
**pole** [1] - 853:17
**police** [8] - 809:14, 835:6, 855:14, 855:16, 856:20, 856:21, 872:11, 872:12
**policy** [1] - 790:10
**political** [9] - 813:19, 813:24, 829:6, 834:18, 882:1, 883:20, 896:5, 899:8, 903:16
**portal** [1] - 878:3
**portion** [10] - 793:10, 848:15, 850:21, 853:15, 859:24, 861:5, 863:17, 866:12, 871:6, 871:18
**portions** [3] - 808:15, 856:5, 877:2
**position** [4] - 845:24, 846:5, 891:11, 896:5
**possession** [4] - 787:16, 788:19, 792:1, 852:2
**possible** [6] - 785:20, 800:14, 819:17, 821:1, 826:19, 839:1
**post** [1] - 827:4
**posted** [1] - 826:22
**posting** [2] - 841:20,

842:3
**potential** [2] - 791:11, 802:13
**potentially** [6] - 791:6, 791:11, 791:19, 792:13, 882:11, 887:18
**POTUS** [1] - 899:25
**pounder** [2] - 807:4, 812:21
**powerful** [2] - 834:1, 837:17
**powers** [1] - 899:4
**ppl** [2] - 827:13, 833:18
**practice** [1] - 814:1
**predicted** [1] - 905:4
**predictor** [1] - 887:23
**prejudicial** [2] - 802:6, 802:9
**preliminary** [1] - 784:22
**prepared** [1] - 906:8
**presence** [1] - 821:24
**present** [1] - 784:19
**presentations** [1] - 896:3
**presented** [1] - 888:4
**presidency** [1] - 813:21
**president** [2] - 797:18, 834:18
**President** [13] - 797:20, 797:23, 814:2, 818:11, 838:13, 882:3, 895:4, 895:9, 895:14, 895:20, 898:1, 898:4, 903:5
**President's** [1] - 899:4
**presidential** [3] - 797:22, 800:23, 879:20
**press** [2] - 839:10, 843:22
**presumably** [1] - 883:24
**pretty** [2] - 792:8, 798:24
**prevent** [1] - 860:11
**previous** [1] - 804:14
**previously** [4] - 853:15, 862:15, 869:9, 873:20
**primarily** [1] - 876:4
**primary** [2] - 800:21, 876:7
**privileged** [6] - 791:6, 791:12, 791:20, 791:23, 791:24,

880:19
**probative** [1] - 802:6
**problem** [1] - 851:3
**problems** [1] - 826:20
**procedure** [2] - 790:10, 790:11
**procedures** [1] - 790:1
**proceed** [2] - 786:19, 859:11
**proceeding** [1] - 802:11
**process** [5] - 791:4, 792:4, 792:8, 802:13, 878:20
**processed** [1] - 880:15
**proclivities** [1] - 883:20
**produce** [1] - 790:12
**produced** [1] - 784:25
**producing** [1] - 785:14
**proffered** [1] - 873:8
**proof** [1] - 802:1
**proper** [1] - 885:22
**properly** [1] - 790:5
**protest** [1] - 840:25
**protests** [1] - 809:5
**provide** [1] - 858:7
**provided** [5] - 785:7, 844:5, 858:24, 877:24, 880:12
**pull** [46] - 793:6, 793:7, 797:25, 798:18, 801:4, 801:14, 801:22, 803:10, 804:19, 808:20, 812:16, 814:5, 816:4, 821:13, 834:20, 838:24, 839:1, 839:8, 839:9, 840:4, 840:18, 841:10, 843:19, 844:10, 844:22, 846:23, 847:23, 848:20, 849:12, 849:22, 852:7, 852:8, 854:21, 855:17, 859:16, 860:20, 862:14, 862:22, 863:8, 868:18, 870:3, 871:10, 872:14, 897:17, 900:25, 902:6
**pulling** [1] - 867:3
**pumped** [1] - 823:24
**punked** [1] - 817:17
**purportedly** [1] - 883:20

**purpose** [2] - 883:21, 885:14
**purposes** [1] - 825:20
**push** [1] - 856:3
**pushed** [1] - 862:12
**pushes** [1] - 870:17
**pushing** [4] - 855:21, 856:21, 865:2, 872:12
**putting** [2] - 795:11, 888:24

## Q

**quantify** [1] - 883:1
**questions** [3] - 890:5, 898:18, 905:24
**quick** [2] - 799:24, 904:17
**quickly** [4] - 878:8, 878:10, 892:2, 897:8
**quiet** [1] - 808:19
**quietly** [1] - 826:18
**Quinn** [11] - 840:13, 841:9, 841:15, 841:19, 842:9, 842:18, 843:8, 843:14, 843:15, 843:17, 843:23
**quite** [6] - 792:11, 826:15, 871:1, 883:19, 884:22, 890:8
**quotes** [1] - 806:12

## R

**raise** [2] - 873:13, 892:21
**raised** [1] - 857:8
**raises** [1] - 785:11
**raising** [1] - 872:23
**rallies** [1] - 901:11
**rally** [3] - 803:24, 894:24, 901:10
**Rally** [1] - 832:8
**rather** [1] - 795:15
**rattle** [1] - 824:1
**Re** [1] - 825:22
**reach** [5] - 791:5, 852:2, 853:6, 853:8
**reaches** [1] - 853:16
**reaching** [2] - 853:5, 872:5
**read** [59] - 786:1, 798:22, 800:2, 800:12, 803:12, 807:17, 808:14, 816:7, 816:17, 816:18, 819:14,

819:19, 819:21,
822:19, 824:6,
824:20, 825:6,
826:1, 826:11,
827:2, 829:20,
830:16, 833:11,
835:20, 837:14,
838:1, 840:8, 841:1,
885:21, 886:12,
887:10, 887:14,
887:20, 887:25,
888:1, 888:7, 888:9,
888:12, 888:14,
888:16, 888:20,
888:23, 889:1,
889:7, 889:9,
889:17, 889:18,
889:22, 889:23,
897:7, 897:12,
899:15, 899:24,
901:25, 902:18,
903:13, 903:18,
904:3
**reading** [2] - 888:17,
889:19
**ready** [3] - 784:23,
829:21, 829:23
**real** [2] - 801:24,
903:18
**realize** [1] - 856:3
**really** [5] - 792:23,
814:25, 858:24,
886:1, 892:2
**reason** [3] - 883:12,
904:21, 905:4
**reasonably** [1] -
785:18
**reasons** [1] - 829:5
**receive** [1] - 785:9
**received** [11] - 785:6,
785:8, 785:9,
785:10, 785:23,
787:16, 788:12,
815:19, 877:20,
889:24, 905:20
**receiving** [1] - 890:2
**Recess** [2] - 857:17,
906:6
**recipient** [1] - 788:17
**recognize** [14] -
844:13, 844:15,
845:9, 847:11,
849:2, 850:8,
850:16, 855:3,
859:22, 860:18,
865:15, 866:25,
896:21, 901:4
**recognized** [1] -
841:21, 842:4,
865:14

**recollection** [6] -
789:12, 789:24,
879:25, 885:17,
885:23, 889:16
**record** [5] - 784:6,
785:22, 802:7,
845:24, 846:6
**recording** [48] - 844:9,
845:6, 845:16,
847:8, 847:17,
848:11, 848:22,
849:14, 850:6,
850:13, 851:9,
851:21, 852:11,
853:21, 853:23,
854:1, 854:24,
855:10, 859:19,
860:2, 861:2,
861:25, 862:6,
862:18, 862:24,
863:7, 863:11,
863:19, 864:2,
864:14, 864:24,
865:8, 866:8,
866:18, 867:9,
867:14, 867:23,
868:21, 868:23,
869:1, 869:13,
869:22, 870:5,
870:20, 871:9,
871:13, 871:24,
872:16
**recount** [1] - 802:22
**recover** [1] - 870:14
**red** [27] - 845:12,
847:12, 848:15,
849:5, 849:17,
850:10, 850:20,
852:1, 854:18,
855:5, 859:24,
861:6, 861:13,
863:3, 863:15,
864:20, 865:14,
865:25, 866:14,
869:9, 871:6,
871:18, 872:5,
872:20, 873:20,
873:25, 874:2
**redaction** [1] - 793:14
**redirect** [1] - 891:20
**reenter** [1] - 861:21
**reference** [1] - 820:10
**references** [1] - 808:2
**referencing** [4] -
797:19, 818:10,
818:11, 852:14
**referring** [1] - 899:3
**refresh** [2] - 885:17,
885:23
**refuse** [4] - 796:15,

798:16, 821:20,
903:19
**refuses** [1] - 797:3
**regardless** [3] -
824:11, 828:25,
835:8
**regular** [1] - 862:16
**related** [3] - 856:18,
880:22, 880:25
**relates** [1] - 799:20
**relating** [2] - 864:4,
892:14
**relatively** [2] - 838:3,
878:8
**released** [1] - 842:7
**relevance** [4] - 799:14,
839:17, 882:21,
883:16
**relevant** [10] - 790:23,
793:3, 799:22,
802:4, 802:9,
839:18, 856:1,
856:3, 856:9, 875:4
**reliability** [1] - 846:1
**relies** [1] - 842:9
**relocate** [1] - 824:11
**rely** [1] - 889:16
**relying** [1] - 858:5
**remain** [2] - 787:24,
870:25
**remained** [1] - 870:13
**Remember** [1] -
804:15
**remember** [8] - 789:3,
789:16, 882:17,
885:11, 885:12,
894:5, 894:25, 895:2
**remembering** [1] -
879:12
**remind** [3] - 856:22,
857:2, 857:18
**remiss** [1] - 784:19
**remote** [1] - 792:6
**repeat** [1] - 898:2
**repeated** [1] - 850:23
**rephrase** [4] - 785:8,
880:7, 884:25, 886:9
**replied** [2] - 799:5,
801:12, 801:19,
809:3, 809:14,
809:23
**replies** [69] - 796:7,
796:10, 798:15,
799:7, 799:9, 800:8,
802:24, 803:8,
805:4, 807:6, 807:7,
807:21, 810:7,
810:9, 810:10,
810:22, 811:17,
811:19, 814:24,

815:12, 816:12,
817:6, 817:9,
817:16, 817:17,
817:19, 818:24,
820:13, 820:24,
821:1, 821:22,
823:7, 823:15,
823:24, 825:11,
825:12, 826:2,
826:17, 827:5,
828:7, 828:24,
829:7, 829:10,
829:23, 831:7,
831:18, 832:10,
832:19, 832:20,
833:3, 834:2, 834:3,
835:17, 836:2,
836:8, 836:13,
836:20, 837:5,
841:8, 841:16,
841:19, 842:15,
842:18, 843:10,
843:15, 843:16,
843:17, 843:18
**reply** [2] - 816:10,
827:24
**report** [3] - 792:25,
793:10, 812:4
**reported** [1] - 906:8
**reporter** [1] - 893:10
**REPORTER** [1] -
808:13
**REPORTER'S** [1] -
906:7
**represent** [1] - 793:23
**represented** [2] -
793:12
**reprisals** [1] - 826:14
**Republican** [1] -
821:19
**republicans** [1] -
836:20
**request** [2] - 789:16,
789:18
**requested** [1] - 789:20
**requirements** [1] -
813:23
**requires** [1] - 802:10
**research** [1] - 879:4
**resign** [1] - 834:19
**resignation** [2] -
813:25, 814:3
**Resigning** [1] - 834:11
**resigning** [1] - 834:13
**respect** [2] - 883:21,
886:8
**respond** [30] - 796:6,
796:13, 796:20,
797:6, 798:14,
806:11, 808:8,

809:2, 809:9,
809:20, 812:25,
815:25, 818:3,
820:19, 822:12,
823:14, 823:23,
826:16, 834:12,
836:19, 842:4,
842:14, 843:14,
852:4, 897:20,
898:6, 900:11,
901:19, 902:23,
904:8
**responded** [10] -
809:13, 828:15,
836:7, 897:15,
897:21, 898:7,
900:12, 900:23,
901:20, 902:24
**responding** [1] -
796:24
**responds** [7] - 816:1,
822:13, 822:23,
822:24, 823:4,
823:6, 842:5
**response** [13] - 796:8,
796:14, 797:15,
805:1, 814:20,
834:15, 836:12,
857:8, 876:23,
899:6, 900:22,
901:14, 904:20
**responsibilities** [1] -
787:22
**responsibility** [1] -
858:4
**responsible** [1] -
858:20
**responsive** [3] -
792:13, 792:16,
880:21
**rest** [2] - 865:2, 874:20
**restate** [1] - 884:25
**restating** [1] - 897:22
**results** [1] - 806:13
**retake** [1] - 786:21
**retribution** [1] -
826:15
**retrieved** [1] - 789:22
**return** [2] - 876:3,
906:4
**returning** [2] - 830:9,
830:17
**review** [17] - 785:3,
791:1, 791:15,
791:18, 791:19,
791:21, 791:23,
791:24, 792:2,
792:7, 792:12,
793:2, 811:21,
858:13, 860:18,

889:14
**reviewed** [9] - 786:4, 846:18, 872:8, 880:21, 880:24, 881:1, 881:11, 882:5, 882:10
**reviewing** [6] - 790:22, 876:18, 876:20, 877:3, 877:7, 881:17
**rigged** [1] - 832:1
**riot** [1] - 889:10
**rioter** [1] - 868:7
**rioters** [1] - 851:1
**rise** [1] - 785:24
**robberies** [2] - 876:4, 876:5
**role** [2] - 789:25, 877:13
**Rose** [8] - 841:9, 841:19, 842:9, 842:18, 843:8, 843:14, 843:15, 843:23
**rose** [2] - 840:13, 841:15
**roughly** [2] - 875:19, 876:8
**round** [2] - 823:8, 823:14
**rule** [1] - 851:19
**Rumble** [1] - 808:10
**Rumble.com** [1] - 808:15
**run** [1] - 901:12
**running** [1] - 841:2
**runoff** [2] - 808:11, 808:17
**rye** [1] - 806:13

**S**

**sad** [1] - 901:20
**safe** [3] - 832:9, 832:11, 901:8
**sat** [1] - 789:10
**saved** [3] - 793:18, 881:6
**saw** [11] - 786:6, 817:19, 860:8, 869:20, 870:9, 876:11, 884:14, 884:18, 884:22, 894:15, 900:23
**scene** [2] - 788:1, 848:14
**scienter** [1] - 802:10
**scope** [3] - 792:2, 882:22, 884:24
**scoped** [2] - 793:1,

793:2
**screen** [21] - 845:11, 849:4, 850:21, 852:21, 853:3, 853:4, 853:15, 853:18, 855:6, 861:5, 862:2, 863:14, 864:18, 865:17, 865:24, 866:17, 871:18, 872:4, 874:18, 897:9, 901:23
**screenshot** [2] - 800:15, 814:13
**scroll** [25] - 796:11, 796:22, 798:19, 798:20, 799:11, 806:1, 806:8, 806:15, 809:6, 809:16, 810:11, 810:17, 811:9, 817:25, 819:24, 820:15, 821:5, 822:3, 823:10, 825:19, 826:6, 829:17, 836:4, 842:20, 842:21
**search** [11] - 787:20, 787:25, 788:20, 791:17, 792:13, 858:6, 859:2, 881:8, 881:9, 881:15, 881:20
**searched** [1] - 880:16
**searches** [1] - 858:3
**searching** [2] - 881:3, 881:4
**seat** [1] - 892:24
**secession** [4] - 807:5, 807:10, 812:22, 836:8
**second** [17] - 809:6, 809:10, 814:12, 814:14, 815:14, 819:4, 822:3, 823:16, 825:12, 825:15, 842:10, 844:11, 853:6, 853:22, 866:7, 869:10, 870:25
**seconds** [18] - 803:23, 845:5, 845:15, 847:7, 847:16, 848:21, 850:5, 861:1, 862:23, 863:6, 867:13, 868:20, 871:12, 871:21, 872:17, 873:17, 900:1, 905:6
**secure** [5] - 791:16,

791:18, 792:6, 792:22, 841:17
**secured** [1] - 880:11
**see** [43] - 797:7, 798:12, 798:24, 799:19, 802:8, 811:22, 814:12, 816:20, 817:19, 834:15, 841:5, 845:3, 845:8, 847:19, 849:4, 849:18, 850:9, 850:19, 851:12, 852:20, 853:13, 854:19, 855:16, 860:5, 860:17, 863:15, 863:21, 863:22, 864:20, 867:3, 867:25, 868:6, 869:6, 869:16, 869:25, 871:17, 886:16, 886:19, 888:17, 889:5, 894:14, 894:16
**seeking** [3] - 876:13, 876:14, 877:11
**seeking-information** [2] - 876:14, 877:11
**segment** [2] - 860:5, 860:9
**segments** [1] - 855:23
**seize** [2] - 787:7, 880:5
**seized** [12] - 787:9, 787:11, 787:17, 788:9, 790:5, 880:4, 880:5, 880:8, 880:9, 880:10, 880:11
**seizing** [1] - 787:12
**select** [2] - 881:11, 881:17
**Sen** [1] - 806:13
**senate** [1] - 797:18
**senators** [2] - 810:16, 900:2
**send** [8] - 806:25, 809:9, 842:5, 899:15, 900:7, 901:9, 903:10, 905:2
**sending** [1] - 842:18
**sense** [1] - 888:25
**sent** [26] - 785:9, 785:10, 785:16, 794:4, 794:6, 796:4, 803:23, 808:23, 814:13, 822:7, 834:8, 842:22, 843:23, 878:5, 889:24, 897:10,

898:18, 899:17, 899:22, 900:1, 900:8, 901:7, 902:1, 902:20, 903:24, 905:3
**separate** [5] - 800:16, 813:6, 813:7, 858:23
**September** [1] - 875:13
**Sergeant** [2] - 850:3, 854:9
**series** [5] - 794:16, 839:12, 839:13, 890:20, 891:1
**series..................** [1] - 783:9
**served** [3] - 879:9, 879:13, 879:16
**session** [1] - 906:7
**several** [5] - 788:19, 807:9, 814:4, 877:20, 877:22
**shared** [1] - 815:2
**shield** [8] - 860:10, 861:9, 863:22, 863:23, 864:4, 864:21, 865:2, 868:1
**shirt** [2] - 854:19, 863:16
**shit** [2] - 803:7, 811:15
**shock** [1] - 809:5
**shoes** [1] - 894:2
**shortly** [5] - 786:15, 876:18, 876:20, 880:10, 905:14
**shot** [3] - 865:21, 865:23, 899:25
**show** [3] - 849:6, 874:13, 885:8
**showed** [2] - 813:3, 861:8
**showing** [1] - 896:15
**shown** [2] - 848:4, 882:11
**shows** [2] - 793:11, 833:25
**sic** [3] - 807:19, 856:18, 856:19
**sic]** [2] - 807:12, 811:24
**side** [8] - 809:15, 846:11, 846:12, 854:19, 865:17, 871:17, 881:21
**sight** [1] - 804:6
**Sign** [1] - 804:14
**signal** [1] - 841:16
**signed** [2] - 788:20, 878:21
**signs** [1] - 804:4

**simple** [1] - 905:4
**simply** [2] - 885:23, 888:12
**single** [1] - 887:14
**sit** [2] - 847:25, 895:25
**sitrep** [1] - 815:21
**sitting** [2] - 786:3, 786:7
**situation** [1] - 786:18
**sixth** [1] - 811:5
**skip** [2] - 813:5, 871:20
**Skypes** [1] - 859:5
**slept** [1] - 901:15
**slow** [1] - 842:15
**social)** [1] - 830:1
**someone** [2] - 796:4, 807:1, 815:17, 819:15, 841:3, 859:1, 868:7
**sometimes** [3] - 901:11, 901:12, 904:17
**somewhere** [2] - 791:9, 902:4
**Sorry** [2] - 825:24, 843:9
**sorry** [24] - 794:11, 804:5, 811:1, 811:11, 812:10, 813:5, 813:14, 822:19, 825:10, 833:13, 839:1, 839:11, 842:21, 848:24, 851:18, 862:21, 863:13, 864:10, 867:11, 890:8, 893:6, 898:2, 898:9, 899:13
**sort** [5] - 808:5, 813:4, 836:18, 856:2, 858:22
**sound** [1] - 817:7
**sounded** [1] - 851:16
**source** [2] - 846:4, 860:23
**sources** [3] - 876:25, 877:3, 903:3
**Spanish** [1] - 819:19
**spark** [1] - 830:18
**speakers** [2] - 795:5, 896:3
**Special** [41] - 784:10, 785:5, 785:7, 785:9, 785:10, 785:16, 785:23, 787:15, 788:5, 788:12, 788:15, 788:18, 790:21, 797:15, 800:2, 803:12,

806:18, 813:11,
819:14, 821:23,
838:12, 839:4,
844:13, 846:25,
848:1, 849:2,
853:13, 854:5,
861:18, 863:13,
864:18, 866:10,
867:17, 867:25,
869:5, 870:24,
872:7, 873:19,
874:17, 875:10
**special** [1] - 789:25
**specialist** [1] - 784:9
**specializes** [1] -
875:15
**specific** [2] - 887:2,
889:23
**specifically** [3] -
785:17, 800:23,
894:16
**speech** [2] - 817:20,
828:8
**speed** [2] - 861:24,
862:16
**spell** [1] - 893:9
**spin** [1] - 818:18
**spoken** [3] - 866:20,
866:23, 905:15
**squinting** [1] - 841:5
**stabbed** [1] - 831:18
**Stabbed** [1] - 904:4
**stairwell** [1] - 845:3
**stand** [5] - 786:22,
889:17, 889:21,
892:19, 900:24
**standard** [1] - 790:9
**standing** [2] - 829:8,
841:5
**Stanley** [1] - 784:17
**start** [3] - 787:2,
788:14, 852:9
**started** [3] - 876:18,
894:3, 894:4
**starting** [2] - 784:6,
859:2
**starts** [4] - 798:7,
807:18, 851:7, 870:4
**State** [4] - 813:18,
879:18, 879:21,
896:6
**state** [14] - 791:7,
796:16, 821:2,
825:9, 884:9,
884:19, 885:3,
885:9, 885:24,
893:9, 893:12,
899:8, 899:10, 900:9
**statement** [3] - 795:3,
897:25, 898:3

**statements** [6] -
794:23, 795:2,
795:4, 795:13,
795:14, 839:22
**States** [5] - 784:3,
784:8, 788:8,
789:15, 891:25
**states** [2] - 800:4,
821:19
**stay** [1] - 832:9
**stayed** [1] - 788:6
**staying** [2] - 807:4,
812:21
**Steal** [1] - 889:4
**steal** [3] - 835:7,
889:2, 889:20
**steals** [1] - 810:8
**Step** [1] - 876:25
**step** [4] - 789:5,
790:25, 890:7,
891:19
**Steven** [1] - 784:3
**stick** [2] - 830:19,
831:10
**still** [9] - 804:3,
829:13, 830:10,
831:23, 857:18,
865:21, 865:22,
869:17, 905:7
**stipulated** [1] - 890:15
**stipulation** [1] -
900:15
**stole** [1] - 833:3
**stolen** [3] - 801:1,
803:15, 833:25
**Stolen** [1] - 805:4
**stood** [3] - 876:2,
877:16
**Stop** [1] - 889:4
**stop** [11] - 850:14,
851:10, 851:22,
852:17, 852:18,
852:24, 853:11,
855:1, 864:16,
869:2, 871:23
**stopped** [6] - 834:4,
847:9, 851:12,
851:24, 860:4, 865:9
**stopping** [2] - 889:1,
889:20
**storage** [1] - 789:10
**Stormer** [1] - 812:6
**Strange** [1] - 804:25
**strange** [1] - 804:25
**strap** [1] - 874:8
**street** [2] - 786:16,
876:4
**streets** [1] - 804:16
**strike** [1] - 851:19
**strong** [1] - 838:3

**structure** [1] - 876:3
**struggling** [1] -
883:17
**stuck** [2] - 820:22,
894:2
**stuff** [5] - 799:6,
809:11, 830:10,
830:18, 835:7
**style** [1] - 876:3
**subcomponents** [1] -
795:20
**subject** [2] - 787:23,
890:1
**subjects** [1] - 877:9
**submit** [2] - 813:25,
814:3
**subpoena** [1] - 905:20
**subsequent** [2] -
802:14, 853:8
**subsequently** [1] -
787:10
**substantive** [1] -
808:15
**sucks** [1] - 835:16
**suggested** [3] - 873:1,
887:4, 888:9
**suicide** [2] - 829:6,
903:16
**suit** [1] - 818:19
**super** [1] - 894:3
**support** [2] - 804:2,
866:21
**supporter** [2] -
825:23, 882:3
**supporters** [1] -
804:16
**supporting** [1] -
826:18
**suppose** [4] - 784:19,
816:16, 848:24,
873:15
**supposed** [1] - 803:9
**Supreme** [4] - 820:14,
820:18, 831:15,
898:24
**suspended** [1] - 818:8
**sustaining** [1] - 840:2
**swamp** [1] - 836:14
**sweetheart** [1] - 825:9
**system** [2] - 792:7,
832:1

**T**

**t[h]e** [1] - 904:21
**tag** [2] - 792:14,
792:15
**tagging** [1] - 792:15
**taint** [2] - 791:23,
880:18

**talks** [2] - 799:17,
800:18
**tangent** [1] - 886:2
**tape** [1] - 835:9
**tase** [1] - 873:10
**tasked** [1] - 858:12
**Tbh** [1] - 823:15
**team** [3] - 788:6,
790:12, 880:19
**tedious** [1] - 881:7
**ten** [1] - 857:1
**ten-minute** [1] - 857:1
**term** [1] - 878:6
**terrace** [2] - 845:2,
845:4
**tested** [1] - 821:19
**testified** [5] - 854:9,
868:4, 875:14,
877:20, 886:7
**testifying** [3] - 854:11,
892:13, 905:19
**testimony** [9] -
785:17, 786:5,
786:9, 849:25,
857:3, 873:21,
884:21, 886:10,
906:3
**text** [22] - 793:11,
793:20, 794:16,
798:2, 799:20,
801:7, 803:1,
803:14, 839:22,
875:2, 881:10,
882:11, 882:20,
887:10, 894:13,
895:24, 896:11,
896:21, 897:8,
897:12, 901:8,
904:13
**texts** [1] - 882:8
**THAT** [1] - 905:3
**then-assigned** [1] -
788:8
**then-President** [1] -
818:11
**then-Vice** [1] - 797:20
**there'd** [1] - 840:15
**therefore** [1] - 874:8
**thinking** [6] - 796:19,
856:18, 878:3,
881:3, 888:18, 898:7
**third** [1] - 822:3
**tho** [3] - 809:25,
810:5, 825:25
**thread** [1] - 882:17
**threat** [1] - 836:17
**three** [29] - 794:2,
803:23, 804:20,
806:23, 808:21,
810:18, 811:11,

812:17, 816:5,
817:3, 818:14,
822:4, 822:16,
823:11, 823:21,
824:4, 824:13,
825:3, 828:11,
829:17, 830:3,
837:8, 842:12,
842:22, 843:5,
843:11, 858:18,
861:24, 901:17
**three-time** [1] - 861:24
**throughout** [1] - 860:5
**thrown** [1] - 834:19
**Thursday** [1] - 819:22
**tip** [1] - 878:3
**tipping** [1] - 829:9
**tips** [4] - 877:20,
877:22, 877:24,
878:2
**tipster** [2] - 878:3,
878:7
**title** [1] - 812:7
**today** [15] - 785:18,
785:20, 830:10,
875:3, 888:7,
888:16, 888:21,
889:1, 889:7, 889:9,
895:25, 900:23,
901:8, 905:19
**Today** [2] - 814:24,
820:5
**together** [1] - 889:13
**toilet** [1] - 894:1
**tomorrow** [6] -
803:25, 814:24,
823:9, 823:14,
834:11, 858:8
**tongue** [1] - 904:13
**Tonight** [1] - 807:23
**tonight** [5] - 841:2,
841:21, 842:3,
858:7, 859:6
**took** [2] - 789:8, 870:1
**top** [33] - 810:12,
810:18, 819:25,
821:14, 823:21,
824:13, 825:6,
825:8, 826:7, 827:8,
827:17, 828:20,
829:17, 830:24,
832:13, 832:22,
833:11, 835:11,
835:21, 835:23,
836:5, 837:8,
837:10, 840:5,
840:19, 840:21,
841:11, 842:12,
843:5, 850:9,
852:21, 853:3,

900:20
**topic** [2] - 800:21,
898:3
**topics** [1] - 838:15
**totality** [3] - 844:20,
866:13, 877:4
**tough** [1] - 867:12
**tow** [1] - 788:6
**towards** [7] - 808:15,
844:21, 845:4,
847:21, 862:10,
870:2, 876:4
**town** [2] - 827:5,
894:23
**trade** [1] - 802:23
**traditional** [1] - 876:4
**training** [1] - 790:1
**traitor** [1] - 838:8
**transcript** [1] - 906:8
**transport** [2] - 787:23,
788:3
**trial** [10] - 786:3,
789:12, 802:5,
848:1, 848:4,
849:25, 865:12,
865:21, 885:16,
906:7
**tries** [1] - 874:7
**troops** [1] - 809:5
**trouble** [1] - 841:4
**true** [3] - 819:9,
858:10, 899:9
**True** [2] - 817:16,
818:6
**Trump** [12] - 801:11,
804:4, 804:15,
818:11, 832:8,
836:13, 840:11,
882:3, 896:5, 898:1,
898:4, 903:4
**trump** [13] - 804:1,
804:6, 811:17,
811:19, 817:17,
824:2, 825:23,
828:8, 831:5,
831:18, 897:14,
899:9, 899:11
**Trumpers** [2] - 827:15,
837:3
**trumps** [1] - 838:3
**truth** [4] - 795:5,
795:14, 839:21,
839:24
**try** [3] - 799:23, 804:4,
819:19
**trying** [6] - 799:24,
813:5, 818:18,
870:14, 876:24,
903:2
**tunnel** [1] - 845:4,

846:22, 847:1,
848:18, 849:6,
850:2, 856:14,
856:15, 861:19,
869:9, 870:2,
870:13, 870:24,
870:25, 874:5
**turn** [3] - 899:12,
900:18, 901:16
**turned** [5] - 788:22,
788:24, 837:18,
860:13, 867:4
**tv** [1] - 900:24
**tweeted** [1] - 818:7
**tweets** [1] - 818:8
**twice** [1] - 841:3
**twisted** [1] - 836:18
**Twitter** [1] - 818:8
**two** [41] - 789:11,
790:17, 793:11,
797:9, 800:12,
800:15, 803:2,
804:8, 809:17,
810:12, 811:10,
814:8, 815:5,
819:25, 820:7,
821:1, 821:6,
821:14, 826:1,
826:25, 827:8,
827:17, 828:2,
828:20, 832:13,
833:11, 835:11,
835:21, 836:24,
840:5, 840:8, 847:5,
894:10, 894:17,
900:5, 901:1, 903:8,
903:22, 904:6,
904:24, 905:2
**two-plus** [1] - 789:11
**type** [1] - 812:5
**types** [2] - 788:1,
881:16
**typo** [1] - 804:13
**typographical** [1] -
797:5
**Tyrants** [1] - 828:14

### U

**U.S** [2] - 879:6, 896:13
**ugly** [1] - 825:25
**unconstitutional** [1] -
809:12
**under** [4] - 786:17,
855:4, 857:19,
895:13
**underneath** [1] -
854:19
**understood** [2] -
856:17, 886:17

**underused** [1] -
826:23
**Unfreakingbeliable**
[1] - 826:2
**union** [1] - 834:3
**United** [5] - 784:3,
784:8, 788:8,
789:15, 891:25
**unknown** [1] - 877:9
**unleash** [1] - 809:5
**UNLESS** [1] - 830:12
**unprecedented** [1] -
904:12
**unreadable** [1] -
814:11
**up** [66] - 789:12,
790:22, 793:7,
794:1, 797:8,
797:25, 798:18,
801:4, 801:14,
801:22, 803:10,
804:19, 808:20,
812:16, 814:5,
816:4, 821:8,
821:13, 825:20,
829:7, 831:10,
834:20, 837:16,
838:24, 839:1,
839:8, 839:9, 840:4,
840:18, 841:10,
843:19, 844:22,
845:3, 846:19,
846:23, 847:23,
848:20, 849:22,
850:24, 850:25,
852:7, 852:8,
854:21, 855:17,
859:16, 860:20,
862:14, 862:15,
862:22, 863:8,
867:3, 868:18,
870:3, 871:10,
872:5, 872:14,
874:6, 876:2, 884:4,
892:19, 896:17,
897:17, 900:25,
902:6, 904:17
**updates** [1] - 901:22
**uploaded** [3] - 791:16,
791:17, 792:6
**upper** [7] - 850:21,
853:14, 861:5,
865:24, 869:6,
871:18, 899:19
**URL** [4] - 808:10,
808:14, 812:6, 812:7
**usurp** [1] - 818:22
**Uugghh** [1] - 901:15

### V

**vague** [1] - 817:21
**value** [1] - 792:17
**various** [3] - 855:19,
876:25, 881:7
**vcalln** [2] - 808:11,
808:17
**vcalln-expert-**
**witness-claims-he-**
**hacked-into-**
**georgia-runoff** [2] -
808:11, 808:17
**Vdare** [1] - 840:13
**vdare** [1] - 841:9
**vehicle** [5] - 787:9,
787:10, 788:6,
880:10, 880:11
**verify** [1] - 797:3
**versus** [1] - 881:21
**veteran** [1] - 879:6
**via** [6] - 785:5, 862:12,
878:3, 894:13,
896:11
**Vice** [8] - 797:20,
797:22, 838:13,
895:4, 895:9,
895:14, 895:20,
899:4
**video** [50] - 838:25,
839:2, 841:2,
841:20, 842:3,
842:18, 843:19,
843:25, 844:13,
844:17, 844:20,
845:8, 845:25,
846:2, 846:4, 846:7,
846:8, 847:8,
847:17, 848:3,
848:6, 849:6, 851:8,
854:11, 859:14,
861:2, 861:25,
862:6, 863:11,
863:19, 864:2,
865:19, 865:21,
865:22, 865:23,
867:9, 867:14,
867:23, 871:13,
871:24, 873:25,
874:1, 876:12,
876:18, 876:20,
876:24, 877:2,
877:3, 877:7, 891:7
**view** [3] - 792:24,
862:23, 888:14
**viewed** [2] - 867:20,
880:18
**viewing** [1] - 801:15
**views** [2] - 882:1,
887:15

**Viking** [1] - 818:19
**Village** [1] - 893:24
**Vincent** [1] - 840:13
**violence** [6] - 876:5,
887:15, 887:23,
888:3, 888:10,
888:15
**violent** [3] - 875:15,
876:4, 901:12
**Virginia** [24] - 788:22,
882:12, 882:16,
882:18, 882:20,
882:25, 883:3,
883:9, 883:10,
883:13, 883:19,
883:25, 884:4,
884:6, 884:8,
884:16, 884:19,
884:23, 885:4,
885:10, 885:13,
885:25, 886:2,
893:13
**virtual** [1] - 792:6
**virtually** [1] - 836:20
**virtue** [1] - 785:14
**visible** [1] - 824:10
**visited** [2] - 812:2,
812:5
**visiting** [1] - 894:23
**visual** [35] - 844:9,
845:6, 845:16,
848:11, 848:22,
849:14, 850:6,
850:13, 851:9,
851:21, 852:11,
853:21, 853:23,
854:1, 854:24,
855:10, 859:19,
860:2, 862:18,
862:24, 863:7,
864:14, 864:24,
865:8, 866:8,
866:18, 868:21,
868:23, 869:1,
869:13, 869:22,
870:5, 870:20,
871:9, 872:16
**voice** [7] - 839:5,
839:7, 839:16,
841:8, 860:16,
860:17, 866:25
**voiced** [1] - 870:13
**voicemail** [2] - 840:24,
841:19
**vote** [6] - 796:17,
807:8, 813:1,
838:18, 884:1,
899:10
**voted** [6] - 800:6,
800:15, 883:13,

884:4, 884:9, 884:11
**votes** [1] - 798:12
**voting** [2] - 799:18, 799:20
**VP** [3] - 828:23, 899:7, 899:18

## W

**waiting** [2] - 786:10, 788:20
**walk** [1] - 818:4
**walked** [2] - 818:20, 818:21
**wants** [2] - 803:24, 804:5
**warehouse** [6] - 792:10, 881:5, 881:20, 881:21, 881:22, 881:23
**warrant** [4] - 787:3, 788:20, 791:17, 792:13
**wash** [1] - 821:11
**Washington** [2] - 788:3, 886:24
**waste** [1] - 786:17
**watch** [3] - 846:11, 860:24, 872:7
**watched** [6] - 853:7, 855:23, 860:6, 865:11, 865:21
**watching** [3] - 797:22, 800:18, 897:14
**waving** [5] - 843:17, 844:20, 846:21, 869:20, 891:8
**wearing** [10] - 841:5, 845:11, 850:10, 871:6, 871:18, 872:5, 873:25, 874:2, 874:9, 874:19
**web** [3] - 811:22, 811:25, 812:2
**website** [1] - 812:5
**wedged** [1] - 861:9
**Wednesday** [3] - 812:8, 833:6, 833:8
**week** [1] - 784:20
**weeks** [2] - 813:16, 813:17
**West** [15] - 882:12, 882:16, 882:18, 882:20, 882:25, 883:3, 883:25, 884:16, 884:19, 884:23, 885:4, 885:10, 885:13, 885:25, 886:2
**west** [2] - 845:2, 845:4

**when)** [1] - 837:19
**white** [1] - 865:14
**whole** [5] - 792:18, 808:14, 855:21, 881:9, 889:7
**wielding** [1] - 863:22
**Wilhoit's** [2] - 860:21, 890:12
**win** [6] - 796:17, 798:17, 801:11, 801:19, 821:9, 821:20
**windows** [1] - 827:14
**winning** [2] - 794:9, 796:5
**wins** [2] - 899:9, 899:11
**witness** [7] - 808:11, 808:17, 874:25, 890:5, 891:24, 892:7, 892:16
**Witness** [1] - 891:22
**WITNESS** [9] - 808:14, 846:11, 857:5, 857:13, 857:20, 884:8, 892:23, 893:1, 895:13
**witness's** [1] - 885:17
**Witnesses** [1] - 783:3
**witnesses** [7] - 788:1, 858:11, 858:13, 858:23, 858:25, 878:7, 879:5
**won** [4] - 801:20, 802:24, 803:9, 810:16
**Wonder** [1] - 837:18
**Woo** [1] - 821:22
**WOODWARD** [37] - 784:17, 784:25, 794:10, 794:12, 794:20, 795:1, 795:17, 799:13, 801:24, 839:11, 839:16, 844:4, 845:19, 845:23, 851:18, 864:10, 864:12, 868:17, 873:2, 874:10, 875:9, 883:2, 883:18, 884:3, 884:12, 885:1, 885:15, 885:21, 886:3, 886:5, 886:6, 890:1, 890:15, 891:6, 891:9, 891:11, 892:7
**Woodward** [8] - 784:18, 794:19, 839:15, 845:18,

868:15, 875:7, 883:17, 891:5
**Woodward's** [1] - 795:9
**Woodward............** [1] - 783:5
**word** [1] - 897:23
**words** [3] - 866:21, 866:23, 888:24
**world** [1] - 836:1
**worn** [8] - 860:21, 865:16, 866:2, 870:22, 871:4, 890:12, 890:14, 890:16
**worried** [1] - 832:19
**worries** [1] - 842:16
**worst** [1] - 817:15
**worth** [1] - 897:24
**Wow** [2] - 796:20, 837:15
**writes** [2] - 826:12, 833:25
**writing** [1] - 889:4
**written** [20] - 822:18, 824:6, 824:16, 825:6, 825:18, 826:9, 827:10, 827:19, 827:21, 831:2, 832:5, 833:12, 833:13, 834:23, 835:13, 835:23, 837:10, 837:12, 840:21
**wrote** [3] - 826:11, 833:24, 878:5
**Wtf** [1] - 833:2
**WVA** [1] - 821:11

## Y

**Yeah..** [1] - 901:20
**year** [2] - 875:25, 876:6
**years** [8] - 789:11, 800:7, 809:24, 810:8, 824:21, 875:12, 893:15, 899:18
**yelling** [2] - 850:1, 854:12
**yesterday** [4] - 785:24, 786:4, 786:6, 875:14
**Yo** [1] - 816:25
**you-all** [1] - 906:1
**you[r** [1] - 902:5
**yourself** [1] - 784:5
**YouTube** [1] - 815:3
**Yup** [1] - 822:24

## Z

**zoomed** [1] - 825:20